1  Brad Seligman (State Bar No. 083838)
   Jocelyn D. Larkin (State Bar No. (State Bar No. 110817)
2  Sarah Varela (State Bar No. 234640)
   THE IMPACT FUND
3  125 University Avenue
   Berkeley, CA  94710
4  Telephone:  (510) 845-3473
   Facsimile:  (510) 845-3654
5
   James M. Finberg (State Bar No. 114850)
6  Bill Lann Lee (State Bar No. 108452)
   Karin A. Kramer (State Bar No. 087346)
7  Lexi J. Hazam (State Bar No. 224457)
   Nirej S. Sekhon (State Bar No. 213358)
8  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   Embarcadero Center West
9  275 Battery Street, 30th Floor
   San Francisco, CA  94111-3339
10 Telephone:  (415) 956-1000
   Facsimile:  (415) 956-1008
11
   Steve Stemerman (State Bar No. 067690)
12 Elizabeth A. Lawrence (State Bar No. 111781)
   DAVIS, COWELL & BOWE, LLP
13 595 Market Street, #1400
   San Francisco, CA  94105
14 Telephone:  (415) 597-7200
   Facsimile:  (415) 597-7201
15
   Attorneys for Plaintiffs and the Proposed Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY "RAE" ELLIS, LEAH HORSTMAN, and ELAINE SASAKI on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>Defendant. | Case No.  C-04-3341 MHP<br><br>MANUAL FILING NOTIFICATION FOR EXHIBITS A-D OF STIPULATION AND [PROPOSED] ORDER RE FILING OF SECOND AMENDED COMPLAINT |

354658. 1                                                              MANUAL FILING NOTIFICATION

1
2
3

## MANUAL FILING NOTIFICATION

4   Regarding: Stipulation and [Proposed] Order Re Filing of Second Amended Complaint

5   This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's
    office.  If you are a participant in this case, this filing will be served in hard-copy shortly.  For
6   information on retrieving this filing directly from the court, please see the court's main web site at
    http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).
7

8   This filing was not e-filed for the following reason(s):

9   [_] Voluminous Document (PDF file size larger than the e-filing system allows)

10  [X] Unable to Scan Documents

11  [_] Physical Object (description): _____

12     _____

13  [_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

14  [_] Item Under Seal

15  [_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

16
    [_] Other (description): _____
17     _____

18
19
20
21
22
23
24
25
26
27
28

354658. 1                                                          MANUAL FILING NOTIFICATION

Dated: March 23, 2005

Respectfully submitted,

Brad Seligman (State Bar No. 083838)
Jocelyn D. Larkin (State Bar No. 110817)
Sarah Varela (State Bar No. 234640)
THE IMPACT FUND
125 University Avenue
Berkeley, CA  94710
Telephone:  (510) 845-3473
Facsimile:  (510) 845-3654


By:_____
      Brad Seligman


James M. Finberg (State Bar No. 114850)
Bill Lann Lee (State Bar No. 108452)
Karin A. Kramer (State Bar No. 087346)
Lexi J. Hazam (State Bar No. 224457)
Nirej S. Sekhon (State Bar No. 213358)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone: (415) 956-1000
Facsimile:  (415) 956-1008

Steve Stemerman (State Bar No. 083838)
Elizabeth A. Lawrence (State Bar No. 111781)
DAVIS, COWELL & BOWE, LLP
595 Market Street, #1400
San Francisco, CA  94105
Telephone:  (415) 597-7200
Facsimile:  (415) 597-7201

Attorneys for Plaintiffs and the Proposed Class