**FILED**
AUG 17 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THE IMPACT FUND
Brad Seligman (SBN: 83838)
Jocelyn D. Larkin (SBN: 110817)
125 University Avenue
Berkeley, Ca 94710
Telephone: (510) 845-3473
Facsimile: (510) 845-3654

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
James M. Finberg (SBN: 114850)
Bill Lann Lee (SBN: 108452)
Karin A. Kramer (SBN: 087346)
Lexi J. Hazam (SBN: 224457)
Nirej S. Sekhon (SBN: 213358)
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, Ca 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

DAVIS, COWELL & BOWE, LLP
Steve Stemerman (SBN: 067690)
Elizabeth A. Lawrence (SBN: 111781)
595 Market Street, #1400
San Francisco, CA 94105
Telephone: (415) 597-7200
Facsimile: (415) 597-7201

Attorneys for Plaintiff
Shirley "Rae" Ellis And The Proposed Class

SEYFARTH SHAW LLP
Kenwood C. Youmans (SBN: 68258)
David D. Kadue (SBN: 113578)
2029 Century Park East, Suite 3300
Los Angeles, California 90067-3063
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

SEYFARTH SHAW LLP
Gerald L. Maatman, Jr. *(Pro Hac Vice Pending)*
55 East Monroe Street, Suite 4200
Chicago, Illinois 60603-5803
Telephone: (312) 346-8000
Facsimile: (312) 269-8869

Attorneys for Costco
Costco Wholesale Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| SHIRLEY "RAE" ELLIS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION<br><br>Defendant. | Case No. C04 3341 MHP<br><br>**STIPULATION AND ORDER RE: CASE MANAGEMENT** |

| | |
|---|---|
| 1 | The Court has ruled on Defendant's motion to transfer venue. During the |
| 2 | pendency of that motion, litigation dates that the parties proposed last fall have lapsed. |
| 3 | The parties have decided at this time to suspend formal discovery, to engage in |
| 4 | mediation. They have scheduled an initial mediation session for September 21, 2005, and |
| 5 | a follow-up session for November 10, 2005. Accordingly, the parties hereby stipulate to |
| 6 | stay formal discovery and engage in good faith mediation efforts. The parties propose |
| 7 | that the Court set a further case management conference on or after November 14, 2005. |

DATED: August __, 2005    THE IMPACT FUND

By_____
Brad Seligman
Attorneys for Plaintiffs

DATED: August 15, 2005    SEYFARTH SHAW LLP

By_____
David D. Kadue
Attorneys for Costco
COSTCO WHOLESALE CORPORATION

Good cause appearing, formal discovery is stayed pending the parties' mediation efforts. A case management conference is scheduled for NOVEMBER 21, 2005 @ 3:00pm A Supplemental Case Management statement shall be filed on or before .

IT IS SO ORDERED:

Dated: 8/16/05    _____
United States District Judge

STIP & ORDER RE: CASE MANAGEMENT
Case No.: C04 3341 MJJP

LAI 6535237.1