| | |
|---|---|
| 1  THE IMPACT FUND<br>    Brad Seligman (SBN: 83838)<br>2  Jocelyn D. Larkin (SBN: 110817)<br>3  125 University Avenue<br>    Berkeley, Ca 94710<br>4  Telephone: (510) 845-3473<br>    Facsimile: (510) 845-3654 | SEYFARTH SHAW LLP<br>Kenwood C. Youmans (SBN: 68258)<br>David D. Kadue (SBN: 113578)<br>2029 Century Park East, Suite 3300<br>Los Angeles, California 90067-3063<br>Telephone: (310) 277-7200<br>Facsimile: (310) 201-5219 |

```
1    THE IMPACT FUND                            SEYFARTH SHAW LLP
     Brad Seligman (SBN: 83838)                 Kenwood C. Youmans (SBN: 68258)
2    Jocelyn D. Larkin (SBN: 110817)            David D. Kadue (SBN: 113578)
3    125 University Avenue                      2029 Century Park East, Suite 3300
     Berkeley, Ca 94710                         Los Angeles, California 90067-3063
4    Telephone: (510) 845-3473                  Telephone: (310) 277-7200
     Facsimile: (510) 845-3654                  Facsimile: (310) 201-5219
5
6    LIEFF, CABRASER, HEIMANN                   SEYFARTH SHAW LLP
     & BERNSTEIN, LLP                           Gerald L. Maatman, Jr. (Admitted Pro Hac Vice)
7    James M. Finberg (SBN: 114850)             55 East Monroe Street, Suite 4200
     Bill Lann Lee (SBN: 108452)                Chicago, Illinois 60603-5803
8    Karin A. Kramer (SBN: 087346)              Telephone: (312) 346-8000
     Lexi J. Hazam (SBN: 224457)                Facsimile: (312) 269-8869
9    Nirej S. Sekhon (SBN: 213358)
     Embarcadero Center West                    Attorneys for Defendant
10   275 Battery Street, 30th Floor             Costco Wholesale Corporation
     San Francisco, Ca 94111-3339
11   Telephone: (415) 956-1000
12   Facsimile: (415) 956-1008

13   DAVIS, COWELL & BOWE, LLP
     Steve Stemerman (SBN: 067690)
14   Elizabeth A. Lawrence (SBN: 111781)
15   595 Market Street, #1400
     San Francisco, CA 94105
16   Telephone: (415) 597-7200
     Facsimile: (415) 597-7201
17
18   Attorneys for Plaintiff
     Shirley "Rae" Ellis And The Proposed
19   Class

20                          UNITED STATES DISTRICT COURT

21                         NORTHERN DISTRICT OF CALIFORNIA

22                              (SAN FRANCISCO DIVISION)

23   SHIRLEY "RAE" ELLIS, et al.,           )   Case No. C04 3341 MHP
                                            )
24                  Plaintiffs,             )   STIPULATION AND ORDER RE:
                                            )   CASE MANAGEMENT
25         v.                               )
                                            )   Current CMC Date: November 21, 2005
26   COSTCO WHOLESALE CORPORATION           )
                                            )   New CMC Date: November 28, 2005
27                  Defendant.              )
                                            )   Time: 3:00 p.m.
28
```

LA1 6552634.1

1  The Court has set a further case management conference for November 21, 2005. The
2  parties stipulate to continuing that date to November 28, 2005, if that is convenient for the
3  Court's schedule, to permit personal attendance by lead counsel for Costco, who currently is
4  scheduled to be out of state on November 21, 2005.

6  DATED: November 8, 2005              THE IMPACT FUND

8                                        By _____
                                             Brad Seligman
9                                            Attorneys for Plaintiffs

11 DATED: November 8, 2005              SEYFARTH SHAW LLP

13                                        By _____
                                             David D. Kadue
14                                           Attorneys for Defendant

17  Good cause appearing, the case management conference now set for November 21, 2005,
18 is re-scheduled for November 28, 2005, at 3:00 p.m.

20  IT IS SO ORDERED:

22  Dated: _____              _____
                                         Judge Marilyn H. Patel

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

2

LA1 6552634.1