| | | |
|---|---|---|
| 1 | THE IMPACT FUND<br>Brad Seligman (SBN: 83838) | SEYFARTH SHAW LLP<br>Kenwood C. Youmans (SBN: 68258) |
| 2 | Jocelyn D. Larkin (SBN: 110817)<br>125 University Avenue | David D. Kadue (SBN: 113578)<br>2029 Century Park East, Suite 3300 |
| 3 | Berkeley, CA 94710<br>Telephone: (510) 845-3473 | Los Angeles, California 90067-3063<br>Telephone: (310) 277-7200 |
| 4 | Facsimile: (510) 845-3654 | Facsimile: (310) 201-5219 |

5  LIEFF, CABRASER, HEIMANN            SEYFARTH SHAW LLP
   & BERNSTEIN, LLP                    Gerald L. Maatman, Jr. *(Pro Hac Vice Pending)*
6  James M. Finberg (SBN: 114850)      55 East Monroe Street, Suite 4200
   Bill Lann Lee (SBN: 108452)         Chicago, Illinois 60603-5803
7  Karin A. Kramer (SBN: 087346)       Telephone: (312) 346-8000
   Lexi J. Hazam (SBN: 224457)         Facsimile: (312) 269-8869
8  Nirej S. Sekhon (SBN: 213358)
   Embarcadero Center West             Attorneys for Defendant
9  275 Battery Street, 30th Floor      Costco Wholesale Corporation
   San Francisco, CA 94111-3339
10 Telephone: (415) 956-1000
   Facsimile: (415) 956-1008
11
   DAVIS, COWELL & BOWE, LLP
12 Steve Stemerman (SBN: 067690)
   Elizabeth A. Lawrence (SBN: 111781)
13 595 Market Street, #1400
   San Francisco, CA 94105
14 Telephone: (415) 597-7200
   Facsimile: (415) 597-7201
15
   Attorneys for Plaintiffs
16 Shirley "Rae" Ellis, Leah Horstman, Elaine Sasaki and the Proposed Class

17                          UNITED STATES DISTRICT COURT

18                         NORTHERN DISTRICT OF CALIFORNIA

19                              (SAN FRANCISCO DIVISION)

| | | |
|---|---|---|
| 20 | SHIRLEY "RAE" ELLIS, LEAH HORSTMAN ) | Case No. C04 3341 MHP |
| 21 | and ELAINE SASAKI, on behalf of themselves )<br>and all others similarly situated, ) | Assigned to: Hon. Marilyn Hall Patel |
| 22 | )<br>Plaintiffs, ) | **STIPULATION AND** [PROPOSED]<br>**ORDER OF CONTINUANCE OF CASE** |
| 23 | )<br>v. ) | **MANAGEMENT CONFERENCE** |
| 24 | )<br>COSTCO WHOLESALE CORPORATION, ) | Judge: Hon. Marilyn Hall Patel<br>Dept. 15 |
| 25 | )<br>Defendant. ) | Original CMC Date: March 29, 2006 |
| 26 | ) | |
| 27 | ) | **New CMC Date:** April 13, 2006<br>**Time:** 3:00 p.m. |
| 28 | | |

STIPULATION AND [PROPOSED] ORDER OF CONTINUANCE
OF CASE MANAGEMENT CONFERENCE

LA1 6573234.1

1  IT IS HEREBY STIPULATED, by and between the undersigned counsel of record for
2  Plaintiffs, Shirley Ellis, Leah Horstman, and Elaine Sasaki and Defendant, Costco Wholesale
3  Corporation, subject to the approval of the Court, that the Case Management Conference set for
4  March 29, 2006 is hereby continued to April 13, 2006 at 3:00 p.m. for a telephonic hearing,
5  whereby Defendant will initiate the call.
6  IT IS SO STIPULATED.

7  DATED: March 29, 2006                    THE IMPACT FUND

9                                           By_____
                                                Brad Seligman
10                                           Attorneys for Plaintiffs
                                             SHIRLEY "RAE" ELLIS, LEAH HORSTMAN
11                                           AND ELAINE SASAKI

12  DATED: March 29, 2006                   SEYFARTH SHAW LLP

14                                           By_____
                                                David D. Kadue
15                                           Attorneys for Defendant
                                             COSTCO WHOLESALE CORPORATION

17                                    **ORDER**

18  The Case Management Conference Date is continued from March 29, 2006 to April 13,
19  2006 at 3:00 p.m. to be conducted by telephone, whereby Defendant shall initiate the call.
20  IT IS SO ORDERED.

21  DATED: April 3, 2006
22                                           Hon. Marilyn Hall Patel
                                             UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
(United States District Court, Northern District of California seal)

2

LA1 6573234.1    STIPULATION AND [PROPOSED] ORDER OF CONTINUANCE
                 OF CASE MANAGEMENT CONFERENCE