| | |
|---|---|
| THE IMPACT FUND<br>Brad Seligman (SBN: 83838)<br>Jocelyn D. Larkin (SBN: 110817)<br>125 University Avenue<br>Berkeley, CA 94710<br>Telephone: (510) 845-3473<br>Facsimile: (510) 845-3654 | SEYFARTH SHAW LLP<br>Kenwood C. Youmans (SBN: 68258)<br>David D. Kadue (SBN: 113578)<br>2029 Century Park East, Suite 3300<br>Los Angeles, California 90067-3063<br>Telephone: (310) 277-7200<br>Facsimile: (310) 201-5219 |
| LIEFF, CABRASER, HEIMANN<br>& BERNSTEIN, LLP<br>James M. Finberg (SBN: 114850)<br>Bill Lann Lee (SBN: 108452)<br>Karin A. Kramer (SBN: 087346)<br>Lexi J. Hazam (SBN: 224457)<br>Nirej S. Sekhon (SBN: 213358)<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008 | SEYFARTH SHAW LLP<br>Gerald L. Maatman, Jr. *(Pro Hac Vice Pending)*<br>55 East Monroe Street, Suite 4200<br>Chicago, Illinois 60603-5803<br>Telephone: (312) 346-8000<br>Facsimile: (312) 269-8869<br><br>Attorneys for Defendant<br>Costco Wholesale Corporation |

DAVIS, COWELL & BOWE, LLP
Steve Stemerman (SBN: 067690)
Elizabeth A. Lawrence (SBN: 111781)
595 Market Street, #1400
San Francisco, CA 94105
Telephone: (415) 597-7200
Facsimile: (415) 597-7201

Attorneys for Plaintiffs
Shirley "Rae" Ellis, Leah Horstman, Elaine Sasaki and the Proposed Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| SHIRLEY "RAE" ELLIS, LEAH HORSTMAN and ELAINE SASAKI, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>　　　　　Defendant. | Case No. C04 3341 MHP<br><br>Assigned to: Hon. Marilyn Hall Patel<br><br>**STIPULATION AND [PROPOSED] ORDER OF CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Marilyn Hall Patel<br>Dept.　15<br><br>Original CMC Date: April 13, 2006<br><br>**New CMC Date:　April 19, 2006**<br>**Time:　　　　3:00 p.m.** |

STIPULATION AND [PROPOSED] ORDER OF CONTINUANCE
OF CASE MANAGEMENT CONFERENCE

LA1 6575936.1

1  IT IS HEREBY STIPULATED, by and between the undersigned counsel of record for
2  Plaintiffs, Shirley Ellis, Leah Horstman, and Elaine Sasaki and Defendant, Costco Wholesale
3  Corporation, subject to the approval of the Court, that the Case Management Conference set for
4  April 13, 2006 is hereby continued to April 19, 2006 at 3:00 p.m. for a telephonic hearing,
5  whereby Defendant will initiate the call.

6  IT IS SO STIPULATED.

7  DATED:  April 13, 2006                                     THE IMPACT FUND

9                                                             By _____
                                                                  Brad Seligman
10                                                            Attorneys for Plaintiffs
                                                              SHIRLEY "RAE" ELLIS, LEAH HORSTMAN
11                                                            AND ELAINE SASAKI

12  DATED:  April 13, 2006                                    SEYFARTH SHAW LLP

14                                                            By _____
                                                                  David D. Kadue
15                                                            Attorneys for Defendant
                                                              COSTCO WHOLESALE CORPORATION
16

17  **O R D E R**

18  The Case Management Conference Date is continued from April 13, 2006 to April 19,
19  2006 at 3:00 p.m. to be conducted by telephone, whereby Defendant shall initiate the call.

20  IT IS SO ORDERED.

21  DATED:  April 14, 2006   _____
22                            Hon. Marilyn H. Patel
                              UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

-2-

STIPULATION AND [PROPOSED] ORDER OF CONTINUANCE
OF CASE MANAGEMENT CONFERENCE

LA1 6575936.1