| | |
|---|---|
| THE IMPACT FUND<br>Brad Seligman (SBN: 83838)<br>Jocelyn D. Larkin (SBN: 110817)<br>125 University Avenue<br>Berkeley, CA 94710<br>Telephone: (510) 845-3473<br>Facsimile: (510) 845-3654 | SEYFARTH SHAW LLP<br>Kenwood C. Youmans (SBN: 68258)<br>David D. Kadue (SBN: 113578)<br>2029 Century Park East, Suite 3300<br>Los Angeles, California 90067-3063<br>Telephone: (310) 277-7200<br>Facsimile: (310) 201-5219 |
| LIEFF, CABRASER, HEIMANN<br>& BERNSTEIN, LLP<br>James M. Finberg (SBN: 114850)<br>Bill Lann Lee (SBN: 108452)<br>Lexi J. Hazam (SBN: 224457)<br>Telephone: (312) 346-8000<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008 | SEYFARTH SHAW LLP<br>Gerald L. Maatman, Jr. *(Admitted Pro Hac Vice)*<br>55 East Monroe Street, Suite 4200<br>Chicago, Illinois 60603-5803<br><br>SEYFARTH SHAW LLP<br>Thomas J. Wybenga *(Admitted Pro Hac Vice)*<br>999 Lake Drive<br>Issaquah, Washington 98027<br>Telephone: (425) 313-6794<br>Facsimile: (425) 313-6922 |
| DAVIS, COWELL & BOWE, LLP<br>Steve Stemerman (SBN: 067690)<br>Elizabeth A. Lawrence (SBN: 111781)<br>595 Market Street, #1400<br>San Francisco, CA 94105<br>Telephone: (415) 597-7200<br>Facsimile: (415) 597-7201 | SEYFARTH SHAW LLP<br>David D. Ross *(Admitted Pro Hac Vice)*<br>1270 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 218.5500<br>Facsimile: (212) 218.5526 |
| Attorneys for Plaintiffs<br>Shirley "Rae" Ellis, Leah Horstman,<br>Elaine Sasaki and the Proposed Class | Attorneys for Defendant<br>Costco Wholesale Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| SHIRLEY "RAE" ELLIS, LEAH HORSTMAN and ELAINE SASAKI, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>  Defendant. | Case No. C04 3341 MHP<br><br>Assigned to: Hon. Marilyn Hall Patel<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CLASS CERTIFICATION SCHEDULE**<br><br>Judge: Hon. Marilyn Hall Patel<br>Dept.  15 |

STIPULATION AND [PROPOSED] ORDER RE CLASS CERTIFICATION SCHEDULE
LA1 6577475.7

1       IT IS HEREBY STIPULATED, by and between the undersigned counsel of record
2  for Plaintiffs and Defendant, subject to the approval of the Court, that:
3       A.   Plaintiffs' Opening Brief in support of their Motion for Class Certification
4  shall be filed and served (by electronic and U.S. mail) no later than August 28, 2006;
5       B.   Defendant's Opposition to Plaintiffs' Class Certification motion shall be
6  filed and served (by electronic and U.S. mail) no later than September 29, 2006;
7       C.   The page limit for Plaintiffs' Opening Brief and Defendant's Opposition
8  Brief shall be extended to thirty-five (35) pages each;
9       D.   Plaintiffs' Reply Brief in support of their Motion for Class Certification
10 shall be filed and served (by electronic and U.S. mail) no later than October 20, 2006,
11 with the page limit extended to twenty (20) pages; and
12      E.   The Hearing on Plaintiffs' Motion for Class Certification shall be on
13 November 6, 2006, at 2:00 p.m.
14      F.   The pre-class certification discovery deadline of May 1, 2006 shall be
15 continued to July 1, 2006, for the limited purposes of 1) allowing Defendant to take the
16 depositions of Patricia Glenn and Michele Eickmeyer, recently disclosed witnesses; and
17 2) allowing Plaintiffs to challenge Defendant's privileged designation of certain
18 documents regarding Plaintiff Sasaki (specifically, materials within the investigation file
19 of Judy Vadney), and to seek production of same.
20      G.   The reports of Plaintiffs' experts were provided to Defendant on May 16,
21 2006. The report of Defendant's experts shall be provided to Plaintiffs no later than June
22 22, 2006. Defendant's statistical expert will be made available for deposition in Los
23 Angeles on June 29, 2006. The parties disagree as to the use of rebuttal and surrebuttal
24 expert reports, and will seek a telephonic conference with the Court regarding this
25 disagreement. As to scheduling for the non-statistical experts, the Parties agree that any
26 rebuttal expert report (if permitted by the Court) shall be provided no later than July 24,
27 2006, and that other surrebuttal expert report (if permitted by the Court) shall be provided

-2-

1  no later than August 14, 2006. As to the two statistical experts, Plaintiffs propose that
2  any rebuttal report (if permitted by the Court) be provided no later than August 7, 2006,
3  with Plaintiffs' expert to be made available for deposition in San Francisco at a mutually
4  convenient time on or before August 14, 2006. Defendant agrees to that schedule
5  provided that Defendant will have 30 days for a surrebuttal report (if permitted by the
6  Court). The Parties agree that each expert may be subject to one deposition by the other
7  side, with all experts to be made available on or before August 21, 2006.

8      IT IS SO STIPULATED.

9  DATED: June 16, 2006         THE IMPACT FUND

11                              By_____
                                Brad Seligman
12                              Attorneys for Plaintiffs
                                SHIRLEY "RAE" ELLIS, LEAH
13                              HORSTMAN AND ELAINE SASAKI

14 DATED: June 16, 2006         SEYFARTH SHAW LLP

16                              By_____
                                David D. Kadue
17                              Attorneys for Defendant
                                COSTCO WHOLESALE CORPORATION

19                **ORDER**

20     GOOD CAUSE APPEARING, it is hereby ORDERED that the Parties shall
21 comply with the foregoing provisions.
22     IT IS SO ORDERED.
23     DATED: June 20, 2006     _____
                                Hon. Marilyn H. Patel
24                              UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED. Judge Marilyn H. Patel*

STIPULATION AND [PROPOSED] ORDER RE CLASS CERTIFICATION SCHEDULE
LA1 6577475.7