1        UNITED STATES DISTRICT COURT

2        NORTHERN DISTRICT OF CALIFORNIA

3

4                                          **CERTIFIED**
   SHIRLEY "RAE" ELLIS and LEAH HORSTMAN,  )   **COPY**
5  on behalf of themselves and all others  )
   similarly situated,                     )
6                                          )
                        Plaintiffs,         )
7                                          )
        vs.                                 )  No. C-04-3341
8                                          )      MHP
   COSTCO WHOLESALE CORPORATION,           )
9                                          )
                        Defendant.          )
10 ----------------------------------------

11

12        DEPOSITION OF DENNIS R. ZOOK

13           SAN DIEGO, CALIFORNIA

14             MARCH 9, 2005

15

16

17

18

19

20

21

22

23 REPORTED BY:                    **U.S. LEGAL**
                                    *Support*
24 SUE ROSS                    *Certified Shorthand Reporters*
                                15250 Ventura Boulevard, Suite 410
25 CSR NO. 5786                 Sherman Oaks, CA  91403

                                800-993-4464 • Fax 800-984-4464
                                www.uslegalsupport.com

1    A    There's an expectation.  If you -- let's stay

2  in particular with an assistant front end manager.  That

3  person would have a very difficult time moving to a

4  merchandise manager's position having never been on the

5  floor and never gone through merchandising.  If that's

6  what you're asking, that would be very difficult.

7    Q    Among the staff level managers, though,

8  they're all considered to be at the same level of

9  management, they just have different functional duties;

10  is that correct?

11    A    That's correct.

12    Q    Okay.  Let's say you've made it to that level,

13  the staff level management.  What's -- in terms of the

14  progression up, what happens next, or what could happen

15  next?

16    A    So you're at any one of these staff level

17  positions?

18    Q    Right.

19    A    You would -- you would be going to assistant

20  manager if you're so inclined to do so.

21    Q    Okay.  Is there a requirement that you serve

22  in all the different staff level manager positions

23  before becoming assistant manager?

24    A    No basic requirement.  The two areas that we

25  would want them to see them be in would be the front end

69

1  manager and merchandise manager.

2      Q    Is that required in all cases, or that's just

3  a hope that they have both?

4      A    That's expected in all cases.  There is no

5  policy or anything in place.

6      Q    Is that a written guideline anywhere or a

7  written requirement?

8      A    No, sir.

9      Q    Is that something that's peculiar to your

10  division, or is that your understanding company-wide?

11      A    That's my understanding company-wide.

12      Q    And why do you -- what do you base that

13  understanding on?

14      A    Why it's company-wide?  Just knowing all the

15  individuals, I guess.

16      Q    Do you recall any discussions you've had at

17  management meetings or otherwise that that's the

18  expectation?

19      A    No.

20      Q    Okay.  So you -- from staff management, you

21  become assistant manager.  You've indicated that there

22  are more than one assistant manager in most or in many

23  of the Costco stores.  Is there a requirement or

24  expectation you serve in each of the assistant manager

25  functions on these charts?  For example, is there a

70

1      Q      Okay.  Other than those education/training,

2  licenses, and certification, there's no other -- and the

3  courses that in ordinary course you would take at

4  Costco, there's no other educational training

5  requirements to become a Costco general manager; is that

6  correct?

7      A      Not that I remember, no.

8      Q      Under experience, it says, "Costco assistant

9  warehouse manager experience or equivalent required."

10  What does equivalent mean?

11      A      I don't know.

12      Q      Do you know of any exceptions in filling

13  warehouse manager jobs to a requirement that people have

14  assistant manager experience at Costco?

15      A      No, sir, I don't.

16      Q      Is it your understanding at Costco that you

17  must have assistant manager experience prior to becoming

18  a general manager?

19      A      Yes.

20      Q      And that's company-wide?

21      A      Company-wide.

22      Q      Is there any set amount of assistant manager

23  experience you're required to have at Costco in order to

24  become a general -- a warehouse manager?

25      A      You're referring to some written policy?

77

1    Q    Let's start with that.  Is there any written

2    policy about the amount of experience you're required to

3    have?

4    A    No, sir.

5    Q    Is there a -- an unwritten policy that states

6    how much assistant manager experience you must have to

7    become a general manager?

8    A    Experience as in years of service?

9    Q    Or measured any other way.

10   A    Years of service, there's no -- there's no

11   written expect -- it just takes a certain amount of

12   time.  If you're promoted from the area manager to an

13   assistant manager, it just takes a certain amount of

14   time to get through and understand the business and get

15   through the departments and understand running of a

16   warehouse.

17        THE COURT REPORTER:  I'm sorry?

18        THE WITNESS:  The running of a warehouse.

19   BY MR. SELIGMAN:

20   Q    Is that experience that you would get only as

21   an assistant manager, or does that include experience

22   you might have had at the staff level?

23   A    Experience you'd only get as an assistant

24   manager.

25   Q    And in your view, roughly how much experience

78

1  does one need to have in order to become a general

2  manager?

3       A     My personal view or --

4       Q     Let's start with your personal view, sure.

5       A     And it depends on the person.  It could be two

6  years, it could be four years, it could be six years.

7  There's no -- it depends on the person, how fast you

8  feel they get through the system.

9       Q     Is there any -- going beyond your personal

10  view, do you have an understanding what generally an

11  expectation is at Costco about how long you'd need to

12  serve as an assistant manager prior to becoming a

13  general manager?

14       A     No.

15       Q     Are any general manager positions filled with

16  outside hires?

17       A     I'm sure there are, yes.

18       Q     Is there any written document that you're

19  aware of that talks about what the standards or

20  qualifications for hiring somebody into a general

21  manager position would be?

22       A     When you say hiring into a general manager

23  position, let's start there.  You're saying that if we

24  have an open warehouse, would we hire somebody from the

25  outside immediately to take over that warehouse?

79

1    Q    Again, what I'm asking is:  Other than what's

2  written here, are there minimum requirements you -- that

3  Costco requires someone to meet in order to become a

4  warehouse manager?

5    A    Yes.

6    Q    And I want to understand what those are.

7    A    Okay.  Minimum requirements would be going

8  through -- if you're an assistant manager, you must have

9  some type of level going through staff level positions.

10  If you're -- it depends on what area you want to start

11  at, if you start at the bottom or if you're hired in

12  from the outside.  I'm not sure which one we want to

13  start at.

14         If you're an assistant manager working up

15  through the system, it's going to take you any number of

16  years to get through that system.  It could take from

17  anywhere from eight to ten years if you're starting out

18  as a bagger.

19         Starting out, if you're coming in from the

20  outside, say you're an assistant manager or a staff

21  level position starting at that level, you would have to

22  work through the departments into assistant manager.

23    Q    Now, when you say work up through the system,

24  what exactly do you mean?  What are you saying is needed

25  to be determined or learned working up through the

82

1  system?

2     A     Merchandising skills, people skills, basic

3  skills of operations of how to run a warehouse,

4  leadership skills.  Just the basic understanding of how

5  to run a building.

6     Q     And if you're working up through the system at

7  Costco, is there a requirement that you have been at

8  Costco eight to ten years before you're eligible to

9  becoming a general manager?

10    A     No requirement, but it would take that long to

11 do it.

12    Q     Just in order to get -- to serve in all the

13 jobs, that's roughly what it would take starting as an

14 entry level employee?

15    A     Yes, sir.

16    Q     Okay.  And how do you come up with that

17 figure, eight to ten years?

18    A     Just personal experience.

19    Q     What about if you are a lateral hire coming in

20 at the management -- at a management level, like an area

21 manager?  Strike that.  Let's back up for a second.

22          Do you have lateral hires coming in at the

23 assistant manager level at Costco?

24    A     What do you mean by lateral?

25    Q     People hired from the outside into assistant

83

1  the whole warehouse just like the warehouse manager.  If

2  you have larger volume warehouses, then the warehouse

3  manager, at their discretion, would break out those

4  departments based on the volume.

5      Q    I see.  But an assistant manager, whether

6  they're working in a smaller volume warehouse or a

7  larger one, would they be able to gain the experience

8  that you say is necessary in order to become a general

9  manager?

10      A    Yes.

11      Q    So you're not disadvantaged in terms of being

12  eligible to become a general manager by being in a small

13  volume store, for example, as an assistant manager?

14      A    No.

15      Q    Any other minimum requirements to become a

16  general manager than what we've discussed here?

17      A    Not that I can recall.

18      Q    How do you measure at Costco whether somebody

19  has the degree of experience in the various areas

20  sufficient to become a general manager?

21      A    You want me to step through all the steps from

22  a manager's point of view, a district manager's point of

23  view?

24      Q    Let me first of all say:  Is there any written

25  document that says how you measure whether someone has

87

1   the sufficient experience to become a general manager?

2        A     There are written documents that you step

3   through the whole warehouse.  I can -- I guess I'll take

4   you through the front end first.

5        Q     Sure.

6        A     If an assistant manager is over the front end

7   area, they're -- you look at several different documents

8   up there.  How is the front end running?  Member service

9   good?  Is the membership area running properly?  There

10  is objective things that you look at as far as numbers,

11  productivity numbers.

12           Most assistant managers are given goals or

13  benchmarks that they want -- they are supposed to

14  achieve.  Everybody works to the budget of the

15  warehouse.  That's the main goal.  What are the sales

16  and profit of that warehouse?

17           But if you are the assistant manager or -- and

18  this is how we measure all of these jobs.  If you're the

19  assistant manager over, let's say, the front end, I'll

20  start there, over the front end half of the warehouse,

21  you will be charge of that front end manager, and

22  writing the schedule, and taking care of member

23  services.  You will be in charge of that membership

24  area, how many members are we signing up.

25           The marketing person would be reporting to you

1  as far as the membership marketing area. You would be

2  in charge of the administrative area. You would have

3  control over all of the schedule writing and payrolls in

4  those areas. So you measure it as to the performance to

5  the budget on those.

6        And if you have -- if the warehouse manager

7  sets up goals for that year, it could be in a membership

8  they want to have 20 percent executive members, that

9  assistant manager is measured to those goals or those

10  benchmarks that I want to have 20 percent. They're

11  looked at and measured to that.

12       If we want to have a certain productivity on

13  the front end and measurement to other warehouses,

14  they're looked at and measured to that. Just the basic

15  overall running of that front end.

16       If you move to the merchandising part in the

17  back, they're measured to the standards of the warehouse

18  as far as how the warehouse looks through walks at

19  different levels, Jim, myself, the district managers,

20  the senior people, and you get a feeling for that

21  assistant manager in an objective way how that warehouse

22  is merchandised.

23       Are they in charge of certain parts of that

24  warehouse? Do they know the numbers of that warehouse?

25  Do they know the top 20 in sales? You get a pretty good

89

1  general overview of how that assistant manager is

2  understanding the business on the floor.

3  　　　　They would also be over -- if they're over the

4  floor, they would be over -- could be, depending on the

5  volume of the building, let's say it's a medium-sized

6  building, there's two assistant managers, they're over

7  the merchandising part, meat department, deli, they will

8  have benchmarks of sales to budget.

9  　　　　What's the budget for this year in the meat

10  department?  What's the benchmark we want to hit as far

11  as sales goals, profit goals, the meat flow, the pounds?

12  They're all working off of those.  So you measure where

13  that assistant manager is working and what is being

14  performed.

15  　　Q　　You've referred to goals or benchmarks.  Are

16  those goals or benchmarks set by -- strike that.

17  　　　　Who sets those goals or benchmarks for

18  assistant managers?

19  　　A　　Normally the warehouse manager.

20  　　Q　　The warehouse manager.  So that the goals or

21  benchmarks could vary store to store?

22  　　A　　Sure.

23  　　Q　　You also referred to walks taken through the

24  store, and you said by Jim, myself, and others.  Is

25  there some standard review that senior executives do of

90

1   compare other than the normal things that we have at

2   Costco? We do have written performance reviews. You

3   have some type of information that I think Ron Vachris

4   uses to rate the assistant managers. Is that the type

5   of thing that you're looking for?

6       Q   Could --

7       A   I'm just trying to get your correct -- you

8   know, the answer you're looking for.

9       Q   I'm just trying to understand how -- how the

10  people making those decisions know what to weigh. Like

11  you mentioned performance appraisals. Are you supposed

12  to select the person with the better performance

13  appraisals, or is that just one factor in the mix?

14      A   It's one factor in the mix. There's a tool

15  that they use. Take Ron Vachris, for instance. He has

16  been in the job for a long time. He knows a lot of

17  these assistant managers. He know the managers. He

18  knows what is required, skill level, personal people

19  skills, merchandising skills, financial skills, and he

20  measures those.

21          He works with the warehouse manager, with

22  those assistant managers and knows the skill level that

23  they're at before he makes a decision. Walks the

24  buildings with them, knows what areas they're strong in,

25  what areas they weak in. He knows these assistant

96

1  that have come up that you would not have this person in

2  as a leader?

3         And when you walk the buildings, and you walk

4  with these people, if we're staying with assistant

5  managers, do they take charge?  Do they tell you what's

6  happening in that warehouse?  Do they know their

7  numbers?  Do they know their merchandise?  Do they know

8  the competitive problems in those warehouses?

9         So you get a pretty good idea.  Just looking

10  at it objectively, you get a good idea, does this person

11  know what they're talking about?  Do they know the

12  business?

13     Q     You say that -- you've referred to the word

14  "objectively."  They make an objective decision on it.

15  Is there some -- for making decisions for promotion, is

16  there a numerical measure that somebody is supposed to

17  reach in any of these areas that you can compare people

18  on?

19     A     No.

20     Q     In comparing people for promotion, is there an

21  objective measure of leadership?

22         MR. KADUE:  Objection.  It's been asked and

23  answered.

24         THE WITNESS:  I'm not sure what you mean.  Why

25  don't you restate it.

99

1  BY MR. SELIGMAN:

2      Q    Well, you said there are objective measures.

3  Are there any objective measures of leadership, or is

4  that based on a discretionary judgment of the managers

5  involved in making the selection?

6      A    It's not discretionary.  It's -- I'm basing it

7  on Ron's professional opinion or Bob's, who has been in

8  the business for a long time.  His -- they're

9  responsible and held responsible in my division to

10  produce the best people and have an assistant manager

11  ready to run those warehouses.

12     Q    Are there any objective measures that those

13  individuals use to assess leadership?

14         MR. KADUE:  Objection.  It's been asked and

15  answered.

16         You may answer again.

17         THE WITNESS:  Not that I'm aware of, I guess.

18  BY MR. SELIGMAN:

19     Q    Are there any other personal characteristics

20  other than leadership that is looked at in making the

21  decision about who to promote to a general manager

22  position?

23     A    They're the ones I've covered.  You want me to

24  take each one?

25     Q    No.  Other than the ones you've mentioned so

                                                    100

1    A    Or you're talking about management experience

2  required?

3    Q    Well, let's break it up.  First of all,

4  management experience required, what's the minimum

5  requirement in terms of management experience to become

6  an assistant manager?

7    A    You would like to see that assistant manager

8  work through the merchandising areas as far as

9  merchandise manager.  You would like to see that

10 assistant manager for the -- to be a front end manager

11 for some length of time.

12        It's not necessary or hasn't been that you

13 need to be an administrative manager or receiving, but

14 the two important staff positions in our warehouses are

15 the front end manager and the merchandise manager.

16   Q    So is it a requirement that you have both

17 types of experience, or that's just a preference at

18 Costco?

19   A    It's expected.

20   Q    Do you know why this document only refers to

21 merchandiser manager experience being preferred and does

22 not refer to front end?

23   A    No, I do not.

24   Q    Can somebody meet the front end experience

25 requirement by having served as an assistant front end

                                                    110

1   employees about what the process is for being considered

2   for an assistant manager or general manager position?

3           MR. KADUE:  Objection.  Form of information is

4   vague and undefined.

5           Answer as best you can.

6           THE WITNESS:  Not that I am aware of.  I just

7   can't think of anything right now.

8   BY MR. SELIGMAN:

9       Q    Is there any system at Costco that would

10  provide information to warehouse employees about

11  openings at the assistant manager or general manager

12  position in warehouses other than the ones they work in?

13      A    Would you repeat that for me.  I want to be

14  clear what you're asking for.

15      Q    Sure.  Is there any system at Costco that

16  provides notice to warehouse employees about openings

17  for assistant manager or general manager in warehouses

18  other than the one that employee works in?

19      A    No, I don't believe so.

20      Q    What is the selection process for filling

21  assistant manager positions?

22      A    You want me to start from the -- well, I'll

23  give you my --

24      Q    How does it work?

25      A    How does it work?

                                                    127

1    Q    Simple, straightforward question, yes.

2    A    The -- I look to the responsibilities, as the

3   company does, to have the district managers know who

4   those individuals are by working with the warehouse

5   managers and have a pool of assistant managers ready to

6   open warehouses or be promoted to warehouse manager.

7   Not necessarily open warehouses.  They could be put in a

8   warehouse that is already operating.

9    Q    So there's no application procedure?  Somebody

10   doesn't have to fill out a form and say, "I want to be

11   an assistant manager"?

12    A    There's no formal application.  To be an

13   assistant manager or manager?  I'm sorry.

14    Q    We're now talking about assistant manager.

15    A    No.

16    Q    You rely on the district managers to identify

17   those people they think would be good assistant

18   managers?

19    A    I rely on the warehouse manager.  If we're

20   talking about assistant managers?

21    Q    Yes.

22    A    Promotion to assistant manager?

23    Q    Yes.

24    A    I rely on the warehouse managers and the

25   district managers to identify those people.

128

1  tell anybody, "I want to be an assistant manager," in

2  order to be considered as a potential assistant manager?

3      A    Not that I'm aware of.

4      Q    Is there any formal process at Costco whereby

5  staff level managers are asked if they're interested in

6  becoming assistant managers?

7      A    Repeat the question again.

8      Q    Is there any system at Costco whereby staff

9  managers are asked on any regular basis whether they're

10  interested in being promoted to assistant managers?

11      A    You would pick it up on their employee review.

12      Q    Is there a requirement that at all -- for

13  staff level managers the employee review always cover

14  that issue?

15      A    Required?

16      Q    Yeah.

17      A    No.

18      Q    But it might be in the review, is what you're

19  saying?

20      A    Yes, sir.

21      Q    You've told me that in the selection for

22  assistant manager, you rely on the warehouse and

23  district managers to know who are the people who would

24  be good to be promoted.  Is there anyone else involved

25  in the process of selecting people to be promoted into

                                                131

1    assistant manager other than the warehouse manager and

2    the district manager?

3         A    So now we're at assistant manager to warehouse

4    manager?

5         Q    No, no, I'm sorry.  I want to be clear.  I'm

6    still one level lower than that.

7         A    Okay.

8         Q    Movement into assistant manager, who is

9    involved in the selection process for movement into

10   assistant manager?

11             MR. KADUE:  Objection.  The term "involved" is

12   vague and ambiguous.

13             THE WITNESS:  The individuals that are

14   involved in that selection, primary decision maker would

15   be warehouse manager.  District manager is also

16   involved.

17   BY MR. SELIGMAN:

18        Q    Does anyone else have to approve a decision to

19   promote somebody to assistant manager?

20        A    I don't certainly.

21        Q    Do you know if there's a requirement elsewhere

22   at Costco that if the determination of promotions to

23   assistant manager has to be approved above the district

24   manager level?

25        A    No, not that I'm aware of.

                                                    132

1      Q     Okay.  Let me switch to movement into general

2   manager now.

3      A     Okay.

4      Q     That's also a position that's not posted; is

5   that correct?

6      A     That's correct.

7      Q     There's no application process to become a

8   general manager?

9      A     That's correct.

10     Q     You presume that anybody who's an assistant

11  manager is likely going to be interested in becoming a

12  general manager?

13     A     I don't presume that.  I'm pretty confident

14  that everyone, that if you're an assistant manager, you

15  want to be a warehouse manager.

16     Q     And that's an assumption that your peers and

17  other managers would share?

18     A     I would think so.

19     Q     What is the process for selecting warehouse

20  managers?

21     A     The general process is the district manager is

22  supposed to have a good talent pool out there, so the

23  process is between the warehouse manager and the

24  district manager has to be selecting the best person for

25  the job to be moved into warehouse manager, along with

133

1  some input and involvement from the senior vice

2  president.

3      Q    Anybody else normally involved in the

4  selections of general managers?

5      A    That position, assistant manager to general

6  manager?

7      Q    Yes.

8      A    They make me aware of it.

9      Q    So EVP?

10     A    EVP, and then I would make Jim aware of it, or

11 Dick now, whichever.  But I still make Jim aware of it.

12 So before anybody is made a manager in this company, Jim

13 is made aware of it.

14     Q    Is that just a pro forma notice, or do

15 Mr. Sinegal and/or -- or -- or -- I've forgotten his

16 name, the --

17     A    Dick DiCerchio.

18     Q    DiCerchio, do they actually play an active

19 role in the selection process for general manager?

20     A    No.  They're expecting if I come to them with

21 an assistant manager being promoted to warehouse

22 manager, as I expect from our district managers or our

23 senior people, they better be qualified and have all of

24 the skill level and ability to run one of those

25 warehouses.

134

1    Q    Have they ever overruled a selection decision

2  at that level that you're aware of?

3    A    Not to my knowledge.

4    Q    Have you ever overruled a selection to general

5  manager?

6    A    Not that I remember.

7    Q    What is your role?  You said you're in this

8  process, but what is your role in terms of selection of

9  general manager?

10    A    My role is that I give these guys the ability

11  and the leeway to pick these assistant managers that are

12  going to warehouse managers.  My role is to make sure

13  that they have a good pool out there when I look at the

14  talent pool that they have just to see that they have a

15  good number of people that are going to fill the

16  warehouses and to sign off on it when they pick the

17  person.

18    Q    Do you have a similar role in terms of the

19  pool for people being promoted to assistant manager?  Do

20  you look to see if there's a good pool for that also?

21    A    I look to that, but not as heavy as I do for

22  warehouse managers.

23    Q    And what does a good pool mean to you?

24    A    Adequate number of people to the warehouses

25  that we're going to open up.

135

1      Q     Do they play any role in determining whether

2   the pool is appropriate?

3      A     Not that I'm aware of.

4            MR. SELIGMAN:  Take a break here if you want

5   to take it.  Off the record.

6            THE VIDEOGRAPHER:  Off the record at 2:14.

7            (A recess was taken.)

8            THE VIDEOGRAPHER:  Back on the record at 2:23.

9   BY MR. SELIGMAN:

10     Q     Is there a process at Costco whereby managers

11  identify people who are ready for promotion or rank them

12  as ready for promotion?

13     A     There's a process.  There's a district manager

14  process that they work with the warehouse manager to

15  identify those people.

16     Q     Is there a -- at Costco a process by which

17  there are written lists prepared of such candidates?

18     A     There's a flow sheet.  I'm sorry.  Go ahead.

19     Q     Let me restate that.

20     A     Okay.

21     Q     Is there a requirement at Costco that lists be

22  prepared identifying who's ready or who is ranked as

23  ready for promotion to assistant manager or general

24  manager?

25           MR. KADUE:  Objection to the word

                                                      138

1   "requirement" as vague and undefined.

2           THE WITNESS:  In my division, I have a talent

3   pool, which it's sitting right in front of me.  I

4   require that I be able to see who's available for

5   promotion.

6   BY MR. SELIGMAN:

7       Q    You're referring to a document that's been

8   referred to as Exhibit 12?  When you say sitting in

9   front of you, that --

10      A    Yes.  Yes, sir.

11          MR. SELIGMAN:  Let me identify that for the

12  record.  There's a series of documents which we've put

13  together as Exhibit 12 that counsel provided me

14  yesterday, and they are Bate stamped 20000 through 15,

15  20015.

16          (Plaintiff's Exhibit 12 was marked.)

17  BY MR. SELIGMAN:

18      Q    And why don't you first tell me, what are

19  these documents?

20      A    These documents are -- documents shows me who

21  is -- like this first one, let's take it, from

22  Ron Vachris.

23          THE COURT REPORTER:  I'm sorry.  I can't hear

24  you.

25          MR. KADUE:  The witness is referring to the

                                              139

1 first page, CRE 2,000. I guess it's 20,000.

2 BY MR. SELIGMAN:

3     Q    You're telling me what this first document

4 was, called San Diego District 2 Talent Pool?

5     A    Right. What would you like to know about

6 this?

7     Q    What is it?

8     A    It's a document that shows me the warehouse

9 managers with greatest potential, meaning who would

10 go -- Ron Fields and Bob Fields, who would go to that

11 next level, and assistant managers with the skill and

12 ability to manage a location now in some type of number

13 of what Ron feels would be the future.

14     Q    So the time frame refers to when they'd be

15 ready to make the next step?

16     A    That's correct.

17     Q    Let me just walk through these documents so I

18 make sure I understand what they are. The next document

19 is a list that's on the third page. It's actually Bate

20 stamped 20002. It says San Diego District 2 Warehouse

21 Manager's Staffing. What is this document?

22     A    Are we on -- we're on the third page now?

23     Q    Third page, right.

24     A    Okay.

25     Q    What is this document?

140

1      A    This is a document that Ron created that he

2    looks at some of these individuals, some of these

3    warehouse managers, how long they've been there.  We

4    usually require that a warehouse manager stay in a

5    warehouse five, six, seven years.  But after that six or

6    seventh year, depending on available locations, that we

7    would do some type of rotation just to give them a

8    different feel for a warehouse.

9        Q    So these are all warehouse managers on this

10   list?

11       A    One second; yes.

12       Q    Under requested opportunities, what does that

13   mean?

14       A    That these individuals have asked Ron, it

15   looks like, that -- like Dick DeCobb is a -- the

16   warehouse manager of West Lake Village.  He just

17   retired.  At first he wanted to go to Phoenix, if there

18   was an opportunity in Phoenix, to be a warehouse

19   manager.  But then he decided to retire.

20        So this tells Ron has anybody -- I'm sorry.  I

21   just lost my microphone.  It tells anybody Ron is

22   asking, like Kevin Endicot, who's in the Vegas area, who

23   wanted to get into Phoenix, if there was an opportunity.

24        Joe was in Denver, wanted to get -- I'm sorry.

25   Joe was in Albuquerque who wanted to get to Denver if

1  there was an opportunity that would open up.  And

2  Ed Bluet, if we opened in Colorado Springs, he would

3  like the opportunity to do that.

4          So Ron is identifying what he knows, or either

5  the manager has told him, that's where I'd like to be if

6  we open up new warehouses.

7      Q    Okay.  The next document in here starting at

8  20003, is it says Warehouse Manager Ranking.  It goes on

9  for a number of pages, three pages, I think.

10     A    Okay.

11     Q    What is this document?

12     A    This is a document that Ron created that gives

13 him a overview of these managers.  Let me look at

14 something for one second.  It looks like he has his

15 managers on here, and he is saying that -- let me take

16 an example of Tom Padilla, the top one.  That

17 Tom Padilla, in his opinion, has merchandising skills,

18 he rates him as a four, financial as a three, operations

19 as a four, and so on.

20     Q    So this is a ranking that Ron Vachris

21 prepared?

22     A    Yes.

23     Q    Do you know if this corresponds to performance

24 review scores?

25     A    I think he has used the top line as far as

                                                    142

1   merchandising and financial.  But I don't believe -- you

2   talk about the performance reviews, the yearly

3   performance reviews?

4        Q    Yes.

5        A    I don't know that.

6        Q    Do you know how he determined the numerical

7   scores for these different people?

8        A    He would base it on the same thing that was

9   across on the employee review.  I think that's how he

10  did it, if that's what you're asking.

11       Q    Yes.

12       A    Okay.

13       Q    Is this a document that you got --

14       A    Yes.

15       Q    -- these rankings?

16       A    Yes.

17       Q    Okay.  The third page says Assistant Manager

18  Ranking.  Is that likewise a document that you would

19  have received?

20       A    I've received this, yes.

21       Q    Okay.  The next document starting on 20008 is

22  a talent pool document for Texas region for Mario Omoss?

23       A    Omoss, sure.

24       Q    I noticed on this one there's a number of

25  names have asterisks next to them.

                                                        143

1      A     Yes.

2      Q     Do you know what that refers to?

3      A     It refers to diversity.

4      Q     And --

5      A     Is this -- is this pool of people that Mario

6   is looking at diverse.

7      Q     Do you know why that person decided to

8   designate people diversity?

9      A     Because he, as anybody in the company, one of

10  our goals would be to have a more diverse work group.

11  And Mario, being new to the area, is identifying

12  without -- I can't tell from looking at this other than

13  women, more -- who is a more diverse work group there,

14  people.

15     Q     Was he instructed to indicate diversity

16  candidates?

17     A     No.

18     Q     Do you know why he indicates diversity

19  candidates, but Ron Vachris doesn't?

20     A     Other than Ron may know these people a lot

21  better than Mario does.  But it's Mario's own style.

22  He's probably trying to show me that he is looking at

23  diversity in the management group, assistant manager

24  group.

25     Q     Next document is Talent Pool, Los Angeles

144

1   District 2 starting on 20006.

2      A    Mark Mashon.

3      Q    Right. And that lists similar names. On the

4   bottom, it has a second page, it has regional managers.

5   What does that refer to?

6      A    These are the individuals in those ancillary

7   businesses that report to these district managers that

8   visit warehouses. And you take a regional -- like

9   Glenn's a regional manager of bakery that they go into

10   these warehouse and help those individuals teach, train,

11   and look at the meat department or bakery department or

12   whatever ancillary business they're over.

13      Q    Okay. Let me ask you to go to the page that

14   says CRE 20013, which is a ranking list for assistant

15   manager.

16      A    I'm going backwards now?

17      Q    No, you're going forward, page 13.

18      A    Okay.

19      Q    Do you know who prepared this list?

20      A    One second. Well, looking at who is

21   District 1, it would be probably be Bryan, but I don't

22   know. Yeah, it would be Bryan.

23      Q    This one has asterisks, which suggests a

24   diversity pool? There's a footnote on the bottom.

25      A    Is there a footnote at the bottom? Let me

1      Q     Potential candidates.

2      A     Potential candidates.

3      Q     Yes.

4      A     It could be.  It could be a conversation,

5  nothing formal that I can recall as far as an agenda

6  that we're talking about candidates.

7      Q     Is there anywhere on your internet system that

8  somebody could go in management to find out who's in the

9  pool to be considered for promotion?

10     A     Staff level or any --

11     Q     Yeah, staff or assistant manager to be

12  promoted up.

13     A     Not that I recall.

14     Q     Does Costco have a promotion-from-within

15  policy?

16     A     We always try to promote from within.

17     Q     That's something that is an important part of

18  the Costco culture?

19     A     Definitely.

20          MR. SELIGMAN:  What number are we up to?

21          THE COURT REPORTER:  13.

22          MR. SELIGMAN:  13.  Let me mark as Exhibit 13

23  a document called Costco Today, Career Development

24  Series.  The Bate stamp first page is 4330.

25          (Plaintiff's Exhibit 13 was marked.)

                                                    164

1   STATE OF CALIFORNIA  )
                         )   ss

2   COUNTY OF SAN DIEGO  )

3

4        I, Sue Ross, a Certified Shorthand Reporter, do

5   hereby certify:

6        That prior to being examined, the witness

7   in the foregoing proceedings was by me duly sworn to

8   testify to the truth, the whole truth, and nothing but

9   the truth;

10       That said proceedings were taken before me at

11   the time and place therein set forth and were taken down

12   by me in shorthand and thereafter transcribed into

13   typewriting under my direction and supervision;

14       I further certify that I am neither counsel for,

15   nor related to, any party to said proceedings, nor in

16   anywise interested in the outcome thereof.

17       In witness whereof, I have hereunto subscribed

18   my name.

19

20   Dated: _____ **MAR 1 8 2005** _____, _____ .

21

22                          _____

23                             Sue Ross
                              CSR No. 5786

24

25