Announcements Home
General
Home Office
Promotions

Year 2006
Year 2005
Year 2004
Year 2003
Year 2002

**Promotional Announcements for June 2003**

**Friday, June 27**
To: All employees
From: Mike Parrott

I am pleased to announce the promotion of Fred Paulsell, III to the position of Corporate Buyer, Plastic/Foam Packaging supplies.

In this position, Fred will lead efforts to leverage cross-departmental and multi-country synergies with supplies aimed at dramatically lowering packaging costs. Fred will also develop and lead the implementation of any corporate strategy on environmentally responsible packaging.

Fred began his career with Costco in 1988 at Seattle #01. Over his career, he has held a number of broadening positions in the warehouse, as well as Finance, Treasury, and in Executive Membership. Most recently, he was an Assistant Warehouse Manager at Federal Way.

Please join me in congratulating Fred on his promotion and wishing him success in his new responsibility.

To: All employees:
From: Dennis Hoover

**Melissa McCurdy** has been selected as Warehouse Manager of the Livermore, California location. Melissa spent the first part of her career at Costco on the administrative side of the business, and has spent the last 5 years in merchandising. She has shown great leadership and has differentiated herself as a true merchant.

Please join me in congratulating Melissa on her promotion and wishing her continued success.

**Thursday, June 19**

To: All employees
From: Rich Olin - VP/General Counsel
Subject: John Sullivan - Promotion

I am very pleased to announce the promotion of **John Sullivan** to Assistant Vice President and Assistant General Counsel.

John graduated cum laude from the University of Missouri Law School in 1984, where he served as Managing Editor of the Missouri Law Review. Following graduation, John clerked for one year for a Federal Appeals Court Judge. He joined the New York law firm of Fried Frank in 1985 and became a partner there in 1991. After 15 years at Fried Frank, John started at Costco in January 2001 in the position of Corporate Counsel.

John skillfully manages all of the Company's commercial litigation, gray market, securities and corporate governance matters. As Assistant General Counsel, he will continue to assist me in providing advice to senior management and the Board of Directors, particularly in the area of securities regulation. Among his many significant contributions, John recently implemented procedures that have enabled us to comply with the complicated new Federal securities regulations.

Please join me in congratulating John on his promotion and wishing him continued success.

[x]

To: All employees
From: Phil Lind, Vice President Business Centers
Rob Parker, Regional Operations Manager, Business Centers
Subject: Michael Donner - Promotion

We are pleased to announce the promotion of **Michael Donner** to the position of Warehouse Manager for the new Business Center in Fife, Washington effective Monday, August 4, 2003.

Michael began his Costco career in August 1989 at the Northridge, California location as a Membership clerk and was promoted to Assistant Front End Manager in 1990. After furthering his education, Michael returned to Costco in November 1995 as Front End Supervisor at the Glendale, Arizona warehouse. He held various management positions in Arizona including the Superstition Springs and Thomas Road locations working his way up to Assistant Warehouse Manager. In July of 2001, Michael became the Assistant Warehouse Manager of the Phoenix Business Center.

The Fife Business Center is scheduled to open in the Fall of 2003. Warehouse transfer opportunities and job postings will be published on the Intranet.

Please join us in congratulating Michael on his promotion and wishing him success in his new responsibilities.

[x]

**Friday, June 13**

To: All employees
From: Roger Campbell
Subject: SE Management Changes

I am pleased to announce the following changes in the Southeast Region:

**Gary Mossner**, currently the Warehouse Manager in Gwinnett, Georgia, will be transferring to our Town Center, Georgia location. Gary has been with Costco since 1992.

**Bruce Scruggs**, currently assigned to special projects, will assume the responsibilities of Warehouse Manager in Gwinnett. Bruce has been with Costco

since 1985 and was promoted to Warehouse Manager in 2001.

Best of luck to Gary & Bruce in their new assignments.

[x]

To: All employees
From: Dennis Hoover
Subject: Ralph Cefaratti Retirement

After 18 years of service, **Ralph Cefaratti** has announced his retirement. Ralph started his career with Costco in 1986 and has been a Warehouse Manager for the past 16 years. Ralph has managed several different Costco locations; most recently the Livermore, California warehouse.

Please join me in thanking Ralph for his 18 years of service and wishing him well in his retirement.

[x]

**Wednesday, June 11**

To: All employees
From: John Gaherty
Subject: MW Management Promotion

I am pleased to announce the promotion of Richard Laurin to the position of Warehouse Manager at 393 - Madison Heights, Michigan. Richard, currently an Assistant Warehouse Manager at 391 - Livonia II, Michigan, was originally hired as a stocker in 1987 at 501 - St. Laurent, Quebec. Richard was promoted to Area Manager while at 505 - Laval, Quebec and then to Staff Level Manager while at 534 - Windsor, Ontario. In 1998, Richard was promoted to assistant warehouse manager and transferred to the Midwest Region to help open 390 - Livonia I, Michigan.

Please join me congratulating Richard on his promotion and wishing him continued success in his Costco career.

[x]

**Tuesday, June 10**

To: All employees
From: John Gaherty
Subject: MW Management Change

I am pleased to announce that Nick D'Agostino, currently the Warehouse Manager at our Madison Heights, Michigan location, will open the new Commerce Township, Michigan building. Opening September 25th, Commerce Township will be our eighth Detroit-area Costco.

Please join me in wishing Nick continued success in his Costco career.

[x]

To: All employees
From: Suzanne Guyan - Director of Employee Benefits

We are pleased to announce a new addition to our Workers Compensation team. Susie Hayford is the new Regional Workers Compensation Manager for the following regions and states:

- Northwest
- Midwest
- Texas
- Southwest states (excluding California and Hawaii)

Susie comes to us with a great deal of claims handling experience which will be very beneficial in her new position. She can be reached at: 425-427-7863

Contact Susie for any questions or concerns you may have with your workers' compensation claims and join me in wishing her well in her new position.

[x]

**Monday, June 2**

To: All Employees
From: John Detlor

I am pleased to announce the following promotions in the Warehouse Operations Department:

**Christi Kang** has been promoted to the position of Supervisor with responsibilities for Procedures and Training, focusing primarily in Receiving, RTV and Inventory Audit areas. Christi started her career at the Seattle #01 location in 1983. She transferred from Seattle to the Union Gap, WA warehouse before relocating to the Kona, HI warehouse in 1993. After working in nearly every staff-level management position, she "came home" to the Seattle area and joined the Warehouse Operations Department in 2001.

**Paul Bryant** has been promoted to the position of Senior Operations Auditor. Paul started his career at the #303 Avon location in 1991. During his career at the warehouse, Paul worked in many areas and was a staff-level manager in merchandising and the front end before being promoted to the position of Operations Auditor in 1998. Since becoming an Operations Auditor, Paul has traveled extensively conducting audits and helping warehouses gain a better understanding of policies and procedures. Paul has also conducted audits of warehouses in the United Kingdom. Paul will remain in the Sterling Office and will continue to audit in addition to his involvement in the management of the Operations Audit program.

Please join me in congratulating Christi and Paul in their new positions and wishing them continued success!

Intranet Feedback

**SVP Responsible: John Matthews**
Questions about General Announcements: Donna Patané
Technical: Adam Pranica
Address your questions or comments about this page to the appropriate contact above.

Search: [    ] [Go]

Announcements Home
General
Home Office Promotions

Year 2006
Year 2005
Year 2004
Year 2003
Year 2002

**Promotional Announcements for April 2004**

**Wednesday, April 28**

To: All Employees
From: Dennis Hoover

**Julie Heath**, currently the Warehouse Manager of the Salinas, California location has been reassigned to open our new Turlock, California warehouse. Julie has been a Warehouse Manager in the Bay Area for the past 5 ½ years.

**David Boggiano** has been promoted to Warehouse Manager of the Salinas, California location. David has worked at several Bay Area locations in all levels of management. Most recently, David held the position of Assistant Manager in our Livermore, California warehouse.

Please join me in congratulating David on his promotion and wishing Julie continued success in her new assignment.

**Tuesday, April 27**

To: All employees
From: Roger Campbell

I am pleased to announce the following promotion in the Southeast Region:

**Salvador Ramos, Jr.**, Assistant Warehouse Manager in Caguas, Puerto Rico has been promoted to Warehouse Manager in West Bayamon, Puerto Rico. Sal began his career with Costco as an Assistant Manager in 1993 at our Hawthorne, CA location. He worked in several Los Angeles Region warehouses before transferring to Puerto Rico in 2001.

Please join me in congratulating Sal on his promotion.

**Monday, April 26**

To: All employees
From: Jeff Long

I am pleased to announce the following promotion in the Northeast:

**Andy Mulek**: Effective today, April 26th, Andy is being promoted to the position of

Warehouse Manager for our upcoming Enfield, Connecticut, warehouse.

Andy started his career with Costco in October of 1986 as a Maintenance worker at the Space Center location in Minneapolis, Minnesota. He was promoted to management in June of 1989 as a Receiving Manager at Kendall, Florida, and then transferred to West Springfield, Massachusetts in 1990. Andy worked his way through all staff-level management positions, and was promoted to Assistant Manager at West Springfield in 1993.

Please join me in congratulating Andy on his promotion and wishing him success in his new responsibilities.

To: All Employees
From: John McKay
Promotional Announcement

I am pleased to announce the promotion of Sandie Snook to the position of Warehouse Manager #145 Twin Falls, Idaho effective May 17th. Sandie is currently an Assistant Warehouse Manager at #68 Salem Oregon. She originally was hired in 1989 at our #17 Eugene, Oregon working in the Majors Department. Sandie's first salaried position was Majors Supervisor in 1990. She also held each staff level position in #17 Eugene. She was promoted to Assistant Warehouse Manager in 1997 working in #17 Eugene and #68 Salem.

Please join me in congratulating Sandie on her promotion and wishing her continued success in her new position.

Management Change/New Assignments:

Jack Foyt, currently are Warehouse Manager #97 Clackamas, Oregon will assume the same responsibilities for our upcoming #772 Vancouver, Washington location scheduled to open in late August. This will go in effect June 1.

James Gay, currently Warehouse Manager #02 Portland, Oregon will assume the same responsibilities at #97 Clackamas effective June 1.

Harold Kearns, currently Warehouse Manager #111 Tigard, Oregon will assume the same responsibilities at #02 Portland effective June 1.

Mike McNairy, currently Warehouse Manager #145 Twin Falls, Idaho will assume the same responsibilities at #111 Tigard effective May 24.

Please join me in wishing Jack, James, Harold and Mike continued success in their new assignments.

To: All employees
From: Tom Walker
Re: Construction, Depots & Traffic Promotions and Changes

I am pleased to make the following announcements:

For the Construction Department,

**Keith Thompson**, previously Vice President of Purchasing and Facilities has

rejoined the construction department as Vice President of Construction. Keith will be responsible for overseeing new construction projects for the northern division and Canada. Keith will be reporting to Ali Moayeri, SVP of Construction.

**Randy White**, previously Construction Project Manager for the northern division has been promoted to the position of Director of Construction. Randy will be responsible for overseeing the remodel, gas station and depot construction projects for the construction department. Randy will be reporting to Ali Moayeri, SVP of Construction.

When Randy joined the Price Club Construction Department in 1992, he brought with him a Bachelor's degree in Construction Management and extensive experience in the retail field of construction, including several years of working as a licensed general contractor. In 1994, he relocated to northwest to join the Construction Department as a Project Manager overseeing the various phases of new warehouse construction, warehouse remodels and the first rollout of Gas Stations.

For the Depots and Traffic department,

**Sarah Mogk**, previously Depot Manager at Mira Loma, CA #960 has been promoted to Assistant Vice President of Depots and Traffic. Sarah is relocating to the Issaquah area and joining the senior management team for the depots and traffic department. Sarah will be reporting to John Thelan, SVP of Depot Operations.

Sarah began her career with Costco in 1984 as a part time vault clerk in West Palm Beach. Since she has held various positions in buying, warehouse and depot management. Sarah was promoted to Depot Manager in June 2000 at the Tolleson, AZ #936/#260 facility. In May of 2002, she assumed the responsibility of Depot Manager at Mira Loma #960.

**Jim Harrison**, previously Traffic Manager for U.S. and Canada has been promoted to Director of Traffic North America and will continue to report to Bruce Bender, AVP of Traffic. Jim began his career with Costco in 1985 as part of the Facilities department. In 1986, Jim entered the Traffic department where he has held multiple positions, including being part of management since 1993.

**Teresa Jones**, previously Supply Chain Analyst for Net Landed Cost has been promoted to Director of Traffic Imports North America and will report to Bruce Bender, AVP of Traffic. Teresa began her career with Costco in 1988 as a caller at the Seattle location. After working her way through multiple positions within the warehouse, Teresa joined the Traffic department in 1997. She served as a manager in the Traffic department for five years before moving to the Net Landed Cost department.

**Miguel Mata**, previously Assistant Depot Manager at Morris, Il Wet Depot #268 has been promoted to Depot Manager at Morris, Il Wet Depot #268. Miguel started with Costco in our Compton Depot in 1988 as a receiving/sort manager. After working his way through various depot management positions, he was promoted to Assistant Depot Manager in 2001.

**Dave Hunnewell**, previously Depot Manager at Morris, Il Wet Depot #268 is relocating to Morris, Il Dry Depot #268 as Depot Manager. Dave began his career with Costco in 1986 as a front end caller at the San Jose warehouse. After working his way up the ladder in the warehouse system, he was promoted to Assistant Warehouse Manager at the Hawthorne location in 1991. In 1992, Dave moved into the depot system as a Depot Assistant Manager and was then

promoted to Depot Manager in 2002 for the Morris, Il Wet Depot.

**Angie Meck**, previously Depot Manager at the Morris, IL Depot #267, is relocating to Mira Loma, CA Wet Depot #961 as Depot Manager. Angie began her career with Costco in 1993 as a fleet manager at the Rancho Cucamonga Depot #173. In July 2001, Angie was promoted to Depot Manager when she opened the Morris, IL #267/#268 facility.

**Stu Bell**, previously Depot Manager at Mira Loma, CA Wet Depot #961, is relocating to Mira Loma, CA Dry Depot #960 as the Depot Manager. Stu began his career with Price Club in 1979 as a marker at the Morena Blvd. warehouse. In 1989 he was promoted to Depot Manager at the Price Club C.D.I. Riverside facility. Stu has served as Depot Manager at the Mira Loma Wet Depot #961 since it opened in January of 1998.

Please join me in congratulating Randy, Sarah, Jim, Teresa and Miguel on their promotions and wishing Keith, Dave, Angie and Stu continued success in their new positions.

[x]

Friday, April 16

To: All employees
From: John Osterhaus

Congratulations to Leia Ray on her promotion to Buyer in the Optical Department. Leia began her Costco career as a caller in 1989 at the Kirkland warehouse. She worked in several Northwest warehouses in positions including caller, stocker, RTV clerk, food court clerk, receiving clerk, and front-end supervisor. Leia moved to the corporate office in 1999, where she has worked in the Accounting and Optical departments, most recently as an Assistant Buyer in Optical. Leia will be responsible for buying ophthalmic lenses, contact lenses, OTC and parts.

Please join me in wishing Leia continued success with her Costco career.

[x]

**Thursday, April 15**

To: All Employees
From: Mike Parrott
Subject: New assignments for Costco Home

I am very pleased to announce the following responsibility changes within Costco Home operations.

**John Ostmeier**, currently Warehouse Manager at # 798/Costco Home, has been appointed Operations Manager - Costco Home. In his new capacity, John will have management responsibility for the current Costco Home location in Kirkland, the new Costco Home which will open in Tempe, Arizona in the Fall, as well as any future locations. His immediate focus will be the design, construction, and staffing of the new Tempe building. John is a 22-year employee with management experience in operations, facilities, and merchandise services. He has been Warehouse Manager at Costco Home since 2002.

**Steve Freni**, currently Assistant Warehouse Manager at #798/Costco Home, is being promoted to Warehouse Manager at the Kirkland Costco Home facility. A 16-year employee, Steve was initially hired as a meat cutter in 1988 and since that

time has worked in every warehouse department. Steve has been an Assistant Warehouse Manager since 1998, serving in that capacity at #08/Kirkland, #106/Aurora Village, and #110/Issaquah. He has been Assistant Warehouse Manager at Costco Home since 2002. Steve will report to John Ostmeier.

Please join me in congratulating John and Steve and wishing them continued success in their new assignments.

Intranet Feedback

**SVP Responsible: John Matthews**
Questions about General Announcements: Donna Patané
Technical: Adam Pranica
Address your questions or comments about this page to the appropriate contact above.

Announcements Home
General
Home Office
Promotions

[Year 2006](#)
[Year 2005](#)
[Year 2004](#)
[Year 2003](#)
[Year 2002](#)

**Promotional Announcements for February 2006**

**Tuesday, February 28**

To: All employees
From: Dennis Zook

John Brown, Assistant Manager at Sonterra Park, Texas, is being promoted to the position of Warehouse Manager of our NW San Antonio, Texas location. John started his career with Costco in 1986 as a stocker at the original Albuquerque, New Mexico location. he held various management positions there, as well as at Edison, New Jersey, and Lauderhill, Florida. In 1989, he was promoted to the position of Warehouse Manager at Lauderhill. John left the company to start a new business in 1992, and returned to Costco in 2001 as an Assistant Manager in Puerto Rico.

Alan Mar, Warehouse Manager at NW San Antonio, Texas will be assuming the same responsibilities at the new South Austin, Texas location, opening in June.

Bruce Marteney, Warehouse Manager at Willowbrook, Texas will be assuming the same responsibilities at the Katy Freeway, Texas location.

John Cully, Warehouse Manager at Katy Freeway, will be assuming the same responsibilities at the Willowbrook location.

Please join me in congratulating John Brown on his promotion, and in wishing Alan, Bruce and John Cully well in their new assignments.

**Monday, February 20**

To: All employees

From: John McKay

Please join me in congratulating **Mike O'Hara Jr.** on his promotion to the position of Warehouse Manager at our Union Gap, Washington location.

Mike started his career with Costco in 1985 as a foods supervisor at our Lynnwood, Washington location. He later transferred to Kirkland, Washington as a front-end supervisor, and then to Danvers, Massachusetts as foods manager. In 1994, Mike returned to Washington, transferring to our Federal Way location. He held several management positions there, including admin manager, front-end manager and merchandise manager. He was promoted to assistant manager in 1998 at our Seattle location and most recently was assistant manager at our

Issaquah location.

**Gene Dunlap**, Warehouse Manager at our Bellingham, Washington location for the past 8 years, will be transferring to the new Marysville, Washington location.

**Carter Witham**, Warehouse Manager at our Medford, Oregon location for the past 6 years, will be transferring to the Bellingham location.

**Jay Moscatelli**, Warehouse Manager at the Union Gap location for the past 8 years, will be transferring to the Medford location.

Again, please join me in congratulating Mike, our new Warehouse Manager, and in wishing our current managers well in their new roles.

[x]

**Wednesday, February 15**

To: All employees

From: John McKay

Please join me in congratulating **Netra McGrew** on her promotion to the position of Warehouse Manager at our new Lacey, Washington location. Netra started her career with Costco in 1988 as a cashier in our Kennewick, Washington location. Netra held various management positions in Kennewick including Front End Supervisor, Front End Manager, Merchandise Manager, and Receiving Manager. Netra transferred to Tumwater, Washington in 1998 as the Front End Manager and was soon promoted to a Merchandise Manager and then Administrative Manager. In 2000 Netra was promoted to the position of Assistant Manager in Tumwater.

Also, join me in congratulating **Dan Weber** on his promotion to the position of Warehouse Manager at our Bend, Oregon location. Dan started his career with Costco in 1986 as a cashier in our Tukwila, Washington location. Dan held various management positions in Tukwila including Front End Supervisor and different staff level positions. In 2000 Dan transferred as the Merchandise Manager to Federal Way, Washington then in 2002 as the Merchandise Manager in Issaquah, Washington. Later that year Dan was promoted to the Assistant Manager at the Everett, Washington location. Most recent Dan was the Assistant Manager at our Tacoma, Washington location.

**Steve Wakehouse**, Warehouse Manager at the Oldham, UK location for the past 4 years will be joining the Northwest Region as the Warehouse Manager of our new Lehi, Utah location.

**Todd Kepple**, Warehouse Manager at our Kirkland, Washington location for the past 6 years will be transferring to the Federal Way location.

**Rich Graber**, Warehouse Manager at our Bend location for the past 5 years will be transferring to the Kirkland location.

**Norm Peterson**, Warehouse Manager at our Federal Way location for the past 3 years will be transferring to the new Nampa, Idaho location.

Please join me in congratulating our new Warehouse Managers as well as our current Warehouse Managers on their new management roles.

[x]

**Wednesday, February 8**

To: All employees

From: Roger Campbell

I am pleased to announce the following change in the Southeast Region:

**Bruce Scruggs** will be opening our newest location at the Mall of Georgia, located in Buford, Georgia. Bruce began his career with Costco in 1985 as caller in Santa Ana, California, and after a 16-year career encompassing virtually all staff management positions, was promoted to Warehouse Manager in 2001.

Please join me in congratulating Bruce on his new assignment. Also, please do not send Bruce any transfer requests. Instructions for submission of transfer requests will be posted at the job bank shortly.

Intranet Feedback

**SVP Responsible: John Matthews**
Questions about General Announcements: Donna Patané
Technical: Adam Pranica
Address your questions or comments about this page to the appropriate contact above.

- Announcements Home
- General
- Home Office
- Promotions

- Year 2006
- Year 2005
- Year 2004
- Year 2003
- Year 2002

**Promotional Announcements for April 2006**

**Thursday, April 27**

To: All employees

From: Jeff Long

I would like to announce the following retirement and promotion in the Northeast:

**Ted Bechtel** has decided to retire after 18 years with Costco. He has been a warehouse manager for 15 years in Harrisonburg, Virginia and Lantana, Florida. Ted's last day will be Friday, April 28, when he is planning to go out to pasture on his farm in the Shenandoah Valley. Ted has done a great job for us and has been a joy to work with.

**Anita Schwartz:** Effective Monday, May 1, Anita is being promoted to the position of Warehouse Manager of our Harrisonburg, Virginia warehouse.

Anita started her career with Costco in 1984 as a Caller in Westmoreland, Virginia, the first location Price Club opened on the East Coast. After that, she worked as a Payroll Clerk and Admin Supervisor before being promoted to an Administrative Manager in 1990, and then working her way through the various senior management positions. In 1999 Anita was promoted to Assistant Warehouse Manager at the Chesterfield, Virginia location, and transferred to West Henrico, Virginia in February of this year.

Please join me in congratulating Anita on her promotion and wishing her success with her new responsibilities. We would also like to wish Ted all the best in his retirement. We will miss him.

**Wednesday, April 26**

To: All employees

From: Joe Portera

I'm pleased to announce the promotion of **Julie Cruz** to the position of Regional Operations Manager in the Southeast. She will be assuming responsibility for a newly created third district, which will be forthcoming.

Julie started as a vault clerk 20 years ago in West Palm Beach, Florida and worked in various positions including Admin., Front End and Merchandise Manager. In 1992, she was promoted to Assistant Warehouse Manager, and in

1995 to Warehouse Manager at Lantana, Florida. She held that position for five years, at both our Lantana and Town Center, Georgia locations.

In 2000, Julie became Regional Administration Manager, and in 2004 moved to her current position as Assistant GMM of Food and Sundries. She will assume her new responsibilities on June 6.

Please join me in congratulating Julie and wishing her success in her new position

**Tuesday, April 24**

To: All employees

From: Dennis Zook

**Joe Isles**, Warehouse Manager at our Santa Clarita, California location, has announced his plans to retire. His last day with us will be April 28.

Joe's career began with Price Club in 1990, as the Warehouse Manager at the Redwood City, California location. Over the years, he also managed the Burbank and Bakersfield locations in California, and helped open both our Texas and Mexico markets. I thank Joe for his contributions to our company.

**Eric Tallman**, Assistant Manager at Lancaster, California, has been promoted to the position of Warehouse Manager at the Santa Clarita warehouse. Eric began his career with Costco as a Stocker/Forklift driver in 1988. He worked various management positions before being promoted to Assistant Warehouse Manager in 1999.

**Rob Roth**, Warehouse Manager at Arlington, Texas will be relocating to South Texas to open our new Duncanville location, scheduled to open in August.

**Bill Yarbrough**, Assistant Manager at Tucson, Arizona has been promoted to Warehouse Manager of the Arlington, Texas location. Bill began his career with Costco in 1990 as a Front End Assistant. He worked through many management positions before being promoted to Assistant Manager.

**Bill Silvester**, Warehouse Manager at Moreno Valley, California, has been reassigned to open our new warehouse in La Quinta, California, in August.

**Reggie Richards**, Warehouse Manager at Garden Grove, will assume the same responsibilities at the Moreno Valley location.

**Maggie Wells**, Warehouse Manager at Sacramento, California, will be relocating back to the greater Los Angeles area to assume the same responsibilities at the Garden Grove location.

**Ken Wadsworth**, currently Assistant Manager at our Arvada, Colorado location, is being promoted to Warehouse Manager of our new Gypsum, Colorado warehouse, scheduled to open in September. Ken began his career as a Stocker in 1980 at the Phoenix, Arizona location. He held various positions before relocating to Colorado in 1990, and was later promoted to an Assistant Warehouse Manager.

Please join me in wishing Joe well in his retirement years, and congratulating Eric,

Bill and Ken on their promotions, and Robert, Bill, Reggie, and Maggie on their new assignments.

[x]

**Monday, April 24**

To: All employees

From: John Gaherty

I am pleased to announce that Brad Voth, most recently an Assistant Warehouse Manager at Northwest Indianapolis, Indiana has been promoted to Warehouse Manager at Springdale, Ohio. Brad started his Costco career in 1991 as a Cashier at Chico, California. In 2001, he was promoted to Assistant Warehouse Manager at Roseville, California and then transferred to the Midwest Region in 2002 as an Assistant Warehouse Manager at Castleton, Indiana.

As previously announced by the Southeast Region, Deb Meyer, will be relocating to open Wilmington, North Carolina.

Please join me congratulating Brad on his promotion, thanking Deb for her contributions to the Midwest Region, and wishing both Brad and Deb continued success in their Costco careers.

[x]

**Tuesday, April 18**

To: All employees

From: Rick Delie

I am pleased to announce the promotion of Maureen Gelhaye to Buyer for Watches, Luggage and Handbags.

Maureen began her career with Costco as a Depot Production Assistant in 1992. She moved to the corporate office in 1999 as an ICS and was promoted to Assistant Buyer in 2000.

Please join me in congratulating Maureen on her promotion and wishing her continued success in her new position.

[x]

**Monday, April 17**

To: All employees

From: Roger Campbell

**Hiram Rivera,** Assistant Warehouse Manager at #183 Altamonte Springs, Florida has been promoted to the position of Warehouse Manager at our new East Bayamon, Puerto Rico location. Hiram began his career with Costco as stocker in 1985. He worked his way up through various management positions before being promoted to Assistant Warehouse Manager in 1996.

**Deb Myer,** Warehouse Manager at #379 Springdale, Ohio will be relocating to open our new location in Wilmington, North Carolina. Deb grew up in Wilmington,

and is very excited to get the opportunity to move back to her hometown.

Deb began her career with Costco in 1988 as a pre-opening membership clerk in Kendall, Florida. She has worked in various management positions in several states and at the Home Office, and was promoted to Warehouse Manager in 2003.

Deb & Hiram will both be reporting to their new locations in early May. Please join me in congratulating Hiram on his promotion and Deb on her new assignment.

Intranet Feedback

**SVP Responsible: John Matthews**
Questions about General Announcements: Donna Patané
Technical: Adam Pranica
Address your questions or comments about this page to the appropriate contact above.