

\*\*\* CONFIDENTIAL \*\*\*

September, 2005
TO:   Ron Vachris
FROM: Fidel Cardoso
RE:   TALENT POOL

**Senior Manager's with ability to become Assistant Manager:**

| Name | Position | Time Frame | Years w/CO |
|---|---|---|---|
| Dan Iaquinta | Merchandise Mgr | 1 year | 10 |

**Staff Manager's with ability to become Senior Manager's:**

| Name | Position | Time Frame | Years w/CO |
|---|---|---|---|
| Andy Padilla | Assist. Merch Mgr | Now | 23 |
| Debby Benson | Assist. FE | Now | 17 |

**Supervisor's/Employee's with abilities to become Staff Manager's:**

| Name | Position | Time Frame | Years w/CO |
|---|---|---|---|
| Rene Dejoras | Cashier/FE Sup | 4 months | 10 |
| Misty | | | |
| Mitch | | | |

CRE0020084
CONFIDENTIAL

# CAREER DEVELOPMENT PLAN

**NAME:** Brian Walker  **CURRENT POSITION:** Area Merchant

**LOCATION NAME/#:** Gilbert 681  **TIME IN POSITION:** 7 months

## PREVIOUS POSITIONS

| POSITION | FROM | TO |
|---|---|---|
| asst. FE Manager | 1/03 | 1/05 |
| Area Merchant | ?/01 | 1/03 |
| Night Merchant | 2000 | ?/01 |
| Area Merchant | 1997 | 2000 |
| asst. FE Manager | 1996 | 1997 |

## TRAINING NEEDED

| SKILLS | TRAINER | DATES | COMMENTS |
|---|---|---|---|
| | | | |

## FUTURE PLANS

POSITION_____  EST. DATE_____

POSITION_____  EST. DATE_____

POSITION_____  EST. DATE_____

YOUR SIGNATURE_____  SUPERVISOR_____
(This represents your commitment to take these actions)  (This represents a commitment to assist you as much as possible when you ask for help)

This Development plan is for individual planning and is not a guarantee of future promotions.

# CAREER DEVELOPMENT PLAN

NAME __Dan Iaquinta_____ CURRENT POSITION_Merchandise Manager
LOCATION NAME/#__Gilbert/481__  TIME IN POSITION ___2 Years_____

## PREVIOUS POSITIONS

POSITION__FE MGR_____ FROM _1990_____ TO _1992_____

POSITION__Area Merchant_____ FROM __1992_____ TO __1993_____

POSITION__OB MGR_____ FROM __1993_____ TO __1994_____

POSITION__Admin MGR_____ FROM __1999_____ TO __2003_____

POSITION___Merch MGR_____ FROM ___2003_____ TO __Present_____

## TRAINING NEEDED

| SKILLS | TRAINER | DATES | COMMENTS |
|---|---|---|---|
| | | | |

## FUTURE PLANS

POSITION_____  EST. DATE_____

POSITION_____  EST. DATE_____

POSITION_____  EST. DATE_____

YOUR SIGNATURE_____  SUPERVISOR _____
(This represents your commitment to take these actions)  (This represents a commitment to assist you as much as possible when you ask for help)

This Development plan is for individual planning and is not a guarantee of future promotions.

CRE0020086
CONFIDENTIAL

From: W481HL
Sent: Saturday, August 13, 2005 2:13 PM
To: W481MGR
Subject: Career Path Todd Payne

## CAREER DEVELOPMENT PLAN

NAME __Todd Payne__     CURRENT POSITION ___H/L Mgr___

LOCATION NAME/# ___Gilbert 481___     TIME IN POSITION _Current 1 yr_

### PREVIOUS POSITIONS

POSITION _Night Manager_     FROM _2001_     TO _2002_
POSITION _H/L Mgr_           FROM _2002_     TO _2003_
POSITION _Foods Mgr_         FROM _2003_     TO _2004_
POSITION _H/L Mgr_           FROM _2004_     TO _Present_
POSITION _____         FROM _____     TO _____

### TRAINING NEEDED

SKILLS        TRAINER        DATES        COMMENTS

### FUTURE PLANS

POSITION ___Center MGr___     EST. DATE _____
POSITION _Front end Mgr_      EST. DATE _____
POSITION ___Merc Mgr___       EST. DATE _____

CRE0020087
CONFIDENTIAL

YOUR SIGNATURE_____   SUPERVISOR _____
(This represents your commitment to take these actions)   (This represents a commitment to assist you as much as possible when you ask for help)

This Development plan is for individual planning and is not a guarantee of future promotions.

CRE0020088
CONFIDENTIAL

## CAREER DEVELOPMENT PLAN

**NAME** Don J. Scegiel    **CURRENT POSITION** Bakery Manager

**LOCATION NAME/#** Gilbert 481    **TIME IN POSITION** 10 years, 8 months

### PREVIOUS POSITIONS

POSITION Bakery Manager_____    FROM _____    TO _____

POSITION_____    FROM _____    TO _____

POSITION_____    FROM _____    TO _____

POSITION_____    FROM _____    TO _____

POSITION_____    FROM _____    TO _____

---

### TRAINING NEEDED

| SKILLS | TRAINER | DATES | COMMENTS |
|---|---|---|---|
| All aspects of scratch Baking, production, organization Problem solving | | | |
| Ordering/inventory | | | |
| Admin. Functions H.R. hiring interviewing | | | |
| As400, intranet, etc. Costco accounting | | | |
| Bakery manager Trainer for Chuck Schillington-Regional Bakery Manager. Training of all employees in Costco bakery | | | |

Pre-opening Bakery organization, production, training; Gilbert 481, Alberquerque 1@2, Glendale 674, N. Phoenix 490, Avondale 691, Summerlin 685, Superior 480.

---

### FUTURE PLANS

POSITION Bakery Regional_____    EST. DATE _ Aug. 23-05

POSITION Admin. Manager_____    EST. DATE _____

POSITION Fresh foods Assistant Manager    EST. DATE _____

YOUR SIGNATURE__Don J. Scegiel_____    SUPERVISOR _____

CRE0020089
CONFIDENTIAL

(This represents your commitment to take these actions)      (This represents a commitment to assist you as much as possible when you ask for help)

This Development plan is for individual planning and is not a guarantee of future promotions.

CRE0020090
CONFIDENTIAL

## CAREER DEVELOPMENT PLAN

NAME __Bill Crook__  CURRENT POSITION __Marketing Manager__
LOCATION NAME/# __481__  TIME IN POSITION __1 ½ Years__

### PREVIOUS POSITIONS

POSITION __Membership Supervisor__  FROM __01/94*__  TO __01/04*__

POSITION __FE Supervisor__  FROM __6/93__  TO __01/94__

POSITION __Membership__  FROM __06/92__  TO __6/93__

POSITION __Merchandising__  FROM __05/85__  TO __06/92__

POSITION _____  FROM _____  TO _____

### TRAINING NEEDED

| SKILLS | TRAINER | DATES | COMMENTS |
|---|---|---|---|
| Learn Receiving | | | |
| Learn Merchandising | | | |

### FUTURE PLANS

POSITION __Receiving__  EST. DATE _____

POSITION __Merchandising__  EST. DATE _____

POSITION _____  EST. DATE _____

YOUR SIGNATURE _____  SUPERVISOR _____
(This represents your commitment to take these actions)  (This represents a commitment to assist you as much as possible when you ask for help)

This Development plan is for individual planning and is not a guarantee of future promotions.

CRE0020091
CONFIDENTIAL

## CAREER DEVELOPMENT PLAN

NAME_Kelcie Caldwell_____    CURRENT POSITION__Front End Mgr.__

LOCATION NAME/#_Gilbert 481_   TIME IN POSITION __1 ½ years_____

### PREVIOUS POSITIONS

| POSITION | FROM | TO |
|---|---|---|
| Asst. Front End Mgr. | 8/94 | 2/96 |
| Hardlines Mgr. | 2/96 | 6/98 |
| Front End Mgr. | 6/98 | 4/00 |
| Night Mgr. | 4/00 | 4/01 |
| Receiving Mgr. | 4/01 | 1/04 |
| Front End Mrg. | 1/04 | Current |

### TRAINING NEEDED

| SKILLS | TRAINER | DATES | COMMENTS |
|---|---|---|---|
| Admin Mgr. | Cathy Hebert | | |

### FUTURE PLANS

POSITION__ADMIN MGR_____    EST. DATE ___1/07___

POSITION_____  EST. DATE _____

POSITION_____  EST. DATE _____

YOUR SIGNATURE__Kelcie Caldwell_____   SUPERVISOR _____
(This represents your commitment to take these actions)   (This represents a commitment to assist you as much as possible when you ask for help)

CRE0020092
CONFIDENTIAL

This Development plan is for individual planning and is not a guarantee of future promotions.

CRE0020093
CONFIDENTIAL

## CAREER DEVELOPMENT PLAN

NAME _Debby Benson_     CURRENT POSITION _Asst. Front End Mgr._
LOCATION NAME/# _Gilbert/481_    TIME IN POSITION _6 yrs. 3 Months_

### PREVIOUS POSITIONS

POSITION _Receiving Mgr_     FROM _2/98_     TO _8/98_

POSITION _Front End Mgr_     FROM _8/97_     TO _2/98_

POSITION _Admin Mgr_     FROM _7/96_     TO _8/97_

POSITION _Asst FE Mgr_     FROM _5/95_     TO _7/96_

POSITION _____     FROM _____     TO _____

### TRAINING NEEDED

| SKILLS | TRAINER | DATES | COMMENTS |
|---|---|---|---|
| Merchandising | | | |
| Current Admin Exp. | | | |
| Current Receiving Exp. | | | |
| Planning Budget | | | |

### FUTURE PLANS

POSITION _Admin Mgr_     EST. DATE _FY 2006_    Will need merchandising exp but

POSITION _Front End Mgr_     EST. DATE _FY 2006_    would prefer not to spend 3 yrs

POSITION _Asst Whse Mgr_     EST. DATE _FY 2008_    rotating through sections

YOUR SIGNATURE _____     SUPERVISOR _____
(This represents your commitment to take these actions)     (This represents a commitment to assist you as much as possible when you ask for help)

This Development plan is for individual planning and is not a guarantee of future promotions.

CRE0020094
CONFIDENTIAL

## CAREER DEVELOPMENT PLAN

**NAME** Rhonda Hegland  **CURRENT POSITION** Asst. Front End Mgr.
**LOCATION NAME/#** Gilbert/481  **TIME IN POSITION** 6 months

### PREVIOUS POSITIONS

| POSITION | FROM | TO |
|---|---|---|
| Front End Assistant Mgr. | 2/05 | current |
| Front End Supervisor | 5/00 | 2/05 |
| Front End Clerk | 8/95 | 5/00 |
| Front End Assistant | 5/95 | 7/96 |
|  |  |  |

### TRAINING NEEDED

| SKILLS | TRAINER | DATES | COMMENTS |
|---|---|---|---|
| Oversee FE schedule |  | FY 06 | maintain balance between Payroll and sales |
| Develop FE supervisors |  | FY 05-06 | Actively work with each supervisor, guide them, and hold them accountable for running the business within Costco's guidelines. |
| Time Management (Work Schedule) Delegation/Follow-up skills |  |  |  |
| Help cover PM merchandising (vac) |  | FY 06 | Begin to learn mechanics of merchandising |
| Merchandising Area Manager |  | FY 06-08 |  |

### FUTURE PLANS

POSITION Asst FE Mgr (duties)  EST. DATE FY 2006
POSITION Area Merch Mgr/Night Merch  EST. DATE FY 06-08
POSITION Mkt Mgr/Dept. Mgr- senior  EST. DATE FY 2008

YOUR SIGNATURE Rhonda Hegland
(This represents your commitment to take these actions)

SUPERVISOR _____
(This represents a commitment to assist you as much as possible when you ask for help)

This Development plan is for individual planning and is not a guarantee of future promotions.

CRE0020095
CONFIDENTIAL

# CAREER DEVELOPMENT PLAN

NAME __Rick Culver__    CURRENT POSITION __Assistant General Mgr__

LOCATION NAME/# __481__    TIME IN POSITION ____4 yrs____

## PREVIOUS POSITIONS

POSITION ____Merch Mgr____    FROM ____01/98____ TO ____09/01____

POSITION ____FE Mgr____    FROM ____10/95____ TO ____01/98____

POSITION ____FE Sup____    FROM ____01/94____ TO ____10/95____

POSITION ____Service Asst.____    FROM ____08/91____ TO ____01/94____

POSITION _____    FROM _____ TO _____

## TRAINING NEEDED

SKILLS    TRAINER    DATES    COMMENTS

## FUTURE PLANS

POSITION ____General Manager____    EST. DATE ____2007

POSITION _____    EST. DATE _____

POSITION _____    EST. DATE _____

YOUR SIGNATURE _____    SUPERVISOR _____
(This represents your commitment to take these actions)    (This represents a commitment to assist you as much as possible when you ask for help).

This Development plan is for individual planning and is not a guarantee of future promotions.

CRE0020096
CONFIDENTIAL



CRE0020097
CONFIDENTIAL

# GILBERT COSTCO #481
## FY06 GOALS

$149.5 SALES (DECREASE OF 5.4% FROM FY05)
-8% IMPACT FROM CHANDLER & -13% FROM S.E. GILBERT
**$151.7 SALES STRECH GOAL**

28% EXECUTIVE MEMBERSHIP BASE
52,000 MEMBER BASE (+4% AFTER CANIBILIZATION)
IMPROVE COMBINE RENEWAL RATE TO 88%
10% AMEX SIGN-UPS

5 BASIS POINT D&D IMPROVEMENT
.13% SHRINK
**<.10% STRECH GOAL**

WORKER'S COMP
10 ACCIDENTS $35,000
**8 ACCIDENTS $28,000 STRECH GOAL**

PROFIT
$4,108.5/2.75% (DECREASE OF 3.7% FROM FY05)
**$4,300.0 STRECH GOAL (2.83%)**

DRIVE WHOLESALE BUSINESS
12% INCREASE BUSINESS EXECUTIVE MEMBERSHIP
(CURRENTLY +8.8%/LY)

EXCEED OUR MEMBERS EXPECTATIONS
46.5 MPH ON FRONT-END
**48 MPH STRECH GOAL**

PEOPLE DEVELOPMENT
1 ASSISTANT MANAGER, 1 MERCHANDISE MANAGER
2 DEPARTMENT MANAGERS, 2 ENTRY LEVEL MANAGERS

CRE0020098
CONFIDENTIAL