ORIGINAL SHIPPED   FEB 1 0 2006

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHIRLEY "RAE" ELLIS, LEAH HORSTMAN )
and ELAINE SASAKI, on behalf of )
themselves and all others similarly )
situated, )
                          )
         Plaintiffs, )
                          )
    vs. )   C-4-3341 MHP
                          )
COSTCO WHOLESALE CORPORATION )
                          )
         Defendant. )
_____)

**CERTIFIED ORIGINAL**

DEPOSITION OF RON VACHRIS

SAN DIEGO, CALIFORNIA

WEDNESDAY, FEBRUARY 1, 2006

REPORTED BY:

Josephine Piarulli

CSR NO. 6251

**U.S. LEGAL**

*Support*

Certified Shorthand Reporters

15250 Ventura Boulevard, Suite 410
Sherman Oaks, CA 91403

800-993-4464 • Fax 800-984-4464
www.uslegalsupport.com

*Los Angeles • Orange County • San Diego • Inland Empire • Ventura • San Jose • San Francisco • Sacramento . . . and across the nation*

1    Q.    Could you tell me more about that occasion?

2    A.    There has been more than one occasion.

3    Q.    Okay.

4    A.    Would you like to know how -- the process,

5    you mean?  Is that what you're asking?

6    Q.    Sure.

7    A.    If there is a void or an upcoming opportunity

8    for a warehouse manager position, from my observations

9    and my daily interactions with my people that work in

10   San Diego District 2, I will then develop, based on my

11   knowledge of those people, the candidates of who I

12   would like to propose to be promoted in that next

13   position.

14        From that, once I've developed my list -- and

15   I use input from my warehouse managers.  I use input

16   from regional people that are out there working with

17   these people.  I use my own observations and things

18   I've past -- dealt with them in the past on all our

19   areas of the operations.

20        So I'll develop my list from their proposed

21   people, the top candidates that should be considered

22   for the position.  I then will sit down with Bob Hicok

23   and we then go through these proposed people.  I

24   normally bring the top three or so, based on what

25   position we're looking at.  Once Bob Hicok and I agree

71

1   on who we feel is the strongest candidate for the

2   warehouse manager position, then we will sit down with

3   Dennis Zook and review our proposal with Dennis Zook,

4   the candidates who are out there, why we feel the

5   person is most qualified for the job.  If this includes

6   moving of the managers around -- sometimes we move

7   people around to fill a void.  Once we have acquired

8   Dennis's approval on that, then the next step is to go

9   to Jim and get his approval.  The whole process is the

10  same type of thing again:  Why; who is out there; why

11  do we want to promote this person; what have they done

12  in the past.  We go through their past and then Jim

13  will either approve or not approve that decision.

14          It is not always me that goes to Jim.  I have

15  done it in the past several times, but sometimes it

16  will be Bob and Dennis who could do it.

17      Q.    So your understanding is Mr. Sinegal approves

18  every promotion to warehouse manager?

19      A.    That is my understanding.  That is what I

20  experienced.

21      Q.    When you get input from warehouse managers,

22  in what form is the input?

23      A.    It's -- normally -- most of the time it's

24  verbal.  It's from dealings with them in building

25  visits.  When I visit the buildings, we'll go through

1    their staffing.  We'll go through their strengths and

2    weaknesses of people; who is doing what; what their

3    plan of development is; how they are going to develop

4    these people into what they want to be.

5             We'll go through their relocational.  Are

6    they open to move?  Are they locked into being only in

7    Phoenix, Las Vegas?  Can they relocate?  We will go

8    through in depth those people and what their plans for

9    promotion are.  And then a couple of times a year, I

10   sit down in our workshops.  We have a monthly workshop

11   with myself and my, right now, 21 managers.  And then

12   that workshop several times a year we'll sit down and

13   talk about who has candidates that are prepared for

14   promotion and ready to go.  I like to do it in that

15   format because should a void become available in one of

16   the buildings, in one Denver building and we have a

17   person in Arizona, they have heard about this person.

18   They know of this opportunity, individual who can fill

19   that void.

20            From there I compile those names that I've

21   been given and put a list together from that.

22        Q.    You said you also rely on your own

23   observations?

24        A.    Yes, sir.

25        Q.    Do you ever rely on documents, written

                                                       73

1    documents?

2        A.    Written or reports?  There are reports out

3    there that I will see that are part of my

4    decision-making process.

5        Q.    I would like to know what written documents

6    you might refer to or have referred to.

7        A.    I think in the decision-making process for

8    somebody, we're still referring to into a warehouse

9    manager; is that right?

10       Q.    Correct.

11       A.    Okay.  If you look at that, I would say the

12   specific responsibilities of the assistant manager, I

13   think, and the departments that they have, I receive a

14   lot of feedback from my regional people.  When I meet

15   with them biweekly, we have an in-depth meeting with

16   each one of them, and they will go through the reports,

17   tell me about involvement of assistant managers and

18   give me -- I know the specific this manager will excel

19   in those area.

20           I know the ones who are not very supportive

21   to my regional people.  Those are normally very

22   reflective in the profit and loss statements for those

23   ancillary businesses.  The food service is doing poorly

24   here.  They tell me the assistant manager is not very

25   involved, hasn't been supportive.  This one does

                                                      74

1   outstanding.  They will express that to me, as well.  A

2   lot of those sales reports, along with the reports on

3   that warehouse can give me a guidance of the type of

4   operation we're running in there and who is responsible

5   for those specific areas.

6       Q.    Other than the financial operations reports,

7   do you rely on any other documents?

8       A.    I receive requests from assistant managers

9   that they are asking for opportunities in the company.

10  I will receive pretty regularly letters that will

11  indicate where they will move to, what their intentions

12  are.  I also look at their evaluations and all

13  assistant managers evaluations I sign, go through

14  those, look at those and see what their career goals

15  are, what their strengths and weaknesses are.  Don't

16  really ever see any areas of concern on most of our

17  assistant -- I mean a written document, counseling, if

18  you would, of negative things, that doesn't happen very

19  often with our assistant managers.  Probably the

20  biggest part would be the evaluation process and the

21  results that we see from those people.

22      Q.    And the evaluation process you're referring

23  to is performance evaluation forms?

24      A.    Yes, sir.

25      Q.    Are you referring to anything else?

75

1      A.     No.   That's primarily the only evaluation

2   that we do with the assistant managers.

3      Q.     Do you know what the store managers look at

4   or consult in giving a recommendation to you or

5   actually do they make a recommendation to you?

6      A.     Yes, they do.

7      Q.     What's that based on, if you know?

8      A.     What I ask of them is -- pretty much I will

9   ask them and they will recommend somebody.  I will go

10  through my questions with them about why they want to

11  recognize them.  And it will go through their abilities

12  to manage people, to direct a work force, their

13  leadership abilities, abilities to interact with people

14  on a consistent basis in a positive way.  Also goes

15  through their merchandising.

16         I think it's a big part of somebody who has

17  to be brought up to me as a candidate to be a warehouse

18  manager.

19         I require that they have been a very good a

20  successful merchant at some point at the merchandising

21  manager level and oversee -- I also like them to as

22  assistant manager oversee the merchandising floor as a

23  part of their tenure as assistant manager so I can see

24  how their standards are, their implementation,

25  understanding of merchandising would be.

                                                      76

1          Then we go into the other aspects of

2    knowledge of numbers and the other things that are not

3    quite as -- those first two are probably the primary

4    things that I really look for.

5          Q.    What are those first two?

6          A.    Would be the ability to be -- proven to be a

7    merchant, a strong merchant in the company, and to be

8    available to maximize the sales and run a good floor at

9    merchandise manager level and preferably assistant

10   manager overseeing that, as well.  And the other thing

11   is ability to be a leader and a manager and a teacher,

12   all the aspects that are tied into managing.

13         Q.    Do you know what -- you said you discussed

14   with Mr. Hicok your top three; is that correct?

15         A.    For warehouse managers promotions?

16         Q.    For warehouse managers promotions.

17         A.    Sometimes it would be three.  It could be, in

18   different situations, it could be a different number.

19         Q.    How do you determine who the top three are?

20         A.     It goes back again to starting with the

21   warehouse manager recommendations and their support of

22   these people and wanting to put their name on saying

23   this person is ready to go based on those things we

24   talked about previously.

25         Also goes into I would develop my top three

77

1   from my observations in the past and working with these

2   people directly.  I work very closely with the

3   assistant managers -- excuse me -- on a regular basis.

4   They're included in all of our walks.  They're included

5   in interaction with them.  A lot of times they are in

6   charge of the building.  I have to deal with them if

7   the warehouse manager is not there.

8          It will -- we have biannual assistant manager

9   workshops that I hold twice a year.  Those are a full

10  day with all my assistant managers and myself.  And it

11  is a teaching seminar, giving them information, letting

12  them report to me so I can see how they report and how

13  they present themselves and the kind of results that

14  they have provided over that six-month period of time.

15         I also have recently started traveling with

16  assistant managers.

17     Q.    How long have you had this biannual assistant

18  manager meeting?

19     A.    I started it in San Diego District 1.  I

20  think it was 2001 when I started.  I'm not exactly

21  sure.  2001.  Maybe the latter part of 2001.  To the

22  best of my recollection that's when it was.

23     Q.    Go ahead.

24     A.    We recently have started traveling with

25  assistant managers and spending some time --

78

1        Q.    How many assistant managers are there in

2   district -- how many were District 1?  How many in

3   District 2?

4        A.    Normally two per building and I think I had

5   20 locations in District 1, which would put me at 40.

6   I traditionally have two in every building and where

7   I'm at now I have 21 buildings, in a sense.  I have two

8   buildings that have three assistant managers because

9   they are higher volume.  Three buildings that have

10  three right now.  It would be 21 comes to 42 and three,

11  45.  There are 45 in my current district now.

12       Q.    You say travel with assistant managers?

13       A.    Yes, sir.  I will take some of the ones who

14  are my top performers and some of the ones who may need

15  a little bit of work and then we -- I try to do more of

16  this now.  It hasn't been an ongoing program.  It

17  started last fall and travel -- I spend the day with

18  them.  We do a van tour, a bus tour, visit buildings

19  and it's a chance for me to show them, get them out of

20  the buildings and see what other warehouses look like.

21  And I let them try and be me for a day and see what

22  you're seeing here.  We'll walk a building and they

23  come back and then we get in the car and they tell me,

24  What did you see?  What do you think about that

25  building?  How do you -- what do you think?  I do the

                                                    79

1    same with warehouse managers in small groups, too.

2        Q.    So this -- you started this in the fall of

3    2005?

4        A.    I have been doing it in San Diego District --

5        Q.    I'm talking about traveling.

6        A.    In that, I have done warehouse managers from

7    sometime back in 2000 -- back to 1999 we would do it

8    with warehouse managers.

9        Q.    You're referring to tours now?

10        A.    Tours, yes, sir.  And recently I've started

11    doing that with assistant managers, too.

12        Q.    Was that in the fall of 2005?

13        A.    It was -- yes, it was.

14            MR. LEE:  Since we are running out of tape,

15    we will take a break right now.

16            THE VIDEOGRAPHER:  This is the end of

17    Videotape No. 1.  Off the record at 10:49.

18                (A recess was taken.)

19            THE VIDEOGRAPHER:  This is the beginning of

20    videotape No. 2.  Back on the record at 11:03.

21    BY MR. LEE:

22        Q.    Do you play a role in promotions to assistant

23    managers?

24        A.    Yes, sir, I do.

25        Q.    What role do you play?

                                                           80

1      A.    When we have a vacancy or a need for an

2   assistant manager, I then review the need with the

3   warehouse manager and then I receive recommendations

4   and I also have my list of people who I feel are

5   prepared for that position based on previous

6   observations and those type of things.

7          So when we have that need, I will then,

8   again, develop the top candidates for that position,

9   review that with the warehouse manager.  I will -- if

10  they don't know this individual or haven't worked with

11  them, I will ask the warehouse manager who they are

12  going to work for, to interview them, get to know them,

13  go through their past.  We go through their past

14  evaluations, their successes, how they have done as an

15  assistant manager or as a candidate to be assistant

16  manager and then I propose, based on mine and the

17  warehouse manager's recommendations, we propose to Bob

18  Hicok who we would like to promote to assistant

19  manager.

20      Q.    Is Bob Hicok the decision maker?

21      A.    He normally will give the final decision.  I

22  traditionally have courtesy review that with Dennis

23  Zook, too.  He is okay with Bob and myself making that

24  decision, but he is also involved in the decision.  He

25  normally asks to have the warehouse manager know them,

                                                       81

1    are they comfortable with them, tell me about their

2    past, just go through the information of that person

3    and why we want to promote them.

4        Q.    When there is a vacancy, do you come up with

5    a list of people to be considered?

6        A.    When there is a vacancy?

7        Q.    Yes.

8        A.    We normally will -- sometimes there will be a

9    list.  Sometimes it will be one candidate based on what

10   state it's in or who is willing to move to that state.

11   So I will put together, normally go through my findings

12   or my suggestions from prior who is ready for those

13   positions and then from there, I will make my

14   recommendations to Bob.

15       Q.    Do you give him a list of everybody or do you

16   give him a list of the top people, one or two or

17   whatever?

18       A.    I normally give him a list of the top one or

19   two.  In the past we have looked at what we call my

20   talent pool and I look at that as part of like a tool

21   to review who is out there.  But primarily Bob is

22   pretty in tune with the warehouse managers and what

23   their needs are and the needs of each building.  So

24   when I can recommend somebody, he is pretty supportive

25   of my decision, but he does have decision-making

                                                          82

1    process in this.

2         Q.    Does anyone above Mr. Zook review the

3    decision-making for assistant managers?

4         A.    Not in our division.  I don't know about

5    other parts of the company.  I mean they may have other

6    approval limits in other regions, but in our region it

7    is normally with Dennis Zook.  Then again, he more or

8    less signs off on the person.  Doesn't say -- supports

9    Bob and my decision on most of them.

10        Q.    Mr. Zook is executive vice-president?

11        A.    Yes, sir.

12        Q.    Mr. Zook is executive vice-president.  What

13   is the scope of his jurisdiction?

14        A.    Geographically?

15        Q.    Yes.

16        A.    He oversees San Diego District 1 and 2 and

17   those are Colorado, New Mexico.

18        Q.    Sure.

19        A.    You want --

20        Q.    Yes.

21        A.    He oversees Texas, Los Angeles region and

22   Mexico.  Then he also -- like I, he has additional

23   responsibilities above and beyond the daily operations

24   of things.  He overseas auditing for the company and

25   some other areas that I'm not 100 percent sure on what

83

1    promote people, employees and managers, but I have not

2    received specific training on assistant managers,

3    though.

4    BY MR. LEE:

5        Q.    What training have you received that you

6    think is relevant for your role in promotion of

7    assistant managers?

8        A.    If I can refer to this, The Six Rights of

9    People Best Practices, Managing a Diverse Work Force.

10       Q.    Safety Best Practice, is that the one?

11       A.    I'm sorry.  No.  The Six Rights of People

12   Best Practices, the bottom one.

13       Q.    Okay.  Got it.

14       A.    Performance Appraisal, I think, plays into

15   that, Managing a Diverse Work Force.  I have done in

16   the past several other seminars on Dale Carnegie.  I've

17   received Costco 101, 201.  I have gone through all

18   those things in my past 23 years.

19       Q.    Would it be fair to say that's not training

20   specifically for your role in the promotion of

21   assistant managers?

22            MR. WYBENGA:  Objection.

23   BY MR. LEE:

24       Q.    Is that correct?

25            MR. WYBENGA:  Objection.  Vague.

110

1   the company.   So I think with my knowledge on how to

2   write a fair performance appraisal and the teaching

3   that I have done to my people and managers and

4   assistant managers on how to do that has allowed me

5   to -- they now produce a better performance evaluation

6   that will allow me to use that in my decision-making

7   process now.

8   BY MR. LEE:

9        Q.     How about what you learned in the 2001

10   workshop on managing a diverse workplace with respect

11   to your role in the promotion of assistant managers or

12   warehouse managers?

13        A.     From what I took out of that workshop was

14   that a diverse workplace is a good business decision,

15   it is the way we want to operate our business.   We want

16   to have the executives, the people making decisions in

17   this company, the people in my role and warehouse

18   managers to be a pool of people that is reflective of

19   our employee base and the communities that we do

20   business in.   The strongest way to run our company is

21   with a diverse management team from the top all the way

22   down.   Those are the portions that stick out the most

23   in my recollection of that workshop.

24        Q.     What did you learn from your Dale Carnegie

25   course related to your role in the selection or

116

1  promotion, rather, of assistant managers or warehouse

2  managers?

3      A.    Dale Carnegie was not as specific.  The

4  courses -- I think I have done a couple of those in the

5  past -- and were more focused on motivating people,

6  challenging them, knowing what their goals are, knowing

7  what their objectives are in their personal life and at

8  work and how to manage people, placing them in the best

9  positions for both balanced work and home life, too.

10 Those are the things that I took, most of the Dale

11 Carnegie classes that I took as far as relating to

12 promotions and the right people.

13     Q.    Have you participated in any diversity

14 workshops, other than the diversity presentation by

15 Sondra Thiederman and Managing a Diverse Workplace.

16     A.    Not -- I can't recall any other specific

17 diversity workshops.  I may have, but not that I can

18 recall dates and when I went through them.

19     Q.    Did you participate in any workshops related

20 to the Rothman plan?

21     A.    Yes.  Implementation of the Rothman plan and

22 also, I believe it was called work plan, which was also

23 related to diversity in a sense.

24     Q.    Did you participate in any focused groups on

25 diversity?

117

BY MR. LEE:

    Q.    What company policies on promotion do you implement?

    A.    I would say that from our code of ethics, to the employee agreement, to obey the law, to through the Rothman work plan, equal opportunity, equal advancement opportunities for everybody, no discrimination.  I think those are all very well spelled out in the code of ethics, the employee agreement, the Rothman work plan, those types of things.

    Q.    Tell me how the code of ethics addresses promotions.

    A.    I would say that obey the law is first and foremost to insure that we are following the law in the way we hire, the way we treat our people, the way we promote people.  Take care of our employees, I believe is also a reflection of promoting people correctly.

        Reward our shareholders applies because if we put the right people in place, the company will have success and do well.  And respecting -- most of the mission statement does apply.  Our vendors will benefit by the better we do as a company.  I think all aspects really apply to that process.

    Q.    What is the Rothman plan?

    A.    The Rothman work plan is, to summarize it,

126

1  it's an umbrella of how we should conduct our business

2  in insuring that we follow the law, insuring that we

3  create equal opportunity to all employees; that we

4  communicate well with those folks; that promotions and

5  opportunities exist for everybody out there; that we

6  create a diverse work force.  Again, like I said,

7  reflective of our employee base and reflective of the

8  communities that we do business.  It goes on and on

9  about many, many different aspects of the way we run

10  our business.

11      Q.    Is the Rothman work plan a written document?

12      A.    The Rothman work plan is a written document.

13      Q.    When was it issued?

14      A.    There was -- the bold initiative, I believe,

15  was almost the beginning -- I think it was named the

16  Rothman work plan in 2001, but it was derived from the

17  bold initiative in '99 and work plan in 2000 and then I

18  think it evolved into the Rothman workman in 2001, if

19  I'm not mistaken on the dates.

20      Q.    What was the bold initiative?

21      A.    This bold initiative was -- where was it

22  derived from or what was it?

23      Q.    Describe what it is first.

24      A.    Again, I think that it was almost the same as

25  what we see as the Rothman work plan, too.  Umbrella of

127

1    how to insure as a company we are becoming as diverse

2    as we can be, still following the guidelines that we

3    have set forth as a company, following the law,

4    promoting the most qualified people for positions, goes

5    through all aspects of the way we want to run our

6    business and treat our people.

7         Q.    Let me just start with the Rothman work plan.

8    When was the Rothman work plan issued?

9         A.    I believe it was 2001 that it was named the

10   Rothman work plan.

11        Q.    Who issued the work plan?

12        A.    Who issued it?

13        Q.    Yes.

14        A.    That was, I believe John Matthews was the

15   person who headed that whole program up.

16        Q.    Was it issued at the corporate level?

17        A.    Issued to the managers and employees is your

18   question?  I'm not --

19        Q.    Where did it emanate from?

20        A.    That -- I believe this Rothman work plan came

21   from many months and months of evolving through the

22   needs of the building and -- I remember Ron Rothman

23   coming down and meeting with our managers, asking them

24   what they were looking for, what they would look to

25   see, and how do we achieve the things we want to

                                                      128

1    achieve.   I don't know -- I don't recall if it came

2    down to hourly employee level, but I know it involved

3    managers and supervisors all the way up through the

4    company.

5         Q.    I believe you're telling me how the work plan

6    was developed; is that correct?

7         A.    Yes, sir.

8         Q.    What I'm asking is a simpler question.   Who

9    released it?

10        A.    Okay.   Again, I think it was released John --

11   I know it was released through John Matthew's office,

12   was then distributed out.   And it -- I believe it was

13   one of our -- every year at the manager's conference we

14   have a topic on diversity, on the Rothman work plan, on

15   creating a diverse workplace.   I believe in those

16   things it was also covered every year on those also.

17   This is an annual manager's conference we have every

18   year in Seattle.   It is always a topic each one of

19   those years.

20        Q.    Would it be fair to say that H.R. issued --

21   at the corporate level issued the Rothman work plan?

22        A.    I would say that that would be fair to say,

23   yes.

24        Q.    Who was -- to whom was the Rothman work plan

25   distributed?

129

1    A.    That went through the entire company.

2    Q.    Top to bottom?

3    A.    Yes, sir.

4    Q.    Was the bold initiative a written document?

5    A.    I had never seen the bold initiative in

6  written form,

7    Q.    Okay.

8    A.    That I recall.

9    Q.    Would it be fair to say that in substance it

10 resembled the Rothman work plan?

11   A.    From the information that I received from the

12 work plan from the bold initiative, I believe that it

13 was along the same line as the Rothman work plan.  It

14 encompassed the same areas.

15   Q.    Have you read the Rothman work plan?

16   A.    Yes.

17   Q.    Okay.  When did you read it?

18   A.    When it was first distributed and then I

19 still use portions of it now in our decision-making

20 processes, those kind of things.

21   Q.    Do you use it when you play a role in making

22 promotions to assistant manager and warehouse manager?

23   A.    I do use it then, yes.

24   Q.    How do you use it?

25   A.    Starting off by obeying the law and then

                                                    130

1    creating a diverse company.  And using the evaluation

2    system that we have in place.

3           Many other things I'd say in my professional

4    opinion over the years that are encompassed in the

5    Rothman work plan are things that I would do in my

6    decision-making process:  The Six Rights of People, are

7    they ready for those promotions, are they the right

8    place for them, those type of things.

9           Q.   Given how the Rothman work plan was

10   developed, does that work plan reflect the practices of

11   the company?

12          MR. WYBENGA:  Objection.  Vague.

13          THE WITNESS:  Are you asking are we -- do we

14   follow that work plan, is that what you're asking me?

15   BY MR. LEE:

16          Q.   Do you want the question read over?

17          A.   If you could, please.

18               (The record was read.)

19          MR. WYBENGA:  Same objection.

20          THE WITNESS:  I would say that the Rothman

21   work plan -- I can't tell you exactly how it was

22   developed, if it was -- I think the Rothman work plan

23   rounded a very good job as being a warehouse manager of

24   seeking input from the bottom all the way up.  If

25   that's how it was developed, yes, I feel our company is

131

STATE OF CALIFORNIA        )
                           ) ss
COUNTY OF SAN DIEGO        )


        I, JOSEPHINE PIARULLI, a Certified Shorthand

Reporter, do hereby certify:

        That prior to being examined, the witness in

the foregoing proceedings was by me duly sworn to

testify to the truth, the whole truth, and nothing

but the truth;

        That said proceedings were taken before me at

the time and place therein set forth and were taken

down by me in shorthand and thereafter transcribed

into typewriting under my direction and supervision;

        I further certify that I am neither counsel

for, nor related to, any party to said proceedings,

nor in anywise interested in the outcome thereof.

        In witness whereof, I have hereunto subscribed

my name.


Dated:____FEB 1 0 2006____


                              Josephine Piarulli
                              CSR No. 6251