# Statistical Analysis of Job Movement
# In Management at Costco
# Ellis v. Costco

Richard Drogin, Ph. D.

May 15, 2006

*Richard Drogin*

Richard Drogin, Ph. D.

May 15, 2006

Drogin, Kakigi & Associates
3104 Shattuck Avenue, Berkeley, CA 94705
(510) 540-5071

## Introduction

1. I hold a Ph.D. in statistics from the University of California at Berkeley, earned in 1970. I am currently an Emeritus Professor in the Department of Statistics at California State University, Hayward, where I have taught graduate and undergraduate courses in data analysis, non-parametric methods, regression analysis, sample surveys, probability theory, queuing theory, simulation methods, and design of statistical software. I have been employed at California State University, Hayward, since 1973, and became an Emeritus Professor in 1996.

2. I am a partner in the statistical consulting firm of Drogin, Kakigi & Associates. This firm provides consulting services and computerized database management. We have experience in designing sample surveys, supplying census demographic data, organizing and managing large database systems, stochastic modeling, and performing advanced statistical analysis. Our firm has served as statistical consultants to both governmental agencies and the private sector for over fifteen years. I have testified as an expert witness (statistical analysis, computer processing) in numerous local, state, and federal courts. A copy of my curriculum vitae is attached as Appendix 1.

3. I have been retained by Plaintiffs' counsel to review personnel and payroll data in the Ellis v. Costco case. In particular, I was asked by counsel to study gender patterns of promotions into the Assistant General Manager and General Manager positions, and movement between Senior Staff jobs. I was provided with personnel and payroll data received from defendant in discovery, as well as various deposition transcripts and company policy documents.[1] This declaration describes the data provided to me, steps I took to process this data, and the computations I made from this data.

## Data

4. I reviewed several computerized data files giving personnel and

---

[1] I received transcripts for the depositions of Jim Sinegal, John Matthews, and Dennis Zook.

payroll information for Costco United States employees, and documentation regarding those files. In addition, defendant supplied answers to several questions I submitted regarding ambiguities and proper interpretation of the data. In response to my questions, defendant supplied several replacement files and some additional files. As part of these communications, defendant provided a list of promotions into AGM and GM during the years 2000 through May 2005. For the purpose of this report I utilized these promotions in my analyses and summary tables discussed below. Additionally, I have derived the promotions into AGM and GM during 1999, using the same methodology defendant used to derive the promotions for 2000 through May 2005.

5. Based on defendant's documentation and written responses to my data questions, I prepared a history file, which shows the sequence of positions held by each employee from the end of 1998 through May 2005.[2] Due to limitations in the available computer data, complete job history data is available for each person only during this period. The gender, hire date and termination date were also included for each person. The identification of warehouse employees was appended to each record, based upon defendant's location mapping table provided in response to one of my questions.

**Management Incumbents**

6. There are four salaried management levels in the Costco stores:

---

[2] The work histories were constructed from the following files:
   a) The DBPRPRH files, provided in July 2005, gives the sequence of job changes after 4/1/1999 for each employee.
   b) The PRH_ANCIL_MGRS file, provided in December 2005, contains the annual salary rate history for each employee.
   c) The PRT_ANCIL_MGRS file, provided in December 2005, was used to determine the job held in the beginning of 1999 for employees who were active prior to 4/1/1999.
   d) The DBHREMP file gives the date of hire and termination for each employee.
   e) The DBHRPEM file gives the gender of each employee.
   f) The CWHRPRS file gives the location type for each employee.

General Manager, Assistant General Manager, Senior Staff, and Entry Level Management jobs.[3] When not filled by lateral transfers, vacancies at each level are almost always filled through promotion from a lower level. The gender distribution and average annual salary rates are shown in Tables 1a and 1b below for warehouse employees active at year-end, for 1999-2005.[4] See Appendix 2 for summary of all Management jobs.

<u>Table 1a</u>

**Gender Distribution in Management Jobs**
Year-End Actives

| Year | General Mgr | | Asst General Mgr | | Senior Staff | | Entry Mgmt | |
|------|-------|-------|-------|-------|-------|-------|-------|-------|
| | Total | % Wom | Total | % Wom | Total | % Wom | Total | % Wom |
| 1999 | 229 | 11.8 | 466 | 16.5 | 922 | 27.3 | 2231 | 28.8 |
| 2000 | 261 | 10.7 | 528 | 16.9 | 1006 | 26.5 | 2715 | 29.7 |
| 2001 | 289 | 11.1 | 605 | 15.9 | 1102 | 28.4 | 2603 | 29.3 |
| 2002 | 306 | 13.7 | 651 | 16.6 | 1193 | 28.0 | 2834 | 30.5 |
| 2003 | 316 | 13.6 | 674 | 16.8 | 1228 | 28.9 | 2943 | 30.3 |
| 2004 | 328 | 16.5 | 765 | 17.1 | 1273 | 28.0 | 3089 | 31.1 |
| 2005 | 337 | 16.6 | 779 | 18.0 | 1285 | 27.9 | 3169 | 31.1 |

<u>Table 1b</u>

**Average Annual Salary in Year**
Year-End Actives

| Year | General Mgr | Asst Gen'l Mgr | Senior Staff | Entry Mgmt |
|------|---------|---------|--------|--------|
| 1999 | 94441. | 58992. | 50102. | 45364. |
| 2000 | 97724. | 61971. | 53554. | 48431. |
| 2001 | 100139. | 65505. | 57230. | 52229. |
| 2002 | 102812. | 67608. | 58869. | 53753. |
| 2003 | 105222. | 69153. | 60132. | 54854. |
| 2004 | 108386. | 70944. | 61668. | 56357. |
| 2005 | 112111. | 71231. | 62025. | 56543. |

---

[3] General Manager is designated by job code 2000, Assistant General Manager is designated by job code 2001, the Senior Staff jobs are designated by job codes 2002-2005, and the Entry Level Management jobs are designated by job codes 2006-2100.

[4] Because data was provided only through May 2005, analyses are limited to only that segment of 2005.

**Senior Staff Jobs**

7. The Senior Staff positions are comprised of four jobs, one for each of the four major departments: Merchandise Manager, Receiving Manager, Front-End Manager, and Administration Manager. During the period 1999-2005, women comprised between 15-20% of Merchandising Mgrs, but were about 36-45% of Admin Mgrs, about 26-33% of Front End Mgrs, and about 23-28% of Receiving Managers. The average annual salary in each of the Senior Staff jobs is about the same. The gender distribution and average earnings in Senior Staff jobs is shown in Tables 2a and 2b below.

Table 2a

**Gender Distribution in Senior Staff Jobs**

| Year | Merch Mgr | | Admin Mgr | | Front End Mgr | | Rec'g Mgr | |
|------|-------|---------|-------|---------|-------|---------|-------|---------|
|      | Total | % Women | Total | % Women | Total | % Women | Total | %Women |
| 1999 | 237 | 15.6 | 203 | 41.9 | 241 | 25.7 | 241 | 28.2 |
| 2000 | 266 | 14.7 | 218 | 44.0 | 278 | 26.3 | 244 | 24.2 |
| 2001 | 302 | 16.6 | 237 | 46.8 | 295 | 30.2 | 268 | 23.5 |
| 2002 | 344 | 15.7 | 239 | 41.4 | 329 | 31.9 | 281 | 27.0 |
| 2003 | 349 | 18.3 | 255 | 44.7 | 326 | 33.1 | 298 | 23.2 |
| 2004 | 357 | 18.2 | 255 | 39.2 | 349 | 31.2 | 312 | 26.6 |
| 2005 | 364 | 19.5 | 258 | 36.8 | 352 | 29.3 | 311 | 28.6 |

Table 2b

**Average Annual Salary in Senior Staff Jobs**

| Year | Merch Mgr | Admin Mgr | Front End Mgr | Rec'g Mgr |
|------|-----------|-----------|---------------|-----------|
| 1999 | 50901. | 50192. | 50029. | 50029. |
| 2000 | 53408. | 53894. | 54015. | 54015. |
| 2001 | 57346. | 57632. | 57190. | 57190. |
| 2002 | 58814. | 59505. | 59007. | 59007. |
| 2003 | 60313. | 60536. | 60431. | 60431. |
| 2004 | 61747. | 62364. | 61882. | 61882. |
| 2005 | 62100. | 62702. | 62278. | 62278. |

**Vacancies filled in Senior Staff Jobs**

8. Most vacancies in Senior Staff jobs are filled by lateral transfer from another Senior Staff job. During the period 2002-2005, out of a total of 2651 vacancies filled in Senior Staff jobs, 71.3% were filled by lateral transfer, while only 28.1% were filled by promotion, and less than 1% were filled by outside hire. According to Costco's written

4

policy adopted in 2002, vacancies in Senior Staff jobs to be filled through promotion are supposed to be posted, but vacancies filled through lateral moves are not supposed to be posted.[5]  Table 3 shows the distribution of how vacancies were filled.  See Appendices 3 and 4 for more detailed break down of Senior Staff vacancies filled by lateral moves and hires.

Table 3

**Vacancies Filled in Senior Staff Positions**

| How Filled[6] | 1999–2005 | | 2002–2005 | |
|---|---|---|---|---|
| Lateral | 3022 | 65.6% | 1891 | 71.3% |
| Promotion | 1553 | 33.7 | 745 | 28.1 |
| Hires | 30 | 0.7 | 15 | 0.6 |
| Total | 4605 | | 2651 | |

**First Job in Senior Staff**

9. Of the 1553 promotions into Senior Staff jobs shown in the previous table, Front End Manager is the most common position first entered when promoted. This is the most frequent first Senior Staff job for both men and women, as shown in Table 4 below. (See Appendix 5 for break down by year.)

Table 4

**First Job Entered Through Promotion into Senior Staff**

| First Senior Staff Job | Total | Men | | Women | |
|---|---|---|---|---|---|
| Merchandise Mgr | 388 | 328 | 28.9% | 60 | 14.3% |
| Admin Mgr | 230 | 121 | 10.7 | 109 | 26.0 |
| Front End Mgr | 593 | 403 | 35.5 | 190 | 45.3 |
| Receiving Mgr | 342 | 282 | 24.9 | 60 | 14.3 |
| Total | 1553 | 1134 | | 419 | |

---

[5] See Bates CRE142177, which explains Costco's salaried employee job posting procedures.

[6] Lateral moves include all changes in job code where both the prior and new job are in a Senior Staff position (job codes 2002-2005) in a warehouse location.  Hires in Senior Staff jobs are identified when the effective date in the job history file is the same as the hire date, and the job on that date is a Senior Staff position.
Promotions into Senior Staff include employees who
   a) moved from an Entry Level Management position into a Senior Staff  position during 1999 or later, and
   b) did not hold any job among GM, AGM, or Senior Staff prior to their move into a Senior Staff position in the available history data.

**Jobs Held in Senior Staff Prior to Promotion into Assistant General Manager**

10. Available job history data indicates that most employees who are promoted to Assistant General Manager (AGM) are rotated through at least two different Senior Staff jobs prior to their promotion. As mentioned above, complete job history data is available for each person only from the beginning of 1999 forward. Accordingly, to study the Senior Staff jobs held by persons promoted to AGM, prior to their promotion, I have restricted the study to those people promoted to AGM for whom the available job history in Senior Staff job is likely to be complete.[7] This subset of promotees into AGM includes 222 employees, 170 men and 52 women.

11. Among the group of 222 employees described in the previous paragraph, over 70% held two or more Senior Staff jobs prior to promotion into AGM, and over 30% held three or more of the four Senior Staff jobs prior to promotion. Women tend to hold more Senior Staff jobs than men prior to promotion into AGM, with 42.3% of the women holding three or more Senior Staff jobs compared to 31.1% of men. Table 5 below gives the distribution of number of Senior Staff jobs held prior to promotion into AGM. See Appendix 6 for more details.

**Table 5**

**Senior Staff Jobs Held Prior to**

**Promotion Into Assistant General Manager**

| Number Sr. Staff Jobs Held | Total | | Men | | Women | |
|---|---|---|---|---|---|---|
| Held 1 job | 62 | 27.9% | 50 | 29.4% | 12 | 23.1% |
| Held 2 jobs | 91 | 41.0 | 73 | 42.9 | 18 | 34.6 |
| Held 3 jobs | 51 | 23.0 | 34 | 20.0 | 17 | 32.7 |
| Held 4 jobs | 18 | 8.1 | 13 | 7.6 | 5 | 9.6 |
| Total | 222 | | 170 | | 52 | |

---

[7] These are employees who:
 a) moved from Entry Level Management into Senior Staff during 1999 or later,
 b) did not hold any job among GM, AGM, or Senior Staff prior to move into a Senior Staff position in the available history data, and
 c) subsequently were promoted into AGM since 2000.

6

12. The most common Senior Staff job held prior to promotion into AGM is the Merchandising Manager position. Over 85% of those promoted into AGM have prior experience as a Merchandising Mgr (job=2002), while only 37% have prior experience as Administration Mgr (job=2003), 47% have prior experience as Front End Mgr (job=2004) and 41% have prior experience as Receiving Mgr (job=2005). See Appendix 7 for details.

13. As noted above in Table 2a, the percentage of women among Merchandise Managers is much lower than their percentage in other Senior Staff positions. Thus, women are less likely to gain the Merchandise Manager experience that most employees promoted into Assistant General Manager have.

**Statistical Analysis**

14. As part of my analysis, I have studied the gender differences in lateral transfer patterns in Senior Staff jobs, and promotions into AGM positions. Inferential statistics ask the question, "Is the observed disparity consistent with what would be expected from random fluctuation?" To answer this question requires some definition of random fluctuation. Random fluctuation is usually represented by a random selection process, where all individuals in a certain pool are assumed to have the same chance of selection. The probability model determines which results are expected and which results are unlikely.

15. The likelihood that a disparity as big as the one actually observed will occur by random fluctuation is called the *significance probability*. If this probability is very low, then doubt is raised as to whether the disparity is the result of random fluctuation expected from the model.

16. The significance probability of an observed result can be expressed in terms of a *Z-value*, which gives the size of the disparity in terms of standard deviations. Significance probabilities and Z-values are equivalent. That is, one can be determined from the other. A Z-value of 1.96 indicates that a disparity has 1 chance in 20 of occurring by random fluctuation. A Z-value of 2.58 (+ or -) indicates that a disparity has 1 chance in 100 of occurring by random fluctuation. Statisticians and social scientists generally use a Z-value of 1.96 as the cutoff for considering a disparity to be *statistically significant*.

**Shortfall in Rotation of Women into Merchandise Mgr**

      17. I have analyzed whether women are less likely to be rotated into Merchandise Manager jobs from other Senior Staff jobs than is expected from their representation in these jobs.  From 1999 through May 2005, there were 896 lateral transfers into Merchandise Manager from other Senior Staff jobs.  Women received 19.1% of these transfers, compared to their 32.2% average representation among incumbents in the other Senior Staff jobs.  This difference results in a shortfall of 117.8 openings filled by women, having a Z-value of –8.42.  This disparity is statistically significant, and would occur less than 1 time in 10 to the 14th power by random fluctuation. The following table summarizes this analysis.  See Appendix 8 for summary of all rotation moves among Senior Staff jobs.

Table 7

**Lateral Moves Into Merchandise Manager**

from Senior Staff (Job Codes 2003-2005)

Pool = Senior Staff Employees in Job Codes 2003-2005

| Year | Total | Lateral Moves Into Merch Mgr Women | % Women in Pool | Loss | Cumulative Loss | Z-Value |
|---|---|---|---|---|---|---|
| 1999 | 58 | 7 | 12.1 | 32.6 | –11.9 | –11.9 | –3.34 |
| 2000 | 139 | 23 | 16.5 | 31.4 | –20.6 | –32.6 | –4.98 |
| 2001 | 155 | 29 | 18.7 | 30.8 | –18.7 | –51.3 | –5.89 |
| 2002 | 159 | 26 | 16.4 | 32.9 | –26.3 | –77.6 | –7.37 |
| 2003 | 132 | 30 | 22.7 | 33.0 | –13.6 | –91.2 | –7.70 |
| 2004 | 160 | 36 | 22.5 | 33.1 | –17.0 | –108.1 | –8.16 |
| 2005 | 93 | 20 | 21.5 | 31.9 | –9.7 | –117.8 | –8.42 |
| Total | 896 | 171 | 19.1 | 32.2 | | | |

**Promotion Into Assistant General Manager**

      18. As described above, employees who are promoted into Assistant General Manager positions are normally promoted from Senior Staff jobs.  I considered the Senior Staff jobs together as the pool for promotion into AGM.  In particular:

      a) Senior Staff positions are considered to be the same level of management by Costco[8].

---

[8] See deposition of Jim Sinegal p.34:2-5, and deposition of Dennis Zook p.69:7-11.

8

b) The annual salary rates are about the same for each of the Senior Staff positions (see Table 2a above).

c) Costco typically fills promotions into AGM from Senior Staff employees.[9]

d) Costco typically rotates Senior Staff employees between Senior Staff jobs in various orders, with no particular job being a requirement for moving into another.[10]

e) It is Costco management's responsibility to decide who to assign when a lateral move is made between Senior Staff positions.[11]

f) Employees promoted from Senior Staff into AGM come from each of the Senior Staff jobs.[12]

g) There is no requirement of experience in any particular Senior Staff job for promotion to AGM.[13]

h) Vacancies in AGM are not filled through a posting procedure.[14]

Therefore, it is appropriate to use the percentage women in Senior Staff jobs each year as the percentage of women available for promotion into Assistant General Manager.[15]

19. The percentage women in the Senior Staff positions has remained at about 27-28% during the period 1999-2005, while the percentage women among those promoted during that time period was 20.8%. This difference leads to a disparity of 46.2 lost promotions. The Z-value for this disparity is –4.02, and would occur less than one time in 10,000 by random fluctuation, indicating a high degree of statistical significance. The following table shows the results of the promotion analysis, broken down separately

---

[9] See deposition of Dennis Zook p.69:12-21. See Appendix 9.

[10] See deposition of John Matthews p.88:1-22, p.92:22 through p.93:2, and p.93:17-19. Also see Appendix 8.

[11] See deposition of Jim Sinegal p.34:12-17.

[12] See Appendix 9.

[13] See deposition of Dennis Zook p.69:21 through p.70:19. See CRE 0002454. See Appendix 6 and 7.

[14] See CRE 0142177.

[15] There are a small number of promotions into AGM where the prior job held is not a Senior Staff job. However, because the data does not identify positions held prior to 1999, it's possible some of these employees held Senior Staff positions earlier.

for the time period before and after the date the lawsuit was filed (August 2004).

Table 8

**Promotions from Senior Staff into Assistant General Manager**

Pool = Senior Staff Employees

| | Promotions | | | % Women | | Cumulative | |
|---|---|---|---|---|---|---|---|
| Year[16] | Total | Women | | Sr Staff | Loss | Loss | Z-Value |
| 1999 | 64 | 11 | 17.2 | 28.3 | −7.1 | −7.1 | −1.97 |
| 2000 | 128 | 22 | 17.2 | 27.3 | −12.9 | −20.1 | −3.24 |
| 2001 | 132 | 18 | 13.6 | 26.5 | −17.0 | −37.0 | −4.63 |
| 2002 | 98 | 23 | 23.5 | 28.4 | −4.8 | −41.9 | −4.57 |
| 2003 | 83 | 15 | 18.1 | 28.0 | −8.2 | −50.1 | −4.99 |
| 2004 | 56 | 14 | 25.0 | 28.9 | −2.2 | −52.3 | −4.94 |
| Pre-8/2004 | 561 | 103 | 18.4 | 27.7 | | | |
| 2004b | 56 | 17 | 30.4 | 28.9 | 0.8 | 0.8 | 0.24 |
| 2005 | 42 | 17 | 40.5 | 28.0 | 5.2 | 6.1 | 1.36 |
| Post-8/2004 | 98 | 34 | 34.7 | 28.5 | | | |
| Total | 659 | 137 | 20.8 | 27.8 | | −46.2 | −4.02 |

20. There is no disparity for the period after the lawsuit was filed, in contrast to the period before the lawsuit was filed. In the period after the lawsuit was filed, the percent of women among those promoted nearly doubled, from 18.4% during 1999 through July 2004 to 34.7% in the period from August 2004 forward. Before the lawsuit there were 52.3 fewer promotions into AGM than would be expected from female representation in Senior Staff, giving a Z-value of −4.94. A disparity this large would occur less than one time in 500,000 by random fluctuation, indicating a high degree of statistical significance.

**Time to Reach Assistant General Manager**

21. The previous section shows that women Senior Staff are less likely to reach AGM than their male counterparts. In addition, for women who reached AGM during the pre-lawsuit period from 2000 through July 2004, it took them longer to reach that position from the time of their hire than for comparable men. This pattern was

---

[16] 2004a includes promotions during January through July 2004.

2004b includes promotions during August through December 2004.

10

reversed for the post-lawsuit period (August 2004 forward).    The following chart shows
the average length of time at Costco before reaching AGM, for men and women who were
promoted into AGM in the years 2000-2005.  For example, the average time to reach AGM
from date of hire was 12.25 years for women but 10.69 years for men, among those
promoted into AGM during the pre-lawsuit period.  However, for promotions into AGM
during the post-lawsuit period, the average time for women to reach AGM was 11.33
years but 12.74 years for men.

Table 9

**Average Years to Reach Assistant General Manager**

**Since Date of Hire**

| Year Entered AGM | Average Years | | | |
|---|---|---|---|---|
| | Women | | Men | |
| | Nbr | Years | Nbr | Years |
| 2000 | 22 | 12.13 | 106 | 10.41 |
| 2001 | 18 | 12.59 | 113 | 10.38 |
| 2002 | 23 | 11.12 | 75 | 11.10 |
| 2003 | 15 | 14.38 | 68 | 11.14 |
| 2004a | 14 | 11.54 | 42 | 10.81 |
| Pre-8/2004 | 92 | 12.25 | 404 | 10.69 |
| | | | | |
| 2004b | 17 | 10.33 | 39 | 12.90 |
| 2005 | 17 | 12.32 | 25 | 12.50 |
| Post-8/2004 | 34 | 11.33 | 64 | 12.74 |

**Promotions into General Manager**

22. The line of progression leading to General Manager (GM) goes from
Senior Staff to AGM to GM.   Table 1a above indicates an increase during 1999-
2005 in the percent of women in GM positions from 11.8% to 16.6%, with the
greatest increase occurring in 2004.  There is no overall statistically significant
disparity in the promotion of women into GM from the AGM employees.
However, the percent women in the pool of AGM employees is artificially low
due to the under-representation of women among promotions from Senior Staff.

**Time to Promotion into General Manager**

23. Those women who are promoted to GM generally have longer tenure

11

at Costco than their male counterparts.  The following chart shows the average length of time since date of hire to reach GM, for men and women who reached GM in the years 2000-2005.[17]

Table 10

**Average Years to Reach GM Since Date of Hire**

| Year Entered GM | Average Years | | | |
| | Women | | Men | |
| | Nbr | Yrs | Nbr | Yrs |
|---|---|---|---|---|
| 2000 | 4 | 13.64 | 43 | 11.85 |
| 2001 | 7 | 14.68 | 37 | 12.03 |
| 2002 | 10 | 13.98 | 23 | 11.85 |
| 2003 | 4 | 11.05 | 16 | 11.82 |
| 2004 | 11 | 14.60 | 13 | 14.76 |
| 2005 | 2 | 24.14 | 10 | 12.29 |

**Summary of Conclusions**

24. Based on my analysis of the payroll and personnel data, I conclude that:

a) There is a statistically significant shortfall of women promoted into AGM, resulting in a low female representation in GM and AGM positions;

b) Among those promoted into AGM, women have more tenure with Costco than men, and have held more Senior Staff positions;

c) Most employees promoted to AGM have served in more than one Senior Staff position prior to promotion, but women are significantly less likely to be given experience in the Merchandise Manager position;

d) Among those promoted into GM, women have more tenure with Costco than men; and

e) After the lawsuit was filed, Costco increased it's promotion rate of women into Assistant General Manager.

---

[17] The two women promoted in 2005 have hire dates in 1979 and 1982.  They each had held AGM positions as far back as data is available (December 20, 1998) prior to their promotion into GM.

12

Appendix 1

Vita of RICHARD DROGIN
rdrogin@dkstat.com
www.dkstat.com

**CURRENT POSITIONS**
Professor Emeritus of Statistics, Calif. State University, Hayward, CA, since 1996;
Partner in Drogin, Kakigi and Associates, Statistical Consultants, since 1977;

**PRIOR WORK EXPERIENCE**
Professor of Statistics, Calif. State University, Hayward, CA, 1973-96;
Currently Professor Emeritus;
Ass't Professor of Mathematical Statistics, Columbia University, N.Y., 1971-73;
Faculty Fellow, Mathematics, University of Sussex, Brighton, England, 1970-71;

**EDUCATION**
University of California, Berkeley, 1967-70, Statistics, Ph.D.;
Columbia University, New York, 1966-67, Statistics;
University of California, Berkeley, 1961-66, A.B.;

**JOURNAL PUBLICATIONS**
"An Invariance Principle for Martingales", Annals of Mathematical Statistics, Vol. 43, No. 2, 1972, pp. 602-620;

"Convergence in Probability to Brownian Motion", Annals of Probability, Vol. 1, No. 2, April, 1973, pp. 254-262;

Co-author, with Michael Orkin, of "Risky Business", a review of the spreadsheet/simulation program PREDICT, appeared in PC World, October, 1987, pps 178-183;

**BOOK PUBLICATION**
Vital Statistics, (Co-Author, Michael Orkin), McGraw Hill, 1974;

**SOFTWARE**
Developer of "NIGHTSHIFT" program, an artificial intelligence system utilizing genetic algorithms to identify patterns in databases (1995);

Certified Apple Software Developer, and member of Apple Programmer's and Developer's Association; May, 1987 to 1993;

Beta tester for Borland International for Turbo Pascal for the Macintosh (1986-87), and Turbo Pascal Database Toolbox for the Macintosh (1987);

Co-developer, with Michael Orkin, of "THE EXPERT": artificial intelligence system for identifying patterns in football and basketball data for PC's, 1990, and other sports database programs;

Appendix 1

Co-developer, with Michael Orkin and Roxy Roxborough, of "ROXY'S POWER RATINGS", a power ratings system for pro-football for PC's, 1990;

LEGAL CONSULTING

Testified as expert witness in statistics over twenty times in federal, state, and superior Court;

A partial list of clients includes the Equal Employment Opportunity, The California State Department of Fair Employment and Housing, the Federal Public Defender's Office, Office of Civil Rights, Littler Mendelson Fastiff Tichy Mathiason, Morrison & Foerster, the Alameda County Public Defender's Office, the City Attorney's Office of Oakland, Legal Aid Society of Alameda County, San Francisco Neighborhood Legal Assistance, Public Advocates, Equal Rights Advocates, the Employment Law Center, Center for Law in the Public Interest, California Teachers Association, Internation Brotherhood of Electrical Workers, California State Employees Association,  Mexican American Legal Defense and Educational Fund, and the NAACP Legal Defense Fund, the law firm of Saperstein, Goldstein, Demchak and Baller, the law firm of Sprenger and Lang, the law firm of Rudy, Excelrod and Zieff; the law firm of Righetti and Wynne, the law firm of Lieff, Cabraser, Heimann and Bernstein, and The Impact Fund.

OTHER CONSULTING

Retained as court appointed statistical expert in Consolidated Class Actions v. Sunshine Communications, Case No. GIC 780641, Superior Court of California, San Diego County, 2003.

Retained by the California State Department of Fair Employment and Housing to analyze employment data for Lawrence Livermore Laboratory, 2001;

Retained by Office of Civil Rights, Department of Education, to analyze law  school admission and criteria for several University of California Law Schools, 1997-8;

Calculation of probabilities of various card game outcomes for Casino San Pablo, 1996-7;

Custom programming to produce summaries of  personnel data for California hospital associations, 1996-7;

Analysis of phone quality data for J Walter Thompson advertising agency, 1990;

Sample design and review of drug testing program for IBEW, 1990;

Sample design and analysis of data for BART study of commuter patterns, 1989;

Development of market research multiple regression software package for Gazette Press, Inc., 1987

Analysis of employment patterns among Operating Engineers, Local 3, for the Affirmative Action Trust Fund, appointed by defendants and plaintiffs, 1986-87;

Appendix 1

Analysis of 1970 and 1980 census data regarding changes in occupational status of women, Institute for the Study of Social Change, U.C., Berkeley, July, 1984;

Analysis of University Admissions data at U.C., Berkeley, for Student Affirmative Action Advisory Committee, September, 1982;

Analysis of employment patterns and opinion survey data for the U.S. Forest Service, in preparation of an affirmative action plan, 1981-82;

Analysis of housing sales in the Fruitvale and West Oakland areas of Oakland for Oakland Community Organization, 1980-81;

Statistical consultant on survey of Mexican Immigration patterns, 1980-81;

Statistical analysis of Law School Admissions data for Mexican American Legal Defense and Education Fund, 1980;

Develop statistical analysis of California Loan Registry Data for Legal Aid Society of Alameda County, Legal Aid Society of Los Angeles, California Rural Legal Assistance, San Francisco neighborhood Legal Assistance, and Public Advocates, 1978-81;

INVITED LECTURES & SEMINARS
Panelist at ABA Labor & Employment Law Conference, March 29, 2001, breakout session on the "Use of Statistical Evidence in Employment Discrimination Litigation"

Presented seminar on statistical methods and expert witness testimony in Title VII cases at Hastings School of Law, February, 1997, March, 1998, and February, 1999;

Appeared on cable TV interview show to discuss statistical analysis in employement discrimination litigation, Calif. State University, Hayward, CA, November 10, 1995;

Presented lecture on computers, databases, and statistical proof in large class action lawsuits, at the "Litigating Civil and Statuory Class Actions" conference, Hastings College of Law, April 30, 1994;

Presented a seminar on statistical methods in age discrimination cases for Practicing Law Institute, February 13, 1987;

Presented seminar on statistical methods at Golden Gate University Law School, February, 1983;

Presented one day seminar for attorneys and staff of the State Department of Fair Employment and Housing, on statistical methods, February 5, 1982;

Appendix 1

Presented a talk to the American Statistical Association meeting, February, 1982, on statistical methods used in Title VII cases;

Presented talks at the MALDEF-EEOC conferences on discrimination and the Law, San Francisco, June, 1978, and Los Angeles, October, 1978;

# DECLARATIONS and TESTIMONY
## since 1990
Dr. Richard Drogin
as of May 2006

ROCHER et al. V. SAV-ON DRUG STORES, INC., Case No. BC 227720, Los Angeles
Superior Court, State of California, declaration, March 2006;

FOSTER v. FEDERAL EXPRESS, No. BC 282300, Los Angeles Country Superior
Court, State of California; declaration, February 2006

Coordinating Proceeding Special Title (Rule) 1550(b)-Shake Roof Cases;
Judicial Council Coordination Proceeding No. 4208, Superior Court of the State of
California, Contra Costa County; report, deposition and trial 2005.

ELLIS V. COSTCO WHOLESALE CORPORATION, Case No. C-04-3341 MHP, U.S.
District Court, Northern District, California, declaration, May 2005

Coordinating Proceeding Special Title (Rule) 1550(b)-Staples Overtime Cases;
Case No.:4235, lead Case No. 816121, Superior Court of the State of California,
County of Orange; deposition April 2005.

SATCHELL V. FEDERAL EXPRESS, C 03-2659 SI; C 03-2878 SI, U.S. District Court,
Northern District, California, various declarations and deposition, 2004.

PARRA V. BASHAS' INC., Case No. CIV 02 0591 PHX RCB, U.S. District Court,
District of Arizona, declaration and deposition, July 2004.

ERVIN V. RATELLE, Case N. BS 215587, Superior Court of The State of California,
County of San Diego; deposition, January 2004.

SYLVESTER MCCLAIN v. LUFKIN INDUSTRIES, INC., Case No. 9:97-CV-063,
U.S. District Court, Eastern District of Texas, report, deposition, trial 2003.

GARRETT CUTLER v. WAL-MART STORES, No., CA-02-10206, Circuit Court for
Prince George County, Maryland, declaration and deposition, 2003.

CRYSTAL SALVAS v. WAL-MART STORES, No. 01-3645, Middlesex, Superior
Court Department, Commonwealth of Massachusetts, declaration and deposition, 2003

RICHISON v. AMERICAN CEMWOOD, Case No. 005532, San Jouquin County
Superior Court, State of California; declarations, deposition, 2002-3.

DUKES v. WAL-MART, INC., C-01-2252 MJJ, , U.S. District Court, Northern District,
California, various declarations and deposition, 2003.

Appendix 1

SALGADU v. MABUBANI, et. al, No, CV01-04360 FMC, Central District of California, declaration 2002, deposition January, 2003.

MITCHELL, et. al. v.METROPOLITAN LIFE INSURANCE CO., 01 Civ.2112 (WHP) declaration December 2002 and deposition January, 2003.

SAVAGLIO V. WAL-MART STORES, CASE NO. 835687-7 Superior Court of The State of California, County of Alameda; declaration and deposition, December 2002.

STONE V. FIRST UNION CORP., NO. 94-6932-CIV-GOLD, U.S. District Court, Southern District of Florida, Miami Division, declaration, 2002, deposition 2005.

BELL V. FARMERS INSURANCE, NO.774013-0, Alameda County Superior Court, State of California; declarations, deposition,1999-2001, trial testimony 2001;

YBARRA et al V. CALIFORNIA REDI-DATE COMPANY, No. CV 00-7043/7044 U.S. District Court, Northern District, California, declaration and deposition, 2001;

AGUARDO et al. V. PIZZA HUT, San Francisco County Superior Court, State of California, Case No. 994947; declaration February 2001;

BROOKS V. FIRST UNION, Superior Court of New Jersey, Middlesex Country, No. L-2401-99; declarations February 2001 and 2002, deposition 2005;

SINGLETON V. REGENTS OF THE UNIVERSITY OF CALIFORNIA, No. 807233-1, Alameda County Superior Court, State of California; declarations and deposition 2000-2;

BECKMANN V. WCCO et. al., File No. 3-96 Civ. 1172, declaration and deposition, 1999;

CHARLES V. SECRETARY OF NAVY, C 91-2153 MHP, declaration, 1998;

JARVAISE V. RAND Corp, NO 1:96CV02680 (HHG); declaration and deposition, 1998;

TURNER V. TOROTEL, INC., No. 96-0646-CV-W-5, declaration and deposition, 1998;

BUTLER v. HOME DEPOT U.S.A., INC., No. C 95-2182 SI, U.S. District Court, Northern District, California, various declaration and deposition, 1997;

CANADY V. ALLSTATE INSURANCE COMPANY, ET AL., NO. 96-0174-CV-W-2, U.S. District Court, Western District of Missouri, Western Division; declaration 1997;

BYRD v. SPRINT CORPORATION, ET AL., No. CV92-18979, Circuit Court of Jackson County, Missouri at Kansas City; declaration 1996;

Appendix 1

SHORES v. PUBLIX SUPER MARKETS, INC., No. 95-1162-CIV-T-25E, U.S. District Court, Middle District of Florida, Tampa Division; declarations submitted for class certification, 1995; presentation to mediator in settlement talks 1996;

PLUMMER v. DON COTE, ALAMEDA COUNTY, C-94-0838 EFL, Superior Court, Alameda County, California; declaration submitted, February, 1996;

JONES v. FORD MOTOR COMPANY, No. 95-MD-1044, 95-71123, 3-93-370, Eastern District of Michigan, Southern Division; declarations submitted for class certification, deposition, 1995-1996, 1998;

APPLETON, v. DELOITTE & TOUCHE, No. 3-95-0483 (Middle District of Tennessee); declaration submitted for class certification, deposition, 1995, 1996;

FRANK V. UNITED AIRLINES, INC., N.D. Cal. Case No C92 0692 CAL declarations and deposition, 1995-96;

ROBERT ADAMS, JR. v. PINOLE POINT STEEL COMPANY, NO. C-92-1962 MHP, U.S. District Court, Northern District, California;  declaration submitted for class certification, deposition 1993, 1994, 1995;

SONDRA W. HYMAN v. FIRST UNION CORPORATON, Civil No. 94-1043 (EGS), U.S. District Court, District of Columbia; various declarations, 1994, 1995, 1997;

WHITING v. HUNTER, MO. 676752-50H, Alameda Country Superior Court, California; deposition and trial testimony, 1995, 1996;

BABBITT v. ALBERTSON'S INC., No. C92 1883 SBA (PJH), Northern District of California; declarations, 1994;

TAYLOR v. O'CHARLEY'S, No. 3:94-0489, U.S. District Court, Middle District of Tennessee; declarations, 1994;

BARBARA JEAN HERRING v. SAVE MART, No. C-90-3571 BAC, U.S. District Court, Northern District, California, December 17, 1993;

NANCY J. STENDER v. LUCKY STORES, Inc, No. C-88-1467 MHP, U.S. District Court, Northern District, California, 1991 & 1992, deposed and submitted reports for liability and damage trials;

HAYNES v. SHONEY,  No. PCA 89-30093-RV, U.S. District Court, Northern District of Florida; declaration submitted for class certification, 1991;

PINES v. STATE FARM, SA CV 89 - 631 AHS (RWRx), U.S. District Court, central District of California; declaration submitted for class certification, 1991;

Appendix 1

SIBI SOROKA, SUE URRY, and WILLIAM D'ARCANGELO v. DAYTON HUDSON
CORP., dba TARGET STORES, No. H-143579-3, Superior Court, County of Alameda,
California; declaration 1990;

Appendix 1

**DROGIN, KAKIGI & ASSOCIATES**
**Statistical Consultants**
**3104 Shattuck Avenue**
**Berkeley, CA 94705**
**(510) 540-5071**
**www.dkstat.com**

<u>FEE SCHEDULE as of January 2006</u>

1. Consulting, analysis, development
   Partners                                    $300/hour
   Staff programmer                            $150/hour

2. Deposition/Testimony                        $400/hour

Page 1

Appendix 2

Mgmt Workforce by Year, Job, Gender
Restricted to Actives at Year-End in Jobs 2000-2100 in Warehouse
All Regions

| Job | 1998 | | | 1999 | | | 2000 | | | 2001 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Tot | Wom | %Wom | Tot | Wom | %Wom | Tot | Wom | %Wom | Tot | Wom | %Wom |
| Total | 3253 | 853 | 26.2 | 3848 | 998 | 25.9 | 4510 | 1190 | 26.4 | 4599 | 1203 | 26.2 |
| 2000 MANAGER-GENERAL | 216 | 23 | 10.6 | 229 | 27 | 11.8 | 261 | 28 | 10.7 | 289 | 32 | 11.1 |
| 2001 MANAGER-ASSISTANT GENERAL | 427 | 79 | 18.5 | 466 | 77 | 16.5 | 528 | 89 | 16.9 | 605 | 96 | 15.9 |
| 2002 MANAGER-MERCHANDISE | 220 | 35 | 15.9 | 237 | 37 | 15.6 | 266 | 39 | 14.7 | 302 | 50 | 16.6 |
| 2003 MANAGER-ADMINISTRATION | 193 | 81 | 42.0 | 220 | 85 | 41.9 | 218 | 96 | 44.0 | 237 | 111 | 46.8 |
| 2004 MANAGER-FRONT END | 220 | 64 | 29.1 | 241 | 62 | 25.7 | 278 | 73 | 26.3 | 295 | 89 | 30.2 |
| 2005 MANAGER-RECEIVING | 226 | 63 | 27.9 | 241 | 68 | 28.2 | 244 | 59 | 24.2 | 268 | 63 | 23.5 |
| 2002-2005 | 859 | 243 | 28.3 | 922 | 252 | 27.3 | 1006 | 267 | 26.5 | 1102 | 313 | 28.4 |
| 2003-2005 | 639 | 208 | 32.6 | 685 | 215 | 31.4 | 740 | 228 | 30.8 | 800 | 263 | 32.9 |
| 2006-2100 | 1751 | 508 | 29.0 | 2231 | 642 | 28.8 | 2715 | 806 | 29.7 | 2603 | 762 | 29.3 |
| 2006 MANAGER SHIPPING | 0 | 0 | 0.0 | 1 | 0 | 0.0 | 1 | 1 | 100.0 | 1 | 0 | 0.0 |
| 2007 MANAGER-SHIPPING/RECEIVING | 0 | 0 | 0.0 | 4 | 0 | 0.0 | 8 | 0 | 0.0 | 12 | 1 | 8.3 |
| 2008 MANAGER-BUSINESS DELIVERY | 12 | 5 | 41.7 | 10 | 4 | 40.0 | 8 | 2 | 25.0 | 5 | 1 | 20.0 |
| 2009 MANAGER-FOODS | 199 | 31 | 15.6 | 230 | 34 | 14.8 | 265 | 40 | 15.1 | 295 | 40 | 13.6 |
| 2010 MANAGER-NON FOODS | 0 | 0 | 0.0 | 23 | 0 | 0.0 | 54 | 6 | 11.1 | 69 | 9 | 13.0 |
| 2011 MANAGER-HARDLINES | 197 | 23 | 11.7 | 204 | 30 | 14.7 | 223 | 31 | 13.9 | 279 | 45 | 16.1 |
| 2012 MANAGER-CENTER | 189 | 23 | 12.2 | 211 | 29 | 13.7 | 225 | 44 | 19.6 | 244 | 52 | 21.3 |
| 2013 MANAGER-MEAT | 213 | 5 | 2.3 | 226 | 3 | 1.3 | 249 | 5 | 2.0 | 184 | 2 | 1.1 |
| 2014 MANAGER-BAKERY | 207 | 46 | 22.2 | 221 | 47 | 21.3 | 247 | 61 | 24.7 | 188 | 58 | 30.9 |
| 2015 MANAGER-FACILITIES | 1 | 0 | 0.0 | 3 | 0 | 0.0 | 11 | 0 | 0.0 | 17 | 1 | 5.9 |
| 2016 MANAGER-FLEET | 1 | 0 | 0.0 | 0 | 0 | 0.0 | 0 | 0 | 0.0 | 1 | 0 | 0.0 |
| 2017 MANAGER-MEMBERSHIP/MARKETING | 203 | 138 | 68.0 | 214 | 146 | 68.2 | 239 | 162 | 67.8 | 270 | 175 | 64.8 |
| 2018 MANAGER-PRODUCTION | 0 | 0 | 0.0 | 3 | 1 | 33.3 | 12 | 5 | 41.7 | 3 | 1 | 33.3 |
| 2019 MANAGER-QUALITY CONTROL | 0 | 0 | 0.0 | 0 | 0 | 0.0 | 0 | 0 | 0.0 | 1 | 1 | 100.0 |
| 2020 MANAGER-OPTICAL | 141 | 82 | 58.2 | 164 | 89 | 54.3 | 205 | 111 | 54.1 | 164 | 83 | 50.6 |
| 2021 MANAGER-PHOTO LAB | 98 | 43 | 43.9 | 82 | 34 | 41.5 | 76 | 33 | 43.4 | 39 | 16 | 41.0 |
| 2022 MANAGER-HEARING AID | 60 | 32 | 53.3 | 65 | 32 | 49.2 | 69 | 33 | 47.8 | 62 | 33 | 53.2 |
| 2023 MANAGER-TIRE CENTER | 0 | 0 | 0.0 | 96 | 3 | 3.1 | 186 | 5 | 2.7 | 163 | 4 | 2.5 |
| 2024 MANAGER-SERVICE DELI | 0 | 0 | 0.0 | 122 | 64 | 52.5 | 175 | 81 | 46.3 | 122 | 52 | 42.6 |
| 2025 MANAGER-FOOD COURT | 0 | 0 | 0.0 | 73 | 31 | 42.5 | 126 | 57 | 45.2 | 73 | 32 | 43.8 |
| 2050 ASSISTANT MANAGER-MERCHANDISE | 3 | 1 | 33.3 | 18 | 2 | 11.1 | 25 | 9 | 36.0 | 33 | 6 | 18.2 |
| 2051 ASSISTANT MANAGER-RECEIVING | 0 | 0 | 0.0 | 3 | 2 | 66.7 | 12 | 7 | 58.3 | 10 | 7 | 70.0 |
| 2052 ASSISTANT MANAGER-FRONT END | 215 | 75 | 34.9 | 238 | 88 | 37.0 | 282 | 113 | 40.1 | 342 | 142 | 41.5 |
| 2053 ASSISTANT MANAGER-BAKERY | 10 | 4 | 40.0 | 10 | 3 | 30.0 | 4 | 0 | 0.0 | 10 | 0 | 10.0 |
| 2100 MANAGER IN TRAINING | 2 | 0 | 0.0 | 10 | 0 | 0.0 | 13 | 0 | 0.0 | 16 | 0 | 0.0 |

Appendix 2

Mgmt Workforce by Year, Job, Gender

Restricted to Actives at Year-End in Jobs 2000-2100 in Warehouse
All Regions

| Job | 2002 Tot | 2002 Wom | 2002 %Wom | 2003 Tot | 2003 Wom | 2003 %Wom | 2004 Tot | 2004 Wom | 2004 %Wom | 2005 Tot | 2005 Wom | 2005 %Wom | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 4984 | 1348 | 27.0 | 5161 | 1402 | 27.2 | 5455 | 1503 | 27.6 | 5570 | 1541 | 27.7 | |
| 2000 | 306 | 42 | 13.7 | 316 | 43 | 13.6 | 328 | 54 | 16.5 | 337 | 56 | 16.6 | MANAGER-GENERAL |
| 2001 | 651 | 108 | 16.6 | 674 | 113 | 16.8 | 765 | 131 | 17.1 | 779 | 140 | 18.0 | MANAGER-ASSISTANT GENERAL |
| 2002 | 344 | 54 | 15.7 | 349 | 64 | 18.3 | 357 | 65 | 18.2 | 364 | 71 | 19.5 | MANAGER-MERCHANDISE |
| 2003 | 239 | 99 | 41.4 | 255 | 114 | 44.7 | 255 | 100 | 39.2 | 258 | 95 | 36.8 | MANAGER-ADMINISTRATION |
| 2004 | 329 | 105 | 31.9 | 326 | 108 | 33.1 | 349 | 109 | 31.2 | 352 | 103 | 29.3 | MANAGER-FRONT END |
| 2005 | 281 | 76 | 27.0 | 298 | 69 | 23.2 | 312 | 83 | 26.6 | 311 | 89 | 28.6 | MANAGER-RECEIVING |
| 2002-2005 | 1193 | 334 | 28.0 | 1228 | 355 | 28.9 | 1273 | 357 | 28.0 | 1285 | 358 | 27.9 | |
| 2003-2005 | 849 | 280 | 33.0 | 879 | 291 | 33.1 | 916 | 292 | 31.9 | 921 | 287 | 31.2 | |
| 2006-2100 | 2834 | 864 | 30.5 | 2943 | 891 | 30.3 | 3089 | 961 | 31.1 | 3169 | 987 | 31.1 | |
| 2006 | 0 | 0 | 0.0 | 2 | 1 | 50.0 | 2 | 2 | 100.0 | 2 | 2 | 100.0 | MANAGER SHIPPING |
| 2007 | 14 | 4 | 28.6 | 14 | 4 | 28.6 | 19 | 7 | 36.8 | 18 | 5 | 27.8 | MANAGER-SHIPPING/RECEIVING |
| 2008 | 5 | 1 | 20.0 | 7 | 2 | 28.6 | 4 | 1 | 25.0 | 4 | 1 | 25.0 | MANAGER-BUSINESS DELIVERY |
| 2009 | 317 | 55 | 17.4 | 328 | 56 | 17.1 | 341 | 79 | 23.2 | 353 | 79 | 22.4 | MANAGER-FOODS |
| 2010 | 72 | 12 | 16.7 | 80 | 9 | 11.2 | 101 | 7 | 6.9 | 103 | 17 | 16.5 | MANAGER-NON FOODS |
| 2011 | 292 | 44 | 15.1 | 292 | 45 | 15.4 | 306 | 56 | 18.3 | 311 | 62 | 19.9 | MANAGER-HARDLINES |
| 2012 | 251 | 54 | 21.5 | 277 | 59 | 21.3 | 280 | 43 | 15.4 | 293 | 52 | 17.7 | MANAGER-CENTER |
| 2013 | 214 | 2 | 0.9 | 211 | 2 | 0.9 | 222 | 4 | 1.8 | 227 | 4 | 1.8 | MANAGER-MEAT |
| 2014 | 203 | 65 | 32.0 | 205 | 65 | 31.7 | 212 | 65 | 30.7 | 217 | 64 | 29.5 | MANAGER-BAKERY |
| 2015 | 20 | 3 | 15.0 | 16 | 2 | 12.5 | 14 | 1 | 7.1 | 13 | 1 | 7.7 | MANAGER-FACILITIES |
| 2016 | 1 | 0 | 0.0 | 1 | 0 | 0.0 | 1 | 0 | 0.0 | 1 | 0 | 0.0 | MANAGER-FLEET |
| 2017 | 308 | 197 | 64.0 | 313 | 200 | 63.9 | 325 | 215 | 66.2 | 324 | 219 | 67.6 | MANAGER-MEMBERSHIP/MARKETING |
| 2018 | 8 | 5 | 62.5 | 9 | 4 | 44.4 | 7 | 3 | 42.9 | 7 | 3 | 42.9 | MANAGER-PRODUCTION |
| 2019 | 1 | 0 | 0.0 | 2 | 1 | 50.0 | 1 | 1 | 100.0 | 1 | 0 | 0.0 | MANAGER-QUALITY CONTROL |
| 2020 | 190 | 101 | 53.2 | 190 | 104 | 54.7 | 204 | 109 | 53.4 | 209 | 115 | 55.0 | MANAGER-OPTICAL |
| 2021 | 45 | 22 | 48.9 | 46 | 21 | 45.7 | 65 | 29 | 44.6 | 64 | 29 | 45.3 | MANAGER-PHOTO LAB |
| 2022 | 70 | 36 | 51.4 | 78 | 40 | 51.3 | 86 | 40 | 46.5 | 87 | 40 | 46.0 | MANAGER-HEARING AID |
| 2023 | 185 | 3 | 1.6 | 186 | 4 | 2.2 | 203 | 3 | 1.5 | 203 | 3 | 1.5 | MANAGER-TIRE CENTER |
| 2024 | 146 | 68 | 46.6 | 154 | 68 | 44.2 | 163 | 73 | 44.8 | 169 | 75 | 44.4 | MANAGER-SERVICE DELI |
| 2025 | 75 | 37 | 49.3 | 71 | 34 | 47.9 | 84 | 40 | 47.6 | 113 | 54 | 47.8 | MANAGER-FOOD COURT |
| 2050 | 36 | 5 | 13.9 | 44 | 6 | 13.6 | 21 | 6 | 28.6 | 29 | 8 | 27.6 | ASSISTANT MANAGER-MERCHANDISE |
| 2051 | 7 | 5 | 71.4 | 5 | 1 | 20.0 | 8 | 2 | 25.0 | 8 | 2 | 25.0 | ASSISTANT MANAGER-RECEIVING |
| 2052 | 346 | 140 | 40.5 | 391 | 160 | 40.9 | 409 | 172 | 42.1 | 400 | 149 | 37.2 | ASSISTANT MANAGER-FRONT END |
| 2053 | 5 | 2 | 40.0 | 8 | 2 | 25.0 | 3 | 0 | 0.0 | 4 | 1 | 25.0 | ASSISTANT MANAGER-BAKERY |
| 2100 | 23 | 3 | 13.0 | 13 | 1 | 7.7 | 9 | 3 | 33.3 | 10 | 2 | 20.0 | MANAGER IN TRAINING |

Appendix 2

Mgmt Workforce Average Annual Salary by Year, Job, Gender
Restricted to Actives at Year-End in Jobs 2000-2100 in Warehouse
All Regions

| Job | 1999 Men | 1999 Women | 2000 Men | 2000 Women | 2001 Men | 2001 Women | 2002 Men | 2002 Women | 2003 Men | 2003 Women | 2004 Men | 2004 Women |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 51964. | 48519. | 55028. | 51175. | 59196. | 55329. | 60876. | 56895. | 62131. | 58192. | 63827. | 59993. |
| 2000 | 95839. | 83981. | 98372. | 92338. | 100737. | 95333. | 103981. | 95467. | 106329. | 98192. | 109910. | 100653. |
| 2001 | 58894. | 59487. | 61815. | 62743. | 65478. | 65647. | 67648. | 67412. | 69219. | 68823. | 71133. | 70033. |
| 2002 | 50791. | 51496. | 53174. | 54769. | 52285. | 57653. | 58666. | 59610. | 60268. | 60512. | 61687. | 62017. |
| 2003 | 50167. | 50226. | 54070. | 53671. | 57996. | 57218. | 59961. | 58860. | 61010. | 59949. | 62609. | 61984. |
| 2004 | 49557. | 48611. | 52934. | 53264. | 56854. | 56763. | 58465. | 58092. | 59470. | 59104. | 61003. | 60053. |
| 2005 | 50138. | 49751. | 54064. | 53863. | 57287. | 58874. | 59125. | 58688. | 60564. | 59992. | 61963. | 61657. |
| 2002-2005 | 50183. | 49887. | 53478. | 53762. | 57287. | 57089. | 58934. | 58701. | 60266. | 59802. | 61754. | 61447. |
| 2003-2005 | 49924. | 49610. | 53613. | 53590. | 57287. | 58982. | 59071. | 58525. | 60265. | 59646. | 61785. | 61320. |
| 2006-2100 | 45440. | 45175. | 48778. | 47611. | 52479. | 51625. | 54080. | 53007. | 55107. | 54272. | 56609. | 55799. |
| 2006 | 55500. | 0. | 0. | 52000. | 56000. | 0. | 0. | 0. | 52000. | 63000. | 0. | 58750. |
| 2007 | 49288. | 0. | 54522. | 0. | 57828. | 56000. | 54060. | 53875. | 59895. | 59820. | 62999. | 60547. |
| 2008 | 53870. | 46050. | 51344. | 47250. | 55750. | 58250. | 54060. | 60580. | 57203. | 52000. | 59447. | 54000. |
| 2009 | 45227. | 46465. | 48009. | 48354. | 51218. | 51249. | 52620. | 52934. | 53471. | 54322. | 55150. | 55037. |
| 2010 | 41989. | 0. | 47799. | 51425. | 52136. | 52722. | 53047. | 54133. | 54266. | 53678. | 55497. | 54670. |
| 2011 | 45241. | 45074. | 47129. | 48198. | 51148. | 51875. | 52602. | 53103. | 53756. | 53908. | 55223. | 55146. |
| 2012 | 44875. | 45778. | 47944. | 48271. | 51526. | 51834. | 52960. | 52902. | 53753. | 53780. | 55503. | 56354. |
| 2013 | 44296. | 50450. | 53467. | 53750. | 57418. | 56875. | 52960. | 50000. | 60381. | 56000. | 62079. | 59085. |
| 2014 | 43387. | 49330. | 53813. | 52345. | 57120. | 56625. | 58889. | 58147. | 60082. | 59257. | 61202. | 60140. |
| 2015 | 46667. | 0. | 52345. | 0. | 55872. | 46000. | 58054. | 57850. | 60312. | 57350. | 62623. | 58500. |
| 2016 | 0. | 0. | 0. | 0. | 36754. | 0. | 37794. | 0. | 38834. | 0. | 0. | 0. |
| 2017 | 44182. | 44984. | 48498. | 47670. | 51775. | 51542. | 52841. | 53048. | 53666. | 54169. | 55693. | 55942. |
| 2018 | 47600. | 44000. | 49407. | 46600. | 52150. | 57000. | 51133. | 51100. | 53850. | 48578. | 60188. | 54233. |
| 2019 | 0. | 0. | 0. | 0. | 58000. | 58000. | 60000. | 0. | 58000. | 61500. | 0. | 63500. |
| 2020 | 44199. | 44663. | 46937. | 46334. | 52738. | 52117. | 54228. | 53551. | 56007. | 55087. | 57237. | 56665. |
| 2021 | 38125. | 37232. | 42535. | 42705. | 45778. | 43439. | 48348. | 46315. | 56829. | 50732. | 53482. | 53442. |
| 2022 | 42624. | 40050. | 43306. | 40977. | 49112. | 48874. | 52866. | 50671. | 54543. | 52448. | 55833. | 54164. |
| 2023 | 43938. | 46000. | 45854. | 47677. | 50823. | 51190. | 52212. | 50000. | 53098. | 52136. | 54842. | 49222. |
| 2024 | 44148. | 50086. | 45464. | 47487. | 50480. | 50231. | 52355. | 51633. | 53369. | 53494. | 55274. | 54494. |
| 2025 | 41661. | 41626. | 52630. | 47252. | 50120. | 50604. | 52107. | 52134. | 53136. | 53152. | 54420. | 55245. |
| 2050 | 51160. | 55000. | 50800. | 48579. | 51323. | 50874. | 61403. | 54925. | 61496. | 59184. | 58342. | 61423. |
| 2051 | 44000. | 44675. | 47671. | 47958. | 51084. | 51187. | 56000. | 54150. | 55450. | 57304. | 57815. | 56050. |
| 2052 | 45101. | 45166. | 37191. | 47958. | 48384. | 56000. | 53939. | 52476. | 53500. | 52300. | 55321. | 54783. |
| 2053 | 35654. | 48960. | 50788. | 0. | 63359. | 0. | 50667. | 55500. | 60373. | 45000. | 57683. | 0. |
| 2100 | 33100. | 0. | 50788. | 0. | 63359. | 0. | 61948. | 0. | 60373. | 45000. | 69066. | 65383. |

Appendix 3

Rotation among Senior Staff Jobs      Lateral Moves
=====================================
Table gives counts of moves with change in job
between jobs 2002-2005
2002 = Merch        2004 = Front End
2003 = Admin        2005 = Receiving

Year Total means total for years 1999-2005
Year 2002+ means total for years 2002-2005

| | From | | Into Job | | | |
|------|------|-----|------|------|------|------|
| Year | Job | Any | 2002 | 2003 | 2004 | 2005 |
| Total | Any | 3022 | 896 | 671 | 720 | 735 |
| Total | 2002 | 737 | 0 | 207 | 260 | 270 |
| Total | 2003 | 613 | 205 | 0 | 211 | 197 |
| Total | 2004 | 874 | 343 | 263 | 0 | 268 |
| Total | 2005 | 798 | 348 | 201 | 249 | 0 |
| 2002+ | Any | 1891 | 544 | 417 | 458 | 472 |
| 2002+ | 2002 | 487 | 0 | 134 | 174 | 179 |
| 2002+ | 2003 | 372 | 120 | 0 | 132 | 120 |
| 2002+ | 2004 | 544 | 215 | 156 | 0 | 173 |
| 2002+ | 2005 | 488 | 209 | 127 | 152 | 0 |

--------------------------------------------------------------

Rotation among Senior Staff Jobs      by Gender      Lateral Moves
=====================================
Table gives counts of moves with change in job
between jobs 2002-2005
2002 = Merch        2004 = Front End
2003 = Admin        2005 = Receiving

Year=Total means year 1999-2005
Year=2002+ means year 2002-2005

| | | From | | Into Job | | | | | | | |
|------|-------|------|------|------|------|------|------|------|------|------|------|
| Year | Sex | Job | Any | 2002 | | 2003 | | 2004 | | 2005 | |
| Total | Men | Any | 2273 | 725 | 31.9 | 470 | 20.7 | 543 | 23.9 | 535 | 23.5 |
| Total | Women | Any | 749 | 171 | 22.8 | 201 | 26.8 | 177 | 23.6 | 200 | 26.7 |
| Total | Men | 2002 | 617 | 0 | 0.0 | 176 | 28.5 | 223 | 36.1 | 218 | 35.3 |
| Total | Women | 2002 | 120 | 0 | 0.0 | 31 | 25.8 | 37 | 30.8 | 52 | 43.3 |
| Total | Men | 2003 | 397 | 144 | 36.3 | 0 | 0.0 | 127 | 32.0 | 126 | 31.7 |
| Total | Women | 2003 | 216 | 61 | 28.2 | 0 | 0.0 | 84 | 38.9 | 71 | 32.9 |
| Total | Men | 2004 | 636 | 286 | 45.0 | 159 | 25.0 | 0 | 0.0 | 191 | 30.0 |
| Total | Women | 2004 | 238 | 57 | 23.9 | 104 | 43.7 | 0 | 0.0 | 77 | 32.4 |
| Total | Men | 2005 | 623 | 295 | 47.4 | 135 | 21.7 | 193 | 31.0 | 0 | 0.0 |
| Total | Women | 2005 | 175 | 53 | 30.3 | 66 | 37.7 | 56 | 32.0 | 0 | 0.0 |
| 2002+ | Men | Any | 1416 | 432 | 30.5 | 301 | 21.3 | 343 | 24.2 | 340 | 24.0 |
| 2002+ | Women | Any | 475 | 112 | 23.6 | 116 | 24.4 | 115 | 24.2 | 132 | 27.8 |
| 2002+ | Men | 2002 | 410 | 0 | 0.0 | 115 | 28.0 | 150 | 36.6 | 145 | 35.4 |
| 2002+ | Women | 2002 | 77 | 0 | 0.0 | 19 | 24.7 | 24 | 31.2 | 34 | 44.2 |
| 2002+ | Men | 2003 | 238 | 83 | 34.9 | 0 | 0.0 | 78 | 32.8 | 77 | 32.4 |
| 2002+ | Women | 2003 | 134 | 37 | 27.6 | 0 | 0.0 | 54 | 40.3 | 43 | 32.1 |
| 2002+ | Men | 2004 | 387 | 173 | 44.7 | 96 | 24.8 | 0 | 0.0 | 118 | 30.5 |
| 2002+ | Women | 2004 | 157 | 42 | 26.8 | 60 | 38.2 | 0 | 0.0 | 55 | 35.0 |
| 2002+ | Men | 2005 | 381 | 176 | 46.2 | 90 | 23.6 | 115 | 30.2 | 0 | 0.0 |
| 2002+ | Women | 2005 | 107 | 33 | 30.8 | 37 | 34.6 | 37 | 34.6 | 0 | 0.0 |

Appendix 4

Page 1

Hires by Year, Job, Gender

'Total' indicates total for job codes 2000-2100 only

All Regions

| Job | 1999 | | | 2000 | | | 2001 | | | 2002 | | | 2003 | | | 2004 | | | 2005 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Tot | Wom | %Wom | Tot | Wom | %Wom | Tot | Wom | %Wom | Tot | Wom | %Wom | Tot | Wom | %Wom | Tot | Wom | %Wom | Tot | Wom | %Wom |
| Total | 21 | 5 | 23.8 | 28 | 7 | 25.0 | 61 | 12 | 19.7 | 23 | 4 | 17.4 | 61 | 21 | 34.4 | 76 | 24 | 31.6 | 10 | 5 | 50.0 |
| 2000 | 1 | 0 | 0.0 | 0 | 0 | 0.0 | 1 | 0 | 0.0 | 0 | 0 | 0.0 | 0 | 0 | 0.0 | 1 | 0 | 0.0 | 0 | 0 | 0.0 |
| 2001 | 3 | 1 | 33.3 | 2 | 0 | 0.0 | 5 | 0 | 0.0 | 1 | 0 | 0.0 | 4 | 1 | 25.0 | 4 | 1 | 25.0 | 0 | 0 | 0.0 |
| 2002 | 1 | 0 | 0.0 | 0 | 0 | 0.0 | 1 | 0 | 0.0 | 2 | 0 | 0.0 | 1 | 0 | 0.0 | 1 | 0 | 0.0 | 0 | 0 | 0.0 |
| 2003 | 1 | 1 | 100.0 | 1 | 0 | 0.0 | 3 | 1 | 33.3 | 2 | 0 | 0.0 | 2 | 2 | 100.0 | 5 | 0 | 0.0 | 0 | 0 | 0.0 |
| 2004 | 1 | 0 | 0.0 | 1 | 0 | 0.0 | 3 | 1 | 33.3 | 0 | 0 | 0.0 | 1 | 0 | 0.0 | 1 | 1 | 100.0 | 0 | 0 | 0.0 |
| 2005 | 1 | 0 | 0.0 | 0 | 0 | 0.0 | 2 | 1 | 50.0 | 0 | 0 | 0.0 | 0 | 0 | 0.0 | 0 | 0 | 0.0 | 0 | 0 | 0.0 |
| 2002-5 | 4 | 1 | 25.0 | 2 | 0 | 0.0 | 9 | 3 | 33.3 | 4 | 0 | 0.0 | 4 | 2 | 50.0 | 7 | 1 | 14.3 | 0 | 0 | 0.0 |
| 2009 | 1 | 0 | 0.0 | 0 | 0 | 0.0 | 6 | 1 | 16.7 | 2 | 0 | 0.0 | 1 | 0 | 0.0 | 2 | 0 | 0.0 | 0 | 0 | 0.0 |
| 2010 | 0 | 0 | 0.0 | 1 | 0 | 0.0 | 1 | 0 | 0.0 | 1 | 0 | 0.0 | 0 | 0 | 0.0 | 2 | 1 | 50.0 | 0 | 0 | 0.0 |
| 2011 | 1 | 1 | 100.0 | 0 | 0 | 0.0 | 3 | 0 | 0.0 | 1 | 1 | 100.0 | 3 | 0 | 0.0 | 3 | 1 | 33.3 | 0 | 0 | 0.0 |
| 2012 | 1 | 0 | 0.0 | 1 | 0 | 0.0 | 0 | 0 | 0.0 | 1 | 0 | 0.0 | 1 | 1 | 100.0 | 1 | 0 | 0.0 | 0 | 0 | 0.0 |
| 2013 | 2 | 0 | 0.0 | 2 | 0 | 0.0 | 5 | 0 | 0.0 | 1 | 0 | 0.0 | 4 | 0 | 0.0 | 5 | 1 | 20.0 | 2 | 0 | 0.0 |
| 2014 | 1 | 0 | 0.0 | 0 | 0 | 0.0 | 7 | 2 | 28.6 | 1 | 1 | 100.0 | 0 | 0 | 0.0 | 11 | 3 | 27.3 | 0 | 0 | 0.0 |
| 2015 | 0 | 0 | 0.0 | 3 | 0 | 0.0 | 1 | 0 | 0.0 | 0 | 0 | 0.0 | 1 | 1 | 100.0 | 1 | 0 | 0.0 | 1 | 0 | 0.0 |
| 2017 | 1 | 0 | 0.0 | 0 | 0 | 0.0 | 2 | 0 | 0.0 | 1 | 0 | 0.0 | 0 | 0 | 0.0 | 3 | 1 | 33.3 | 1 | 0 | 0.0 |
| 2020 | 2 | 1 | 50.0 | 0 | 0 | 0.0 | 2 | 2 | 100.0 | 3 | 0 | 0.0 | 4 | 2 | 50.0 | 13 | 3 | 23.1 | 3 | 2 | 100.0 |
| 2021 | 1 | 0 | 0.0 | 0 | 0 | 0.0 | 2 | 0 | 0.0 | 1 | 0 | 0.0 | 10 | 5 | 50.0 | 0 | 0 | 0.0 | 1 | 1 | 100.0 |
| 2022 | 1 | 1 | 100.0 | 6 | 4 | 66.7 | 5 | 1 | 20.0 | 2 | 1 | 50.0 | 14 | 7 | 50.0 | 7 | 4 | 57.1 | 1 | 0 | 0.0 |
| 2023 | 0 | 0 | 0.0 | 0 | 0 | 0.0 | 1 | 0 | 0.0 | 2 | 0 | 0.0 | 2 | 0 | 0.0 | 5 | 2 | 40.0 | 2 | 1 | 50.0 |
| 2024 | 1 | 0 | 0.0 | 3 | 0 | 0.0 | 4 | 1 | 25.0 | 0 | 0 | 0.0 | 3 | 0 | 0.0 | 1 | 0 | 0.0 | 0 | 0 | 0.0 |
| 2025 | 0 | 0 | 0.0 | 3 | 2 | 66.7 | 1 | 1 | 100.0 | 0 | 0 | 0.0 | 0 | 0 | 0.0 | 5 | 2 | 40.0 | 0 | 0 | 0.0 |
| 2050 | 0 | 0 | 0.0 | 0 | 0 | 0.0 | 0 | 0 | 0.0 | 0 | 0 | 0.0 | 0 | 0 | 0.0 | 1 | 0 | 0.0 | 0 | 0 | 0.0 |
| 2051 | 0 | 0 | 0.0 | 1 | 1 | 100.0 | 0 | 0 | 0.0 | 2 | 1 | 50.0 | 3 | 1 | 33.3 | 2 | 0 | 0.0 | 0 | 0 | 0.0 |
| 2052 | 0 | 0 | 0.0 | 1 | 0 | 0.0 | 4 | 1 | 25.0 | 0 | 0 | 0.0 | 1 | 0 | 0.0 | 3 | 2 | 66.7 | 0 | 0 | 0.0 |
| 2053 | 0 | 0 | 0.0 | 1 | 0 | 0.0 | 0 | 0 | 0.0 | 1 | 0 | 0.0 | 1 | 1 | 33.3 | 3 | 0 | 0.0 | 0 | 0 | 0.0 |
| 2100 | 2 | 0 | 0.0 | 2 | 0 | 0.0 | 2 | 0 | 0.0 | 1 | 0 | 0.0 | 3 | 1 | 33.3 | 5 | 4 | 80.0 | 2 | 1 | 50.0 |

Appendix 5                                                    Page 1

Distribution of First Sr Staff Job
=====================================

Restricted to those who
moved from Entry Level Mgmt into SrStaff, and
had no prior job in 2000-2005

First Senior Staff Job

| Year Year | | Total | Job=2002 Mgr | Merch | Job=2003 Mgr | Admin | Job=2004 Mgr | FrEnd | Job=2005 Mgr | Rec'g |
|------|------|------|------|------|------|------|------|------|------|------|
| 1999 | Men | 125 | 31 | 24.8 | 19 | 15.2 | 40 | 32.0 | 35 | 28.0 |
| 1999 | Women | 40 | 6 | 15.0 | 14 | 35.0 | 15 | 37.5 | 5 | 12.5 |
| 2000 | Men | 250 | 76 | 30.4 | 20 | 8.0 | 90 | 36.0 | 64 | 25.6 |
| 2000 | Women | 74 | 9 | 12.2 | 29 | 39.2 | 27 | 36.5 | 9 | 12.2 |
| 2001 | Men | 230 | 65 | 28.3 | 26 | 11.3 | 72 | 31.3 | 67 | 29.1 |
| 2001 | Women | 89 | 10 | 11.2 | 21 | 23.6 | 45 | 50.6 | 13 | 14.6 |
| 2002 | Men | 162 | 52 | 32.1 | 18 | 11.1 | 61 | 37.7 | 31 | 19.1 |
| 2002 | Women | 70 | 7 | 10.0 | 16 | 22.9 | 34 | 48.6 | 13 | 18.6 |
| 2003 | Men | 140 | 42 | 30.0 | 14 | 10.0 | 50 | 35.7 | 34 | 24.3 |
| 2003 | Women | 59 | 10 | 16.9 | 13 | 22.0 | 27 | 45.8 | 9 | 15.3 |
| 2004 | Men | 174 | 52 | 29.9 | 17 | 9.8 | 64 | 36.8 | 41 | 23.6 |
| 2004 | Women | 58 | 13 | 22.4 | 14 | 24.1 | 24 | 41.4 | 7 | 12.1 |
| 2005 | Men | 53 | 10 | 18.9 | 7 | 13.2 | 26 | 49.1 | 10 | 18.9 |
| 2005 | Women | 29 | 5 | 17.2 | 2 | 6.9 | 18 | 62.1 | 4 | 13.8 |
| Total | Men | 1134 | 328 | 28.9 | 121 | 10.7 | 403 | 35.5 | 282 | 24.9 |
| Total | Women | 419 | 60 | 14.3 | 109 | 26.0 | 190 | 45.3 | 60 | 14.3 |

Appendix 6                                        Page 1

```
=================================
Prior Sr Staff Jobs Held
before promotion into AGM
=================================
Restricted to those who moved
from Entry Level Mgmt into SrStaff, and
had no prior job in 2000-2005, and
who subsequently moved into AGM

Restricted to those in Defts list
of  promotions into AGM

  Codes for Prior Sr Staff Jobs
  --------------------------------
  A = 2002 Merch    1=Yes  0=No
  B = 2003 Admin    1=Yes  0=No
  C = 2004 FrEnd    etc.
  D = 2005 Rec'g

  % is column percent
```

| Total | | Men | | Women | | Prior Jobs Held ABCD |
|---|---|---|---|---|---|---|
| 4 | 1.8% | 4 | 2.4% | 0 | 0.0% | 0001 |
| 6 | 2.7 | 4 | 2.4 | 2 | 3.8 | 0010 |
| 3 | 1.4 | 2 | 1.2 | 1 | 1.9 | 0011 |
| 9 | 4.1 | 8 | 4.7 | 1 | 1.9 | 0100 |
| 2 | 0.9 | 2 | 1.2 | 0 | 0.0 | 0101 |
| 7 | 3.2 | 5 | 2.9 | 2 | 3.8 | 0110 |
| 1 | 0.5 | 1 | 0.6 | 0 | 0.0 | 0111 |
| 43 | 19.4 | 34 | 20.0 | 9 | 17.3 | 1000 |
| 30 | 13.5 | 26 | 15.3 | 4 | 7.7 | 1001 |
| 32 | 14.4 | 25 | 14.7 | 7 | 13.5 | 1010 |
| 21 | 9.5 | 15 | 8.8 | 6 | 11.5 | 1011 |
| 17 | 7.7 | 13 | 7.6 | 4 | 7.7 | 1100 |
| 13 | 5.9 | 10 | 5.9 | 3 | 5.8 | 1101 |
| 16 | 7.2 | 8 | 4.7 | 8 | 15.4 | 1110 |
| 18 | 8.1 | 13 | 7.6 | 5 | 9.6 | 1111 |
| | | | | | | |
| 62 | 27.9 | 50 | 29.4 | 12 | 23.1 | Held 1 jobs |
| 91 | 41.0 | 73 | 42.9 | 18 | 34.6 | Held 2 jobs |
| 51 | 23.0 | 34 | 20.0 | 17 | 32.7 | Held 3 jobs |
| 18 | 8.1 | 13 | 7.6 | 5 | 9.6 | Held 4 jobs |
| | | | | | | |
| 222 | | 170 | | 52 | | Total |

Appendix 7

Page 1

## Sr. Staff Jobs Held Prior to Promotion into AGM

Restricted to those who moved from Entry Level Mgmt into Sr:Staff
during 1999-2005 and had no prior job in 2000-2005, and
subsequently moved into AGM

Restricted to those in Defts list promotions into AGM

Entry Level Mgmt = Jobs 2006-2100
Sr Staff        = Jobs 2002-2005

2002 = Merch        2004 = Front End
2003 = Admin        2005 = Receiving

%Men = % of All Men   Promoted who held that job
%Wom = % of All Women Promoted who held that job

Note: If person held multiple jobs prior to promotion,
      then person is counted in each job held.
      Data Prior to December 1998 not available.

### Sr Staff Jobs Held Prior to Promotion into AGM

| Year of Prom | Total Men | Wom | Held Job=2002 Men | Wom | %Men | %Wom | Held Job=2003 Men | Wom | %Men | %Wom | Held Job=2004 Men | Wom | %Men | %Wom | Held Job=2005 Men | Wom | %Men | %Wom |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2000 | 11 | 1 | 8 | 1 | 72.7 | 100.0 | 2 | 0 | 18.2 | 0.0 | 3 | 0 | 27.3 | 0.0 | 1 | 0 | 9.1 | 0.0 |
| 2001 | 32 | 4 | 26 | 1 | 81.2 | 100.0 | 5 | 1 | 15.6 | 25.0 | 10 | 1 | 31.2 | 25.0 | 11 | 0 | 34.4 | 0.0 |
| 2002 | 30 | 6 | 25 | 5 | 83.3 | 83.3 | 9 | 2 | 30.0 | 33.3 | 12 | 1 | 40.0 | 16.7 | 10 | 1 | 33.3 | 16.7 |
| 2003 | 37 | 7 | 30 | 7 | 81.1 | 100.0 | 18 | 5 | 48.6 | 71.4 | 19 | 4 | 51.4 | 57.1 | 21 | 2 | 56.8 | 28.6 |
| 2004 | 47 | 22 | 43 | 19 | 91.5 | 86.4 | 22 | 8 | 46.8 | 36.4 | 23 | 15 | 48.9 | 68.2 | 26 | 10 | 55.3 | 45.5 |
| 2005 | 13 | 12 | 12 | 10 | 92.3 | 83.3 | 4 | 7 | 30.8 | 58.3 | 6 | 10 | 46.2 | 83.3 | 4 | 6 | 30.8 | 50.0 |
| 2010 | 170 | 52 | 144 | 46 | 84.7 | 88.5 | 60 | 23 | 35.3 | 44.2 | 73 | 31 | 42.9 | 59.6 | 73 | 19 | 42.9 | 36.5 |

Appendix 8                                                    Page 1

Rotation among Senior Staff Jobs        Lateral Moves
====================================
Table gives counts of moves with change in job
between jobs 2002-2005
2002 = Merch          2004 = Front End
2003 = Admin          2005 = Receiving

Year Total means total for years 1999-2005
Year 2002+ means total for years 2002-2005

```
                             Into Job
        From  -----------------------------------
Year    Job   Any   2002   2003   2004   2005
-----   ----- ----- ------ ------ ------ ------
Total   Any   3022   896    671    720    735
Total   2002   737     0    207    260    270
Total   2003   613   205      0    211    197
Total   2004   874   343    263      0    268
Total   2005   798   348    201    249      0

2002+   Any   1891   544    417    458    472
2002+   2002   487     0    134    174    179
2002+   2003   372   120      0    132    120
2002+   2004   544   215    156      0    173
2002+   2005   488   209    127    152      0
```

-------------------------------------------------------------------

Rotation among Senior Staff Jobs      by Gender     Lateral Moves
====================================
Table gives counts of moves with change in job
between jobs 2002-2005
2002 = Merch          2004 = Front End
2003 = Admin          2005 = Receiving

Year=Total means year 1999-2005
Year=2002+ means year 2002-2005

```
                                Into Job
              From  --------------------------------------------------------
Year    Sex   Job   Any     2002       2003       2004       2005
-----   ----- ----- ------  ---------  ---------  ---------  ---------
Total   Men   Any   2273   725  31.9   470  20.7  543  23.9  535  23.5
Total   Women Any    749   171  22.8   201  26.8  177  23.6  200  26.7
Total   Men   2002   617     0   0.0   176  28.5  223  36.1  218  35.3
Total   Women 2002   120     0   0.0    31  25.8   37  30.8   52  43.3
Total   Men   2003   397   144  36.3     0   0.0  127  32.0  126  31.7
Total   Women 2003   216    61  28.2     0   0.0   84  38.9   71  32.9
Total   Men   2004   636   286  45.0   159  25.0    0   0.0  191  30.0
Total   Women 2004   238    57  23.9   104  43.7    0   0.0   77  32.4
Total   Men   2005   623   295  47.4   135  21.7  193  31.0    0   0.0
Total   Women 2005   175    53  30.3    66  37.7   56  32.0    0   0.0

2002+   Men   Any   1416   432  30.5   301  21.3  343  24.2  340  24.0
2002+   Women Any    475   112  23.6   116  24.4  115  24.2  132  27.8
2002+   Men   2002   410     0   0.0   115  28.0  150  36.6  145  35.4
2002+   Women 2002    77     0   0.0    19  24.7   24  31.2   34  44.2
2002+   Men   2003   238    83  34.9     0   0.0   78  32.8   77  32.4
2002+   Women 2003   134    37  27.6     0   0.0   54  40.3   43  32.1
2002+   Men   2004   387   173  44.7    96  24.8    0   0.0  118  30.5
2002+   Women 2004   157    42  26.8    60  38.2    0   0.0   55  35.0
2002+   Men   2005   381   176  46.2    90  23.6  115  30.2    0   0.0
2002+   Women 2005   107    33  30.8    37  34.6   37  34.6    0   0.0
```

Appendix 9                                                      Page 1

```
           Frequency of Last Job Held

     Prior to Promotion into Assistant General Manager
     ===================================================

                    Job Held
       frequency    Prior to Promotion
       ---------    ---------------------------------
             278    2002  Manager - Merchandise
             133    2003  Manager - Administration
              70    2004  Manager - Front End
              52    2005  Manager - Receiving

              62    Others

             595    Total
```