## Performance Appraisal

| | | | |
|---|---|---|---|
| Name: | Leah Horstman | Hire Date: | 5/14/1981 |
| Title: | Receiving Manager | Period Covered by Appraisal: | 12 Months |
| Employee Number: | | Scheduled Appraisal Date: | |
| Location #/Department: | Loc. 403 | Actual Appraisal Date: | |

### I. CURRENT JOB DESCRIPTION

Briefly describe the employee's main responsibilities.

Leah is responsible for all funcions within the Receiving department and RTV. This would include, Safety, Procedures, Organization, and Coordinating flow of merchandise between Merchandising, and Receiving.

### II. ACCOMPLISHMENTS/STRENGTHS

List the employee's greatest accomplishments and/or strengths.

*Employee comments:*

I had the ability to teach 7 new merchants in the 3 years I spent on the floor. Helping these individuals learn and grow into self-sufficient merchants is one of my proudest accomplishments.

*Manager comments:*

Leah is very well rounded and has a good knowledge of warehouse operations. Leah was moved to receiving as Manager in September 2001 and learned the department quickly. Leah is well respected and liked by her employees. Recently Leah developed a program to track and resolve D&D Issues. Now the warehouse can focus on high dollar D&D items and figure out ways to resolve issues.

### III. RESULTS VS. THIS PAST YEAR'S GOALS - (Goals should be "SMART"-Specific, Measurable, Achievable, Results Oriented, and Time Limited)

| GOAL ("SMART") | MEASURABLE RESULTS | |
|---|---|---|
| Merchandising goal: Hold drivers and stockers accountable | Employee Comments: | |
| | Manager Comments: Consistent and persistant follow up on reviews, consultations | GOAL ACCOMPLISHED |
| Merchandising goal: Better sense of urgency in Merchants | Employee Comments: | |
| | Manager Comments: Instill a "today" attitude | GOAL ACCOMPLISHED |
| Merchandising goal: Raise the "Neat, Clean, and Straight" standard in all areas | Employee Comments: | |
| | Manager Comments: Keep up to date to do lists for all area managers | GOAL ACCOMPLISHED |
| Merchandising goal: Effective personal work schedules | Employee Comments: | |
| | Manager Comments: Short, long term goals, teaching. | GOAL ACCOMPLISHED |
| Merchandising goal: Drive sales, identify and act on areas of opportunity | Employee Comments: | |
| | Manager Comments: Category studies, low performing items, key in on top items. | GOAL ACCOMPLISHED |
| Develop better overall perspective of warehouse operations. | Employee Comments: | |
| | Manager Comments: Learning front end would help facilitate this. | GOAL ACCOMPLISHED |


EXHIBIT 2021 Horstman

CRE 0000703
CONFIDENTIAL

IV. SKILLS/ATTRIBUTES THAT ARE IMPORTANT FOR SUCCESS AT COSTCO

| | N<br>Not Applicable | 1<br>Does not meet expectations | 2<br>Does not consistently meet expectations | 3<br>Meets expectations | 4<br>Exceeds expectations | 5<br>Has achieved excellence |
|---|---|---|---|---|---|---|

### INTEGRITY

| EMP | MGR | | EMP | MGR | |
|---|---|---|---|---|---|
| 3 | 3 | Demonstrates Costco's values & ethics | 3 | 3 | Respects Co. property and information |
| 4 | 3 | Honors commitments and promises | | | |

Manager Comments:

### MEMBER SERVICE

| EMP | MGR | | EMP | MGR | |
|---|---|---|---|---|---|
| 4 | 4 | Makes eye contact & interacts well with members | 3 | 3 | Ensures that warehouse is "showtime-ready" |
| 3 | 3 | Is respectful of member's time | 4 | 4 | Goes the "extra mile" for members |
| 4 | 4 | Overall results compared to "Member Service Standards" | | | |

Manager Comments:

### PERSONAL LEADERSHIP (All Employees)

| EMP | MGR | | EMP | MGR | |
|---|---|---|---|---|---|
| 3 | 2 | Sets a positive example for others | 4 | 3 | Decisiveness |
| 4 | 2 | Works to develop self and others | 3 | 3 | Exhibits' professionalism |

Manager Comments:

### INTERPERSONAL SKILLS & COMMUNICATION

| EMP | MGR | | EMP | MGR | |
|---|---|---|---|---|---|
| 3 | 3 | Works & interacts well with others | 4 | 3 | Expresses ideas well: written and verbally |
| 3 | 3 | Listening skills | 3 | 3 | Follows direction and coaching |
| 4 | 3 | Responsiveness to others | 2 | 2 | Accepts constructive criticism |

Manager Comments:

### INITIATIVE/WORK ETHIC

| EMP | MGR | | EMP | MGR | |
|---|---|---|---|---|---|
| 3 | 3 | Quantity of work | 4 | 3 | Dedication to producing quality results |
| 4 | 4 | Attendance/Timeliness | 4 | 3 | Ability to prioritize to meet deadlines |
| 4 | 3 | Sense of urgency | 4 | 3 | Follows-though |
| 3 | 2 | Demonstrates a positive attitude | 3 | 2 | Adaptability to change |
| 4 | 3 | Ability to work independently | 3 | 3 | Proactive vs. Reactive |

Manager Comments:

### DECISION-MAKING

| EMP | MGR | | EMP | MGR | |
|---|---|---|---|---|---|
| 4 | 3 | Demonstrates good judgment | 3 | 3 | Seeks input and/or advice when appropriate |
| 4 | 3 | Decisions reflect Costco's Mission | 3 | 3 | Use of broad business knowledge |
| 4 | 3 | Uses creativity to find better solutions | 3 | 2 | Sees the "big picture" |

Manager Comments:
Should try to get more involved in ancillary businesses.

### FUNCTIONAL SKILLS OR FOCUS AREAS (Job Specific-Manager's Option to assign these in advance)

| EMP | MGR |
|---|---|
| 3 | |

Manager Comments:

### LEADING OTHERS (Completed Only if Employee has Supervisory responsibility for Others)

| EMP | MGR | | EMP | MGR | |
|---|---|---|---|---|---|
| 3 | 3 | Progress toward creating a more diverse organization | 4 | 3 | Maintains a positive & safe environment |
| 4 | 2 | Motivates others to do their best | 3 | 3 | Provides timely, candid & constructive feedback |
| 3 | 3 | Responsiveness to their staff | 3 | 2 | Sets stretching/achievable goals for others |
| 3 | 3 | Creates a vision for the organization | 4 | 2 | Coaches, teaches, and mentors |
| 4 | 2 | Produces/prepares a pool of qualified promotion prospects. | 4 | 3 | Resolves conflict in a timely manner |

Manager Comments:
Leah could do a better job setting individual goals for her employees, help them achieve these goals, and hold them accountable with proper follow up.

Manager Comments:

CRE 0000704
CONFIDENTIAL

## V. SKILL DEVELOPMENT OPPORTUNITIES

In what performance single area could the employee improve during the next year, to have the most positive impact on their performance?

*Employee examples:*
Regaining a more positive attitude in the upcoming year should be an easy goal to achieve under a positive management staff.

*Manager comments:*
Leah should remember that her employees feed directly off how she is perceived. Leah should show a more positive disposition even when things are not going well.
Leah needs to provide "vision" and motivation for employees.

**Plans for improvement**
*Employee examples:*
We are what we live and how we are treated. As stated above, I have every intention of staying positive, regrouping and taking advantage of the opportunity that has been given me.
*Manager comments:*

## VI. CAREER COMMENTS

Employee career goals. What are your short and long-term career goals?
*Employee comments:*
Short term I would like to continue to balance my family and career until such time that I am available to pursue my long term goal of Asst. Manager / Whse Manager.

What areas of experience or skill development/training would contribute most to the employee's career development?
*Employee comments:*
I would like to learn the budget / planning end of the business. I began to learn this end of the business several years ago at S.E. San Diego. It helps to understand the "whole picture". Having been an Asst. F/E Manager, it wouldn't hurt to brush-up on the more current procedures.
*Manager comments:*

Learning the Front End part of operations (Front End manager).

## VII. NEXT YEAR'S PERFORMANCE GOALS (Suggested in advance by the employee. Completed by Mgr. At review).

3 to 5 Goals - (Goals should be SMART - Specific, Measurable, Achievable, Results Oriented, Time Limited)

| |
|---|
| Learn Front End operations |
| Be more of an inspiration to employees (set goals, vision, inspire, hold accountable) |
| Combine Leah's knowledge of Merchandising and operations and apply them to the "big picture" (ancillaries, front end, facility) |
| |

This appraisal was discussed with me.   Employee Signature: _____ Date 2/19/02

Employee Name Printed: Leah Horstman

*Employee Comments:*

I discussed this appraisal with employee.   Appraiser's Signature: _____ Date 2/19/02

Appraiser's Name Printed: Kevin Hoffman

I reviewed and agree with this appraisal.   Warehouse Mgr's Signature: _____ Date 2/21/02

—(or Appraiser's if not a Warehouse Employee)

ATTACH ADDITIONAL PAGES IF NECESSARY

SEND SIGNED ORIGINALS TO PAYROLL (or HR, if not a Warehouse Employee)
COPIES TO WAREHOUSE MGR, APPRAISER, AND EMPLOYEE

CRE 0000705
CONFIDENTIAL