

## Performance Appraisal

Name: Leah Horstman
Title: Receiving Manager
Employee #: 260902
Location #/Department: #469 / Receiving

Hire Date: 5-14-81
Period Covered By Appraisal: 2003
Scheduled Appraisal Date: 2/1/04
Actual Appraisal Discussion Date: 2/20/04

### I. CURRENT JOB DESCRIPTION

Briefly describe the employee's main responsibilities. To ensure an accurate and efficient Receiving Department. Manage employees in Receiving, RTV and Facility / Maintenance. Oversee facility issues and ensure that vendors and services are contacted and follow-up that work is completed. Oversee the safety of all three Departments as-well-as forklift maintenance and safety. Work on shrink and D&D reduction. Apply and execute all Costco policies and procedures and ensure that employees within these departments are doing the same.

### II. ACCOMPLISHMENTS/STRENGTHS

List the employee's greatest accomplishments and/or strengths.

Employee comments: The prior year has brought new challenges for Receiving. Rapid receiving programs are now in place and new detention laws have affected how we do business. I feel that I have efficiently impleted new scheduling programs to ensure that we are in compliance with the new laws and programs. All reviews and safety documentation in my departments are 100% complete. I continue to complete a D&D tracking report and have worked closely with our lead in the reduction of the warehouse D&D dollars. We achieved our D&D goal last year and are well on our way to achieving our goal for FY04. I feel that my biggest strengths are the ability to proact, organization, accuracy and teaching.

Manager comments: Leah has continued to focus in improving D&D over LY .89% to TY .66%, a savings of $30,000 over LY. Receiving Payroll has also continued to improved over LY. Leah made a smooth transition to the Rapid receiving process with minimal receiving issues. Leah always demostrates loyalty and commitment to her position and the company. Leah has strong understanding of company philosophy and has vast experience in Admistration, Merchandising and Receiving.

### III. RESULTS VS. THIS PAST YEAR'S GOALS — (Goals should be "SMART"- Specific, Measurable, Achievable, Results Oriented, and Time Limited)

Revised 11/13/01

EXHIBIT 2023 Horstman

CRE 0000709
CONFIDENTIA

| GOAL ("SMART") | MEASURABLE RESULTS |
|---|---|
| Focus on reducing Shrink results from .16% to below .13% by insuring all receivings and shipping is accurate and any issues are followed up by Auditors. | *Employee comments:* Our Shrink results remain at a .16%. I will continue to do whatever it takes to ensure that Receiving closes that door on any potential errors that would attribute to this figure. In addition to working closely with the auditors, I have follow-up with vendors and buyers and done my own research and corrections on inventory issues. This is an area that I enjoy and will continue to learn in the upcoming year.<br>*Manager comments:* The year-end Shrink % was .145% and the Receiving errors were minimal. Leah's focus should be on any potential RTV issues. This last Inventory results were over .27%. |
| Reducing or maintaining D&D results to .75% or under by focusing on the problem departments and communicating issues to other managers. Setting goals and processes to reduce D&D. | *Employee comments:* This goal was achieved in FY03. We are well on our way to achieving our goal for FY04. I have focused on spending more time in RTV and become more involved in salvage and other areas that effect this figure. By doing so, I plan on further improving our D&D numbers.<br>*Manager comments:* This goal was achieved, well done. |
| Setting facility and equipment maintenance schedules and record keeping to reduce expense and improve performance. Review and track cost to maintain Forklifts and Refrigeration equipment. Provide Period and Yearly reports to compare expenses in this area. | *Employee comments:* I do not feel that I completely accomplished this goal and will continue to work on this one in FY04. I feel that my follow-up on issues is very good, but I need to improve in the area of proacting to facility issues. This will continue to be a goal for the upcoming year.<br>*Manager comments:* The overall maintenance and repair cost was down for the year due to changes to our vendors, but Leah still needs to implement these cost controls for this year. |
| | *Employee comments:*<br><br>*Manager comments:* |
| | *Employee comments:*<br><br>*Manager comments:* |

CRE 0000710
CONFIDENTIA

## IV. SKILLS/ATTRIBUTES THAT ARE IMPORTANT FOR SUCCESS AT COSTCO

| N | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| NOT APPLICABLE | DOES NOT MEET EXPECTATIONS | DOES NOT CONSISTENTLY MEET EXPECTATIONS | MEETS EXPECTATIONS | EXCEEDS EXPECTATIONS | HAS ACHIEVED EXCELLENCE |

### INTEGRITY

| EMP | MGR | |
|---|---|---|
| 3 | 3 | - Demonstrates Costco's values & ethics |
| 4 | 3 | - Honors commitments and promises |

| EMP | MGR | |
|---|---|---|
| 4 | 4 | - Respects Co. property and information |

*Manager comments:* Leah is a trusted manager and protects company assets at all times. Leah should insure her employees complete projects in a timely basis.

### MEMBER SERVICE

| EMP | MGR | |
|---|---|---|
| 4 | 4 | - Makes eye contact & interacts well with Members |
| 3 | 3 | - Is respectful of member's time |
| 3 | 3 | - Overall results compared to "Member Service Standards" |

| EMP | MGR | |
|---|---|---|
| 2 | 2 | - Ensures that warehouse is "showtime-ready" |
| 4 | 4 | - Goes the "extra mile" for Members |

*Manager comments:* Leah goes out of her way to take care of our members. She can improve on insuring the warehouse is cleaner and ready for business daily. Leah can improve by holding her staff more accountable.

### PERSONAL LEADERSHIP (All Employees)

| EMP | MGR | |
|---|---|---|
| 4 | 4 | - Sets a positive example for others |
| 3 | 3 | - Works to develop self and others |

| EMP | MGR | |
|---|---|---|
| 4 | 3 | - Decisiveness |
| 3 | 3 | - Exhibits professionalism |

*Manager comments:* Leah always set a good example and is not afraid to work side by side with employees. Her employees trust her and follow her leadership. Leah can be firmer in setting directions.

### INTERPERSONAL SKILLS & COMMUNICATION

| EMP | MGR | |
|---|---|---|
| 3 | 3 | - Works & interacts well with others |
| 3 | 3 | - Listening skills |
| 3 | 3 | - Responsiveness to others |

| EMP | MGR | |
|---|---|---|
| 4 | 3 | - Expresses ideas well: written and verbally |
| 4 | 3 | - Follows direction and coaching |
| 3 | 2 | - Accepts constructive criticism |

*Manager comments:* Leah communicates well both verbally and written. She should continue to work on taking coaching and criticism more in stride to benefit from them. This type of communication may come in various formats, take the good and don't worry about the presentation. Communicating more with the Assistant Managers with help Leah with day to day challenges.

### INITIATIVE/WORK ETHIC

| EMP | MGR | |
|---|---|---|
| 4 | 4 | - Quantity of work |
| 3 | 3 | - Attendance/Timeliness |
| 4 | 3 | - Sense of urgency |
| 3 | 3 | - Demonstrates a positive attitude |
| 4 | 4 | - Ability to work independently |

| EMP | MGR | |
|---|---|---|
| 4 | 3 | - Dedication to producing quality results |
| 4 | 3 | - Ability to prioritizes to meet deadlines |
| 4 | 3 | - Follows-through |
| 3 | 3 | - Adaptability to change |
| 3 | 3 | - Proactive vs. Reactive |

*Manager comments:* Leah is a very hard worker and is always willing to change her schedule if needed. She works on Sundays or at 4am if needed. Leah can improve by better prioritizing and follow-thru of projects. RTV is a major challenge.

### DECISION-MAKING

| EMP | MGR | |
|---|---|---|
| 4 | 3 | - Demonstrates good judgement |
| 4 | 4 | - Decisions reflect Costco's Mission |
| 3 | 3 | - Uses creativity to find better solutions |

| EMP | MGR | |
|---|---|---|
| 4 | 3 | - Seeks input and/or advice when appropriate |
| 4 | 3 | - Use of broad business knowledge |
| 4 | 3 | - Sees the "big picture" |

*Manager comments:* Leah should utilize her communication with the Assistant Managers to improve both her decision making and the direction to take on issues.

### FUNCTIONAL SKILLS OR FOCUS AREAS (Job Specific – Manager's Option to assign these in advance)

| EMP | MGR | |
|---|---|---|
|  |  | - |

| EMP | MGR | |
|---|---|---|
|  |  | - |

*Manager comments:*

### LEADING OTHERS (Completed Only if Employee has Supervisory Responsibility for Others)

| EMP | MGR | |
|---|---|---|
| 3 | 3 | - Progress toward creating a more diverse organization |
| 3 | 3 | - Motivates others to do their best |
| 4 | 4 | - Responsiveness to their staff |
| 3 | 3 | - Creates a vision for the organization |
| 4 | 4 | - Produces/prepares a pool of qualified promotion prospects |

| EMP | MGR | |
|---|---|---|
| 3 | 3 | - Maintains a positive & safe environment |
| 3 | 3 | - Provides timely, candid & constructive feedback |
| 3 | 3 | - Sets stretching/achievable goals for others |
| 4 | 3 | - Coaches, teaches, and mentors |
| 3 | 3 | - Resolves conflict in a timely manner |

*Manager comments:* Leah will always go to bat for her employees and take good care of them. She should use this strength to help her in coaching and holding accountable when needed. Holding people accountable has been a challenge for Leah.

Revised 11/13/01

CRE 0000711
CONFIDENTIA

## V. SKILL DEVELOPMENT OPPORTUNITIES

**In what single area could the employee improve during the next year, to have the most positive impact on their performance?**

*Employee's examples:* I would like to improve on the facility expectations for this upcoming year. Creating organized schedules and project lists for the department, as well as setting specific expectations for Ken will help to better organize the department. In doing so, the expectations will be raised to a higher level. I also feel that there are expenses to be saved in this area.

*Manager comments:* Agree, the facility will need more of your attention to bring back to as new condition. This will also require you to utilize your coaching skills and then to hold people accountable.

**Plans for improvement**

*Employee's examples:* Meeting with Ken and setting down the expectations that I have. Splinter meetings with the maintenance crew to ensure that they all understand the expectations. Finally, follow-through on a daily basis to ensure the goals are being met. Research on the vendors and projects to ensure that we are under the right programs for our warehouse and that we are receiving the best price on a consistant basis.

*Manager comments:* Good plan, along with accountability. Leah should continue to improve on communication with Senior Management to assist her in accomplishing her goals.

## VI. CAREER COMMENTS

**Employee career goals. What are your short and long-term career goals?**

*Employee comments:* My short term goals are to remain in departments that allow me to balance both work and the raising of my two daughters for the next 3 years. After that, I would like to continue growing in the Company.

**What areas of experience or skill development/training would contribute most to the employee's career development?**

*Employee comments:*

*Manager comments:* Leah should continue to develop as a senior manager and work within her short term goals in other departments to help her career grow.

## VII. NEXT YEAR'S PERFORMANCE GOALS (Suggested in advance by the employee. Completed by Mgr. at review).

**3 to 5 Goals – (Goals should be SMART - Specific, Measurable, Achievable, Results Oriented, Time Limited)**

Reduce Maintenance and Repair expense over LY by having good record keeping/Logs of service vendors.

Maintain D&D below .70% of sales.

Improve shrink to under .14%.

---

This appraisal was discussed with me.

Employee Signature: _____ Date: _____
Employee Name Printed: Leah Horstman

Employee comments:

I discussed this appraisal with employee.

Appraiser's Signature: _____ Date: _____
Appraiser's Name Printed: Fidel Cardoso

I reviewed and agree with this appraisal.

Warehouse Mgr.'s Signature: _____ Date: _____
(or Appraiser's Manager if not a Warehouse Employee)

**ATTACH ADDITIONAL PAGES IF NECESSARY**

SEND SIGNED ORIGINALS TO PAYROLL (or HR, if not a Warehouse Employee);
COPIES TO WAREHOUSE MGR, APPRAISER & EMPLOYEE

Revised 11/13/01

CRE 0000712
CONFIDENTIA