1                UNITED STATES DISTRICT COURT

2              NORTHERN DISTRICT OF CALIFORNIA

3                 (SAN FRANCISCO DIVISION)

4                       ---oOo---

5

6    SHIRLEY "RAE" ELLIS and LEAH        )

7    HORSTMAN, on behalf of themselves )

8    and all others similarly situated,)

9         Plaintiffs,                    )

10        vs.                            ) No. C04 3341 MHP

11   COSTCO WHOLESALE CORPORATION,       )

12        Defendant.                     )

13   _____    )

14

15

16        VIDEOTAPED DEPOSITION OF ELAINE MARY SASAKI

17              FRIDAY, APRIL 1, 2005

18

19

20

21

22

23

24

25   PAGES 1-63

**Eastwood-Stein**
DEPOSITION MANAGEMENT

475 Sansome Street, Suite 540
San Francisco, CA 94111
Phone: 800-219-5300
Fax: 415-362-0907
sfdepos@eastwood-stein.com

1    the general manager couldn't attend a meeting in

2    Livermore, right?

3         A.   That's correct.

4         Q.   How often would the general manager in

5    Visalia go to Livermore?  Was it once every period?    01:53:44PM

6         A.   That's correct.

7         Q.   And it would be 13 periods a year?

8         A.   Correct.

9         Q.   If you go to the next page on your charge,

10   please, there is a reference here to a "promotable    01:53:59PM

11   list."

12             Can you tell me, who have you spoken to

13   about the promotable list?

14        A.   Jeff Abadir, John Booth, Dennis Hoover,

15   Mario Omoss, Guy Berry.  That's all I can think of    01:54:27PM

16   right now.  Oh, Judy Vadney.  I'm sorry.

17        Q.   There is a reference here to "Carson City,

18   11/00."

19             Is that an opening that you were interested

20   in?                                                   01:54:54PM

21        A.   I was interested in any promotion.

22        Q.   Do you know who got the position at Carson

23   City in November of 2000?

24        A.   No.

25        Q.   There is a reference to "Tracy, September    01:55:15PM

39

1   '02."

2          That is another reference to a warehouse

3   manager position that was filled by someone other

4   than you, right?

5      A.   Yes.                                      01:55:25PM

6      Q.   And who filled that position?

7      A.   I don't recall.

8      Q.   How did you go about creating this list of

9   the various warehouse manager positions?

10     A.   I looked at the opening dates of buildings   01:55:38PM

11  and I looked at since 2000.

12     Q.   Did you look at a Web site or a list?  Is

13  there something -- some document you consulted?

14         MR. SEKHON:  What does this have to do with

15  venue, the existence of a Web site?  You're not going  01:55:59PM

16  to call a Web site as a witness, I don't think.

17         MR. KADUE:  No.  There's a lot of things

18  that I am not going to call as a witness, but there

19  are also a lot of things that lead to the identity of

20  witnesses.                                          01:56:17PM

21     Q.   Do you have any recollection as to how you

22  came up with this list of warehouse openings?

23     A.   We have a sales form that we look at daily,

24  all managers look at daily.  It is called the flash

25  sales.  On that flash it lists the building and the   01:56:41PM

                                                        40

1    date the building opened.

2         Q.  Obviously, whenever a building opens, it

3    needs a warehouse manager?

4         A.  (Witness nods head.)

5         Q.  But there would also be openings in          01:56:57PM

6    warehouse manager positions after a building opens.

7              Looking at the list you have here, is there

8    any particular warehouse manager who has been

9    selected who comes to mind on this list?  In other

10   words, you have listed Carson City, Tracy, North      01:57:32PM

11   Fresno, et cetera.

12        A.  I was especially interested in the North

13   Fresno building.

14        Q.  Okay.  Who got that position, the North

15   Fresno?                                               01:57:44PM

16        A.  Jim Harris.

17        Q.  Has anybody at Costco told you that you

18   were more qualified than Jim Harris was for that

19   position?

20        A.  No.                                          01:58:00PM

21        Q.  Has anyone at Costco told you that you were

22   more qualified than any particular warehouse manager

23   who has been selected?

24              MR. SEKHON:  Are you referring to the

25   particular warehouses in this list or to a set of    01:58:10PM

41

1       A.   Yes.

2       Q.   The next sentence in your charge here:

3            "Although I understand that with the

4            exception of two, all of these buildings

5            were assigned to current seasoned warehouse   02:00:33PM

6            managers."

7            Do you see that language?

8       A.   Yes.

9       Q.   Who are the -- what are the two exceptions

10   that you are referring to?                              02:00:49PM

11      A.   Kathy Haas and Jim Harris.

12      Q.   And we know Jim Harris went to North

13   Fresno.

14           Can you tell me where Kathy Haas went?

15      A.   I believe she opened Vacaville.             02:01:04PM

16      Q.   And Jim Harris was -- you are implying that

17   he was not seasoned.

18           Can you just give me one sentence --

19      A.   He was an assistant like I was an

20   assistant.                                          02:01:18PM

21      Q.   By "seasoned," you mean someone who was a

22   warehouse manager somewhere else already?

23      A.   Correct.

24      Q.   Now, in other words, your list of Carson

25   City, Tracy, et cetera, those were all warehouses   02:01:36PM

44

1    that were opening, right?

2        A.   Yes.

3        Q.   Do you know in advance of when a new

4    warehouse is being opened?

5            MR. LEE:  Does she know?                    02:01:54PM

6            MR. KADUE:

7        Q.   Generally, as an employee of Costco, are

8    you aware of impending warehouse openings?

9        A.   Yes.

10       Q.   How do you become aware of that?          02:02:10PM

11       A.   Through either e-mail or an announcement

12   that goes to the buildings.

13       Q.   The last phrase in this paragraph:

14           "I was not considered for these positions."

15           Did anyone at Costco tell you that you were  02:02:31PM

16   not considered?

17       A.   No.

18       Q.   You mentioned related to the charge you

19   wrote a letter to Judy Vadney regarding promotion.

20           Are you sure it was a letter as opposed to   02:03:11PM

21   a phone call?

22           MR. LEE:  What are you referring to?

23           MR. KADUE:   I am referring to somewhere in

24   the middle of the second paragraph on the last page

25   of the charge, the second-to-the-last page of the    02:03:27PM

45

1   Mr. Carlisle?

2        A.  Yes.

3        Q.  And then on the third page which part would

4   be your comments as opposed to Mr. Carlisle's?

5        A.  Under "Next year's goals (Suggested in        02:29:58PM

6   advance by the employee," those would be my goals.

7   Under "Employee comments" on section VI would be

8   mine.  "Employee comments" under section V would be

9   mine.

10            MR. KADUE:  Exhibit 1042 is a three-page    02:30:26PM

11  document exhibit Bates stamped 10099 through CRE

12  10101.

13            (Exhibit 1042 marked for identification.)

14            (Witness reviews document.)

15            MR. KADUE:                                  02:30:56PM

16       Q.  This is your most recent review by

17  Mr. Carlisle, right?

18       A.  Yes.

19       Q.  The same format as the other document we

20  just looked at?                                       02:31:02PM

21       A.  Yes.

22       Q.  Did anyone tell you why Mr. Booth's

23  initials were not on this document?

24       A.  No.

25       Q.  The people reporting to you who shared your  02:31:56PM

56

```
 1    STATE OF CALIFORNIA     )
                              )   ss.
 2    COUNTY OF SAN FRANCISCO)

 3

 4         I hereby certify that the witness in the

 5    foregoing deposition, ELAINE MARY SASAKI, was by me

 6    duly sworn to testify to the truth, the whole truth

 7    and nothing but the truth, in the within-entitled

 8    cause; that said deposition was taken at the time and

 9    place herein named; that the deposition is a true

10    record of the witness's testimony as reported by me,

11    a duly Certified Shorthand Reporter and a

12    disinterested person, and was thereafter transcribed

13    into typewriting by computer.

14         I further certify that I am not interested in

15    the outcome of the said action, nor connected with,

16    nor related to, any of the parties in said action,

17    nor to their respective counsel.

18         IN WITNESS WHEREOF, I have hereunto set my hand

19    and affixed my signature this 7th day of April, 2005.

20

21

22

23    _____

24         DEBORAH LEE LUBIN, CSR No. 3234, RPR

25
```

63

1               UNITED STATES DISTRICT COURT

2              NORTHERN DISTRICT OF CALIFORNIA

3                SAN FRANCISCO DIVISION

4

5       -------------------------------------

6    SHIRLEY "RAE" ELLIS and LEAH           )

7    HORSTMAN, on behalf of themselves  )

8    and all others similarly situated, )     ORIGINAL

9                   Plaintiffs,          )

10        vs.                            ) No. C04 3341

11   COSTCO WHOLESALE CORPORATION,       )      MHP

12                  Defendant.           ) VOLUME II

13      -------------------------------------

14

15

16       Videotaped deposition of ELAINE M. SASAKI,

17       taken at 275 Battery Street, 30th Floor,

18       San Francisco, California, commencing at

19       10:10 a.m., Friday, March 17, 2006, before

20       Cynthia Manning, CSR No. 7645.

21

22

23

24

25   PAGES 64 - 295

                                                        64

```
 1   conversations you've had with Mr. Hoover?          10:37:20

 2        A.  No.

 3        Q.  Do you have any sort of diary entries that you

 4   keep regarding conversations you have at work?

 5        A.  No.                                        10:37:30

 6        Q.  Have you told me everything you can recall

 7   regarding this most recent conversation you had with

 8   Mr. Hoover in which he said that he did not see a lot of

 9   changes at Visalia?

10        A.  Yes.                                       10:37:48

11        Q.  Tell me -- can you give me the context of the

12   conversation in which he mentioned Melissa McCurdy as an

13   example of an assistant manager who he thought was doing

14   a good job?

15        MR. SEKHON:  Objection; vague and ambiguous as  10:38:02

16   to context.

17        THE WITNESS:  He didn't say that.

18   BY MR. KADUE:

19        Q.  There was a van trip --

20        A.  Yes.                                       10:38:08

21        Q.  -- in which Mr. Hoover mentioned Melissa

22   McCurdy, correct?

23        A.  Yes.

24        Q.  Can you tell me about that van trip, please, in

25   connection with that comment by Mr. Hoover?         10:38:17
```

89

1       A.  What he said is the next promotion is between      10:38:19

2   you and Melissa and Melissa is very aggressive.  If I

3   could have someone in between the two of you, maybe both

4   of our qualities were different, but if we could combine

5   these two people into one, it would be the perfect      10:38:37

6   person.

7       Q.  And was there -- do you recall what the next

8   promotion was after that conversation?

9       A.  No, not specifically.  I don't.

10      Q.  After that conversation, did Melissa McCurdy      10:38:56

11  get promoted?

12      A.  She did get promoted, but I don't know exactly

13  when.

14      Q.  From assistant manager to manager?

15      A.  Yes.                                              10:39:07

16      Q.  Did that event prompt you to write Ms. Vadney?

17      A.  No, it wasn't that event.

18      Q.  What event prompted you to write Ms. Vadney?

19      A.  I really can't say there is a specific event.

20      Q.  Well, was there a collection of events, such      10:39:25

21  that you are confident that one of them would have been

22  the prompter?

23          MR. SEKHON:  Objection; vague and ambiguous,

24  asked and answered.

25          THE WITNESS:  Again, I'm not really clear.  I      10:39:37

                                                              90

1    did on his days off.  It was just unusual conversation.  01:24:12

2        Q.  Who else was within hearing?

3        A.  I don't know.  I don't even know who sat on the

4    other side of me or across from me.

5        Q.  About how many people at the table, a dozen?  01:24:24

6        A.  Probably.

7        Q.  Any other conduct during the van trip that you

8    considered -- on Mr. Hoover's part that you considered

9    inappropriate?

10       A.  That's all I can recall right now.  01:24:37

11       Q.  Did he accompany you up to the -- well, let me

12   rephrase the question.

13           When he had dinner, was that at the hotel in

14   Monterey?

15       A.  Yes.  01:24:56

16       Q.  What was the name of that hotel?

17       A.  I don't remember.

18       Q.  Did he accompany you up the elevator?

19       A.  Yes.

20       Q.  And how did that happen?  01:25:00

21       A.  I was uncomfortable with dinner, so I wanted to

22   make an early night.  So I said, you know, "I'm going

23   up," up to my hotel room.  And at that point he said he

24   was done as well, or he was leaving as well.  So he went

25   up into the elevator with me.  01:25:18

                                                        180

```
1      Q.  How many people in the elevator?           01:25:19

2      A.  Just he and I.

3      Q.  And then what happened?

4      A.  He told me he was on, I want to say, the sixth

5   floor, or whatever room he was in, and I was on the    01:25:29

6   fourth floor.  I remember I got off before him.  I said,

7   "Well, I'm off here.  Good night."

8      Q.  And nothing else happened?

9      A.  No.

10      Q.  Did he say anything when you said, "I'm off    01:25:41

11   here"?

12      A.  No.

13      Q.  Did you ever tell anybody that you thought that

14   you had doomed your career at that point at Costco?

15      A.  Yes, I did.                                  01:25:52

16      Q.  Who did you tell that to?

17      A.  My husband.

18      Q.  Anybody else?

19      A.  I don't know if I said that to Judy or not.

20      Q.  Why did you feel that you had doomed your    01:26:01

21   career?

22      A.  I thought I was -- my impression was that I was

23   issued an invitation that I didn't take.

24      Q.  Understanding that to be the case, why do you

25   think that doomed your career?                      01:26:16
```
                                                            181

```
 1        A.   I just felt that way.                      01:26:17

 2        Q.   After that evening, whenever it occurred, and,

 3   as I said before, I think it occurred in October of

 4   2002 --

 5        A.   I'll agree with you.                        01:26:34

 6        Q.   -- has Mr. Hoover ever said anything positive

 7   about your promotability?

 8        A.   We haven't discussed it.

 9        Q.   But wasn't it at some time some months after

10   the van trip that Mr. Hoover said to you, words to the  01:26:47

11   effect of, I'm not seeing the improvements I wanted to

12   see at Visalia?

13        A.   I don't remember.  Maybe he said it at that

14   point.

15        Q.   Did -- isn't it true that the first time you  01:27:00

16   raised the general issue with Ms. Vadney was when you

17   were anticipating a visit from Mr. Hoover?

18        A.   Oh, I don't know.

19        Q.   Did -- in this letter, which you have dated

20   September '03, the third paragraph, first sentence --   01:27:18

21   sorry, third paragraph, second sentence, when you said,

22   "Recently, I met with Dennis Hoover to discuss my

23   standing at the region," wasn't that a discussion that

24   you had with him during a walk in August '03?

25        A.   Probably.  Probably that was after a walk.    01:27:35
                                                             182
```

```
1    BY MR. KADUE:                                    01:29:17

2        Q.  Have you seen a copy of this letter before?

3        A.  I have never read this letter before.

4        Q.  Were you aware of this letter being written?

5        A.  Yes.                                     01:29:50

6        Q.  How did you become aware of it?

7            MR. SEKHON:  Before we go on, there is a

8    spousal privilege here, so don't talk about the contents

9    of any communications with your spouse.

10           THE WITNESS:  I got a phone call from Judy    01:30:03

11   Vadney that said something about a letter from your

12   husband.

13   BY MR. KADUE:

14       Q.  When did you get the call?

15       A.  I don't remember.                        01:30:12

16       Q.  What was the substance of the conversations?

17       A.  I think Judy said something like a letter Jim

18   received, a letter from your husband, and it was

19   probably given to Judy to respond.  And she is calling

20   me to say -- ask if there is anything I want to talk to  01:30:28

21   her about, something like that.

22       Q.  What did you say?

23       A.  I said no.

24       Q.  So you did not see -- well, have you ever --

25   sorry.  I lost your answer.                      01:30:50
                                                            184
```

```
 1    STATE OF CALIFORNIA   )

 2                                :ss

 3    COUNTY OF SAN MATEO   )

 4

 5         I, CYNTHIA MANNING, CSR NO. 7645, do hereby

 6    certify:

 7         That the foregoing proceedings were taken before

 8    me at the time and place herein set forth; that any

 9    witnesses in the foregoing proceedings, prior to

10    testifying, were placed under oath; that a verbatim

11    record of the proceedings was made by me using machine

12    shorthand which was thereafter transcribed under my

13    direction; further, that the foregoing is an accurate

14    transcription thereof.

15         I further certify that I am neither financially

16    interested in the action, nor a relative or employee of

17    any attorney of any of the parties.

18         IN WITNESS WHEREOF, I have this date subscribed

19    my name.

20

21    DATED: March 24th, 2006.

22

23

24

25         CYNTHIA MANNING, CSR No. 7645
```

292