1        UNITED STATES DISTRICT COURT

2      NORTHERN DISTRICT OF CALIFORNIA

3        SAN FRANCISCO DIVISION

4

5 ------------------------------------

6 SHIRLEY "RAE" ELLIS and LEAH     )

7 HORSTMAN, on behalf of themselves  )

8 and all others similarly situated, )

9          Plaintiffs,    )

10   vs.                       ) No. C04 3341 MHP

11 COSTCO WHOLESALE CORPORATION,    ) VOLUME I

12         Defendant.     )

13 ------------------------------------

14

15

16

17      VIDEOTAPED DEPOSITION OF

18     MARC BENDICK, JR., Ph.D.

19     SATURDAY, AUGUST 12, 2006

20

21

22

23

24

25 PAGES 1 - 247

**ORIGINAL**

1

```
 1                    BERKELEY, CALIFORNIA;

 2             SATURDAY, AUGUST 12, 2006; :24 A.M.

 3

 4             THE VIDEOGRAPHER:  Good morning.

 5             We are on the record, ladies and gentlemen, at   09:23:45

 6   9:24 a.m., on August 12th, 2006, in the videotape

 7   deposition of Marc Bendick, Jr., Ph.D.

 8             We are taping this deposition at 125 University

 9   Avenue, Berkeley, California on behalf of the defendants

10   in the action entitled Shirley Rae Ellis on behalf of      09:24:02

11   herself and all others similarly situated versus Costco

12   Wholesale Corporation.  Case No. is C-04-3341 MHP.

13             My name is Benjamin Gerald.  I'm the legal

14   videographer from Veritext Deposition Services.  Phone

15   number 866-299-5127.                                       09:24:26

16             This is Tape No. 1 of Volume I.

17             Would counsel and all present please identify

18   themselves state whom they represent.

19             MR. KADUE:  David Kadue for Costco.

20             MS. McCULLEN:  Maureen McCullen, law clerk for    09:24:40

21   plaintiffs.

22             MR. SELIGMAN:  Brad Seligman, plaintiffs'

23   counsel.

24             THE WITNESS:  Marc Bendick, Jr., deponent.

25             THE VIDEOGRAPHER:  Thank you.                     09:24:47
```

                                                                        4

1    this case?                                                    09:40:58

2         A.  Yes, I believe they were.

3         Q.  Look at the fifth benchmark, please, that's on

4    page 14.  There you refer in paragraph 26 to getting

5    EEO-1 data several years ago and from that identifying        09:41:41

6    167 separate Costco retail establishments.

7              Do you see that?

8         A.  Yes.

9         Q.  And is that the EEO-1 data you used in the

10   fifth benchmark?                                              09:41:58

11        A.  Yes, that's what it says in Footnote 27, if I

12   am understanding what you mean by used in the fifth

13   benchmark.

14        Q.  All right.  I see that.

15             Now, for purposes of the fifth benchmark, did       09:42:17

16   you use any of the EEO-1 reports that were produced in

17   this case?

18        A.  No.

19        Q.  And why wouldn't you -- I'll rephrase the

20   question.                                                     09:42:36

21             Why didn't you use the EEO-1s produced in this

22   case for the purposes of using the EEO-1 reports?

23        A.  The dataset which I had in -- from the EEOC,

24   which was already in electronic form, had reports for

25   individual establishments for the comparative companies      09:42:58

                                                                        15

```
1    to which I was comparing Costco, and it had reports for    09:43:00

2    Costco already in electronic form.  And so to make the

3    comparison, which I did using a computer, because there

4    is an awful lot of computation involved, I used the

5    Costco reports I had in that dataset.                       09:43:22

6         Q.  Whereas, the EEO-1 reports produced in this

7    case were in hard-copy form?

8         A.  Yes.

9         Q.  And they weren't readily analyzed in a way your

10   previous set was, correct?                                 09:43:35

11        A.  It would have involved a lot of data entry to

12   get them in electronic form.  Also, they were for

13   different years.  They were for -- the benchmark

14   analysis, which I was doing, was for the year 2000.

15   That was the most recent set of individual establishment   09:43:59

16   EEO-1 data that I had from the EEOC.

17        Q.  Whereas, the documents produced in this case

18   were EEO-1 reports for the years 2000 through 2004; is

19   that right?  I'm looking at your Footnote 22.

20        A.  22.  Yes, I believe that's correct.               09:44:20

21        Q.  And do you know for how many establishments

22   Costco did EEO-1 reports in the year 2004?

23        A.  I don't believe I have ever counted that.

24        Q.  Are you aware that Costco has more than 300

25   warehouses each with more than 50 employees?               09:44:45
```
                                                                      16

```
1              MR. SELIGMAN:  What time period are you       09:44:48

2       referring to?

3              MR. KADUE:  In the year 2004.

4              THE WITNESS:  I don't know that number

5       specifically, but it wouldn't surprise me.          09:44:54

6       BY MR. KADUE:

7         Q.  Do you believe that the 167-establishment

8       sample you used that you already had in electronic form

9       from the year -- that's from the year 2000, right?

10        A.  Yes.                                           09:45:16

11        Q.  And do you believe that would be representative

12      of more than 300 Costco warehouse establishments that

13      were reported for the year 2004?

14             MR. SELIGMAN:  I'm going to object incomplete

15      hypothetical, and also comparing two different datasets, 09:45:30

16      so I think it's an unintelligible question.

17      BY MR. KADUE:

18        Q.  Well, aren't the datasets the same in terms of

19      both being sets of establishment reports, EEOC

20      establishment reports?                               09:45:45

21        A.  Well, in the EEO-1 reporting system, companies

22      supply a corporate-wide report, which is something

23      called a Type 2 Report, and then they also generally

24      supply individual establishment reports for the larger

25      individual establishments.  So there is both         09:46:02
```
                                                                    17

1    company-wide and individual establishment data.          09:46:04

2        Q.   And any company with more than 100 employees

3    has to file a company-wide EEO-1; is that right?

4        A.   Yes, that's my understanding.  It's a legal

5    matter.                                                    09:46:17

6        Q.   Okay.  And your understanding would also be

7    that a company has to file a separate establishment

8    report for any establishment with more than 50

9    employees?

10       A.   I believe it was any establishment with more    09:46:26

11   than 100 employees.

12       Q.   Okay.

13       A.   Except if you are a government contractor, in

14   which case the cutoff is 50 for both the company-wide

15   and individual establishment reports.                     09:46:43

16       Q.   Do you understand Costco is not a government

17   contractor?

18       A.   I believe I am aware of that.

19       Q.   So whether it's 50 or 100, a company has to

20   provide separate establishment reports for                09:46:55

21   establishments that exceed that threshold, right?

22       A.   That's my understanding of the requirement.

23       Q.   So you had in electronic form 167 establishment

24   reports that you believed were Costco establishments for

25   the year 2000, right?                                      09:47:12

                                                                    18

1    mean, I may have glanced at some other things in          09:50:06

2    passing, but I believe that's all I really used in the

3    analysis.

4        Q.  So I'll ask the question I asked a while ago.

5    How do you know that the 167 establishment reports that    09:50:31

6    you have in electronic form for the year 2000 are

7    representative of the greater number of retail

8    establishment forms you have in 2004 for Costco?

9            MR. SELIGMAN:  Once again, objection,

10   incomplete hypothetical, assumes facts not in evidence     09:50:53

11   and improper comparison.

12           THE WITNESS:  Well, the number one is I don't

13   know of my own personal knowledge, my own analysis, that

14   there are -- did you say 300?

15   BY MR. KADUE:                                               09:51:09

16       Q.  More than 300, yes.

17       A.  -- more than 300.

18           Secondly, I didn't do a comparison of the 167

19   from one particular year to the more than 300, and I

20   assume you're saying that's in --                          09:51:27

21       Q.  2004.

22       A.  -- 2004.  So I don't know in what ways they

23   would have differed on a variety of dimensions.

24       Q.  Is there -- does the EEOC use a code for

25   warehouse stores?                                          09:51:46

                                                                    21

```
 1      A.   Not that I'm aware of.                    10:03:11

 2      Q.   Is there any further work you anticipate doing

 3  beyond the work that's expressed in your two opinions so

 4  far?

 5      A.   Actually, may I go back?                  10:03:19

 6      Q.   Sure.

 7      A.   My -- I'm going back just one question to you

 8  asked if my assignment had expanded?

 9      Q.   Yes.

10      A.   And it has by definition expanded to encompass  10:03:36

11  anything that I put in these two reports.

12      Q.   Sure.

13      A.   And as I recall, the fifth section of Exhibit

14  1502 -- sorry -- 1501 is a discussion of what you might

15  call some more general related but not directly on the  10:04:04

16  same point economic theory, and you probably -- one

17  might well consider that an expansion of my assignment.

18           There may be other things like that that have

19  come up in terms of the rebuttal, particularly the

20  rebuttal work that represent an expansion in ways        10:04:26

21  related to but not absolutely identical to developing

22  benchmarks.  I mean, in particular, I critiqued Dr.

23  Saad's proposed benchmark.  That's clearly related to my

24  developing my benchmarks, but it's not literally a

25  development of the benchmark.                            10:04:49
```

                                                                29

1      Q.  So you mentioned Section 5 of your second          10:04:50

2   report.  This is where you go to war with the Chicago

3   school, correct?

4           MR. SELIGMAN:   Objection; argumentative.

5   BY MR. KADUE:                                             10:05:09

6      Q.  That's the basic focus -- one basic focus of

7   your new opinion has to do with your opinion that the

8   Chicago school is -- how would you characterize it,

9   would you say it's not in main stream?

10     A.  No, I didn't say that.                             10:05:25

11     Q.  Okay.

12     A.  I said it's part of the main stream, but only

13  part.

14     Q.  Do you consider yourself an expert on the views

15  of the Chicago school of economics?                       10:05:42

16     A.  Could you define that characterization more

17  fully?  What would I have to be to be an expert on the

18  Chicago school of economics?

19     Q.  You're way beyond my kin.  I'm just asking what

20  your own opinion is of your knowledge regarding the       10:06:08

21  Chicago school.

22          Have you ever held yourself out as an expert on

23  the Chicago school of economics?

24     A.  Well, I suspect a lawyer would say -- and

25  again, I'm not a lawyer, so I don't know exactly the      10:06:27

                                                                     30

1    legalities here, but I seem to be expressing some          10:06:33

2    opinions about some aspects of the Chicago approach to

3    employment issues in this Section 5.  I guess the logic

4    of the way the law works is if I am expressing an

5    opinion I must be holding myself out as an expert.  I     10:06:51

6    think that's tautological, or at least that's what

7    lawyers tell me.

8         Q.  Look at paragraph 33 of your second report,

9    which opines on paragraph 113 of the Mulligan report,

10   and that block-indented section is a quote from the       10:07:07

11   Mulligan report, right?

12        A.  Yes.  There is no opinion in paragraph 33.

13   It's just a quotation.

14        Q.  Okay.  So let's talk about your opinion.  Do

15   you disagree with that first statement which is "Costco    10:07:21

16   operates with small margins and a highly competitive

17   market"?

18        A.  A great deal depends on how those terms are

19   defined.

20        Q.  Well, is there any sense in which you disagree    10:07:40

21   with that sentence?

22        A.  As a factual description of Costco?

23        Q.  Yes.

24        A.  Well, I would say main stream thinking would

25   certainly not be -- would not instantly recognize their   10:07:56

                                                                      31

1    market as a highly competitive market.  After all, it's    10:08:04

2    essentially an oligopoly and when the University of

3    Chicago economist says highly competitive market, the

4    implication is it looks something like the so-called

5    perfect market.  That is the laboratory in which they do    10:08:19

6    their thinking about how markets operate and it's

7    nothing like a -- what the conventional textbooks would

8    call a perfect market.

9         Q.  So the -- are you saying that the warehouse

10   club membership market that Costco and Sam's Clubs and      10:08:44

11   other companies are in, it's not a highly competitive

12   market?

13        A.  Well, I'm saying the opinion I'm expressing

14   here is that not all mainstream economists would

15   immediately look at the statement like us, Costco           10:09:03

16   operates in a highly competitive market, and say, oh,

17   yes, that's obviously true.

18        Q.  Understanding that it's not --

19        A.  And that whether they would agree with it or

20   disagree with it would depend an awful lot on exactly       10:09:18

21   how the terms are defined.

22        Q.  Okay.  What about the statement that Costco

23   operates with small margins, do you disagree with that?

24        A.  Again, that's a -- that's a question of

25   compared to what?  I have to see exactly what numbers       10:09:32

32

1    Dr. Mulligan is referring to, then compare to what          10:09:36

2    standard of what is a small margin or large margin.

3         Q.  Do you know of any retailer that operates with

4    smaller margins than Costco does?

5              And I'll represent to you Costco's margins are     10:09:49

6    14 to 15 percent above cost of goods sold -- above cost

7    at the maximum.

8         A.  Well, I don't actually accept that

9    representation as accurately describing what margins

10   usually means in financial analysis.  But I would say     10:10:20

11   yes, there are lots of retailers which operate with

12   notoriously small margins.  The entire grocery sector,

13   for example, is considered an -- that's considered a

14   very small margin sector when you are talking about

15   something like two or three percent margins.             10:10:46

16        Q.  Do you believe that Costco is oligopolistic?

17        A.  The term "oligopoly" is used to describe a

18   market, not a company.

19        Q.  But it's one of the -- do you believe that it's

20   in a sector that's oligopolistic?                        10:11:05

21        A.  I would believe that mainstream

22   economists doing industrial organization analysis might

23   well characterize the market or some of the markets or

24   some dimensions of the markets in which Costco as

25   oligopolistic or having certain oligopolistic            10:11:23

                                                                        33

1    characteristics.  They would certainly not describe it        10:11:31

2    as -- as I say, the University of Chicago's textbook

3    model of perfect market, a completely competitive

4    market.

5        Q.  Do you -- what about the next statement here,        10:11:41

6    Costco can ill afford a diminution of its productive

7    relative to its competitors?

8            MR. SELIGMAN:  Are you reading just that

9    sentence or both sentences?

10           MR. KADUE:  Just the part I quoted.                   10:11:53

11       Q.  On what basis do you disagree with that

12   statement?

13       A.  Well, it's such a vague statement, I don't even

14   know what it really means.  What does "ill afford" mean?

15   Does that mean the company will go out of business         10:12:05

16   tomorrow?  Does it mean the return on investment will go

17   down in the stock market -- Wall Street will be upset

18   with it and demand that the CEO be fired?  What does

19   "ill afford" mean?

20       Q.  Do you believe that a firm that engages in        10:12:21

21   gender discrimination diminishes its productivity?

22       A.  A lot would depend on circumstances.

23       Q.  Such as what?

24       A.  What kind of gender discrimination you're

25   talking about and the circumstances of the company.        10:12:38

                                                                      34

1     Q.  Well, what about gender discrimination?    10:12:40

2     A.  Also the timeframe.  In other words, a company

3  might have a different effect on discrimination in the

4  short run and in the long run.

5     Q.  Well, what about gender discrimination in    10:12:52

6  promotion to senior -- senior in-store management over

7  the last five years?

8     A.  You'd have to specify in considerable detail

9  what you're asking about before I could comment whether

10  it necessarily affects the productivity or not.    10:13:07

11     Q.  So it would be possible by your view that a

12  company could engage in gender discrimination under the

13  circumstance and suffer no loss of productivity?

14     A.  Well, anything is possible.  So as long as you

15  have the word "possible" in the sentence, I can accept    10:13:25

16  that sentence.

17     Q.  Did you read Dr. Reskin's first report or just

18  her second report?

19     A.  I read her first report as well.

20     Q.  I'm looking for one of my favorite Reskin    10:13:49

21  quotes here and I can't seem to put my finger on it.

22     But are you aware that she has opined that

23  gender discrimination necessarily depresses

24  productivity?

25     MR. SELIGMAN:  Are you talking about she opined    10:14:27

35

1    what economists do as empirical research is to try to          10:29:19

2    figure out, well, yes, we always have this

3    generalization that both demand and supply are involved,

4    but empirically in this particular case that we're

5    looking at, which is the big one and which is the little       10:29:34

6    one, which is the dominant one or which is the trivial

7    one, which is the one that accounts for 90 percent of

8    what's going on, which is the one that accounts for 10

9    percent of what's going on.

10            I think I'm giving you an answer that says yes,       10:29:53

11    by definition, both demand and supply consideration

12    enter into any outcome, but the typical situation in an

13    economic analysis is that you eventually conclude what

14    the quantitative mix is between the two and it isn't

15    necessarily true that both are important in quantitative      10:30:19

16    way.

17        Q.  So what's the quantitative mix here?

18        A.  Where do you mean by "here"? Do you mean in

19    paragraphs 29 through 32?

20        Q.  I'm talking about -- you're saying both demand        10:30:35

21    and supply can contribute generally to a result, and

22    you're saying you need to say which is the big one and

23    which is the little one.  Can you give me any

24    quantifiable answer as to how much of the

25    underrepresentation of women is caused by demand and how      10:30:55

46

```
 1            Table 6, page 15, has this 33.2 percent figure    11:43:25

 2    for female representation among officials and managers,

 3    and is it your understanding that officials and managers

 4    includes -- let me rephrase that question.

 5            What does that number include in terms of the     11:43:45

 6    EEO-1 methodology?  Who are officials and managers?

 7        A.  Well, the best source on that would be to go to

 8    the EEO-1 report instructions issued to employers,

 9    telling them who to put in what categories and giving

10    them examples.  But generally it includes -- typically,   11:44:13

11    it includes -- or, I should say, the EEOC instructs it

12    to include people from first-level supervisors all the

13    way up through chairman-of-the-board-type senior

14    executives.

15        Q.  Do you know how Costco reports its first-level     11:44:32

16    supervisors in terms of whether they are officially

17    managers on the EEO-1 reports?

18        A.  What do you mean by "first-level supervisors"?

19        Q.  Someone who has a supervisor title and who

20    supervisors other employees.  People with that job        11:44:48

21    title, do you know how Costco categorizes that job title

22    for purposes of its EEO-1 reporting?

23        A.  If you look at Footnote 7 in Exhibit 1500, page

24    3, in Footnote 7, I quote my understanding of how Costco

25    job titles are -- well, it's not just Footnote 7, is it?  11:45:17
```

                                                                    81

1    factors, too.  So what really would show up in the -- I    12:09:09

2    sorry to interrupt you.

3        Q.  Okay.

4        A.  What would really show up in these demand

5    factors are the difference in working hours between    12:09:18

6    Costco and the benchmark companies.

7        Q.  So, hypothetically, if Costco has working

8    hours -- well, let me ask a foundational question first.

9            Do you agree with me that working hours, if you

10   change working hours in jobs, that can affect the    12:09:41

11   relative supply of men and women for particular jobs?

12       A.  Holding everything else constant?

13       Q.  Yes.

14       A.  It would affect individual's decisions about

15   how attractive that job is to compared to alternative    12:10:03

16   jobs, whatever the new working hours are.  Some people

17   would find them more attractive than under the old

18   regime, some would find them less attractive.  And to

19   the extent that men and women or older and younger

20   workers or African-Americans and whites or college    12:10:20

21   graduates or noncollege graduates, to the extent that

22   any of those groups might perceive the change in working

23   hours as more attractive or less attractive than the old

24   regime, you might get a gender difference in the

25   composition of the people who voluntarily take the jobs.    12:10:39

97

1      A.  Well, the underlying 2000 census data does have   12:23:34

2   earnings for individuals, as well as their occupations

3   in the industry.

4      Q.  Let me rephrase the question, because it was a

5   bad question.  I'm sorry.  Because you were very clear   12:23:47

6   before.  You said the EEO file.  You used the EEO file.

7          So what I meant to ask:  Does the EEOC file you

8   used, does that permit to you learn anything at all

9   about average earnings of people?

10      A.  There is no earnings information in the EEO   12:24:03

11   Special File.

12      Q.  Okay.  But the PUMS data does permit you to

13   look at the earnings, right?

14      A.  Yes.

15      Q.  And I have a similar question about hours that   12:24:13

16   an individual uses for work.  Does the EEO file provide

17   you with that kind of information?

18      A.  No.

19      Q.  But the PUMS data does?

20      A.  Well, hours leaves for work, I think, was   12:24:34

21   actually not precisely right, but there is information

22   about work hours.

23      Q.  Maybe I'm wrong about that.  I thought --

24   somewhere in here I thought I saw some reference to the

25   time of day the individual leaves for work.   12:24:56

106

1      A.   Just trying to shorten the text, so to focus on    12:36:14

2   what I thought was the central point, but I have no

3   problem with -- I'm not disagreeing with that statement.

4      Q.   Isn't part of the reason for the shortfall that

5   you observed with respect to Costco that Costco more       12:36:30

6   than its comparators has manager jobs that require early

7   morning hours?

8      A.   I've never studied that, so I can't answer

9   based on data.  My -- based on more general information,

10  I would say, given that Costco is being compared to a      12:36:57

11  very broad run of -- well, in different benchmarks, they

12  are being compared to a wide variety of different sets

13  of retailers, that that answer would probably vary; that

14  is, some of the comparator establishments may require

15  earlier hours than Costco, some may require later hours,   12:37:29

16  some may require the same hours.

17     Q.   So you have done no study to compare the extent

18  to which Costco has early morning hours for managers

19  versus the comparative firms you've used, right?

20     A.   That's correct, I have done no such study.        12:37:46

21     Q.   Do you have any tentative opinion or judgment

22  as to whether Costco's early morning hours are, on

23  average, more prevalent than the early morning hours at

24  the comparative firms?

25          MR. SELIGMAN:   Early morning hours for all        12:38:06

                                                              114

1    at some point in their career are required or do, in        12:44:43

2    fact, have jobs on the early morning hours, I was

3    relying on all that to deal with that issue the way I

4    dealt with it.

5        Q.  Are you -- do you have any understanding as to     12:45:03

6    whether the working schedules for the four staff

7    managers -- front-end, administration, receiving and

8    merchandise -- are the same or different?

9        A.  It's my understanding that they are different.

10       Q.  How do they differ?                                12:45:25

11       A.  The specifics of how they are different I

12   don't -- haven't investigated.  I would be a bad source

13   to ask for on that.  That wasn't part of my assignment.

14       Q.  Do you have any understanding whether any of

15   the staff manager jobs is more important than other jobs  12:45:47

16   in terms of preparing an individual for promotion to

17   assistant general manager?

18       A.  I know I have read discussions in different

19   experts' reports on that subject.  I'm not -- I wasn't

20   assigned to look at that.  I haven't analyzed that.  And  12:46:07

21   I have no data-based opinion on that subject.

22       Q.  Do you recall Dr. Drogin and Dr. Reskin and Dr.

23   Saad all indicating that the merchandise manager job is

24   the port-of-entry job or the essential steppingstone to

25   become assistant general manager?                         12:46:28

                                                                    119

1      MR. SELIGMAN:  I would object to that          12:46:29

2  characterization of both Dr. Drogin and Dr. Reskin's

3  testimony.  That isn't what the testimony was in their

4  reports.

5      THE WITNESS:  That isn't what I understood       12:46:37

6  those reports to say.

7  BY MR. KADUE:

8      Q.  Do you understand the merchandise manager job

9  to be any more important as an experience to have than

10  any of the other jobs for purposes of being considered  12:46:49

11  for promotion to assistant general manager?

12      A.  I have seen statements made to that effect by

13  Costco officials.  I haven't independently investigated

14  that.  I haven't seen any definitive analysis on that

15  and I have no analysis-based opinion on it.             12:47:06

16      Q.  If you could construct benchmarks that were

17  more precise than the ones you've used to compare each

18  of the staff manager jobs to the external workforce,

19  would you do that?

20      MR. SELIGMAN:  Objection.  For what purpose?     12:47:27

21  Does not specify.  Incomplete hypothetical.

22  BY MR. KADUE:

23      Q.  For the purpose of what you are doing in this

24  case, which is identifying your representation of women

25  in comparable jobs.                                     12:47:40

120

1     A.   Can you point me to more precise than what?        12:47:41

2     Q.   Well, for example, if one of the --

3     A.   I should say, allegedly more precise.

4     Q.   Well, I will allegedly try to be more precise.

5          Your overall aim in constructing benchmarks is       12:48:11

6     to come up with jobs that are as comparable to the

7     Costco jobs as you can reasonably make them; is that

8     true?

9     A.   In the relevant aspects, yes.

10    Q.   Right.                                               12:48:26

11    A.   Not necessarily in every aspect, but in the

12    aspects that are relevant to influencing the

13    representation of women, yes.

14    Q.   And one relevant aspect of a job in terms of

15    assessing the gender differential in supply is the       12:48:38

16    working hours, isn't it?

17    A.   Yes.

18    Q.   So --

19    A.   Among many, many others.

20    Q.   Right.  So if you had hypothetically a Costco        12:48:51

21    job --

22    A.   Oh, by the way, I should also add that working

23    hours, as we discussed before, was also potentially

24    characterizable as one of the demand factors.  To the

25    extent the company sets the hours, that may be a         12:49:10

                                                               121

1    mirror the working hours of merchandise managers?          12:54:52

2        A.  Well, first of all, I didn't do a benchmark for

3    merchandising manager specifically.

4        Q.  I understand.  I am saying why didn't you.

5        A.  Because I was -- well, first of all, I'm not      12:55:08

6    sure we could come up with the data even if we wanted

7    to.  But, more importantly, I didn't think it was

8    conceptually correct to look at that because -- for the

9    issues in this case, I think you are thinking about the

10   merchandising manager position as part of a long-term     12:55:26

11   career development path with the company.  So it was

12   important to look at the longer term characteristics of

13   jobs, rather than trying to do some extremely tailored

14   analysis to each and every subposition.

15       Q.  How long does Costco expect an individual to be   12:55:53

16   a merchandise manager before promoting her to assistant

17   general manager?

18       A.  Well, first of all, I understood that really

19   the -- to the extent I have read things like deposition

20   testimony, by Mr. Sinegal, that's the basis of my         12:56:09

21   knowledge.  It seemed to me that the company had

22   expectations more along the lines of how long should a

23   person stay at the level of staff manager, rather than

24   merchandising manager specifically.  If I understood the

25   merchandising manager position and its peer position,     12:56:33

```
 1                     AFTERNOON SESSION

 2                  ⸱

 3             THE VIDEOGRAPHER:   The time is 1:53 p.m. and we

 4   are back on the record.

 5             (Deposition Exhibit 1504 was marked for        13:54:08

 6             identification)

 7   BY MR. KADUE:

 8       Q.  I only have one copy of 1504, which is an

 9   excerpt I pulled over the lunch period from the

10   microdata sample from the 2000 census, just to share    13:54:27

11   with you the portion that refers to time leaving for

12   work.

13       A.  (Witness reviewing document.)

14       Q.  I think maybe if we do it like this, it's

15   two-sided copies, so it's somewhat confusing.  I think  13:55:14

16   it starts here (indicating).  This is page 7-69 and that

17   says, "Time leaving for work," and then it starts at,

18   looks like, around midnight, and then page 7-70

19   continues the table with, looks like, 5:30 a.m. and so

20   forth.                                                  13:55:35

21       A.  (Witness reviewing document.)

22       Q.  Have you seen that table before?

23       A.  I have looked at this document before; I don't

24   remember looking at those specific pages.

25       Q.  There is about 700 pages in the document, I'm   13:55:50
                                                                 133
```

1    not surprised.  But that table in front of you, that's        13:55:54

2    consistent with your understanding of the categories to

3    which individual respondents record their time leaving

4    for work?

5        A.  Yes, there is -- looks like it's in ten-minute       13:56:06

6    intervals basically time leaving for work.

7            There is another variable in there somewhere, I

8    think, which is work hours, but I'm not -- that hasn't

9    been in the excerpt you've handed me.

10       Q.  That's correct.  The time-leaving-for-work data       13:56:21

11   is data you just happened not to use, even though you

12   used PUMS data and other data, correct?

13           MR. SELIGMAN:  Objection; argumentative.

14           THE WITNESS:  I have never used it in my own

15   analysis.  I have read research that uses it, but I have    13:56:34

16   never done any original data analysis using those

17   particular PUMS variables.  I have used lots of other

18   PUMS variables.

19   BY MR. KADUE:

20       Q.  And one of the other PUMS variables is             13:56:47

21   earnings, individual earnings?

22       A.  Well, there is a variety of income information,

23   and I think one of them is individual earnings.

24       Q.  Okay.  Have you made any study of what Costco

25   pays the four categories of managers that you looked at     13:57:06

                                                                        134

1    I don't know exactly what the meaning of "different      14:01:29

2    department" would be from any of those departments.

3        Q.  Is a -- is the job of a Costco general manager

4    of a warehouse, is that comparable, in your opinion, for

5    purposes of your benchmarking analysis to someone who is   14:01:50

6    running a gasoline station?

7        A.  Well, in terms of my benchmarks, benchmark two

8    and -- I have to make sure I get the right one.

9        Q.  Benchmark two is all retailers.

10       A.  The one involving census all retailers, which     14:02:16

11   is benchmark two, and then the benchmark four, which is

12   EEO-1 all retailers, would be the ones that would be

13   comparable -- where somebody like a person running a

14   gasoline station would end up.  They would be included.

15            General merchandise stores, they would not --    14:02:40

16   people running the gasoline function would not show

17   up -- if you have a general merchandise store that has a

18   gasoline store within it, they wouldn't show up as store

19   managers, but they would well show up at some of the

20   other levels.                                             14:02:57

21       Q.  From an economic point of view, why is it

22   defensible to treat as comparable a Costco warehouse

23   manager who is running an annual business of

24   $100,000,000, or more, with someone who's running a

25   gasoline station?                                         14:03:12

138

1           MR. SELIGMAN:  Objection; argumentative,          14:03:12

2   assumes facts not in evidence.

3           THE WITNESS:  I think a preferable comparison

4   is one focused on general merchandise stores, rather

5   than all retailers.  The reason I did some all-retailers   14:03:24

6   comparisons was to address, essentially, a Costco

7   position that in some sense their competitors are all

8   retailers.

9           If you turn to paragraph 10, paragraphs 10, 11

10  and 12, address the subject, and there I say very          14:04:10

11  specifically, I think the better comparisons are to

12  general merchandise stores.  I think those are the more

13  on-point comparisons; however, when you read statements,

14  deposition statements by Mr. Dicerchio and Mr. Sinegal,

15  they talk in some sense about how the entire retail        14:04:30

16  world is their competitor.  So I wanted to provide to

17  the court a benchmark that would -- benchmarks that

18  would represent that perspective, even though I don't

19  think it's as much on point as the general merchandise

20  stores.                                                    14:04:50

21      Q.  The use of the all-retail category results in

22  lower numbers for female representation on managers,

23  correct?

24          MR. SELIGMAN:  Than what?

25          THE WITNESS:  Compared to the numbers for?         14:05:04

                                                               139

1    Macy's?                                                    14:08:52

2        Q.  Macy's department store.

3        A.  Only then could I give you an informed analysis

4    to that.  Absent that, it's very hard to say because

5    comparability has many, many dimensions in it; how many   14:09:08

6    people you supervise, or what kind of decisions you

7    make, for instance, how much discretion do you have in

8    shaping what's displayed, what kind of financial profit

9    and loss responsibility you have, what kind of reporting

10   relationships you have, how many people you supervise,     14:09:30

11   all those sorts of things could vary, those factors and

12   a hundred more.

13            And so to answer for a particular job title at

14   Costco compared to a particular job title at a

15   particular other store, you'd have to do that             14:09:49

16   point-by-point comparison.

17       Q.  Job by job?

18       A.  If you're asking about a particular job title

19   compared to a particular job title, that would be a

20   job-by-job comparison, yes.                                14:10:06

21       Q.  For purposes of your benchmarking analysis, you

22   treat it as comparable, in fact identical, all four

23   senior staff jobs at Costco, right?

24       A.  I don't know.

25       Q.  You grouped them together with making no effort    14:10:20

                                                                      142

1    at all to distinguish among the various staff jobs in        14:10:23

2    the benchmarking you have done, correct?

3        A.  Well, I don't know what you mean by "making no

4    effort at all."  They are not distinguished.  They are

5    treated as a group.                                          14:10:36

6        Q.  So the benchmark number -- the external

7    benchmark number that you have applies equally to each

8    of the four staff manager positions, right?

9        A.  Well, I'm not sure what I mean by "equally,"

10   but if you were doing an analysis of the positions          14:10:52

11   separately, which I don't -- for reasons that we talked

12   about before lunch, I don't think makes a lot of sense,

13   but if you were and asked me what number to use for each

14   of them, based on the analysis I have here, I would say

15   you would apply that same number to all four.  Depending    14:11:11

16   on what the purpose of the analysis was, it might be

17   appropriate to come up with separate numbers for each,

18   in which case I don't have a ready-made answer for you.

19       Q.  Are you aware that the male-female ratio in

20   each of the four staff managers positions at Costco         14:11:29

21   varies?

22       A.  I would assume that would be true.

23       Q.  I mean --

24       A.  I mean, it would be true just for random

25   reasons that they wouldn't be identical, but I'm not        14:11:45

                                                                 143

1    benchmarks, you want to look at any particular job title  14:39:53

2    that a person may hold at one point, again as part of

3    this career life cycle, where is the person going, how

4    long is the person holding to that job, and -- or how

5    important is any special aspects of that job in terms of  14:40:11

6    the long-term perspective on where the person is going.

7        Q.  In assessing comparability of jobs, don't you

8    also want to look at skills and responsibilities and

9    working hours?

10       A.  Those would be on the list of the various  14:40:31

11   characteristics you look at:  The job duties, the hours,

12   the responsibility, the reporting relationships, the

13   training prerequisite to it or required during the

14   position.  You want to look at all those sorts of

15   characteristics ideally, if you were doing specific  14:40:52

16   paired-up job-by-job analysis trying to compare a

17   particular job title at Macy's with a particular job

18   title at Costco, for example.

19           That isn't, of course, what I'm doing here,

20   wasn't what I asked to do, isn't what I attempted, isn't  14:41:10

21   what I accomplished.  But if you were doing it, that's

22   the way you would go about doing it.

23       Q.  Isn't that, in fact, what you ideally want to

24   accomplish is establish -- or find jobs outside of

25   Costco that are comparable to the jobs at Costco?  14:41:23

157

```
 1      A.   Yes.                                      14:41:25

 2      Q.   And ideally you would look at all those things

 3  you just mentioned, right?

 4      A.   You would consider all those things.

 5      Q.   Consider?                                 14:41:34

 6      A.   If I were -- let's say I was hired by Costco to

 7  look at how a particular job file, say front-end

 8  manager, compared to the front-end manager, let's say,

 9  at Ralph's Supermarkets, then I would get involved in

10  the kind of analysis you're talking about.  It's a     14:41:55

11  different analysis for different purposes from what I

12  did here, but that's what I would do.  I would get

13  involved in looking at all those specific details of how

14  the jobs differ or were comparable.  It all depends on

15  the purpose of the analysis.                       14:42:14

16      Q.   Going back to the construction of your

17  benchmark, you used job code 002 to find people to

18  compare to Costco general managers and assistant

19  managers for purposes of benchmark one and for -- to

20  find people to compare to staff managers you used job  14:42:46

21  code 005.  Right?

22      A.   Can you point me to the page you're on?

23      Q.   I'm looking at page 6 of Exhibit 1500.

24      A.   So would you repeat the question, please?

25      Q.   You're marketing and sales managers category is  14:43:04
```

```
 1   job code 005 from the census, right?                    14:43:11

 2       A.  Yes.

 3       Q.  And your first-line supervisors of sales

 4   workers, which is the fourth row -- or the fifth row

 5   down, Table 2, you use job code 470 for that purpose,    14:43:26

 6   right?

 7       A.  First-line supervisors of retail sales work,

 8   that's correct.

 9       Q.  Now, do you know from the census data what the

10   median -- do you have any sense of what the median       14:43:55

11   earnings level is of general and operations managers in

12   general merchandise?

13       A.  Did you ask what the average was?

14       Q.  I asked the median.

15       A.  Oh, the median.  Median.  No, not off the top    14:44:25

16   of my head.  That number could be computed very readily

17   from census data, but I have not computed it.  If you

18   asked do I have any idea, I believe that was your

19   phrasing, I have some extremely vague general idea from

20   30 years of work as a labor economist, and I have a      14:44:45

21   general idea of what a lot of occupations pay.

22       Q.  What's your general idea?

23       A.  It's pays more than minimum wage and it's going

24   to pay less than millionaire wage.

25       Q.  Okay.  That's a range.                           14:45:05
```

159

1      A.  More specifically than that, I would say there      14:45:06

2   is no use my guessing.  I would go to census data and

3   tabulate it if you're interested in it.

4          MR. KADUE:  What's the next exhibit?

5          THE REPORTER:  1506.                                 14:45:19

6          (Deposition Exhibit 1506 was marked for

7          identification)

8          MR. KADUE:  So 1506 is what someone called a

9   Univariate Procedure for Job Code 002, general and

10  operations manager for general merchandise store, and    14:45:38

11  1507 is the same thing for all retailers.

12         (Deposition Exhibit 1507 was marked for

13         identification)

14  BY MR. KADUE:

15     Q.  I'll represent to you this is a printout from     14:45:51

16  the 2000 PUMS data.

17     A.  The 5 percent?

18     Q.  The 5 percent, right.

19         So can you interpret these documents to read

20  what they say about what the median earnings is for      14:46:26

21  operations manager, general and operations manager?

22     A.  This is -- looking on 1506, I see a line that

23  says "median."  It's near the top.  And the median

24  figure is 48,000, which I think is $48,000.  So that's

25  the median of whatever was run here.  The label says     14:47:01

                                                              160

1    what was run was general merchandise stores, general and   14:47:06

2    operations manager, hours more than 35, no income cut.

3         Q.   And these printouts also give us the average of

4    the median, right?

5         A.   Yes, they do.                                     14:47:24

6         Q.   And do you know how the mean or the median

7    figures for general and operations manager, as reported

8    on these documents, compare to what the mean or median

9    earnings for Costco warehouse managers?

10         MR. SELIGMAN:   Just warehouse managers you're       14:47:45

11    asking?

12         MR. KADUE:   Yeah.

13         THE WITNESS:   Well, I remember in Dr. Saad's

14    report there was information on the range for Costco

15    managers, and I believe it's a slightly truncated range.   14:48:09

16    I think he dropped the extreme values.  So that gives

17    you some comparison because this mean -- or the median

18    probably falls somewhere in that range.  I don't recall

19    if Dr. Saad's report gives a mean and a median.

20         I believe we saw some computer runs by Dr. Saad      14:48:33

21    which I think probably, if they were like these runs,

22    have the mean and median on them.

23         All those documents I just referred to, Dr.

24    Saad's report and those computer runs, I believe were in

25    the stack of documents I sent to you in response to the    14:48:53

161

```
 1   weakness in your benchmark by virtue of the fact that     14:50:40

 2   you made no efforts at all to control for salaries of

 3   managers?

 4       A.  Well, I don't know what you mean by "made no

 5   efforts at all."  I certainly considered whether it was    14:50:52

 6   appropriately or not.  I definitely and strongly and

 7   clearly said it's inappropriate to control, particularly

 8   as Dr. Saad did, and so I made no -- I took no further

 9   actions to control for it.  I don't know what you mean

10   by I made no efforts.                                      14:51:08

11       Q.  Well, I'll ask it a different way.  Do your

12   benchmarks contain any control for earnings?

13           MR. SELIGMAN:  Asked and answered.

14           THE WITNESS:  I believe I have answered that

15   before, and the answer is no, by conceptual -- for         14:51:19

16   conceptual reasons.  It's incorrect to control as, for

17   instance, Dr. Saad did.

18   BY MR. KADUE:

19       Q.  Well, you keep on mentioning Dr. Saad, but what

20   about putting Dr. Saad aside.  Do you think it's           14:51:33

21   inappropriate to have any kind of control at all for

22   earnings in a constructed benchmark of the kind that you

23   have?

24       A.  Well, I have considered, and I confess I

25   considered it because of what Dr. Saad did, considered     14:51:51
```
                                                                    163

1    mostly want to look at the actual distribution of actual   14:58:29

2    observations in the dataset.

3        Q.  You don't have any idea of how many standard

4    deviations wide your sample would be?

5        A.  I didn't say I would have no idea.           14:58:41

6        Q.  Well, what would be the range of number of

7    standard deviations you would consider, including within

8    the scope of your sample, to adjust for these extremes,

9    earnings extremes?

10       A.  Well, by the definition of the term "extremes,"   14:59:01

11   I would be looking at a relatively small number of

12   standard deviations.  In other words, I wouldn't be

13   excluding, let's say, the bottom third of the data and

14   the top third of the data.  I would be retaining most of

15   the data, but whether I would be cutting out what would   14:59:19

16   turn out to be the top one percent, the top one-tenth of

17   1 percent, the top 2 percent, the top 5 percent, I don't

18   know until I look at the whole distribution and see what

19   makes sense.

20       Q.  Looking at 1507, if you excluded any earnings   14:59:33

21   extremes, let's say the top 5 percent and the bottom 5

22   percent, then you would be looking at a range of 17,980

23   to about 181,000?

24       A.  That's what the Table says in 1507.

25       Q.  And you think it's reasonable to include in    14:59:54

                                                          168

1    cut things to talk about full-time people.                    15:03:34

2        Q.   We'll use your term.   Greater than 35 hours a

3    week.

4            And I'm asking you to assume that the Costco --

5    the range of Costco general managers begins at $90,000,      15:03:43

6    so Costco general managers make at least $90,000.   And

7    I'm asking you now is it reasonable under that

8    hypothetical to have an external benchmark that includes

9    people that are making 25- or $30,000?

10       A.   The reasonable benchmark has to do with the         15:04:08

11   comparability of the jobs, particularly in the

12   characteristics of the jobs, like job duties where it

13   fits in the career path, what levels of responsibility

14   people have.   Earnings is a very, very poor proxy to

15   those sorts of comparability characteristics.   I'd         15:04:35

16   rather look at the characteristics themselves than look

17   at earnings which is a very sloppy proxy at best.

18       Q.   What are the factors you would rather look at

19   instead of earnings?

20       A.   Things like job duties, operating                   15:04:54

21   circumstances, where the job fits in the long-term

22   career path.   The kinds of factors we've been talking

23   about over and over, kinds of things that show up in the

24   job analysis.

25       Q.   And are those factors captured by the census        15:05:09

172

1   people.  So it still wouldn't be a benchmark that was          15:10:15

2   worth anything.

3       Q.  Do you concede that differential earnings

4   reflect to any extent greater skills or

5   responsibilities?                                              15:10:29

6       A.  That's one of the things they can reflect, yes.

7       Q.  So in your criticism of Dr. Saad, as I

8   understand it, is he is too categorical in saying that

9   differential earnings must necessarily reflect greater

10  skills and responsibilities; is that right?                    15:10:44

11      A.  That's according to the phrase which I quote in

12  my Footnote 6 on page 2.  That's what Dr. Saad said.

13  That's the position he took.

14      Q.  And he overstated it in your opinion, correct?

15      A.  I think the statement is wrong.  I don't know         15:11:04

16  if it's overstated or however stated.  It's just simply

17  wrong.

18      Q.  And what if he had qualified it and said that

19  wage differentials reflect some difference in skills and

20  responsibilities between jobs?                                 15:11:22

21      A.  I'd have to see the specific statement before I

22  would say it was an accurate statement.

23      Q.  I mean, isn't there a whole volume -- huge

24  volume of economics literature involving studies in the

25  field that suggest that there is a relationship between        15:11:36

                                                                   176

1    the more a person gets paid and the amount of skill and    15:11:40

2    responsibility that person has in the organization?

3        A.  Oh, yes, that's considered one of the

4    determinants, that's right, and there is a huge

5    literature talking about the extent to which that is    15:11:50

6    true, the circumstances under which that is true,

7    whatever else might intervene.

8        So any statement that Dr. Saad might or might

9    not be consistent with the mainstream interpretation of

10   what that literature says, the one sample I have of Dr.    15:12:08

11   Saad's statement from the literature is just wrong, so I

12   hesitate to sign off in the abstract --

13       Q.  Understood.

14       A.  -- on statements he might make.

15       Q.  And the mainstream you just referred to, that    15:12:21

16   would be the mainstream even outside the Chicago school?

17       A.  Well, Chicago school is part of the mainstream,

18   but the whole idea of the relationship of wages to

19   productivity is based on actual performance of workers,

20   and it's related to workers' productivity-related    15:12:47

21   qualifications.  That's used much more broadly than the

22   Chicago school at a very general level.  I use it all

23   the time myself, the same sorts of assumptions.

24       Q.  Why didn't you, in order to be as conservative

25   and credible as possible in constructing your external    15:13:15

                                                              177

1    that it hires from outside for that job.  There may be      15:34:27

2    zero hiring from outside for that job.  What we're

3    saying is we expect 33 percent of the incumbents in that

4    job to be women.  That's what the benchmark means.

5        Q.  Now, there was a dispute -- maybe there is a        15:34:42

6    dispute between you and Dr. Saad as to whether you use

7    occupational code 5 or occupational code 470 as a direct

8    comparator for the senior staff jobs, correct?

9        A.  Well, Dr. Saad said one thing and I said

10   another, so I guess that means there is a dispute, yes.     15:35:05

11       Q.  And beyond what you have already looked at, can

12   you think of other data you would want to look at to

13   help you reach a determination as to which is the more

14   accurate label, 005 or the 470?

15       A.  Yes.  It says right in my second report what I      15:35:27

16   would like.  What I have said is -- I want to point you

17   specifically to paragraphs 15 and 16.  What I said was

18   Costco has given me -- I've gotten some Costco documents

19   that say their job analysis in these jobs, and I look

20   through the job analyses and I find them inconclusive      15:36:01

21   deciding between Dr. Saad's position and mine because

22   some of the job functions that are identified in the job

23   analysis look like they are what Dr. Saad calls office

24   jobs in sales and marketing and others look like retail

25   management jobs.  And what I am lacking is a weighting.    15:36:25

```
 1    I don't know which ones of these functions are 90        15:36:30

 2    percent of the job and which ones are 2 percent of the

 3    job.  And if I knew more about the weightings among the

 4    functions, then that would come a lot closer to

 5    resolving the debate.                                     15:36:43

 6        Q.  Would you also be interested in or not knowing

 7    what percentage of people in job code 005 and 470 in the

 8    retail or general merchandise categories work early

 9    morning hours?

10        A.  I don't automatically see where that by itself   15:37:08

11    would make a difference.

12        Q.  Okay.

13        A.  If working early morning hours was correlated

14    with having different job duties, perhaps that would

15    make a difference, but, again, that's a poor proxy.      15:37:30

16    What I am really trying to get is what are the job

17    duties.

18        Q.  What time you show up for work, you wouldn't

19    call that a job duty?  Would you call it something else?

20        A.  Well, I'm not concerned about the label of it,   15:37:45

21    but it doesn't help me differentiate between whether

22    it's a office job or retail management job, to use Dr.

23    Saad's terminology.  So it doesn't help resolve this

24    dispute.  You could be showing up at 3:00 a.m. for an

25    office job.  You could be showing up at 3:00 a.m. for a  15:38:04
```
                                                                        193

1    earlier.  I'm not --                                    15:42:30

2        Q.  I'm sorry.  Say that again.  That's why you're

3    fonder of what?

4        A.  The benchmark based on general merchandise

5    stores than all retailers.  I'm not particularly         15:42:38

6    interested in benchmarks based on all retailers.  I put

7    it in there.  I show you that Costco has a very

8    substantial shortfall with respect to those benchmarks,

9    but those are not my ideal benchmarks by any means.  I

10   would go to general merchandise stores.  More than that, 15:43:00

11   I would go to the large general merchandise stores,

12   which is to go to the Wal-Mart data.

13       Q.  But benchmark one, general merchandise stores,

14   would include chain stores that have stores of 15 to 20

15   employees as we discussed before, right?                 15:43:12

16       A.  We're talking about benchmark one?

17       Q.  Yes.

18       A.  So you're talking about census data.  So you're

19   asking would you have general managers of -- we're

20   talking about store managers here?                       15:43:28

21       Q.  Yes.

22       A.  General managers of stores with 20 employees in

23   small chains?  Small --

24       Q.  In chains of small stores.

25       A.  Chains of small stores.  Yes -- well, I should   15:43:39

                                                                   197

1    is routine versus nonroutine.  I know of some companies        16:15:16

2    in which the buying function is extremely routine.  So I

3    don't really buy that characterization.  It may work

4    in -- for some chains that that's true.

5        Q.  Maybe I have been listening too much to what's        16:15:35

6    going on outside and not enough to what you're saying.

7            The significance -- the advantage of looking

8    only at chain stores over nonchain stores would be,

9    briefly, what?

10       A.  Costco is a chain.                                      16:15:48

11       Q.  Right.

12       A.  So trying to get as close and comparable as

13   possible, it would be ideal to get to -- restrict the

14   comparison to chains, because that would tend to make

15   the -- on average the job of the store manager or other        16:16:07

16   store -- not just the store general manager, but all the

17   managers more similar.  And the thing it would affect

18   would be primarily probably the store manager and the

19   upper-level managers, not the first-level supervisors.

20       Q.  On this dispute between you and Dr. Saad as to         16:16:24

21   whether 005 or 470 is the right job code, you suggests

22   on page 8 of your second report that there is no

23   material difference created by the choice of one job

24   code over another, correct?

25       A.  Well, what I point out is that in the three            16:16:53

211

1    benchmarks which are involved in the dispute, the ones          16:17:02

2    involving -- whoops, sorry, the -- yeah, the three

3    benchmarks that are involved, in two cases there is a

4    small decrease, in one case there is a small increase.

5    Increases aren't very large.  They are .7 percent --          16:17:19

6    fraction of one percent in one case, and they are .2

7    percent in the other case.

8              So that if you go to -- if you go to the

9    fundamental point of the whole reports and the

10   fundamental analysis, is there a shortfall at Costco,          16:17:41

11   that is, does its current employment of women look like

12   that in the benchmarks?  The choice between the one job

13   and the other doesn't really affect the answer.  It

14   affects it obviously into a small quantitative extent,

15   but not to any -- certainly doesn't change the          16:18:08

16   fundamental conclusions of the analysis, and it changes

17   the quantitative conclusions only marginally.

18        Q.  If you introduced an earnings control, though,

19   the choice between 005 and 470 would be significant with

20   respect to the category of all retailers; true?          16:18:30

21        A.  Well, I never ran any numbers with an earnings

22   control in it other than to try to reproduce Dr. Saad's

23   numbers, and so I never ran -- oh, no, I guess I did run

24   it, because the benchmark he is proposing is already

25   there in the analysis.  So I think that question can be          16:19:00

1    answered.                                                    16:19:05

2           Now, can you give me the question again and

3    I'll go looking for the answer?

4       Q.  The choice between 005 and 470 would make a

5    significant difference if your benchmarks controlled for   16:19:15

6    earnings?

7       A.  Well, the only information on that would be the

8    cuts that Dr. Saad did --

9       Q.  Okay.

10      A.  -- using the particular earnings control that        16:19:26

11   he did.

12      Q.  Right.  And --

13      A.  And if we look at Dr. Saad's report, I can find

14   how much difference it made.  I don't remember off the

15   top of my head.                                             16:19:35

16      Q.  Okay.  But you don't discuss that difference in

17   your second report, do you?

18      A.  Well, I had already gotten through saying that

19   I thought that --

20      Q.  Earnings controls --                                 16:19:46

21      A.  -- earnings controls, in general, and Dr.

22   Saad's in particular, were incorrect, and so I didn't

23   want to have any part of them.  I wasn't about to do any

24   of those.  If they're incorrect, they're incorrect.  I

25   didn't want to clutter the court's mind with incorrect      16:20:00

                                                                      213

1    information.                                              16:20:03

2         MR. KADUE:   The advantage of this office is it

3    can always bring back happy memories of Berkeley campus.

4         MR. SELIGMAN:   I thought the advantage is you

5    could get involved in some series auction action, is      16:20:32

6    what I think is going on down there.

7         MR. KADUE:   Sounded like a protest rally.

8         MR. SELIGMAN:   No, that's an auction.   They did

9    some fancy glasses just now.   This guy is way too happy

10   to be a protester.                                        16:20:45

11        I take it, though, his comments that we're

12   going to be finishing up and getting out of here in a

13   few minutes applies to the deposition, too.

14        MR. KADUE:   I'm sorry, I missed that one.

15        MR. SELIGMAN:   Apparently.   Don't get              16:21:02

16   competitive with that guy.

17   BY MR. KADUE:

18      Q.   Do you know whether it's true, as a general

19   matter, that for the census data the higher the income

20   of retail managers the lower the female representation    16:21:26

21   would be?

22      A.   Based on stylized facts about the labor market

23   in general, I would say that's probably true.   It's

24   possible that there is some income cuts for which that

25   wouldn't be true.   I have never seen an analysis         16:21:53

214

```
 1    specifically in that structure, or at least that I        16:21:58

 2    recall, but probably.

 3         Q.   Paragraph 29 of your first report under

 4    "Conclusions" says each of the five benchmarks has

 5    sufficient strengths to be a plausible standard of        16:22:45

 6    expected representation against which Costco's

 7    employment of female in-store managers can be reasonable

 8    judged, or words to that effect.

 9         What do you mean by "plausible" in that

10    sentence?                                                 16:23:02

11         A.   I mean that if you look at them, they both

12    appear on the surface to be reasonable standards of

13    expected representation, and when you look at them from

14    a more technical viewpoint of the underlying data and

15    how it's gathered and how the questions are structured    16:23:25

16    and how the data are cleaned, I would say they're

17    plausible standards of representation.

18         Q.   But we know --

19         A.   That's as contrasted to implausible standards,

20    where I can look at some things and say, you know, the    16:23:41

21    proportion of women who know how to drive a tractor

22    would be a standard of expected representation, I would

23    say no, that's implausible.

24         Q.   Okay.  But we know from the fact you did five

25    benchmarks and got five different numbers that no one --  16:23:54
```
                                                                   215

1    you can't hold up any one benchmark as being free of          16:23:58

2    fault, right?

3        A.  Well, first of all, I said each of the five

4    benchmarks has its limitations.  That's the first

5    sentence of paragraph 29.  The main reason I would agree      16:24:10

6    with your conclusion there that none of them is perfect

7    is not that the numbers come out differently.  I would

8    say the main reason you would reach that conclusion is

9    reasoning through conceptually what are the strengths

10   and weaknesses of each, as I did in the text, to lay it      16:24:31

11   all out for the reader as to what the strengths and

12   weaknesses were of each.  I don't try to judge things by

13   what the final answer comes out.  That's being, the

14   nasty word, results oriented, and I try to avoid doing

15   that.                                                         16:24:47

16       Q.  So each of the five benchmarks is

17   underexclusive -- underinclusive in some sense or

18   underinclusive in some other sense?

19       A.  Actually, it's pretty late in the day to answer

20   that fully.  I'd actually have to go through each of the     16:25:06

21   five, but I'm pretty sure that's true.  Each has some

22   inclusions in an ideal world of data we don't have, no

23   one has, doesn't exist.  You like to exclude certain

24   things, you would like to include certain others.  There

25   are also some other limitations you want to think about;     16:25:28

                                                                  216

1  it's designed to center people's perceptions of the          16:47:00

2  facts relevant to this case in a more realistic way.

3  That's my purpose in paragraph 26.

4      Q.  You don't have any quarrel with the statistical

5  point that according to the census data, women are less     16:47:23

6  likely to work early morning hours, leaving for work

7  before 6:00 a.m., than men are?

8      A.  Are you referring to the tables that show up in

9  the Mulligan report?

10      Q.  Yes, that would be an example.                      16:47:40

11      A.  I think the tables run in the Mulligan report

12  show that quantitatively.  I haven't looked carefully at

13  exactly what Mulligan did.  I haven't tried to reproduce

14  his numbers, but if we want to look at the table

15  specifically, I'm -- as a kind of professional courtesy,   16:48:02

16  I assume that Mulligan knows how to run a table.  So if

17  his tables show that, they show what they show.

18      Q.  In forming your opinions, have you considered

19  at all the job-posting data that Dr. Saad analyzed in

20  his report?                                                 16:48:27

21      A.  I'm sorry?

22      Q.  For purposes of forming your opinions, have you

23  considered all the job-posting data that Dr. Saad

24  analyzed in his report?

25      A.  I did consider it because potentially they         16:48:38
                                                                    230

1   appears also to be employing women at the Staff Manager and Other Salaried Manager levels at a

2   lower rate than is expected.

**TABLE 7**
**THE MEDIAN VALUE AMONG THE**
**FIVE BENCHMARKS PRESENTED**
**IN THIS REPORT**

| (a) | (b) | (c) | (d) | (e) | (f) | (g) |
|---|---|---|---|---|---|---|
| Costco Job Level | Bench-mark 1: Census General Merchandise Stores (Table 2) | Bench-mark 2: Census All Retailers (Table 3) | Bench-mark 3: National EEO-1, General Merchandise Stores (Table 4) | Bench-mark 4: National EEO-1, All Retailers (Table 5) | Bench-mark 5: Local EEO-1 (Table 6) | Median Value Among the Five Bench-marks |
| Store Managers | 34.1% | 26.0% | 49.5% | 37.2% | 33.2% | 34.1% |
| Assistant Managers | 34.1% | 26.0% | 49.5% | 37.2% | 33.2% | 34.1% |
| Staff Managers | 63.2% | 42.5% | 49.5% | 37.2% | 33.2% | 42.5% |
| Other Salaried Managers | 63.9% | 41.2% | 49.5% | 37.2% | 33.2% | 41.2% |

34.   The substantial representation of women among managers in firms comparable to Costco clearly suggests that women are available for, qualified for, and interested in Costco-like retail management jobs in substantial numbers.

35.   This fact, in turn, suggests that, when women are not employed by Costco in managerial positions at benchmark rates, the explanation for this shortfall is to be found in the company, its corporate culture, and its human resource management practices. It cannot be explained away as a shortage of available, qualified, and interested women.

May ___10___, 2006

*Marc Bendick Jr., Ph.D*
Marc Bendick, Jr., Ph. D.

-17-