

# Job Analysis

| Job Title: | Assistant Warehouse Manager | Department: | Administration |
|---|---|---|---|
| Work Site: | Climate controlled warehouse with concrete floor | Job Code: | Light |

## I. Job Summary

Directs, plans, and coordinates programs necessary for successful warehouse operations. Addresses personnel issues and oversees administrative tasks as performed by departmental managers and workers.

## II. Identification of Job Functions

**Essential Functions and Tasks:**

1) Demonstrates the ability to learn all aspects of the Warehouse Manager position. Fills in for Warehouse Manager when necessary.
2) Coordinates activities of departments to obtain optimum efficiency and facilitates interdepartmental cooperation.
3) Reviews operating and financial statements and directs appropriate measures to reach warehouse goals.
4) Manages, develops, counsels and directs employees. Makes recommendations for hiring, firing, suspension and promotion to Warehouse Manager. Drafts and participates in management evaluations. Writes weekly manager schedule.
5) Negotiates with outside vendors and approves contracted services.
6) Develops and implements policies and procedures for warehouse and departmental operations.
7) Ensures the safety and security of the warehouse. Chairs safety meetings, develops in-house safety programs.
8) Responds to employee concerns using problem-solving skills, tact, and discretion in accordance with the Costco Employee Agreement and other applicable regulations.
9) Provides and ensures prompt and courteous member service. Responds to member concerns using problem-solving skills, tact and discretion.
10) This is a full-time management/leadership position (45+ hours per week). This position requires periodic location reassignment within the region.

**Non-Essential Functions and Tasks:**

1) Assists with front-end duties as necessary.
2) Assists in any area of the warehouse as necessary.

## III. Qualification Standards

| Education/Training: | High School Diploma or GED required. |
|---|---|
| Licenses/Certifications: | Hazard Analysis Critical Control Point Certification required within 3 months. |
| Experience: | Management experience required, Merchandise Manager experience preferred. |
| Knowledge/Skills: | Computer skills, math skills, communication skills required. |

## IV. Operation of Vehicles, Equipment or Machinery

| During Essential Functions | During Non-Essential Functions |
|---|---|
| Computer, printer, phone, fax, calculator, copier | Computer, printer, phone, fax, calculator, forklift, Pallet jack, electrical jack, cash register, Hand-held / table top scanner, box knife |

JA_Whse_Admin_Asst Whse Mgr.doc   2/9/2004   Page 1 of 4

PIF 15  Exhibit 9 (1 of 4)
Dep: of: Zook
Date: 3/9/05
Sue Ross, CSR#5786

EXHIBIT 5
8/9/06

CRE 0002



**Costco**

## V. PHYSICAL DEMANDS

Frequency Key (Based on 8 hour shift)
N = Never  F = Frequently (2/3 to full shift)
O = Occasionally (under 2/3 of shift)  C = Continuous (over 5 hours)

### Posture/Movement/Sensory:

**During Essential Functions**

| | | | |
|---|---|---|---|
| Sitting | F | Kneeling | N |
| Walking | F | Climbing | O |
| Standing | O | Reaching: | |
| Bending | O | Above Shoulders | O |
| Squatting | O | At/Below Shoulders | O |

Visual Demands: Near vision while reading, preparing documents; far vision in warehouse.

Auditory Demands: Hearing required to converse with members, buyers, vendors and co-workers in person and by phone.

Other Physical Demands:

**During Non-Essential Functions**

| | | | |
|---|---|---|---|
| Sitting | O | Kneeling | O |
| Walking | F | Climbing | O |
| Standing | O | Reaching | |
| Bending | O | Above Shoulders | O |
| Squatting | O | At/Below Shoulders | O |

Visual Demands: Ability to read receipts, checks. Ability to see the length of the front end registers.

Auditory Demands: Hearing required to converse with members, buyers, vendors and co-workers in person and by phone.

Other Physical Demands:

| Strength | During Essential Functions | | | | | During Non-Essential Functions | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Weight in pounds | to 10 | 11-20 | 21-50 | 51-75 | 75-100 | to 10 | 11-20 | 21-50 | 51-75 | 75-100 |
| Lift/Carry Below Waist | O | O | N | N | N | O | O | O | N | N |
| Lift/Carry Waist/Chest | O | O | N | N | N | O | O | O | N | N |
| Lift/Carry Above Shoulder | O | O | N | N | N | O | O | N | N | N |

### Hand/Foot Movement

| During Essential Functions | | During Non-Essential Functions | |
|---|---|---|---|
| Simple grasp (< 8# of force) | F | Simple grasp (< 8# of force) | F |
| Power grasp (>8# of force) | O | Power grasp (>8# of force) | O |
| Finger/fine manipulation | O | Finger/fine manipulation | O |
| Pushing / Pulling with hands | O | Pushing / Pulling with hands | O |
| Foot controls | O | Foot controls | O |
| Repetitive hand motions | O | Repetitive hand motions | O |

**Safety: Equipment/ Training/ Attire:** On-going Company provided safety training commencing on hire date.

**Costco**

| | During Essential Functions | During Non-Essential Functions |
|---|---|---|
| **VI. Mental and Psychological Demands** | | |
| **BASIC WORK:** | | |
| 1) Follow verbal instruction | X | X |
| 2) Follow written instructions. | X | X |
| 3) Maintain the established work pace. | X | X |
| 4) Adhere to established work and safety procedures. | X | X |
| 5) Respond appropriately to direction and evaluation. | X | X |
| **ATTENTION TO TASK/DETAILS:** | | |
| 6) Perform simple and/or repetitive tasks. | X | |
| 7) Perform complex and/or varied tasks. | X | X |
| 8) Organize tasks and set priorities. | X | X |
| 9) Perform and/or direct multiple tasks simultaneously. | X | |
| **INTERACTION WITH OTHERS:** | | |
| 10) Work cooperatively with coworkers. | X | |
| 11) Interact and deal with customers or the public. | X | X |
| 12) Give training and/or instruction. | X | |
| 13) Direct or supervise others. | X | X |
| 14) Maintain composure under all circumstances. | X | |
| **DECISION MAKING:** | | |
| 15) Use basic problem-solving techniques. | X | X |
| 16) Work autonomously, or with minimal supervision. | X | |
| 17) Make independent judgments and decisions based on data/ circumstances. | X | X |

**VII. Environmental Conditions**

| Condition | During Essential Functions | | During Non-Essential Functions |
|---|---|---|---|
| Exposure to weather | N | | O - Parking lot |
| Extreme cold (non-weather related) | N | | N |
| Extreme heat (non-weather related) | N | | N |
| Wet and/or humid (non-weather related) | N | | N |
| Atmospheric conditions | N | | N |
| Noise intensity level | N | | N |
| Vibration | N | | N |
| Toxic/caustic chemicals | N | | O - Cleaning spills |
| Proximity to moving mechanical parts | N | | N |
| Exposure to electrical shock | N | | N |
| Other environmental conditions: | | | |

**Costco**

| Shaded areas to be filled out by Employer Representative | |
|---|---|
| Employee: | Additional Essential Position(s) Held: |
| Location: | ____% of Time _____ Position |
| [ ] Full-time   [ ] Part-time | ____% of Time _____ Position |

### VIII. Signatures

| | |
|---|---|
| Written By:<br>Cynthia Taylor, Costco HR | Date:<br>06/28/02 |
| Presented by: (Consultant's Name) | Date: |
| Employee Acknowledgement Signature: | Date: |
| Verified by: (Employer's Representative Name) | Date: |

### Physician's Report of Disability Status

☐ Approved to return to this position without restrictions

☐ Approved to return to this position with modifications/restrictions
  ☐ until ___/___/___   or   ☐ These restrictions are permanent

  modifications/restrictions:

☐ *Cannot* return to this position until ___/___/___

| Physician Signature: | | Please Return to: | Costco Wholesale<br>Attn: Whse Manager |
|---|---|---|---|
| Date: | | Location address: | |
| Print Physician name: | - | | |
| Physician phone: | | Location fax: | |
| Physician fax: | | Location phone: | |
| Additional comments: | | | |

CRE 00024