# Capital Reporting Company

Page 1

```
1              UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF CALIFORNIA
2               (San Francisco Division)

3    ------------------------------------x
     SHIRLEY "RAE" ELLIS, LEAH HORSTMAN
4    and ELAINE SASAKI on behalf of      :
     of themselves and all others
5    similarly situated,                 : Case No.

6              Plaintiffs,               : C04 3341 MHP
                    v.
7                                        :

     COSTCO WHOLESALE CORPORATION,
8                                        :

               Defendant.
9    ------------------------------------x

10                              Dulles, Virginia

11                      Wednesday, May 31, 2006

12   Video Deposition of:

13

14                   PATRICIA GLENN

15   a Plaintiff, called for oral examination by counsel

16   for Defendant Costco Wholesale Corporation,

17   pursuant to notice, at the Embassy Suites Hotel,

18   44610 Waxpool Road, Dulles, Virginia, 20147, before

19   Patricia A. Edwards, a Notary Public in and for the

20   Commonwealth of Virginia, beginning at 8:38 a.m.,

21   when were present on behalf of the respective

22   parties:
```

Capital Reporting Company

Page 56

1    little confused.  I understand what your

2    conversation with Jeff Long was.  But I

3    thought the original issue that you weren't

4    happy about was that you had been passed over

5    two times for merchandise manager position;

6    is that right?

7        MS. KAO:  That misstates testimony.

8    BY MR. WYBENGA:

9        Q    You can answer.  Is that what the

10   original issue was, the merchandise manager

11   job at Manassas?

12       A    Yes, because that was my last

13   assistant.

14       Q    Right.  Okay.  Got it.  So you've

15   told me about -- I've asked you if you feel

16   you've been treated unfairly, and you said,

17   yes, and I asked you how and you told me

18   about repeating staff level positions and

19   about the merch manager issue and about the

20   two percent increase.  Is there any other

21   rotation before I could be eligible for an

22   manner in which you feel you've treated

Capital Reporting Company

Page 57

1    unfairly by Costco?

2          A     Yes.

3          Q     How?

4          A     It took me two years longer than my

5    male peers to reach the same position.

6          Q     And what position are you talking

7    about?

8          A     Assistant warehouse manager.

9          Q     And what male peers are you talking

10   about?

11         A     Sam Bechtold.

12         Q     Anyone else?

13         A     Yeah, there's lots of them, but --

14   and when you say peer, I actually worked with

15   him.  We had -- Mike Bechtold.

16         A     Yes.  They're twins.  Randy

17   Randallson.  Tony Ciccarello.  Those are ones

18   I can think of right now.

19         Q     And did all of these, Sam, Mike,

20   Randy, and Tony, all work in one of the

21         Q     Sam's brother?

22   warehouses where you worked at the same time?

Capital Reporting Company

Page 58

1    You were co-workers?  I know you said you

2    were with Sam.  Were you --

3           A    Yes.

4           Q    -- with all of them?

5           A    Yes.

6           Q    So how long did it take Sam to make

7    it to assistant manager?

8           A    He completed all four rotations one

9    time.

10          Q    So a year each.  Was it about --

11          A    No --

12          Q    -- four years?

13          A    -- his last one was only a matter of

14   three or four months.  He was admin manager.

15          Q    So I know you say he did each of the

16   rotations once.  And by rotations, you mean

17   the staff manager rotations?

18          A    Yes.

19   administrative and receiving and

20   merchandising managers?

21          Q    And that would be front end and

22          A    Correct.

Capital Reporting Company

Page 59

1          Q     And you talked about years that it

2     was -- took you two years longer.  Do you

3     have any idea how many years?  I know you

4     said you did each rotation just once, Sam

5     Bechtold, but do you have any idea how many

6     years that took?

7          A     He was a year in each position with

8     the exception of the last one --

9          Q     So --

10         A     -- which was --

11         Q     -- the admin three to four months --

12         A     Uh-huh.

13         Q     -- you talked about.  And how do you

14    -- how do you know that?

15         A     We were auditors together.  We became

16    junior level managers at the same time on the

17    floor.  He was hard lines manager.  I was

18    foods manager.

19         Q     And do you have any knowledge about

20    Sam Bechtold's performance appraisals?

21         Q     And that would be front end and

22         A     No.

Capital Reporting Company

Page 60

1    hired by Costco?

2         A    I believe when the one opened in

3    Sterling, he was still in high school.  That

4    was a long time ago.  I'm not sure whether it

5    was 17 years or 18 years.

6         Q    So you think your best estimate is

7    that Sam Bechtold started working for Costco

8    17 or 18 years ago?

9         A    That's my -- when the Price Club

10   opened in Sterling, I believe he was one of

11   the --

12        Q    Original employees?

13        A    Yes.

14        Q    And how about Mike Bechtold, what do

15   you know about how many years it took him to

16   become an assistant manager?

17        A    He was the -- I believe it took him

18   two years.  He was the front-end manager, and

19   he was the merchandising manager, and then he

20   got promoted.

21        Q    And do you have any idea when he was

22        Q    So as far as you know, he didn't do

Capital Reporting Company

1    receiving or admin?

2          A    Correct.

3          Q    Do you know that, or are you --

4          Q    Know that.  Okay.  And how do you

5    know that?  You've worked together, or --

6          A    Yes.  We worked together for a long

7    time.  I was there working either for him or

8    with him.

9          Q    And do you have any knowledge about

10    Mike Bechtold's performance appraisals?

11          A    No, I do not.

12          Q    Do you have any knowledge about when

13    he started with Costco?

14          A    Same as Sam.

15          Q    So he also was an original employee

16    in Sterling?

17          A    Yes.

18          Q    Of course, they're twins.  And what

19    about Randy Randallson, how many years did it

20    take him to become an assistant manager?

21          A    I know that.

22          A    He was receiving manager at Pentagon

## Capital Reporting Company

Page 62

1    City, and then he was admin manager, and then

2    he became an assistant.

3              Q    So getting -- getting back to Mike

4    Bechtold, you said -- you said two years.  Is

5    that roughly one year at front end and one

6    year at merch?

7              Q    And then with Randy Randallson, how

8    many years did that take, the receiving and

9    admin?

10             A    Approximately two years.  I don't

11   believe that it was quite two, but --

12             Q    And do you have any knowledge as to

13   whether he served as a front-end manager or a

14   merch manager?

15             A    Not to my knowledge.

16             Q    But you don't know?

17             A    Correct.

18             Q    And do you have any idea when he

19   started with Costco?

20             A    No, I do not.

21             A    Correct.

22             Q    Do you have any idea about his

Capital Reporting Company

Page 63

1    performance appraisals?

2          A     No, I do not.

3          Q     And then the same questions here for

4    Tony Ciccarello.   How long did it take him

5    in terms of years?

6          A     I'm not sure about the length of time

7    before he became an assistant.  I know he was

8    the merchandising manager at Pentagon City.

9    I don't know how long he was -- whether it

10   end and then he was promoted to an assistant.

11         Q     And do you have any knowledge as to

12   whether he served as a receiving manager and

13   admin manager in his career at Costco?

14         A     No, I don't have any knowledge of him

15   performing those positions.

16         Q     You just don't know one way or the

17   other; right?

18         A     I'm pretty certain he did not do

19   those, but --

20         Q     What do you base that on?

21   was over a year, and then he went to front

22         A     Because I've known him for years, you

Capital Reporting Company

Page 64

1    know.

2              Q    Did he work --

3              A    I've worked with these people.

4              Q    But Tony worked in other buildings

5    where you weren't working; right?

6              A    Correct.

7              Q    And do you have any idea of when he

8    was hired by Costco?

9              A    No, I do not.

10             Q    Do you have any idea of how his

11   performance appraisals have been?

12             A    No.

13   longer than your male peers to reach

14   assistant manager, am I right that you're

15   basing that on the amount of time you spent

16   as a staff manager?

17             A    Correct.

18             Q    And so your career was five years as

19   staff manager; is that correct?

20             A    Correct.  Yes.

21             Q    So when you say it took you two years

22             Q    You became a staff manager in May of

Capital Reporting Company

Page 65

1    2000; correct?

2           A    Yes.  Correct.

3           Q    And then were promoted to assistant

4    manager in --

5           A    September -- I mean in --

6           Q    -- May of 2005?

7           A    I became -- say this again?

8           Q    You became -- am I right that you

9    became a staff manager in May of 2000?

10          A    Yes.

11          Q    And then remind me when you became an

12   assistant manager?

13          A    September of 2005.

14          Q    Okay.  So five years and four months,

15   roughly?

16          Q    And you think it took Sam, Mike,

17   Randy, and Tony, about two years less than

18   that to become assistant managers?

19          A    Correct.

20          Q    Is there any other -- well, let me

21          A    Yes.

22   ask you this, are you aware of any male

Capital Reporting Company

Page 66

1    assistant managers who took longer than you

2    did to become an assistant?

3          A    No.

4          Q    Have you ever looked at that, or

5    evaluated that, the way that you have the

6    folks that you think took less time?

7          A    Could you repeat that, please?

8          Q    Well, I mean, you've obviously

9    thought about who took -- what men got to

10   assistant manager more quickly than -- than

11   you did; right?

12         A    Correct.

13         Q    Just wondering if you've ever thought

14   about whether there are men who got there

15   less quickly than you did?

16         A    I have not known any, but it doesn't

17   mean that -- I haven't really thought about

18   it.

19   you got there faster than some men?

20     MS. KAO:  Objection.  Call for

21         Q    Well, that's possible, right, that

22   speculation.

Capital Reporting Company

Page 67

```
1    BY MR. WYBENGA:

2         Q    You can answer.

3         MS. KAO:  If you know.

4         THE WITNESS:  I don't know.

5    BY MR. WYBENGA:

6         Q    I've just -- I'm not asking if you

7    know, i'm asking if it's possible.

8         A    All things are possible.

9         Q    Now, continuing this topic of ways

10   that you think Costco has treated you

11   unfairly, anything else, beyond what you've

12   told me?

13        A    When I was a stocker on the floor, I

14   was the clothing stocker, and I had to work

15   harder to go to other sections to show them

16   that I could -- you know -- I could stock

17   other things than clothing.

18        Q    Now, when you say you had to work

19   harder to show them you could stock other

20   things than clothing, did someone tell you

21        Q    Well, that's possible, right, that

22   that?  Where does that come from or what do
```

Capital Reporting Company

1    I'm just -- I'm interested in just that first

2    paragraph under job postings.

3        THE WITNESS:  Just all of A or just

4    that first bullet?

5    BY MR. WYBENGA:

6    Q    Really just the first bullet under --

7    under job postings.  I'm wondering if you can

8    just tell me what that says?

9        A    Just what I told you before that we

10   the human resources meeting last week.

11       Q    Okay.

12       A    That all job openings up to and

13   including staff managers in the locations and

14   assistant buyers and salaried managers at the

15   corporate and regional offices are posted in

16   the location.

17       Q    So does this -- I guess I'm a little

18   confused about what you told me you learned

19   last week.  Does this refresh your

20   recollection, from the March 2004 employee

21   learned in --  you know, that we discussed in

22   agreement, that the policy, the company

Capital Reporting Company

Page 128

```
 1    policy, is, in fact, to post all positions up

 2    to and including staff manager?

 3          A    No, in the meeting last week, they

 4    said up to and including junior level

 5    managers, that a staff level manager did not

 6    have to be posted.  However, in my warehouse,

 7    he has posted almost all of them.

 8          Q    Okay.  So the -- the practice in your

 9    warehouse has to been to post the staff

10    manager positions?

11          A    The -- there was only two -- two

12    staff level positions that were not posted,

13    was for the merch manager when I got

14    promoted.

15          Q    And those were rotations?

16          A    No, they were promotions.  Junior

17    managers got promoted to those two positions.

18          Q    And they were posted?

19          A    No, they were not.  I -- well, now,

20    wait a minute.  No.  I'm sorry, I am

21    and one was for the receiving manager and one

22    incorrect on that.  They were posted.
```

## Capital Reporting Company

Page 198

```
1                CERTIFICATE OF NOTARY PUBLIC

2

3    I, PATRICIA A. EDWARDS, the officer before whom the

4    witness whose testimony appears in the foregoing

5    deposition was duly sworn by me; that the testimony of

6    said witness was taken by me in stenotype and thereafter

7    reduced to typewriting under my direction; that said

8    deposition is a true record of the testimony given by said

9    witness; that I am neither counsel for, related to, nor

10   employed by and of the parties to the action in which this

11   deposition was taken; and, further, that I am not a

12   relative or employee of any counsel or attorney employed

13   by the parties hereto, nor financially or otherwise

14   interested in the outcome of this action.

15

16                         Patricia A. Edwards

17                         PATRICIA A. EDWARDS

18                         Notary Public in and for the

19                         Commonwealth of Virginia

20

21   My commission expires:

22   March 31, 2008
```