00001

1    UNITED STATES DISTRICT COURT

2    NORTHERN DISTRICT OF CALIFORNIA

3       SAN FRANCISCO DIVISION

4

5    ------------------------------

6  SHIRLEY "RAE" ELLIS, LEAH    )

7  HORSTMAN and ELAINE SASAKI,  )

8  on behalf of themselves       )

9  and all others similarly     )

10  situated,               )

11          Plaintiffs,   )

12   vs.              ) No. C04 3341

13  COSTCO WHOLESALE CORPORATION, )    MHP

14          Defendant.   ) VOLUME I

15  ------------------------------

16

17    Deposition of JESSICA MARIA HARRELL,

18    taken at the Newark Airport Hilton,

19    Elizabeth, New Jersey, commencing

20    at 9:17 a.m., Friday, April 7, 2006,

21    before Seva Flicstein, RMR, CRR,

22    CSR No. 8727 and Notary Public.

23

24

25  PAGES 1 - 364

00180

1  organization and attention to detail.

2      Q.   So in -- turning to page 2 of

3  collective 2004, which is the 2/19/02

4  bio -- biographical form you filled out, you said

5  you saw yourself in two years as an assistant

6  warehouse manager?

7          MS. KAO:  Objection; mischaracterizes

8  testimony.

9      Q.   "Where do you see yourself in two

10  years?" the document says.  "Assistant warehouse

11  manager."

12          Do you see that?

13      A.   Oh, yes.

14      Q.   Is that what it says?  Yes?

15      A.   That's what it says there verbatim.

16      Q.   And you wrote it; right?  Or at least

17  you wrote the response to the question, "Where do

18  you see yourself in two years?"

19      A.   Right.  But the question is kind of

20  vague.  In two years.  Well, in two years you could

21  have had a position secured and ready to move on to

22  the next another position.

23          "In two years" doesn't mean just

24  getting into the position.  So in two years you can

25  be on your second cycle, and two years and one day

**Harrell, Jessica M (4/7/06)**              **Page 180**

00181

1  you want a promotion.

2         So it's kind of -- "in two years"

3  depends on how you kind of really look at it.

4     Q.   You agree that two years and one

5  month after the date of -- less than two years and

6  one month -- if the termination was roughly 3 --

7  you say 3/2 or 3/3 of '04?

8     A.   I didn't hear that.  One more time.

9     Q.   When was the termination again?

10    A.   March of '04.

11    Q.   And you said the day?

12    A.   The 2nd or the 3rd.

13    Q.   Okay.  Of March.

14         So less than two years and one month

15  after you fill out this form, you will agree you

16  were terminated; correct?

17    A.   Correct.

18    Q.   And then, again, for warehouse

19  manager, "Where do you see yourself in five years?"

20  is the question as stated on the form.

21         And you wrote, "Less than five years,

22  warehouse manager."  Is that right?

23    A.   That is correct.

24         MR. WYBENGA:  And I think, if

25  everyone's stomachs are grumbling like mine is, we

**Harrell, Jessica M (4/7/06)**                    **Page 181**

00325

1    A.   As I said before, I don't remember

2 this.  I don't know if it was Honor.  I don't

3 remember if it was Scott.  If I don't remember I'm

4 not going to remember the contents of it.

5         Again, like I said, it's just a very

6 incomplete evaluation.

7         MS. KAO:  How much time is left on

8 the record?

9         MR. WYBENGA:  40 minutes.

10        THE VIDEOGRAPHER:  That's about

11 right.

12    Q.   (BY MR. WYBENGA:)  And approximately

13 five months after receiving this review on 10 of

14 '03 you were terminated from Costco, in March of

15 '04?

16    A.   That's correct.

17    Q.   And am I correct that you were

18 terminated, and that the stated reason for your

19 termination was theft?

20    A.   That is not true.

21    Q.   What was the stated reason that

22 Costco told you you were being terminated?

23    A.   Costco states dishonesty and alleged

24 theft.  I'm not sure which one.

25    Q.   And that dishonesty --

**Harrell, Jessica M (4/7/06)**              **Page 325**

00326

1        You would agree that you were

2  terminated for cause; right?

3        MS. KAO:  Objection; calls for a

4  legal conclusion.

5        Q.    Costco either terminates -- Costco

6  either terminates people for cause under terminable

7  offenses in the employee agreement?

8        MS. KAO:  Objection, same objection.

9        Q.    Have you seen the employee agreement?

10        She doesn't have to be a lawyer to

11  see the employee agreement.

12        A.    As I stated in the very beginning,

13  that I received an employee agreement.  So my

14  answer is yes.

15        Q.    You are aware in the employee

16  agreement there is a list of terminable offenses?

17        A.    Yes.

18        Q.    You would agree that dishonesty or

19  theft is one of those categories of terminable

20  offenses?

21        A.    As stated in the handbook.

22        Q.    Yes?

23        A.    Yes.

24        Q.    And your termination was in

25  connection with the, as you call it -- I'll use

**Harrell, Jessica M (4/7/06)**          **Page 326**

00364

1                C E R T I F I C A T E

2

3           I, SEVA FLICSTEIN, a Certified

4  Shorthand Reporter and Notary Public of the State

5  of New Jersey, do hereby certify that prior to the

6  commencement of the examination the witness was

7  sworn by me to testify the truth, the whole truth

8  and nothing but the truth.

9           I DO FURTHER CERTIFY that the

10  foregoing is a true and accurate transcript of the

11  testimony as taken stenographically by and before

12  me at the time, place and on the date hereinbefore

13  set forth.

14           I DO FURTHER CERTIFY that I am

15  neither of counsel nor attorney for any party in

16  this action and that I am not interested in the

17  event nor outcome of this litigation.

18

19

20

21       _____

22       SEVA FLICSTEIN,

23       New Jersey Certificate No. XI 01413

24       California Certificate No. 8727

25