```
 1           UNITED STATES DISTRICT COURT
 2          NORTHERN DISTRICT OF CALIFORNIA
 3             SAN FRANCISCO DIVISION
 4
 5   ----------------------------------------
 6   SHIRLEY "RAE" ELLIS and LEAH           )
 7   HORSTMAN, on behalf of themselves      )
 8   and all others similarly situated,     )   ORIGINAL
 9              Plaintiffs,                 )
10   vs.                                    )   No. C04 3341
11   COSTCO WHOLESALE CORPORATION,          )       MHP
12              Defendant.                  )   VOLUME I
13   ----------------------------------------
14
15
16       Videotaped deposition of ELAINA WALES,
17       taken at 275 Battery Street, 30th Floor,
18       San Francisco, California, commencing
19       at 9:14 a.m., Friday, March 31, 2006,
20       before Cynthia Manning, CSR No. 7645.
21
22
23
24
25   PAGES 1 - 256
```

1

| | | |
|---|---|---|
| 1 | know anything about that. | 15:47:01 |
| 2 | BY MS. SHELBY: | |
| 3 |     Q. So you don't know whether it was the right | |
| 4 | decision or fair or unfair. You just believe that you | |
| 5 | were qualified and so you could have been put in that | 15:47:08 |
| 6 | position; is that what you're saying? | |
| 7 |     A. Correct. | |
| 8 |     Q. No. 3 again talks about statistics. Is that, | |
| 9 | again, some information that you did not provide to this | |
| 10 | position statement? | 15:47:32 |
| 11 |     MR. HUTCHINSON: Objection; mischaracterizes | |
| 12 | prior testimony, argumentative. | |
| 13 |     THE WITNESS: "I am unaware of any female | |
| 14 | operations, vice presidents, regional, divisional or | |
| 15 | senior in the country" was my statement. | 15:48:02 |
| 16 | BY MS. SHELBY: | |
| 17 |     Q. And the other part was not yours, correct? | |
| 18 |     MR. HUTCHINSON: Objection; assumes facts not | |
| 19 | testified to, argumentative. | |
| 20 |     THE WITNESS: Not that I recall. | 15:48:13 |
| 21 | BY MS. SHELBY: | |
| 22 |     Q. And then the last statement says, "I believe | |
| 23 | Costco has a pattern and practice of discriminating | |
| 24 | against its female employees in filling management | |
| 25 | positions." | 15:48:27 |

242

| | | |
|---|---|---|
| 1 | Is that a true statement of what you believed | 15:48:27 |
| 2 | when you filed this? | |
| 3 | A.  Yes. | |
| 4 | Q.  Do you still believe that? | |
| 5 | A.  I believe that we don't have a level playing | 15:48:33 |
| 6 | field. | |
| 7 | Q.  Okay.  But do you also believe that Costco has | |
| 8 | a pattern and practice of discriminating against | |
| 9 | females? | |
| 10 | A.  If there is not a level playing field, there | 15:48:46 |
| 11 | is -- how can you discern who is making those decisions | |
| 12 | and how they are being made. | |
| 13 | Q.  I see.  But you're not personally aware of any | |
| 14 | single instance where someone has been discriminated | |
| 15 | against, correct? | 15:49:03 |
| 16 | MR. HUTCHINSON:  Objection; misstates prior | |
| 17 | testimony. | |
| 18 | BY MS. SHELBY: | |
| 19 | Q.  That's correct, right? | |
| 20 | A.  Yes. | 15:49:08 |
| 21 | Q.  Do you know what happened from the EE -- what | |
| 22 | the EEOC did with this charge? | |
| 23 | A.  No, I haven't seen the documentation. | |
| 24 | Q.  Are you aware that they investigated your | |
| 25 | charge? | 15:49:31 |

```
 1    BY MS. SHELBY:                                        16:20:27

 2        Q.  So you have not sued Costco for an individual

 3    gender discrimination claim, correct?

 4        A.  Correct.

 5        Q.  And why not?                                  16:20:32

 6        A.  This is not about me.  This is not about

 7    Elaina's personal gain.  This is about a level playing

 8    field for all women.

 9        Q.  What makes you think that the current system

10    isn't fair to women?                                  16:20:51

11        A.  The current system isn't fair to anybody.

12        Q.  Including men?  Right?  Doesn't the same system

13    apply to women and men?

14        A.  That would be correct.

15        Q.  So is it fair that it's not that you think the 16:21:03

16    system isn't fair to women, it's not fair to anybody?

17            MR. HUTCHINSON:  Objection; calls for a legal

18    conclusion.

19            THE WITNESS:  In my opinion, it's not fair.

20    BY MS. SHELBY:                                        16:21:14

21        Q.  To anybody?

22        A.  To anybody.

23        Q.  So you're under the impression that you are

24    going to do some good by participating in the lawsuit

25    for everybody at Costco who is trying to get promoted? 16:21:25
```

250

```
1    STATE OF CALIFORNIA    )
2                           :ss
3    COUNTY OF SAN MATEO    )
4
5         I, CYNTHIA MANNING, CSR NO. 7645, do hereby
6    certify:
7         That the foregoing proceedings were taken before
8    me at the time and place herein set forth; that any
9    witnesses in the foregoing proceedings, prior to
10   testifying, were placed under oath; that a verbatim
11   record of the proceedings was made by me using machine
12   shorthand which was thereafter transcribed under my
13   direction; further, that the foregoing is an accurate
14   transcription thereof.
15        I further certify that I am neither financially
16   interested in the action, nor a relative or employee of
17   any attorney of any of the parties.
18        IN WITNESS WHEREOF, I have this date subscribed
19   my name.
20
21   DATED: April 7, 2006
22
23
24                    _____
25                    CYNTHIA MANNING, CSR No. 7645
```

253