

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
San Francisco District Office

901 Market Street, Suite 500
San Francisco, CA 94103
(415) 356-5100
TTY (415) 356-5098
FAX (415) 356-5126

February 5, 2003

David D. Kadue
Seyfarth Shaw
One Century Plaza
2029 Century Park East, Suite 3300
Los Angeles, CA 90067-3063

RE: **Shirley Ellis v. Costco Wholesale**
EEOC Charge Number 370-A3-00127

Dear Mr. Kadue:

We are in receipt of your December 27, 2002 response to the Commission's request for information. At this time, additional information is needed in order to continue the investigation of the above referenced charge. Please provide the following information no later than **Wednesday, February 19, 2003.**

1. For the period of October 31, 2001 through October 31, 2002, for *all* locations of Respondent in the state of California, submit:
    a. Names of all employees employed at any point in the position of Hourly Supervisor
    b. Date of hire of all abovementioned employees
    c. All other positions held by abovementioned employees
    d. Sex of all abovementioned employees.

2. For the period of October 31, 2001 through October 31, 2002, for *all* locations of Respondent in the state of California, submit:
    a. Names of all employees employed at any point in the position of Area Manager
    b. Date of hire of all abovementioned employees
    c. All other positions held by abovementioned employees
    d. Sex of all abovementioned employees.

3. For the period of October 31, 2001 through October 31, 2002, for *all* locations of Respondent in the state of California, submit:
    a. Names of all employees employed at any point in the position of Senior Area Manager
    b. Date of hire of all abovementioned employees
    c. All other positions held by abovementioned employees
    d. Sex of all abovementioned employees.

4. For the period of October 31, 2001 through October 31, 2002, for *all* locations of Respondent in the state of California, submit:

      a.    Names of all employees employed at any point in the position of Assistant Manager
      b.    Date of hire of all abovementioned employees
      c.    All other positions held by abovementioned employees
      d.    Sex of all abovementioned employees.

5. For the period of October 31, 2001 through October 31, 2002, for *all* locations of Respondent in the state of California, submit:
      a.    Names of all employees employed at any point in the position of General Manager and/or Warehouse Manager
      b.    Date of hire of all abovementioned employees
      c.    All other positions held by abovementioned employees
      d.    Sex of all abovementioned employees.

6. Submit a copy of Respondent's "Rothman Work Plan."

We direct your attention to SECTION 710 of TITLE VII of the CIVIL RIGHTS ACT OF 1964, as amended, under which this agency is empowered to subpoena evidence necessary to its investigations.

It is our hope that we will receive the requested information and that it will be therefore unnecessary for us to resort to the subpoena process. However, unless the requested information and records are received, we will proceed under the above statute.

If you have any questions, please do not hesitate to contact me at (415) 356-5125, or via email at jennifer.michaels@eeoc.gov.

Sincerely,

Jennifer B. Michaels
Jennifer Michaels
Federal Investigator

Fax: 415.356.5030