# SEYFARTH
## ATTORNEYS SHAW

One Century Plaza
2029 Century Park East
Suite 3300
Los Angeles, CA 90067-3063
310-277-7200
fax 310-201-5219
www.seyfarth.com

Writer's direct phone

Writer's e-mail

February 19, 2003

**Via facsimile [415.356.5126] and Fedex**
Jennifer Michaels
Federal Investigator
Equal Employment Opportunity Commission
San Francisco District Office
901 Market Street, Suite 500
San Francisco, CA 94103

    RE:    *Shirley Rae Ellis v. Costco Wholesale*
            EEOC Charge Number 370-A3-00127

Dear Ms. Michaels:

    Thank you for your letter of February 5, 2003, requesting more information in this matter. With the overnight mailing of this letter you will receive the following:

    1.    All hourly supervisors employed in the State of California for the period October 31, 2001 through October 31, 2002, with their gender and date of hire and other positions held by each individual since the date in 1999 when this information became readily available. (301 pp.)

    2.    All persons in the category of other salaried managers (which is what we think you have in mind in asking for Area Manager) employed in the State of California for the period October 31, 2001 through October 31, 2002, with their gender and date of hire and other positions held by each individual since the date in 1999 when this information became readily available. (145 pp.)

    3.    All persons in the category of staff manager (which is what we think you have in mind in asking for Senior Area Manager) employed in the State of California for the period October 31, 2001 through October 31, 2002, with their gender and date of hire and other positions held by each individual since the date in 1999 when this information became readily available. (49 pp.)

    4.    All Assistant Warehouse Managers employed in the State of California for the period October 31, 2001 through October 31, 2002, with their gender and date of hire and other

BRUSSELS | WASHINGTON, D.C. | SAN FRANCISCO | SACRAMENTO | NEW YORK | LOS ANGELES | HOUSTON | CHICAGO | BOSTON | ATLANTA

LA1 6395101.1 / 18811-000310

Case3:04-cv-03341-EMC   Document430   Filed09/29/06   Page2 of 3

positions held by each individual since the date in 1999 when this information became readily available. (21 pp.)

5.  All Warehouse Managers employed in the State of California for the period October 31, 2001 through October 31, 2002, with their gender and date of hire and other positions held by each individual since the date in 1999 when this information became readily available. (10 pp.)

6.  A copy of the Rothman Work Plan.

Some points bear emphasizing. The Charging Party is an Assistant Warehouse Manager who has never held any other position with Costco. She seeks a Warehouse Manager job in California. The statistics contained in the enclosure confirm the content of our prior letter to the Commission, dated December 26, 2002: the Charging Party is NOT the victim of gender discrimination, as women as well as men are promoted from Assistant Warehouse Manager to Warehouse Manager. Specifically, the enclosed data show that women constitute 17.5% of Assistant Managers in California and 17.7% of Warehouse Managers. Further, the data show that since October 31, 2001, Costco has filled nine Warehouse Manager positions in California, five of them with women

Something else appearing from the enclosed is that virtually all Warehouse Managers in California have had a very long tenure with Costco. In almost all cases the tenure is greater than ten years, compared to the relatively short tenure of the Charging Party.

Finally, though the relevance is scant given the Charging Party's work history, the data show that since October 21, 2001, the percentage of women promoted within Costco follows closely the percentage of women in the next-lower level of management:

| Job or job group | Women selected | Men selected | Total | % women |
|---|---|---|---|---|
| Hourly supervisors | 488 | 971 | 1459 | 33.45 |
| Other salaried managers | 326 | 735 | 1061 | 30.7 |
| Staff managers | 92 | 245 | 337 | 27.3 |
| Ass't WM | 11 | 23 | 34 | 32.4 |
| WM | 5 | 4 | 9 | 55.6 |
| Total | 922 | 1978 | 2900 | 31.8 |

LA1 6395101.1 / 18811-000310



We would be happy to discuss this material with you and address any questions you have.

Very truly yours,

SEYFARTH SHAW

David D. Kadue