# SEYFARTH
### ATTORNEYS SHAW

One Century Plaza

2029 Century Park East

Suite 3300

Los Angeles, CA 90067-3063

310-277-7200

fax 310-201-5219

www.seyfarth.com

Writer's direct phone

Writer's e-mail

December 26, 2002

**VIA FEDERAL EXPRESS**

Deborah W. Randall
Equal Employment Opportunity Commission
San Francisco District Office
901 Market Street, Suite 500
San Francisco, CA 94103

     RE:   *Ellis v. Costco Wholesale*, Charge No. 370A300127

Dear Ms. Randall:

    This letter responds to the above-referenced charge of discrimination filed against Costco Wholesale by Shirley Rae Ellis.[1] Ellis, an Assistant Warehouse Manager, alleges that Costco has denied her promotion to the Warehouse Manager position because of her gender. We demonstrate here that this conclusion is mistaken.

    Ellis works as an Assistant Warehouse Manager at a Costco location, #439, at 1471 S. Havana in Aurora, Colorado, near Denver, where she has worked for two years. She has been a Costco employee for only four years. Persons selected to fill Warehouse Manager positions typically have had many more years of Costco experience. Consider, for example, the four people Ellis refers to in her charge as having recently been selected as Warehouse Managers: these individuals have had an average company tenure of fifteen (15) years.

---

[1]    The statement of position set forth herein is based upon the undersigned's knowledge of the facts at the time of this statement of position and is provided in an attempt to mediate, conciliate, settle or otherwise resolve the captioned charge. Respondent in no way waives its right to present new or additional facts or arguments based upon subsequently acquired information or evidence. Further, this statement of position, although believed to be true and correct in all respects, does not constitute an affidavit and is not intended to be used as evidence of any kind in any commission or court proceeding.

BRUSSELS

WASHINGTON, D.C.

SAN FRANCISCO

SACRAMENTO

NEW YORK

LOS ANGELES

HOUSTON

CHICAGO

BOSTON

ATLANTA



Ellis effectively delayed her progress toward the Warehouse Manager position by seeking and receiving a transfer from Michigan to the Denver area to be with her elderly mother. By doing so she took herself out of her original Costco Region, where promotional opportunities have been relatively numerous, and placed herself in a geographical area in which Costco already had leading candidates for promotion to the position of Warehouse Manager.

Ellis only recently indicated to senior management her desire to be promoted out of the Denver area. Although she works near Denver, she now says she wants to run a warehouse in California. Her charge points to four recent selections of Warehouse Managers in California. She claims, erroneously, that the four men selected to fill those positions have less experience and ability than she has.

Costco categorically denies that it has discriminated against Ellis based on gender. She was not the best qualified candidate for any of the jobs in question. Her allegations of sex discrimination are without merit. Accordingly, her charge should be dismissed.

## BACKGROUND REGARDING COSTCO

Costco Wholesale, Inc., is a Washington corporation headquartered in Issaquah, Washington. Costco is not a federal contractor covered by Executive Order 11246. In the United States, Costco has about 80,000 employees and operates about 300 cash and carry membership warehouses, which sell to businesses and certain individual members. Products range from foods, office supplies, electronics, clothing, tires, and housewares to health and beauty aids. Each Costco warehouse has its own management team. The Warehouse Manager is supported by Assistant Managers and a team of staff level managers, department managers, area supervisors, and department leads. Generally more than 200 employees work at each warehouse. There are about 260 employees at the Aurora, Colorado warehouse where Ellis works.

## COSTCO IS COMMITTED TO EQUAL EMPLOYMENT OPPORTUNITY

Costco is committed to providing a work environment free from all forms of unlawful employment discrimination. Costco employees receive an employee handbook called the Employee Agreement,[2] which includes Costco's Equal Opportunity Policy,[3] Costco's procedure for Open Door Policy/Settlement of Disagreements[4] and other important information and policies. The Equal Opportunity Policy states:

It always has been and continues to be Costco's policy that employees should be able to enjoy a work environment free from all forms of unlawful employment discrimination. The Company is committed to ensuring that all decisions regarding recruitment, hiring,

---

[2]     The Employee Agreement, Exhibit 1.

[3]     Equal Opportunity Policy, Exhibit 1, page 12.

[4]     Open Door Policy/Settlement of Disagreements, Exhibit 1, pages 11-12.



promotion, assignment, training, termination, and other terms and conditions of employment will be made without unlawful discrimination on the basis of race, color, national origin, ancestry, sex, sexual orientation, religion, age, disability, veteran status or any other factor which cannot lawfully be used as a basis for an employment decision.[5]

Costco encourages employees to report any suspected violation of its anti-discrimination policy by way of the Open Door Policy. The Employee Agreement tells employees how to report discrimination:

> If at any time you believe you are being subjected to harassment or discrimination, if you become aware of such conduct being directed at someone else or if you believe another employee has received more favorable treatment because of discrimination, please promptly notify your Supervisor, Manager, Vice President or Home Office Personnel, as appropriate, in accordance with the Open Door Policy.[6]

## ORGANIZATIONAL STRUCTURE

With some immaterial exceptions, Costco has organized its warehouse operations into three Divisions, with each Division having two or three Regions and each Region having two or three Districts. Each District has within it some 15 to 25 warehouses. Across the country Costco thus has three Divisions, eight Regions, fifteen Districts. The warehouse in which Ellis works is one of 24 locations in District 2 of the San Diego Region of the Southwest Division.[7]

The management structure corresponding to this organization is as follows. Each of the three Divisions – Southwest, Eastern, and Northern/Midwest – is headed by an Executive Vice President. Each Region reporting into an Executive Vice President typically is headed by a Senior Vice President. Each District reporting into a Region is headed by a Vice President. Reporting into each Vice President for a District are the 15-25 Warehouse Managers who work in that District. And reporting to each Warehouse Manager are two or three Assistant Warehouse Managers.

## THE CRITICAL IMPORTANCE OF THE WAREHOUSE MANAGER JOB

A warehouse management team operates the building in a fashion that the Warehouse Manager deems appropriate for the individual marketplace. All Costco managers are expected to operate the business as though it were their own, while adhering to the Costco Mission Statement and Code of Ethics.[8] This entrepreneurial approach to running the business has kept Costco on the leading edge, enabling it to grow into the dominant force in the warehouse club industry.

---

[5]     Equal Opportunity Statement, Exhibit 1, page 12.

[6]     Reporting Harassment or Discrimination, Exhibit 1, page 14.

[7]     See Warehouse Ops Flow Chart, Exhibit 2.



The Warehouse Manager job is highly demanding.  The Warehouse Manager is the leader of the hundreds of employees who work at the warehouse.  She is responsible for the commercial success and financial profitability of her location.  She is responsible for hiring, disciplining and dismissing employees according to Costco policy.  She directs and reviews the management teams, schedules staff meetings, determines agendas, and controls the day-to-day operation of the warehouse.  She is constantly on call to respond as the needs of the warehouse may arise.  This is a more than full-time management job, easily consuming more than 45 hours per week and often including early morning hours (e.g., starting at 3:00 a.m.).

## SELECTION OF WAREHOUSE MANAGERS IN CALIFORNIA

The demanding job of Warehouse Manager requires strong skills as an aggressive leader, motivator, merchandiser, planner, organizer, together with a record of accomplishment and financial experience and literacy.  Operations knowledge is also crucial.  Experience in the Costco warehouse environment is critical to the acquisition of the foregoing characteristics of a successful candidate for the Warehouse Manager position.

Tenure with the Company also has independent value.  Costco is committed to promoting from within.  Promotions are based on skill and ability. As stated in the Employee Agreement, "Individuals will be selected for promotion based on skill and ability. Where skill and ability are equal, then length of continuous employment will be the determining factor."[9]  A Warehouse Manager typically has a dozen or more years of prior experience with Costco (or its 1992 merger partner Price Club), in positions of progressively greater responsibility within Costco.

Because of its importance to the daily operation of the business, the Warehouse Manager position is not one that Costco leaves open any longer than is absolutely required by circumstances.  Costco shortens vacancies in this position by identifying the most promotable candidates well in advance.  With no significant exceptions, Warehouse Manager jobs are filled either by existing Warehouse Managers (transferred from another location) or by Assistant Managers (promoted from within the warehouse or transferred from another location).

## THE ABSENCE OF ANY NEED FOR POSTING FOR WAREHOUSE MANAGERS

Ellis complains that Costco does not post openings for the position of Warehouse Manager.  Yet she offers no evidence that lack of posting affected her chances or the chances of anyone else for promotion to a Warehouse Manager position.

Moreover, there are sound reasons for making the business judgment not to post for this high-level management position.  Consider first that Costco *does* post openings for certain lower-level manager positions.  An example would be the position of Front End Manager, which is two

---

8       Exhibit 1, pages 4-7.

9       Exhibit 1, page 12.



levels below the level of Warehouse Manager in the managerial hierarchy. Openings for Front End Managers ultimately are filled by the Warehouse Manager, who would not necessarily know the capabilities of Costco employees working in the other Costco warehouses in her geographical area. Posting for the Front End Manager position makes business sense because good candidates for this position may exist in other nearby Costco locations. Posting encourages these people to identify themselves. The advantages of posting for this position outweigh the disadvantages of posting, which include delays in filling jobs and demands on the valuable time of the management decisionmakers.

The benefits of posting are far more speculative with respect to the Warehouse Manager job, and the corresponding disadvantages of posting are far greater. Consider first the more attenuated benefits of posting at this high level of management. Here, the relevant decisionmakers – the vice presidents – spend most of their time visiting the locations for which they are responsible; they personally interact with the Assistant Managers who would be considered for promotion within their region or division. They already know from personal experience who would be the leading candidates for promotion to the position of Warehouse Manager. Thus, while a typical Warehouse Manager would not know of a good candidate for a Front End Manager position who worked in a Costco warehouse ten miles away, a typical District or Regional Vice President would know of the leading Assistant Managers within the relevant geographical area.

While the need for posting at the Warehouse Manager level is not well defined, the disadvantages of posting at this high level of management are greater. The delay that attends a posting process is more costly to the company when the vacancy is for the position that controls day-to-day operations of the warehouse. And the management time that is consumed by a posting process at this level is the management time of the company's corps of vice presidents, whose time is especially valuable to the company.

## ELLIS'S EMPLOYMENT

Ellis joined Costco as an Assistant Manager in July of 1998, at a warehouse location in Michigan, in the Midwest Region of the Northern/Midwest Division. The Senior Vice President of the Midwest Region then was and now is John Gaherty. Ellis alleges that Gaherty recruited her; in fact she sent in her resume, unsolicited, to Gaherty. She alleges that Gaherty promised she would be considered for promotion to a Warehouse Manager job after one year of employment. While it is true that a new employee typically takes one or two years to adjust to the Costco corporate culture, Gaherty never guaranteed that Ellis would in fact be promoted, much less within any given timeframe, and there was no promise he would promote her regardless of her own development, regardless of the availability of other employees better qualified for selection as Warehouse Manager, and regardless of whether Ellis moved herself out of Gaherty's jurisdiction to secure an accommodation needed for her personal needs.

After beginning her Costco career in Michigan, Ellis had short stints at three different warehouses before receiving a written evaluation, in July 1999, from Warehouse Manager Wendy Davis. That evaluation by Ms. Davis, while praising Ellis as an **Assistant** Manager,



makes clear that she had not yet completed her acclimation to the Costco merchandising culture and was not yet ready to be considered as a candidate for promotion to Warehouse Manager:[10]

> Overall, Shirley does a very good job as an **assistant** manager. Her managerial skills are developed. Specifically, communicating difficult news, addressing reoccurring issues, and setting the bar for standards. **What Shirley needs is more of an operational focus, learning the intricacies of Costco, why we do things the way we do, and how to achieve consistent results within that framework.** This will make her more valuable to her warehouse managers, **and better equip her to run her own building.** In addition, **some adjustments to her managerial style** tailoring her approach to the individual, and **realizing coaching managers for success is often an ongoing process.**

Before Ellis could improve her skills enough to be promoted to a vacancy in John Gaherty's Midwest Region, she requested a transfer to the Denver area, so she could help her ailing elderly mother. Costco accommodated that request, transferring her from the Midwest Region of the Northern/Midwest Division to the San Diego Region of the Southwest Division. For the last two years, Ellis has worked at a warehouse in Aurora, Colorado.

The employment history of Ellis at Costco can be summarized as follows:[11]

| Date | Event |
|------|-------|
| July 98 | Hired as Assistant Manager at location #393, Madison Heights, Michigan |
| 10/2/98 | Transferred to work as Assistant Manager at location #394, Roseville, Michigan |
| 4/30/99 | Transferred to work as Assistant Manager at location # 392, Bloomfield, Michigan |
| 7/24/99 | Reviewed by Bloomfield Warehouse Manager Wendy Davis; development needs noted with respect to future promotion to Warehouse Manager |
| 8/21/00 | Transferred, at her request, to work as Assistant Manager in Denver area to be near elderly mother. |
| 8/29/02 | Writes Vice President Roger Peterson that she wants promotion out of Denver area |

Since her transfer to the Denver area, Ellis has worked as an Assistant Warehouse Manager in the Aurora, Colorado warehouse run by Warehouse Manager Jim Lincoln. Lincoln and 23 other Warehouse Managers report to Vice President Roger Peterson of District 2 of the

---

[10] The evaluation is copied in Exhibit 3 and the quotation is from the last page of the July 24, 1999 review signed by both Ellis and Davis.

[11]   Relevant portions of Ellis's personnel file are copied as Exhibit 3



San Diego Region.  Peterson reports to Bob Hicok, Senior Vice President of the San Diego Region.  Hicok reports to Dennis Zook, Executive Vice President of the Southwest Division.

## THE LACK OF GENDER DISCRIMINATION AGAINST ELLIS

Warehouse Manager openings have been rare in the District in which Ellis works.  That District has about 24 Warehouse Managers and 60 Assistant Managers.  There are only a few promotions into the Warehouse Manager position in that District during any given year.  Until recently, Roger Peterson, the Vice President of this District, had little reason to think of considering Ellis for promotion outside of the immediate Denver area.  She moved to that area at her own specific request, thereby indicating a disinterest in moving anywhere outside of the Denver area.  Only in late August 2002 did Ellis write Peterson to indicate a general interest in being promoted to a Warehouse Manager position at various places in the Western United States.[12]

## COSTCO HAS SELECTED WAREHOUSE MANAGERS
## BASED ON SKILL, ABILITY, AND COSTCO EXPERIENCE, NOT GENDER

Ellis alleges that four individuals recently selected to fill Warehouse Manager jobs in California are men who lack her experience and skill.  A review of the individuals in question does not support this conclusion.  The four people in question are Chuck Bernardy, G.B. Blackmon, Paul Cano, and Jim Harris, Jr.  Each of these individuals already was in California and each had far more experience than Ellis did with Costco warehouse operations.  The dates of their selection and their basic background can be summarized as follows:

| Person Selected[13] | Date of Selection | Warehouse and Location | Prior position | Seniority (Costco, years as assistant) |
| --- | --- | --- | --- | --- |
| Chuck Bernardy | 4/02 | San Diego, # 460, SW Division, San Diego Region, District 1 | Acting Warehouse Manager, Vista #124 | 19 years with company, seven as assistant manager |
| G.B. Blackmon | 8/02 | Merced, #142, Northern/Midwest Division, Bay Area Region | Assistant Warehouse Manager, Merced | 16 years with company, six as assistant manager |

---

[12] A copy of Ellis' August 29, 2002 letter is Exhibit 4.

[13] Promotional announcements are copied as Exhibits 5 (Chuck Bernardy), 6 (G.B. Blackmon), 7 (Paul Cano), and 8 (Harris).



| Person Selected[13] | Date of Selection | Warehouse and Location | Prior position | Seniority (Costco, years as assistant) |
|---|---|---|---|---|
| Paul Cano | 6/02 | Tracy, #658 | Assistant Manager, Stockton | 9 years with company, six as assistant manager |
| Jim Harris, Jr. | 8/02 | N. Fresno, #657, Northern/Midwest Division, Bay Area Region | Warehouse Manager, Merced | 16 years with company, six as warehouse manager or assistant |

In protesting the recent selection of these individuals, Ellis ignores the recent selection of women as well as men as Warehouse Managers in California. In September 2002, Costco promoted Kathy Haas, an Assistant Warehouse Manager at a Sacramento, California location, to Warehouse Manager of the Vacaville, California location. (Haas has 13 years of Costco experience.) In December 2002 Costco promoted Stephanie Murphy, an Assistant Manager at the Carlsbad, California location, to Warehouse Manager at Santa Clara, California (Murphy has 12 years of Costco experience), and assigned the current Santa Clara manager, Anita Morgan, to open a new warehouse at Gilroy, California. Moreover, in the San Diego region in which Ellis works, three of the last six people promoted to Warehouse Manager (Carolyn Adams in June 2001, Kathy Gonzales in May 2001, Mary Magel in August 2000) have been women. These women, like the men also promoted to the Warehouse Manager position, had long tenures with Costco (17 years for Adams, 10 years -for Gonzales, 15 years for Magel).

Further, in Ellis's own Denver area, Costco in December 2002 has promoted a woman, Cynthia Cordell, to be the Warehouse Manager at Arvada, Colorado. Cordell has 12 years of experience with Costco.

## CONCLUSION

Ellis seems intent on blaming Costco for a delay in her promotional path that has resulted from her own initial slow development (as assessed by a female Warehouse Manager) and from her personal choice to move into an area in which promotional opportunities generally were lower than what was available in the Midwest. Ellis has not been discriminated against on the basis of her gender. Each selection of people other than Ellis to fill recent Warehouse Manager vacancies has been for legitimate, nondiscriminatory reasons. These positions were given to people who had far more Costco experience than Ellis did. There are no artificial impediments to her advancement in the Company.

Courts and administrative agencies must combat unlawful discrimination. They do not serve as super personnel departments that reexamine a business entity's business decisions, however. As one court has explained:



Employers may decide for themselves on how much investigation is appropriate before . . . promoting employees, and absent obviously suspect practices, this court will not tell [an employer] how to manage its . . . promotion. The Seventh Circuit has said as much: "No matter how medieval a firm's practices, no matter how mistaken its decisional process, no matter how mistaken the firm's managers, the laws barring discrimination do not interfere, provided that the employer honestly believes in its proffered (legitimate, nondiscriminatory) reasons. *Kariotis v. Navistar International Transportation Corp.*, 131 F.3d 672, 678 (7th Cir. 1997) (internal quotation marks omitted).

*Bickerstaff v. Nordstrom, Inc.*, 48 F. Supp. 2d 790, 799 (N.D. Ill. 1999).

The decision not to promote Ellis to a Warehouse Manager position was based on legitimate business reasons. Gender was not a factor. And the fact that Ellis evidently would prefer that Costco run its business in a different way is not a reason to second-guess Costco's honest business decisions. Accordingly, Costco respectfully requests that her charge of sex discrimination be dismissed. If you require additional information to assist you in reaching that determination, then please let us know.

Very truly yours,

SEYFARTH SHAW

David D. Kadue



bc.    Keith Miyahira
       Judy Vadney
       Ken Youmans

Exhibit 1



# COSTCO
## WHOLESALE

*Employee Agreement*

MARCH 2001

## COSTCO WHOLESALE

**Employee Agreement**

## A message from JIM SINEGAL



Dear Fellow Employees:

I am pleased to present you with the newly updated and current Costco Employee Agreement. Because we operate our business on the basic concept that each and every person in our company is an integral member of the Costco team, we want to make certain that we clearly communicate our company's goals. The information within will concisely describe not only the Mission Statement of Costco but also its general business and operating philosophies. One of the major tenets of our Mission Statement is to "Take Care Of Our Employees," so it follows that this agreement will describe all of the pertinent information concerning your employment and rights as a Costco associate. The management of our company pledges to abide by the terms of this Employee Agreement so that every person in Costco covered by this agreement can be confident and secure in their jobs.

When we published our first Employee Agreement over 18 years ago, in 1983, Costco was a small business with only three warehouses planned to open that fall. Including the small staff of our home office, there were only a couple hundred of us in the entire company. It was possible for Dick DiCerchio, Jeff Brotman and me, along with the other managers, to visit every warehouse on a frequent basis and to know and talk with all of our associates. Today Costco is rapidly approaching 400 businesses and offices, not just in the U.S. and Canada, but around the world. During the year 2001 we will likely exceed 100,000 Costco associates. Despite our size, our goal is to continue to place great value on the contributions of every person at Costco. We continue to stress the importance of the "open door" policy at all levels of our company, and we also continue to maintain our policy of promotion from within Costco at least 85% of the time. During the past years our promotion level within Costco has exceeded 95%.

In the course of the next three years we expect to add over 100 new Costco warehouses in North America and abroad, so you can see that we will continue to have a need for talented people who can assume expanded responsibilities as we grow. Each of you has the possibility of growing your individual careers in our company. Good luck in the pursuit of your goals.

Cordially,

Jim Sinegal
President & CEO

# TABLE OF CONTENTS

1.0  INTRODUCTION ........................................ 4

**WHAT DO WE STAND FOR?**

2.0  PERSONNEL PROCEDURES and POLICIES

**WHAT POLICIES DO I NEED TO KNOW?**
2.1  Open Door Policy/Settlement of Disagreements ........ 11
2.2  Equal Opportunity ................................. 12
2.3  Americans with Disabilities Act. .................. 12
2.4  Anti-Harassment Policy ............................ 12
2.5  Reporting Harassment or Discrimination ............ 12
2.6  Drug and Alcohol-Free Workplace Policy. ........... 14
2.7  Employee Assistance Program ....................... 15
2.8  Substance Abuse Testing. .......................... 15

3.0  EMPLOYEE CLASSIFICATIONS — See tab in back for specific classifications

**WHAT'S MY JOB and HOW CAN MY JOB CHANGE?**
3.1  Hourly Employee Status. ........................... 17
3.2  Forklift and Cashier Training ..................... 18
3.3  Job Postings ...................................... 19

4.0  EMPLOYMENT STATUS CHANGE

**WHAT'S MY JOB and HOW CAN MY JOB CHANGE?**
4.1  Promotions to Full-Time. .......................... 20
4.2  Promotions to Higher Classifications .............. 20
4.3  Demotions to Lower Classifications ................ 20
4.4  Transfers. ........................................ 21
4.5  Seniority. ........................................ 21
4.6  Non-Seasonal Layoffs. ............................. 22
4.7  Layoff Notice/Severance Pay. ...................... 22
4.8  Unpaid Suspension. ................................ 23
4.9  Discharge. ........................................ 23

5.0  COMPENSATION and PAYROLL — See tab in back for specific wages

**HOW IS I GET PAID?**
5.1  Work Week. ........................................ 24
5.2  Scheduling. ....................................... 24
5.3  Overtime Pay for Hourly Employees. ................ 26
5.4  Breaks and Meal Periods for Hourly Employees ...... 27
5.5  Supervisor Pay. ................................... 28
5.6  Accumulating Hours. ............................... 28
5.7  Interchange of Duties ............................. 29
5.8  Gratuity Policy. .................................. 29

6.0  BENEFITS

**WHAT ELSE DOES THE COMPANY OFFER ME?**
6.1  Benefit Options ................................... 30
6.2  Holidays. ......................................... 32
6.3  Vacations ......................................... 34
6.4  Sick Leave ........................................ 35
6.5  Membership ........................................ 37
6.6  Sunshine Brooks Scholarship Program. .............. 37

7.0  LEAVES OF ABSENCE

**WHAT IF I NEED TIME OFF?**
7.1  Medical Leaves of Absence. ........................ 38
      A.  FMLA (Family and Medical Leave Act) ......... 38
      B.  Medical, Pregnancy or Workers' Compensation . 39

8.0  NON-MEDICAL LEAVES
7.2  Rules Governing All Medical Leaves ................ 39
8.1  Paternity Leave. .................................. 43
8.2  Personal Leave. ................................... 43
8.3  Funeral/Bereavement Leave ......................... 43
8.4  Return from Military Service. ..................... 44
8.5  Passive Leave ..................................... 44

9.0  HOURLY CLASSIFICATION TAB

**WHAT ARE THE JOB POSSIBILITIES?**
9.1  Warehouses, Business Delivery and Business Center ... 46
9.2  Home and Regional Offices ......................... 48
9.3  Depots. ........................................... 49
9.4  Meat Plant ........................................ 49
9.5  Optical Lab. ...................................... 50
9.6  Packaging Plants .................................. 50
9.7  Costco Trading. ................................... 51
9.8  Food Factory ...................................... 51
9.9  CWC Travel. ....................................... 51

10.0  WAGES TAB — Hourly Wages for Warehouses, Home Office, Regional Offices, Costco

**HOW MUCH AM I PAID?**
10.1  Service Assistants. .............................. 52
        Wholesale Industries, Depots, Business Delivery and Business Center
10.2  Service Clerks. .................................. 53
10.3  Meat Cutters. .................................... 54
10.4  Truck Drivers. ................................... 55
10.5  Extra Check ...................................... 56
10.6  True Rate of Pay. ................................ 59

11.0  STANDARDS OF CONDUCT and DISCIPLINE TAB

**WHAT ARE THE RULES?**
11.1  Standards of Conduct and Discipline. ............. 60
11.2  Causes for Termination. .......................... 60
11.3  Causes for Disciplinary Action. .................. 62
11.4  Employment and Relationships. .................... 65
11.5  Standard of Ethics (Managers/Supervisors) ........ 66
11.6  Intellectual Property Provision. ................. 67
11.7  E-mail/Internet Policy. .......................... 67
11.8  Timecards. ....................................... 68

12.0  DRESS CODE TAB

**WHAT SHOULD I WEAR?**
12.1  Personal Appearance. ............................. 69
12.2  Food Handlers. ................................... 71

13.0  SAFETY POLICIES TAB

**HOW DO I PROTECT MYSELF and OTHERS?**
13.1  General Safety Rules ............................. 72
13.2  Emergency Procedures ............................. 73
13.3  Lift Truck Operations. ........................... 73
13.4  Electric Pallet Jacks/Pallet Jacks ............... 74
13.5  Hand Trucks. ..................................... 75
13.6  Pallets .......................................... 75
13.7  Forklift Battery Handling Safety ................. 75
13.8  Dock Safety ...................................... 76
13.9  Chemical Safety .................................. 76
13.10 Maintenance. ..................................... 76
13.11 Housekeeping ..................................... 76
13.12 Lift/Carry Materials Safety ...................... 77
13.13 Rules for Squat Lifting .......................... 77
13.14 Commodity Storage ................................ 77

**INDEX OF KEY WORDS** ................................. 78

**ACKNOWLEDGMENT OF RECEIPT OF EMPLOYEE AGREEMENT** ... 83

This Agreement is intended only as a source of information in a general statement of Company policies. Costco may from time to time revise its policies, practices and/or procedures. This Agreement revokes and supersedes any previous Employee Agreement booklets, new hire literature or any similar notifications or documents addressing Company policies.

3/01



**1.0**

# COSTCO
### WHOLESALE

## "WHAT DO WE STAND FOR?"
### 1.0
### INTRODUCTION

## Our Mission

In continually provide our members with quality goods and services at the lowest possible prices.

In order to achieve our mission we will conduct our business with the following Code of Ethics in mind:

### Our Code of Ethics

1. **Obey the law.**

2. **Take care of our members.**

3. **Take care of our employees.**

4. **Respect our vendors.**

5. **Reward our shareholders.**

If we do these four things throughout our organization, then we will achieve our ultimate goal, which is to:

### Costco's Code of Ethics [1]

#### 1. Obey the Law

*The law is irrefutable! Absent a moral imperative to challenge a law, we must conduct our business in total compliance with the laws of every community where we do business.*

We pledge to:

* Comply with all statutes.

* Respect all public officials and their positions.

* Comply with safety and security standards for all products sold.

* Exceed ecological standards required in every community where we do business.

* Comply with all applicable wage and hour laws.

* Comply with all applicable anti-trust laws.

[1] *Adapted from Jim Sinegal's presentation of Costco's Code of Ethics*

---

# COSTCO
### WHOLESALE

**1.0**

## 2. Take care of our members

*Costco membership is open to business owners, as well as individuals. Our members are our reason for being – the key to our success. If we don't keep our members happy, little else that we do will make a difference.*

*There are plenty of shopping alternatives for our members and if they fail to show up, we cannot survive. Our members have extended a trust to Costco by virtue of paying a fee to shop with us. We will succeed only if we do not violate the trust they have extended to us, and that trust extends to every area of our business.*

To continue to earn their trust, we pledge to:

* Provide top-quality products at the best prices in the market.

* Provide high quality, safe and wholesome food products by requiring that both vendors and employees be in compliance with the highest food safety standards in the industry.

* Provide our members with a 100% satisfaction guaranteed warranty on every product and service we sell, including their membership fee.

* Assure our members that every product we sell is authentic in make and in representation of performance.

* Make our shopping environment a pleasant experience by making our members feel welcome as our guests.

* Provide products to our members that will be ecologically sensitive.

* Provide our members with the best customer service in the retail industry.

* Give back to our communities through employee volunteerism and employee and corporate contributions to United Way and Children's Hospitals.

**1.0**



### 3. Take care of our employees

*Our employees are our most important asset. We believe we have the very best employees in the warehouse club industry, and we are committed to providing them with rewarding challenges and ample opportunities for personal and career growth.*

We pledge to provide our employees with:

· Competitive wages

· Great benefits

· A safe and healthy work environment

· Career opportunities

· Challenging and fun work

· An atmosphere free from harassment or discrimination

· An Open Door Policy that allows access to ascending levels of management to resolve issues

· Opportunities to give back to their communities through volunteerism and fund-raising

*Career Opportunities at Costco:*

· Costco is committed to promoting from within the company. More than 85% of our current management team members (including Warehouse, Merchandise, Administrative, Membership, Front End and Receiving Managers) are "home grown."

· Our growth plans remain very aggressive and our need for qualified, experienced employees to fill supervisory and management positions remains great.

· Today we have Warehouse Managers and Vice Presidents who were once Stockers and Callers or who started in clerical positions for Costco. We believe that Costco's future executive officers are currently working in our warehouses, depots and buying offices, as well as in our Home Office.





### 4. Respect our vendors

*Our vendors are our partners in business and for us to prosper as a company, they must prosper with us.*

To that end, we strive to:

· Treat all vendors and their representatives as you would expect to be treated if visiting their places of business.

· Honor all commitments.

· Protect all vendor property assigned to Costco as though it were our own.

· Not accept gratuities of any kind from a vendor.

These guidelines are exactly that – guidelines – some common sense rules for the conduct of our business. At the core of our philosophy as a company is the implicit understanding that all of us, employees and management alike, must conduct ourselves in an honest and ethical manner every day. In fact, dishonest conduct will not be tolerated. To do any less would be unfair to the overwhelming majority of our employees who support and respect Costco's commitment to ethical business conduct.

If you are ever in doubt as to what course of action to take on a business matter that is open to varying ethical interpretations, TAKE THE HIGH ROAD AND DO WHAT IS RIGHT.

*If we follow the four principles of our Code of Ethics throughout our organization, then we will achieve our fifth principle and ultimate goal, which is to:*

### 5. Reward our shareholders



· As a company with stock that is traded publicly on the NASDAQ stock exchange, our shareholders are our business partners.

· We can only be successful so long as we are providing them with a good return on the money they invest in our company.

· This, too, involves the element of trust. They trust us to use their investment wisely and to operate our business in such a way that it is profitable.

· Over the years Costco has been in business, we have consistently followed an upward trend in the value of our stock. Yes, we have had our ups and our downs, but the overall trend has been consistently up.

· We believe Costco stock is a good investment, and we pledge to operate our company in such a way that our present and future stockholders, as well as our employees, will be rewarded for our efforts.

**1.0**



**1.0**

## COSTCO WHOLESALE

## Employee Agreement

### What do Costco's Mission Statement and Code of Ethics have to do with you?

#### EVERYTHING!

The continued success of our company depends on how well each of Costco's employees adheres to the high standards we insist on, as mandated by our Code of Ethics. And a successful company means increased opportunities for success and advancement for our employees.

No matter what your current job, there are creative ways you can put Costco's Code of Ethics to work every day. It's reflected in the energy and enthusiasm you bring to work each day, in the relationships you build with your management, your co-workers, your vendors and your members.

By always choosing to do the right thing, to go the extra mile – you will build your own self esteem, increase your own chances for success and make Costco more successful, too. It is the synergy of ideas and talents, each of us working together and contributing our best, that makes Costco the great company it is today and lays the groundwork for what we will be tomorrow.

We're glad you are part of the Costco family, and we thank you for your valuable contributions to our company. We hope you will stay and grow along with us. We believe the best is yet to come!

### How we do business
#### Our Warehouses:

· We operate in large, no-frill, low-cost facilities.

· Costco warehouses are designed for simplicity, economy and efficient use of shopping space, in keeping with our image of warehouse shopping at wholesale prices.

#### Our Merchandise:

· We offer a wide range of product categories with a narrow selection of the most popular items and styles within each category.

· Goods are displayed in original cartons on pallets, allowing for efficient storing and moving of products into display/sell positions.

· We carry nationally branded products as well our own top-quality private label goods (Kirkland Signature products,) which must meet or exceed national brand quality and provide a substantial savings to our members.

· While name-brand recognition is very important, buyers purchase only high-quality products based on which items they can obtain at the best price. This is why at different times our members may find products of the same high quality but in different brands.

## COSTCO WHOLESALE

## Employee Agreement

### Product and Service Categories Include:

· Apparel
· Bakery
· Books/CDs
· Computers/software
· Electronics
· Eyeglasses/hearing aids
· Food/candy/liquor
· Fresh meat/produce
· Frozen/deli foods
· Gasoline
· Hardware/automotive
· Health/beauty aids
· Large/small appliances
· Office supplies
· Photo processing
· Prescription drugs
· Tobacco
· Video tapes/DVDs



*Dick DiCerchio*
*Senior Executive Vice President/COO*

**1.0**

**1.0**

**Our Depots:**

- Our depots are not storage facilities. In order to reduce the cost of receiving goods and improve productivity, they receive goods by truck or container in a cross-dock manner. Products come in from our manufacturers at one dock and leave later that day or the next from another dock in a truck bound for our warehouses.

- Products are distributed from depots to Costco warehouses within a cost effective geographic radius.

**Our Other Businesses:**

To ensure our members the highest quality and best prices in certain categories, Costco owns and operates ancillary businesses which source, manufacture and provide products and services to the warehouses. These are:

- Costco Wholesale Industries (CWI)
  - Meat processing plants
  - Optical laboratories
  - Packaging plants
- Costco Travel
- Costco Food Factory
- Costco Trading
- Costco Business Delivery

> "I started working at Fed-Mart while I was in college. My first jobs were as a box boy, gas station attendant, and food stocker."
>
> – Franz Lazarus
> Executive Vice President/COO
> International Division



# "WHAT POLICIES DO I NEED TO KNOW?"
## 2.0
## PERSONNEL PROCEDURES AND POLICIES

### 2.1 OPEN DOOR POLICY/SETTLEMENT OF DISAGREEMENTS

When a work-related disagreement occurs, we encourage you to discuss it with your Supervisor right away so the matter can be resolved as speedily as possible. Every effort should be made to resolve the issue at the workplace level. However, Costco's Open Door Policy means that you have the option of contacting anyone to help you resolve problems.

Since we want to create an atmosphere of openness, creative problem-solving and mutual support, we ask you to take the following steps to resolve disagreements:

**1. Supervisor**
You are encouraged to first talk to your immediate Supervision, who will provide a response in a timely manner.

**2. Warehouse/Depot/General Manager**
If you do not feel that your Supervisor has resolved the issue, or if you are not comfortable approaching your Supervisor, please inform your Warehouse/Depot/General Manager of the problem, either verbally or in writing. Again, you will receive a prompt response.

**3. Regional Vice President/Senior Vice President/Executive Vice President**
If you do not agree with the response provided by your Warehouse/Depot/General Manager, or if you are not comfortable approaching your Warehouse/Depot/General Manager, please inform your Regional Vice President or your Senior Vice President or your Executive Vice President of the problem, either verbally or in writing. Again, you will receive a prompt response.

**4. Home Office Human Resources Department**
If you do not agree with the response provided by your Regional Vice President or Senior Vice President or Executive Vice President, or if you are not comfortable approaching them, please inform the Home Office Human Resources Department of the problem, either verbally or in writing. Again, you will receive a prompt response.

**5. Ombudsman's Office**
If you have utilized the Open Door Policy as described above and have still been unsuccessful in resolving work-related disagreements, the Ombudsman's Office is available to you. The Ombudsman's Office provides a safe environment for the free exchange of information and ideas while maintaining an impartial stance in the problem-solving process.





Advocating communication between people who are experiencing conflict with one another, the Office is available to help facilitate and mediate.

## 2.2   EQUAL OPPORTUNITY

It always has been and continues to be Costco's policy that employees should be able to enjoy a work environment free from all forms of unlawful employment discrimination. The Company is committed to ensuring that all decisions regarding recruitment, hiring, promotion, assignment, training, termination and other terms and conditions of employment will be made without unlawful discrimination on the basis of race, color, national origin, ancestry, sex, sexual orientation, religion, age, disability, veteran status, or any other factor which cannot lawfully be used as a basis for an employment decision. Additionally, Costco prohibits sexual harassment of its employees in any form. Complaints of unlawful employment discrimination and/or sexual harassment should be reported according to the Open Door Policy in section 2.1. In cases where investigation confirms the allegations, appropriate corrective action will be taken. No employee will suffer reprisals for reporting any incidents of unlawful employment discrimination. Individuals will be selected for promotion based on skill and ability. Where skill and ability are equal, then length of continuous employment will be the determining factor.

## 2.3   AMERICANS WITH DISABILITIES ACT

It is the intent of the Company to fully comply with our duty to provide reasonable accommodations to allow people with disabilities to apply for and perform their jobs. If you have a disability that affects your job performance, let us know as soon as possible.

We will then discuss with you the reasonable accommodations we may be able to provide to enable you to perform the essential functions of your job. If you become unable to perform the essential functions of your job, even with reasonable accommodation, we will assist you in identifying and applying for other jobs that may become available and for which you may be otherwise qualified.

If you feel the above policy is in any way violated, we encourage you to use the Open Door Policy (Section 2.1) and report such violation to your Supervisor, Manager, Vice President or Home Office Personnel as appropriate.

## 2.4   ANTI-HARASSMENT POLICY

It is Costco's intent to provide a work and shopping environment free from all verbal, physical and visual forms of harassment for employees, members and vendors. All employees are expected to be sensitive to and respectful of their co-workers and others with whom they come into contact while representing Costco. We prohibit all forms of harassment, whether due to race, color, national origin, ancestry, sex, sexual orientation, religion, age, disability, veteran status, political ideology, or any other reason.

### Examples of the conduct we prohibit include:

- Epithets, slurs, negative stereotyping or threatening, intimidating or hostile acts that relate to race, color, national origin, ancestry, sex, sexual orientation, religion, age, disability, veteran status or political ideology.

- Written or graphic material displayed or circulated in our work place that denigrates or shows hostility or aversion toward an individual or group because of race, color, national origin, ancestry, sex, sexual orientation, religion, age, disability, veteran status, political ideology, or any other reason.

### With respect to sexual harassment, examples of the conduct we prohibit include:

- Vulgar or sexual comments, jokes, stories and innuendo.

- Graphic or suggestive comments about someone's body or manner of dress.

- Gossip or questions about someone's sexual conduct or orientation.

- Vulgarity, inappropriate touching and obscene or suggestive gestures.

- Display in the work place of sexually suggestive photographs, cartoons, graffiti and the like.

- Unwelcome and repeated flirtations, requests for dates and the like.

- Subtle pressure for sexual activity, including unwelcome but apparently sanction-free sexual advances by a Supervisor to a subordinate.

- Solicitation or coercion of sexual activity, dates or the like with the implied or express promise of rewards or preferential treatment.

- Solicitation or coercion of sexual activity, dates or the like by the implied or express threat of punishment.

- Sexual assault.

- Intimidating, hostile, derogatory, contemptuous or otherwise offensive remarks that are directed at a person because of that person's sex, whether or not the remarks themselves are sexual in nature, where the remarks cause discomfort or humiliation and interfere with the performance of the employee's duties.

- Retaliation against an employee for refusing sexual or social overtures, for complaining about sexual harassment or for cooperating with the investigation of a complaint.

Harassment can be difficult to define. Misconceptions abound. For this reason, we require you to use our harassment reporting policy without worrying about whether the conduct involved would be considered harassment in a legal sense. If you consider the conduct to be harassment, report it. This policy is intended to assist Costco Wholesale in addressing not only illegal harassment, but also any conduct that is offensive and inappropriate in our work environment.





## COSTCO WHOLESALE

**Employee Agreement**

### 2.5   REPORTING HARASSMENT OR DISCRIMINATION

If at any time you believe you are being subjected to harassment or discrimination, if you become aware of such conduct being directed at someone else or if you believe another employee has received more favorable treatment because of discrimination, please promptly notify your Supervisor, Manager, Vice President or Home Office Personnel, as appropriate, in accordance with the Open Door Policy as described in section 2.1. This applies to harassment or discrimination caused by anyone with whom an employee comes into contact as part of the employee's job; Supervisors, co-workers, members, vendors or others. All reported incidents will be investigated under the following guidelines:

- All complaints will be kept confidential to the fullest extent possible, and will be disclosed only to management and as necessary to allow us to investigate and respond to the complaint. No one will be involved in the investigation or response except those with a need to know. All employees that participate in investigations are held to the same standards of confidentiality.

- Anyone who is found to have violated our anti-harassment policy is subject to corrective action up to and including immediate discharge. Corrective action will depend on the gravity of the offense. We will take whatever action we deem necessary to prevent an offense from being repeated.

- We will not permit retaliation against anyone who makes a complaint or who cooperates in an investigation. If you feel you are being subjected to retaliation, please notify your Supervisor, Manager or Vice President of Operations or Home Office Personnel, as appropriate, in accordance with the Open Door Policy.

Again, we require you to report all incidents of harassment, discrimination, or other inappropriate behavior as soon as possible. We want to provide you with a pleasant and productive working environment, but we can't do that if these issues are not brought to our attention. Please join us in our efforts to make Costco an enjoyable place to work for all employees.

### 2.6   DRUG AND ALCOHOL-FREE WORKPLACE POLICY

Costco is dedicated to the goal of ensuring a safe, efficient, and drug and alcohol-free working and shopping environment. Employees are to be free of the presence of unauthorized substances (see note on page 16) at all times and capable of exercising good judgment and safe work behavior. This Policy applies to all United States employees of Costco and its subsidiaries.

**Costco specifically prohibits the following:**

**1.** The manufacture, distribution, dispensing, possession or use of unauthorized substances during working hours on Company premises, or while conducting Company business, or while utilizing Company vehicles.

---

**Employee Agreement**

## COSTCO WHOLESALE

**2.** The unauthorized possession of open containers of alcohol on Company premises, or while conducting Company business, or during working hours.

**3.** Reporting to work with the presence of unauthorized substances in an employee's system.

**4.** Any adulteration or dilution of a specimen collected for testing under this policy.

**5.** Using alcohol while performing work duties.

**6.** Refusing to submit to an alcohol or unauthorized substance test required by pre-employment, post-accident, reasonable suspicion, or follow-up testing requirements.

**7.** Reporting for duty or remaining on duty, or performing a safety sensitive function if the employee tests positive for unauthorized substances or alcohol.

**8.** Any conduct obstructing the testing process.

**9.** The use of someone else's prescription.

### 2.7   EMPLOYEE ASSISTANCE

Any employee who is suffering from a substance abuse problem is encouraged to seek assistance through the Employee Assistance Program, which has been established to confidentially assist employees with substance abuse and other problems. Employees who voluntarily seek such assistance prior to a determination that they are in violation of the Policy will not be subject to adverse action, but will be required to sign a Contract for Continued Employment.

### 2.8   SUBSTANCE ABUSE TESTING

In an effort to ensure compliance with the Policy, Costco will conduct drug screening in the following situations. Failure to successfully pass a drug screen will cause the individual to be ineligible for employment or subject to termination of employment.

**1.** Pre-Employment. All applicants for employment, who are the final applicants being considered for a position, must pass a substance abuse screening test prior to being offered employment. This includes all new employees and rehires for full-time, part-time or Seasonal employment, or people rehired after a layoff.

**2.** Fitness for Duty. When there is observable and documented evidence to suggest to a Manager that an employee is unable to perform the function of the job safely, efficiently, or effectively due to physical or mental impairment, the Company may require the employee to undergo a medical Fitness for



2.0

**2.0**

Duty evaluation. This evaluation is performed by a licensed physician selected by the Company and may include drug and alcohol and/or psychiatric testing. Refusal to report immediately for a fitness for Duty examination, or refusal to submit to any test or treatment requested by the physician, will be considered insubordination and grounds for termination of employment.

3. **Post-Accident.** When, after investigation by management at the scene, an employee's performance cannot be conclusively discounted as a contributing factor for a serious accident or an accident which causes injury or damage to individuals, property or equipment, the employee will be required to submit to a drug and alcohol screening test.

4. **Return to Work.** An employee who has undergone substance abuse rehabilitation will not be permitted to return to work until the employee has passed a drug and alcohol screening test. Such employee must sign a Contract for Continued Employment which will authorize the Company to conduct follow-up testing of that employee for a period of 24 months.

**Note:**

1. An "unauthorized substance" is defined as any illegal drug, or any legal prescription drug used in a manner for which it was not intended or prescribed, or the use of another person's prescription drug.

2. Any violation of this Policy will result in discipline up to and including termination of employment.

3. The application of this Policy may vary based on legal requirements in some states.[2]

---
[2] Specific laws restrict certain testing in CA, CO, CT, IA, MN, ME, MN, MS, MT, OK, RI, and UT.

---

## "WHAT'S MY JOB AND HOW CAN MY JOB CHANGE?"

## 3.0 EMPLOYEE CLASSIFICATIONS*

*See tab in back for specific classifications

### 3.1 HOURLY EMPLOYEE STATUS

**A. Full-Time**

Full-time employees are those employees who are regularly scheduled 40 hours per week.

For purposes of computing holiday, vacation and sick leave entitlement, 2,000 hours (not 2,080) is considered full-time.

Full-time employees are also those individuals who regularly work four 8-hour days plus six hours on Sunday. For purposes of computing holiday, vacation, sick leave and bonus entitlement, 1,900 hours (not 1,976) is considered full-time. (THIS DOES NOT APPLY TO INDIVIDUALS SCHEDULED TO WORK SUNDAY ONCE OR TWICE A MONTH. THIS IS INTENDED FOR THOSE INDIVIDUALS WHO CONSISTENTLY WORK FOUR 8-HOUR DAYS PLUS SIX HOURS ON SUNDAY.)

**B. Full-Time/Part-Time Ratio**

Our standard is to maintain a 50% full-time, 50% part-time employee ratio.

**C. Part-Time**

Part-time employees are those employees who are regularly scheduled for less than 40 hours per week, but are guaranteed to be scheduled no less than 25 hours per week.

**D. Probationary**

All employees are classified as Probationary during their first 90 days of employment. The employee will be evaluated during the 90-day Probationary period and continued employment is dependent upon a satisfactory evaluation. During the 90-day Probationary period, Costco reserves the right to terminate employment with or without cause or notice. An individual who is off work during the 90-day Probationary period for any authorized leave of absence, including illness, accident or workers' compensation injury, will have the 90-day Probationary period extended upon their return to work by the amount of time that they were absent, to a maximum of 90 days.

**3.0**



**COSTCO WHOLESALE**

**Employee Agreement**

## E. Seasonal

Costco will periodically require Seasonal employees.
The following Seasonal periods apply:

| | |
|---|---|
| **Costco warehouses:** | October 7 – January 7 |
| **Deposits:** | September 15 – January 15 |
| **CWI:** | |
| – Meat Plant: | April – August |
| – Costco Trading: | September – December |
| – Costco Packaging Plants: | August – December |
| **CWC Travel:** | January – April |
| **Food Factory:** | May – September |

An employee who remains employed after the Seasonal period will be reclassified. If the Seasonal employee has not completed the 90-day Probationary period, the employee will be reclassified as Probationary until the length of continuous employment, including the time classified as Seasonal, totals 90 days.

- Seasonal employees are not eligible for holiday pay.
- Hours worked by Seasonal or Non-Seasonal employees during the Seasonal period are not included for purposes of determining full-time status, or promotion to a higher classification.
- Seasonal employees are exempt from the vacation policy.

Seasonal employees whose employment is terminated during the Seasonal period and are rehired within 60 days, will have their original hire date reinstated. In addition, time worked during the Seasonal period will be applied toward completion of the 90-day Probationary period.

## F. Temporary

From time to time, Temporary employees may be hired at CWI. In no event will these Temporary employees be hired for the purpose of reducing hours of regular full-time or part-time employees. Temporary employees are not eligible for vacation or holiday pay.

## 3.2   FORKLIFT/CASHIER TRAINING

A sign-up sheet will be posted for those of you interested in being trained on the forklift or on the cash register. We will train you according to length of continuous employment so that when openings occur, you may be qualified to apply for the opening. While training on the forklift or cash register, you will be paid at the next highest rate in the higher classification for training time totaling 15 or more consecutive minutes.

---

**Employee Agreement**

**COSTCO WHOLESALE**

## 3.3   JOB POSTINGS

### A. Job Postings

All hourly positions that become available will be posted on the Employee Bulletin Board in your location. This includes, but is not limited to, hourly Supervisor positions, full-time positions and Temporary positions.

Individuals will be selected for postings based on skill and ability. Where skill and ability are equal, then length of continuous employment will be the determining factor.

If you have particular career interests, meet with your direct Manager to discuss your potential, learn what training is available and what you need to do to qualify for a position in the area of your choice.

### B. Temporary Postings

From time to time, you may have the opportunity to apply for Temporary full-time positions, or Temporary jobs in higher classifications. The job posting will state that the job is Temporary and will give the estimated length of time that the position will be available. Temporary jobs may occur during the Seasonal period or when an individual is on workers' compensation or other leaves of absence or when vacations have been scheduled, etc.

Hours worked in Temporary positions will not count towards automatic promotions to full-time status and/or higher job classifications.

> *"We are a large company now, but we still promote from within. Work hard and do that extra bit that sets you apart from others."*
>
> *– Dick DiCerchio*
> *Senior Executive Vice President/COO*



**4.0**

# 4.0 EMPLOYMENT STATUS CHANGE

## 4.1 PROMOTIONS TO FULL-TIME

If you are a part-time employee and are scheduled to work an average of 40 hours per week for eight consecutive weeks in your own department, you will be promoted to full-time. This does not apply during the Warehouse Seasonal period, the Depot Seasonal period, CWI Seasonal period, Food Factory Seasonal period, CWC Travel Seasonal period or your Probationary period. If you are a full-time employee and average less than 30 hours per week for eight consecutive weeks, your classification will change from full-time to part-time.

**This would normally occur during the following situations:**

1. You are unavailable for work.

2. Layoffs and/or reductions in hours have become necessary and you are notified that your hours will be reduced but that you will retain your full-time status unless the reduction in hours results in your averaging less than 30 hours per week for eight consecutive weeks.

## 4.2 PROMOTIONS TO HIGHER CLASSIFICATIONS

If you average more than 50% of your hours in a higher classification for eight consecutive weeks, you will be promoted to that classification.

This does not apply during the Warehouse Seasonal period, the Depot Seasonal period, CWI Seasonal period, the Food Factory Seasonal period, the CWC Travel Seasonal period or during your Probationary period.

**A. Retention of Hours Upon Promotion**

All employees who transfer between classifications retain their accumulated hours, even those who are receiving a pay increase associated with the move.

**Example:** A Service Assistant at $12.15 with 200 accumulated hours is promoted to Service Clerk. The employee will go to $12.60 on the Service Clerk scale and retain all hours toward their next raise.

## 4.3 DEMOTIONS TO LOWER CLASSIFICATIONS

### A. Involuntary

Involuntary demotions will occur after at least two prior documented Employee Counseling Notices for poor job performance within the three-month period preceding the demotion or preceded by serious misconduct which could have resulted in termination of employment. The rate of pay will be reduced to the next-lowest rate of pay in the lower bracket, but you will retain all hours earned towards your next goal raise. Salaried employees who are demoted to hourly classifications will be placed at the top of the pay scale and will be Bonus Eligible.

**B. Involuntary within 30 Days of Promotion and/or Transfer**

You will be evaluated within 30 days of a promotion and/or transfer. If the evaluation is not satisfactory, you will be returned to your prior classification

at your prior rate of pay in that classification, although the same position is not guaranteed. You will retain all hours earned towards your next goal raise. This includes promotions and/or transfers from one location to another. Salaried employees who are demoted to hourly classifications will be placed at the top of the pay scale and will be Bonus Eligible.

### C. Reduction in Workforce

Should it become necessary to reduce the number of employees in any classification, we will attempt to avoid layoffs by giving you the opportunity to perform other work where possible, providing you have the skill, knowledge and ability to perform the job. The new rate of pay will be the next lowest rate of pay in the lower classification, and you will retain all hours accumulated towards your next pay increase.

### D. Voluntary

The new rate of pay will be the next lowest rate of pay in the lower classification, and you will retain all hours accumulated towards your next pay increase.

### E. Voluntary within 30 Days of Promotion and/or Transfer.

If you decide within 30 days of your promotion and/or transfer that you wish to return to your prior classification, your rate of pay will be the rate you were at in the classification prior to the promotion and/or transfer and you will retain all hours earned towards your next goal raise. You will return to the classification held prior to the promotion and/or transfer, although the same position is not guaranteed. This includes promotions and/or transfers from one location to another.

## 4.4 TRANSFERS

Prior to the transfer of any hourly or salaried individual to a new location, a Performance Review and reference must be completed by the employee's current Manager. Transferring employees should post to an open position.

Employees desiring to transfer to the Home or Regional offices must have spent at least one year at a Costco location prior to submitting their transfer request.

## 4.5 SENIORITY

Seniority is defined as the length of time you have been continuously employed by Costco.

Employees who leave the Company and return to Costco employment at a later date will receive a new hire date based on the date they are rehired with the Company.[3]

---

[3] Except in the case of Non-Seasonal layoffs, as described in Section 4.6, in the case of Seasonal layoffs, as described in Section 3.1.F, and in the case of return from [...]

**4.0**



## COSTCO WHOLESALE

Employee Agreement

### 4.6   LAYOFFS: NON-SEASONAL

Costco will attempt to avoid Non-Seasonal layoffs by giving you the opportunity to perform other work where possible, providing you have the skill, knowledge and ability to perform the work.

If reductions are inevitable they will take place as follows:

• Layoffs are conducted according to length of continuous employment.

• Full-time employees take precedence over part-time employees; therefore, part-time employees with the least years of service would be the first to be laid off.

In the event you are laid off as a Non-Seasonal employee, and you are recalled within 180 days, the following applies:

• You will be reinstated at the rate you were when laid off.

• Your original hire date will be reinstated and you will retain the hours previously accumulated towards your next increase.

• You will be required to take a standard drug test.

If you previously completed your Probationary period, the following applies:

• You will not be required to complete another one.

If you did not previously complete your Probationary period, the following applies:

• You will be required to complete the full 90-day Probationary period.

• You will be reviewed during this 90-day period.

### 4.7   LAYOFF NOTICE/SEVERANCE PAY

If you have been a regular employee (not a Seasonal or Temporary employee) the following applies:

• If you have been continuously employed for one year or more, you will, in the event of layoff, receive either one week's notice of discontinuance of employment, or one week's pay in lieu thereof.

• If you have had two years of service, you will receive two weeks' notice or two weeks' pay.

• If you have had five years of service, you will receive three weeks' notice or three weeks' pay.

• If you have had ten or more years of service, you will receive four weeks' notice or four weeks' pay.

If you previously qualified for medical benefits, you will be eligible to continue medical benefits on the day that you are retired, provided you meet all eligibility requirements.

## COSTCO WHOLESALE

Employee Agreement

### 4.8   UNPAID SUSPENSION

We have the option to give you an immediate unpaid suspension for a maximum of three days for the purpose of an investigation or for a violation of any of the major offenses listed under the "Causes for Termination" in Section 11.2. Should the investigation continue past three days, you may have your suspension continued, but you will be paid for those days following the three-day unpaid suspension. Should the investigation substantiate that no violation occurred, you will be paid for the three-day suspension.

### 4.9   DISCHARGE

We reserve the right to discharge you for sufficient and proper cause. Sufficient and proper cause will be defined by Costco and shall include, but is not limited to, the "Causes for Termination" listed in Section 11.2. No prior Counseling Notice is required. In addition, we reserve the right to terminate employment at any time during the 90-day Probationary period without cause and without notice. No Counseling Notice is required.

Employment may also be terminated if you continue to violate policies listed under Standards of Conduct and Discipline in Section 11.0. Prior to terminating the employment of an individual who has been employed two or more years, the circumstances must be reviewed with a Senior Vice President or above. Prior to terminating the employment of an individual who has been employed five or more years, the circumstances must be reviewed by an Executive Vice President or above.



# "HOW DO I GET PAID?"
## 5.0
## COMPENSATION AND PAYROLL*

*See tab in back for specific wages*

## 5.1 WORK WEEK

### A. Definition

The work week for payroll and accounting purposes is Monday through Sunday. Paychecks are issued every other Friday.

### B. Work Week for Full-Time and Part-Time Employees

In conduct our business, we need both full-time and part-time employees. Unless mutually agreed to by both employee and Manager, we will attempt to schedule as many full-time employees as possible for five consecutive days, either Monday through Friday, Tuesday through Saturday, or Sunday through Thursday. As our business operates seven days a week, there will be instances and departments where it is not possible to schedule all full-time employees on a five consecutive-day work week.

We also require part-time employees to augment our work force. In the warehouse, we will emphasize hiring part-time people willing to work Saturdays, Sundays and evenings.

In no event will any employee be required to work more than six consecutive days in any pay period.

## 5.2 SCHEDULING

### A. Minimum Hours Work Week

All employees, with the exception of Seasonal employees and Pharmacists, will be scheduled to work a minimum of 25 hours per week. There may be exceptions made for up to 10 employees at each location who choose to work fewer hours on a regular basis, such as college students who prefer to work only weekends.

### B. Minimum Work Day

No employee will be scheduled to work less than four hours on a scheduled work day. Except for Pharmacists, employees called in will be guaranteed a minimum of four hours for the day in which they are called in to work.

### C. Employee Meetings

Mandatory employee meetings may be held on a quarterly basis. You will be paid only for actual time spent attending the mandatory meeting. Voluntary employee meetings may be scheduled from time to time. You will be paid only for the actual time spent attending the voluntary meeting.

The overtime pay for working two shifts within a 24-hour period does not apply when one shift is for the purpose of attending an employee meeting; however, if

the combined time spent working and/or attending a meeting exceeds eight hours, the employee will be paid overtime for all hours over eight in one day or 40 in one week.

### D. Closure of Business

Should the workplace be forced to close due to circumstances such as power outage, earthquake, snow, natural disasters, etc., you will be paid only for time worked. Every effort will be made to reschedule you so that you are able to work the number of hours you are normally scheduled. No 24-hour notice of schedule change is required in the event of an emergency. No 4-hour minimum work shift guarantee is required in the event of an emergency.

### E. Inventory

You may be required to work Physical Inventory. Wherever possible, notice of Physical Inventory will be given at least one week in advance.

### F. Travel Time

If you are an hourly-paid employee and you travel to a different site for work purposes, you will be paid as follows:

#### 1. Travel Time

You will be compensated for all time spent traveling, in excess of 30 minutes each way, from your home for all travel.

**Example:** If you travel one and one-half hours each way to a different site, you will receive your regular hourly rate of pay for two hours.

#### 2. Work Time

You will be paid at your regular rate of pay for all hours worked. Since you are already being compensated for travel time that exceeds 30 minutes each way, you will be entitled to overtime pay for all hours worked or traveled that exceed eight hours, less the 30-minute travel time each way [4] — assuming travel time occurs between your home and a location outside of your city. If travel occurs from your work location to another site, then you will be paid for all travel time.

**Example:** If you travel one hour to another location and one hour returning home and, in addition, work eight hours, you will be paid as follows:

| Travel Time | One Hour |
| --- | --- |
| Work Time | Eight Hours |
| Travel Time | One Hour |

You will receive eight hours at your regular hourly rate of pay and one hour at time-and-one-half.

**Note:** Hourly employees who are traveling overnight should contact their Manager for specific details.

[4] *Except where prohibited by state law.*



**3. Expenses**

If you drive your own vehicle, you are entitled to a reimbursement. You also are entitled to reimbursement of other expenses, including hotel and meal costs, as outlined in the Travel Expense Policy. (Your Manager has a copy of the Travel Expense Policy.)

**G. Work Schedule**

We will post a work schedule in each location **no later than 12:00 Noon on the Friday preceding each work week.** This schedule includes your name, work shift start and end times, and days off. Once the schedule has been posted, no changes may be made unless you are given 24 hours advance notice. This does not apply to a request to work overtime at the end of your regular shift.

**5.3  OVERTIME PAY – HOURLY EMPLOYEES**

**A. Overtime Pay**

Overtime pay of time-and-one-half will be paid for all hours worked in excess of eight hours per day or 40 hours per week. Paid vacation, holiday and/or sick time do not count for purposes of computing overtime pay. All overtime requires prior supervisory approval.

**B. Sunday Pay**

All hours worked on Sunday will be paid at the rate of time-and-one-half.

All hours worked on a shift that starts on Sunday will be paid at the rate of time-and-one-half, even if the shift ends on Monday.

**C. Working Two Shifts Within a 24-Hour Period**

If there is an 8-hour time span between the shifts, all hours will be paid at the regular rate of pay, even if you work in excess of eight hours in a work day. If there are less than eight hours between the shifts, regardless of the length of each shift, you will be paid time-and-one-half for all hours worked in the second shift (except in the event of an employee meeting).[5]

**D. Double Time**

You will receive double time for all consecutive hours worked in excess of 12 in any workday.

**E. No Duplication of Overtime**

There will be no duplication of overtime.

[5] *Except where prohibited by state law. In the state of California, overtime must be paid for all hours worked in excess of eight hours in a work day, regardless of the amount of time between shifts.*

**F. Pharmacists (Hourly)**

Pharmacists are exempt from overtime pay, unless they work in excess of 40 hours per week. Pharmacists are exempt from Sunday premium pay.[6]

**5.4  BREAKS AND MEAL PERIOD – HOURLY EMPLOYEES**

**A. Breaks**

A separate area will be provided for employee break periods. You will receive a 15-minute break for each four-hour period that you work. Such break will be scheduled as close to the middle of the four-hour period as possible.

- If you work 10 or more hours in one shift you will receive one additional 15-minute break.
- If you work six hours you will receive two 15-minute breaks, except for employees working in California, Washington, New Hampshire and Oregon. (The employees in these states will receive a 15-minute break and a 30-minute unpaid lunch break.)
- If you work seven hours, you will receive two 15-minute breaks and an unpaid 30-minute lunch break.

**B. Meal Period**

You will receive an unpaid 30-minute meal break if your shift exceeds six hours, except in those states (California, Washington, New Hampshire) where a meal break is required if your shift exceeds five hours (at six hours in Oregon). Such meal period MUST be taken. In addition, if a meal break is required, it MUST be scheduled to occur within five hours after your starting time.

| Hours | Break | Lunch | Break |
| --- | --- | --- | --- |
| 4 | — | | |
| 5 | — | | |
| 6 | — | — | |
| Exceeding 6 | — | — | |
| 7 | — | — | |
| 8 | — | — | — |

**California, Oregon, New Hampshire and Washington**

| Hours | Break | Lunch | Break |
| --- | --- | --- | --- |
| 4 | — | | |
| 5 | — | — | |
| 6 | — | — | |
| 7 | — | — | |
| 8 | — | — | — |

[6] *Except where prohibited by state law. In the state of California, hourly Pharmacists must be paid overtime for all hours worked...*

**5.0**

COSTCO WHOLESALE

## Employee Agreement

**C. Pharmacists**

Pharmacists are exempt from the break/meal period policy.[7]

**D. Home and Regional Offices**

In the Home and Regional offices, meal periods of 30 minutes or one hour may be assigned.

### 5.5 SUPERVISOR PAY

All Supervisors will be classified as Service Clerks; however at the Home office, some Supervisors may be salaried.

All hourly Supervisors will automatically earn an additional $1.00 above their regular hourly Service Clerk rate of pay.

If an employee who reports to a Supervisor earns a higher hourly rate of pay than the Supervisor, then the Supervisor's hourly rate of pay will be increased so that the Supervisor is paid at a rate which is $1.00 higher than that employee's rate of pay.

The following departments are designated as having backup Supervisors/leads: meat, bakery, food service, deli and tire shop. These backup Supervisors/leads are eligible for Supervisor pay only in the absence of their Manager when they are called upon to "direct" other employees.

### 5.6 ACCUMULATING HOURS

For purposes of accumulating hours, jury duty pay, funeral leave pay, sick pay, vacation pay and overtime hours are included. Hours worked on Sunday are counted as regular hours worked.

**Example:**

A. You work 70 regular hours and four overtime hours.
You will accumulate 74 hours for the 2-week pay period.

B. You work 60 regular hours and six hours on Sunday.
You will accumulate 66 hours for the 2-week pay period.
(Sunday hours are always counted as regular hours worked, not overtime.)

C. You work 78 regular hours and eight overtime hours.
You would accumulate 86 hours for the 2-week pay period.

[7] Except where prohibited by state law. In the state of California, Pharmacists are required to take a lunch break outside of the department. California Pharmacists

---

## Employee Agreement

COSTCO WHOLESALE

### 5.7 INTERCHANGE OF DUTIES

If you are assigned to duties outside your job classification carrying a higher rate of pay, you will be paid at the higher rate of pay for all time worked in the higher classification, provided such time worked totals 15 or more consecutive minutes.

We reserve the right to schedule you to work in different classifications. If you are required to work in a lower classification, you will be paid at your normal rate of pay in the higher classification. If you are required to work in a higher classification for 15 or more consecutive minutes, you will be paid at the higher rate for that time worked in the higher classification. The rate of pay in the higher bracket will be the next highest rate of pay in that classification which would grant you an increase.

### 5.8 GRATUITY POLICY

As an employee of Costco, you are prohibited from accepting gratuities from vendors, members/customers, suppliers or service agencies with whom Costco presently does business, has done business with in the past, or any firm that may be considered for future business. Gratuities will be interpreted to include gifts, moneys, trips, meals, lodging or special favors. In the event gifts arrive at the workplace or home, these gifts must be immediately reported to your Manager. Failure to comply will be considered grounds for termination of employment.

> *"The most rewarding part of my career continues to be the opportunities I have to work with our people. I really enjoy being able to interact with employees in the various warehouse positions."*
>
> *– Craig Jelinek*
> *Executive Vice President/COO*
> *Northern Division*



**5.0**



**6.0**

## "WHAT ELSE DOES THE COMPANY OFFER ME?"

## 6.0 BENEFITS

### 6.1 BENEFIT OPTIONS

You and your family's good health and welfare are a primary concern to Costco, and we offer employees a selection of health and financial benefits designed to promote and protect both your personal and financial well being. Spouses, children and domestic partners are also eligible for coverage. We have one of the most competitive benefit packages in the industry and provide our employees with the flexibility to choose from an array of programs to suit their individual and family needs. **(See the separate benefit booklet for eligibility rules.)**

Programs include:

- **Health Care**
  Benefit-Eligible employees may choose from different health care options, ranging from a highly managed care environment to one in which they have the freedom to choose their own medical services, physicians and facilities.

- **Pharmacy Program**
  Benefit-Eligible employees may purchase their prescriptions at Costco pharmacies with a low co-payment.

- **Dental Care**
  Benefit-Eligible employees may choose from three different dental plans (in most states), ranging from a managed care plan with no deductibles to a premium plan that allows more freedom of choice.

- **Vision Program**
  For Benefit-Eligible employees, the program pays toward optical exams performed at Costco and provides generous annual allowances toward glasses and contacts purchased at Costco.

- **Healthcare Reimbursement Account**
  Benefit-Eligible employees can arrange to have pre-tax money automatically deducted from their paychecks and placed into a health care reimbursement account.

- **Dependent Care Reimbursement Account**
  This allows Benefit-Eligible employees to pay for day care for their children under the age of 13, as well as adult day care, with pre-tax dollars.

- **Voluntary Short-Term Disability**
  Where disability coverage isn't mandated by their state, all hourly employees who pass their 90-day probation and are working at least 10 hours a week, can purchase a voluntary short-term disability policy.

- **Long-Term Disability**
  Costco provides long-term disability coverage for Benefit-Eligible employees.

- **Long-Term Care Insurance**
  All Benefit-Eligible employees may purchase a basic or supplemental policy for themselves, their spouses, their parents(in law) or grandparents(in law).

- **Life Insurance**
  Basic life insurance and additional accidental death and dismemberment policies are provided for Benefit-Eligible employees. Once Benefit-Eligible, employees may also elect to purchase supplemental coverage for themselves, their spouses or children.

- **Employee Assistance Program (EAP)**
  This mental health phone screening and referral program is available to employees from their first day of employment.

- **WorkLife Program**
  This phone counseling and referral program provides information on a wide variety of topics to help employees' juggle work and home priorities, including elder care, legal issues, children and family concerns.

- **Employee Stock Purchase Plan**
  New employees are immediately eligible to enroll in this plan, which allows them to purchase Costco stock, commission-free, by payroll deduction.

- **401(k) Plan**
  Costco matches employee contributions 30 cents on the dollar for the first $1,000 each year to a maximum company match of $500. In addition, once an employee meets the eligibility requirements, the company contributes an additional amount to each employee's account every year. The amount of the company's contribution you receive is based on 3% to 10% of your eligible compensation, based on your years of service, as follows:

| Years of Service | Contribution Percentage |
|---|---|
| 0 – 1 year | Awaiting eligibility |
| 1 – 2 years | 3% pro-rated based on plan entry date |
| 3 years | 3% |
| 4 years | 4% |
| 5 – 9 years | 5% |
| 10 – 14 years | 6% |
| 15 – 19 years | 7% |
| 20 – 24 years | 8% |
| 25 – 29 years | 9% |
| 30 years | 10% |



**6.0**

**COSTCO** WHOLESALE

Employee Agreement

**6.0**

## 6.2 HOLIDAYS

### A. Definition

Costco's paid holidays are:

1. New Year's Day
2. Martin Luther King, Jr.'s Birthday
3. Easter
4. Memorial Day
5. Independence Day
6. Labor Day
7. Thanksgiving Day
8. Christmas Day
9. One Floating Holiday *(after one year of continuous employment)*
10. One Floating Holiday *(after one year of continuous employment)*
11. One Floating Holiday *(after one year of continuous employment)*

### B. Eligibility (Hourly)

**1. Probationary Employees**
Eligibility for holiday pay occurs after completion of your 90-day Probationary period.

**2. Seasonal Employees**
Seasonal employees are not eligible for holiday pay or vacation pay.

**3. Temporary Employees**
Temporary employees are not eligible for holiday pay or vacation pay.

**4. Leave of Absence**
Employees on a Leave of Absence are not entitled to receive holiday pay.

**5. Holiday Pay Eligibility**
To be eligible for any of the above holidays, you must be available for work on your regularly-scheduled workday preceding the holiday and your regularly-scheduled workday following the holiday, unless you obtain prior permission for the day off, or if you are absent because of illness or injury, as certified by a doctor. An employee who is on an approved vacation will not lose the holiday pay due to being unavailable to work while on vacation, but must be available the first scheduled work day following the vacation.

### C. Holiday Pay

**1. Holiday Work Week (Full-Time Employees)**
A regular holiday work week will consist of the holiday itself and four regularly-scheduled eight-hour days. If you are a full-time employee not working on a holiday, you will receive eight hours pay for the holiday, in addition to the pay for the four days worked. All time worked on non-holiday days within the holiday week, exceeding thirty-two hours, will be paid at the rate of time-and-one-half your regular rate of pay.

---

**COSTCO** WHOLESALE

Employee Agreement

**2. Holiday Work Week (Part-Time Employees)**
If you work part-time, we will pay you holiday pay on a pro-rated basis, regardless of your normal schedule, based on an average week of straight-time hours worked the previous two pay periods (four weeks).

**3. Holiday Pay (When You Work a Holiday)**
• All eligible employees will be paid straight time for holiday pay.
• If you are scheduled to work during a holiday, you will be paid time-and-one-half for each hour worked on the holiday. This does not apply to Martin Luther King, Jr.'s Birthday, Columbus Day or Veterans Day.

**4. Columbus Day and Veterans Day**
Massachusetts employees who work on Columbus Day or Veterans Day will be paid at the rate of time-and-one-half for all hours worked.

**5. Sunday Holiday Pay**
If you are regularly scheduled to work on Sunday, and the holiday falls on Sunday, you will not receive time-and-one-half Sunday premium pay unless you actually work on Sunday.

### D. Martin Luther King, Jr.'s Birthday

Martin Luther King, Jr.'s Birthday need not be scheduled within the calendar work week that it occurs, but may be scheduled on a day mutually agreed upon by you and your Supervisor any time four weeks before or four weeks after the actual date of the holiday. Whenever practical, we will try to schedule the holiday to give you a long weekend, provided you request the holiday two weeks in advance, in writing, on the form we provide. We will respond promptly to all such requests, and we will try to honor them whenever practical. If we have to deny your first choice, we will try to honor your second choice.

### E. Floating Holidays

After one year of employment, you are eligible for three floating holidays and may take them any time during the next 12 months on a day that is agreeable to you and your Supervisor.

If you wish, we will try to schedule this day so as to give you a long weekend or longer vacation, provided you request this holiday two weeks in advance, in writing, on the form we provide. Where more than one employee requests the same time off, consideration will be given to the employee whose request was received first. If received at the same time, then the employee with the longest length of continuous employment will be given first consideration.

We will respond promptly to all such requests, and we will try to honor them whenever practical. If we have to deny your first choice, we will try to honor your second choice.



## 6.3 VACATIONS

### A. Paid Vacations

If you are a full-time employee continuously employed for 12 months preceding your anniversary, and you have accumulated hours of 2,000 or more, you will receive an annual vacation as follows:

| Continuously Employed | Vacation | Hours of Vacation |
| --- | --- | --- |
| One Year | 1 week | (40 hours) |
| Two years but less than five | 2 weeks | (80 hours) |
| Five years but less than ten | 3 weeks | (120 hours) |
| Ten years but less than fifteen | 4 weeks | (160 hours) |
| Fifteen years or more | 5 weeks | (200 hours) [8] |

Part-time employees' vacation is earned based upon hours paid during the previous year in relationship to 2,000 full-time hours and is pro-rated accordingly.

### B. Scheduling of Vacation

In January, we will provide a form you may use to request the vacation time you would like to take for the remainder of the calendar year. Please remember that, in the warehouses, no vacations will be scheduled between November 1 and December 24. [9]

We will ask that you use this form to request vacation time in week-long increments. You may request your vacation time in smaller increments during the year, but the decision to grant your request will be based on scheduling requirements.

Requests that are received in the month of January will be responded to by the end of February. Requests received after January will be responded to within two weeks.

Where more than one employee requests the same time off, consideration will be given to the employee whose request was received first. If received at the same time, then the employee with the longest length of continuous employment will be given first consideration.

Every effort will be made to accommo... ...the last-minute requests for, or changes to, vacation time.

[8] This change is effective with the March 2001 Agreement; therefore, you will receive five weeks vacation when you reach your next anniversary.
Example: Your anniversary was on February 16, 2001. This change became effective March 2001. You will receive five weeks vacation upon reaching your next anniversary, February 16, 2002.

[9] Generally, no vacations are scheduled during the Seasonal periods for any of the ancillary businesses as listed in Section 3.1 E.

### C. Vacation Pro-Ration Upon Termination of Employment

If you are eligible for pro-rated vacation pay, you will receive available and accrued vacation pay upon termination of employment.

### D. Vacation Accrual

Due to California legal requirements, in California only, vacation accrual begins after six months of employment (except for Seasonal employees). Therefore, in California only, if you have worked for at least six months and terminate during your first year of employment, you will receive any accrued vacation due.

In other states, accrual does not begin until completion of one year of employment.

### E. No Accumulation

It is Costco's policy that you must take your vacation during the twelve months following the anniversary date on which the vacation was earned. We want to ensure that you take your vacation time. Although we will give no pay in lieu of vacation, you may roll over one week of unused vacation to the following year. Rolled over vacation time cannot be accumulated from year to year.

In addition, California state law prohibits losing vacation pay if you do not use it. Therefore, in California only, any unused vacation pay will roll over to the following year. There is no limit to the amount of vacation time that can be rolled over in California.

### F. Seasonal Employees

Seasonal employees are exempt from the vacation policy.

### G. Temporary Employees

Temporary employees are exempt from the vacation policy.

## 6.4 SICK LEAVE (HOURLY)

### A. Full-Time Employees

If you have been continuously employed for a period of at least one year and worked the minimum number of hours listed below, you will be entitled to paid sick leave as indicated.

| Minimum Hours Worked in Anniversary Year | Paid Sick Leave |
| --- | --- |
| 2,000 hours | 6 days (48 hours) |
| *1,900 hours | 6 days (48 hours) |

*Full-time employees regularly scheduled 32 hours plus 6 hours on Sunday.

### B. Part-Time Employees

Part-time employees' sick leave is earned based upon hours paid during the previous year in relationship to 2,000 full-time hours and is pro-rated accordingly.





## C. Use of Sick Pay

Sick pay may be used for personal illness or injury, family illness or time lost due to a workers' compensation injury.

Sick pay also may be used in the event of time missed due to closure of business in Section 5.2.11.

## D. Notification of Absence

If you are unable to report for work, you must notify your Supervisor one hour before the start of the work shift (unless you are working the first shift of the day, in which case you must notify your Supervisor at the start of the shift).

## E. Release to Return to Work

If your absence from work was due to injury, serious illness or illness of five or more days duration, you must present a release from your doctor before returning to work. In the event your doctor places limitations on your ability to perform your job duties, we will make every effort to accommodate those restrictions.

## F. Sick Leave and Payoff

Sick leave benefits will not begin until your first anniversary date of employment. Sick leave is earned annually and credited to your sick leave account on each subsequent anniversary.

Sick leave earned on your anniversary date and not used during the following anniversary year will be paid off on the next anniversary date of hire in the following manner:

On your anniversary date, before the new sick leave hours are added to your account, you will be paid for one-half of your total sick leave account balance. Your new sick leave hours are added to the remaining hours in your sick leave account.

**If you are a full-time employee:**

| Years of Service | Reg. Balance | Hours Used | Unused | Account Balance* | Paid Off | Hours Accrued | New Year Reg. Balance |
|---|---|---|---|---|---|---|---|
| 1 | 0 | 0 | 0 | 0 | 0 | 48 | 48 |
| 2 | 48 | 24 | 24 | 24 | 12 | 48 | 48 |
| 3 | 60 | 16 | 44 | 44 | 22 | 48 | 70 |
| 4 | 70 | | | | | | |

*Account Balance = Year End Balance before payoff.*

## I. Sick Leave Upon Promotion

Hourly employees promoted to a salaried position will receive a payoff for any available sick leave.

---

## J. Sick Leave Upon Demotion

Salaried employees who go to an hourly position, and who have been salaried for one year or more, will immediately become eligible for prorated paid sick leave for the period between the demotion and their next anniversary date.

## K. Sick Leave Pay Upon Termination

Any available and accrued sick leave will be paid upon termination of employment.

## L. On-call Pharmacists

On-call Pharmacists are exempt from the sick leave policy.

## 6.5 MEMBERSHIP

As an employee of Costco, you are entitled to a Business Membership at no charge. The membership includes a spouse or domestic partner card. Once past 90 days probation, you and your spouse or domestic partner are upgraded to an Executive Membership and also are allowed the benefit of two additional membership cards for which you are responsible. These may be issued to any individuals of your choice, provided they are related to you or reside with you, and are at least 18 years of age. This free membership entitles you and the individuals of your choice to shop at Costco and purchase at the posted prices.

Employee Executive Memberships are limited to the employee and the employee's spouse or domestic partner. Add-on cardholders wanting an Executive Membership must convert to their own membership and pay the Executive fee.

### A. Lifetime Membership

You will receive a lifetime Executive Membership card, if, when you leave the company, you are at least 55 years of age and have a minimum of 15 years of service with Costco.

## 6.6 SUNSHINE BROOKS SCHOLARSHIP PROGRAM

Hattie "Sunshine" Brooks founded the Sunshine Brooks Foundation in 1984 to award scholarships to the employees of her favorite Company. The Foundation offers college scholarships for tuition and fees, up to a maximum award of $1500 per year.

Applicants must be enrolled in an academic program leading to an undergraduate or graduate degree in an accredited college or university. Scholarships are awarded to individuals residing in the USA who are employees, or children of employees, of Costco Wholesale. Spouses of Costco Wholesale employees are not eligible unless, of course, they work for Costco Wholesale as well.

Scholarships are for one year only, there is no automatic renewal, and an applicant may only receive a total of two awards. Please see your location Manager for application information or log onto www.sunshinebrooks.com.



**COSTCO**
WHOLESALE

**Employee Agreement**

## "WHAT IF I NEED TIME OFF?"
## 7.0
## LEAVES OF ABSENCE

### 7.1   MEDICAL LEAVES OF ABSENCE

Costco realizes that situations will arise that may require you to have time off from work. To accommodate you Costco provides a variety of leaves of absence:

- Family and Medical Leave Act (FMLA)
- Personal Medical/Pregnancy leave
- Workers' Compensation leave

### A.  Family and Medical Leave Act

To be eligible for FMLA you must have been employed by Costco for at least 12 months and you must have worked at least 1250 hours during the last 12 months prior to the date the leave is to begin. This works out to an average of about 25 hours per week. The 12-month period is measured backward from the date your FMLA leave begins. Some States have enacted their own leave laws. If the State law is more generous than FMLA, the State law will control to the extent required.

If eligible, you will be granted up to a total of 12 weeks of unpaid leave in any 12-month period covering one or more of the following reasons:

- Because of childbirth and to care for a child in the first 12 months after childbirth. This leave must be taken consecutively.

- Because of a child's placement with you for adoption or foster care, within the first 12 months of placement. This leave must be taken consecutively.

- To care for a spouse, child or parent who has a serious health condition. This leave may be taken intermittently or on a reduced time basis (e.g., by working fewer days in a week or by working fewer hours in a day), but only if such a schedule is needed for medical reasons.

- Because of your own serious health condition, where you are unable to perform the essential functions of your job. This leave may be taken intermittently or on a reduced time basis (e.g., by working fewer days in a week or by working fewer hours in a day), but only if such a schedule is needed for medical reasons.

Under FMLA a "serious health condition" is defined as a health condition that involves (a) any period of incapacity or treatment in connection with inpatient care in a hospital, hospice, or residential medical care facility or (b) any period of incapacity requiring absence of more than three calendar days, that also involves continuing treatment by a health care provider or (c) continuing treatment by a healthcare provider for a chronic or long-term health condition.

---

**Employee Agreement**

**COSTCO**
WHOLESALE

To request a leave under FMLA, you need to provide:

- 30 days advance notice if the leave is foreseeable. Also if the leave is for planned medical treatment, you should schedule your treatments so as to create minimum disruption at work.

- Medical certification to support your leave request due to your or your dependent's serious health condition, including certification that you are needed to care for the family member and an estimate of the time needed. If your leave request is for your serious health condition, you must provide information about your condition and that you are unable to perform the essential functions of your job.

- Subject to applicable law, Costco (at its expense) may require you to provide additional and/or periodic medical information to support your leave request. This information may result in a change in your leave status.

### B.  Medical, Pregnancy or Workers' Compensation

You are eligible at any time to apply for a leave of absence. A leave will be granted when you are unable to perform the essential functions of your position due to a personal physical or mental condition, including pregnancy, as certified by a health-care provider. You will be required to provide your Manager, at a minimum, with periodic reports every 30 days of your status and intent to return to work. If circumstances of your leave change and you are able to return to work earlier than the date originally indicated, you must notify your Manager at least seven days prior to the date you intend to return.

Subject to applicable law, Costco (at its expense) may require you to provide additional and/or periodic medical information to support your leave request. This information may result in a change in your leave status.

### 7.2   RULES GOVERNING ALL MEDICAL LEAVES

### A.  Approval of Medical Leave of Absence

If your illness or injury will cause you to miss five or more consecutive days of work you need to complete and have approved a Request for Leave of Absence. If you know in advance that you are going to need to go out on a leave (maternity, scheduled operation, etc.) you are expected give your Manager at least 30 days notice. If the leave is for an emergency, you need to notify your Manager within five days, or as soon as practical, after your leave started. In either case, your leave date will commence on your first scheduled day of work missed. Failure to complete a Request for Leave of Absence and provide Costco with the required Medical Certification within the appropriate time frame is a cause for termination of employment as described in section 11.2, #7.

**B. Maximum Allowed Length for Leaves of Absence**

A health-care provider must certify the length of your leave of absence. However, in no instance may your approved leave of absence exceed a period of 12 months (except as required by applicable law).

All FMLA and other state-mandated leave will run concurrently with all other Costco approved leaves of absences. Subject to applicable law, your employment will be terminated if you fail to return to work on or before the expiration of your leave.

**C. Accepting Employment While on Leave**

If you accept employment elsewhere while on leave of absence, your employment will be terminated.

**D. Hours Accumulation**

During any leave of absence you will not accumulate hours for:

- Goal Raises
- Vacation
- Holiday Pay
- Hourly Bonus
- Sick Pay
- Floating Holidays

**E. Holiday Pay**

You do not qualify for holiday pay if you are on any leave of absence.

**F. Return from Leave**

You must provide a release from a health-care provider prior to returning to work from a leave of absence. The release must state that you are able to perform the essential functions of the position to which you are returning, or state the length and extent of any restrictions on your ability to perform your job. If your health-care provider places restrictions on your ability to perform your job, Costco will make every effort to reasonably accommodate such limitations.

Subject to applicable law and Costco's business needs, you will generally return to the same, equivalent or other suitable vacant position. For any leave of absence, you have no greater right of reinstatement or to other terms, benefits and conditions of employment than you would have if you had not taken a leave.

If you return from any leave of absence and subsequently go back out on a leave of absence due to the same or related illness or injury with 30 calendar days or less, the leave of absence will be considered continuous and unbroken.

**G. Modified Duty/Transitional Return to Work**

If you return to work in a transitional duty status and are temporarily assigned to a position with a lower pay classification, you will continue to receive your regular rate of pay while on transitional duty, for a maximum of six weeks, at which time your status will be re-evaluated.

If you are reclassified on a permanent basis due to restrictions, you will be paid at the rate for that new position.

**H. Medical Benefits While on Leave**

If you were eligible for medical benefits at the commencement of your leave, you will continue to be eligible for such benefits through the term of your approved leave according to the following schedule and subject to applicable law:

- FMLA leave or State Family/Medical leave: maximum time period – twelve weeks.
- Workers' Compensation or Personal Medical leave: maximum time period – six months.
- Pregnancy Disability leave: maximum time period – twelve months.

Costco has the right to charge you for your regular benefit related paycheck deduction while you are out on a leave of absence. If your coverage is cancelled because of non-payment of these deductions, you may continue medical/dental benefits under the provisions of COBRA and/or if eligible, you may re-enroll in your group benefit plans when you return to work. If you do not return to work at the expiration of your FMLA leave you may be charged retroactively for the full premium cost (COBRA Rate) of the health benefits coverage provided by the company during your FMLA leave.

**I. Pay While on Leave**

- As an hourly employee, you may qualify for disability benefits if your leave is related to your disability as certified by a health-care provider. If your approved leave is not related to your disability, you will not be paid. For non-work related disabilities, employees who reside in either California, Hawaii, New York or New Jersey can apply for State mandated disability benefits. In other States you must be enrolled in and apply for benefits under Costco's voluntary short-term disability program.

- As a salaried employee, you may qualify for salary continuation benefits if your leave is related to your disability as certified by a health-care provider. If your approved leave is not related to your disability, you will not be paid. Costco will pay the first two weeks of your salary continuation. If you are going to be out longer than two weeks or are working a reduced work schedule (four or less hours a day), you must apply for benefits under Costco's salary continuation program. In no event will the benefits paid under this program exceed a total of 13 weeks (13 weeks x 40 hours). For non-work related disabilities, salaried employees who reside in California, Hawaii, New York or New Jersey must apply for State mandated disability benefits. Your salary continuation benefits will be reduced by the amount of benefits you are eligible to receive.



**Employee Agreement**

**7.0**

> "This organization exudes positive energy, not just from a business standpoint but from a relationship standpoint.
>
> It's not just about growing the business, it's about growing relationships.
>
> That's what makes it so great."
>
> — Joe Portera
>
> Executive Vice President/COO
> Eastern and Canadian Divisions

- Salaried/hourly employees – if you leave work and receive medical treatment on the date of your workers' compensation injury, you will receive your regular pay for the time remaining on your scheduled shift. This time will not be charged against your sick leave.

All Benefit-Eligible employees, salaried and hourly, are entitled to apply for benefits under the company sponsored long-term disability insurance plan. Long-term disability may provide additional monthly income commencing after the 9th day of leave.

At your option, you may use any available vacation during any unpaid leave and any available sick leave during an otherwise unpaid FMLA, pregnancy or personal medical leave. Any paid time used will be counted against your available leave under FMLA, State leave laws and/or company policy.

---

**Employee Agreement**

**COSTCO WHOLESALE**

# 8.0 NON-MEDICAL LEAVES

## 8.1 PATERNITY LEAVE

All employees who are eligible for FMLA are allowed up to 12 weeks unpaid leave as described under the Family Medical Leave Act:

- Because of childbirth and to care for a child in the first 12 months after childbirth. This leave must be taken consecutively.

- Because of a child's placement with you for adoption or foster care, within the first 12 months of placement. This leave must be taken consecutively.

For additional information, please see Section 7.1 A.

If you are a salaried employee, you are entitled to the first three days paid, immediately following the birth or the adoption of a child or the placement of a foster child.

## 8.2 PERSONAL LEAVE

As a general rule we do not authorize unpaid personal time off from work. However, in extraordinary circumstances, with prior approval of the location Manager, up to two weeks may be approved. If, for any reason, additional time is needed, prior approval from a Senior Vice President is required.

## 8.3 FUNERAL/BEREAVEMENT LEAVE

**A. Eligibility**

Employees who have completed their 90-day Probationary period are eligible for paid funeral/bereavement leave, with the exception of Temporary and Seasonal employees.

**B. Paid Funeral/Bereavement Leave**

If there is a death in your immediate family, you will receive time off to arrange for and attend the funeral. You will be paid at straight time rate for the hours scheduled for each work day lost due to funeral/bereavement leave, up to a maximum of three days. In some instances, such as funerals held in other states or countries, bereavement pay may be granted for up to three days even though you are unable to attend the funeral.

Immediate family is defined as parent, step-parent, spouse, domestic partner, child, step-child, grandchild, brother, sister, grandparents, mother-in-law, father-in-law, brother-in-law, sister-in-law, and grandparents of your spouse. If there are extenuating circumstances, you may be allowed additional time off, without pay, with prior Company approval.



**8.0**

**8.0**

**COSTCO**

**Employee Agreement**

## 8.4   RETURN FROM MILITARY SERVICE

If an employee who serves in the military asks to return to work at Costco within 90 days of his/her honorable discharge from the service, Costco will reinstate the individual. The original hire date will be reinstated and he/she will be returned to the same (or an equivalent position of like status, and pay) he/she would have held prior to leaving for military service. The pay level will be equal to that which he/she would have been entitled to had he/she remained with Costco rather than serve in the military service. In addition, Bonus Eligibility will be retained if he/she was Bonus Eligible prior to the leave.

This does not apply to individuals who serve in the military for more than five years or who do not return to Costco within 90 days of the date of discharge or where other legal (or permissible) exceptions apply.

> *"Every good manager or leader I have known understood that service to others, their community and their country is one of the most important parts of their job."*
>
> *— Paul Moulton*
>
> *Executive Vice President and*
> *Director of Company Real Estate Operations*

## 8.5   RESERVE LEAVE

If you are a member of the reserves of the armed forces or National Guard and are required to attend an annual active duty training period, you will continue to accumulate hours toward your next pay bracket while on such annual training. Such accumulation will not exceed two weeks or 80 hours per year. If the need for leave is foreseeable, you must give 30 days notice to Costco before taking leave; otherwise, you must notify Costco as soon as possible.

Employees who are members of the National Guard or a Military Reserve Unit may request leave for weekend drills, summer camp or special school. Accumulation of hours for the purpose of raises, vacation, sick and holiday pay

---

**COSTCO**

**Employee Agreement**

cannot exceed two weeks, inclusive of any hours accumulated during annual training as stated above.

If salaried, you will receive salary continuation benefits for a maximum of two weeks reserve leave in any 12-month period and you must reimburse Costco with any reserve pay you receive (not to exceed your salary continuation benefit). If hourly, such leave will be unpaid.

Whenever you have any reserve leave, in addition to your regularly scheduled weekend drill, you must complete a Leave of Absence form and provide verification from your commanding officer. Your location can obtain the necessary forms via the Fax on Demand program or the Costco Intranet Forms on Demand.

## 8.6   JURY DUTY

### A.   Eligibility

Employees who have completed their 90-day Probationary period are eligible for Jury Duty Leave, with the exception of Temporary and Seasonal employees.

### B.   Jury Pay

If you are required to serve on a jury, we will pay you your regular hourly rate of pay for every hour of jury duty, as noted below:

• Full-time employees will be paid for actual hours served on jury duty to a maximum of 40 hours per week.

• Part-time employees will be paid for actual hours served on a jury to a maximum of 30 hours per week.

You may be asked to work additional hours during the week(s) you are on jury duty. Since all jury duty hours worked count towards hours worked, if your hours served on jury duty, plus actual hours worked, total over eight hours in any workday or over 40 hours in any work week, you will be entitled to overtime pay.

If salaried, you will receive salary continuation benefits for the length of time served on jury duty.

### C.   Return to Work Requirement

If you are excused from jury duty service on a scheduled work day, you will immediately, upon release, report for work to complete the remaining hours of your scheduled work shift, unless there are less than two hours of time left in your scheduled work day.

### D.   Certification and Falsification

We will require you to have a jury duty form completed by an officer of the court, indicating the amount of jury duty pay received, if any, and the time released from jury duty service. You will present a copy of this form to your Supervisor. Falsification of jury duty claims will be cause for disciplinary action, up to and including termination of employment.

**Employee Agreement**

COSTCO WHOLESALE

# "WHAT ARE THE JOB POSSIBILITIES?"

## 9.0 HOURLY CLASSIFICATION TAB

### 9.1 HOURLY CLASSIFICATIONS
COSTCO WAREHOUSES, BUSINESS DELIVERY,
BUSINESS CENTER CLASSIFICATIONS

#### Service Assistants
Bakery Wrapper
Cashier Assistant
Cigarette Stocker
Data Entry
Electric Pallet Jack Operator
(Bus. Delivery, Bus. Center)
Food Service Assistant
Gas Station Attendant
HAC Non-Licensed
Hearing Aid Attendant
Maintenance
Marker
Meat Wrapper
Member Service
Membership
Non-Licensed Optician
Order Ticker
Pharmacy Assistant [1]
Photo Lab Assistant
Print Shop Assistant
Product Demonstrator
Receiving Assistant
Sales Assistant [2]
Service Deli Assistant
Stocker

#### Service Clerks
Accounts Receivable (Bus. Ctr.)
Account Representative (Bus. Ctr.)
Admin/Payroll
Baker
Business Delivery Truck Driver
Cake Decorators
Cashier [3]
Cigarette Stocker [4]
Electric Pallet Jack Operator
(Warehouses)
FE Supervisor
Food Service Supervisor
Forklift Operator
Gas Station Supervisor
HAC Licensed
Hearing Aid Dispenser [5]
Inventory Auditor
Inventory Scan Auditor
Licensed Optician [6]
Less Prevention Clerk
Majors Supervisor
Member Service Supervisor
Pharmacy Technician
Membership Refund Cashier
Outside Marketer
Photo Lab Clerk [7]
Photo Lab Supervisor
Print Shop Supervisor
Receiving Appointment Clerk
Router
RTV Clerk
Sales Audit Clerk
Service Deli Supervisor
Skilled Maintenance [8]
Tire Shop Supervisor

**Employee Agreement**

COSTCO WHOLESALE

**Note:** Because management positions are typically salaried, they are not individually identified in this section — see your location Manager for more information.

[1] Non-licensed and non-certified pharmacy staff.

[2] Includes Majors, Tires, Pharmacy, Optical, Hot Dog Stand, Photo Shop, Tire Shop and Print Shop Cashiers, and Membership.

[3] Does not include Majors, Optical, Tire Shop and Print Shop Cashiers, or Membership.

[4] Stockers that stamp cigarettes.

[5] Once the HAC Attendant becomes a licensed Hearing Aid Dispenser, they are promoted to Service Clerk at the appropriate level.

[6] Must pass state licensing exam except in states where no licensing is required, in which case the national exam will qualify. (A.B.O.) Licensing Premiums will be paid in addition to the Service Clerk scale in the following states:

| | |
|---|---|
| WA, HI | $1.00/hr. in addition to regular scale |
| FL, MD, NH, TX | $2.00/hr. in addition to regular scale |
| AK, NV, TN, Southern VA | $3.00/hr. in addition to regular scale |
| MA | $4.00/hr. in addition to regular scale |
| Northern VA | $5.00/hr. in addition to regular scale |
| CT, NJ, NY | $6.00/hr. in addition to regular scale |

[7] All Photo Lab Assistants will be promoted to Photo Lab Clerk after successfully completing the following: Society of Photofinishing Engineers certification, Certified Photographic Consultant certification, Costco Supervisor certification and Costco Annual Education requirement.

[8] Doing skilled electrical, plumbing or carpentry in excess of 50% of their time.

"I stand in awe when I look at this company and see the incredible activities going on in all departments with such skill and ability.

It's amazing."

— Jeff Brotman
Chairman of the Board

**CLASSIFICATIONS**

COSTCO WHOLESALE

Employee Agreement

## 9.2  HOURLY CLASSIFICATIONS
### HOME OFFICE AND REGIONAL OFFICES

**Service Assistants**
2% Rebate Agent
A/P Mail Associate
Business Delivery Agent
Documentation and
  Review Associate
Credit Card Service Agent
Computer Match Data Entry
Manual RTV
Mail Opener
Member Service Agent
Membership Maintenance
Manual Data Entry Associate
Optical Frame and
  Contacts Payable
Data Entry Associate
Optical Imaging
  Scanning Associate
T11 Agent
Vendor Services Pricing Associate
Vendor Services Unearned
  Discount Associate

**Service Clerks**
7780 Processor
Accounting Clerk
Card Room Processor
Computer Operator
Consignment and Bank Paid
  Discrepancy Clerk
Construction Clerk
Credit Card Clerk
Dollar Day Clerk
E-commerce Agent
Executive Service Agent
Expense and Payables Associate
Inventory Control Specialist
Letter of Credit Associate
Liquor Discrepancy Clerk
Mail Room Clerk
Multiple Discrepancy Clerk
Operations Acctg. Support Analyst
Payroll Clerk I – Taxes and Benefits
Payroll Clerk II – Garnishments
Payroll Clerk III – Home Office
Pre-Paid Discrepancy Clerk
Proof of Delivery Clerk
Rebates Correspondence Clerk
Receptionist
Sales Audit Clerk
Supervisor
Traffic Clerk
Travel and Expense Clerk
Type 2 Discrepancy Clerk
Vendor Maintenance Clerk

Employee Agreement

## 9.3  HOURLY CLASSIFICATIONS
### DEPOTS

**Service Assistants**
Maintenance
Receiving Assistant
Security
Sorter

**Service Clerks**
Appointment Clerk
Cigarette Machine Operator
Fleet/Receiving/Shipping Clerk
Fleet Dispatcher
Inventory Scanning Auditor
Payroll/Personnel Clerk
Power Equipment Operator
Supervisor

## 9.4  HOURLY CLASSIFICATIONS
### COSTCO MEAT PLANT

**Service Assistants**
Box Making/De-Boxing Crew
Data Entry/IS Assistant
Forklift Operator
Janitorial/Clean-up Crew
Machine Operator Assistant
Maintenance Assistant
Packaging Crew
QA Assistant
Sanitation Crew

**Service Clerks**
AP/AR Clerk
Inventory Audit Clerk
IS Clerk
Machine Operator
Payroll/HR Clerk
QA Technician
Shipping/Receiving Clerk
Skilled Maintenance Technician
Supervisor

COSTCO WHOLESALE

*"For those with a love and enthusiasm for the business, the future is bright with opportunity."*

– Jim Sinegal
President and CEO



**CLASSIFICATIONS**

Employee Agreement

## 9.5 HOURLY CLASSIFICATIONS
### OPTICAL LAB

**Service Assistants**
Bench Personnel
Facility Assistant
Facility Maintenance
Member Service
Production Worker
QA Blocking
Stockroom
Surface
Warehouse Person

**Service Clerks**
Admin/Payroll
Financial Analyst
Inventory Auditor
QA Technician
Reject Specialist
Reorder Specialist
Supervisor
System Coordinator
Technical Maintenance

## 9.6 HOURLY CLASSIFICATIONS
### PACKAGING PLANTS

**Service Assistants**
Data Entry/IS Assistant
Janitorial/Clean-up Crew
Machine Operator Assistant
Maintenance Assistant
Packaging Crew
QA Assistant

**Service Clerks**
AP/AR Clerk
Forklift Operator
Inventory Audit Clerk
Inventory Control Specialist
IS Clerk
Payroll/HR Clerk
Machine Operator
QA Technician
Shipping/Receiving Clerk
Skilled Maintenance Technician
Supervisor

"I'm most appreciative of the people
I've met along the way, and it makes
me proud to see them succeed."

– Dennis Zook
Executive Vice President/COO
Southern Division

---

Employee Agreement

## 9.7 HOURLY CLASSIFICATIONS
### COSTCO TRADING

**Service Assistants**
Facilities
Production Assistant

**Service Clerks**
Auditor
Receiving
Repairs
Returns
Supervisor
Vault Clerk

## 9.8 HOURLY CLASSIFICATIONS
### FOOD FACTORY

**Service Assistants**
Line Support
Pack Off
Pack Off Lead
Product Wrapper
QA Support
Sanitation Assistant
Shipping/Receiving

**Service Clerks**
Admin/Payroll
Forklift Driver
Line Supervisor
Machine Operator
QA Technician
Receiving Appointment Clerk
Receiving Clerk
Reorder Specialist
Shipping Clerk
Skilled Maintenance
System Coordinator

## 9.9 HOURLY CLASSIFICATIONS
### CWC TRAVEL

**Service Assistants**
Documentation/Mail Room
Receptionist

**Service Clerks**
Accounting Clerk
Air Ticketing Specialist
Corporate Travel Agent
Customer Service
Database Specialist
Inventory Control Specialist
Marketing Coordinator
Product Development Coordinator
Reservations Sales Agent
Reservations Trainer
Supervisor [1]

[1] Includes Supervisors of Reservations Sales Agent, Database Specialist, Air Ticketing Specialist and Accounting Clerk

**CLASSIFICATIONS**



**WAGES**

**COSTCO WHOLESALE**

Employee Agreement

# "HOW MUCH AM I PAID?"
## 10.0 WAGES TAB

## COSTCO HOURLY WAGES

WAREHOUSES, HOME OFFICE, REGIONAL OFFICES, COSTCO WHOLESALE INDUSTRIES, DEPOTS, BUSINESS DELIVERY, BUSINESS CENTER, FOOD FACTORY AND CWC TRAVEL.

### 10.1 SERVICE ASSISTANTS
HOURLY RATES – Hired After 3/16/98*

| | March 2001 | March 2002 | Sept. 2002 | March 2003 | Sept. 2003 |
|---|---|---|---|---|---|
| Probationary Rate | $10.00 | $10.00 | $10.00 | $10.00 | $10.00 |
| First 800 hours | $10.25 | $10.25 | $10.25 | $10.25 | $10.25 |
| next 800 Hours | $10.50 | $10.50 | $10.50 | $10.50 | $10.50 |
| next 800 Hours | $10.75 | $10.75 | $10.75 | $10.75 | $10.75 |
| next 800 Hours | $11.05 | $11.60 | $11.60 | $11.60 | $11.60 |
| next 800 Hours | $11.60 | $12.15 | $12.15 | $12.15 | $12.15 |
| next 800 Hours | $12.15 | $13.00 | $13.00 | $13.00 | $13.00 |
| next 800 Hours | $13.00 | $14.00 | $14.00 | $14.00 | $14.00 |
| next 800 Hours | $14.00 | $15.00 | $15.00 | $15.00 | $15.00 |
| Top Step | $15.00 | $15.25 | $15.50 | $15.75 | $16.00 |

* Those employees hired before 3/16/98 maintain their 520 hour steps to top of scale.

**EFFECTIVE THE FIRST FULL PAY PERIOD AFTER 3/1/01**
1. The top step is increased from $14.50 to $15.00.
2. Employees at $10.96 move to $11.05 and maintain their goal hours for the next increase.
2. Employees at $11.05 move to $11.60, have their goal hours reset to zero and begin accumulating goal hours for the next increase.

**EFFECTIVE THE FIRST FULL PAY PERIOD AFTER 3/1/02**
1. The top step is increased from $15.00 to $15.25.

**EFFECTIVE THE FIRST FULL PAY PERIOD AFTER 9/1/02**
1. The top step is increased from $15.25 to $15.50.

**EFFECTIVE THE FIRST FULL PAY PERIOD AFTER 3/1/03**
1. The top step is increased from $15.50 to $15.75.

**EFFECTIVE THE FIRST FULL PAY PERIOD AFTER 9/1/03**
1. The top step is increased from $15.75 to $16.00.

---

WAREHOUSES, HOME OFFICE, REGIONAL OFFICES, COSTCO WHOLESALE INDUSTRIES, DEPOTS, BUSINESS DELIVERY, BUSINESS CENTER, FOOD FACTORY AND CWC TRAVEL.

### 10.2 SERVICE CLERKS
HOURLY RATES – Hired After 3/16/98*

| | March 2001 | March 2002 | Sept. 2002 | March 2003 | Sept. 2003 |
|---|---|---|---|---|---|
| Probationary Rate | $10.50 | $10.50 | $10.50 | $10.50 | $10.50 |
| First 800 hours | $10.75 | $10.75 | $10.75 | $10.75 | $10.75 |
| next 800 hours | $11.00 | $11.00 | $11.00 | $11.00 | $11.00 |
| next 800 hours | $11.50 | $11.50 | $11.50 | $11.50 | $11.50 |
| next 800 hours | $11.83 | $12.60 | $12.60 | $12.60 | $12.60 |
| next 800 hours | $12.60 | $13.60 | $13.60 | $13.60 | $13.60 |
| next 800 hours | $13.60 | $14.67 | $14.67 | $14.67 | $14.67 |
| next 800 hours | $14.67 | $15.67 | $15.67 | $15.67 | $15.67 |
| next 800 hours | $15.67 | $16.67 | $16.67 | $16.67 | $16.67 |
| Top Step | $16.67 | $16.92 | $17.17 | $17.42 | $17.67 |

* Those employees hired before 3/16/98 maintain their 520 hour steps to top of scale.

**EFFECTIVE THE FIRST FULL PAY PERIOD AFTER 3/1/01**
1. The top step is increased from $16.17 to $16.67.
2. Employees at $11.83 move to $12.60, have their goal hours reset to zero and begin accumulating goal hours for their next increase.

**EFFECTIVE THE FIRST FULL PAY PERIOD AFTER 3/1/02**
1. The top step is increased from $16.67 to $16.92.

**EFFECTIVE THE FIRST FULL PAY PERIOD AFTER 9/1/02**
1. The top step is increased from $16.92 to $17.17.

**EFFECTIVE THE FIRST FULL PAY PERIOD AFTER 3/1/03**
1. The top step is increased from $17.17 to $17.42.

**EFFECTIVE THE FIRST FULL PAY PERIOD AFTER 9/1/03**
1. The top step is increased from $17.42 to $17.67.

Employee Agreement

**COSTCO WHOLESALE**

**WAGES**

**COSTCO WHOLESALE**

## 10.3 MEAT CUTTERS
### HOURLY RATES – Hired After 3/16/98*

| | March 2001 | March 2002 | Sept. 2002 | March 2003 | Sept. 2003 |
|---|---|---|---|---|---|
| Probationary Rate | $11.00 | $11.00 | $11.00 | $11.00 | $11.00 |
| First 800 hours | $11.50 | $11.50 | $11.50 | $11.50 | $11.50 |
| next 800 hours | $12.00 | $12.00 | $12.00 | $12.00 | $12.00 |
| next 800 hours | $12.33 | $12.74 | $12.74 | $12.74 | $12.74 |
| next 800 hours | $12.74 | $13.80 | $13.80 | $13.80 | $13.80 |
| next 800 hours | $13.80 | $14.90 | $14.90 | $14.90 | $14.90 |
| next 800 hours | $14.90 | $16.20 | $16.20 | $16.20 | $16.20 |
| next 800 hours | $16.20 | $17.20 | $17.20 | $17.20 | $17.20 |
| next 800 hours | $17.20 | $18.20 | $18.20 | $18.20 | $18.20 |
| Top Step | $18.20 | $18.45 | $18.70 | $18.95 | $19.20 |

* Those employees hired before 3/16/98 maintain their 520 hour steps to top of scale.

**EFFECTIVE THE FIRST FULL PAY PERIOD AFTER 3/1/01**
1. The top step increased from $17.70 to $18.20.

**EFFECTIVE THE FIRST FULL PAY PERIOD AFTER 3/01/02**
1. The top step is increased from $18.20 to $18.45.
2. Employees at $12.33 move to $12.74, have their goal hours reset to zero and begin accumulating goal hours for their next increase.

**EFFECTIVE THE FIRST FULL PAY PERIOD AFTER 9/1/02**
1. The top step is increased from $18.45 to $18.70.

**EFFECTIVE THE FIRST FULL PAY PERIOD AFTER 3/01/03**
1. The top step is increased from $18.70 to $18.95.

**EFFECTIVE THE FIRST FULL PAY PERIOD AFTER 9/1/03**
1. The top step is increased from $18.95 to $19.20.

---

## 10.4 TRUCK DRIVERS – DEPOT
### HOURLY RATES – Hired After 3/16/98*

| | March 2001 | March 2002 | Sept. 2002 | March 2003 | Sept. 2003 |
|---|---|---|---|---|---|
| First 800 hours | $15.00 | $15.00 | $15.00 | $15.00 | $15.00 |
| next 800 hours | $15.25 | $15.50 | $15.50 | $15.50 | $15.50 |
| next 800 hours | $15.50 | $15.75 | $15.75 | $15.75 | $15.75 |
| next 800 hours | $15.75 | $16.00 | $16.00 | $16.00 | $16.00 |
| next 800 hours | $16.00 | $16.25 | $16.25 | $16.50 | $16.50 |
| next 800 hours | $16.25 | $16.50 | $16.50 | $16.75 | $16.75 |
| next 800 hours | $16.50 | $16.75 | $16.75 | $17.50 | $17.50 |
| next 800 hours | $16.75 | $17.50 | $18.00 | $18.00 | $18.00 |
| Top Step | $17.50 | $18.00 | $18.50 | $18.95 | $19.20 |

* Those employees hired before 3/16/98 maintain their 520 hour steps to top of scale.

**EFFECTIVE THE FIRST FULL PAY PERIOD AFTER 3/1/01**
1. The top step is increased from $17.00 to $17.50.

**EFFECTIVE THE FIRST FULL PAY PERIOD AFTER 3/01/02**
1. The top step is increased from $17.50 to $18.00.
2. Employees at $15.25 move to $15.50, have their goal hours reset to zero and begin accumulating goal hours for their next increase.

**EFFECTIVE THE FIRST FULL PAY PERIOD AFTER 9/1/02**
1. The top step is increased from $18.00 to $18.50.
2. Employees at $15.75 move to $16.00, have their goal hours reset to zero and begin accumulating goal hours for their next increase.

**EFFECTIVE THE FIRST FULL PAY PERIOD AFTER 3/1/03**
1. The top step is increased from $18.50 to $18.95.
2. Employees at $16.25 move to $16.50, have their goal hours reset to zero and begin accumulating goal hours for their next increase.

**EFFECTIVE THE FIRST FULL PAY PERIOD AFTER 9/1/03**
1. The top step is increased from $18.95 to $19.20.

**COSTCO WHOLESALE**

**WAGES**

**WAGES**

**COSTCO WHOLESALE**

**Employee Agreement**

## 10.5 EXTRA CHECK BONUS

### A. EMPLOYEES HIRED BEFORE 3/05/01 – BONUS ELIGIBILITY

To be eligible to receive a bonus, you must meet the following criteria:

- You must be employed on October 1 or April 1 of each year in order to be eligible for the bonus payment. If you are not employed on October 1 or April 1 of the relevant year, then you are not eligible for a bonus, regardless of the reason for the termination of your employment.

- You must be working at the TOP of your respective scale prior to October 1 or April 1 of each year. Once you reach the top of your pay scale, you will receive the second bonus payment.

**Example:** You reach the top of your pay scale on March 15th. You will not receive the April bonus, but you will receive the October bonus.

If you change jobs to a pay classification that enables you to receive pay increases (e.g., going from Service Assistant to Service Clerk) prior to receiving your initial bonus check, you will no longer be eligible because you are no longer topped out in your new pay scale.

Once you become eligible (you receive at least one bonus check), you retain Bonus Eligibility as long as you retain your status as an hourly employee.

**Example:** If you were a topped-out Service Assistant, promoted to a Service Clerk position, and you were eligible for a bonus at the time you were promoted, you would go to the next highest pay rate in the Service Clerk classification, but retain your Bonus Eligibility, even though you are not at the top of the Service Clerk classification.

Bonus Eligible is therefore defined as an hourly employee that has topped-out on their pay scale AND has received at least one Extra Check bonus. Once these two events have occurred, the employee is always considered Bonus Eligible as long as they remain in an hourly position.

> *"Hire good people, give them good jobs, and good things will happen."*
>
> *– Jeff Brotman*
> *Chairman of the Board*

---

**Employee Agreement**

**COSTCO WHOLESALE**

**Note:** All hourly employees are eligible to receive a bonus at different times depending on their hire date. The chart below illustrates when each employee will become qualified for bonus upon reaching these pay rates on their pay scale:

| Scale | Hired Before 3/16/98 | Hired Between 3/16/98 – 3/13/00 | Hired Between 3/14/00 – 3/5/01 |
|---|---|---|---|
| Service Assistant | $13.00 | $14.00 | $15.00 |
| Service Clerk | $14.67 | $15.67 | $16.67 |
| Meat Cutter | $16.20 | $17.20 | $18.20 |
| Truck Driver | $15.50 | $17.00 | $17.75 |
| Manufacturing Asst. | $10.96 | $14.00 | $15.00 |
| Food Service | $10.96 | $14.00 | $15.00 |

### B. EMPLOYEES HIRED AFTER 3/05/01 – BONUS ELIGIBILITY

When the Extra Check Bonus was first instituted, it was intended as a cost of living raise for topped-out employees because the Company did not raise the rate of pay at the top of the scale. In recent years, the Company has made increases to the top of the scale and in an effort to not disadvantage employees, several layers of "topped-out eligibility" were added. This action has complicated the process to the point that changes are needed to ensure all employees are rewarded in a manner that is simple and easily understood. The current system no longer serves its original purpose.

In recognition of experience and the value that experience adds to our operation, hourly employees who have attained 8,000 paid hours will receive the next Extra Check Bonus.

Going forward, we will determine Bonus Eligibility based on hours paid. The number of hours designated (8,000) is equal to the average number of hours an employee worked to receive their first bonus check under the old criteria. The following changes to Bonus Eligibility have been made for employees hired after 3/05/01.

**Example for a full-time employee:**

| | | |
|---|---|---|
| Probation (90 days) | = | 520 |
| 8 steps @ 800 hours | = | 6,400 |
| Waiting period (6+ months) | = | 1,080 |
| | | 8,000 hours |



**WAGES**

COSTCO WHOLESALE

To be eligible for the Extra Check Bonus, you must meet the following criteria:

• You must have achieved 8,000 hours paid through continuous employment in an hourly position.

• You must be employed on October 1 or April 1 of each year in order to be eligible for the bonus payment. If you are not employed on October 1 or April 1 of the relevant year, then you are not eligible for a bonus, regardless of the reason for the termination of your employment.

**Note: The following applies to all Bonus Eligible employees:**

• Salaried employees are not eligible for the Extra Check Bonus.

• Bonus-Eligible hourly employees who accept a salaried position will be paid a pro-rated bonus based on the number of hours worked as an hourly employee in the eligibility period prior to October 1 or April 1.

• Salaried employees who accept hourly positions will be paid a pro-rated bonus based on the number of hours worked as an hourly employee in the eligibility period prior to October 1 or April 1.

**C. FORMULA FOR EXTRA CHECK BONUS**

To qualify for the entire payment, you must have been paid a minimum of 1,000 hours at the Bonus Eligible rate of pay in the 6-month period immediately preceding the bonus payoff month. Full-time employees who regularly work 32 hours during the week plus six hours on Sunday will be eligible for the entire bonus payment if they worked a minimum of 950 hours in the 6-month period immediately preceding the bonus payoff month.

If you were paid for less than the minimum of 1,000 hours, then your bonus will be pro-rated based on the hours worked at the highest rate of pay. This formula will be:

**Accumulated hours worked divided by 1,000 x Bonus Amount = Amount Due.**

Bonuses will be based on your length of continuous employment, as follows:

| | April | October |
|---|---|---|
| Employees with less than 10 years of employment | $2,000 | $2,000 |
| Employees with 10 to 14 years of employment | $2,500 | $2,500 |
| Employees with 15 to 19 years of employment | $3,000 | $3,000 |
| Employees with 20 or more years of employment | $3,500 | $3,500 |

The bonus check will be issued with the first pay check in the designated bonus payment month. Years of service are determined as of April 1st or October 1st.

COSTCO WHOLESALE

**10.6 YOUR TRUE RATE OF PAY**

Costco pays a very competitive hourly rate, but our long-term, experienced employees (8,000+ hours) also qualify for two additional bonus checks each year. When the Extra Check Bonus is expressed in hourly rate terms, the actual rate earned by our long-term employees is considerably higher.

For example, Joe is a 9-year employee. His hourly rate is $16.67. Every six months he receives a $2,000 hourly bonus check. As a full-time employee, he works 1,000 hours every six months. Therefore, his hourly bonus rate is the $2,000 divided by 1,000 hours, or $2.00 per hour. Joe's true hourly rate is $18.67 per hour.

| YEARS OF SERVICE | HOURLY RATE | | BONUS | | TRUE HOURLY RATE |
|---|---|---|---|---|---|
| **SERVICE ASSISTANT** | | | | | |
| < 10 Years | $15.00 | + | $2.00 | = | $17.00 |
| 10 to 14 Years | $15.00 | + | $2.50 | = | $17.50 |
| 15 to 19 Years | $15.00 | + | $3.00 | = | $18.00 |
| 20+ Years | $15.00 | + | $3.50 | = | $18.50 |
| **SERVICE CLERK** | | | | | |
| < 10 Years | $16.67 | + | $2.00 | = | $18.67 |
| 10 to 14 Years | $16.67 | + | $2.50 | = | $19.17 |
| 15 to 19 Years | $16.67 | + | $3.00 | = | $19.67 |
| 20+ Years | $16.67 | + | $3.50 | = | $20.17 |

Note: If you have more than one year of service with the company, remember to also add your 401(k) lump-sum contribution. The amount of the company's contribution you receive is based on 3% to 10% of your eligible compensation, as described in Section 6.1.

# CONDUCT & DISCIPLINE

**COSTCO**
WHOLESALE

## "WHAT ARE THE RULES?"
## 11.0
## STANDARDS OF CONDUCT AND DISCIPLINE TAB

### 11.1 STANDARDS OF CONDUCT AND DISCIPLINE

The following are basic Company guidelines. This is not intended to encompass all Company policies and procedures. If you have any questions, please check with your Supervisor for clarification.

We may, from time to time, at our discretion, modify these guidelines.

### 11.2 CAUSES FOR TERMINATION

The general course of action will be termination of employment. No previous Counseling Notices are necessary. If termination does not occur, the Employee Counseling Notice will be retained as a permanent part of the personnel file.

1. Falsification of Company records and/or time card including omitting facts or willfully giving wrong or misleading information. This includes, but is not limited to:

   • the employment application
   • internal investigations
   • benefit enrollment forms
   • inventory, vault or sales audit forms
   • signing someone else's time card or swiping someone else's name badge
   • having your time card signed or your name badge swiped by someone else

2. Violation of the Company policy prohibiting harassment including, but not limited to, sexual harassment, retaliation, or interfering with an investigation.

3. Violation of the Company policy prohibiting discrimination against or harassment of co-workers, vendors or members, including malicious gossip, and derogatory attacks. This includes, but is not limited to, retaliation, or interfering with an investigation.

4. Unauthorized disclosure of confidential information relating to Costco, its members, employees, vendors or agents.

5. Violation of Manager's Standard of Ethics.

6. No call/no show for three consecutive days (job abandonment) and/or unauthorized absence for three consecutive days.

7. Unauthorized leave of absence or failing to return from a leave of absence and/or failure to provide required documentation for a leave of absence.

8. Unbecoming conduct, horseplay, unnecessary noise, or any act that jeopardizes the order of business and safety of the Company, the employee,

9. Any conflict of interest which includes, but is not limited to, creating a business in competition with Costco, working for another employer in competition with the Company, or performing unauthorized work for a customer as a representative of Costco.

10. Serious misconduct of any kind as defined by the Company.

11. Three unpaid suspensions in any 12-month period.

12. Any relationship that jeopardizes your ability to perform your job responsibilities safely, competently and/or honestly.

13. Creating or contributing to unsanitary or immoral conditions.

14. Reporting for or returning to work under the influence of intoxicants; or possessing, consuming, or selling any controlled substances on Company premises; or refusing to be tested for alcohol and/or substance abuse in the event of reasonable suspicion or as a result of being involved in or having contributed to an accident involving injury or harm to individuals, property or equipment; or testing positive. Any violation of the Company's Drug and Alcohol-Free Workplace Policy, described in Section 2.6. [10]

15. Proof or confession of dishonesty including, but not limited to, grazing [11] or theft of any kind. Arrest and conviction of a felony, or other adjudication or where sentence is imposed. [12]

16. Borrowing, using, lending, removal of, or giving away Company funds, merchandise, or equipment without written authorization of the Manager.

17. Fighting, striking, or attempting to strike another person, or any act of violence or threat of violence occurring on Company premises or on Company time.

18. Willful damage or destruction of Company property, equipment, merchandise, or property of others on Company premises.

19. Any act of insubordination, or refusal to comply with the direct instructions or directions of your Supervisor, including but not limited to, any violation or non-compliance with a Contract for Continued Employment.

20. Possession of firearms, weapons, or explosives on Company time or premises.

[10] Except where prohibited by state law. In the state of Vermont, state law requires rehabilitation.

[11] This includes, but is not limited to: shelf stock, RTV merchandise, merchandise returned at membership, and any packages that become opened by either members during the course of the day or damaged in the process of stocking (i.e., blade cut, defective seams, etc.). Also included are Food Court and fresh food products and any ingredients used in their preparation. "If you didn't buy it, don't eat it!"

[12] Except where prohibited by state law. In the state of Hawaii, the convictions must

**COSTCO**
WHOLESALE



**CONDUCT & DISCIPLINE**

COSTCO WHOLESALE

## Employee Agreement

21. Extending or receiving unauthorized discounts, refunds, or credits; failure to record sales; ringing up own sales or a family member's sales; working with an open register.

22. Unauthorized posting, distribution, removal, or alteration of any material on Company property.

23. Unauthorized entry or exit from Company premises at points other than those designated for employee. Going into restricted areas without authorization.

24. Leaving the Company premises during working shift without permission of management.

25. Exceeding the maximum time granted for leaves of absence or exceeding a vacation period.

26. Accepting employment with another employer while on leave of absence.

27. Disobedience of Company rules including, but not limited to, E-mail/Internet policy, safety policies and procedures, fire procedures, and sanitary rules and regulations.

28. Accepting gratuities, gifts, presents, money, or tips from members/customers and/or vendors.

29. Failure to produce and/or maintain required licenses.
   - Licensed or certified Pharmacy, Optical, Hearing Aid personnel are required to maintain their own licenses or certificates as a condition of employment.
   - Employees working in the tire shop must maintain current driver's license.

30. Failure to report to your Supervisor any injury, accident, or damage to Company property.

## 11.3 CAUSES FOR DISCIPLINARY ACTION

Counseling Notices will be issued within three scheduled working days of the violation coming to Management's attention (excluding Saturdays, Sundays and holidays).

In some instances, such as an ongoing investigation, such issuance may exceed three scheduled working days. You will be asked to sign the Counseling Notice.

- **The first violation will result in a documented Employee Counseling Notice.**
- **The second violation of the same or similar nature within a 6-month period will result in a second documented Employee Counseling Notice.**

## Employee Agreement

- The third violation of the same or similar nature within a 6-month period will result in termination of employment.
- Four counseling notices within any 6-month period, even if unrelated, will result in termination of employment. (A Counseling Notice for Excessive Absenteeism cannot be counted as one of these four counseling notices.)

**Note:** Employee Counseling Notices for violations of minor offenses will remain in the employee's personnel file for six months. Employee Counseling Notices for absenteeism will remain in the employee's personnel file for one year. Employee Counseling Notices for violations of major offenses will remain in the employee's personnel file permanently.

1. Excessive absenteeism is defined as exceeding seven instances in any 12-month period, extended by any leave of absence. (When absent for two or more consecutive days, this is one instance.)
   - The eighth instance in any 12-month period will result in a documented Employee Counseling Notice.
   - The ninth instance in any 12-month period will result in a documented Employee Counseling Notice.
   - The tenth instance in any 12-month period will result in an unpaid 3-day suspension.
   - The eleventh instance in any 12-month period will result in termination of employment.

**Note:** Paid sick leave is included for purposes of calculating instances of absence.

### Absences Which Do Not Count:
- If you have requested a day off in advance and received your Supervisor's approval, this will not count as an instance of absenteeism.
- Absence due to an approved leave of absence (including Family and Medical Leave Act), jury duty, funeral leave, veteran's leave, or workers' compensation leave will not count as an instance of absenteeism.
- If you report to work and leave prior to the end of your scheduled shift due to illness, and with the approval of your Supervisor, this will not be included for purposes of calculating instances of absenteeism. However, if you have had excessive absenteeism, or have requested permission to leave early due to sickness on a frequent basis, your Supervisor may ask that medical substantiation of your illness be produced. If it is not, then that instance of absence will be counted as an instance of absenteeism.

CONDUCT & DISCIPLINE

COSTCO WHOLESALE

**CONDUCT & DISCIPLINE**

**COSTCO** WHOLESALE

## Employee Agreement

- If you or a member of your family has a serious illness which results in your incurring more instances of absenteeism than are permitted, an exception may be made so that any absence due to such illness will not count as an occasion of absenteeism, provided medical substantiation is produced, in accordance with FMLA and state regulations.

2. Excessive tardiness – three separate tardies in any 30-day period is considered excessive. Reporting to work four or more minutes late is considered tardy. Tardies can only be counted once.

3. No call/no show. Reporting for work one hour or more after your scheduled shift, without contacting management.

4. Failure to perform work as required. Not meeting Company requirements for quality, accuracy or quantity of work; inefficiency or the inability to perform assigned tasks (job incompetence).

5. Use of rude, derogatory or obscene language between Supervisors, co-workers, members/customers and/or vendors, not of the nature to constitute a violation of the anti-harassment policy.

6. Discourtesy, insolence, or rudeness to a member or vendor.

7. Trading, switching, or not following the posted work schedule without prior approval of management.

8. Beginning work prior to the start of your scheduled shift or leaving before your work schedule is completed without the express approval of management to change your schedule. Working "off the clock."

9. Failure to show up for work or call in prior to the beginning of the work shift. Notification must be made to your Supervisor one hour before the start of the work shift unless you are working the first shift of the day, in which case you must notify your Supervisor at the start of the shift.

10. Improper use of Company property.

11. Unnecessary loitering, wasting of time, engaging in personal conversations, detracting from your work or the work of others, including any behavior or conduct that causes a disruption in the workplace.

12. Use of Company telephones, fax machines, computers, and property for personal business, except in th____ se of an emergency and then only with express management approval.

13. Taking extended breaks or meal periods. Loafing or other abuse of Company time.

## Employee Agreement

14. Parking cars in areas not assigned as employee parking areas or "on premises" traffic violations.

15. Violations of established cash handling policies and procedures (excluding theft of any kind or other acts of dishonesty).

16. Chewing gum, chewing tobacco, or smoking, except in designated areas, and never on the sales floor or at the registers.

17. Failure to follow any safety rules or regulations, including, but not limited to, using improper lifting or box cutting techniques.

18. Presenting the Company with a personal check for insufficient funds, closed account, etc.

19. Soliciting or collecting funds for any purpose during actual working hours without permission of a Supervisor or Manager.

20. Failure to follow rules and regulations from the Security Department concerning identification/name badges and/or other procedures.
**Note:** Employee parcels, lunch boxes, backpacks, lockers, etc. are subject to periodic search. Lockers are provided in the break area for personal belongings. Personal belongings are to be secured in a locker, not taken to the checkstand or on the sales floor. Employees are responsible for providing a padlock for their locker.

21. Violation of Costco's Personal Appearance policy.

## 11.4 EMPLOYMENT AND RELATIONSHIPS

If you have a relative or a friend who is interested in employment with Costco, we will be happy to discuss opportunities.

Please remember that having a relative or friend reporting to you can give the appearance of favoritism and affect your ability to perform your job responsibilities. This is a serious violation of Company policy that can result in termination of your employment in Section 11.2, #12. We will therefore avoid reporting relationships between friends and family members.

In addition, your relationship with a co-worker can jeopardize your ability to perform your job responsibilities safely, honestly and/or competently if you work in the same department or if your work is audited by such co-worker. In the event that such relationships exist, appropriate departmental transfers will occur.

If you feel that you are in a situation where the appearance of bias or favoritism might arise, it is your responsibility to make your Supervisor or Manager aware of the situation.

**COSTCO** WHOLESALE

**CONDUCT & DISCIPLINE**



**COSTCO** WHOLESALE

Employee Agreement

## 11.5 STANDARD OF ETHICS (MANAGERS/SUPERVISORS)

The Costco Mission Statement sets forth our commitment to obey the law, take care of our members and employees, respect vendors, and reward our shareholders. We cannot accomplish this unless we adhere to a set of moral principles that project our Mission's goal to our fellow employees, members, vendors and community. In accepting a position of management you must be committed to and demonstrate a role of honesty and forthrightness. Managers above all else lead by example.

• The rights of employees, members and vendors must be treated with respect and dignity.

• Inappropriate fraternization with employees creates an atmosphere of conflict of interest and favoritism and is not acceptable.

• Managers must always strive to keep the workplace free of any form of harassment or discrimination. All members of management must review, be versed in and administer the policy prohibiting harassment and discrimination as outlined by the Costco Employee Agreement. All forms of harassment, whether due to race, color, national origin, ancestry, sex, sexual orientation, religion, age, disability, veteran status, political ideology or any other reason is prohibited.

• Vendors are dealt with in the same honest and forthright fashion we expect from them.

• Personal relationships with any person providing a business service to Costco is not a sound practice and generally prohibited. Do not seek or accept from any person or company doing business with Costco any gift, service, loan, entertainment or trip of any value. Your position at Costco must never be used to influence a vendor or any person doing business with us to personally benefit you or your family.

• Without proper authorization, confidential information must never be released to outside sources.

• Records (payroll, personnel, inventory, etc.) are never manipulated in an effort to enhance performance or results.

• Costco merchandise, equipment, supplies and employees are not to be exploited for personal gain.

• Our management commitment requires us to operate within the law in all aspects. Company policies and directives are to be adhered to in all aspects of the operation.

• All Managers are to be aware of and administer our Drug and Alcohol-Free Workplace Policy as defined in the Costco Employee Agreement.

Employee Agreement

**COSTCO** WHOLESALE

Our goal is a safe and efficient working and shopping environment. Following and administering the standards of conduct and discipline as stated in the Costco Employee Agreement is one of the management tools used to create this environment.

The above are some common sense guidelines for our job. Guidelines can never answer every question or solve all problems. At the core of our philosophy as a company must be the implicit understanding that not one of us is required to lie, or cheat on behalf of Costco or to enhance our company or personal performance. Managers must never engage in any activity which could raise a question concerning their integrity.

Any time there is the slightest doubt about an activity that could be questioned regarding honesty, integrity or intent it must be presented and discussed with your Manager or Regional Vice President to remove any shade of doubt.

## 11.6 INTELLECTUAL PROPERTY PROVISION

Please remember that as an employee of Costco, all creative work, business ideas and products which you design and develop in your role as a Costco employee are the sole property of Costco.

## 11.7 E-MAIL/INTERNET POLICY

Costco Wholesale recognizes the benefits associated with e-mail and Internet access for business use. However to minimize the risks, such as unauthorized access to Costco Wholesale systems and corruption of programs or data by outside parties, the following policies apply:

• Electronic mail and Internet access is for the sole purpose of facilitating the business of Costco Wholesale. Electronic mail and Internet access is not intended for personal use.

• All Internet activity and electronic mail is the property of Costco Wholesale who reserves the right, according to applicable law, to monitor and log activities without notification. We reserve the right to disclose information transmitted by or stored in the system without notification.

• Information is not secure even with the use of a personal password and even after it has been deleted.

• Only software purchased or authorized by the Company may be installed on the company-owned network or stand alone computing devices.

