CONDUCT & DISCIPLINE

- Any communication, transmitted or displayed electronically, must comply with the Costco Wholesale Employee Agreement. All employees are responsible for communicating with appropriate business decorum.
- Passwords that have Internet access capability are especially sensitive and are the responsibility of the employee. They are set up solely for that employee and are not to be shared. All Internet users should sign off the system when they are away from their computer. Screen saver passwords are appropriate for shorter absences and their use is encouraged.

Misuse of electronic mail is a violation of Company policy for which you may be disciplined, the same as any violation of the Costco Wholesale Employee Agreement.

Please do not place yourself in jeopardy by misusing this company asset.

## 11.8 TIMECARDS

Timecards refer to both manual timecards and the Automated Timecard System. The Automated Timecard System accurately records your time as you pass (or swipe) your employee badge through the reader. You are responsible for accurately recording your time. Failure to accurately record your time is a violation of Company Policy.

**Please record the exact time of the following:**

1. The time you began your shift.
2. Departure for your meal period.
3. Return from your meal period.
4. The time you ended your shift.

It is your responsibility to be at your position when your shift begins. All time spent preparing for work (hanging up your coat, etc.) should be completed before you sign in. Other important points are as follows:

1. Never fill in a timecard ahead of time.
2. Always sign your timecard at the end of your last shift.
3. Never fill in another person's timecard.
4. All overtime requires Supervisor approval PRIOR to working overtime.

# "WHAT SHOULD I WEAR?"
## 12.0
## DRESS CODE TAB

### 12.1 PERSONAL APPEARANCE POLICY

Appearance and perception play a key role in member service. Our goal is to be dressed in professional attire that is appropriate to our business at all times. The guidelines which follow are intended to allow flexibility of movement, safety and comfort on the job while displaying the appropriate business attire to our members.

All Costco employees must practice good grooming and personal hygiene to convey a neat, clean and professional image. The following list is not meant to be all inclusive. If you have any questions, or if something is unclear, please check with your Manager.

### Hair
- Clean
- Neatly trimmed and groomed

### Pants
- Slacks, but no form fitting leggings
- Jeans, with no frays or holes

### Shorts
- May only be worn between May 1st and September 30th.
- Are not allowed in the Food Service, Meat, Deli, Bakery Departments, Pharmacy, Optical, Tire Center and/or the Home and Regional Offices.
- Walking and tailored-type shorts only, with no frays or holes.
- No bike shorts, cut-offs, sweats or baggy-calf-length, etc.

### Shoes
- No open-toed shoes, nor any kind of sandals.
- Some departments require safety shoes as noted below.

### Miscellaneous
- No visible tattoos.
- No visible facial or tongue jewelry (earrings permitted).
- No strong perfume or cologne.

DRESS CODE

**COSTCO WHOLESALE** — Employee Agreement

## Shirts

Remember that one of our member service goals is to be dressed in professional attire that is appropriate to our business, at all times. It is recognized that men's and women's fashions allow for different definitions of a professional image. Accordingly, the dress code will address men and women separately with regard to shirts.

### Men
- Shirts with collars are required.
- Shirts must be tucked into pants or shorts.
- Sweaters must be worn over a tucked in, collared shirt. A sweater's waistband does not need to be tucked in.

### Women
- Shirts with collars are preferred, however, it is recognized that some women's shirts, blouses, sweaters or dresses have no collars and, as long as they present a professional appearance, they are also acceptable.
- It is preferred that shirts are tucked into pants or shorts. However, those women's clothing items which were designed to be worn untucked, such as tunic tops, sweaters, blouses or shirts with elastic knit bottoms are also acceptable. Any shirt with rounded shirttails must be tucked in.

### All Employees
- No T-shirts, tank tops or sleeveless shirts.
- Sweatshirts must be worn over a tucked in, collared shirt. A sweatshirt's waistband does not need to be tucked in. Solids and patterns are preferable.
- Pictures or writing on shirt/blouse must be conservative and must not contain political or controversial subject matter.

### Note:
Employees who have questions regarding appropriate dress and attire should direct them to their location Manager in advance to avoid conflicts and potential problems. Any employee inappropriately dressed when he or she arrives for work will be considered unsuitable to commence work and will be sent home. The employee may be asked to return to work later in the same day in attire that conforms to company standards. Employees who are asked to leave because of inappropriate dress or attire will not be compensated for any time expended in going home or returning to work. Employees may also be subject to discipline if they appear at work inappropriately dressed as described in section 11.3, #21.

---

**Employee Agreement** — **COSTCO WHOLESALE**

## 12.2 FOOD HANDLERS

In order to ensure a safe and sanitary work environment, and to comply with applicable Food Service Health and Safety Regulations, the following policies have been adopted:

### Head and Facial Hair Covering
- A hat and white hair net must be worn at all times. Beard nets must also be worn if you have facial hair.

### Jewelry
- No jewelry of any kind may be worn. This food safety restriction includes rings, wedding rings, facial or tongue jewelry, watches, necklaces, bracelets, earrings, etc.

### Hands
- Finger nails must be kept trimmed short. No finger nail polish or any type of false fingernails may be worn.

### Clothing
- No loose-fitting clothes may be worn as they may get caught in the equipment or contaminate the food process. No shorts may be worn because exposed legs would not be protected from hot utensils, racks and/or sharp objects. Bakery and Food Service employees must wear shirts with short sleeves (above the elbow) to allow you to completely sanitize your forearms.

### Shoes
- You must wear shoes that are sold as being slip resistant in oil or water and that have hard rubber or leather soles. Tennis shoes, heels and/or open-toed shoes are not permitted.

> "The greatest advantages we have are the quality of our people and the dedication we all have to satisfy our members."
>
> — Richard Galanti
> Executive Vice President/CFO

**SAFETY**

**COSTCO**
WHOLESALE

## "HOW DO I PROTECT MYSELF AND OTHERS?"
### 13.0
### SAFETY POLICIES TAB

## 13.1 GENERAL SAFETY RULES

1. Comply with all Costco safety rules and actively participate and cooperate in the safety program.
   **Note:** In addition to those here and in the Risk Management manual, other safety rules and procedures are integrally intertwined in all Costco policies, procedures, rules and employee training programs.

2. Never start work on a job for which you have not been trained, or when you don't know the hazards and how to protect yourself from those hazards.

3. Report immediately any unsafe condition, work practice, accident, or injury to a Supervisor or Manager.

4. Climbing on merchandise or storage racks is not permitted.

5. Provided equipment guards are required to be used. Do not remove, bypass or modify equipment guards, covers or interlocks.

6. Horseplay is not permitted.

7. Jewelry and/or loose clothing are not to be worn in bakery, meat, deli and food service departments, nor when working with any moving machinery/equipment.

8. Box cutters or other cutters using changeable blades must not be used in bakery, meats, food court and service deli.

9. Damaged equipment or storage fixtures must be reported to the Warehouse Manager promptly.

10. Avoid distracting others.

11. Lift with your legs and not your back – get help with heavy, bulky or awkward loads.

12. Use the right tools and equipment for the job. Use and properly care for all personal protective equipment (PPE) provided.

13. Never enter a compactor chute unless the compactor has been locked out and a Manager is present.

14. With minor exceptions, electrical work must be performed by an outside contractor.

15. No more than 10 shopping carts are to be pushed at one time. Cart pushers are to use a cart rope and wear a bright safety vest. The vest must be reflective and should be worn anytime work is performed in the parking lot or gas station, regardless of whether the warehouse is open or not.

16. Maintain a clean workplace.

17. In general, all equipment/machinery must be unplugged (with plug kept in sight) or tagged and locked out while it is being cleaned, worked on, serviced, repaired, or when by-passing a machine interlock or guard. For example: Cleaning around the muffin depositor throat or port holes between batches.

## 13.2 EMERGENCY PROCEDURES

1. Know the personnel who are trained in first aid and CPR. Their names and pictures should be posted on the Employee Bulletin Board and/or on all first aid kits.

2. Know emergency fire, evacuation, and other immediate emergency procedures. Report any emergency to a Supervisor immediately.

3. If a spill occurs:
   - Secure area
   - Notify Supervisor
   - Determine action to be taken to clean up spill (i.e. hazardous material, etc.)
   - Clean up spill (if directed by Supervisor/Manager)

## 13.3 LIFT TRUCK OPERATIONS

1. Only trained and authorized employees who have completed the Costco forklift certification program shall operate forklift or electric pallet trucks.

2. Prior to operation, the operator shall complete a thorough safety inspection of the lift truck, using the daily operator checklist and paying particular attention to the brakes, lights, horn and controls. Report problems to Supervisor.

3. Know the lift truck load limits and never exceed them or overturn; overloading may cause loss of steering control.

4. Careless or unsafe operation is prohibited.

5. Do not carry passengers. The driver is the only person allowed on a forklift or pallet jack. Employees are not to stand on or ride the forks. Employees are not to be lifted unless in an approved lift cage.

6. Pallets with heavier loads should be placed on the bottom of stacks or bulk walls. Heavy pallets may not be stacked on lighter pallets.

7. Avoid placing pallets in top steel more than one high.

8. When moving merchandise, forklifts must travel in reverse except when traveling up an incline with a load.

9. Loads moved may be no higher than the top of the forklift mast.

10. Shut off engine while fuel tanks are being filled (if applicable).

11. Be sure loaded pallets are well stacked and stable before lifting.

12. All pallets in upper steel must be shrink wrapped or tied off, with two approved pallet supports under each pallet.

**SAFETY**





13. Lift trucks should be operated at a reasonable safe speed, always maintaining a safe distance from other vehicles (about three lengths).

14. Do not travel with the load more than three inches of the ground.

15. Slow down for a turn and avoid turns on uneven ground. Never turn the steering wheel sharply.

16. Forklifts or pallet trucks may not be used to push/pull other forklifts or pallet trucks.

17. Stop and sound the horn before rounding a blind corner or going through a blind intersection.

18. Watch out for other employees, members, vendors, etc. while operating forklift. Pedestrians always have the right of way. Additionally, workers must stay clear of forklifts as it can take up to 10 feet for a forklift to come to a complete stop.

19. An additional employee must be used as a spotter while retrieving or storing merchandise above the floor or the picking-stock-level of the steel racks when the warehouse is open for business. The spotter must: rope off aisle, escort the lift and wear a bright-colored vest.

20. Start smoothly and stop gradually. Be alert for oil spots, loose objects, holes, and rough surfaces on the floor or roadway.

21. When operating on an inclined surface, travel straight up or down the incline, forks uphill.

22. Obtain permission of Receiving Manager or Supervisor before driving into truck trailers or rail cars. Trucks must be checked and dock-locked when possible. **Note:** Depot policy may vary.

23. When leaving a lift truck unattended, you must:
- park in an approved location
- set the brakes
- lower the forks or load to the floor
- neutralize the controls and turn off the motor switch
- take the key

24. It is the driver's responsibility to immediately notify Supervisor of any malfunction of forklift or maintenance items including, but not limited to; brakes, lights and horn.

### 13.4 ELECTRIC PALLET JACKS/PALLET JACKS

1. Except for rider trucks, lead the truck from the right or left side of the handle, and face the direction of travel. Never walk in front of the handle.

2. Never try to defeat the mechanism that shuts off the power when the handle is released; never loosen this adjustment to allow the vehicle to coast.

3. Never run the truck faster than you normally walk.

4. Never ride the truck unless it is designed for riding.

5. Keep clothing and limbs clear of all moving parts.

### 13.5 HAND TRUCKS

1. Stack the heavier containers toward the bottom to keep the center of gravity as low as possible.

2. Balance the load over the axle as you walk. Do not rely on the handles to carry the burden of the weight.

3. Never walk backwards except when necessary to maneuver in tight places.

### 13.6 PALLETS

1. Inspect pallets daily.

2. Broken pallets (i.e. missing chunks of wood, broken boards) are not to be used.

3. Watch for loose nails or sharp edges.

4. Be sure top deckboards and bottom stringers are sound and securely fastened to the runners.

5. Pallets should be stored flat on the floor, never turned on side.

6. Empty pallets should not be left on the selling floor. Do not store empty pallets in the steel. Do not walk over an empty pallet on the floor, walk around it. Drivers should promptly remove empty pallets to the receiving area.

7. Merchandise should be stacked on a pallet with a maximum 3-inch overhang front and back. This will help ensure a minimum 6-inch flue space is maintained between the double row steel.

8. Partial pallets of merchandise must be combined and restocked promptly to conserve pallets. In other words, pallets on the floor which have been depleted of their merchandise by shoppers should be consolidated and empty pallets removed to Receiving.

### 13.7 FORKLIFT BATTERY HANDLING SAFETY

1. Must wear splash goggles, face shield, and acid resistant aprons and gloves when checking, filling, charging or changing batteries.

2. Keep open flames away from batteries. Do not smoke or create sparks.

3. Watch for bare or exposed wiring. If found, stop and report to a Supervisor.

4. Be familiar with emergency eyewash or shower operation and location.

5. Rinse your eyes, skin or clothing thoroughly with water if battery acid (electrolyte) accidentally splashes on you.

**SAFETY**

**COSTCO** WHOLESALE

## Employee Agreement

### 13.8 DOCK SAFETY

**A. Wheel Chocking**

1. Receiving personnel are responsible for setting and removing wheel chocks.

2. Tractors must set air brakes prior to loading or unloading of trailer.

3. Use wheel chocks designed for the purpose. Lumber, concrete blocks and chunks of asphalt are not acceptable.

**B. Permanent Mechanical Dock Plates**

1. Lock dock plates in place until loading or unloading of trailers is finished.

2. Receiving personnel and assigned forklift driver are to be in complete control of the trailer under all loading and unloading conditions.

**C. Portable Dock Plates**

1. Use only dock plates designed for the purpose.

2. Use lift trucks to install and remove plates.

3. Make sure the plate overlaps both the truck bed and the dock floor by at least eight inches.

4. Secure the plate with anchor stops to reduce slipping.

### 13.9 CHEMICAL SAFETY

1. Know the chemicals you work with. Read the label or refer to the applicable Material Safety Data Sheet(s) available through Costco's MSDS telephone fax-back system.

2. Store chemicals in designated areas and in accordance with manufacturer's instructions.

3. Keep containers closed when not in use. Appropriately label all temporary storage containers.

4. Be familiar with first aid procedures for chemicals used (see Label or Material Safety Data Sheet).

5. Notify a Supervisor of any chemical spill for clean-up and disposal procedure direction.

### 13.10 MAINTENANCE

1. Lockout equipment before servicing, cleaning or repairing/maintenance to prevent unexpected start up.

2. Do not work under suspended loads.

3. Wear all personal protective equipment required for work performed, including safety glasses, splash goggles, gloves, hearing protection, etc.

4. Use only tools that are in good condition.

5. Use ladders or proper platforms when working off the ground.

6. Before entering confined or concealed spaces review the job with Central Safety and follow designated safety procedures.

### 13.11 HOUSEKEEPING

1. Store materials only in designated areas.

## Employee Agreement

**COSTCO** WHOLESALE

2. Sweep all floors regularly and clean up spills promptly.

3. Keep all traffic areas free of clutter.

4. Maintain good housekeeping.

5. Report leaking containers to a Supervisor.

### 13.12 LIFT/CARRY MATERIALS SAFELY

1. If load is too heavy, too big or awkward, get help or find a way to split the load before attempting to lift and carry it.

2. If you cannot see over or around the load, it is too big to carry.

3. Check the load for rough edges, protruding nails or pinch points.

4. Check for open or weak bottoms on containers.

5. Know where you are going before you start. Plan a direct, obstacle-free route.

6. Use mechanical help when possible.

7. Push, don't pull carts/flats.

### 13.13 RULES FOR SQUAT LIFTING

1. Lift with your legs, not your back.

2. Part your legs, placing one foot alongside and one behind the load.

3. Squat beside the load, spine straight and chin tucked in.

4. Grip the load firmly with your whole hand, not just your fingers.

5. Keep your elbows close to your body for more power.

6. Pull the load in close.

7. Let your legs lift the load together with your body weight as you rise.

8. Turn, don't twist.

### 13.14 COMMODITY STORAGE

1. Merchandise storage heights should not exceed 20 feet.

2. Tires should not be stored in the steel racks unless prior approval is obtained by the Warehouse Manager from their Regional Vice President.

3. Hazardous commodities such as flammable aerosols/liquids and combustible liquids in plastic containers (e.g. motor and vegetable oils) should be palletized in low-height piles and stored low in the racks.

4. A minimum 36-inch clearance should be maintained between the top of all merchandise storage and ceiling fire sprinkler heads.

5. Empty pallets should preferably be stored outside. If stored indoors, empty pallets should be stored no higher than six to eight feet and never in-rack. If stored above bay doors, limit to four feet high.

6. Do not store anything above offices or in mezzanines unless approved by central facilities. If approved, the load bearing capacity must be posted and appropriate railings and toe boards installed.

7. Every effort is to be made to avoid double stacking product in top steel



**SAFETY**

**COSTCO WHOLESALE**

Employee Agreement

## INDEX

401(k) .................................. 31,59
Absence ....... 17, 19, 32, 36, 38-41, 60, 62-64
Accepting Gratuities, .................. 7, 29, 62
Accommodation ............................ 12
Accumulation of Hours, ............ 35, 40, 44
Acknowledgment of Receipt .............. 81
ADA .................................... 12
Alcohol Testing ...................... 14-16, 60
Anti-Harassment Policy ... 6, 12-14, 60, 64, 66
Appearance. ................. 65, 69-72, 74-75
Arrest and Conviction .................... 61
Battery Handling ........................ 75
Benefits .......... 6, 22, 30, 36, 40-42, 44, 45
Benefits While On Leave .................. 41
Bonuses ........... 17, 20, 21, 41, 44, 56-59
Borrowing. .............................. 61
Breaks ............................. 27, 28, 64
Business Center ................... 46-47, 52-53
Business Delivery ............... 10, 46, 52-53
Buying .................................. 6
CWC Travel ...................... 18, 20, 51, 52
CWT. ........................ 10, 18, 20, 52
Career Opportunities .................... 6
Cash Register .......................... 19
Cashier Training. ....................... 19
Certification .................. 39, 45, 47, 73
Chemical Safety ........................ 76
Chewing Gum/Tobacco .................... 65
Classifications ..... 17, 20, 21, 29, 46-51
Clean Workplace ........................ 72
Closure of Business ................ 25, 56
Clothing ................ 65, 69-72, 74-75
Code of Ethics ......................... 4-8
Commuting Storage ...................... 77
Company Property ............. 61, 62, 64
Conduct ....... 4, 13-15, 20, 23, 60-68
Conflict of Interest .................. 61, 66

Costco Trading. ................... 10, 18, 50
Demotion. .......................... 20, 37
Dental Care ............................ 30
Dependent Care. ........................ 30
Depot ........... 6, 10, 11, 18, 49, 52-53, 55, 74
Destruction of Company Property, ........ 61
Disagreement .......................... 11
Discharge. .......................... 14, 23
Discipline. .............. 16, 23, 60-68, 70
Discourtesy ............................ 64
Discrimination ............ 6, 12, 14, 60, 66
Durable Time. .......................... 26
Dress Code. ................. 65, 69-72, 74-75
E-mail ............................. 62, 67-68
Emergency Procedures ................... 73
Employee Assistance ................. 15, 31
Employee Meetings ...................... 24
Employee Parking ....................... 65
Employee Status ........ 17, 20, 39, 40, 44, 56
Equal Opportunity Policy ............... 12
Equipment Operation. ............... 73, 75
Ethics ........................... 4-7, 60, 66
Excessive Absenteeism. ................. 63
Excessive Tardiness. ................... 64
Expenses ............................. 26
Failure to Perform. .................... 64
Falsification, ..................... 45, 60
Family and Medical Leave Act
(FMLA) ........................... 38-43, 64
First Aid. ............................ 73, 76
Floating Holiday ................... 32-34, 40
Food Factory .............. 10, 18, 20, 52-53
Food Handlers. ......................... 71
Forklift .......................... 19, 73-76
Full-Time Employee
......... 17, 20, 22, 24, 32, 34-36, 45, 57-58
Funeral/Bereavement Leave, ............. 43
Gratuities, ....................... 7, 29, 62

Hand Trucks .......................... 75
Harassment ........... 6, 12-14, 60, 64, 66
Health Care. ....................... 30, 38
Military Leave. ....................... 44
Holidays .......... 17-18, 26, 32-34, 40, 44, 62
Holiday Pay ............ 18, 32-33, 40, 44
Home Office ... 11-12, 14, 21, 28, 48, 52-53, 69
Horseplay .......................... 61, 72
Hourly Classifications ................. 46-51
Hourly Wages .......................... 52-59
Housekeeping ........................ 76-77
Improper Use of Company Property ....... 64
Institutionalization .............. 15-16, 61
Interchange of Duties. ................. 29
Internet ........................... 62, 67-68
Intoxicants, ........................ 15, 16, 61
Intellectual Property .................. 67
Jury Duty. ............................ 19
Layoffs. ......................... 28, 45, 63
Leave of Absence .. 17, 32, 39-41, 44, 60, 62-63
Length of Leave. ................... 40-45
Life Insurance ........................ 31
Lifetime Membership. .................. 37
Lifting. ....................... 65, 73, 77
Lift Truck. ....................... 73-74, 76
Loitering. ............................ 64
Long-Term Disability ............... 31, 42
Long-Term Disability Insurance .... 31, 42
Maintenance. ....................... 74, 76
Martin Luther King, Jr.'s Birthday. ..... 32-33
Meal Period. .................. 27-28, 64, 68
Meat Plants. .......................... 18, 49
Mechanical Dock Plates. ............... 76
Medical Benefits ........... 22, 30, 31, 41
Medical Leave of Absence ............ 38-42
Meetings ............................ 24
Member Service ..................... 69-70

Membership ..................... 5-6, 37, 47
Merchandise ............. 6, 8, 61, 66, 72-75, 77
Military Leave. ....................... 44
Minimum Hours .................... 24, 35
Minimum Work Day ..................... 24
Mission Statement .................... 8, 66
No Call/No Show ................... 60, 64
Obscene Language ...................... 64
Open Door Policy .................. 6, 11-12, 14
Optical Lab ....................... 10, 49
Overtime Pay. ...................... 24-27, 45
Packaging Plant ................... 10, 18, 50
Palled Jack. .......................... 75
Pallets. ................. 73, 75, 77
Part-Time ... 15, 17-18, 20, 22, 24, 33-35, 45
Pay While on Leave .................... 41
Performance Reviews. .................. 21
Personal Appearance. ..... 65, 69-72, 74-75
Personal Leave. ....................... 43
Pharmacists. .............. 24, 27-28, 37
Pharmacy (Prescription) Benefit ....... 30
Portable Dock Plates. ................. 76
Possession of Firearms. ............... 62
Postings. ............................ 19
Pregnancy Leave. ...................... 38
Probation
........ 17-18, 20, 22-23, 30, 32, 37, 45, 52-54, 57
Promotions. ....................... 19-21
Rate of Pay
............ 20-21, 25-26, 28-29, 32, 40, 45, 57-59
Regional Office ......... 21, 28, 49, 52-53, 69
Relationships .......................... 65, 66
Reporting Harassment/Discrimination  12-14
Reserve Leave. ........................ 44
Retaliation. ...................... 12, 14, 60, 61
Return from Military Service ........... 44
Return to Work. .......... 16-17, 36, 39, 41, 44, 45
Reviews (Evaluations) .............. 17, 20, 22



# COSTCO WHOLESALE

## Employee Agreement

Roll Over .................................35
Safety Rules ......................65,72,77
Schedule ...........17,20,24-26,35,64
Scholarships ...........................37
Seasonal Employment
..........15,18-22,24,32,34-35,43,45
Security .............................4,65
Seniority (Length of Continuous Employment)
................12,18-19,21-22,33-34,58
Service Assistant .......48-52,56-57,59
Service Clerk .......46-52,56-57,59
Settlement of Disagreements..........11
Sexual Harassment .....6,12-14,61,64,66
Severance Pay .........................22
Short-Term Disability ............30,41
Shrink Wrap ..........................73
Sick Leave .............17,35,37,42,63
Stock Purchase .......................31
Substance Abuse ..............15-16,60
Sunday Pay ...........................26
Supervisor Pay .......................28
Suspension ...................23,60,63

Temporary Employees .........18,32,35
Temporary Postings ...................19
Termination
12,15-16,20,23,29,34-35,37,45,56,58,61-65
Timecards .............................68
Time Shop .....................47,62,69
Traffic ...........................65,77
Training ......................12,19,72
Transfers ......................20-21,65
Travel .............................25-26
Unauthorized Discounts ...............62
Unauthorized Leave ...................61
Unbecoming Conduct ..................61
Vacation ...17-19,26,28,32-35,40,42,44,62
Vision Benefit .......................30
Voluntary Short-Term Disability ....30,41
Wages ....................6,24,52-59
Wheel Checking .......................76
Worklife .............................31
Work Schedule ...........17,20,24-26,35,64
Work Week .................24,26,32-33
Workers' Compensation ...17,19,36,38-42,63

This Employee Agreement applies to all employees except those represented by a labor union, unless the collective bargaining agreement with the labor union provides for its application.

## Employee Agreement

## NOTES:

# COSTCO WHOLESALE

**COSTCO**
WHOLESALE

## Employee Agreement

**NOTES:**

---

**COSTCO**
WHOLESALE

## Employee Agreement

## ACKNOWLEDGMENT OF RECEIPT
## OF COSTCO EMPLOYEE AGREEMENT

I hereby acknowledge that I have received a copy of the Costco Employee Agreement. I understand that I am responsible for reading this Agreement.

I understand that Costco policy prohibits an employee under the influence of intoxicants or controlled substances from working, and that testing may be required of an employee reasonably suspected to be under the influence, or who is involved in or who contributed to an accident involving injury or harm to individuals, property or equipment.

I understand that I will be classified as a Probationary Employee during the first 90 days of my employment, and that my employment may be terminated at any time, for any reason, during this Probationary period.

I understand that this Agreement is designed to familiarize me with the various Costco policies. It is not intended to replace the actual language in various policies, procedures, etc., but merely to act as a condensed summation.

I understand that this Agreement is intended only as a source of information in a general statement of Company policies. Costco may, from time to time, revise its policies, practices, and/or procedures. This Agreement revokes and supersedes any previous Employee Agreement booklets, publications or documents addressing Company policies.

I understand that I must present proof of identity and employment eligibility within three days of my employment to comply with the Immigration Reform and Control Act of 1986.

_____
Print Your Name

_____
Your Signature

_____
Employee Number

_____
Date



**COSTCO**
WHOLESALE

Employee Agreement

Exhibit 2



VP Flow Chart

EVP - Executive Vice President
SVP - Senior Vice President

18811-000286

Exhibit 3



# TRANSFER NOTIFICATION

Employee Name: ___*Shirley Ellis*___

Social Security Number: ___523 62 6853___   Hire Date: ___7/13/98___

Transferred from Location: ___393___   Current Position: ___Assistant Mgr___

Transferred to Location: ___394___   New Position: ___"   "___

Paid at old location through payday: ___9/18/98___

Transfer effective (next payday): ___10/2/98___

PAYROLL-
This form is to be completed and sent to the new location with the Employee's file attached. A copy of this form is to be sent to PriceCostco Central Payroll.

Split pay periods will be paid by the new location. Current location's payroll clerk should coordinate with new location's payroll clerk to pay all hours due Employee. New location payroll clerk must submit an Inter-Warehouse Payroll Charge form (Form# PR14) to Central Payroll to charge old location appropriate payroll cost.

FORM# PR27 10/95



# TRANSFER NOTIFICATION

Employee Name ___*Shirley Ellis*___

Employee SSN ___523 62 6853___

Transferred From ___394___

Transfer To ___392___

Paid at old location
Through Paydate ___4/16/99___

Transferred Effective
(Next Paydate) ___4/30/99___

Union (Yes or No) ___No___

## INSTRUCTIONS:

This form is completed and sent to the new location with the employee's file attached. A copy of the form is sent to NW Central-Payroll for processing.

No transfer notification is necessary between price and Costco. You need to terminate and send print screens to the ne location.

Spilt pay periods will be paid by the new location. You must coordinate with the new location's payroll clerk to pay all hours due.  The new location should submit an inter-warehouse charge form to charge back the appropriate cost.

FORM# PR27 2/97



# Employee Information Change



NOTE: Complete ONLY the boxes below that apply to your change.

Employee Name: _Shirley Ellis_
(Please Print)

Employee Signature: _Shirley Elly_

Employee # _____

Date: _7-24-99_

## Address Change (HR 11.8)

Address: _____

City: _____  County: _____  State: _____  Zip Code: _____

Telephone (Home): ( )  E-mail Address: _____

## Name Change (HR 11.1)

Name (Last): _____  Name (First): _____

Name (Middle): _____  Name (Nickname): _____

## FOR OFFICE USE ONLY

### Job Change (PA 52)

Status: ☑ Active  ☐ Active Inventory  ☐ Active Leave  ☐ Active Seasonal  ☐ Active Intern

FTE: ☑ 1.0 Full Time  ☐ .75 Part Time  ☐ .50 Inventory-only, limited, seasonal, intern.

Current Job Description: _ASST MGR_  New Job Description: _Same_

Effective Date: _7-13-99_  Department # _057_  DEPT./SUB (user level) # _____

Job Code: _____

Current Rate _02,000_  New Rate: _03,500_  Effective Date: _4-00-99_  Salary Class: ☐ Hourly ☑ Salary

Pay Schedule: ☐ Assistant  ☐ Clerk  ☐ Supervisor  ☑ Other: _Salaried_
(Please Define Clearly)

Pay Plan: ☐ BIWK  ☐ BSUN

NOTE: Approval signature is required for Job Change ONLY. All warehouses require at least the Warehouse Manager's signature, and all Central changes require at least a Vice President's approval. Higher approval may be required for salaried individuals.

Area Manager's Print: _Wendy Davis_

Area Manager's Signature: _Wndy Davis_  Date: _7-24-99_

Final Approval Print: _JOHN GAHERTY_

Final Approval Signature: _____  Date: _7/28/99_

NOTE: Confirm if status/FTE/salary class changes require completion of benefit enrollment or change form.

Entered by: _____  Date: _____

# COSTCO WHOLESALE
# PERFORMANCE EVALUATION

| Name | Location | Hire Date | Position |
|---|---|---|---|
| Shirley Ellis | 392 BLOOMFIELD | 7/13/99 | Asst. Manager |

## 1) PERFORMANCE REVIEW: Consider whether employee has demonstrated the basic knowledge and experience required to produce the result required by the position.

### A) Quantity of work

__X__ * Above position requirements      _____ Meets position requirements      _____ * Needs improvement

Comments: _____ Shirley is very organized, and personally accomplishes a great deal. She is focused, and identifies several layers to each project/problem. She uses her planner religiously to ensure that she keeps tracks of her projects. In addition, she has quickly become a "go to" for employees. She is currently responsible for admin, ancillaries, front end, member service and membership, with staff level managers under her in ancillary, admin, and all other key areas.

## B) ACCURACY

____ * Above position requirements   X  _____ Meets position requirements      _____ * Needs improvement

Comments: Shirley's personal accuracy on her individual work is done well, with little or no errors. She generally meets her deadlines. When delegating assignments to her managers, Shirley still has some her work cut out for her. Most deparments do not consistently meet their daily goals for minimum standards, and require her to actively observe these issues and redirect. In addition, Shirley should continue to focus on understanding all aspects to each department in the building, so she is able to achieve comprehensive success in all projects. It is easier to manage when you can see each issue yourself, rather than relying on another to point these issues out to you.

### C) Consistency

__X__ * Above position requirements      _____ Meets position requirements      _____ * Needs improvement

Comments: Shirley is a consistent high performer, with high goals for herself and her departments. She can be counted on to give 110% daily. Results achieved from her departments need work on consistency.

### D) Judgment

_____ * Above position requirements   X  _____ Meets position requirements      _____ * Needs improvement

Comments: Shirley possesses good professional judgment. Again, a continued focus on technical aspects of each position will help her here. I would like to see Shirley become the person to identify problems before they occur, without these issues being addressed to her. (e.g., f/e productivity, payroll, audit issues, staffing needs).

**2) INITIATIVE :**   Consider whether employee has displayed the ability and willingness to proceed alone and unguided in the fulfillment of responsibilities.

___X__ * Above position requirements     _____ Meets position requirements     _____* Needs improvement

Comments: Shirley has high expectations for herself as well as those who report to her. She is eager to learn all aspects of our business, and is frequently asking for more information on an area, and asking questions as to the why's. I would like to see more initiative on doing the budgets. Shirley has been trained on these, and understands the process well. However, needs to be more comprehensive with remembering to participate prior to the deadline each period.

**3) CREATIVITY :**   Consider whether employee has evidenced imagination and ingenuity in solving the problems that accompany responsibilities.

_____ * Above position requirements   X   _____ Meets position requirements     _____ * Needs improvement

Comments: Shirley has a lot of ideas, and is always searching for more. I would like to see Shirley focus her suggestions within the context of our current operation structure, rather than trying to establish new programs. Focus on achieving success on our current programs, and once proficient, identify potential new programs.

**4) COMMUNICATIONS:**  Consider whether employee has demonstrated the ability to communicate with others to achieve goals required by the position.

_____ * Above position requirements   X   _____ Meets position requirements     _____ * Needs improvement

Comments: Shirley has extensive communication skills. When explaining information, or directing her staff, she is extremely thorough and comprehensive in scope. She establishes clear deadlines for them and herself. At times, however, Shirley needs to balance her expectations with the capabilities of the person she is dealing with, tailoring her approach to the individual. In addition, Shirley has little tolerance for average or below average performance, and often loses her finesse when coaching these employees. Focus on establishing an approachable style, with an awareness of potential frustration.

**5) MEMBER SERVICE:** Consider whether employee has demonstrated the appropriate skills required to interact with members and co-workers in a friendly and professional manner

_____X_____ * Above position        _____ Meets position        _____ * Needs improvement
            requirements                requirements

Comments: In general, Shirley goes above and beyond with members. Focus on instilling these same standards in your departments, looking actively for examples of positive and negative member service skills and addressing with praise or correction. With employees, Shirley is professional, though has a direct approach, coupled with a mature sense of humor. Be conscious of tailoring this candid bantering to the individual to avoid misunderstandings.

**6) SUPERVISION:** Consider whether employee has evidenced skill and tact in managing and motivating subordinates.

_____ * Above position        ___X___ Meets position        _____ * Needs improvement
            requirements                requirements

Comments: Overall, Shirley does a very good job as an assistant manager. Her managerial skills are developed. Specifically, communicating difficult news, addressing reoccuring issues, and setting the bar for standards. What Shirley needs is more of an operational focus, learning the intricacies of Costco, why we do things the way we do, and how to achieve consistent results within that framework. This will make her more valuable to her warehouse managers, and better equip her to run her own building. In addition, some adjustments to her managerial style tailoring her approach to the individual, and realizing coaching managers for success is often an ongoing process.

**ATTENDANCE:** Consider employee's reliability to be on the job.

_____X_____ * Above position        _____ Meets position        _____ * Needs improvement
            requirements                requirements

Comments: Great. Shirley is very flexible, and is willing to adjust her schedule to be here when the business needs her.

**GOALS:**
_____
_____
_____
_____

**PLAN TO ACCOMPLISH**
**GOALS:** _____

**EMPLOYEE COMMENTS:** I will continue to develop my knowledge of Costco and improve my managerial style for my team's success!

_____        Shirley Elton
date 4-24-99                            Employee's Signature
_____        [signature]
date                                    Manager's Signature

# *COSTCO* WHOLESALE
## *Annual Salaried Employee Review*

**Employee Statistics:**

**Date of review:** 4/12/01

**Name:** RAE ELLIS

**Hire Date:** 9/13/98

**Current Location:** #439

**Current Position:** Asst. Whse. Mgr.

**Time in position:** 3 YRS.

**Current Salary:** 66,040

## *EMPLOYEE RESONSIBILITIES* – BRIEFLY AND CLEARLY STATE JOB REQUIREMENTS AND RESPONSIBILITIES FOR THE POSITION. DISCUSS PERFORMANCE IN THESE AREAS.

Rae has had the responsibility of Merchandising and the Fresh businesses. She has also had the responsibility for the financial part of the warehouse. Rae has proven to be a very strong merchant. She is a good teacher and has very high standards of execution. When Rae came into the warehouse she had an immediate effect on the success of the business here in Aurora. Rae holds her staff accountable for their responsibilities and communicates expectations clearly. She is willing to take on any project that has been given to her.

## *MANAGEMENT SKILLS* – CITE STRENGTHS AND WEAKNESSES IN REVIEWING SUCH SKILLS AS PLANNING, TIME MANAGEMENT AND ORGANIZATION.

Rae plans her time effectively. She has her weekly meetings with each of her managers and spends the appropriate amount of time on the floor and on the Front End. Her planning skills are very strong and she has come to have a very good feel for the business here in Aurora. She sets realistic goals and objectives. Rae is very organized and completes her job responsibilities and projects in a timely manner.

## *PEOPLE SKILLS* – CITE STRENGTHS AND WEAKNESESSE IN REVIEWING SUCH SKILLS AS COMMUNICATION, MEMBER RELATIONS AND TEACHING / PEOPLE DEVELOPMENT.

Rae communicates very well both verbally and in writing. She is very clear on what she expects when doing either. Her member relations are strong and she does a good job of resolving problems that occur with members. Rae shows a lot of concern for the employees in the warehouse and they are comfortable coming to her. She has been a good teacher and shows the ability to develop our leaders of the future. Rae, at times, can be very hard on and very direct with her people.

## *TECHNICAL SKILLS* – CITE STRENGTHS AND WEAKNESSES IN REVIEWING SUCH SKILLS AS OPERATIONAL AND PROCEDURAL KNOWLEDGE.

Rae's technical skills are very well developed in both the merchandise and operational aspects of the business. She certainly knows the steps to running a successful warehouse. Her past retail experience is vast and very strong. Her technical skills have been a very valuable part of this warehouse and its success. When questions arise that cannot be answered at our level, she knows whom to call to get the proper procedural answers at Central.

***PROGRESS SINCE LAST REVIEW. CITE IMPROVEMENTS SINCE THE LAST REVIEW.***

Rae has not been reviewed previously at this warehouse. She is certainly capable of running a successful warehouse of her own. Her strength of knowledge and past experience is an asset to this building.

***FUTURE GOALS* – BRIEFLY AND CLEARLY STATE GOALS TO IMPROVE PERFORMANCE AND LONG / SHORT TERM GOALS WITH TIME FRAMES FOR EACH.**

I will continue to give Rae all the areas of responsibility that she wishes to take on. Again she is already capable of running a warehouse of her own and is immediately promotable.

EMPLOYEE COMMENTS:

*I look forward to the opportunity to operate a warehouse as GM in the near future. I will continue to strive to be the best and most supportive assistant. Jim, thank you for leading by good example. I love working @ 439 in Aurora*

_____
Rae Ellis
Employee name

_____
Signature

_____
Managers signature

5/11/01
_____
Date

Exhibit 4

8-29-02

To: Roger Peterson

Fr: Rae Ellis

Hello Roger,

I would like to have a word with you concerning my career path at Costco Wholesale.  I would like to understand the selection process used for General Managers.  I would also like to know approximately where I stand in this region as a candidate for promotion (or if I'm not a candidate, what can I do to become one?).

I'm in my 5th year as an Assistant Manager with the Company and I have a burning desire to help our Company be successful.  I know I can make a difference.

If there is not an opportunity for me here, would you consider recommending me to another Regional VP?  I would love to stay in Colorado, but I love southern California and Texas as well.  I would definitely consider any promotional opportunity.

I would like the opportunity to go forward with my career and I'm asking for your support.  I would appreciate a reply (cell #720-940-6290, email- Bre7777@aol.com), or of course at the Warehouse.

Thank you for taking the time to listen.  I am not trying to be overly bold or disrespectful in any way, I'm only trying to find out where I fit into the Costco Wholesale picture.

Regards,

Rae Ellis #439

COSTCO Career Recap

June 1998 – Madison Heights M.I.T.
Three month M.I.T. training, coordinated entire inventory process, trained
all employees.  Inventory Observer at another location.

Sept. 1998 – Roseville, Michigan
In charge of all Ancillary Business ( Meat, Bakery, Deli, Food Court, Photo,
Optical, Tires, Pharmacy) plus Administration, Marketing, Membership,
Front End and Receiving.  Inventory Post Auditor.

Feb. 1999 – Bloomfield Hills, Michigan
In charge of all Ancillary Business (Meat, Bakery, Deli, Food Court, Photo,
Optical, Tires, Pharmacy) plus Administration, Marketing, Membership,
Front End and Receiving.  August 1999 – Merchandising
Inventory Post Auditor.

July 2000 – Aurora, Colorado
Responsibilities include; Merchandising, Marketing, Membership, Front
End, Food Court, Pharmacy, Optical, Photo, tire Center, Administration.
Inventory Post Auditor.

Exhibit 5



**COSTCO WHOLESALE**

*Memorandum*

TO:       Distribution

FROM:    Dennis Zook

RE:       Promotional Announcement / Management Changes

DATE:    March 25, 2002

**Penny Chaussee**, currently Assistant Warehouse Manager at the Van Nuys location is being promoted to Warehouse Manager of the Laguna Niguel location.  Penny began her career in 1991 as a supervisor and was then promoted to a management position in the Burbank location.  After holding various staff positions, she became an Assistant Warehouse Manager in 1996.

4|8|02 **Chuck Bernardy**, Assistant Warehouse Manager at Vista is being promoted to Warehouse Manager at the Rancho Del Rey location.  Chuck began his career in 1983 as a cart pusher at the Chula Vista location.  After transferring to Accounting as a Supervisor, he worked in the Operations Department as the Workers Comp / Loss Control Manager and then Special Projects / Safety Manager.  In 1993, Chuck returned to the warehouse and held various management positions until being promoted to Assistant Warehouse Manager in 1995.

**Jeff Pierini**, currently Warehouse Manager at Laguna Niguel will be the Warehouse Manager at the new Laguna Market Place location opening June 6th.

4|15|02 **Fidel Cardoso**, currently Warehouse Manager at Rancho Del Rey will be the Warehouse Manager at La Mesa.

4|15|02 **Rick Carlson**, currently Warehouse Manager at La Mesa will be transferring to work at the San Diego Regional Office.

Please join me in congratulating Penny and Chuck on their promotion and wishing Jeff, Fidel, and Rick success in their new assignments.

Exhibit 6

**W142MGR**

| | |
|---|---|
| **From:** | General Distribution |
| **Sent:** | Friday, August 30, 2002 4:50 PM |
| **Subject:** | Promotions/Management Changes |

To:   General Distribution

From:  Dennis Hoover

Re:   Promotions/Management Changes

<u>G.B. Blackmon</u>

I am pleased to announce the promotion of G.B. Blackmon to the position of Warehouse Manager of our Merced, California location.

G.B. started with Costco in February of 1986 at the Santa Clara, California location as a stocker.  He was promoted to a Hardlines Manager in 1988, and from there worked his way through all of the management positions prior to being promoted to an Assistant Manager in 1995 at our San Bruno, California location. Since then he has worked at the Redwood City and Merced locations in that capacity.

<u>Jim Harris Jr.</u>

Currently Warehouse Manager at Merced will be the Warehouse Manager at our new location in N. Fresno, opening in November.

**Please join me in congratulating G.B. on his promotion and wishing Jim much success in his new location.**

Exhibit 7

| ☒ promobanner |

| ☐ Announcements |
| ☐ General |
| ☐ Promotions |
| ☐ Archive |

**Promotional Announcements** for the
Week of **6/02 - 6/08/02**
**Click** link below to view notice.

☑ Promotional Announcement - Paul Cano

☑ Promotional Announcement - Robert Morales

☑ Promotional Announcement / Management Changes

☑ CWT Retirement & Promotion Announcement

**Promotional Announcement - Paul Cano**

FROM:  Dennis Hoover

DATE:  June 3, 2002

I am pleased to announce the promotion of **Paul Cano** to Warehouse Manager of our new
Tracy, California warehouse.

Paul began his career with Costco in November of 1993 at the Merced, California location as
Hardlines Manager.  He has held various positions since then and most recently as Assistant
Manager over merchandising at our Stockton, California warehouse.

Please join me in congratulating Paul on his promotion!

Exhibit 8

**W142MGR**

| | |
|---|---|
| **From:** | General Distribution |
| **Sent:** | Friday, August 30, 2002 4:50 PM |
| **Subject:** | Promotions/Management Changes |

To:   General Distribution

From:  Dennis Hoover

Re:   Promotions/Management Changes

### G.B. Blackmon

I am pleased to announce the promotion of G.B. Blackmon to the position of Warehouse Manager of our Merced, California location.

G.B. started with Costco in February of 1986 at the Santa Clara, California location as a stocker. He was promoted to a Hardlines Manager in 1988, and from there worked his way through all of the management positions prior to being promoted to an Assistant Manager in 1995 at our San Bruno, California location. Since then he has worked at the Redwood City and Merced locations in that capacity.

### Jim Harris Jr.

Currently Warehouse Manager at Merced will be the Warehouse Manager at our new location in N. Fresno, opening in November.

**Please join me in congratulating G.B. on his promotion and wishing Jim much success in his new location.**



# Performance Appraisal

Name:    Jim Harris Jr.                      Hire Date:    12-10-86
Title:     Warehouse Mgr.             Period Covered By Appraisal:    2002
Employee #:                         Scheduled Appraisal Date:
Location #/Department:    #657 N .Fresno       Actual Appraisal Discussion Date:

## I.   CURRENT JOB DESCRIPTION

**Briefly describe the employee's main responsibilities.** Directs, plans, and coordinates programs necessary for successful Warehouse operations. Addresses personnel issues and oversees administrative task as performed by departmental menagers and workers.

## II.   ACCOMPLISHMENTS/STRENGTHS

**List the employee's greatest accomplishments and/or strengths.**

*Employee comments:*

*Manager comments:* Jim can evaluate situations very quickly and takes control & resolves the issues and concerns quickly.  He has very good people skills and connecting with his employees is one on his strengths.

## III.  RESULTS VS. THIS PAST YEAR'S GOALS – (Goals should be "SMART"- Specific, Measurable, Achievable, Results Oriented, and Time Limited)

| GOAL ("SMART") | MEASURABLE RESULTS |
|---|---|
| Goal was to reduce shrink in Merced #142 from a .034 to a .014, that goal was accomplished. | *Employee comments:*  With an aggressive plan to get back to the basic's on controls and focus on key issues everyday, that goal was accomplished. |
| | *Manager comments:* Jim did a great job at #142--Merced to reduce shrink in a timely manner.  He set up excellent controls and set a good tone in the warehouse. |
| | *Employee comments:* |
| | *Manager comments:* |
| | *Employee comments:* |
| | *Manager comments:* |
| | *Employee comments:* |
| | *Manager comments:* |
| | *Employee comments:* |
| | *Manager comments:* |

**IV. SKILLS/ATTRIBUTES THAT ARE IMPORTANT FOR SUCCESS AT COSTCO**

| N | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| NOT APPLICABLE | DOES NOT MEET EXPECTATIONS | DOES NOT CONSISTENTLY MEET EXPECTATIONS | MEETS EXPECTATIONS | EXCEEDS EXPECTATIONS | HAS ACHIEVED EXCELLENCE |

## INTEGRITY

EMP MGR
- **4** **4** - Demonstrates Costco's values & ethics
- **3** **3** - Honors commitments and promises

EMP MGR
- **3** **3** - Respects Co. property and information

*Manager comments:* Jim is very straight forward with honest communication.

## MEMBER SERVICE

EMP MGR
- **3** **3** - Makes eye contact & interacts well with Members
- **3** **3** - Is respectful of member's time
- **3** **3** - Overall results compared to "Member Service Standards"

EMP MGR
- **3** **4** - Ensures that warehouse is "showtime-ready"
- **3** **3** - Goes the "extra mile" for Members

*Manager comments:*

## PERSONAL LEADERSHIP (All Employees)

EMP MGR
- **4** **3** - Sets a positive example for others
- **4** **4** - Works to develop self and others

EMP MGR
- **3** **3** - Decisiveness
- **3** **3** - Exhibits professionalism

*Manager comments:*

## INTERPERSONAL SKILLS & COMMUNICATION

EMP MGR
- **4** **4** - Works & interacts well with others
- **3** **3** - Listening skills
- **3** **3** - Responsiveness to others

EMP MGR
- **3** **2** - Expresses ideas well: written and verbally
- **3** **3** - Follows direction and coaching
- **3** **3** - Accepts constructive criticism

*Manager comments:*

## INITIATIVE/WORK ETHIC

EMP MGR
- **3** **3** - Quantity of work
- **3** **4** - Attendance/Timeliness
- **4** **4** - Sense of urgency
- **3** **3** - Demonstrates a positive attitude
- **3** **3** - Ability to work independently

EMP MGR
- **4** **3** - Dedication to producing quality results
- **3** **3** - Ability to prioritizes to meet deadlines
- **3** **3** - Follows-through
- **3** **4** - Adaptability to change
- **3** **3** - Proactive vs. Reactive

*Manager comments:* Jim has a very good sense of urgency obtaining good results.

## DECISION-MAKING

EMP MGR
- **3** **3** - Demonstrates good judgement
- **3** **3** - Decisions reflect Costco's Mission
- **3** **4** - Uses creativity to find better solutions

EMP MGR
- **3** **3** - Seeks input and/or advice when appropriate
- **3** **3** - Use of broad business knowledge
- **3** **3** - Sees the "big picture"

*Manager comments:* Jim has good merchandising skills and is always trying to be creative.

## FUNCTIONAL SKILLS OR FOCUS AREAS (Job Specific – Manager's Option to assign these in advance)

EMP MGR
- -

EMP MGR
- -

*Manager comments:*

## LEADING OTHERS (Completed Only if Employee has Supervisory Responsibility for Others)

EMP MGR
- **3** **2** - Progress toward creating a more diverse organization
- **4** **4** - Motivates others to do their best
- **3** **3** - Responsiveness to their staff
- **3** **3** - Creates a vision for the organization
- **3** **3** - Produces/prepares a pool of qualified promotion prospects

EMP MGR
- **3** **3** - Maintains a positive & safe environment
- **3** **3** - Provides timely, candid & constructive feedback
- **3** **3** - Sets stretching/achievable goals for others
- **3** **3** - Coaches, teaches, and mentors
- **3** **4** - Resolves conflict in a timely manner

*Manager comments:*

## V.  SKILL DEVELOPMENT OPPORTUNITIES

**In what single area could the employee improve during the next year, to have the most positive impact on their performance?**

*Employee's examples:*



*Manager comments:* Have a great opening exceeding our sales and profit goals.


**Plans for improvement**
*Employee's examples:*



*Manager comments:*


## VI.  CAREER COMMENTS

**Employee career goals.**  What are your short and long-term career goals?
*Employee comments:* Short term goal, is provide a safe and productive environment.  Develop my staff to be qualified promotion prospects. Achieve all my controllable expenses, and profit percenteges.

**What areas of experience or skill development/training would contribute most to the employee's career development?**
*Employee comments:*



*Manager comments:* Because of Jim's emotion, he can work on keeping an even keel in his mannerisms to offer a more calming effect.


## VII. NEXT YEAR'S PERFORMANCE GOALS (Suggested in advance by the employee.  Completed by Mgr. at review).

3 to 5 Goals – (Goals should be SMART – Specific, Measurable, Achievable, Results Oriented, Time Limited)

To have a shrink percentage of .18 at the end of the fiscal year.

Reduce workers comp. to a .20, budget is a .25

Improve bottom line profit 10%, that would be 1.60%




| This appraisal was discussed with me. | Employee Signature: | Date: 10-25-02 |
| | Employee Name Printed: Jim Harris | |

*Employee comments:*


| I discussed this appraisal with employee. | Appraiser's Signature: | Date: |
| | Appraiser's Name Printed: | |
| I reviewed and agree with this appraisal. | Warehouse Mgr.'s Signature: (or Appraiser's Manager if not a Warehouse Employee) | Date: 10-25-02 |

## ATTACH ADDITIONAL PAGES IF NECESSARY

**SEND SIGNED ORIGINALS TO PAYROLL (or HR, if not a Warehouse Employee); COPIES TO WAREHOUSE MGR, APPRAISER & EMPLOYEE**