| | |
|---|---|
| SEYFARTH SHAW LLP<br>Kenwood C. Youmans (SBN 68258)<br>David D. Kadue (SBN 113578)<br>2029 Century Park East, Suite 3300<br>Los Angeles, California 90067-3063<br>Telephone: (310) 277-7200<br>Facsimile: (310) 201-5219<br>kyoumans@seyfarth.com<br>dkadue@seyfarth.com | SEYFARTH SHAW LLP<br>David B. Ross (admitted *pro hac vice*)<br>1270 Avenue of the Americas<br>Suite 2500<br>New York, New York 10020<br>Telephone: (212) 218-5500<br>Facsimile: (212) 218-5526<br>dross@seyfarth.com |
| SEYFARTH SHAW LLP<br>Gerald L. Maatman, Jr. (admitted *pro hac vice*)<br>131 S. Dearborn Street, Suite 2400<br>Chicago, Illinois 60603-5803<br>Telephone: (312) 460-5000<br>Facsimile: (312) 460-7000<br>gmaatman@seyfarth.com | SEYFARTH SHAW LLP<br>Thomas J. Wybenga (admitted *pro hac vice*)<br>999 Lake Drive<br>Issaquah, Washington 98027<br>Telephone: (425) 313-6794<br>Facsimile: (425) 313-7922<br>twybenga@seyfarth.com |

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| SHIRLEY "RAE" ELLIS, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION<br><br>Defendant. | Case No. C04 3341 MHP<br><br>**COSTCO'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date: November 6, 2006<br>Time: 2:00 p.m.<br>Courtroom: 15<br>Judge: Marilyn Hall Patel |

## Table of Contents

| | | | Page |
|---|---|---|---|
| **INTRODUCTION** | | | |
| | A. | Costco's History and Operational Structure | 1 |
| | B. | Costco's Inclusive Culture | 3 |
| | C. | Women in Senior Management Throughout Costco | 3 |
| | D. | Costco's Retail Warehouse Business | 4 |
| | E. | The Senior Warehouse Manager Jobs | 4 |
| | | 1. The General Manager | 4 |
| | | 2. The Assistant Manager | 4 |
| | | 3. The Senior Staff Managers | 5 |
| | F. | Costco's Human Resources Practices | 7 |
| | | 1. Promotion Statistics | 7 |
| | | 2. Diversity Initiatives | 8 |
| | | 3. Time-in-Grade Statistics | 9 |
| | G. | Costco's Regional Promotional Systems | 9 |
| | | 1. Promotion From Within | 10 |
| | | 2. Objective Promotion Criteria | 10 |
| | | 3. Team-Based Decisionmaking | 10 |
| | | 4. Formal Succession Planning | 10 |
| | | 5. Abundant Individuating Information | 11 |
| | | 6. Employee Awareness of Promotion Process | 11 |
| | H. | The Plaintiffs: Three Atypical Employees With Unique Stories | 11 |
| | | 1. Leah Horstman, Former Senior Staff Manager | 11 |
| | | 2. Shirley Ellis, Former AGM | 13 |
| | | 3. Elaine Sasaki, Current AGM | 14 |
| **ARGUMENT** | | | |
| | I. | "RIGOROUS ANALYSIS" IS REQUIRED | 15 |
| | II. | ONLY LIABILITY-PERIOD DATA SHOULD COUNT | 16 |
| | | A. Pre-Limitations Statistics Have Limited Relevance | 16 |
| | | B. The "Hypothetical Feeder Pool" Theory Lacks Merit | 18 |

# Table of Contents
*(Cont'd)*

| | | | Page |
|---|---|---|---|
| | C. | Prior Discrimination Did Not Taint The AGM Feeder Pool | 18 |
| III. | **PLAINTIFFS SEEK TOO BROAD A CLASS** | | 19 |
| | A. | An MM Class Exceeds The Scope Of Any Charge | 19 |
| | B. | The AGM Class Period Cannot Precede December 2003 | 19 |
| IV. | **PLAINTIFFS' EXPERTS FAIL TO SHOW COMMONALITY** | | 20 |
| | A. | Plaintiffs Ignore Job Experience And Relevant Times | 20 |
| | B. | "Extenal Benchmarks" Do No Show Commonality | 21 |
| | C. | The Stereotyping Theory Does Not Show Commonality Here | 22 |
| V. | **INTERREGIONAL DISPARITIES DESTROY COMMONALITY** | | 22 |
| VI. | **PLAINTIFFS ARE NOT TYPICAL REPRESENTATIVES** | | 24 |
| VII. | **PLAINTIFFS ARE NOT ADEQUATE REPRESENTATIVES** | | 25 |
| VIII. | **CERTIFICATION UNDER RULE 23(b)(2) IS INAPPROPRIATE** | | 26 |
| | A. | Plaintiff Lack Standing To Pursue injunctive Relief | 26 |
| | B. | Requests For Monetary Awards Predominate | 27 |
| | C. | Compensatory Awards Are Incompatible With Rule 23(b)(2) | 28 |
| | D. | Insisting on Punitive Damages Precludes A Rule 23(b)(2) Class | 28 |
| | E. | Self-Serving Declarations Do Not Control | 29 |
| IX. | **"HYBRID" CERTIFICATION IS LIKEWISE INAPPROPRIATE** | | 30 |
| X. | **THE TRIAL PLAN SHOWS CERTIFICATION IS IMPROPER** | | 31 |
| | A. | The Plan Inevitably Conflicts With Rule 23(b)(2) | 32 |
| | | 1. The Damages Claims Necessitate Individual Hearings | 32 |
| | | 2. Any Damages Class Would Be Unmanageable | 33 |
| | B. | The Plan Would Violate Title VII | 33 |
| | C. | The Plan Would Violate Costco's Constitutional Rights | 33 |
| | D. | The Plan Would Violate the Rules Enabling Act | 35 |
| **CONCLUSION** | | | |

LA1 6598769.21

# TABLE OF AUTHORITIES

## FEDERAL CASES

*Abram v. UPS*,
  200 F.R.D. 424 (E.D. Wis. 2001) ...................................................................................24

*Adler v. Wallace Computer Servs.*,
  202 F.R.D. 666 (N.D. Ga. 2001) ..............................................................................31, 32

*Allison v. Citgo Petrol. Corp.*
  151 F.3d 402 (5th Cir. 1998) .........................................................26, 27, 28, 29, 31, 33

*Amchem Prods. v. Windsor*,
  521 U.S. 591 (1997) ..........................................................................................16, 25, 31, 35

*Armstrong v. Powell*,
  240 F.R.D. 661 (W.D. Okla. 2005) ...........................................................................27

*Bacon v. Honda of Am. Mfg.*,
  205 F.R.D. 466 (S.D. Ohio 2001) ....................................................................27, 29, 32

*Bacon v. Honda of America Mfg.*,
  370 F.3d 565 (6th Cir. 2004) ......................................................................................25

*Beck v. Boeing*,
  2004 U.S. Dist. LEXIS 27622 (W.D. Wash. April 9, 2004) ..................................17

*Berg v. California Horse Racing Bd.*,
  419 F. Supp. 2d 1219 (E.D. Cal. 2006) .....................................................................18

*Blades v. Monsanto Co.*,
  400 F.3d 562 (8th Cir. 2005) ......................................................................................16

*Bowe v. PlyMedica Corp.*,
  432 F.3d 1 (1st Cir. 2005) ...........................................................................................16

*Burrell v. Crown Petrol.*,
  197 F.R.D. 284 (E.D. Tex. 2000) ...................................................................29, 31, 32

*BMW v. Gore*,
  517 U.S. 559 (1996) .....................................................................................................34

*Caridad v. Metro-North Commuter R. Co.*,
  191 F.3d 283 (2d Cir. 1999) .......................................................................................23

*Carpenter v. Boeing*,
  No. 02-1019-WEB, 2004 U.S. Dist. LEXIS 24296 (D. Kan. Feb. 24, 2004) ........17

*Castano v. American Tobacco Co.*,
  84 F.3d 734 (5th Cir. 1996) ..................................................................................27, 35

*City of Los Angeles v. Lyons*,
  461 U.S. 95 (1983) .......................................................................................................27

*Coleman v. GMAC*,
    296 F.3d 443 (6th Cir. 2002) ..................................................................................31

*Colindres v. Quitflex Mfg.*,
    235 F.R.D. 347 (S.D. Tex. 2006)................................................................29, 33, 35

*Cooper v. Southern Co.*,
    390 F.3d 695 (11th Cir. 2004) .......................................................................25, 31, 32

*Coopers & Lybrand v. Livestay*,
    437 U.S. 463 (1978).................................................................................................16

*Devereaux v. East Bay Conservation Corp.*, Case No. C 97-3065,
    1998 U.S. Dist. LEXIS 20435 (N.D. Cal. Dec. 29, 1998).......................................20

*Domingo v. New England Fish Co.*,
    727 F.2d 1429 (9th Cir. 1984) .................................................................................33

*Donaldson v. Microsoft Corp.*,
    205 F.R.D. 558 (W.D. Wash. 2001) ........................................................................25

*Doninger v. Pacific Nw. Bell*,
    564 F.2d 1304 (9th Cir. 1977) .................................................................................24

*Dukes v. Wal-Mart*,
    222 F.R.D. 137 (N.D. Cal. 2004)................................................3, 23, 24, 26, 33, 34

*EEOC v. Farmer Bros Co.*,
    31 F.3d 891 (9th Cir. 1994) .....................................................................................20

*EEOC v. Jillians*,
    279 F. Supp. 2d 974 (S.D. Ind. 2003)................................................................20, 21

*EEOC v. Sears*,
    839 F.2d 302 (7th Cir. 1988) ...................................................................................23

*Eldredge v. Carpenters*,
    833 F.2d 1334 (9th Cir. 1994) .................................................................................18

*Elmenayer v. ABF Freight Sys.*,
    318 F.3d 130 (2d Cir. 2003).....................................................................................17

*Everitt v. City of Marshall*,
    703 F.2d 207 (5th Cir. 1983) ...................................................................................26

*Faulk v. Home Oil. Co.*,
    186 F.R.D. 600 (M.D. Ala. 1999)).............................................................................33

*Freeman v. Oakland Unified School Dist.*, Case No. C 99-3029,
    2001 U.S. Dist. LEXIS 485 (N.D. Cal. 2001) .........................................................21

*Gariety v. Grant Thornton*,
    368 F.3d 356 (4th Cir. 2004) ...................................................................................16

*General Tel. Co. v. Falcon*,
    457 U.S. 147 (1982)..................................................................................................16, 24

*Hall v. Burger King Corp.*,
    Civ. A. No. 89-0260-CIV-KEHOE, 1992 U.S. Dist. LEXIS 18687 (S.D. Fla. Oct. 26, 1992) .......................................................................................................................30

*Hammett v. American Bankers Ins. Co.*,
    203 F.R.D. 690 (S.D. Fla. 2001)..................................................................................30

*Hanon v. Dataproducts*,
    976 F.2d 497 (9th Cir. 1992) ...........................................................................16, 24, 25

*Heffner v. Blue Cross*,
    443 F.3d 1330 (11th Cir. 2006) ...................................................................................16

*Hildebrandt v. Department of Nat'l Resources*,
    347 F.3d 1014 (7th Cir. 2003) .....................................................................................17

*Hines v. Widnall*,
    334 F.3d 1253 (11th Cir. 2003) ...................................................................................25

*Hively v. Northlake Foods*,
    191 F.R.D. 661 (M.D. Fla. 2000)...........................................................................25, 26

*Howard v. City of Greenwood*,
    783 F.2d 1311 (5th Cir. 1986) .....................................................................................28

*Jackson v. Motel 6 Multipurpose*,
    130 F.3d 999 (11th Cir. 1997) .....................................................................................27

*Jane Does I-III v. District of Columbia*,
    216 F.R.D. 5 (D.D.C. 2003) ...................................................................................27, 28

*Jefferson v. Ingersoll Int'l*,
    195 F.3d 894 (7th Cir. 1999) .......................................................................................31

*Jones v. GPU*,
    234 F.R.D. 82 (E.D. Pa. 2005).....................................................................................17

*Kanter v. Warner-Lambert Co.*,
    265 F.3d 853 (9th Cir. 2001) .......................................................................................26

*Kline v. Coldwell Banker & Co.*,
    508 F.2d 226 (9th Cir. 1974) .......................................................................................35

*Kraszewski v. State Farm Gen. Ins. Co.*,
    No. C-70-1261-TEH, 1986 U.S. Dist. LEXIS 22604 (N.D. Cal. July 17, 1986) .......33

*Lamumba Corp. v. City of Oakland*,
    2006 U.S. Dist. LEXIS 40522 (N.D. Cal. Jun. 30, 2006).............................................18

*Lemon v. Operating Eng'rs*,
    216 F.3d 577 (7th Cir. 2000) .................................................................................29, 32

*Lujan v. Defenders of Wildlife*,
  504 U.S. 555 (1992)..........................................................................................................27

*Lyons v. England*,
  307 F.3d 1092 (9th Cir. 2002) .........................................................................................18

*McKenzie v. Sawyer*,
  684 F.2d 62 (D.C. Cir. 1982)............................................................................................33

*Miller v. Hygrade Food Prods.*,
  198 F.R.D. 638 (E.D. Pa. 2001) .................................................................................29, 31

*Molski v. Gleich*,
  318 F.3d 937 (9th Cir. 2003) .......................................................................26, 28, 29, 30

*Morgan v.Amtrack*,
  536 U.S. 10th (2002)17

*Morgan v. UPS*,
  380 F.3d 459 (8th Cir. 2003) ...............................................................................17, 19, 23

*Murray v. Auslander*,
  244 F.3d 807 (11th Cir. 2001) .........................................................................................28

*O'Shea v. Littleton*,
  414 U.S. 488 (1974)..........................................................................................................28

*Ortiz v. Fibreboard Corp.*,
  527 U.S. 815 (1999)...................................................................................................28, 35

*Paige v. State of California*,
  291 F.3d 1141 (9th Cir. 2002) ...................................................................................18, 19

*Patterson v. American Tobacco Co.*,
  34 F.2d 744 (4th Cir. 1980) .............................................................................................17

*Pettway v. American Cast Iron Pipe Co.*,
  494 F.2d 211 (5th Cir. 1974) ...........................................................................................33

*Ramirez v. DeCoster*,
  194 F.R.D. 348 (D. Me. 2000).........................................................................................27

*Reeb v. Ohio Dep't of Rehab.*,
  435 F.3d 639 (6th Cir. 2006) ...........................................................................................28

*Reid v. Lockheed Martin Aerovantics Co.*,
  205 F.R.D. 655 (N.D. GA 2001) ...............................................................................29, 31

*Robertson v. North Am. Van Lines, No. C-03-2397 SC*,
  2004 U.S. Dist. LEXIS 7788 (N.D. Cal. Apr. 13, 2004) ................................................31

*Robertson v. Sikorsky Aircraft Corp.*,
  No. 397-CV-1216 (GLG), 2001 U.S. Dist. LEXIS 11662 (D. Conn. July 5, 2001)..........29

*Robinson v. Metro-N. Commuter R.R.*,
 267 F.3d 147 (2d Cir. 2001) ........................................................................................... 30

*Robinson v. Sheriff of Cook County*,
 167 F.3d 1155 (7th Cir. 1999) ........................................................................................ 26

*Rodgers v. Henderson*, Case No. C 99-3012,
 2000 U.S. Dist. LEXIS 3162 (N.D. Cal. March 10, 2000) ............................................. 20

*Samuel v. University of Pittsburgh*,
 56 F.R.D. 435 (W.D. Pa. 1972) ...................................................................................... 27

*Segar v. Smith*,
 738 F.2d 1249 (D.C. Cir. 1984) ................................................................................ 32, 33

*Sepulveda v. Wal-Mart Stores*, No. CV04-1003 DSF (EX),
 2006 U.S. Dist. LEXIS 59056 ........................................................................................ 30

*Shipes v. Trinity Indus.*,
 987 F.2d 311 (5th Cir. 1993) .......................................................................................... 33

*Sikes v. Teleline*,
 281 F.3d 1350 (11th Cir. 2000) ...................................................................................... 32

*In Re Simon II Litigation*,
 407 F.3d 125 (2d Cir. 2005) ........................................................................................... 35

*Smith v. Western Elec. Co.*,
 770 F.2d 520 (5th Cir. 1985) .......................................................................................... 17

*Sosa v. Hiraoka*,
 920 F.2d 1451 (9th Cir. 1990) ........................................................................................ 20

*Stastny v. Southern Bell T&T*,
 628 F.2d 267 (4th Cir. 1980) .......................................................................................... 23

*State Farm Mut. Auto Ins. Co. v. Campbell*,
 538 U.S. 408 (2003) ........................................................................................... 29, 34, 35

*Ste. Marie v. Eastern R.R. Ass'n*,
 650 F.2d 395 (2d Cir. 1981) ........................................................................................... 17

*Stender v. Lucky Stores*,
 803 F. Supp. 259 (N.D. Cal. 1992) ................................................................................... 8

*Stewart v. GMC*,
 542 F.2d 445 (7th Cir. 1976) .......................................................................................... 33

*Szabo v. Bridgeport Machines*,
 249 F.3d 672 (7th Cir. 2001) .......................................................................................... 16

*Teamsters v. United States*,
 431 U.S. 324 (1977) ................................................................................................. 32, 35

*Thorn v. Jefferson – Pilot Life Ins. Co.*,
   438 F.3d 311 (4th Cir. 2006) ..................................................................................28, 29

*Ticor Title Ins. Co. v. Brown*,
   511 U.S. 117 (1994) ..............................................................................................................28

*United Airlines v. Evans*,
   431 U.S. 553 (1977) ..............................................................................................................18

*United States v. City of Miami*,
   195 F.3d 1292 (11th Cir. 1999) ............................................................................................33

*Windham v. American Brands*,
   565 F.2d 59 (4th Cir. 1977) ..................................................................................................35

*Wooden v. Board of Regents*,
   247 F.3d 1262 (11th Cir. 2001) ......................................................................................27, 28

*Zacherty v. Texaco Expl. & Prod.*,
   185 F.R.D. 230 (W.D. Tex. 1999) .........................................................................................25

*Schwab v. Philip Morris USA.*, No. CV 04-1945,
   2005 WL. 3032556 (E.D.N.Y. Nov. 14, 2005) ....................................................................35

## DOCKETED CASE

*Moore v. Boeing*,
   No. 4:02CV80 CDP, 2004 U.S. Dist. Lexis 5959 (E.D. Mo. Mar. 31, 2004) ..............17, 24

*Webb v. Barnes Group*,
   No. 02-2716 (N.D. Tex. July 6, 2004) ..................................................................................26

## FEDERAL STATUTES

42 U.S.C. §1981a(b)(1)..................................................................................................29, 34

42 U.S.C. § 2000e-5(g)(2) ....................................................................................................35

28 C.F.R. § 501.4 ..................................................................................................................18

28 U.S.C. §§ 2071-2077 .......................................................................................................35

## LAW REVIEW ARTICLE

Jeffrey H. Dasteel & Ronda McKaig, *What's Money Got To Do With It?: How
   Subjective, Ad Hoc Standards For Permitting Money Damages in Rule 23(b)(2)
   Injunctive Relief Classes Undermine Rule 23's Analytical Framework*, 80 Tul. L.
   Rev. 1881 (2006) ..................................................................................................................30