1            UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3               (SAN FRANCISCO DIVISION)

4

5     ----------------------------

6   SHIRLEY "RAE" ELLIS, on          )

7   behalf of herself and all        )

8   others similarly situated,       )   **ORIGINAL**

9                  Plaintiffs,        )

10      vs.                          ) No. C04 3341

11  COSTCO WHOLESALE                 )     MHP

12  CORPORATION,                     ) VOLUME I

13                 Defendant.        )

14    ----------------------------

15

16

17      Deposition of BARBARA RESKIN, Ph.D.,

18      taken at 275 Battery Street, 28th Floor,

19      San Francisco, California, commencing

20      at 9:37 a.m., Tuesday, August 15, 2006,

21      before Sandra Lehane, RPR, CSR No. 7372.

22

23

24

25  PAGES 1 - 267

                                                          1

1   that you produced.  Are there any professional

2   opinions that you have formed in this matter that are

3   not contained in those three reports?

4       A.   No, there are no professional opinions that

5   I've formed that aren't contained except that I saw          10:26

6   that there was some evidence in that three-page --

7   that three-page document from the dependent data that

8   is consistent with my report.  But that's the only

9   opinion.  Those three pages did not change any opinion

10  I offer in the report, nor have I changed it for any         10:26

11  other reason.

12      Q.   Okay.  Did anyone assist you in your

13  investigations or the preparation of your reports?

14      A.   I have a student, who just graduated in

15  sociology and is starting law school, who was my            10:27

16  summer research assistant.  And she tabulated for me,

17  simply -- she went through what I think of as Appendix

18  G to Dr. Landy's report.  But apparently it was also a

19  document, Bill tells me, in Dr. Saad's report.  And

20  it's the part of -- these were these performance            10:27

21  evaluations in 280-something Costco employees that

22  Dr. Saad received and alludes to in his deposition and

23  in his statement.  And each ends with some statements,

24  just the opportunity by the worker who is being

25  evaluated to make some comment about their career           10:27

                                                                 29

1  goals or whatever.  And so this is talk; it's not just

2  checking questions.

3          And I had her go through that and look at

4  every single entry and identify for me, by

5  highlighting in color, whether or not the entry bore          10:28

6  at all on a set of issues.  It was sort of a way for

7  me to save time.  So she did that for me.  And she may

8  have gotten a few articles from the library for me.

9      Q.   That's fine.

10         I understand that your report was based          10:28

11  solely on the facts that were provided to you?

12     A.   Oh, may I say one more thing to clarify my

13  last answer?

14     Q.   Sure.

15     A.   In addition to that, when I analyzed a little          10:28

16  bit of census data on-line -- and I had a graduate

17  student who has used these data very recently just

18  produce the tables for me.  I didn't tell him what the

19  case was or what it was in -- concerned with.  I just

20  said I'll pay you if you produce these tables.          10:28

21     Q.   Okay.  Let me go back to my last question.

22         I understand your report was based solely on

23  the facts provided to you?

24     A.   Well, my report is -- I use a social

25  framework analysis.  And so essentially, I use a whole          10:29
                                                                        30

1    set of knowledge in the social sciences about, for

2    example, the effect of -- the conditions that

3    exacerbate or mitigate stereotyping.

4        Q.  Let me rephrase the question.  You did not do

5    any independent fact gathering yourself at Costco, did    10:29

6    you?

7        A.  No.

8        Q.  And the facts that you used concerning Costco

9    were facts that were provided to you?

10       A.  Right.  Except for -- yes.  Except for    10:29

11   getting these census data.

12       Q.  But that was not --

13       A.  Right.

14       Q.  My question was limited to facts at Costco.

15       A.  I just want to make sure I'm giving you a    10:29

16   complete accurate answer.

17       Q.  And you didn't do any empirical research of

18   your own with Costco data?

19       A.  Well, except for what I just described.

20           MR. LEE:  Maybe you could explain what you    10:29

21   mean by empirical.  It's pretty vague.

22   BY MR. ROSS:

23       Q.  You didn't perform any experiments at Costco?

24       A.  No.

25       Q.  Okay.  Are the sources of all the facts on    10:30

                                                               31

1   which you relied in your first amended report and

2   second report, are those referenced in those

3   documents?

4        A.   Yes.

5        Q.   Okay.                                          10:30

6        A.   I want to correct my answer.  There is a lot

7   of research in these areas.  And Counsel wanted me to

8   keep my report brief, and so I didn't list every

9   single thing that bears on it that I'm aware of.

10       Q.   But any facts concerning Costco that you      10:30

11  relied on are referenced in your reports?

12       A.   Yes, that's correct.

13       Q.   And you assume those facts to be reliable?

14       A.   When I read depositions, I assume that the

15  facts in the depositions are correct.  I assume people  10:30

16  are sworn and are telling the truth.

17       Q.   If any of the information, facts, concerning

18  Costco that you received turn out not to be reliable,

19  then you would have to reconsider your report to that

20  extent; isn't that true?                                10:31

21       A.   Yes.  If there were facts that were provided

22  that were incorrect, then I would look at how that

23  affected my conclusions.  Sure.

24       Q.   Are you a member of Costco Wholesale?

25       A.   No.                                            10:31
                                                                32

1    Q.  You're not?

2    A.  No.

3    Q.  You've never shopped there?

4    A.  Well, actually, I went there with my

5  partner's sister about the time I was asked to          10:31

6  participate in the case because I hadn't been inside.

7  Although I had been in Price Club 25 or whatever years

8  ago.  But I'm not a big shopper, and I don't have very

9  much time, and Costco is quite a ways from my house.

10 So -- I may join actually.  I don't know.  I went       10:31

11 there; I didn't see any treasures.

12   Q.  Were you -- so you were there on one

13 occasion?

14   A.  I was there on one occasion.

15   Q.  How long was that?                                 10:31

16   A.  Oh, probably 40 minutes.

17   Q.  Okay.  Dr. Reskin, you're a sociologist?

18   A.  That's correct.

19   Q.  And you hold a Ph.D. in that field?

20   A.  That's correct.                                    10:32

21   Q.  And you teach courses in that field?

22   A.  That's correct.

23   Q.  Is that the expertise you utilized in

24 preparing your reports in this case?

25   A.  Well, I did utilize that expertise, but           10:32
                                                             33

1    also on occupations that became customarily female

2    after being primarily male.  And the title actually is

3    The Culture in Commerce of Publishing.  So it deals

4    with cultural issues.  There were people at maybe half

5    a dozen organizations, but not a single organization          10:41

6    apart from the study of the utility company.

7        Q.  Okay.  Is there any accepted standard by

8    which experts in your field can measure corporate

9    culture to determine what kind of culture it is,

10   whether it was strong or weak?                                 10:41

11       A.  Not that I'm aware of.  Not a consensus

12   around a single standard, no.

13       Q.  So there is no real kind of, like, box core

14   or checklist of how to evaluate a culture at a

15   corporation?                                                    10:41

16       A.  Not to my knowledge.

17       Q.  Okay.  Do you believe you can accurately

18   assess the culture of an organization from just

19   reading depositions and examining some documents in

20   connection with litigation?                                    10:41

21       A.  I don't know whether one can do that always

22   or some of the time.  But I do know that I read

23   thousands of pages of documents, literally thousands

24   of pages, and spent hundreds of hours doing it.  And

25   I -- and in those documents, people describe the               10:42
                                                                    40

1   culture of a particular organization, and I felt that

2   those descriptions had enormous consensus.  And so I

3   think with a particular set of documents in which

4   that's part of what people are talking about and

5   people from a variety of perspectives and positions          10:42

6   are talking about it, I can be relatively confident

7   that I understand the culture.

8         When the head of the organization says this

9   is the culture, and the HR director says this is the

10  culture, I can be relatively confident.  But I can            10:42

11  certainly imagine lots of situations where I can read

12  many pages of documents and not be competent --

13  confident.

14        Q.  Well, you didn't do any study of how --

15  actual field work at Costco to see how the culture           10:43

16  operated in practice, did you?

17        A.  No, I did not.

18        Q.  Okay.  And if you were doing an assessment of

19  the culture of a corporation for professional work,

20  wouldn't you want to do that?                                 10:43

21        MR. LEE:  Assessment of the culture?

22        MR. ROSS:  Do you understand my question?

23        THE WITNESS:  Well, I'm -- I guess -- no.  I

24  guess I would like you to clarify what you mean by

25  assessment of the culture.                                    10:43
                                                                   41

1    BY MR. ROSS:

2        Q.    If you were writing an article assessing a

3    culture of a specific corporation, you would certainly

4    do -- want to do more than just read documents,

5    wouldn't you?                                              10:43

6        A.    Well, if the organization were available to

7    me, I would certainly want to do more.  So, indeed, we

8    did when we studied the utility company.  People do

9    write articles on organizational culture in

10   organizations that are inaccessible to them without      10:43

11   being in those organizations.  I wouldn't do that.

12       Q.    Okay.  Given the broad definition of

13   organizational culture that you used in your report,

14   wouldn't you expect that most corporations who have

15   been successful in their business have an               10:44

16   organizational culture of some kind?

17       A.    Yes.

18       Q.    And having an organizational culture --

19   excuse me.  Let me rephrase that.

20             An organizational culture of some kind could   10:44

21   contribute to the success of a corporation as a

22   business?

23       A.    That's a contemporary belief in

24   organizational sociology.

25       Q.    Do you share that belief?                      10:44
                                                                  42

1          MR. LEE:  1517?

2          MR. ROSS:  Yes.

3          (Witness examines document.)

4          THE WITNESS:  Just to --

5          MR. LEE:  Where on Page 4?                    10:59

6          THE WITNESS:  Could you tell me where?  I

7     don't see it.

8          MR. ROSS:  It might have been in the first

9     report.

10         MR. LEE:  Back to 1516?                        10:59

11         MR. ROSS:  I'm going to locate it for you,

12    and I'll point it out.

13         On Page 5 of 1517, second sentence of the

14    first full paragraph, you state:  "Its primary tenets

15    are that Costco is 'open company' in which          11:00

16    communication flows freely," and you cited

17    Mr. Matthew's deposition.

18         MR. LEE:  Counsel, the paragraph clearly says

19    "Costco's tenets are."  It didn't say that she found

20    this to be the case.                                11:00

21         THE WITNESS:  That's right.  I cite Matthew's

22    deposition.

23    BY MR. ROSS:

24      Q.  You did not believe Matthew was telling the

25    truth when he said that?                            11:00
                                                              49

1        A.   I'm simply citing Matthew's deposition.   I'm

2    quoting Matthews, which is why I have quotation marks

3    around "open company," and I refer to specific pages.

4    So I'm not claiming this.   I'm not saying it's my

5    conclusion.   I'm saying in this description of          11:00

6    Costco's culture that appears in the deposition, he

7    claims its tenets or holdings or beliefs, that it's an

8    open company.

9        Q.   He was under oath when he made that

10    statement?                                              11:01

11        A.   Yes, he was.

12        Q.   Do you have any reason to suspect that he was

13    less truthful when he made that statement than some of

14    the plaintiffs were when they made their statements

15    under oath?                                             11:01

16        A.   No, I don't have -- I'm not trying to

17    evaluate the accuracy.

18        Q.   So as you said before, earlier in your

19    deposition, this was a fact which you more or less

20    assumed to be true and which you relied on for your     11:01

21    report?

22            MR. LEE:   Counsel, which is the fact that

23    you're referring to?

24            MR. ROSS:   The fact contained in the

25    statement I just quoted.                                11:01
                                                              50

1       MR. LEE:  There are several.  Which one?  The

2   open company or the relationships are based on trust?

3       MR. ROSS:  Its tenets are Costco is an open

4   company in which communications flow freely.

5       THE WITNESS:  I think it's important to look        11:01

6   at the topic sentence in the paragraph, Costco's

7   description of its culture.  So what follows in this

8   paragraph is how Costco -- Costco executive staff and

9   managerial staff describe its culture.  So I'm quoting

10  them in terms of their description of its culture.      11:02

11  I'm not concluding from that that that's the truth

12  about it.  I'm saying, in fact, that this is the

13  information that's available.  They describe a culture

14  that I quote here; but I think it's important that --

15  my topic sentence is there for a reason.  Costco's      11:02

16  description of its culture reflects paternalism.

17      Q.  We understand that you are of the opinion

18  that Costco's culture reflects paternalism.

19      A.  Okay.

20      Q.  Aside from that, do you consider that           11:02

21  Mr. Matthew's statement that it is an open company in

22  which communications flow freely is part of -- is an

23  element of Costco's culture?

24      A.  I believe that Matthews was telling the truth

25  as he saw it.  I don't believe that's necessarily the   11:02

                                                                51

1    truth about the organization.  Maybe this is a person

2    who is a vice president, and I suspect that

3    information flows freely to it from Mr. Matthews.  I'm

4    not saying that every person's perception is an

5    accurate portrayal of the organization.  I'm saying          11:03

6    it's an accurate portrayal of what they see.

7         Q.  There is an open-door policy specifically

8    defined in the employment agreement, is there not?

9         A.  That's correct.

10        Q.  Okay.  And that open-door policy provides          11:03

11   that work-related disagreements can be taken up --

12   several levels up to and including the home office

13   human resource department.  Do you recall that?

14        A.  I don't recall the exact wording.  I --

15        Q.  Do you recall that they have an open-door          11:03

16   policy?

17        A.  Yes, I do.

18        Q.  And that work disagreements can be taken up

19   at progressively higher levels?

20        A.  Yes, I do.                                          11:03

21        Q.  Okay.  And aside from the one instance that

22   Judy Vadney -- that you recall appeared in Judy

23   Vadney's deposition, do you have any other basis for

24   believing that that open-door policy is not, in

25   general, followed at Costco?                                 11:04
                                                                   52

1        MR. LEE:  Misstates the testimony.  She

2  testified that she read depositions, several

3  depositions, and one of them was the Vadney

4  deposition.

5  BY MR. ROSS:                                      11:04

6    Q.  Do you have any basis for believing that that

7  open-door policy is not, in general, implemented at

8  Costco?

9        MR. LEE:  Vague and specific -- unspecific.

10  In general?                                       11:04

11        MR. ROSS:  Please answer.

12        THE WITNESS:  Repeat the question.

13        MR. ROSS:  I don't need to rephrase it.

14        MR. LEE:  Could you read back the question?

15        (Record read by the reporter.)             11:04

16        THE WITNESS:  One of the plaintiffs, and I do

17  not remember for sure which one, but -- I think it may

18  have been Sasaski, but I'm not absolutely sure about

19  that.  I'm not sure about that -- recounted an

20  incident where she perceived that she was being       11:05

21  sexually harassed.  And she tried to use the open-door

22  policy.  And the upshot, as she testified, again, her

23  perception, was -- again, I'm not sure it's Sasaski --

24  was that people that she talked to as she went up one

25  or two or three rungs on this ladder were not        11:05

                                                          53

1   receptive.  And indeed, she ended up having

2   long-standing negative career outcomes as a result of

3   complaining about someone, her immediate supervisor

4   doing what she perceived as sexual harassment.

5       Q.  As a sociologist, you wouldn't draw any                     11:05

6   conclusions about the overall implementation of that

7   policy from Ms. Sasaki's testimony any more than you

8   would draw conclusions about Costco's cultures from

9   Mr. Matthew's testimony, would you?

10      A.  More than one plaintiff made this claim.                    11:06

11  Actually, it was consistent with Judy Vadney's account

12  of a complaint coming to her and not actually having a

13  culmination that appeared, to me, to have taken

14  seriously the idea that the organization was committed

15  to resolving -- caring for its employees and resolving           11:06

16  all complaints in ways that made -- that attempted to

17  take claims seriously and try to resolve them.

18      Q.  Did Judy -- is the testimony you're referring

19  to by Judy Vadney a recollection of a single instance?

20      A.  I think -- yes, it is a recollection of a                   11:06

21  single instance.  I think it was a fairly detailed

22  account, but --

23      Q.  Okay.  So based on the testimony of some

24  plaintiffs in this case and a single account of Judy

25  Vadney, are you able to conclude, as a sociologist,              11:07

1   one way or another, the degree to which Costco, with

2   72,000 employees, implements its open-door policy?

3       A.   Maybe I'm being literal.  But my impression

4   is that Costco says we have an open-door policy, and

5   this is the assurance that if you have a problem, you        11:07

6   can come to the next level up and proceed up the

7   hierarchy and get a solution.  And when one encounters

8   exceptions to that policy, then -- where it doesn't

9   work, then I have to question whether or not that

10  policy really is being applied across the board.             11:07

11      Q.   Isn't it true that Ms. Vadney testified that

12  she did investigate Mrs. Sasaski's complaint and

13  reported back to Ms. Sasaski?

14      A.   Yes, she did.

15      Q.   And I take it Ms. Sasaski was not satisfied        11:08

16  with the report that she received from Mrs. Vadney?

17      A.   I don't know if she was satisfied or not.

18      Q.   Okay.  So if plaintiffs who brought the

19  lawsuit in this case testified to one or two

20  instances, their own personal knowledge, you would          11:08

21  question Costco's entire open-door policy and its

22  implementation?

23           MR. LEE:  Do you understand that question?

24           THE WITNESS:  I think I understand the

25  question.                                                    11:08

                                                                    55

1          MR. ROSS:  Please answer it.

2          THE WITNESS:  But let me ask you to make sure

3    I understand.

4          Are you asking me whether I believe that if

5    there is a formal written policy and there are          11:08

6    instances that are credible in which Costco employees

7    testify that the policy wasn't available to them and,

8    indeed, the opposite happened, simply weren't ignored

9    but in the case of one person they were -- they were

10   negatively sanctioned, then it would be hard to say.    11:09

11   I would not believe it has an open-door policy.  It

12   may have it on paper, and it may have it for some

13   people.

14        Q.  And your judgment -- you never spoke to

15   Ms. Sasaski yourself, of course?                        11:09

16        A.  No, I did not.

17        Q.  And so your judgment as to whether or not --

18   of the credibility of her account was based just on

19   the reading of it?

20        A.  That's right.                                  11:09

21        Q.  And sometimes parties to litigation are

22   interested -- have a self-interest in the testimony

23   they give; isn't that correct?

24        A.  Sure.  I assume that all people who are

25   testifying are testifying partly because they have      11:10
                                                                  56

1   which employees -- this is a direct quote:  "Employees

2   exchange obedience and loyalty for well-paying jobs,

3   benefits and promotion opportunities."  Do you recall

4   that?

5          MR. LEE:  Could you point us to the page,          11:13

6   Counsel?  Which exhibit first?

7          MR. ROSS:  Well, you can look at 1517.  I ask

8   the witness first if she recalls first making the

9   statement.

10          THE WITNESS:  I would like to see it, the          11:13

11   context in which I made it, to see if I made the

12   statement.  That would be helpful to me.

13          (Counsel examines document.)

14          MR. ROSS:  Okay.  It's at the top of Page 5.

15          THE WITNESS:  Oh.                                   11:14

16          (Witness examines document.)

17   BY MR. ROSS:

18      Q.  You refer to an "implicit contract," first

19   full sentence, "in which employees exchange obedience

20   and loyalty for well-paying jobs, benefits and          11:14

21   promotion opportunities."

22      A.  I see that.

23      Q.  Okay.  Fine.

24          What implicit contract are you talking about?

25   Is this something in writing?  Is it --                  11:14

                                                                  59

1        A.   Implicit means unwritten, I think.   That was

2    my intention in using the word "implicit."   Not

3    explicit contract but that --

4        Q.   It's not -- that's not a legal conclusion on

5    your part?                                              11:14

6        A.   No, I'm not drawing legal conclusions.   If

7    there is a legal meaning to that, I did not intend

8    that legal meaning.

9        Q.   Is Costco's policy of promoting from

10   within -- you're aware of that policy?                  11:15

11       A.   Yes, I am.

12       Q.   Is that part of its culture too?

13       A.   This is an another instance where the

14   dissemination of the point of view is very clearly

15   part of Costco's culture.   And in several places,     11:15

16   Mr. Sinegal talks about this.   He sometimes changes

17   the proportion that are promoted from within and

18   refers to 99 percent or 95 percent or 90 percent.   And

19   indeed, I recall reading -- I cannot tell you the

20   deposition -- a deposition in which they talked about   11:15

21   some other firm in the same general industry that was

22   closing down.   And that year they were going out and

23   trying to recruit a lot of managers from this firm

24   that was closing, which makes me realize that you can

25   have -- they have a stated policy of promoting from     11:15

60

```
 1    and I believe in my professional judgments.

 2    BY MR. ROSS:

 3         Q.   The two are the same in this case?

 4         A.   Yeah, it's my professional judgment.

 5         Q.   Okay.  And am I also correct -- I'm just        11:24

 6    trying to get a handle on your opinion.  It's also

 7    your belief that while not entirely, that this is

 8    largely an unconscious process?

 9         A.   I would not be able to quantify it.  It

10    depends a lot on other factors.  But independent of      11:24

11    the conscious stereotypes that we may hold or

12    prejudices or preferences we may hold and try to

13    control, I believe that independent of that, and more

14    universally there are automatic -- our brains are

15    doing automatic cognitive things that don't reflect      11:24

16    our explicit --

17         Q.   Intentions?

18         A.   -- intentions or attitudes, I believe.

19         Q.   Attitudes.  So that to some extent, this is

20    an unconscious process in the sense that we're not       11:25

21    aware of it?

22         A.   Most people don't become aware of it.

23         Q.   Okay.

24         A.   That's what -- as I say in my report, I think

25    in my second report, and as the research shows,          11:25
```

```
 1    there's -- people may not be aware of it.

 2         Q.  And --

 3              MR. LEE:  Did you finish your answer?

 4              THE WITNESS:  People are typically not aware

 5    of it.                                                    11:25

 6              MR. ROSS:  All right.  Thank you.

 7              MR. LEE:  I apologize.

 8              MR. ROSS:  I know you're quite right.  I want

 9    her to get a complete answer.

10         Q.  Now, as I understand one way you put it in      11:25

11    your -- in your writings is this cognitive process

12    causes us to take -- I think you called it --

13    described it as a cognitive shortcut?

14         A.  Right.

15         Q.  And am I correct that that cognitive shortcut   11:25

16    kind of biases our apprehension of individuals towards

17    a stereotype, even though we may not intend that?

18         A.  Yes.  The cognitive shortcut, that's correct.

19         Q.  And you did say this is more or less a

20    universal trait?                                          11:26

21         A.  That's correct.

22         Q.  Okay.

23         A.  Although the nature of the stereotypes would

24    vary over time and across different societies,

25    et cetera.                                                11:26
                                                                 68
```

1        Q.   Okay.  Since it is more a universal trait,

2   would you agree that most people in the course of

3   their life experience would have been exposed to the

4   discriminatory effects of stereotype at some point?

5        A.   What do you mean by "be exposed to"?        11:26

6        Q.   Well, witness it or experience it themselves.

7   It's something that most people would have come

8   across?

9        A.   No.  I don't believe that that's the case.

10       Q.   You don't believe that ordinary people come    11:26

11  across examples of stereotype in their life?

12       A.   Are you talking about the sort of

13  automatic --

14       Q.   No, I'm not talking about they understand how

15  it works cognitively, but that they see the effects of   11:27

16  stereotype thinking in the workplace?

17       A.   No.  I don't have any -- I don't have any

18  scholarly evidence that suggests that most people

19  believe this.

20       Q.   Okay.  Well, let me borrow another one of     11:27

21  your metaphors, it seemed to me.

22            Is it fair to say that you believe that this

23  automatic cognitive response activates stereotype-

24  based expectations that act as, as you put it, a

25  distorting lens through which managers may assess     11:27

                                                           69

1    employees?

2        A.   Again, the scholarly evidence suggests that

3    that's the case.

4        Q.   Okay.  By the way, is age one of the factors

5    that activates this kind of stereotype-based                11:27

6    expectation?

7        A.   Not any age.  Again, there are big cultural

8    variations of course, or societal variations.  But age

9    and sex are both -- are both sort of shown to be

10   bases.                                                      11:28

11       Q.   And race as well?

12       A.   Race as well.

13       Q.   And when we say race, we would include color,

14   ethnicity and national origin?

15            MR. LEE:   Who would?                              11:28

16            MR. ROSS:   The scientific investigators.

17            THE WITNESS:   There is not consensus on this.

18   No scientific consensus at this point of what we mean

19   by race.

20   BY MR. ROSS:                                                11:28

21       Q.   Well, as a sociologist in the field, do you

22   believe that color, ethnicity and national origin also

23   activate stereotype expectations?

24       A.   I don't have a belief on this.  And the

25   evidence suggests that it depends.  It depends on          11:28
                                                                  70

```
 1    context.  It depends on the person who's interacting.

 2    It varies.

 3             As a sociologist, I question the usefulness

 4    of the whole concept of race because it's something

 5    that keeps changing in people's mind.  So I can't        11:29

 6    answer this scholarly.

 7         Q.  That's why I suggested we broaden -- I

 8    attempted by my questions to broaden the term a little

 9    bit to include such things as a person's color, their

10    ethnicity, their perceived national origin.  Aren't     11:29

11    these characteristics of a person that could activate

12    stereotype-based expectations?

13         A.  There are strong stereotypes about national

14    origin in American society.  That I've seen in my --

15    in my scholarly exposure to stereotype research.  And   11:29

16    so I -- you know, your question has multiple parts to

17    it, and I can't give you a simple yes or no answer

18    because the situation for race is different.  And then

19    race itself is a subject of contention, what we mean

20    by race.  And so this is a difficult -- I'm not trying   11:30

21    to be difficult, but this is a difficult question to

22    answer.  If you want to just talk about race, it gets

23    a little less difficult but not much.

24             MR. LEE:  The question is also compound as

25    explained.                                               11:30
                                                                  71
```

1    another is a chapter in a book that you wrote,

2    Exhibit 1523, and that chapter was entitled,

3    "Rethinking Employment Discrimination And Its

4    Remedies." I just wanted to have those at hand as I

5    might refer to them.                                    11:48

6             THE WITNESS: Okay.

7    BY MR. ROSS:

8        Q.   Now, just before the short break, I had asked

9    you whether or not you agreed that one of the positive

10   aspects of a strong organizational culture was it      11:48

11   would make it easier to expand the ingroup to

12   encompass all employees in that organization. And I

13   ask you to look at Page 324 --

14       A.   Of which?

15       Q.   Of Proximate Causes, which is 1522. And in    11:48

16   particular, in the second column at the top, on Page

17   324, didn't you yourself state, and let me quote:

18   "With respect to the last of these, the more

19   organizations emphasize organizational culture, the

20   easier it should be to expand the ingroup to encompass 11:49

21   all employees." And you also went on to say:

22   "Organizations can maximize the impact of

23   heterogeneous groupings by reinforcing ingroup

24   identification through task interdependence, job

25   rotation and other collective activities"?             11:49
                                                            80

1        A.   That's correct.

2        Q.   That was your opinion then in March of

3   2002 -- 2000 when that article came out?

4        A.   Oh.  It was my scholarly belief.

5        Q.   Okay.  And your professional opinion too?        11:50

6        A.   Yes, right.  Right.  Thank you.

7        Q.   And in your 2002 chapter, which is

8   Exhibit 1523, you continue to -- you sort of repeated

9   that sentiment and even expanded upon it.

10       A.   Did you say a page number?                        11:50

11       Q.   Page 228.

12       A.   Excuse me for interrupting you.

13       Q.   No, no.  That's quite all right.

14            At Page 228, the last sentence in the first

15   full paragraph, you noted that "organizations can        11:50

16   exploit the advantage of a heterogeneous work force

17   and recategorization through task-based groups, and

18   they can decategorize through job rotation that

19   prevents stabling groups from forming."  Do you recall

20   that?                                                     11:51

21            MR. LEE:  Counsel, could you tell me --

22            THE WITNESS:  It starts right here

23   (indicating).

24            MR. LEE:  Okay.

25            THE WITNESS:  Yes, I recall that.  I wrote        11:51
                                                                  81

```
 1   it.

 2   BY MR. ROSS:

 3       Q.  And that was your professional opinion then

 4   at the time?

 5       A.  That's correct.                              11:51

 6       Q.  And you haven't changed your opinion since,

 7   have you?

 8       A.  No, I haven't changed my opinion.  I -- I am

 9   talking about peer interactions.  But that's correct.

10       Q.  And are you not talking about interactions of  11:51

11   persons who have a substantial degree of

12   interdependence?

13       A.  Yes.  Interdependence is important.

14       Q.  Okay.  Now, wouldn't you agree that having

15   accurate individuating information about persons can    11:52

16   prevent stereotyping?

17       A.  It can reduce stereotyping.

18       Q.  Can you look at Page 228, the last paragraph

19   that begins at the very bottom "making available..."

20       A.  Mm-hmm.                                       11:52

21       Q.  You stated persons -- "accurate individuating

22   information about persons from negatively stereotyped

23   groups can prevent stereotyping."

24           MR. LEE:  Your sentence is "Making available

25   accurate individuating information about persons from   11:52
                                                             82
```

```
 1   negatively stereotyped groups can prevent

 2   stereotyping."

 3        MR. ROSS:  Mr. Lee has correctly quoted the

 4   sentence.

 5        Q.  You agree with that?                            11:52

 6        A.  Probably knowing more and having read

 7   research since then, and/or had I had your reading of

 8   it to me before, I would have not said "prevent," but

 9   I would have said "reduced."  Prevent is stronger than

10   I believe is the case.  It can, I suppose.  It's        11:53

11   possible, I guess.  It's possible that it can prevent

12   stereotyping.  Although more recent research suggests

13   that it's harder to do that.  But it helps.  So, okay,

14   "prevent."  I wouldn't -- I wouldn't repudiate the

15   statement or say, "Oh, my God, I wish I hadn't          11:53

16   published it."

17        Q.  Okay.  And forgive me from proceeding in the

18   same vein of quoting Reskin on Reskin, but I read

19   these articles too with great interest.

20        You yourself also wrote in the first article       11:53

21   that "intergroup contact that exposes people to

22   individuating information about outgroup members

23   challenges outgroup stereotypers and, hence, should

24   reduce bias."  That would be something you would still

25   agree with?                                             11:54
```
                                                                83

1      A.  I think I would be, in this case, more

2  cautious because there is more research on the

3  nature individuating info -- the need for particular

4  kinds of individuating information.  And I was not

5  aware of it at that time, and I've become aware of it      11:54

6  since then.  And as I say in my second report,

7  individuating information all by itself doesn't

8  necessarily help.  It can actually, indeed, maintain

9  stereotypes.  The right kind of individuating

10  information.                                              11:54

11      Q.  The right kind of individuating information.

12  Certainly accurate individuating information?

13      A.  Yes.  Accurate, current.

14      Q.  Okay.  And current.

15      A.  Mm-hmm.                                          11:54

16      Q.  Now, if I may go back to an earlier metaphor

17  that you used that I liked, if automatic cognitive

18  bias acts as a distorting lens, then wouldn't it be

19  fair to say that accurate current individuating

20  information can act as a pair of glasses to improve      11:55

21  one's vision in perceiving others?

22      A.  Again, accurate current information that's

23  relevant to the judgment being made, the decision

24  being made, can reduce stereotyping.

25      Q.  Okay.  In your second report, you made        11:55

84

```
1   reference to some of the more recent studies on

2   individuating information, and you pointed out that

3   perceivers may ignore individuating information if

4   they lack the incentive or the cognitive resources to

5   form an individualized impression of the person.        11:56

6        I was just quoting from your report.  Okay.

7        MR. LEE:  Do you want to show us where?

8        (Counsel examines document.)

9        MR. ROSS:  Okay.  On Paragraph 12.

10   Q.  In the middle of that paragraph, you had a         11:57

11   sentence, "Perceivers may ignore individuating

12   information if they lack the incentive or the

13   cognitive resources to form an individualized

14   impression of the person."  I would like to ask you

15   some questions about that assertion.                    11:57

16   A.  Okay.

17   Q.  When you say "lack the cognitive resources,"

18   were you referring to the stress and time pressures of

19   a busy workplace?

20   A.  Not just that.  I'm referring, in part, to         11:57

21   that, but in a sense the argument -- the thesis is,

22   and the thesis that's been supported empirically, is

23   that constantly we're subject to a huge amount of

24   stimuli.  And those stimuli make demands on us, and we

25   have to essentially filter out a lot of stimuli.  And   11:58
                                                              85
```

1    so when people are busy filtering out stimuli, it

2    takes some of their cognitive resources.

3              So if you're sitting on a desert island with

4    one person and you have no view and the fog is in,

5    then you have less opportunity to be -- less stimuli          11:58

6    bothering you, and you have more cognitive resources

7    available.

8        Q.   But similarly, if you didn't have to make a

9    decision involving an individual on the fly or in a

10   short while of minutes but can reflect on it for days,        11:58

11   then you would not be under that same cognitive

12   stress?

13       A.   Well, it depends -- no.  I think, in fact,

14   it's not the case that we are typically -- in the

15   world in which we live, we are typically in a                 11:59

16   situation where we don't always have an enormous

17   amount of cognitive stimuli and -- and stimuli that

18   may signal threat and may be distracting.  And so time

19   pressure exacerbates stereotyping, and that's clear

20   empirically.  But having lots of time doesn't                 11:59

21   necessarily mean that there aren't other things

22   demanding your attention over that period of time.

23       Q.   Well, if you have sufficient time to make a

24   decision and can concentrate on it, then the

25   exacerbating effect of time pressures would not --           11:59

                                                                    86

1  would not be contributing to the stereotype in that

2  case?

3      A.  I guess I wouldn't agree with that.  I think

4  the empirical evidence shows that people make -- make

5  stereotyped decisions even when they have -- for a          11:59

6  variety of outcomes, even when they have plenty of

7  time because their lives are going on during that

8  period of time and there are other stimuli all the

9  time.

10         So -- so -- but we do know from laboratory        12:00

11  research, which Dr. Landy and I have both commented

12  on, that in situations where people have multiple

13  tasks at the same time, when you're trying to do

14  simply two tasks at the same time, it is much harder

15  to repress stereotyping even if you have individuating  12:00

16  information.

17         But I guess what I should say is I do not

18  have the evidence -- the empirical evidence doesn't

19  exist, to my knowledge, that says that, you know,

20  three days is going to be enough or two weeks or three  12:00

21  months or a year.  That research -- I'm not aware of

22  that research having been done.  And so this question

23  is asking me to make some logical inference.  And

24  based on what I know about the cognitive errors and

25  cognitive attributions and the fact that we tend to     12:00

                                                             87

```
1    do believe it's relevant, and I believe it's relevant,

2    at least in part, because the decision-makers come in,

3    have a period of time, go away, have complex tasks to

4    do during that time, as Dr. Landy illustrated, and --

5    and indeed are multitasking during this visit.          12:02

6         Q.  When you refer to the decision-makers in your

7    answer just now, you were referring to decision-makers

8    who do not work at the warehouse itself?

9         A.  That's correct.

10        Q.  Okay.  Turning to the circumstances at the      12:03

11   warehouse, isn't it true that the employees, male and

12   female, who work at the warehouse, work in the

13   warehouse itself, they all work together in the

14   warehouse?

15        A.  Well, they are all in the same building, yes.   12:03

16        Q.  That's right.  And there is a warehouse

17   manager who works there regularly, all week long

18   except for days off?

19        A.  Yeah, and has somewhat different hours.

20        Q.  That's right.                                   12:03

21             May have almost no hours, in fact.  Do you

22   know that to be the case?

23             MR. LEE:  I'm sorry?

24   BY MR. ROSS:

25        Q.  Do you know how much time the warehouse         12:03
                                                                89
```

1    manager at Costco actually spends in the warehouse on

2    an average basis?

3        A.  Well, I know the job description says it

4    requires 45-plus hours a week.

5        Q.  Okay.                                    12:03

6        A.  I don't have any data on the average number

7    of hours.

8        Q.  Let's just take, then, that, 45-plus hours a

9    week at the warehouse.  Okay.

10           With 45-plus hours a week at the warehouse,   12:04

11    the warehouse manager does interact with warehouse

12    employees on a daily basis?

13           MR. LEE:  Misstates the testimony.  The

14    witness said that the job description or the job

15    analysis says 45 hours a week.  It doesn't say 45    12:04

16    hours a week in the warehouse.

17           THE WITNESS:  Right.

18    BY MR. ROSS:

19        Q.  Do you understand it not to be in the

20    warehouse?                                           12:04

21        A.  Well, I guess -- I think -- I don't know.  I

22    actually don't know where the warehouse manager hangs

23    out.

24        Q.  Okay.

25        A.  So but in addition to that, I know that of   12:04

                                                            90

1    those 45 hours a week, Costco has argued that -- that

2    many of them may be before anyone else gets there.

3    That many of them may be from as early as 1:00 a.m.

4    and I assume -- or 2:00 a.m., that there is some

5    overlap.  Or 4:00 a.m.  Whereas my perception is that          12:04

6    for most jobs, the starting time is much later.

7         Q.  Well, you're not aware that the warehouse

8    manager has an office right in the warehouse?

9         A.  I assume -- there has been references to --

10   in depositions there are references to people being          12:05

11   called into the manager's office or going into the

12   manager's office.

13        Q.  And are you aware that that warehouse -- that

14   office is right on the floor?

15        A.  Well, I haven't -- no, I don't --                    12:05

16        Q.  You didn't know that?

17        A.  No one has ever invited me in one.

18        Q.  Okay.  Are you not aware that the 45-plus

19   hours a week that the warehouse manager spends at work

20   are almost -- those hours are almost entirely spent in       12:05

21   the warehouse itself?  Were you not aware of that?

22        A.  You're telling me something that -- you're

23   asking me --

24        Q.  I'm asking you if you knew that.

25        A.  Is it true?                                          12:05

                                                                       91

1     Q. Do you know otherwise?

2     A. Well, I don't know -- I don't know either. I

3 don't know where the warehouse manager is. I know

4 there is some time, apparently, the warehouse manager

5 is in an area where there is a gas station or gas     12:06

6 pumps. I know there is a warehouse manager that is

7 sometimes in an area where there is selling of tires

8 or something.

9     I don't know the physical layout, so I

10 can't -- I just have to take -- I simply do not know     12:06

11 where the warehouse manager spends what share of his

12 time and how much is in the company of other people.

13     Q. Okay. And do you know how much time the

14 assistant warehouse managers spend in the company of

15 other employees in the course of their 45-plus hours a     12:06

16 week?

17     A. No, I do not know.

18     Q. Okay. You are aware from the depositions

19 that they do walk around the premises of their

20 warehouse, I would say, constantly during the time     12:06

21 that they are on the premises working? Do you know

22 that?

23     A. I'm not sure about what you mean. Do you

24 mean they are doing kind of the walk? Or do you just

25 mean they are roaming around going to different     12:07

92

1    places?

2        Q.   They are going -- they are out and about on

3    the warehouse premises among all the employees almost

4    all the time that they are working in the warehouse.

5        A.   I have no knowledge either way about --        12:07

6        Q.   Okay.

7        A.   -- their time, where they spend their time.

8        Q.   Are you aware that the financial performance

9    of each warehouse is measured separately?

10       A.   That's my impression.                          12:07

11       Q.   And that all the warehouse managers are aware

12   of how well their warehouse is performing?

13       A.   That is also my impression from depositions.

14       Q.   And all the managers strive together to

15   improve their warehouse performance, wouldn't that be   12:08

16   reasonable to assume?

17       A.   I don't know what you mean "all the managers

18   strive together."

19            MR. LEE:   You mean all the managers in the

20   warehouse?                                              12:08

21   BY MR. ROSS:

22       Q.   The managers in the warehouse are constantly

23   aware of the performance of their warehouse

24   financially, you agree?

25       A.   So when you say "the managers," you mean       12:08

                                                             93

1      Q.  Well, how well an individual assistant

2   general manager is doing in the eyes of his superiors,

3   or her superiors, would also depend on how well the

4   warehouse is doing to some extent.  Isn't that

5   logical?                                                12:11

6           MR. LEE:  Read that back.

7           THE WITNESS:  How well he's regarded I think

8   is partly --

9           MR. LEE:  Could you read back the question.

10          (Record read by the reporter.)                 12:12

11          MR. LEE:  You're asking if it's logical, or

12   are you asking if it's true?

13          MR. ROSS:  (Indicating).

14          THE WITNESS:  He said logical.

15          I can't answer that question.  I don't know.    12:12

16   I don't know how managers assess the performance of

17   their general managers.  I do not know how they do

18   that, and so it may or may not be influenced by

19   factors other than performance.

20   BY MR. ROSS:                                           12:12

21      Q.  Do you know how the managers assess the

22   performance of the assistant general managers?

23      A.  That's what I just said.

24      Q.  I thought you said general managers.  I

25   wanted to broaden it to -- the question.               12:12
                                                              97

```
 1   because it assumes a general manager picks the

 2   assistant manager.

 3            THE WITNESS:  Well --

 4            MR. LEE:  Do you want to rephrase the

 5   question?                                          12:15

 6            MR. ROSS:  No.

 7            THE WITNESS:  What I will say -- what I can

 8   say -- what I can say is that what the scholarly

 9   literature suggests is that people have an

10   incentive -- higher-level people in hierarchies    12:15

11   sometimes have sometimes a strong incentive to improve

12   the performance of their organization by hiring people

13   who will be productive.  But they are also guided by

14   other considerations.  And so it's an incentive that

15   exists.  And whether or not it's -- whether or not -- 12:16

16   or to the extent to which it operates depends on other

17   considerations that people are also trying to maximize

18   at work.

19       Q.  And you have done no particular study at

20   Costco to be able to form a professional opinion as to 12:16

21   what extent that incentive is or is not working at any

22   Costco warehouse?

23       A.  No, I have done no study at Costco about how

24   that incentive is working.

25       Q.  In your article in Contemporary Sociology,   12:16
```

1   you stated that the first task for sociologists,

2   perhaps in collaboration with social psychologists, is

3   to determine whether the cognitive processes operate

4   the same way in work organizations as they do in the

5   lab.                                                      12:17

6      A.   Right.

7      Q.   Do you remember that statement?

8      A.   Yes, I remember making a statement like that.

9      Q.   Okay.

10          MR. LEE:  Can you -- Counsel, could you help    12:17

11  me?

12          MR. ROSS:  If she remembers, I don't have to

13  take the time to look it up.

14          MR. LEE:  Okay.

15          THE WITNESS:  Actually, I would like to see     12:17

16  it too, because I have to see the context in which I

17  said it.  I should be...

18          (Witness examines document.)

19          MR. ROSS:  Okay.  2 -- 323.  And since while

20  we're at it, I will -- let me quote the entire          12:18

21  portion.  It's 323, second column on the right, the

22  last two sentences.  And let me quote them:  "Work

23  organizations are vastly more complex than laboratory

24  experiments.  In particular, work organizations are

25  hot houses that nurture power and status differences.   12:19
                                                            101

1    Thus, the first task for sociologists, perhaps in

2    collaboration with social psychologists, is to

3    determine whether the cognitive processes that I have

4    reviewed operate in the same way in work organizations

5    as they do in the lab."                              12:19

6            THE WITNESS:  And is there a question?

7    BY MR. ROSS:

8        Q.  I have directed your attention to that quote.

9        A.  Okay.

10       Q.  And do you still agree with it?              12:19

11       A.  Yes.

12       Q.  And --

13       A.  Well, not the first task because people are

14   doing -- have begun doing this much more.  So this was

15   published in 2000, and this is much more common in my   12:19

16   discipline now.

17       Q.  Let me refer you to your article which was

18   published two years later, in 2002, on Page 234.  In

19   the -- under Research Agenda in the first paragraph,

20   you say:  "However, almost all of the cognitive         12:20

21   research cited in this chapter was done in laboratory

22   experiments on the usual pool of subjects,

23   undergraduates."  And then you went on to end that

24   paragraph by saying, "Nonetheless, we need research in

25   real work settings to determine their strengths, scope  12:20

                                                              102

```
 1   and contextual effects."

 2          Do you see that?

 3      A.   Yes, I do.

 4      Q.   And you agreed with that at the time, in

 5   2002?                                                    12:21

 6      A.   Well, I have to -- may I say something in

 7   response to that?  I actually wrote these papers at

 8   pretty much the same time, but one of them was a peer

 9   reviewed book, and one was a journal that had a

10   publication schedule.  And this was part of a           12:21

11   symposia.  And so I did not write this paper the year

12   it was published.  Everything takes -- books take

13   about two years.  So it is the case that there are

14   several bodies of research now going on that try to

15   look at what people are doing in organizations.          12:21

16          And I guess I would like to also mention that

17   one could argue on the one hand -- well, no, I won't

18   say things.

19      Q.   Well, there is no reason to have changed your

20   opinion that work organizations are vastly more          12:21

21   complex than laboratory experiments?

22      A.   Oh, right.  You're correct.

23      Q.   Of course.

24          And certainly a great many of the laboratory

25   studies involve college students, do they not?          12:22
                                                              103
```

```
 1        A.    That's correct.

 2        Q.    A handy and useful supply of subjects?

 3        A.    Correct.

 4        Q.    And college students who may be laboratory

 5   subjects differ in many ways from the subjects you         12:22

 6   would find in a real industrial setting, do they not?

 7        A.    That would not surprise me.

 8        Q.    As, for example, they do not have the same

 9   motivation or stake in the outcome of the enterprise?

10        A.    Right.                                           12:22

11        Q.    They are often volunteers who self-select;

12   isn't that correct?

13        A.    That's correct, or they are required to do

14   this.

15        Q.    Right.  They have -- certainly don't have the   12:22

16   same knowledge of the workplace as a manager who works

17   there every day has; isn't that right?

18        A.    That's correct.

19        Q.    And they may have very different personal

20   characteristics than managers in an industrial             12:22

21   setting, that could be too?

22        A.    Oh, surely.  They differ on age and often on

23   sex.

24        Q.    Okay.  Has there been any empirical study

25   that compares the results of experiments on cognitive      12:23
                                                                   104
```

1    bias in a laboratory setting with subjects in an

2    actual industrial setting?

3         A.   There's a meta analysis that I think was done

4    by Alison Konrad, and I didn't cite it because I had

5    forgotten about it actually.  And then when I was              12:23

6    producing documents, I found it and, in fact, may even

7    have produced it.  But it wasn't the Konrad that you

8    had asked for, or I cited earlier.

9              And she does -- that paper, the paper that I

10   didn't cite by Konrad that's published in Management          12:23

11   Journal, does separate lab studies from real world

12   organizational studies.  Now, I doubt very much that

13   they look in detail at cognitive bias; but it deals

14   with stereotyping.

15        Q.   Okay.                                                12:24

16        A.   So there is some evidence, but I'm not

17   prepared to testify about that evidence today.

18             MR. ROSS:  Would you forward us the citation

19   if we haven't received it, Mr. Lee?

20             MR. LEE:  Sure.                                      12:24

21             THE WITNESS:  Sure.  Would you remind me?

22             MR. LEE:  (Nods head up and down.)

23             THE WITNESS:  Okay.

24             MR. LEE:  David, could you check to see if

25   you got it?                                                    12:24

                                                                   105

1        MR. KADUE:  I beg your pardon?

2        THE WITNESS:  I think I sent the wrong Konrad

3  article first.

4        MR. LEE:  You may very well have it.

5  BY MR. ROSS:                                    12:24

6    Q.  Well, Dr. Reskin, you did cite a lot of

7  empirical work in your report, your first report.  And

8  let me mention that when I use the term "empirical," I

9  have a specific meaning, okay?  I mean an experiment

10  done by scientific methods which is repeatable and has   12:24

11  a known error rate.  That's my definition.  Okay?  So

12  when I use it, I'm going to be referring to it in that

13  sense.

14    A.  Well, I guess I would like to say that what

15  you're doing is defining it as a lab experiment.         12:25

16  That's a lab experiment.  Maybe I should just respond

17  that in my conversation today, or in my testimony

18  today, I describe empirical research as research that

19  uses probability sampling.  So it can be laboratory,

20  or it can be the real world.  So you can test the        12:25

21  statistical reliability of your findings and it's

22  replicable and follows the canons of science, but I

23  don't limit empirical research to laboratories.  They

24  can be surveys; they can be interviews, et cetera.

25        So if you want to call it a lab experiment,         12:25
                                                            106

1   where --

2        MR. ROSS:  Well, interviews are not

3   replicable.  I understand using probability and

4   statistics on data.  But I don't understand empirical

5   work to include, you know, one-on-one interviews of          12:26

6   subjects.

7        THE WITNESS:  It depends on the nature of the

8   interview.  If there is an interview schedule and the

9   interviews have the same questions for everyone -- so

10  the General Social Survey, which is a highly reputable       12:27

11  survey done at the University of Chicago, uses

12  interviews, face-to-face interviews.  And it's

13  extremely rep -- well regarded and funded by the

14  national -- by both Political Sciences of Sociology

15  and National Science Foundation.  So there are             12:27

16  interviews like that, and then there are interviews

17  where people sit down for three hours with someone and

18  I agree those are not replicable.

19  BY MR. ROSS:

20       Q.  In your first report, you cite a number of         12:27

21  studies.  Okay.  You cite Brewer and Lui.  Brewer,

22  Dull and Lui.  You cite Schmidt and Boland.  You cite

23  Bargh, Chen and Burrows.

24       All of these are studies in the laboratory

25  done with students, are they not?                          12:27

108

```
 1      A.   That's my perception.

 2      Q.   Right.  Some of them don't even deal with

 3  gender discrimination but deal with age or race; isn't

 4  that true?

 5      A.   Yeah, they deal with cognitive processes.          12:28

 6      Q.   Processes.  Okay.

 7           In your -- in your report, your next report,

 8  you cited one example by Grouse and -- Gross or Grouse

 9  of --

10      A.   Goldin and Rouse.                                   12:28

11      Q.   Goldin and Rouse, thank you.  Of a study that

12  was performed with hiring into a symphony orchestra?

13      A.   Correct.

14      Q.   Aside from that, did you cite a single study

15  in your first report of -- in which there was a --        12:28

16  cognitive bias was investigated in an actual

17  industrial setting?

18           (Witness examines document.)

19      A.   What do you mean when you say "cognitive bias

20  was investigated"?                                          12:29

21      Q.   Well, you've told us about all the cognitive

22  bias studies, empirical investigations, whether we use

23  my term or yours, done in a laboratory setting.  Okay?

24           Did you cite any such investigation of the

25  effects of cognitive bias in an actual industrial         12:29
                                                                109
```

1   setting?

2       A.   The studies of cognitive bias involve a

3   technology that can only be used in an industrial

4   setting if an employer is willing to let -- release

5   their employees to participate.  And I don't know of        12:29

6   any.  Although I know that there are some

7   conversations afoot about doing this.

8       Q.   Okay.  Those studies are the -- that we're

9   talking about for cognitive bias are, I believe,

10  called IAT studies?                                          12:30

11      A.   Well, some of them.  But they are actually --

12  what's the word?  Latency.  They tend to be studies

13  that --

14      Q.   Latency responsive studies?

15      A.   Latency responsive, and IAT is a subset of         12:30

16  that.

17      Q.   Okay.  And we're talking about the kind of

18  things that say, oh, Krieger did and Greenburg, if I

19  got --

20      A.   Greenwald.  Krieger doesn't do this kind of        12:30

21  research, but Greenwald -- many people, Banaji, Fazio,

22  a lot of -- there's a lot of research being published

23  by people who are doing this kind of research.

24      Q.   And all of that is done in the laboratory

25  setting with student volunteers?                             12:31
                                                                 110

1      A.   Well, no, that's not correct.  At least with

2   the IAT research, this research is -- is some -- at

3   least some of their publications, not most of them,

4   but there are publications -- and I may cite one; I'm

5   not sure -- in which they have a website.  And people      12:31

6   can go to this website, and essentially they are a

7   cross-section of people, and they get demographic

8   characteristics of the people so they know they are a

9   cross-section in terms of age and race and sex.  And

10   they have a paper that -- whose title has the word        12:31

11   harvesting in it.  And they are talking -- there has

12   been over a million responses.  So they have research

13   published that I may have cited that is not laboratory

14   research.  People are sitting at their own computers.

15      Q.   That's the kind of test that anyone who knows     12:31

16   how to gain access to the website, like myself, could

17   take --

18      A.   Yes.

19      Q.   -- by just signing on?

20      A.   Yes.                                              12:32

21      Q.   Isn't it true that Greenwald himself has

22   admitted that it's a self-selected sample that's quite

23   different from a random sample?

24      A.   It's not a random sample.

25      Q.   Okay.  And isn't it correct that he stated        12:32

111

1    that the website cannot be -- data that's been

2    harvested cannot be interpreted as representing the

3    attitude or distribution of adult residents of the

4    United States?

5        A.   I don't -- I don't recall whether he says        12:32

6    that or not, but it would be my professional opinion

7    that that's correct.

8        Q.   Okay.  So it certainly would not be data that

9    can be interpreted as representing, let's say, the

10   managers at Costco?                                        12:32

11       A.   No.   I couldn't -- you could not extrapolate

12   any specific group.

13            Let me say, because I use the term

14   extrapolate rather than representative, I changed your

15   question a little bit, and so I want to make clear         12:33

16   what I mean.  When I say extrapolate, you can't

17   extrapolate, or you can't -- you can't infer specific

18   proportions or specific probabilities about

19   individuals.  But the point, as I say in my second

20   report, in some cases, we're trying to understand          12:33

21   fundamental processes.

22            So when doctors publish research in the New

23   England Journal of Medicine, for example, they often

24   have clinical samples, but they are talking how cancer

25   cells are fed by capillaries.  And they are assuming       12:33
                                                                112