1    that, by and large, the biological processes operate

2    the same way in all of us, so they don't have to study

3    a representative sample, nor do they attempt to study

4    a representative sample.

5         And this IAT research, the latency research,          12:33

6    has that as a fundamental assumption, that what people

7    are studying is the way human brains work.  And they

8    started to actually use MRIs so they can actually see

9    parts of the brain light up.  But they are studying

10   the way brains work.  And in that sense, one can          12:34

11   extrapolate in the same way that medical research

12   extrapolates about drug effectiveness to a larger

13   population.

14        Q.  Well, didn't Greenwald also experiment in his

15   IAT analysis -- I think we should define IAT in case      12:34

16   someone ever wants to read this record.

17             I believe it's Implicit --

18             MR. LEE:  Association test.

19             THE WITNESS:  Association test.

20             MR. ROSS:  -- Association Test.                  12:34

21        Q.  Didn't Dr. Greenwald also experiment with --

22   to see just how malleable the IAT data would be when

23   you gave the subject images of well-regarded African

24   Americans in contrast to poorly regarded, disreputable

25   European types?                                           12:35
                                                                 113

1     A.   That's my recollection.  I couldn't give you

2   a cite.

3     Q.   And having done that, he stated this:  "When

4   a person performs a new personal connection with a

5   member of a previously devalued group, implicit        12:35

6   attitudes towards that group may change dramatically

7   and rapidly."

8     A.   May change.

9     Q.   May change, right.

10        Then you would agree that that's a               12:35

11  possibility?

12    A.   Yes.

13    Q.   Okay.

14    A.   Although there is another line of research

15  that creates -- suggests a condition -- there are      12:35

16  certain conditions that have to hold.

17    Q.   At this point, isn't it fair to say that

18  there's much still to investigate in the effects of

19  individuating information on cognitive bias and its

20  stereotypic effects?                                   12:36

21    A.   Scholars always believe there is much more to

22  investigate.  Yes, I agree there is much more to

23  investigate.

24    Q.   You yourself said only a few years ago, you

25  had one impression --                                  12:36
                                                              114

1       A.   Right.

2       Q.   -- and you learned more.

3            Isn't it also fair to say that there is not

4  complete consensus amongst scientists as to exactly

5  the extent and the conditions in which -- of which          12:36

6  individuating information can effect or reduce

7  stereotype?

8       A.   There's not complete consensus on specifics,

9  but there is consensus on the general principle and

10  some parts of that principle.  But you're correct,         12:37

11  there is not consensus across the board.

12       Q.   So wouldn't it be fair to say that there is

13  not enough research yet that has been done in actual

14  industrial settings to be able to assert conclusions

15  in that kind of setting with the same degree of            12:37

16  scientific certainty as research have done on the

17  basis of laboratory experiments?

18       A.   No, I don't think that's correct for the

19  reason that I explained earlier.  I think if we were

20  studying some -- you cannot generalize all from some       12:37

21  settings to other settings from laboratory

22  experiments.  Certainly the premise here is that we're

23  talking about a physiological phenomenon.  And like

24  the physiological phenomenon of how do cancer cells

25  get blood, it's something that there is every reason       12:37

                                                              115

1    to believe is a universal phenomenon and, therefore,

2    is subject to intervention at some other level.  And

3    so in that sense, I believe that we can extrapolate.

4    That is my professional opinion, that we can

5    extrapolate.  And that does not say it wouldn't be          12:38

6    great to have more research because that's really what

7    I think we need to know more.  And I still believe

8    that we need more research in real world settings.

9    And I would love it if Costco would give its employees

10   the IAT.                                                    12:38

11        Q.  But what you're talking about is the basic

12   cognitive response level, as you say, hard wired in

13   the brain response --

14        A.  Yeah.

15        Q.  -- which does not also take into                  12:38

16   consideration the effect of the complex individuating

17   information that may occur in an actual industrial

18   setting?

19        A.  I'm sorry, but I don't understand your

20   question.                                                  12:39

21        Q.  Well, we have the effects of automatic

22   cognitive bias which are measured by an IAT test in

23   which an individual responds, and the latency of that

24   response is measured to images of persons they do not

25   know.                                                       12:39
                                                                 116

1      A.   Right.

2      Q.   Okay.  But those experiments do not test, in

3    an industrial setting, what the effects are of what

4    the perceiver -- on the perceiver, of accurate current

5    individuating information which they may have at any          12:39

6    time in the industrial setting?

7      A.   Right.  I mean, I think the point you're

8    getting at is a point with which I agree.  We can't

9    ever tell -- there is no way you can tell whether any

10   particular decision was taken by stereotyping.  I             12:39

11   don't have access to someone's inner cognitive

12   processes and, so, any individual decision.  All I can

13   do is talk about generalized -- from what we know

14   about the scholarly research about both the prevalence

15   and the mechanisms of these phenomena, the ingroup            12:40

16   favoritism and stereotyping, and that we do know

17   that -- that there are conditions under which their

18   effects can be checked.  But I can't say that one

19   particular employee manager at Costco -- I can say

20   that, and I do, as I say in my report, given -- as you        12:40

21   say, the huge number of employees and the relatively

22   small time that the promotion decision-makers spend

23   with those employees, it's extremely unlikely that

24   they are going to have current, contemporary, reliable

25   work-relevant information that will be individuating          12:40
                                                                   117

1   and will permit them to make decisions that aren't --

2   that aren't tainted.

3       Q.  Dr. Reskin, what is your understanding --

4   could you identify the persons that you understand

5   make the decision to promote an individual to          12:41

6   assistant general manager at the warehouse?

7       A.  I'm sorry, assistant general manager -- I

8   didn't hear the last two words.

9       Q.  Who at Costco makes the decision to promote a

10  senior staff manager to an AGM position?                12:41

11      A.  I have to make sure I get the hierarchy

12  right.  As I -- if I have the hierarchy correct, it's

13  the regional managers who make this recommendation

14  to -- both to -- I'm not sure.  I can't remember.  I

15  think DiCerchio and Sinegal.  So the regional managers  12:41

16  are the decision-makers.  They may have input from the

17  general managers.

18      Q.  What do you mean may have input from the

19  general managers?

20      A.  Which word isn't clear?                         12:42

21      Q.  Is that they may or may not?

22      A.  Sure.  That's what --

23      Q.  And is it your understanding that the input

24  from the general manager is optional on that decision?

25      A.  What do you mean by "optional"?                 12:42

                                                            118

1    Q.  Is there -- did you not understand my

2    question?

3    A.  No, I understood your question.

4    Q.  I mean, I'm saying -- I'm positing to you

5    that the general manager does not play a tangential        12:44

6    role or a casual role but is, in fact, a central role

7    in all decision-making of the promotion from senior

8    staff to AGM at his or her warehouse.  And that's not

9    your understanding?

10       MR. LEE:  I think the witness has said the        12:44

11   regional manager makes the decision -- makes the

12   recommendation.  You're talking about a central role

13   for the store manager.  So it's pretty confusing what

14   you're asking her.

15       MR. ROSS:  Are --        12:45

16       MR. LEE:  It's inconsistent.

17       THE WITNESS:  I don't understand "posit."

18   When you say you're positing, that may be a legal term

19   of art, but I don't know what you mean when you say

20   you posit.        12:45

21       MR. ROSS:  Well, if I were -- I'm going to

22   assert you a proposition.  I would like you to tell me

23   if it's your understanding that it's true or false.

24   Okay?  And the proposition is this:

25    Q.  Costco general managers play a central role        12:45

120

1    that, because I want to follow through on some of the

2    things you were saying.

3        Q.  We can agree, can't we, that as a

4    professional sociologist, you're certainly not able to

5    quantify the extent to which, say, Costco policies and        12:47

6    procedures increase the likelihood of gender bias in

7    the promotion of GMs or AGMs?

8        A.  Yes, I cannot quantify.

9        Q.  And, I mean, by that, you can't say that

10   these procedures increase gender bias in these              12:47

11   promotional decisions by X percent or something like

12   that?

13       A.  That's correct.

14       Q.  Okay.  In fact, isn't it -- all you are able

15   really to assert with any reasonable degree of             12:47

16   scientific certainty, is that gender bias is more

17   likely at Costco because of its policies, practices,

18   et cetera, than it is at some other company with

19   different policies and practices?

20       A.  No, that's not correct.                            12:47

21       Q.  Okay.  How is that wrong?

22       A.  Well, I read lots of sworn statements and saw

23   documents that reflected stereotyping.  I mean very

24   explicit stereotyping.  Sometimes it was Mr. Sinegal;

25   sometimes it was other people.  It was widely claimed       12:48

                                                                  122

1   than they are in the laboratory."  And I didn't write

2   his reasoning down there, but what he argues is that

3   the contingencies are real.  What happens is real.

4          So I just wanted to make those two

5   clarifications or additions to the answers I provided      01:27

6   before when you asked me about those two passages.

7   BY MR. ROSS:

8      Q.  But Dr. Bielby also says that -- makes the

9   point the laboratory settings are abstracted from the

10  environments of employment decisions in real settings.    01:27

11  And his statement is -- isn't that right?

12     A.  Yeah.

13     Q.  He certainly makes that point?

14     A.  Yes, he recognizes that.

15     Q.  And his statement which you just pointed out       01:27

16  is, at this point, a conjecture of his?

17     A.  That's correct.

18     Q.  Okay.  Thank you.

19          I also wanted to, before I forget, ask you to

20  take a look at what's now been marked for                  01:28

21  identification as 1524.

22          (Defendant's Exhibit 1524 marked for

23  identification.)

24          I think it's in front of you.

25     A.  Oh, thank you very much.  Oh, Bielby's              01:28
                                                                126

```
 1            When the member of -- the stereotyper -- when

 2   the characteristics of the person who is engaging in

 3   stereotyping differs from the person that they are

 4   stereotyping, that makes a difference.  That's

 5   important.  Although, as I said in my report, both          01:35

 6   sexes stereotype women, and blacks and whites both

 7   stereotype blacks.  But we do know clearly that the

 8   stereotypes are stronger on the part of the other

 9   group.

10            Now, as far as individual differences among        01:35

11   members of the other group -- so we'll just talk about

12   males stereotyping females.  The research that I've

13   read suggests that at least when it comes to automatic

14   stereotyping, it's more situational than it is the

15   disposition of the stereotyper.  But -- but there is        01:36

16   agreement that motivation not to stereotype plays a

17   role.  And since -- and I say that, I think, in my

18   second report, that motivation plays a role.  And so I

19   think there is generally consensus that if you're

20   highly motivated not to stereotype, it reduces your         01:36

21   likelihood of stereotyping.  So that's not exactly --

22   I'm not sure if that's the individual difference.

23       Q.   I understand your answer, and I'm just going

24   to probe it a bit.

25       A.   Okay.                                              01:36
                                                                  132
```

1      Q.   I can imagine that an individual -- some

2   individuals carry -- for want of a better word, carry

3   more baggage with respect to prejudice than others,

4   with respect to any individual they are perceiving.

5   And that the baggage that they carry with them -- I        01:36

6   realize that's not a scientific term -- may differ

7   from individuals to individuals, and that could affect

8   their ability to overcome the cognitive bias, the

9   ability to suppress or reduce the stereotype.

10     A.   Well, you know, again, when we use these         01:37

11  latency measures, if that's the measure as opposed to

12  people's overt expressions, there is not a big

13  association, a correlation, between what people show

14  up in terms of the latency measuring of stereotyping,

15  the implicit association stereotypes, as there is        01:37

16  between people's stated stereotypes.  So if you asked

17  me if I'm prejudiced against old people, I would say

18  no; but indeed my IAT score for old people is negative

19  even though I'm becoming an old person.  So --

20     Q.   Join the club.                                   01:37

21     A.   Yeah.  So there is -- when people are aware

22  of their stereotypes, I think that the question you're

23  asking, when people realize that, like I know that I

24  have a stereotype against whatever -- what did I say

25  earlier?  Germans.  When I realize I have a stereotype   01:38

                                                             133

1   but I don't want to be a stereotyper, I can try to

2   suppress that stereotype.  I can try to not act on

3   that, see that person beyond that characteristic that

4   may make me negatively -- that's the motivation part.

5   And I'm highly motivated not to stereotype.  But at          01:38

6   the implicit level, it's much harder to -- you know,

7   being motivated and -- there is an article that I

8   didn't cite -- and I can't remember the authors right

9   offhand, but I can find it -- that shows that even

10  people who want to correct, and assume they have             01:38

11  stereotypes, want to correct for them, have a hard

12  time making corrections.

13      Q.   Aren't there some people who are just better

14  disciplined than others?

15      A.   Yeah, yeah.  Okay.  Yes.                             01:38

16      Q.   And also --

17          MR. LEE:  Did you finish your answer?

18          THE WITNESS:  No.

19          Let me say there is research that older

20  people are more likely to stereotype, but I'm not sure       01:39

21  it's exactly discipline.  But I think it's partly that

22  are brains are not quick or as with it as we get

23  older, and so older people are more likely to express

24  stereotypes than younger people, and I think the

25  assumption is we just don't block cognitively as well        01:39
                                                                 134

1  as we did when we were 30.

2      Q.  I was also thinking something more elemental.

3  Like an American, perhaps someone who had grown up in

4  New York, perceiving the image of a Muslim on a

5  latency response test may differ quite a bit, I          01:39

6  suppose, from a Muslim American who was perceiving the

7  same image.

8      A.  Yeah.  I would hypothesize that that's the

9  case.

10          Indeed, I would like to do research on that.     01:39

11  But -- I don't know for a fact that it's the case, but

12  I would hypothesize you could have individuating

13  information about an individual and presumably, if

14  you're not exposed to a group at all -- the nature of

15  stereotyping, it fills in the things we don't know,      01:40

16  the holes.  And we don't do it consciously, but -- I

17  only know that you're an attorney, and any other thing

18  that I might want to infer about you, I'm just -- my

19  brain is saying whatever it has attorneys who --

20      Q.  However you classify attorneys, please don't     01:40

21  tell us.  It might be embarrassing.

22      A.  I won't.

23          MR. LEE:  Not just him.

24          THE WITNESS:  But -- and I lost my train of

25  thought.  Okay.                                          01:40
                                                              135

1          So the more information you have, if you

2     know, for example, that people who don't speak English

3     as a first language actually work harder than people

4     who do speak English as a first language, and you know

5     that probably that affects -- certainly it affects          01:40

6     your conscious stereotyping.  So I can see how that

7     happens.

8          But -- but stereotyping is basically --

9     stereotypes are shared social beliefs.  And when you

10    live in cultures where those beliefs are present in         01:41

11    societies, they are in your head.  Society just fills

12    our head up with the stereotypes.  Even if we reject

13    them, we know them.  People know the content.  There

14    is research that shows people who say they are not

15    prejudiced can tell you exactly what the content is of      01:41

16    various stereotypes against various groups.  So it's

17    part of learning to live in a society even though you

18    reject the stereotypes.  But the process of

19    stereotyping is this inference about an individual.

20    And so knowing the group -- theoretically, you could        01:41

21    think that you could both know -- be more exposed,

22    like more exposed -- when I lived in Washington, D.C.,

23    I was very exposed to African Americans.  When I moved

24    back to the Midwest, to Bloomington, Indiana, I wasn't

25    exposed to very many African Americans.  I suspect          01:41
                                                                  136

1  that exposure has played some role, but we do not know

2  for sure. And we do know that at the individual

3  level, you know, when somebody walks in my office and

4  they are an African American, the first response I

5  get, if I haven't met them before, is the signal that    01:42

6  is the implicit cognitive response. And I just pay a

7  lot of attention to this, so I can see myself having

8  this response.

9      Q. Well, if we're talking about a response then

10  is largely -- I understand not always the case, but    01:42

11  the response may -- we may not be aware of the

12  response?

13      A. Mm-hmm.

14      Q. Okay. So it's unconscious, and it activates

15  automatically, and it is universal as a hard-wired    01:42

16  feature of our brain?

17      A. Well, the propensity to do it universal and

18  hard-wired. The groups that are selected to

19  stereotype are not hard-wired.

20      Q. That's right. So to the extent that it is    01:42

21  unconscious and it is automatic, it's not something, I

22  take it, that someone turns on and off at will?

23      A. No. Although individuating information under

24  certain circumstances tends to --

25      Q. Could help?    01:43

    137

1      A.   Because it's filling in the blanks.  And the

2   more systematic information you have about -- when

3   you're making decisions, like comparing the white

4   woman with the black man, if you got lots of job

5   performances for both of them in front of you and both          01:43

6   of those, you know -- et cetera, et cetera, then

7   you -- then you don't need to stereotype.

8      Q.   I see.

9      A.   Okay.

10     Q.   Now, are you aware that Dr. Drogin has                    01:43

11  concluded that the outcomes of promotion decisions to

12  general manager from the pool of AGMs is exactly what

13  one would expect from a purely random selection

14  process?

15     A.   I believe I read that in his report.                     01:43

16     Q.   Okay.  Put another way, Dr. Drogin did not

17  find any systematic bias in the outcome of the

18  promotion decisions to general managers from the pool

19  of AGMs.  You are aware of that?

20     A.   That's my -- that's my recollection.                     01:44

21     Q.   Okay.  So at least in this instance, the

22  automatic cognitive bias in the stereotype of male

23  decision-makers is not showing up in Dr. Drogin's

24  analysis?

25     A.   At that level.                                           01:44

                                                                        138

1      Q.   Okay.

2      A.   Well, may I qualify that, please?

3      Q.   Sure.

4      A.   It's conceivable, you know -- I suppose there

5   is a 50 percent chance or 33 percent chance or          01:44

6   something, that -- that the women are better qualified

7   and work harder.  And to come out at the same rate as

8   men, I mean, it's sort of saying, you know, you

9   have -- Avis has to work twice as hard as Hertz

10  because they are number two.  So there is a             01:44

11  possibility that groups that recognize that they

12  encounter barriers, not because they are female or

13  because they are Avis but because they have this

14  recognition, work harder.  So I can't infer from the

15  absence of equal outcomes equal treatment, but -- but   01:45

16  I do recognize that that's what Dr. Drogin found, that

17  the disparity was not at that level.

18      Q.  And that, therefore, at least his statistical

19  analysis at that level, while there may be

20  explanations, does not reveal a systematic bias --      01:45

21  stereotype bias against women?

22          MR. LEE:  As to that -- as to that piece of

23  information.

24          MR. ROSS:  I confined it.

25          THE WITNESS:  Yeah, with respect to that         01:45

139

1    women are no more constrained in their work

2    opportunities than men by child care at all, not even

3    some?

4         A.   Well --

5              MR. LEE:   Misstates her testimony.   But go          02:32

6    ahead.

7              THE WITNESS:   I'm sorry, yeah.   The way that

8    we see women's constraint by child care is

9    differential rates of participation in the labor

10   force.   And that is a clear difference between women      02:32

11   and men.   So -- so, you know, 75, 78, something like

12   that, percent of men are in the labor force in their

13   prime working years, and the proportion is smaller for

14   women.   So some women who are constrained for one

15   reason or another are not in the labor force.   And       02:32

16   before the elimination of welfare, there were more

17   women who were not in the labor force who were in

18   those age brackets.

19              So I'm not saying that there is no -- that

20   the child-bearing -- child-rearing responsibilities        02:33

21   that have traditionally been assigned to women have

22   completely disappeared.   That's not my testimony.   But

23   the expression as taken, as couples have needed to

24   maximize income, is that people who can afford to --

25   sometimes a couple will have one person stay home, and    02:33
                                                                  167

1    not use detailed job descriptions.

2         You are aware, are you not, of the documents

3    entitled Job Descriptions for AGM?

4         A.   Yes, I'm aware.

5         Q.   And similar documents entitled Job          02:39

6    Descriptions For Senior Staff Managers?

7         A.   I better ask you a question to make sure

8    we're on the same page here.   There is a job

9    description that's included in the documents that

10   Costco refers to as job analysis.                      02:39

11        Q.   I'm going to ask you if you've seen both.

12        A.   I just want to make sure.   So you're talking

13   about the latter, the one that's more detailed.

14        Q.   Well, let's talk about -- let's take them one

15   at a time.                                             02:39

16        A.   Okay.

17        Q.   Okay.   Let's take first the documents

18   entitled job descriptions, not job analysis.

19        A.   Yeah.

20        Q.   Do you know how these documents are created?   02:39

21        A.   No, I do not.

22        Q.   Do you know how they are used, in fact, at

23   Costco?

24        A.   No, I do not.

25        Q.   Have you performed any studies of job         02:39

                                                             172

1    descriptions as used in a specific corporation?

2            MR. LEE:  Read back that question.

3    Performed?

4            (Record read by the reporter.)

5            THE WITNESS:  What do you mean by performed a    02:40

6    study?

7    BY MR. ROSS:

8        Q.  Have you done any scientific investigation

9    of -- concerning job descriptions in use at a

10   corporation?                                            02:40

11       A.  No.  I -- I've read the literature, but I've

12   not done independent research, if that's what you

13   mean.

14       Q.  Okay.  Have you written any articles yourself

15   on the subject of the use of job descriptions in        02:40

16   corporations?

17       A.  Only referring to making the point that job

18   descriptions -- that job descriptions that are used --

19   need to be -- when they are used, for them to be used

20   effectively in a nonbiasing way, they have to be used   02:40

21   systematically across evaluation of all workers.  I've

22   discussed it in that context.

23           I want to go back for a second.  Okay.  Go

24   ahead.  Sorry.

25       Q.  Well, would you agree that there is a           02:41
                                                             173

1    consensus in the literature of industrial organization

2    psychology that the specificity of job descriptions

3    for upper managers is necessarily less than the

4    specificity in job descriptions for hourly paid

5    nonmanagerial jobs?                                          02:41

6         A.   I can't --

7              MR. LEE:  Vague and ambiguous --

8              THE WITNESS:  Yeah.

9              MR. LEE:  -- as to what you mean by upper

10   managers.                                                   02:41

11             THE WITNESS:  Well, you're asking me only

12   about, at this time, literature in industrial

13   psychology, not about other empirical literature?

14   BY MR. ROSS:

15        Q.   Right.                                            02:42

16        A.   I'm not an expert in industrial psychology.

17        Q.   Okay.  Do you agree that that's normally the

18   case?  That in industry, that the job descriptions are

19   less detailed for upper management than they are for

20   lower hourly paid jobs?                                     02:42

21        A.   I don't have systematic data.

22        Q.   Okay.  Do you know how the documents entitled

23   Job Appraisals are created?

24        A.   I beg your pardon?

25        Q.   I'm changing my focus now.                        02:42
                                                                  174

1      A.    I couldn't hear you.  Do you mean job

2   analyses?

3      Q.    I'm sorry, job analyses.

4            Do you know how job analyses are created and

5   used at Costco?                                    02:42

6      A.    No.   I know how they are created and used in

7   general.  I don't know how they are created and used

8   at Costco.

9      Q.    Okay.  What is the basis for your opinion

10  that Costco job descriptions for GM and AGM are     02:43

11  somehow deficient?

12           MR. LEE:  Are you talking about job

13  descriptions?

14           MR. ROSS:  Yes, I said so.

15     Q.    Job descriptions.                          02:43

16     A.    Could you tell me where I said they are

17  deficient?

18     Q.    You say they are rudimentary, and they do not

19  use -- Costco does not use detailed job descriptions.

20  And I understood from those remarks that you were   02:43

21  pointing to a deficiency.  If you were not, then I

22  stand corrected.

23     A.    Yeah.  I would like to see where because I

24  don't want to have words put into my mouth, and so I

25  want to be careful.  This is an important proceeding.  02:43

                                                       175

1    to answer.

2         Q.   Is there anything wrong with Costco's job

3    descriptions for AGM and GM?

4         A.   The less detailed the job description, the

5    more difficult it is for people to assess candidates          02:45

6    fit for it.  And so that's not wrong or right.  I'm

7    not making a disparaging remark or saying they are

8    deficient.  I'm simply making a statement that there

9    is a relationship between -- between the ability to

10   evaluate candidates and the level of detail in the job        02:45

11   description.  And insofar as job descriptions are

12   detailed, it's easier to -- it's, again, a kind of

13   stereotyping.  Except in this case, it's about an

14   occupation, that people can make assumptions about

15   either what a job entails, how many days a year do you        02:46

16   have to be there at 2:00 a.m., or they can make

17   assumptions about who is qualified for it.  And that's

18   likely to occur the more detailed the description is.

19        Q.   You're not making any assertion, are you,

20   that the level of detail in Costco's job descriptions         02:46

21   for the positions of GM and AGM is deficient by any

22   industrial standard?

23        A.   I'm talking about this in terms of -- of the

24   capacity for agents who make promotion decisions,

25   decision-makers, to -- to minimize any kind of bias in        02:46

                                                                   177

1   making those decisions.  I'm not an industrial

2   psychologist; I'm not an expert in industrial

3   psychology, and I'm not judging them by the standards

4   of any group of industrial psychologists.  Nor am I

5   judging them.                                           02:47

6        Q.   Does your statement concerning job

7   descriptions also apply to the more detailed job

8   analysis?

9        A.   The job analyses are something different.

10  The job analyses have very, very minimal job            02:47

11  descriptions.  And, in general -- now, again, I'm

12  saying this as an organizational sociologist,

13  sociologist of stratification.  But in general, those

14  job descriptions are so minimal that it's difficult to

15  get a sense of what kinds of credentials one would      02:47

16  need.  And I -- or the job analyses.  So there are

17  some things there.

18            Indeed it was interesting to compare the job

19  analysis for general manager with the job analysis for

20  assistant general manager.  And on almost all of these  02:48

21  job analyses dimensions, they are identical, which

22  suggests there is no difference in these jobs.  And

23  yet, from the detailed job descriptions, one gets the

24  impression there is a difference between these jobs.

25  But the job analysis is -- my understanding is it was   02:48
                                                            178

```
 1        Q.  Performance appraisals.  Documents entitled

 2   Performance Appraisals?

 3        A.  Can you tell me what you mean by that

 4   document?

 5        Q.  Have you seen a document entitled Performance    02:49

 6   Appraisal?

 7        A.  I can't remember the titles of all the

 8   documents I've seen.

 9        Q.  Well, performance -- annual performance

10   evaluations.                                               02:49

11        A.  Yes, correct.  I have seen --

12            MR. LEE:  They are called performance

13   evaluations.

14            MR. ROSS:  I thought they were called

15   performance appraisals.                                    02:49

16            MR. LEE:  Do you have one?

17   BY MR. ROSS:

18        Q.  Performance evaluations, whatever they are

19   called.

20        A.  Yes, I have seen that.  I was just thrown off     02:50

21   by the name.

22        Q.  Again, you're not an expert, are you, on the

23   standards for performance appraisals in industry?

24        A.  No, I'm not an expert on that.

25        Q.  Okay.  And you haven't performed any              02:50
                                                                180
```

1    empirical tests relating to the validation of any

2    performance evaluation system?

3        A.   No.   I teach about it, but I have not done

4    empirical research on it.

5        Q.   Have you actually ever advised any company on      02:50

6    how to develop or use performance evaluations?

7        A.   No, I have not.

8            MR. LEE:   Can I get the witness some water?

9            THE WITNESS:   Thank you.

10           MR. ROSS:   Excuse me.   I have to take a          02:50

11   moment to get an exhibit.

12           (Discussion off the record.)

13           THE VIDEO OPERATOR:   Off record, 2:51 p.m.

14           On record, 2:52 p.m.

15   BY MR. ROSS:                                             02:52

16       Q.   Dr. Reskin, did you notice in Dr. Saad's

17   report the different table showing the different

18   performance categories used in the performance

19   appraisal?

20       A.   If I -- if I remember correctly, this is a      02:52

21   performance category, exceeds expectations, something

22   like that.

23       Q.   Yes.

24       A.   Yeah, I did.   I want to make sure we were

25   talking about the same thing.                           02:53
                                                             181

1    the impression these were annual evaluations.

2        Q.   But they have several employees for whom they

3    are responsible?

4        A.   Again, I'll go back to saying --

5             MR. LEE:   What's the question?                    02:57

6             THE WITNESS:   Thank you.

7    BY MR. ROSS:

8        Q.   The question is I guess you're saying you

9    don't -- there are two -- they are not specific enough

10   for you to answer my question.  Is that true?             02:57

11       A.   Well, I think they are not specific enough

12   for -- for people to accurately appraise performance.

13       Q.   Do you know how they are used in fact?

14       A.   Well, I know there is this questionnaire.

15   I've seen the instrument that they used, and it has       02:57

16   across the top, as I recall, five boxes and people get

17   a check for each of these in each of those boxes.

18       Q.   Are you aware of any instructions given out

19   with the performance appraisal?

20       A.   I can't recall what I -- what I saw didn't         02:58

21   offer any guidance as to how you would use one of

22   these dimensions, like integrity, to give someone one

23   of the five scores.  I remember that one of the

24   deponents who was a senior manager -- executive level

25   manager at Costco said he didn't like these because he     02:58
                                                                185

```
 1    never could tell if he should say "exceeds

 2    expectations."  And I also recall Landy testifying

 3    that he didn't see -- he didn't believe -- he thought

 4    these could be used consistently by the same

 5    evaluator, but he didn't believe they were used          02:58

 6    consistently across evaluators.  So, you know.

 7         Q.   That could be the case --

 8              MR. LEE:  Did you finish your answer?

 9    BY MR. ROSS:

10         Q.   Let me ask the question again.  Let me ask     02:58

11    the question another way.

12              You do not know, I take it, whether there are

13    any instructions, written or oral, given to the people

14    who are using these performance -- making the

15    performance appraisals?                                  02:59

16         A.   No written instructions were provided to me

17    by Counsel.

18         Q.   And do you know whether or not there's any

19    oral instructions or explanations given to the people

20    making these performance appraisals?                     02:59

21         A.   I don't know that.  That wouldn't change my

22    answer, however.

23         Q.   Do you believe that -- do you know who makes

24    these performance appraisals for senior staff?

25         A.   I have a belief, but I'm not sure I'm right.    02:59
                                                                186
```

1    managers in the case of staff managers, would you

2    expect the results of cognitive bias and stereotype

3    would affect the ratings of men and women?

4         A.   I guess it would depend on how well the men

5    and women did on the jobs.  I would expect that --         03:01

6    okay.  So these are the assistant general managers and

7    managers who are making them, and they are making them

8    of senior store staff managers.  And there is about

9    four senior staff managers in a store.  And so they

10   have worked together for some amount of time.  So this     03:01

11   is something where -- I wouldn't see this as being

12   anywhere near as likely to be tainted if they are

13   being made by their immediate supervisors.

14        Q.   That's because their immediate supervisors

15   work with them regularly?                                  03:02

16        A.   As would recommendations that were made by

17   somebody who -- who was another step up the hierarchy.

18   I wouldn't expect them to be that tainted.

19        Q.   Now, are you aware of promotability lists --

20        A.   Yes, I am.                                       03:02

21        Q.   -- used at Costco?

22        A.   Excuse me.

23        Q.   And are you also aware of a document entitled

24   Promotability Ratings or sometimes referred to as

25   Promotability Profiles?                                    03:02
                                                                188

1    And so I don't know for sure if what I've seen has had

2    that label attached to it.  And that has made this a

3    little more difficult.

4    BY MR. ROSS:

5        Q.  Well, let's see.  Costco uses performance                03:04

6    appraisals -- or do you agree that Costco uses

7    performance appraisals or performance evaluations for

8    both AGMs and GMs?  Do you know whether that's true or

9    not?

10           MR. LEE:  When you say uses --                            03:04

11           MR. ROSS:  Makes annual -- that's the trouble

12   with the word uses.

13       Q.  Makes annual performance appraisals for GMs

14   and AGMs every year?

15       A.  And who -- when you say Costco does it, whom            03:04

16   are you talking about?

17       Q.  The supervisors of the AGM and the

18   supervisors of the GM --

19       A.  Okay.

20       Q.  -- fill out a performance appraisal of their          03:04

21   immediate subordinate on an annual basis.  Are you

22   aware of that?

23       A.  I don't recall that as I'm sitting here.

24       Q.  Okay.  Again, assuming there is something

25   quite different called the Promotability Profile from         03:05

                                                                    190

1  something else called the Promotability List, I take

2  it that you would not be aware, right now, of how the

3  promotability profile is created or used, in fact?

4      A.  Again, I saw several documents that could

5  have been seen as one or the other.  And sometimes          03:05

6  they had some rank ordering numbers next to them, and

7  sometimes they didn't.  And some of these could well

8  have been promotability profiles, but they may not

9  have been labeled as such or I may not have picked up

10  the label.                                                  03:05

11      I did see different kinds of documents that

12  listed the names of people who might be eligible or

13  were eligible or running for promotion.  And so I

14  don't know what their names are partly because of the

15  inconsistent use of names in the documents.                03:05

16      Q.  Okay.  Now, you're aware, are you not, that

17  the employment agreement states that individuals will

18  be selected for promotion based on skill and ability.

19  And where skill and ability are equal, then length of

20  continuous employment would be the determining factor?     03:06

21      A.  Yes, I recall that.

22      Q.  Now, let's take the case of the promotion

23  from senior staff manager to AGM.

24      A.  Mm-hmm.

25      Q.  Now, it would not be uncommon for a general      03:06
                                                                191

1         A.   As to whether someone should be promoted to

2    AGM?

3         Q.   Yes.

4         A.   As I testified before lunch, the final

5    decisionmaker is outside the warehouse.  It's the          03:16

6    regional manager.  So you're asking me if I believe

7    that the AGMs have input in who gets appointed to AGM.

8    And all I can say is the documents don't speak to

9    this.  The process is not described in any detail.

10   The process of what I can see.  But it's clear that        03:16

11   the decision is made two levels up.

12        Q.   Okay.  That was your assumption in your

13   report?

14        A.   That was my assumption, right.  Okay.

15             MR. LEE:  It's more than an assumption.  It's    03:16

16   your testimony.

17             MR. ROSS:  Bill, are you testifying or not?

18             MR. LEE:  The testimony is what it is.

19             MR. ROSS:  Because if you are, you would be

20   wrong.                                                     03:16

21        Q.   Now, we already -- just to go back to another

22   point and just to reorient ourselves in the testimony

23   without trying to be repetitious, you've already

24   talked about the universality of the cognitive bias

25   trait in individuals.                                      03:17
                                                                200

1          Apart from the universality of the workings

2    of the brain, are there any other empirical studies

3    that purport to measure the degree of uniformity in

4    corporation policies, practices or procedures?

5          A.   Well, if I understand your question          03:17

6    correctly, the national organizational survey --

7    actually, there have been three of these now, but I've

8    only myself done research on the first one -- asked

9    organizations, random samples in each case, of -- or

10   nationally representative samples of organizations,     03:18

11   asked them a whole set of questions about personnel

12   practices.  And I have analyzed some of those data

13   about personnel practices and, indeed, can see the

14   areas which is variability -- well, some variability,

15   a lot of variability, a fair amount of consensus or a   03:18

16   fair amount of conformity.

17         Q.   Is there a standard measure of uniformity

18   of -- is there a standard measure accepted that allows

19   us to score the amount of uniformity in corporate

20   policies or practices?                                  03:18

21         A.   Allows whom to score?

22         Q.   Any investigator such as yourself.

23         A.   People typically take a set of variables, at

24   least in these data, which are the best data that

25   exist at this point about organizations, and they do a  03:19
                                                             201

```
 1    factor analysis or they use some recommendations that

 2    are made by the authors of the studies, Calleberg and

 3    his colleagues.  And there is a whole set of measures

 4    that Calleberg and his colleagues try to come up with

 5    measures.  These are careful eminent organization          03:19

 6    sociologists.  So there are measures out there that

 7    are sort of state-of-the-art at this point.

 8            Now, uniformity is -- there is lots of

 9    dimensions on which there can be uniformity, just as

10    your manager rating form suggests that there are some      03:19

11    dimensions on which you can rate subordinates.  So

12    it's not just uniformity per se but uniformity with

13    respect to something.

14        Q.  Well, did you perform any factored analysis

15    or systematic test to score the uniformity of policy       03:20

16    and practices at Costco?

17        A.  No.

18        Q.  Okay.  Let me just -- just one moment.

19            Why don't we just take five minutes as a

20    break at this point.                                       03:21

21            THE WITNESS:  We're taking a five-minute

22    break?

23            THE VIDEO OPERATOR:  Off record, 3:21 p.m.

24            (Recess taken.)

25            THE VIDEO OPERATOR:  On record, 3:29 p.m.          03:29
                                                                   202
```

1   seeing it the other day.  So there is variation across

2   regions in organizational practices that regional

3   managers implemented.

4       Q.  Well, I guess we may not -- our differences

5   may not be that great because if I understand what          03:42

6   you're saying, I understand your position that the

7   basic hard-wiring of the human brain is going to be

8   the same in any region.  And subject to the effects of

9   individuating information, is going to have an effect.

10  But isn't it true that in at least certain regions,         03:42

11  using Dr. Saad's own model, the net effect of all the

12  policies that they have implemented in certain regions

13  has indicated that there's less gender stereotyping

14  adverse to women at the end of the day than in others?

15      A.  Well, where we differ is I would not say less       03:43

16  gender stereotyping.  Again, I don't know how much

17  gender stereotyping is going on, but I do know that

18  one can reduce the impacts of it.  So people can

19  continue to stereotype without it having any type of

20  an adverse affect for a particular group, as in my          03:43

21  example of the symphony orchestra difference.  We

22  don't know any stereotyping has gone away; we just

23  know when people are behind screens, that you get

24  different outcomes, when people audition from behind

25  screens than when they audition where the judges can        03:43
                                                                212

1  not something is statistically significant or not.

2  But it's also -- I want to go back to the other point.

3  It's perfectly possible, and I know that it's the

4  case, that managers -- I'm sorry, regional managers

5  operate differently in terms of their responsiveness          03:45

6  to goals.  And some people say they wouldn't do it and

7  some people didn't do it, and there was no kind of

8  Costco-wide insistence on it.  And so it may be that's

9  playing a role in this difference in promotion

10  outcomes.                                                     03:45

11      Q.  I would like to reference your report on

12  Page 5, your first report.

13          MR. LEE:  1517?

14          MR. ROSS:  Yes.  I believe it's on Page 5.

15  Let me find it.  Yes.                                         03:46

16      Q.  Yes.  Where you characterize Costco's

17  personnel practices as paternalistic because

18  subordinates have almost total control over --

19  super-subordinates have almost total control over

20  subordinates' advancement.                                    03:46

21          MR. LEE:  Counsel, give me a second to find

22  it.

23          MR. ROSS:  Can you point it out to him,

24  Dr. Reskin.

25          THE WITNESS:  First paragraph.  Yeah, the             03:47
                                                                  214

1    not in a position of authority.  If you're -- so

2    that -- this focusing on these attributes treats these

3    attributes as if they are pre-existing, that they are

4    sort of fixed in us as individuals, that we either

5    have or don't have tact, and doesn't acknowledge that          03:57

6    if you get in a situation where you have to be

7    tactful, people often indeed acquire tact.

8            So -- so they are difficult to measure; I

9    grant you that, and I agree.  But I am also not a

10   professional person who does job evaluation, and I             03:57

11   don't know how these measures are made.  But I also

12   think it's important to recognize that one could find

13   that one group doesn't do so well on this, whichever

14   group, men -- on some of the evaluations apparently

15   that was the case, that men didn't do so well.  But            03:57

16   sometimes how people -- how people do depends on the

17   contingency associated with their outcomes.  If you're

18   sure you're going to have a good job, you can actually

19   be a little more of a jerk than if you're not sure

20   you're going to have a good job.  So that's the end of         03:57

21   what I want to say.

22       Q.   It would not be unreasonable, would it, for

23   an AGM who is evaluating a senior staff manager whom

24   he or she supervises -- it would not be unusual for

25   that AGM to base their evaluation on such items as             03:58

                                                                    223

```
 1    to do is check people off on this form and I wouldn't
 2    be happy about it because I want to do a better
 3    measurement than this.  But what I'm saying is they
 4    don't get to choose.  That if I'm given a list like
 5    this and I have to evaluate the people, my              03:59
 6    subordinates, and this is all I've got, I might say
 7    it's real hard.  This isn't a good scale; I don't like
 8    it; it's not reliable.  And that reliability issue
 9    matters.  But unless the organization provides me with
10    a better way to do analyses, I would either have to    03:59
11    say, no, I won't do it and be insubordinate, or I
12    would have to do it and have some uncertainty and
13    unreliability.
14         MR. LEE:  The witness is referring to
15    Exhibit 1526.                                           04:00
16    BY MR. ROSS:
17    Q.  You might not like their standardized
18    performance evaluation form; that could be the case.
19    But you haven't done any -- you have no empirical
20    research or other validation evidence to illustrate --  04:00
21    to establish whether or not this performance appraisal
22    system that they have works or doesn't?
23    A.  I don't know -- well, one could say that
24    there is something funny about it given that women
25    are -- it's -- it generates a puzzle.  Why are women    04:00
```

225

1      A.   I have no evidence on that whatsoever.

2      Q.   I would like to ask you just generally,

3  Dr. Reskin, what HR procedures -- what seatbelts would

4  you like to see Costco implement?

5           MR. LEE:  What seatbelts?                      04:14

6           THE WITNESS:  That's a nice expression.

7           Well --

8           MR. LEE:  When you say "would like," you mean

9  professional opinion?

10          THE WITNESS:  Yeah, my professional opinion,    04:14

11  is that what you mean?

12  BY MR. ROSS:

13     Q.   Yes.

14     A.   So if Costco asked me to be a consultant,

15  what would I tell them, is essentially --               04:14

16          MR. LEE:  Is that your question?

17          MR. ROSS:  Yes.

18     Q.   What would you tell them to implement -- yes.

19     A.   Okay.  Well, I would tell them that they

20  needed to -- that -- that there had to be some          04:15

21  oversight on decision-makers at both levels, since

22  we've agreed this is a two-tiered process in which

23  there is -- in which there are contingencies attached

24  to this -- this in a way that minimizes bias.  So

25  right now, there is no accountability for decisions.    04:15

                                                              231

1    Decisions -- there's only a brief file that goes to

2    the top two people at Costco, and both of them say

3    they rubber system it.  And I think DiCerchio

4    testified there is no bonus or economic consequences

5    for making decisions that are necessarily unbiased.          04:15

6            I would -- I would stop the idea of

7    promotability lists.  That is the -- maybe

8    pre-selection has a legal meaning, and I don't intend

9    it to have a legal meaning.  But the identification

10   early on in their careers and then giving those people    04:16

11   additional opportunities has the consequence of a term

12   that's used -- I think in the law as well as in

13   sociology, but I'm not sure -- cumulative advantage

14   and disadvantage.  And given the current sex

15   composition at Costco, which isn't going to change, of    04:16

16   the decision-makers at Costco, people do tend to

17   automatically see the best in, favor members of their

18   own group.  And it's not anything that either sex

19   does.  I'm not saying this is sexist.  I'm simply

20   saying we all tend.  So if you have two people who        04:16

21   both behave badly, and one of them is in your group

22   and the other in a different group, you're more likely

23   to remember the bad behavior of the other group

24   person, and you're more likely to attribute it more

25   permanent disposition in their personality and not        04:17
                                                                   232

```
 1    it.

 2            So when I say we respond to opportunities, we

 3    don't always do this in a rational way or calculating

 4    way.  But, again, our minds are simplifying what we

 5    see as available to us and we go after.  It's the rare      04:23

 6    person -- it's the Sandra Day O'Connor who goes after

 7    something when she doesn't see any woman at all doing

 8    it.

 9            So it's not that I discount.  I'm not

10    saying -- and I thought I said this in my second            04:24

11    statement, but maybe I ended up -- I was trying to

12    keep it short, and maybe I ended up not keeping it.

13    I'm not trying to say all the differences between

14    women's and men's outcomes are due to -- are due to

15    factors that are going on stereotyping or the failure       04:24

16    to control stereotyping.  That's not my belief.  I

17    believe that people have preferences.  I do think

18    those preferences are often -- you've been trained as

19    an economist, they are themselves endogenous.  They

20    are a result of other things.  They are not just fixed      04:24

21    preferences we have inside ourselves.

22            So if we want to alter peoples' preferences,

23    we can.  But I'm not discounting the fact that

24    preference may play a role.  I think we

25    exaggerate people, even in our generation, of the           04:24
                                                                  238
```

1  importance of sex-type preferences among much younger

2  people because I think there really has been a gender

3  revolution.  But nonetheless, that being said, I'm not

4  saying that I think this is all Costco.  The

5  difficulty is we've got two unmeasured possible                    04:25

6  causes.

7      Q.  We can't tell how much is due to one or how

8  much is due to the other?

9      A.  I grant you that.  I grant you that.

10      Q.  How much is due to preferences and how much    04:25

11  is due to stereotype?

12      A.  Yeah.  But it is an interesting kind of --

13  get a national experiment.  What happens at Costco

14  after the lawsuit is filed?  And it looks like the

15  numbers of women GMs or AGMs have been pretty stable,    04:25

16  and then it doubles.  So that suggests that a -- a

17  greater awareness by Costco.  Certainly that didn't

18  make females suddenly prefer to be in these positions

19  and get them to advance that rapidly.  It couldn't

20  happen that rapidly.  They couldn't get their through    04:25

21  six months of rotations that rapidly.

22          But I do acknowledge, A, I cannot tell how

23  much is due to one and how much is due to the other.

24  And B, I don't claim that this is entirely a product

25  of Costco's -- Costco's practices.  But I see -- I do    04:26
                                                                     239

1  maintain, and I see this in the basis of a lot of

2  scholarly evidence, is that organizational practices

3  can change these things, and they can change them

4  dramatically, and they can change them rapidly, and it

5  doesn't have to mess with what's in our heads.          04:26

6  Although what's in our heads will eventually change.

7      Q.  Let me ask you about your point of

8  accountability.  What kind of accountability do you

9  believe there ought to be with decision-makers in

10  meeting, let's say, goals for promotion of women?       04:26

11      A.  Okay.  Well, one thing we know that's real

12  clear is if people are told ahead of time they are

13  going to be held accountable for decisions they make,

14  they actually store the information in their brain

15  differently.  So if I just get to choose -- you know,   04:27

16  pick an RA from the graduate students and no one is

17  going to look over my shoulder and say "how come you

18  picked so-and-so," I will not -- I will think about

19  who I want in terms of who's fun, who do I like, you

20  know, who does -- shares a hobby that I have.  But if   04:27

21  I realize that this is going to be a public decision

22  that's going to be accountable, my cognitive -- my

23  automatic cognitions are different.  And partly they

24  are different because, as I've argued and I think

25  makes sense, is that we recognize that we're           04:27

                                                            240

1    vulnerable.  Once we've been told "you've got to

2    behave fairly," we've been primed on being fair, a

3    psychological term in stereotyping, "priming," we've

4    been primed on that, but we also understand that this

5    is -- you know, here is a risk.  Suddenly something      04:27

6    that's neutral -- who do I hire, her or him -- becomes

7    something that can make a bad outcome for me.  And so

8    I store the information differently cognitively.

9        Q.  Well, that's certainly easy to understand.  I

10   mean if you know there is going to be serious        04:28

11   consequences --

12       A.  Yes.

13       Q.  -- you'll behave differently, of course?

14       A.  Right, right.

15       Q.  And I take it --        04:28

16       A.  But -- I apologize for interrupting you.  And

17   I apologize to you also.

18        But even automatically --

19        MR. LEE:  You could help by slowing down.

20        THE WITNESS:  I apologize.        04:28

21        MR. LEE:  But continue.

22        THE WITNESS:  Okay.  But even our

23   unconscious, if you will in quotes, "our unconscious

24   brains" store information differently.  But then the

25   second step with respect to accountability is that      04:28

                                                        241

1    Do you recall that?

2        A.   I vaguely recall this.  If you say more, I'll

3    probably -- more of it will come back to me.

4        Q.   That's what he did.

5        A.   Yeah.                                              04:39

6        Q.   He correlated the ratings and the various

7    dimensions on promotability profiles to see how people

8    stacked up on the final promotability lists.  Do you

9    recall that part of his --

10       A.   Well, I think -- if it's what I remember, I        04:40

11   think that my reaction was that it's a kind of

12   self-fulfilling prophecy.  But I do not recall this

13   with sufficient clarity that I can say much more than

14   that or say any more than that unless you refresh my

15   memory.                                                     04:40

16       Q.   You -- just to pick up -- with some time we

17   have left, just to pick up some miscellaneous topics,

18   you have -- you've cited a number of publications on

19   the issue of corporate cultures.

20       A.   Right.                                             04:40

21       Q.   You cited Deal and Kennedy.  You cited

22   Schein.  And you cited Kern and Slocomb all in your

23   original report.

24            Isn't it true that there is no generally

25   accepted standard way to evaluate a corporate culture?     04:41
                                                                 248

```
 1              MR. LEE:  Asked and answered.
 2              THE WITNESS:  That's -- I agree.  It's true.
 3    There is no -- it's...
 4    BY MR. ROSS:
 5         Q.  Wouldn't you also agree, as I believe        04:41
 6    Mr. Schein stated, that you can have multiple cultures
 7    within a single large organization?
 8         A.  Yes.
 9         Q.  And that would be true of Costco's case,
10    wouldn't it?                                          04:41
11         A.  Well, I think that you can have a common
12    culture across an organization.  It's the kind of
13    thing I cited in my report.  The -- the idea that
14    we're a very verbal place, we talk, we don't write
15    things down.  You can then have specific subcultures. 04:41
16    So, you know, at the tire store or something.  But
17    those are not mutually exclusive.
18         Q.  You could have subcultures as well?
19         A.  Right.
20         Q.  You cited in connection with the topic of    04:42
21    paternalism, you cited Ker and Knight --
22         A.  Yeah.
23         Q.  -- an article entitled Management Masculinity
24    and Manipulation?
25         A.  Yeah.                                        04:42
                                                             249
```

1     Q.  Actually, it had a longer title than that.

2  The title was:  From Paternalism to Corporate Strategy

3  and Financial Services in Britain.

4     A.  Mm-hmm.

5     Q.  Isn't that correct?          04:42

6     A.  Yes.

7     Q.  And isn't it fair to describe this as a

8  historical review of the changes in the financial

9  services industry in Britain?

10     A.  Right.          04:42

11     Q.  It didn't really contain any original

12  empirical research of the authors as I defined

13  empirical?

14     A.  Or I.  But they would call it empirical.  And

15  I cited it -- I didn't cite it to support a finding.  04:43

16  I cited it to clarify what I meant by paternalism in

17  organizations.

18     Q.  What in particular in that book did you cite

19  it for?

20     A.  I think it's an article, isn't it?     04:43

21     Q.  It's an article; you're right.

22     A.  You know, no, I didn't cite it for.  I think

23  there are useful things in there, but I didn't cite it

24  for a fact or finding.  I cited it as an example in

25  the kind of law review style, that here is an example  04:43

                                                                250

```
 1    of a concept in scholarly research.

 2         Q.   Okay.

 3         A.   This isn't just some lay idea that I made up.

 4         Q.   Okay.  It's -- it's an example of someone

 5    applying the concept of --                                04:43

 6         A.   Yes.

 7         Q.   -- in some area?

 8         A.   That's all.

 9         Q.   In this case, financial services in Britain?

10         A.   In Britain.                                     04:43

11         Q.   But in the same footnote, you also cited

12    Alison Lee and Ferrie, an article entitled Paternalism

13    in Agricultural Labor Contracts in the U.S. South?

14         A.   Yeah, yeah.  Same thing.

15         Q.   But that deals with harvesting cotton in the    04:44

16    pre-mechanized era in the south, does it not?

17         A.   Yes, yes.  It does.  I'm not suggesting

18    that -- all I was doing was saying here are scholarly

19    analyses that use paternalism.  I wasn't trying to say

20    that any of the specific findings in the industrial       04:44

21    south have any bearing on Costco.  It was -- there

22    must be a word for this.  Exiguous or something.

23              MR. LEE:  As opposed to a statement that

24    Costco is a plantation.

25              THE WITNESS:  Yeah.                             04:44
                                                                 251
```

```
 1    BY MR. ROSS:

 2        Q.  Well, in the same vein, you cited in Footnote

 3    7 of your report, a 1965 article by -- if I pronounce

 4    it correctly -- Arthur Stinchchombe?

 5        A.  Stinchchombe.                              04:45

 6        Q.  Stinchchombe?

 7        A.  Yeah.

 8        Q.  And this article deals with organization in

 9    the broadest sense, including post-war revolution era

10    Russia bureaucracy.  Isn't that true?              04:45

11        A.  Right.  But it's a theoretical argument about

12    organizational structures and how they tend to have

13    inertia associated with them, and that change tends to

14    be slow.

15        Q.  And he didn't provide any empirical work in   04:45

16    this article.  It was theoretical, wasn't it?

17        A.  Right.

18            And you'll see at the end of that Table 7,

19    I've got the word Barron.  And I just noticed this.  I

20    never caught it before in proofreading this.  But      04:45

21    there is an empirical article by James Barron, and I

22    think by Jeff Pfeffer that actually -- that, you know,

23    Barron all by itself is floating.

24            But I agree with you.  Stinchchombe is a

25    classic in sociology, but it is only a theoretical     04:45
                                                            252
```

```
 1    They have a set of general understandings about some

 2    phenomena, and then they go into a setting and

 3    interview or observe or talk to people, or whatever

 4    they do.  So it's the -- they would not use that term.

 5    And I did not cite anyone who does that.  But it would      05:02

 6    be -- I mean, in some ways, if Kanter's research

 7    weren't so -- so innovative in her perspective, it

 8    would have been a kind of social framework analysis.

 9    I cite Ogasawara, and that's kind of -- she's more a

10    recent publication, and it's a Japanese firm, so I         05:02

11    won't deceive anyone.  And -- but she's doing

12    something that would be like it, but she would not use

13    that term.

14              MR. LEE:  Ms. Reskin, you said deposition.

15              THE WITNESS:  Oh, yeah.                           05:02

16              MR. LEE:  I think you meant expert report.

17              THE WITNESS:  Exactly.  Thank you for

18    correcting that.

19              MR. ROSS:  I was going to correct that too.

20         Q.  And the Japanese researcher that you just         05:02

21    cited --

22         A.  Ogasawara.

23         Q.  I believe her piece dealt with Japanese

24    clerical women?

25         A.  Mm-hmm.                                           05:03
                                                                  261
```

1      Q.   In a Japanese bank?

2      A.   That's right.

3      Q.   That's certainly culturally pretty far afield

4    from Costco, is it not?

5      A.   Oh, yes.  I didn't cite it -- again, to -- as      05:03

6    in a paternalism, I didn't cite it to suggest that

7    her -- that her empirical findings explicitly applied

8    to Costco.  But I cited it to show -- it's another

9    study that nicely shows that when people don't have --

10   perceive they have no opportunities to advance, sort     05:03

11   of general phenomena in western industrial society,

12   plus Japan.

13        MR. LEE:  For the record, Ogasawara is

14   O-g-a-s-a-w-a-r-a.

15   BY MR. ROSS:                                              05:03

16      Q.   Finally you noted, Dr. Reskin, that there

17   have been pervasive changes since the late 1970s in

18   such positions in the labor force.

19      A.   Right.

20      Q.   And that meant to you that research from the      05:04

21   1970s is not, quote, likely to apply to contemporary

22   women's preferences?

23      A.   The survey research that -- that Dr. Margaret

24   Stockdale stated was survey research in the '70s about

25   people's preferences, women's willingness to move.       05:04

                                                              262

1    STATE OF CALIFORNIA                ) ss.

2

3

4        I hereby certify that the witness in the

5    foregoing deposition was duly sworn to testify to the

6    truth, the whole truth and nothing but the truth, in

7    the within-entitled cause; that said deposition was

8    taken at the time and place herein named; that the

9    deposition is a true record of the witness's testimony

10   as reported by me, a duly certified shorthand reporter

11   and a disinterested person, and was thereafter

12   transcribed into typewriting by computer.

13       I further certify that I am not interested in

14   the outcome of the said action, nor connected with,

15   nor related to any of the parties in said action, nor

16   to their respective counsel.

17       IN WITNESS WHEREOF, I have hereunto set my

18   hand August 18, 2006.

19

20

21

22       *Sandra Lehane*

23       SANDRA LEHANE, CSR No. 7372

24

25
                                                    265