

# Performance Appraisal

| | |
|---|---|
| Name: Elaine Sasaki | Hire Date: 9/05/85 |
| Title: Assistant Warehouse Manager | Period Covered By Appraisal: 11/03 - 11/04 |
| Employee #: 200036 | Scheduled Appraisal Date: 11/03/04 |
| Location #/Department: #134 / Merchandising | Actual Appraisal Discussion Date: 10/15/04 |

## I. CURRENT JOB DESCRIPTION

**Briefly describe the employee's main responsibilities.** Elaine's primary function is to oversee, direct and coordinate successful warehouse operations. This is accomplished through understanding, implementing and executing company standards and program goals. She currently oversees the Merchandising side of the business.

## II. ACCOMPLISHMENTS/STRENGTHS

**List the employee's greatest accomplishments and/or strengths.**

*Employee comments:* Positive, fair, leadership. My experience lends credibility, strength and stability to situations. I enjoy my work and find personal satisfaction in finding solutions and helping members and employees. After 19 years, I still get a kick out of seeing items perform and seeing employees grow.

*Manager comments:* Elaine's greatest strengths are her people skills and her willingness to take on anything thrown her way. She does a terrific job at communicating, handling personel issues and dealing with our members. It's also a pleasure having a member of our leadership so willing to take on any type of project. This type "can do anything" attitude is contageous and sets a great example for employees to follow.

## III. RESULTS VS. THIS PAST YEAR'S GOALS — (Goals should be "SMART"- Specific, Measurable, Achievable, Results Oriented, and Time Limited)

| GOAL ("SMART") | MEASURABLE RESULTS |
|---|---|
| Meet membership goals: Upgrades at 25%, increase our base by 4% & renewal rate 1% | *Employee comments:* Executive: did not meet 25% goal: ended year at 23%: membership income did show a 5.7% increase. Base: increased 5.9% Renewal rate: did not meet goal. |
| | *Manager comments:* Elaine moved from the Admin. side to the Merchandising side early on during this past year, so this goal is not completely applicable in terms of rating Elaine's performance. |
| Meet warehouse controllables budget. 1.06% and total controllables 6.82% | *Employee comments:* Warehouse controllables: Budget 1.06%, Actual 0.94%  Total controllables: Budget 6.82% and Actual 6.60 |
| | *Manager comments:* Although Elaine moved out of the Admin. role, she still had a hand in helping us exceed both of these goals. We all worked very hard in this area this past year and it paid off. |
| Exceed budgeted profit for warehouse 4.18% | *Employee comments:* Warehouse profit: Budget 4.18% $4,821,674 Actual 4.51% $5,521,064. |
| | *Manager comments:* We failed to reach our own stretch goal of making 5% profit, but we "day-lighted" the budgeted number of 4.18%, coming in at 4.51%. |
| Consistently be in top 5 of all regional benchmarks for areas of responsibility. | *Employee comments:* Did not meet goal in membership - first 5 periods were strong, then lost focus. In Merchandising we generally fair consistently in the top 1/3 to top 1/4, some we are very strong and some others we struggle on. |
| | *Manager comments:* This is area that Elaine has been working on and will continue to be an area of focus in the coming year. This is an area that we all need to really expand our expectations in. |
| | *Employee comments:* |



EXHIBIT 1042 / 1042

CRE 0010099

## SKILLS/ATTRIBUTES THAT ARE IMPORTANT FOR SUCCESS AT COSTCO

| N | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| NOT APPLICABLE | DOES NOT MEET EXPECTATIONS | DOES NOT CONSISTENTLY MEET EXPECTATIONS | MEETS EXPECTATIONS | EXCEEDS EXPECTATIONS | HAS ACHIEVED EXCELLENCE |

### INTEGRITY

| EMP | MGR | | EMP | MGR | |
|---|---|---|---|---|---|
| 3 | 3 | - Demonstrates Costco's values & ethics | 3 | 3 | - Respects Co. property and information |
| 3 | 3 | - Honors commitments and promises | | | |

*Manager comments:* Elaine meets the high standards we hold our managers to in the area of integrity. Elaine is consistent in the way she conducts herself on the job. She is a positive, respectful and honest individual.

### MEMBER SERVICE

| EMP | MGR | | EMP | MGR | |
|---|---|---|---|---|---|
| 3 | 4 | - Makes eye contact & interacts well with Members | 2 | 2 | - Ensures that warehouse is "showtime-ready" |
| 3 | 3 | - Is respectful of member's time | 3 | 3 | - Goes the "extra mile" for Members |
| 3 | 3 | - Overall results compared to "Member Service Standards" | | | |

*Manager comments:* Elaine addresses employee and member issues very well. She understands and places a high priority on our member service standards. In terms of merchandising, we do have some "opportunities" in terms of 100% signage, overall cleanliness and meeting our goal of opening 15 mins. early every day (key factors in being "showtime-ready").

### PERSONAL LEADERSHIP (All Employees)

| EMP | MGR | | EMP | MGR | |
|---|---|---|---|---|---|
| 3 | 3 | - Sets a positive example for others | 3 | 3 | - Decisiveness |
| 2 | 2 | - Works to develop self and others | 3 | 4 | - Exhibits professionalism |

*Manager comments:* Elaine is always handles herself in a professional manner and seldom gets rattled. At times, however, I would like to see a little more intensity (ie. 1/2 hour before opening for getting the floor picked up, demanding results when performers are lacking, and towards being at the top of every single benchmark or rank-it). Increased intesity will improve self development.

### INTERPERSONAL SKILLS & COMMUNICATION

| EMP | MGR | | EMP | MGR | |
|---|---|---|---|---|---|
| 3 | 4 | - Works & interacts well with others | 3 | 3 | - Expresses ideas well: written and verbally |
| 3 | 3 | - Listening skills | 3 | 3 | - Follows direction and coaching |
| 3 | 3 | - Responsiveness to others | 3 | 3 | - Accepts constructive criticism |

*Manager comments:* Elaine is quite strong in this area. Her communications are not a one way street - she listens just as well as she expresses herself. Because of this, she is able to interact well with everyone. Elaine can benefit by firmly communicating the goals and requirements of her managers more consistently. As well as timely constructive criticism when the goals aren't met.

### INITIATIVE/WORK ETHIC

| EMP | MGR | | EMP | MGR | |
|---|---|---|---|---|---|
| 3 | 3 | - Quantity of work | 3 | 3 | - Dedication to producing quality results |
| 3 | 3 | - Attendance/Timeliness | 2 | 2 | - Ability to prioritizes to meet deadlines |
| 2 | 2 | - Sense of urgency | 2 | 2 | - Follows-through |
| 3 | 3 | - Demonstrates a positive attitude | 3 | 3 | - Adaptability to change |
| 3 | 3 | - Ability to work independently | 3 | 3 | - Proactive vs. Reactive |

*Manager comments:* Now that she has settled into the role and we have all the "players" in place, I would like to see Elaine take on more of the reigns on the floor. She must increase her sense of urgency (or intensity) in terms of demanding the highest possible performance from her managers. And initiate the planning and do whatever it takes to be at the top of every regional benchmark.

### DECISION-MAKING

| EMP | MGR | | EMP | MGR | |
|---|---|---|---|---|---|
| 3 | 3 | - Demonstrates good judgement | 3 | 3 | - Seeks input and/or advice when appropriate |
| 3 | 3 | - Decisions reflect Costco's Mission | 3 | 3 | - Use of broad business knowledge |
| 3 | 3 | - Uses creativity to find better solutions | 3 | 3 | - Sees the "big picture" |

*Manager comments:* Elaine has strong base to work from in the area of decision making. She has a solid work experience to call upon when making decisions and uses good common sense. I would like to see her actions guided by more intensity when it comes driving the floor and the regional benchmarks. I'd like to see even more fire and desire directed at being at the very top.

### FUNCTIONAL SKILLS OR FOCUS AREAS (Job Specific – Manager's Option to assign these in advance)

| EMP | MGR | | EMP | MGR | |
|---|---|---|---|---|---|
|  |  | - |  |  | - |

*Manager comments:* N/A

### LEADING OTHERS (Completed Only if Employee has Supervisory Responsibility for Others)

| EMP | MGR | | EMP | MGR | |
|---|---|---|---|---|---|
| 3 | 3 | - Progress toward creating a more diverse organization | 3 | 3 | - Maintains a positive & safe environment |
| 3 | 3 | - Motivates others to do their best | 2 | 2 | - Provides timely, candid & constructive feedback |
| 3 | 3 | - Responsiveness to their staff | 2 | 2 | - Sets stretching/achievable goals for others |
| 3 | 3 | - Creates a vision for the organization | 3 | 3 | - Coaches, teaches, and mentors |
| 3 | 2 | - Produces/prepares a pool of qualified promotion prospects | 3 | 3 | - Resolves conflict in a timely manner |

*Manager comments:* We continue to have challenges in the area of expanding the diversity of our leadership team. Elaine can help by identifying, encouraging and mentoring prospective candidates. In terms of our current team, I would like to see Elaine help raise their level of performance by setting higher expectations and demanding the results required to excel.

## SKILL DEVELOPMENT OPPORTUNITIES

**In what single area could the employee improve during the next year, to have the most positive impact on their performance?**

*Employee's examples:* I intend to make a committment to daily evaluation and response to my area managers. Too often I accept mediocrity and excuses, I need to be firmer in my expectations.

*Manager comments:* This one is difficult to put a finger on. I would suggest that increasing the intensity level in terms of wanting to be the "absolute" best in every area of focus is the item that would have the greatest impact. The extension of this is demanding the same sense of urgency from her managers on a daily basis.

**Plans for improvement**

*Employee's examples:* See above - hold managers accountable for actions and results. Seek opportunities daily - question, discuss and demand results/not accept excuses.

*Manager comments:* Create a burning, almost obsessive fire towards being at the top of every regional benchmark or rank-it. And carry that same attitude into every regional visit and strive for perfect walks. Literally use this desire as fuel to "find a way to get it done."

## VI. CAREER COMMENTS

**Employee career goals.** What are your short and long-term career goals?
*Employee comments:* Warehouse Manager.

**What areas of experience or skill development/training would contribute most to the employee's career development?**
*Employee comments:*

*Manager comments:* Elaine has a great deal of overall Costco experience and is gaining more in merchandising everyday. The other area that will contribute most to her development is that intensity. It's going from operating and maintaining the business, to actually "driving" the business. The regional benchmarks, rank-its and focus lists are a great tool for achieving this. And by demanding higher standards from her area managers.

## VII. NEXT YEAR'S PERFORMANCE GOALS (Suggested in advance by the employee. Completed by Mgr. at review).

**3 to 5 Goals – (Goals should be SMART - Specific, Measurable, Achievable, Results Oriented, Time Limited)**

1) Meet our budgeted goal for overall Sales in FY'05. $130,083,661 for a 6.6% increase over FY'04. She must insure the floor is set to sales. Also use the regional focusses, windows of opportunity and special pricing (coupons, IRC's and rebates)

2) Meet our budgeted goal for profit of $6,054,172 or 4.65%. By driving sales, controlling shrink, controlling expenses and reducing D & D.

3) Reach of D & D goal for FY'05. The overall goal is .69%. We wiill get the breakdown for Foods and Non-Foods as soon as it is available. Elaine has been given the role of D & D coordinator this year.

4) Show increased intensity towards demanding performance from her managers on a daily basis. Plan and set goals for performance and review them each day. If that requires walking their areas everyday, then do it. They don't leave until it's done.

5) Create an attitude that being nothing but the best is good enough in terms of succeeding in EVERY regional benchmark. Pass this sense of urgency on to her area managers and work with them on finding creative ways to reach these goals.

This appraisal was discussed with me.   Employee Signature: *Elaine S.*   Date: 10/15/04
                                        Employee Name Printed: ELAINE SASAKI

*Employee comments:*

I discussed this appraisal with employee.   Appraiser's Signature: _____   Date: 09/01/04
                                            Appraiser's Name Printed: Denny Carlisle   10/15/04

I reviewed and agree with this appraisal.   Warehouse Mgr.'s Signature: _____   Date: 10/15/04
                                            (or Appraiser's Manager if not a Warehouse Employee)

**ATTACH ADDITIONAL PAGES IF NECESSARY**

**SEND SIGNED ORIGINALS TO PAYROLL (or HR, if not a Warehouse Employee);
COPIES TO WAREHOUSE MGR, APPRAISER & EMPLOYEE**

CRE 0010101