

August 3, 2005

PERSONAL & CONFIDENTIAL
Elaine Sasaki
c/o Costco Wholesale
3750 South Mooney
Visalia, California 93277

Elaine:

I received your phone message Monday morning asking to be considered for the Warehouse Manager opening at the Clovis warehouse. I appreciate your genuine interest, and want to try to give you some useful feedback.

Dennis and I will consider your candidacy. We want you to succeed in your ambition to be a Warehouse Manager. We expect to make a decision on Clovis by this weekend. I don't want to give you any false hopes, though. In our judgment, there are a number of other candidates who are better positioned than you are right now to compete for the Clovis position.

On the positive side, I believe the areas in which you rank strongest among your peers are certain aspects of member service, professionalism, and your ability to interact well with others.

In my observation, and that of your current Warehouse Manager, you have room for improvement with respect to some vital warehouse functions. Many of these improvement areas are discussed in your most recent performance appraisal (issued October 15, 2004). Based on your self-ratings in that appraisal, I know you agree that you do not meet expectations in some of these areas. These functions include ensuring that the warehouse is "showtime" ready, demanding better performance from under performers, displaying a sense of urgency, executing to regional benchmarks, demonstrating follow-through, setting achievable goals and demanding results from others, committing to daily evaluation, and taking initiative.

You and I discussed some of these matters when we met in Visalia last November. I shared with you then that while I do not doubt your people and administrative skills, it is important that you show much more visible initiative to actually drive the business. A specific suggestion was that you visit other buildings at least once a week to bring back merchandising ideas.

My walks in your building have led me to conclude that you and your team need to work more effectively in such areas as general cleanliness of the building, setting items and categories to sales, putting new items in a feature location, reviewing the regional T-20 to compare to your building, and mastering a ready knowledge of your numbers.

Elaine, I know you have the intellect and experience to improve your standing among the other highly talented Assistant Managers who are vying for Warehouse Manager positions. In my respectful judgment, you have not yet shown the consistent merchandising and leadership skills you need to differentiate yourself and rise above the competition.

I hope this helps. Please keep striving for your dream, and let me know what I can do to help you.

Sincerely,

John Booth
VP/ROM District 2

EXHIBIT
1045
3/17/06

PENGAD 800-631-6989