

Dennis Zook

# Focus Group on Potential Barrier:
## "Filling immediate need, not for potential"

# Group Leader
# Mario Omoss

October 2005



CRE 0142506
CONFIDENTIAL

## The Rothman Workplan – *Next Steps*

| Your Focus Area | Potential barriers | Aggregate Score = # Comments x Category Areas |
|---|---|---|
| Filling immediate need, not for potential | • Tendency to look for cart pushers, not warehouse managers | 29 |

*Other Areas*
- Merch schedule / Family / Work/life
- Mentoring / Payroll for training
- ESL / Basic Education
- Stagnation / Rotation
- Managing promotable pool / Encouraging potentials
- Relocation
- Clarify criteria for promotion
- Unconscious exclusion
- Preconceived notions

Privileged and Confidential

CRE 0142507
CONFIDENTIAL

## Filling for Immediate Need, Not for Potential

- Hiring - filling a need at the time.  Candidates don't get the "big picture" at the time of hire.
- Hiring for immediate need vs. promotability
- Hiring for position only-need structured training program
- Hiring for the moment/position
- Hiring to fill a position, not looking for promotable employees later on
- Hiring/promoting on need.   Not looking to the future.
- Immediate need for skills vs. long term goals/promotability
- Interview Team-hire people to see their potential-look beyond exterior (iceberg)
- Management not interviewing for growth potential.  Hiring for immediate need only.
- Must hire for "next warehouse manager".  Instead of to fill the most immediate need.
- Need to look at long-term opportunities especially when recruiting
- Not looking for individuals that are willing to advance during the hiring phase.
- Not projecting a new hire's development ou 3-5 years at the time they are hired.  What could this hire become?
- Past practices-look for a good stocker (immediate need)--is that our best future candidate?
- Perception-only able to hire entry level
- Tendency to look for cart pushers, not warehouse managers - too much focus on immediate needs
- The best stocker doesn't necessarily make the best GM
- We don't hire to promote

Privileged and Confidential

CRE 0142508
CONFIDENTIAL

## The Rothman Workplan – *Next Steps*

| Your focus area | Potential barriers | Aggregate Score # Comments # Category # Ideas |
|---|---|---|
| Merch schedule / Family / Work/life | • Managing work/life balance with inconsistent and/or "extreme" schedule<br>– perception of too many early AM / nights / weekends / hours<br>– perception Merch Mgr *must* work early AM (2 or 4 AM) | 111 |
| Mentoring / Payroll for training | • Lack of role models<br>• Not mentoring junior managers<br>– honest feedback vs. criticism<br>• Payroll for MIT (fast-track) program<br>• More time to teach | 61 |
| ESL / Basic Education | • Developing/ensuring management candidates have adequate language skills<br>• Basic reading, writing, arithmetic | 61 |
| Stagnation / Rotation | • People staying in the same position and blocking others<br>• Lack of movement in outlying and/or remote locations<br>• Lack of mid-level rotations, esp. between locations | 59 |
| Managing promotable pool / Encouraging potentials | • Finding out about job opportunities across the company<br>• Planning for future (succession)<br>• Identifying/reaching out to who wants to be promoted<br>– not using review to talk about promotional goals<br>– communicating career path to college students | 49 |
| Relocation | • Unwillingness and/or inability to relocate, family<br>• Lack of discussion/process about relocating for promotion<br>• Cost of relocating<br>– actual move as well as cost of living in new area | 42 |
| Clarify criteria for promotion | • Identify traits for promotable potential in all employees<br>– leadership results vs. individual performance<br>• Ability to fast track high potentials<br>• Structure for people to move through promotable pool<br>• Different competencies required for a supervisor vs. a manager | 42 |
| Unconscious exclusion | • Tendency to promote people like us<br>– race, gender, management style | 35 |
| Preconceived notions | • Not able to hire management/higher up from outside<br>• Lack of multi-cultural understanding<br>• General stereotypes<br>– Workers Comp / disability<br>– gender | 31 |
| Filling immediate need, not for potential | • Tendency to look for cart pushers, not warehouse managers | 29 |

Privileged and Confidential

CRE 0142509
CONFIDENTIAL

The Rothman Workplan – The Next Steps
Focus Groups

Why are we here?
- Managers identified potential barriers at the Managers Conference
- Senior operators assigned Group Leaders to look into the top 10
- Our ideas will be presented to the Senior Operators
- Will be summarized at next years Managers Conference along with plans to implement

Maintain active role for EVP.
- We want to ensure our EVP Sponsor is kept up to date and involved

Confidentiality
- We will be bringing up some sensitive issues.  What we discuss during these meetings should stay within the group.

Think outside the box
- With this focus, things that we never did in the past are now open for discussion.  The potential barrier could be because "that's the way we have always done it".

Do the managers' ideas match what EE's would say
- We have a very diverse list of ideas from the Location Managers, but do we need to ask more employees to ensure the managers' thoughts match theirs?

Disagreement is not disloyalty
- It's very important that everyone realize we are here to brainstorm, not just agree with the way it's always been or to agree with the group leader. Everyone has permission to disagree, and before we get started, has the option to opt out.

Expectations
- Our goal for this focus group is to identify areas of our operations that might need changes/clarifications/adjustments and based on those, create recommendations to be presented to the Operators in FY06.
- This group will require long-term commitment.
- Find the 80/20

*Our recorder will not be involved in the discussions and will ensure detailed notes are taken of our discussions.*

Privileged and Confidential

CRE 0142510
CONFIDENTIAL

Rothman Workplan 2005 - *Session Comments*

| Comment | Potential Barrier Category | Area |
|---|---|---|
| Age of the warehouse-In Southcenter he has had only one salaried manager move up the entire time he has been there. | Pipeline Mgmt. | Stagnation |
| Blockages in promotional path.  Some people stopping others. | Pipeline Mgmt. | Stagnation |
| Blockages-caused by no new growth in the immediate, low turn over! | Pipeline Mgmt. | Stagnation |
| Candidates not willing to relocate | Pipeline Mgmt. | Stagnation |
| Gridlock-some managers happy where they are, so it makes movement for potential managers stale. | Pipeline Mgmt. | Stagnation |
| In Management positions, managers are not moving around. | Pipeline Mgmt. | Stagnation |
| Lack of available positions.  No movement in the building. | Pipeline Mgmt. | Stagnation |
| Lack of expansion-lack of promotable opportunities | Pipeline Mgmt. | Stagnation |
| Lack of location openings in certain areas | Pipeline Mgmt. | Stagnation |
| lack of positions (opportunities) in low volume bldgs. | Pipeline Mgmt. | Stagnation |
| Lack of positions for movement. Stale | Pipeline Mgmt. | Stagnation |
| Lack of turnover or promotional opportunities due to the lack of mobility of individuals in isolated locations. | Pipeline Mgmt. | Stagnation |
| Layer of non-promotable employees block future promotions | Pipeline Mgmt. | Stagnation |
| Limited Market expansion-lack of opportunities | Pipeline Mgmt. | Stagnation |
| Limited Opportunities based on location | Pipeline Mgmt. | Stagnation |
| Long-term managers wanting to stay in same position - lack of promotable positions | Pipeline Mgmt. | Stagnation |
| Low turnover | Pipeline Mgmt. | Stagnation |
| Low Turnover | Pipeline Mgmt. | Stagnation |
| Movement stagnant- employees like where they are at and don't want to go far in order to promote | Pipeline Mgmt. | Stagnation |
| No movement, clogged pipeline | Pipeline Mgmt. | Stagnation |
| Old/seasoned warehouses nobody leaves | Pipeline Mgmt. | Stagnation |
| People remaining in same position for extended periods (comfortable) | Pipeline Mgmt. | Stagnation |

August 26, 2005

CRE 0142511
CONFIDENTIAL

Rothman Workplan 2005 - Session Comments

| Comments | Potential Barrier Category | Area |
|---|---|---|
| People staying in same buildings too long-sups and managers. | Pipeline Mgmt. | Stagnation |
| People staying in the same position and holding others up. | Pipeline Mgmt. | Stagnation |
| People staying in the same positions | Pipeline Mgmt. | Stagnation |
| perceived logjam in seasoned regions | Pipeline Mgmt. | Stagnation |
| SE Limited growth, limited openings. | Pipeline Mgmt. | Stagnation |
| Seasoned markets | Pipeline Mgmt. | Stagnation |
| stagnation in outlying locations | Pipeline Mgmt. | Stagnation |
| Stereotyping - length of time in position or not changing position or role. | Pipeline Mgmt. | Stagnation |
| There can be a lack of front-end mobility; no one leaves their position so someone can be promoted. CN | Pipeline Mgmt. | Stagnation |
| Time in position-too much time (stagnate) or not enough time = lack of experience in leadership. Way to fast track? | Pipeline Mgmt. | Stagnation |
| turnover - inability to move or make spots - clogged pipeline | Pipeline Mgmt. | Stagnation |
|  | Stagnation | 33 |
| ability to identify competencies - behavior | Pipeline Mgmt. | Clarify criteria for promotion |
| Consistency in managing the process. There's a fear of favoritism that may cause management to promote the wrong person. | Pipeline Mgmt. | Clarify criteria for promotion |
| Consistent criteria for promotion-checklist of areas one must work in to prepare to promote | Pipeline Mgmt. | Clarify criteria for promotion |
| Create a structure on how people can move through the promotable pool | Pipeline Mgmt. | Clarify criteria for promotion |
| Different opinions on who is to be promoted rather than consistently defining what success skills and behaviors look like. | Pipeline Mgmt. | Clarify criteria for promotion |
| don't want to get stuck admin labor | Pipeline Mgmt. | Clarify criteria for promotion |
| Fast tracking is not done, instead seniority with the company an issue. | Pipeline Mgmt. | Clarify criteria for promotion |

August 26, 2005

Privileged and Confidential, page 2

CRE 0142512
CONFIDENTIAL

Rothman Workplan 2005 - Session Comments

| Comment | Potential Barrier Category | Area |
|---|---|---|
| People staying in same buildings too long-sups and managers. | Pipeline Mgmt. | Stagnation |
| People staying in the same position and holding others up. | Pipeline Mgmt. | Stagnation |
| People staying in the same positions | Pipeline Mgmt. | Stagnation |
| perceived logjam in seasoned regions | Pipeline Mgmt. | Stagnation |
| SE Limited growth, limited openings. | Pipeline Mgmt. | Stagnation |
| Seasoned markets | Pipeline Mgmt. | Stagnation |
| stagnation in outlying locations | Pipeline Mgmt. | Stagnation |
| Stereotyping - length of time in position or not changing position or role. | Pipeline Mgmt. | Stagnation |
| There can be a lack of front-end mobility; no one leaves their position so someone can be promoted. CN | Pipeline Mgmt. | Stagnation |
| Time in position-too much time (stagnate) or not enough time = lack of experience in leadership. Way to fast track? | Pipeline Mgmt. | Stagnation |
| turnover - inability to move or make spots - clogged pipeline | Pipeline Mgmt. | Stagnation |
| | Stagnation | 33 |
| ability to identify competencies - behavior | Pipeline Mgmt. | Clarify criteria for promotion |
| Consistency in managing the process.  There's a fear of favoritism that may cause management to promote the wrong person. | Pipeline Mgmt. | Clarify criteria for promotion |
| Consistent criteria for promotion-checklist of areas one must work in to prepare to promote | Pipeline Mgmt. | Clarify criteria for promotion |
| Create a structure on how people can move through the promotable pool | Pipeline Mgmt. | Clarify criteria for promotion |
| Different opinions on who is to be promoted rather than consistently defining what success skills and behaviors look like. | Pipeline Mgmt. | Clarify criteria for promotion |
| don't want to get stuck admin labor | Pipeline Mgmt. | Clarify criteria for promotion |
| Fast tracking is not done, instead seniority with the company an issue. | Pipeline Mgmt. | Clarify criteria for promotion |

Privileged and Confidential, page 2

August 26, 2005

Rothman Workplan 2005 - *Session Comments*

| Comments | Potential Barrier Category | Area |
|---|---|---|
| People staying in same buildings too long-sups and managers. | Pipeline Mgmt. | Stagnation |
| People staying in the same position and holding others up. | Pipeline Mgmt. | Stagnation |
| People staying in the same positions | Pipeline Mgmt. | Stagnation |
| per... red logjam in seasoned regions | Pipeline Mgmt. | Stagnation |
| SE Lin... growth, limited openings. | Pipeline Mgmt. | Stagnation |
| Seasoned m... .c | Pipeline Mgmt. | Stagnation |
| stagnation in outlyi... ocations | Pipeline Mgmt. | Stagnation |
| Stereotyping - length or u... in position or not changing position or role. | Pipeline Mgmt. | Stagnation |
| There can be a lack of front-end m.... ...no one leaves their position so someone can be promoted. u. | Pipeline Mgmt. | Stagnation |
| Time in position-too much time (stagnate) or not c... ...h time = lack of experience in leadership. Way to fast track? | Pipeline Mgmt. | Stagnation |
| turnover - inability to move or make spots - clogged pipeline | Pipe... ...mt. | Stagnation |
| | Stagnation | 33 |
| ...... to identify competencies - behavior ....... | Pipeline Mgmt. | Clarify criteria for promotion |
| Consistency in mancaling the bloss... There's a fear of favoritism that may cause management to promote uie wrong person. | Pipeline Mgmt. | Clarify criteria for promo... |
| Consistent criteria for promotion-checklist of areas one must work in to prepare to promote | Pipeline Mgmt. | ...iti... criteria for promotion |
| Create a structure on how people can move through the promotable pool | Pipeline Mgmt. | Clarify criteria for promotion |
| Different opinions on who is to be promoted rather than consistently defining what success skills and behaviors look like. | Pipeline Mgmt. | Clarify criteria for promotion |
| don't want to get stuck admin labor | Pipeline Mgmt. | Clarify criteria for promotion |
| Fast tracking is not done, instead seniority with the company an issue. | Pipeline Mgmt. | Clarify criteria for promotion |

Privileged and Confidential, page 2

August 26, 2005

CRE 0142512
CONFIDENTIAL

Rothman Workplan 2005 - *Session Comments*

| Comment | Potential Barrier Category/Area |  |
|---------|--------------------------------|--|
| People staying in same buildings too long-sups and managers. | Pipeline Mgmt. | Stagnation |
| People staying in the same position and holding others up. | Pipeline Mgmt. | Stagnation |
| People staying in the same positions | Pipeline Mgmt. | Stagnation |
| perceived logjam in seasoned regions | Pipeline Mgmt. | Stagnation |
| SE Limited growth, limited openings. | Pipeline Mgmt. | Stagnation |
| Seasoned markets | Pipeline Mgmt. | Stagnation |
| stagnation in outlying locations | Pipeline Mgmt. | Stagnation |
| Stereotyping - length of time in position or not changing position or role. | Pipeline Mgmt. | Stagnation |
| There can be a lack of front-end mobility; no one leaves their position so someone can be promoted. CN | Pipeline Mgmt. | Stagnation |
| Time in position-too much time (stagnate) or not enough time = lack of experience in leadership. Way to fast track? | Pipeline Mgmt. | Stagnation |
| turnover - inability to move or make spots - clogged pipeline | Pipeline Mgmt. | Stagnation |
|  | Stagnation | 33 |
| ability to identify competencies - behavior | Pipeline Mgmt. | Clarify criteria for promotion |
| Consistency in managing the process. There's a fear of favoritism that may cause management to promote the wrong person. | Pipeline Mgmt. | Clarify criteria for promotion |
| Consistent criteria for promotion-checklist of areas one must work in to prepare to promote | Pipeline Mgmt. | Clarify criteria for promotion |
| Create a structure on how people can move through the promotable pool | Pipeline Mgmt. | Clarify criteria for promotion |
| Different opinions on who is to be promoted rather than consistently defining what success skills and behaviors look like. | Pipeline Mgmt. | Clarify criteria for promotion |
| don't want to get stuck admin labor | Pipeline Mgmt. | Clarify criteria for promotion |
| Fast tracking is not done, instead seniority with the company an issue. | Pipeline Mgmt. | Clarify criteria for promotion |

August 26, 2005

CRE 0142512
CONFIDENTIAL

Rothman Workplan 2005 - *Session Comments*

| Comment | Potential Barrier Category | Area |
|---|---|---|
| Focus on seniority and length in position before being able to be promoted | Pipeline Mgmt. | Clarify criteria for promotion |
| Have to follow a specific process in order to be promoted | Pipeline Mgmt. | Clarify criteria for promotion |
| Identify traits for potential in all employees. | Pipeline Mgmt. | Clarify criteria for promotion |
| Identifying potential candidates-what skills and abilities to look for. | Pipeline Mgmt. | Clarify criteria for promotion |
| Identifying what skills and behaviors are necessary and communicating the expectations consistently. | Pipeline Mgmt. | Clarify criteria for promotion |
| Limiting promotions only to assistants who have experienced the full rotation in the location, even though you know other are capable of doing the job. | Pipeline Mgmt. | Clarify criteria for promotion |
| More flexible career path | Pipeline Mgmt. | Clarify criteria for promotion |
| Need fresh eyes to look at existing pool to break through biases | Pipeline Mgmt. | Clarify criteria for promotion |
| No strong push to getting FE/Admin managers into merchandising positions | Pipeline Mgmt. | Clarify criteria for promotion |
| One manager believes we identify the wrong traits or skill sets | Pipeline Mgmt. | Clarify criteria for promotion |
| People in positions of management threatened by newer people with skills. | Pipeline Mgmt. | Clarify criteria for promotion |
| perception "I should be more" ie: seniority entitlement | Pipeline Mgmt. | Clarify criteria for promotion |
| promoting people to fast | Pipeline Mgmt. | Clarify criteria for promotion |
| Rapid growth/people moving up fast - specifically MW | Pipeline Mgmt. | Clarify criteria for promotion |
| Seniority-takes time to advance people. It's now hard to fast-track someone | Pipeline Mgmt. | Clarify criteria for promotion |
| Some employees promoted too early, don't have skills needed | Pipeline Mgmt. | Clarify criteria for promotion |
| stretching in job | Pipeline Mgmt. | Clarify criteria for promotion |

Privileged and Confidential, page 3

August 26, 2005

CRE 0142513
CONFIDENTIAL

Rothman Workplan 2005 - Session Comments

| Comment | Potential Barrier Category | Area |
|---|---|---|
| Tend not to look at leadership behaviors - i.e. open-minded, see big picture | Pipeline Mgmt. | Clarify criteria for promotion |
| The promotion process is too slow. | Pipeline Mgmt. | Clarify criteria for promotion |
| There are different attributes required for a supervisor vs. a manager | Pipeline Mgmt. | Clarify criteria for promotion |
| warehouse mgr bias - best person now vs. train & develop | Pipeline Mgmt. | Clarify criteria for promotion |
| | Clarify criteria for promotion | 28 |
| Ability to move | Pipeline Mgmt. | Relocation |
| Ability to relocate:1-people don't want to move;2-expensive areas; 3-small markets | Pipeline Mgmt. | Relocation |
| Ability to transfer is very difficult.  GM may have great employee who just graduated and GM does not have job.  It is difficult for graduate to transfer. | Pipeline Mgmt. | Relocation |
| Availability to move freely from bldg to bldg | Pipeline Mgmt. | Relocation |
| Concerns about being relocated | Pipeline Mgmt. | Relocation |
| cost of living / relocation / commute | Pipeline Mgmt. | Relocation |
| Cultural differences-people don't want to move from their family | Pipeline Mgmt. | Relocation |
| Discussion (lack of) of relocation/travel within region for promotional opportunities | Pipeline Mgmt. | Relocation |
| Employee doesn't want to relocate | Pipeline Mgmt. | Relocation |
| lack of desire to relocate perhaps due to lack of family support or personal choice | Pipeline Mgmt. | Relocation |
| lack of interest in transferring (moving away) to other regions/cities. | Pipeline Mgmt. | Relocation |
| Less desirable locations | Pipeline Mgmt. | Relocation |
| Mobility - able to travel or relocate | Pipeline Mgmt. | Relocation |
| Mobility - don't want to move, markets vary | Pipeline Mgmt. | Relocation |
| Mobility - families w/younger children tend to want to stay in one place | Pipeline Mgmt. | Relocation |

August 26, 2005

CRE 0142514
CONFIDENTIAL

Rothman Workplan 2005 - *Session Comments*

| Comment | Potential Barrier Category | Area |
| --- | --- | --- |
| Mobility - family commitments prevent women from moving | Pipeline Mgmt. | Relocation |
| Mobility and ability to move and relocate | Pipeline Mgmt. | Relocation |
| Mobility. Affects both sexes as they may not want to uproot family or lifestyle to advance career. | Pipeline Mgmt. | Relocation |
| Mobility/willingness to move | Pipeline Mgmt. | Relocation |
| Mobility-can't move, don't want to move | Pipeline Mgmt. | Relocation |
| Moving to get in locations that put them in a promotable pool | Pipeline Mgmt. | Relocation |
| Need to open dialogue about moving to other areas; what is available? | Pipeline Mgmt. | Relocation |
| possible limits to growth...transfer | Pipeline Mgmt. | Relocation |
| relocation expenses | Pipeline Mgmt. | Relocation |
| relocation-how is it encouraged? Plus, lack of desire to relocate. | Pipeline Mgmt. | Relocation |
| Some minorities want to stay in same area where there are other minorities - mobility issue | Pipeline Mgmt. | Relocation |
| unwilling to relocate | Relocation | Relocation 27 |
| communicating openings outside of local buildings (company wide/regionally) | Pipeline Mgmt. | Managing promotable pool |
| difficulty in being known in other areas | Pipeline Mgmt. | Managing promotable pool |
| General supervisor position vs. traditional/specific departmental supervisor | Pipeline Mgmt. | Managing promotable pool |
| Lack of succession planning - not doing a good enough job for who will be next in line and ready years from now | Pipeline Mgmt. | Managing promotable pool |
| Need to find the best in the market, not just within your building | Pipeline Mgmt. | Managing promotable pool |
| No formal evaluation tool to evaluate diversity at the whse. level. | Pipeline Mgmt. | Managing promotable pool |
| Not enough cooperation from regional for timely promotions | Pipeline Mgmt. | Managing promotable pool |

August 26, 2005

CRE 0142515
CONFIDENTIAL

Rothman Workplan 2005 - *Session Comments*

| Comment | Potential Barrier Category | Area |
|---|---|---|
| Not focusing on promotion people who want to move up, not just for that specific position | Pipeline Mgmt. | Managing promotable pool |
| not knowing of job opportunities across the country (job postings) | Pipeline Mgmt. | Managing promotable pool |
| Opportunity communication - communication and a process & job requirements | Pipeline Mgmt. | Managing promotable pool |
| People can't go from region to region.  Their path is blocked. | Pipeline Mgmt. | Managing promotable pool |
| Postings-jobs available in other locations-how do they find out about them? | Pipeline Mgmt. | Managing promotable pool |
| Strong focus on Assistant GM promotions and not necessarily lower level manager positions | Pipeline Mgmt. | Managing promotable pool |
| Succession planning | Pipeline Mgmt. | Managing promotable pool |
| TX Diluted candidate pool.  Expansion has made pool undeveloped and people are not ready. | Pipeline Mgmt. | Managing promotable pool |
| Would be helpful if GM's could learn about strong diverse managers and supervisors and discuss there strengths and maybe swap employees. | Pipeline Mgmt. | Managing promotable pool |
| | **Managing promotable pool** | **16** |
| Can't go outside company; need to promote from within | Pipeline Mgmt. | Communicate career path |
| Career path planning | Pipeline Mgmt. | Communicate career path |
| CN Only-retention of college students | Pipeline Mgmt. | Communicate career path |
| College graduates leaving to pursue career | Pipeline Mgmt. | Communicate career path |
| College students - difficult to schedule & accommodate | Pipeline Mgmt. | Communicate career path |
| College students wanting to pursue career related to education | Pipeline Mgmt. | Communicate career path |
| Communication about promotions - based on skills & ability - honesty about why they didn't get position | Pipeline Mgmt. | Communicate career path |

August 26, 2005

CRE 0142516
CONFIDENTIAL

Rothman Workplan 2005 - *Session Comments*

| Comment | Potential Barrier Category | Area |
|---|---|---|
| Difficulty promoting from hourly to management | Pipeline Mgmt. | Communicate career path |
| lack of communication of career path | Pipeline Mgmt. | Communicate career path |
| need written plan/college students in food court they leave us identify them early | Pipeline Mgmt. | Communicate career path |
| Promotional practice often focuses on immediate need instead of future goals | Pipeline Mgmt. | Communicate career path |
| Turnover - people don't make Costco a career (takes too long) MX | Pipeline Mgmt. | Communicate career path |
| Turnover-longevity in position or other location-willingness to relocate for promotion | Pipeline Mgmt. | Communicate career path |
| We don't provide a clear direction or path to advancement that's well understood by all. | Pipeline Mgmt. | Communicate career path |
| | Communicate career path | 14 |
| Assistants are more subject to having to move laterally locally to be well rounded. Some see that and don't want to do that. | Pipeline Mgmt. | Rotation |
| Increase mgr./ spvr rotations from dept to dept | Pipeline Mgmt. | Rotation |
| Inter-company for example transfers between operations and buying. ie: everyone must start as ICS which limits ability to help people | Pipeline Mgmt. | Rotation |
| Lack of internal rotation | Pipeline Mgmt. | Rotation |
| lack of rotation in middle mgmt. Between local buildings | Pipeline Mgmt. | Rotation |
| Managers are not rotated regularly | Pipeline Mgmt. | Rotation |
| Not rotating positions | Pipeline Mgmt. | Rotation |
| Specialized/Licensed skills - not encouraged to move into warehouse positions | Pipeline Mgmt. | Rotation |
| Type casting of ancillary managers-Optical, Pharmacy, be more open to moving them through other areas | Pipeline Mgmt. | Rotation |
| We don't take risk in leaders to run departments that they have not worked in. | Pipeline Mgmt. | Rotation |
| | Rotation | 10 |
| **Pipeline...** | | **28** |

Privileged and Confiden...                 ...ge 7

August 26, 2005

CRE 0142517
CONFIDENTIAL

August 26, 2005

Rothman Workplan 2005 - *Session Comments*

| Comments | Potential Barrier Category | Area |
|---|---|---|
| Have back up merchants - people you identify, you think would be good merchants, but are not yet strong enough to carry a dept as a merchant alone | Training/Mentoring | Mentoring |
| Lack of coaching | Training/Mentoring | Mentoring |
| lack of coaching - teaching (from hiring on) | Training/Mentoring | Mentoring |
| Lack of communication from managers. KO | Training/Mentoring | Mentoring |
| Lack of intermediate role models | Training/Mentoring | Mentoring |
| Lack of mentoring | Training/Mentoring | Mentoring |
| Lack of mentoring and training plans for lower level employees | Training/Mentoring | Mentoring |
| Lack of mentoring program-warehouses | Training/Mentoring | Mentoring |
| lack of mentors | Training/Mentoring | Mentoring |
| lack of mentorship for potentials | Training/Mentoring | Mentoring |
| lack of role model | Training/Mentoring | Mentoring |
| lack of role models | Training/Mentoring | Mentoring |
| Lack of role models currently in those upper positions | Training/Mentoring | Mentoring |
| Lack of role models for minorities | Training/Mentoring | Mentoring |
| lack of role models for minority employees in buildings that have a large number of minority employees. | Training/Mentoring | Mentoring |
| Mentoring-need more | Training/Mentoring | Mentoring |
| Need more career path discussions with employees (one-on-one) | Training/Mentoring | Mentoring |
| Need more mentoring in regions and warehouses | Training/Mentoring | Mentoring |
| No role models and mentoring | Training/Mentoring | Mentoring |
| Not mentoring junior managers | Training/Mentoring | Mentoring |
| not mentoring of expectations | Training/Mentoring | Mentoring |
| Not mentoring or no mentoring process in place | Training/Mentoring | Mentoring |
| Not setting aside time to mentor, coach and grow employees | Training/Mentoring | Mentoring |

Privileged and Confidential, page 8

CRE 0142518
CONFIDENTIAL

Rothman Workplan 2005 - *Session Comments*

| Comments | Potential Barrier Category | Area |
|---|---|---|
| Not taking care of employees - mentoring, coaching them to move up | Training/Mentoring | Mentoring |
| Not teaching employees the "big" picture | Training/Mentoring | Mentoring |
| Poor communication - managers not getting to know their employees | Training/Mentoring | Mentoring |
| potential pressure from other EE's being singled out for mentorship | Training/Mentoring | Mentoring |
| Professional demeanor-language, attitude, presentation | Training/Mentoring | Mentoring |
| role model from existing management | Training/Mentoring | Mentoring |
| Role modeling. Lack of "like" people in management. Culture, gender, age, etc. | Training/Mentoring | Mentoring |
| Role models | Training/Mentoring | Mentoring |
| Takes time to grow people | Training/Mentoring | Mentoring |
| Training, Mentoring, setting expectations for the future | Training/Mentoring | Mentoring |
|  | Mentoring | 33 |
| MIT program/payroll flexibility | Training/Mentoring | Payroll for training |
| Not enough management payroll | Training/Mentoring | Payroll for training |
| Not enough training or resources | Training/Mentoring | Payroll for training |
| pay scale - limits cross training | Training/Mentoring | Payroll for training |
| Payroll costs to cross train & provide opportunities | Training/Mentoring | Payroll for training |
| Payroll flexibility for MIT/SIT - paid for by corporate | Training/Mentoring | Payroll for training |
| Payroll for M.I.T.'s | Training/Mentoring | Payroll for training |
| Payroll issues prevent us from promoting great employees/applicants | Training/Mentoring | Payroll for training |
| payroll- mgrs need to manage and not do the day to day operations | Training/Mentoring | Payroll for training |
| time constraints to teach knowledge | Training/Mentoring | Payroll for training |
| Time for GMs to communicate to employees is limited. | Training/Mentoring | Payroll for training |
| Time to train and teach-more Costco 101 | Training/Mentoring | Payroll for training |
| Training-time to train, especially early | Training/Mentoring | Payroll for training |
|  | Payroll for training | 13 |
| Need mechanism in place to help employees with promotion process - MIT | Training/Mentoring | Training program |

August 26, 2005

CRE 0142519
CONFIDENTIAL

August 26, 2005

Rothman Workplan 2005 - Session Comments

| Comment | Potential Barrier Category | Area |
|---|---|---|
| Need to groom exisiting employees - structured training | Training/Mentoring | Training program |
| No mentor system for management candidates. | Training/Mentoring | Training program |
| No specific mentoring program | Training/Mentoring | Training program |
| Not enough diversity in role models; Need mentoring program. | Training/Mentoring | Training program |
| Not identifying employees early and then train and mentor | Training/Mentoring | Training program |
| Not identifying potential employees before need arises - train before | Training/Mentoring | Training program |
| Staff manager training program or Supervisor in training | Training/Mentoring | Training program |
| Structured training program | Training/Mentoring | Training program |
| Time and mentoring/experience to develop people. Lack of other training programs. | Training/Mentoring | Training program |
| Training and background-setting expectations early | Training/Mentoring | Training program |
| Training/developing candidates-no formal training and not on-going. | Training/Mentoring | Training program |
| Work their way up-not a formal MIT program | Training/Mentoring | Training program |
| cross training | Training program | 13 |
| Crosstrain /rotation of people to prepare them for available positions | Training/Mentoring | Crosstraining |
| Failure to crosstrain | Training/Mentoring | Crosstraining |
| Lack of cross training | Training/Mentoring | Crosstraining |
| Lack of staff and money for cross training programs | Training/Mentoring | Crosstraining |
| Lack of training for those showing potential for promotion | Training/Mentoring | Crosstraining |
| new Buildings-they notice people are not being cross trained. If they are good get them out into warehouse. | Training/Mentoring | Crosstraining |
| No cross training for mgrs/sups. | Training/Mentoring | Crosstraining |
| Not enough opportunities for cross-training | Training/Mentoring | Crosstraining |
| perceived lack of opportunity in some divisions-no growth if no one changes jobs. Lack of crosstraining? | Training/Mentoring | Crosstraining |
| Training in whse / different dept's | Training/Mentoring | Crosstraining |
| | Crosstraining | 11 |

Privileged and Confidential, page 10

CRE 0142520
CONFIDENTIAL

August 26, 2005

Rothman Workplan 2005 - *Session Comments*

| Comment | Potential Barrier Category | Area |
|---|---|---|
| confrontation w/ others teaching | Training/Mentoring | Skills training |
| Experience | Training/Mentoring | Skills training |
| Experience | Training/Mentoring | Skills training |
| Lack of experience | Training/Mentoring | Skills training |
| Managers not trained for sit down, face to face interviewing/discussions | Training/Mentoring | Skills training |
| Not enough training; need training after opening, designate/certify trainers, need for meeting rooms and facilities | Training/Mentoring | Skills training |
| People skills | Training/Mentoring | Skills training |
| There's a lack of maturity in potential candidates. | Training/Mentoring | Skills training |
| Training/teaching | Training/Mentoring | Skills training |
| | Skills training | 9 |
| Educate and train all employees in diversity | Training/Mentoring | Diversity education |
| Lack of awareness of diversity issue for hiring managers - do they know? | Training/Mentoring | Diversity education |
| Need more time spent teaching diversity | Training/Mentoring | Diversity education |
| | Diversity education | 3 |
| **Training/Mentoring** | | **82** |
| All groups don't understand that merchandising is the way to ultimate advancement. | Hours/Schedule | Merch schedule |
| Belief that merchandising needs to be done in morning | Hours/Schedule | Merch schedule |
| Company focus on merchandising - not necessarily leadership skills | Hours/Schedule | Merch schedule |
| Emphasizing merchandising.  You can't get promoted without going through Merch path although this is improving. If you are not a strong merchant you are not considered strong. | Hours/Schedule | Merch schedule |
| encourage & place females in Merch | Hours/Schedule | Merch schedule |
| Family "Opinion" Motherhood. Shifts to be concerned about. | Hours/Schedule | Merch schedule |
| Hours, times of shift, length of hours as stocker | Hours/Schedule | Merch schedule |
| Floor experience-must go through merchandising | Hours/Schedule | Merch schedule |

Privileged and Confidential, page 11

CRE 0142521
CONFIDENTIAL

Rothman Workplan 2005 - Session Comments

August 26, 2005

| Comment | Potential Barrier Category | Area |
|---|---|---|
| Focus on merchandising. The Merch manager positions time consuming. Retail demands holidays, etc. | Hours/Schedule | Merch schedule |
| Have to go through merchandising to get to Asst. level | Hours/Schedule | Merch schedule |
| Hours for Merch positions, Family (Work/life balance) Because of this, some employees choose not to try for promotions. | Hours/Schedule | Merch schedule |
| Hours of merchandising | Hours/Schedule | Merch schedule |
| Maybe too much focus on merchandising | Hours/Schedule | Merch schedule |
| Mdse Dept - not as much desire for women (time constraint) to work in that area | Hours/Schedule | Merch schedule |
| Merchandising focus: early hours, have to go through Merch to move up | Hours/Schedule | Merch schedule |
| Merchandising focus: may not appear attractive - hours, physical, managers don't want to rotate to floor | Hours/Schedule | Merch schedule |
| Merchandising hours - lack of flexibility in scheduling | Hours/Schedule | Merch schedule |
| Merchandising hours/commitment | Hours/Schedule | Merch schedule |
| Merchandising- position training (ex; forklift driving) | Hours/Schedule | Merch schedule |
| merchandising-early schedules perhaps more of an obstacle for women? | Hours/Schedule | Merch schedule |
| Merchandising-hours and pressure of position, for women. | Hours/Schedule | Merch schedule |
| Merchants work long hours and early shifts | Hours/Schedule | Merch schedule |
| Mgrs and employees comfortable with the person in the position. | Hours/Schedule | Merch schedule |
| Mindset of having to be on the floor to be promotable. Same issue with F/L drivers | Hours/Schedule | Merch schedule |
| not cross-trained on Merch. Side | Hours/Schedule | Merch schedule |
| perception of initial importance of lesser statuses, stocking/merchandise | Hours/Schedule | Merch schedule |
| Physical work-strength needed in Merch area-have to go through Merch to promote up | Hours/Schedule | Merch schedule |
| schedules--merchandise the times it takes place and the time it takes to complete. | Hours/Schedule | Merch schedule |
| scheduling - ie: early hours/childcare | Hours/Schedule | Merch schedule |

Privileged and Confidential, page 12

CRE 0142522
CONFIDENTIAL

Rothman Workplan 2005 - Session Comments

| Comment | Potential Barrier Category | Area |
|---|---|---|
| Strong merchandising focus: early shifts, length of shifts, misperception of job | Merch schedule | Merch schedule |
| | Hours/Schedule | 29 |
| Concerns about scheduling | Hours/Schedule | Schedule |
| Coverage/scheduling issues - i.e. females wanting to be home in evening with children | Hours/Schedule | Schedule |
| early morning and closing shifts in mgmt positions aren't desirable so many choose to stay in their "8-5" position | Hours/Schedule | Schedule |
| Hours of working opening closing shifts | Hours/Schedule | Schedule |
| Hours/scheduling | Hours/Schedule | Schedule |
| Not being able to build a pool of applicants with sufficient availability | Hours/Schedule | Schedule |
| perception of too many nights/weekends/hours | Hours/Schedule | Schedule |
| Schedule is inconsistent | Hours/Schedule | Schedule |
| Schedule is inconsistent; Concerns about meeting family needs | Hours/Schedule | Schedule |
| Schedule, hours and lack of flexibility | Hours/Schedule | Schedule |
| Schedule/hours | Hours/Schedule | Schedule |
| Schedule-flexibility and hours.  Doesn't fit well with childcare, finances. | Hours/Schedule | Schedule |
| Schedule-nights and mornings.  Scheduling this way because it is the way it always was done. | Hours/Schedule | Schedule |
| Schedules-outside commitments for financial reasons | Hours/Schedule | Schedule |
| Schedule-work/life balance | Hours/Schedule | Schedule |
| Scheduling - wives & mothers - more time with family - conflicts & restrictions | Hours/Schedule | Schedule |
| scheduling availability concerns - extreme schedules | Hours/Schedule | Schedule |
| Scheduling conflicts can decrease desire to learn | Hours/Schedule | Schedule |
| Scheduling conflicts: early hours, family commitments, economics, day care | Hours/Schedule | Schedule |
| scheduling issues - limits to position to learn | Hours/Schedule | Schedule |

August 26, 2005

CRE 0142523
CONFIDENTIAL

Rothman Workplan 2005 - Session Comments

| Comments | Potential Barrier Category | Area |
|---|---|---|
| Scheduling/hours required for promotability - nature of our business | Hours/Schedule | Schedule |
| Work schedule can be challenging | Hours/Schedule | Schedule |
| Work schedule is not consistent; Hours frequently change | Hours/Schedule | Schedule |
| | Hours/Schedule | Schedule |
| | | Schedule |
| | | 24 |
| Flexibility | Hours/Schedule | Flex Work |
| Flexibility of hours-can they adjust how days are scheduled | Hours/Schedule | Flex Work |
| Flexible schedules are not always available | Hours/Schedule | Flex Work |
| Hours/scheduling-flexibility | Hours/Schedule | Flex Work |
| Lack of flexibility | Hours/Schedule | Flex Work |
| Lack of flexibility in schedule | Hours/Schedule | Flex Work |
| No telecommuting / flextime / job sharing | Hours/Schedule | Flex Work |
| Schedule and time demands this applies to men and women need more flexibility/compressed work week. 18 hour days. | Hours/Schedule | Flex Work |
| Schedules/flexibility | Hours/Schedule | Flex Work |
| Skill set & flexibility to travel (corp. positions) | Hours/Schedule | Flex Work |
| The schedule is not flexible. | Hours/Schedule | Flex Work |
| variety of shifts and flexibility | Hours/Schedule | Flex Work |
| | Flex Work | |
| | | 12 |
| "time" to do it right | Hours/Schedule | Long hours |
| Employees not interested in putting in the hours | Hours/Schedule | Long hours |
| Family/Children-both sexes men and women are unwilling to work long hours | Hours/Schedule | Long hours |
| Hours (perception) worked by Sr. Mgr's (Work life balance) | Hours/Schedule | Long hours |
| hours of work | Hours/Schedule | Long hours |
| observe too many hours worked by upper mgmt. | Hours/Schedule | Long hours |
| perception of greatly increased hours | Hours/Schedule | Long hours |
| Perception that these positions are hard, physical work and must commit to for many hours. | Hours/Schedule | Long hours |

Privileged and Confidential, page 14

August 26, 2005

CRE 0142524
CONFIDENTIAL