
*Memorandum*

TO: DENNIS ZOOK
FROM: MARIO OMOSS
RE: WAREHOUSE MANAGER DIVERSITY OBJECTIVES – FY2002/2003
DATE: October 26, 2001

| CURRENT DIVERSITY | Locations: | 9 |
|---|---|---|
| Female | 0 | 0% |
| African American | 0 | 0% |
| Hispanic | 1 | 11.1% |
| Asian | 1 | 11.1% |
| Native American | 0 | 0% |
| Total | 2 | 22.2% |
| Non-Female | | 22.2% |

| FY2002 OBJECTIVES | Locations: | 11 |
|---|---|---|
| Female | 0 | 0% |
| African American | 0 | 0% |
| Hispanic | 1 | 9.1% |
| Asian | 1 | 9.1% |
| Native American | 0 | 0% |
| Total | 2 | 18.2% |
| Non-Female | | 18.2% |

| FY2003 OBJECTIVES | Locations: | 16 |
|---|---|---|
| Female | 1 | 6.3% |
| African American | 1 | 6.3% |
| Hispanic | 1 | 6.3% |
| Asian | 2 | 12.5% |
| Native American | 0 | 0% |
| Total | 5 | 31.3% |
| Non-Female | 4 | 25% |

| RECAP: | Current | FY2002 | FY2003 |
|---|---|---|---|
| Diversity | 22.2% | 18.2% | 31.3% |
| Non-Female | 22.2% | 18.2% | 25.0% |


EXHIBIT KA
136
OmM 4-25-06

CRE 0142232
CONFIDENTIAL