Rothman Workplan 2005 - *Session Comments*

| Comment | Potential Barrier Category | Area |
|---|---|---|
| Schedules/perception that hours are long this is the biggest issue for most managers-flexibility | Hours/Schedule | Long hours |
| Time commitment to management jobs | Hours/Schedule | Long hours |
| | Long hours | 10 |
| **Hours/Schedule** | | |
| "Opinion" Lack of awareness to subconsciously mentor someone else that is different from them. | Inclusion | Unconscious exclusion |
| "opinion" We communicate easier with people like ourselves." Not taking people out of comfort zones. | Inclusion | Unconscious exclusion |
| comfort level with same - train | Inclusion | Unconscious exclusion |
| comfortable w/ like socioeconomic biases | Inclusion | Unconscious exclusion |
| Communicating with people outside of their comfort zone. | Inclusion | Unconscious exclusion |
| Need to get to know diverse people - promote outside comfort zone | Inclusion | Unconscious exclusion |
| Need to look beyond your own comfort zone - don't hire/promote those same as you | Inclusion | Unconscious exclusion |
| Not hiring outside of their comfort zone - looking at people similar to yourself | Inclusion | Unconscious exclusion |
| Not looking beyond those similar to you | Inclusion | Unconscious exclusion |
| perception - we (mgrs) don't see the barrier | Inclusion | Unconscious exclusion |
| Preconceived ideas by management about who is promotable | Inclusion | Unconscious exclusion |
| Promote people different than us in communication/personality | Inclusion | Unconscious exclusion |
| Promoting people that have had similar beginnings (career path) | Inclusion | Unconscious exclusion |
| reflecting what already exists | Inclusion | Unconscious exclusion |
| rely on same people - results oriented - not see everyone else - train vs. easy | Inclusion | Unconscious exclusion |
| Social/cultural bias - promote people who act/look like you (not necessarily physical, behavior too) | Inclusion | Unconscious exclusion |
| Staying within comfort zone (for GMs) when promoting people. | Inclusion | Unconscious exclusion |

CRE 0142525
CONFIDENTIAL

Rothman Workplan 2005 - *Session Comments*

| Comment | Potential Barrier Category | Area |
| --- | --- | --- |
| Stereotypes "opinion" employee/manager perceptions | Inclusion | Unconscious exclusion |
| Stereotyping - perception of managers lack of inclusion of lack of mentoring outside of comfort zone | Inclusion | Unconscious exclusion |
| Surrounding yourself with those you're comfortable with | Inclusion | Unconscious exclusion |
| Tendency to promote people like us | Inclusion | Unconscious exclusion |
| We don't mentor our people beyond our comfort zone, we identify with people like us. | Inclusion | Unconscious exclusion |
|  | Unconscious exclusion | 22 |
| Barriers because we have preconceived barriers | Inclusion | Preconceived Notions |
| Bias/prejudice in existing management | Inclusion | Preconceived Notions |
| Cultural differences-assumptions made about their character because of how they communicate-lack of understanding by manager. | Inclusion | Preconceived Notions |
| General stereotypes - women can't drive FL | Inclusion | Preconceived Notions |
| Management styles between sexes.  Disadvantages women and minorities because they aren't "the same" as the majority. | Inclusion | Preconceived Notions |
| Minority - stereotyping (look, clothes, speech) Individual culture conflicts with company stereotype. | Inclusion | Preconceived Notions |
| Misunderstanding of the cultures and backgrounds of employees | Inclusion | Preconceived Notions |
| One manager thought that it could be a personal bias that men or women think differently. | Inclusion | Preconceived Notions |
| Our perceptions-subconscious | Inclusion | Preconceived Notions |
| People can't get past their perceived discrepancies or biases. | Inclusion | Preconceived Notions |
| Perceived lack of performance based on a past history or label. | Inclusion | Preconceived Notions |
| Perception of fairness in diversity by all | Inclusion | Preconceived Notions |
| Perceptions from managers about a person without communicating with them. | Inclusion | Preconceived Notions |
| Politics-people "pigeon holed" from past mistakes. | Inclusion | Preconceived Notions |

August 26, 2005

CRE 0142526
CONFIDENTIAL

Rothman Workplan 2005 - *Session Comments*

| Comment | Potential/Barrier Category | Area |
|---|---|---|
| Preconceived attitudes | Inclusion | Preconceived Notions |
| Racial stereotypes - not as motivated/educated | Inclusion | Preconceived Notions |
| representation | Inclusion | Preconceived Notions |
| Understanding different cultures | Inclusion | Preconceived Notions |
| Understanding the benefits of diversity in the company | Inclusion | Preconceived Notions |
| | Preconceived Notions | 19 |
| Advancing them (women) in their dept (mdse to driver) | Inclusion | Female |
| One person thinks that some of us may carry an assumption that women don't want to be promoted because of family consideration | Inclusion | Female |
| Perceptions of physical capabilities | Inclusion | Female |
| Perceptions of physical capabilities | Inclusion | Female |
| Perceptions of the cultural role of females. | Inclusion | Female |
| Physical ability - "perception" that women can't do the job | Inclusion | Female |
| Physical stereotypes - women too small | Inclusion | Female |
| Physical strength | Inclusion | Female |
| Preconceived cultural ideas about women's roles. | Inclusion | Female |
| Prejudice "opinion" "Women can't push carts, stereotypes | Inclusion | Female |
| Previous experience of women leaving influencing future decisions - hiring/promoting | Inclusion | Female |
| Stereotypes - looking at non traditional / women as merchandisers | Inclusion | Female |
| Stereotypes- perception-make assumption that with kids we can't do the job or have time. | Inclusion | Female |
| Unconscious stereotype that women can't be Merchandise Managers or forklift drivers | Inclusion | Female |
| Women in retail and competition: other department/clothing stores women prefer, Costco is too physical | Inclusion | Female |
| women stepping down for work / life balance | Inclusion | Female |

Privileged and Confidential, page 17

August 26, 2005

CRE 0142527
CONFIDENTIAL

Rothman Workplan 2005 - *Session Comments*

| Comment | Potential Barrier Category | area |
|---|---|---|
| Women's perceived cultural role - aggressive woman is bad, aggressive man is good | Inclusion | Female |
| | **Female** | **17** |
| Physical barriers - accommodations | Inclusion | Disability |
| physical barriers or a perception of physical barriers - stereotypes | Inclusion | Disability |
| physical challenges | Inclusion | Disability |
| Physical demands of the job | Inclusion | Disability |
| | **Disability** | **4** |
| **Inclusion** | | |
| 2 job families - difficult to fulfill requirements needed to promote/worklife balance | Work/Life Balance | Family |
| Availability issues (specific to family concerns) | Work/Life Balance | Family |
| choosing; career options v family dynamics | Work/Life Balance | Family |
| Family barriers, family priorities | Work/Life Balance | Family |
| Family commitment - time issues and cultural issues | Work/Life Balance | Family |
| Family commitments-scheduling availability to work, especially merchandising and closing | Work/Life Balance | Family |
| Family commitments—work/life issues | Work/Life Balance | Family |
| Family concerns. | Work/Life Balance | Family |
| Family considerations such as how maternity leave can effect career | Work/Life Balance | Family |
| family issues - ie spouse to move their job? | Work/Life Balance | Family |
| Family life-Committed to time w/ family and not as much time at work. | Work/Life Balance | Family |
| family responsibility | Work/Life Balance | Family |
| Family, especially mothers | Work/Life Balance | Family |
| Family, homemaker, "late bloomers" | Work/Life Balance | Family |
| lifestyle - single mothers | Work/Life Balance | Family |
| Maternity leave. Particularly pointed in UK and CN | Work/Life Balance | Family |
| People don't want the job due to family considerations. | Work/Life Balance | Family |
| Personal lives-family commitments-children | Work/Life Balance | Family |

Privileged and Confidential, page 18

August 26, 2005

CRE 0142528
CONFIDENTIAL

Rothman Workplan 2005 - Session Comments

| Comment | Potential Barrier Category | Area |
|---|---|---|
| poor attendance: reads as "instability" in worklife balance | Work/Life Balance | Family |
| Pregnancy leave may cause females to miss certain opportunities - out of touch with building | Work/Life Balance | Family |
| Some females don't want promotions because of family issues | Work/Life Balance | Family |
| some women feel they have to choose between home and work | Work/Life Balance | Family |
| support system - family - society - reach potential | Work/Life Balance | Family |
| Time constraints, family, commitment, travel time | Work/Life Balance | Family |
| work / life balance. Women are forced to choose between work and family | Work/Life Balance | Family |
| Work hours and flexibility concerns. Specific to family requirements. | Work/Life Balance | Family |
|  | Family | 26 |
| Commuting issues | Work/Life Balance | Work/Life |
| concerns with work/life balance | Work/Life Balance | Work/Life |
| Culture Issues with scheduling (religion etc...) | Work/Life Balance | Work/Life |
| Female role as caregiver - work/life balance | Work/Life Balance | Work/Life |
| Females not having the opportunity due to work/life balance. | Work/Life Balance | Work/Life |
| Current lifestyles tend to hold people back. | Work/Life Balance | Work/Life |
| Nature of our business - worklife balance | Work/Life Balance | Work/Life |
| work / life balance; hours - scheduling | Work/Life Balance | Work/Life |
| Work/life balance | Work/Life Balance | Work/Life |
| Work/life balance | Work/Life Balance | Work/Life |
| Work/life balance | Work/Life Balance | Work/Life |
| work/life balance | Work/Life Balance | Work/Life |
| Work/life balance difficult for some women | Work/Life Balance | Work/Life |
| Work/life balance -especially females in merchandising roles | Work/Life Balance | Work/Life |
| Work/life balance family and children alwaysl | Work/Life Balance | Work/Life |
| Worklife balance | Work/Life Balance | Work/Life |

August 26, 2005

CRE 0142529
CONFIDENTIAL

Rothman Workplan 2005 - *Session Comments*

| Comment | Potential Barrier Category | Area |
|---|---|---|
| Work-life balance/nature of our business | Work/Life Balance | Work/Life |
| Work-life balance: day care, economics (working 2 jobs), cost of living, family commitments, early shifts | Work/Life Balance | Work/Life |
| Worklife behavior | Work/Life Balance | Work/Life |
|  | Work/Life | 18 |
| childcare | Work/Life Balance | Childcare |
| Childcare | Work/Life Balance | Childcare |
| Childcare | Work/Life Balance | Childcare |
| childcare - scheduled - perception job entails hourwise | Work/Life Balance | Childcare |
| Childcare and family concerns; having daycare for odd work hours | Work/Life Balance | Childcare |
| childcare issues - hours schedules | Work/Life Balance | Childcare |
| Children/raising a family/-need flexible schedules and compressed work weeks | Work/Life Balance | Childcare |
| Children-no provision for childcare, huge time commitment for both men and women.  Extreme time commitment. (UK) | Work/Life Balance | Childcare |
| Daycare issues.  Causes a perception that this person (male or female) lacks dependability. | Work/Life Balance | Childcare |
| Family commitments restrictions such as early morning daycare | Work/Life Balance | Childcare |
| Family commitments: child care, working after baby is born, early schedules and need for flexibility | Work/Life Balance | Childcare |
| Family issues-child care. | Work/Life Balance | Childcare |
| Family/children "Opinion" elect to raise children and get them through school - affects shifts | Work/Life Balance | Childcare |
| Inflexibility in scheduling (Daycare issues) | Work/Life Balance | Childcare |
| Job share/daycare | Work/Life Balance | Childcare |
| Lack of day care facilities during late PM or early AM times of the day | Work/Life Balance | Childcare |
| Not flexible enough to accommodate childcare issues | Work/Life Balance | Childcare |
|  | Childcare | 17 |
| Work/Life Balance | | |

CRE 0142530
CONFIDENTIAL

Rothman Workplan 2005 - *Session Comments*

| Comment | Potential Barrier Category | Area |
|---|---|---|
| Hiring - filling a need at the time. Candidates don't get the "big picture" at the time of hire. | External Recruiting | Filling immediate need, not for potential |
| Hiring for immediate need vs. promotability | External Recruiting | Filling immediate need, not for potential |
| Hiring for position only-need structured training program | External Recruiting | Filling immediate need, not for potential |
| Hiring for the moment/position | External Recruiting | Filling immediate need, not for potential |
| Hiring to fill a position, not looking for promotable employees later on | External Recruiting | Filling immediate need, not for potential |
| Hiring/promoting on need. Not looking to the future. | External Recruiting | Filling immediate need, not for potential |
| Immediate need for skills vs. long term goals/promotability | External Recruiting | Filling immediate need, not for potential |
| Interview Team-hire people to see their potential-look beyond exterior (iceberg) | External Recruiting | Filling immediate need, not for potential |
| Management not interviewing for growth potential. Hiring for immediate need only. | External Recruiting | Filling immediate need, not for potential |
| Must hire for "next warehouse manager". Instead of to fill the most immediate need. | External Recruiting | Filling immediate need, not for potential |
| Need to look at long-term opportunities especially when recruiting | External Recruiting | Filling immediate need, not for potential |
| Not looking for individuals that are willing to advance during the hiring phase. | External Recruiting | Filling immediate need, not for potential |
| Not projecting a new hires development out 3-5 years at the time they are hired. What could this hire become? | External Recruiting | Filling immediate need, not for potential |
| Past practices-look for a good stocker (immediate need)-is that our best future candidate? | External Recruiting | Filling immediate need, not for potential |
| Perception-only able to hire entry level | External Recruiting | Filling immediate need, not for potential |
| Tendency to look for cart pushers, not warehouse managers too much focus on immediate needs | External Recruiting | Filling immediate need, not for potential |
| The best stocker doesn't necessarily make the best GM | External Recruiting | Filling immediate need, not for potential |

August 26, 2005

CRE 0142531
CONFIDENTIAL

Rothman Workplan 2005 - Session Comments

| Comments | Potential Barrier Category | Area |
|---|---|---|
| We don't hire to promote | External Recruiting | Filling immediate need, not for potential |
| | Filling immediate need, not for potential | 18 |
| ability to hire mgmt level from outside | External Recruiting | Hire management/higher up from outside |
| Entry-level positions are not appealing to students or others entering the company | External Recruiting | Hire management/higher up from outside |
| Hire at lower level - need mgmt level but we hire at entry level | External Recruiting | Hire management/higher up from outside |
| Hiring from outside, barriers to hiring good people from outside because we either offer them a cart pushing jobs or can only allow part time. Can't get and retain good people. | External Recruiting | Hire management/higher up from outside |
| Hiring more FT EE's | External Recruiting | Hire management/higher up from outside |
| Not being open to promoting from outside the company - don't want to alienate current EEs | External Recruiting | Hire management/higher up from outside |
| Open doors & communicate to current employees that we may hire qualified candidates from outside - hiring outside causes morale issues w/existing employees | External Recruiting | Hire management/higher up from outside |
| Process for hiring graduates | External Recruiting | Hire management/higher up from outside |
| Too high of a focus of "promoting from within" "Opinion" Mainly hourly employees. | External Recruiting | Hire management/higher up from outside |
| Undesirable entry level positions - filling jobs vs. starting careers | External Recruiting | Hire management/higher up from outside |

Privileged and Confidential, page 22

August 26, 2005

CRE 0142532
CONFIDENTIAL

Rothman Workplan 2005 - Session Comments

| Comments | Potential Barrier Category | Area |
|---|---|---|
|  | Hire management/higher up from outside | 10 |
| Attracting and retaining college students | External Recruiting | Recruiting |
| CN only-attracting qualified candidates. | External Recruiting | Recruiting |
| Physical location of warehouse: ability to get to work (public transportation), need to recruit people to location | External Recruiting | Recruiting |
| Recruiting | External Recruiting | Recruiting |
| Recruiting Pool/Candidates | External Recruiting | Recruiting |
| Selection process-how to get them in the door | External Recruiting | Recruiting |
| skills at point of hire are lacking-ex. language, leadership | External Recruiting | Recruiting |
| Staff not necessarily reflective of community. CN specifically - more female managers than males | External Recruiting | Recruiting |
| The hiring managers need to look for diversity | External Recruiting | Recruiting |
| Warehouse openings-ensure our new hires represent the community | External Recruiting | Recruiting |
|  | Recruiting | 10 |
| Hiring system | External Recruiting | Hiring system |
| Hiring System - no computers/language issue | External Recruiting | Hiring system |
| Hiring system-make applications available in Spanish | External Recruiting | Hiring system |
| Hiring-can't see people who apply repeatedly (persistence/drive) | External Recruiting | Hiring system |
| Internet hiring can reduce diversity because of limited access. | External Recruiting | Hiring system |
| Internet hiring can reduce diversity because of limited access. | External Recruiting | Hiring system |
| Internet hiring can reduce diversity because of limited access. | External Recruiting | Hiring system |
| not sure hiring assessments helps us | External Recruiting | Hiring system |
|  | Hiring system | 8 |
| "Retail" label - need to inform and attract people to what Costco has to offer. CN | External Recruiting | Retail stereotypes |
| Finding good places to recruit people interested in our business | External Recruiting | Retail stereotypes |
| Nature of our business | External Recruiting | Retail stereotypes |
| Nature of our business - retail in general | External Recruiting | Retail stereotypes |

August 26, 2005

Privileged and Confidential, page 23

CRE 0142533
CONFIDENTIAL

Rothman Workplan 2005 - Session Comments

| Comment | Potential Barrier Category | Area |
|---|---|---|
| Recruiting branding is incomplete.  Poor perception of applicant.  They think "wholesale" conotates something low end / negative. UK | External Recruiting | Retail stereotypes |
| Retail stigma: hours, low pay, benefits | External Recruiting | Retail stereotypes |
| retail vs. other types of competition for jobs | External Recruiting | Retail stereotypes |
| | Retail stereotypes | 7 |
| **External Recruiting** | | |
| Demographics - not a diverse community to pull from | External Issues | Demographics |
| Demographics of area | External Issues | Demographics |
| Demographics of certain areas | External Issues | Demographics |
| Demographics of location | External Issues | Demographics |
| Demographics of location | External Issues | Demographics |
| Demographics of the area | External Issues | Demographics |
| Demographics of the area | External Issues | Demographics |
| Demographics of the area | External Issues | Demographics |
| Demographics/geographic location - people live too far away | External Issues | Demographics |
| Demographics: availability in area, warehouse reflection of community, lack of opportunities to transfer | External Issues | Demographics |
| Isolation of some locations makes opportunities in that area more difficult | External Issues | Demographics |
| Limited pool of promotable based on isolated location | External Issues | Demographics |
| Little diversity in certain communities | External Issues | Demographics |
| not a diverse enough pool of candidates | External Issues | Demographics |
| Not knowing local demographics | External Issues | Demographics |
| Physical location-demographics of area | External Issues | Demographics |
| Physical work-managers at low volume buildings tend to do more hands on work than those at high volume buildings | External Issues | Demographics |
| Poverty in areas.  May lead to transportation issues, etc. | External Issues | Demographics |

August 26, 2005

CRE 0142534
CONFIDENTIAL

Rothman Workplan 2005 - *Session Comments*

| Comment | External Barrier Category | Area |
| --- | --- | --- |
| Some communities lack diversity | External Issues | Demographics |
| Some regions are not diverse; it's difficult to hire diverse people if the area doesn't have them. | External Issues | Demographics |
| Your warehouse location--the more diverse the area, the more diverse the warehouse. | External Issues | Demographics |
| | Demographics | 21 |
| Cultural - men tend not to want entry level jobs, want manager positions - asia | External Issues | Gender roles in society |
| Cultural - strong male dominated industries - asia | External Issues | Gender roles in society |
| Cultural - women tend to stay home after marriage - asia | External Issues | Gender roles in society |
| Cultural barriers - traditional roles of women can prohibit advancement. KO | External Issues | Gender roles in society |
| cultural barriers - traditional roles of women in other cultures can prohibit advancement | External Issues | Gender roles in society |
| Cultural barriers and biases; cultural views of women's roles in family as a money maker, women as managers | External Issues | Gender roles in society |
| Cultural issues-gender issues (in TW) | External Issues | Gender roles in society |
| Cultural view that men should be breadwinners | External Issues | Gender roles in society |
| Cultural, historical barriers, women usually make less so they quit | External Issues | Gender roles in society |
| Differences in culture. To some women in minority groups, management is not appealing due to their cultural perspective. | External Issues | Gender roles in society |
| Different measurements for sexes. Women are held to a higher standard than men. Makes promotability difficult for women. TW | External Issues | Gender roles in society |
| Females are not the main breadwinners. JP | External Issues | Gender roles in society |
| Religion - roles of male and female | External Issues | Gender roles in society |

August 26, 2005

CRE 0142535
CONFIDENTIAL

Rothman Workplan 2005 - *Session Comments*

| Comment | Potential Barrier Category | Area |
|---|---|---|
| Societal pressure on women | External Issues | Gender roles in society |
| Society belief that women stay home and take care of children | External Issues | Gender roles in society |
| Traditional roles in society | External Issues | Gender roles in society |
| Traditional roles in society | External Issues | Gender roles in society |
| | Gender roles in society | 17 |
| Cultural - no push for diversity - asia | External Issues | Cultural Expectation |
| Cultural - some minorities are raised in environments where they're not expected to succeed. NE Region - specifically Hispanics | External Issues | Cultural Expectation |
| Cultural barrier | External Issues | Cultural Expectation |
| Cultural barrier | External Issues | Cultural Expectation |
| Cultural barriers | External Issues | Cultural Expectation |
| Cultural barriers-behaviors | External Issues | Cultural Expectation |
| Cultural issue | External Issues | Cultural Expectation |
| Culture | External Issues | Cultural Expectation |
| Many self imposed barriers. With minorities are they viewed as "sell-outs" when promoted | External Issues | Cultural Expectation |
| One person believes we are culturally different. We want the same solution but come at it with different ways. | External Issues | Cultural Expectation |
| potential/perception cultural differences | External Issues | Cultural Expectation |
| Shared identity problem | External Issues | Cultural Expectation |
| Society/cultural | External Issues | Cultural Expectation |
| world events | External Issues | Cultural Expectation |
| | Cultural Expectation | 14 |
| **External Issues** | | **32** |
| Communicate extras-pay | Internal Recruiting | Advertising perks of management job |
| Make the job look more appealing | Internal Recruiting | Advertising perks of management job |

August 26, 2005

CRE 0142536
CONFIDENTIAL

Rothman Workplan 2005 - Session Comments

| Comment | Potential Barrier Category | Area |
|---|---|---|
| Manager duties can be overwhelming | Internal Recruiting | Advertising perks of management job |
| May not give enough info so they (EE) can see the promotional "big picture" | Internal Recruiting | Advertising perks of management job |
| Misunderstanding or perceptions of manager responsibilities | Internal Recruiting | Advertising perks of management job |
| Morale & perception of promotions in building | Internal Recruiting | Advertising perks of management job |
| Need to give specific info letting them know we are growing, opportunities, need big "PR" campaign | Internal Recruiting | Advertising perks of management job |
| Not explaining the job better | Internal Recruiting | Advertising perks of management job |
| Not informing people of what Costco has to offer - opportunities | Internal Recruiting | Advertising perks of management job |
| Not making it known to employees what opportunities are to grow | Internal Recruiting | Advertising perks of management job |
| Origin barriers - don't completely understand upside opportunities of company. | Internal Recruiting | Advertising perks of management job |
| Perception -"Difficult to manage people you are friends with" Perception - considered a sell out | Internal Recruiting | Advertising perks of management job |
| perception "sell yourself to the devil" diehard mentality | Internal Recruiting | Advertising perks of management job |
| Perception of some jobs i.e.; forklift operator keeps females from growing in that direction. | Internal Recruiting | Advertising perks of management job |
| perception that taking a lateral move is not as desirable as a promotion. Need them to see it as gaining valuable experience. | Internal Recruiting | Advertising perks of management job |
| Perceptions of the requirements/expectations of positions | Internal Recruiting | Advertising perks of management job |
| Personal biases and expectations about positions | Internal Recruiting | Advertising perks of management job |
| Personal perceptions of jobs, type-casting | Internal Recruiting | Advertising perks of management job |
| Unsure about workload requirements | Internal Recruiting | Advertising perks of management job |

August 26, 2005

CRE 0142537
CONFIDENTIAL

Rothman Workplan 2005 - *Session Comments*

| Comment | Potential Barrier Category - Area |  |  |
|---|---|---|---|
|  | Advertising perks of management job | Internal Recruiting | 19 |
| "opinion" We wait for people to come to us | | Internal Recruiting | Encouraging potentials |
| communication of opportunities to women & now-whites | | Internal Recruiting | Encouraging potentials |
| Communication-encourage those who show potential figure out the employees goals | | Internal Recruiting | Encouraging potentials |
| Confidence/self esteem | | Internal Recruiting | Encouraging potentials |
| Difficult for females/minorities to express interest in promotions | | Internal Recruiting | Encouraging potentials |
| Diverse force is not applying for positions-perception of people in existing positions (not in their image) | | Internal Recruiting | Encouraging potentials |
| Encourage employees to apply for promotion opportunities | | Internal Recruiting | Encouraging potentials |
| Females/minorities feeling excluded | | Internal Recruiting | Encouraging potentials |
| Lack of applicants for postings - at mercy of who applied, not necessarily who's the most qualified | | Internal Recruiting | Encouraging potentials |
| lack of recruiting | | Internal Recruiting | Encouraging potentials |
| Need better way to identify interested women | | Internal Recruiting | Encouraging potentials |
| Perception from employees-they feel they don't have a chance. | | Internal Recruiting | Encouraging potentials |
| perception of no job opportunity - don't try | | Internal Recruiting | Encouraging potentials |
| Perception of racial/cultural exclusion when management team not already diverse | | Internal Recruiting | Encouraging potentials |
| Perception of stockers as "big strong men" Stockers get promoted in Merch, not on FE so FE EE's don't get a chance in Merch positions | | Internal Recruiting | Encouraging potentials |
| Potential qualified applicants not applying-mgrs having to approach them. | | Internal Recruiting | Encouraging potentials |

Privileged and Confidential, page 28

August 26, 2005

CRE 0142538
CONFIDENTIAL

Rothman Workplan 2005 - *Session Comments*

| Comments | Potential Barrier Category | Area |
|---|---|---|
| Some employees feel they can't do the job so don't even apply | Internal Recruiting | Encouraging potentials |
| Wait for people to come to us for promotions. | Internal Recruiting | Encouraging potentials |
| We don't look diverse. If you are an entry level stocker and Hispanic, all you see are white 50 year old male senior managers. We don't look diverse which is a barrier to hourly employees. | Internal Recruiting | Encouraging potentials |
| | Encouraging potentials | |
| Improve communications/postings | Internal Recruiting | 19 |
| Job postings need to be revised: post in larger areas, qualifications needs to be re-evaluated | Internal Recruiting | Job postings |
| Job postings not always clear about needs/expectations | Internal Recruiting | Job postings |
| Lack of communicating promotable opportunities | Internal Recruiting | Job postings |
| Lack of communication between regions of openings and potential employees | Internal Recruiting | Job postings |
| Lack of information on new/potential jobs - intimidation of "male" jobs | Internal Recruiting | Job postings |
| Lack of knowledge about upcoming opportunities | Internal Recruiting | Job postings |
| Lack of knowledge by candidates for available opportunities. | Internal Recruiting | Job postings |
| MW-Cultural issues-regions have difficulty getting information out to employees about opportunities. | Internal Recruiting | Job postings |
| Need to revise job postings - make a general manager/supervisor posting vs. a specific department | Internal Recruiting | Job postings |
| Not having standardized job postings - UK | Internal Recruiting | Job postings |
| One manager says that there is a perception that the decision is already been made regarding who gets promoted. This is a huge barrier for people who want to be promoted. | Internal Recruiting | Job postings |
| perceived pre-selection for open positions | Internal Recruiting | Job postings |
| Perception from employees that the decision on posting is made before it is posted. | Internal Recruiting | Job postings |

Privileged and Confidential, page 29

CRE 0142539
CONFIDENTIAL

Rothman Workplan 2005 - Session Comments

| Comment | Potential Barrier Category | Area 14 |
|---|---|---|
| **Internal Recruiting** | **Job postings** | |
| Assumptions that minorities can't speak English | Language/Communication | ESL |
| communication - ESL | Language/Communication | ESL |
| communication - some things don't get through | Language/Communication | ESL |
| Communication skills, both written and verbal | Language/Communication | ESL |
| Communication skills-language/performing duties | Language/Communication | ESL |
| Communication/bilingual | Language/Communication | ESL |
| Communication/language issues | Language/Communication | ESL |
| Communication/Language/Education - Great employees, but how do we get them to a promotable level? | Language/Communication | ESL |
| Cultural / Language - reading, writing, especially difficult | Language/Communication | ESL |
| Do we cultivate communication skills | Language/Communication | ESL |
| language as supervisors | Language/Communication | ESL |
| Language barrier | Language/Communication | ESL |
| language barrier | Language/Communication | ESL |
| Language barrier | Language/Communication | ESL |
| Language barrier | Language/Communication | ESL |
| Language barrier. Includes both education (writing) and oral language fluency. | Language/Communication | ESL |
| Language barrier. Lack of English fluency may prevent employee from appearing promotable. Also includes cultural differences. | Language/Communication | ESL |
| Language barrier. Lack of language fluency may prevent employee from appearing promotable. International issue. | Language/Communication | ESL |
| Language barrier-ability to communicate effectively as a manager. | Language/Communication | ESL |
| Language barrier-communication. | Language/Communication | ESL |
| Language barriers | Language/Communication | ESL |
| language barriers | Language/Communication | ESL |

CRE 0142540
CONFIDENTIAL

Rothman Workplan 2005 - Session Comments

| Comment | Potential Barrier Category | Area |
|---|---|---|
| Language barriers | Language/Communication | ESL |
| Language barriers | Language/Communication | ESL |
| Language barriers | Language/Communication | ESL |
| Language barriers | Language/Communication | ESL |
| Language barriers - lack of communication | Language/Communication | ESL |
| language barriers - some good locations require bilingual ability. US & CN | Language/Communication | ESL |
| Language- bi-lingual - MX | Language/Communication | ESL |
| language not issue initially - management more important issue | Language/Communication | ESL |
| Language, age, Unicru - intimidation of computer use, access to computer | Language/Communication | ESL |
| Language/communication barrier | Language/Communication | ESL |
| Language/culture barrier-interacting w/members and in the application process. | Language/Communication | ESL |
| Language-they can't communicate, they don't have confidence to be bold and say they want to be promoted | Language/Communication | ESL |
| Minority-language, even during interview process | Language/Communication | ESL |
| Need more training on communication & language | Language/Communication | ESL |
| Our Quebec friends said language is an issue and need two incomes | Language/Communication | ESL |
| Skill of speaking a 2nd language in some bldgs and regions is important | Language/Communication | ESL |
| understanding a second language (specifically that of the majority of your employees) also understanding cultural nuances (what's offensive) | Language/Communication | ESL |
| Degree/education to become assistant manager preferable in MX | ESL | 39 |
| Education | Language/Communication | Education |
| Education / Communication. Employees can't interact with systems such as AS/400 and e-mail due to poor writing skills. | Language/Communication | Education |

August 26, 2005

CRE 0142541
CONFIDENTIAL

Rothman Workplan 2005 - Session Comments

| Comment | Potential Barrier Category | Area(s) |
|---|---|---|
| Education for minorities.  Points to barriers of communication both verbal and oral. | Language/Communication | Education |
| Education limitations | Language/Communication | Education |
| Education: 1-lack of education; 2-once educated they leave | Language/Communication | Education |
| Education:1-promote them to supervisors and then find they can't write and email well to a review; 2- if they do get education they choose to leave | Language/Communication | Education |
| educational | Language/Communication | Education |
| Educational levels of minorities are not consistent with non-minorities. | Language/Communication | Education |
| Education-we recognize they are re hard working, they get promoted to supervisor and then can't write or speak well | Language/Communication | Education |
| EE's don't have simple skills to rise to upper levels | Language/Communication | Education |
| Lack of basic education and language skills. | Language/Communication | Education |
| Level of education | Language/Communication | Education |
| | Education | 13 |
| Language/Communication | | 5 |
| change of mind "opinion" not in expectations | Internal Practices | Reviews |
| Create open dialog on review- find out where employee wants to go in their career/honest communication/development plan | Internal Practices | Reviews |
| goals/comments in appraisals | Internal Practices | Reviews |
| Honest, accurate feedback on performance evaluations. Feedback needs to be direct and candid. | Internal Practices | Reviews |
| Inconsistency in reviews. | Internal Practices | Reviews |
| Ineffective performance appraisals.  Need real discussion quality information.  Tell employees what they need to do to get promoted. (general issues with performance review) | Internal Practices | Reviews |
| Lack of ongoing education about writing reviews, Rothman workplan, interviewing & hiring | Internal Practices | Reviews |

August 26, 2005

CRE 0142542
CONFIDENTIAL

Rothman Workplan 2005 - *Session Comments*

| Comment | Potential Barrier Category | Area |
|---|---|---|
| More meaningful review process especially with those who are high potential employees. | Internal Practices | Reviews |
| Need training for GM's and senior managers for entire company. The standards are not consistent B/W regions. Training would be helpful. How do you write a good review. | Internal Practices | Reviews |
| Not giving honest feedback/reviews | Internal Practices | Reviews |
| Not giving honest reviews and feedback | Internal Practices | Reviews |
| Performance review-not honest enough in our reviews, would like training on how to give reviews, need career development | Internal Practices | Reviews |
| Performance reviews-not honest at all, not consistent. Hard to create; bad feelings. | Internal Practices | Reviews |
| Scoring system in performance reviews | Internal Practices | Reviews |
| Would be helpful if there could be training for GM's and senior managers about how to give reviews | Internal Practices | Reviews |
| | Reviews | 15 |
| acceptance of entire building | Internal Practices | Miscellaneous |
| Comfortable with status quo | Internal Practices | Miscellaneous |
| Competition within the building - opinion that for some people it could become a barrier | Internal Practices | Miscellaneous |
| Family members working in same location can prevent promotions | Internal Practices | Miscellaneous |
| Family referrals limits workforce blend / diversity. | Internal Practices | Miscellaneous |
| Frustration in not getting position. | Internal Practices | Miscellaneous |
| Intercompany diversity–Buying office=Admins vs. Warehouse=merchandising | Internal Practices | Miscellaneous |
| | Miscellaneous | 7 |
| Difficult to promote based on skills/ability when there are more senior/less qualified | Internal Practices | Seniority constraints |
| Seniority issues - most qualified is not always the one who is promoted. Union buildings | Internal Practices | Seniority constraints |
| seniority issues vs. entry-level positions | Internal Practices | Seniority constraints |
| Seniority- it is hard to grow a college student when they have to start over each time back | Internal Practices | Seniority constraints |

Privileged and Confidential, page 33

CRE 0142543
CONFIDENTIAL

Rothman Workplan 2005 - *Session Comments*

| Comment | Potential Barrier Category | | Area |
|---|---|---|---|
| tenure vs. skill vs. knowledge - education | Internal Practices | | Seniority constraints |
| Too much focus on seniority/tenure | Internal Practices | | Seniority constraints |
| | | Seniority constraints | 6 |
| Nature of retail and how we think our mgrs should work | Internal Practices | | Outdated concepts |
| One person felt there was implicit belief that we must be "tough merchants", "make it or break it" mentality | Internal Practices | | Outdated concepts |
| Our past view of what a promotable candidate is–skills and abilities | Internal Practices | | Outdated concepts |
| Perceived notion of what qualifies a manager should have | Internal Practices | | Outdated concepts |
| thought - one way to do it - the way I did | Internal Practices | | Outdated concepts |
| | | Outdated concepts | 5 |
| Not following Rothman workplan | Internal Practices | | Rothman |
| potential of the Rothman Plan isn't fully used | Internal Practices | | Rothman |
| | | Rothman | 2 |
| **Internal Practices** | | | |
| Costco serves as supplemental income to some employees not interested in Costco careers | Self-limiting | | Uninterested |
| Drive, motivation, willingness (mostly on part of female employees) | Self-limiting | | Uninterested |
| Employee deselecting themselves | Self-limiting | | Uninterested |
| Individual priorities (specific to lifestyle choices) | Self-limiting | | Uninterested |
| Public Prejudices-employee limit themselves | Self-limiting | | Uninterested |
| Self decision | Self-limiting | | Uninterested |
| Self Decision– don't like hours, work/life balance | Self-limiting | | Uninterested |
| Self decision to opt out of promotable pool | Self-limiting | | Uninterested |
| Self decision-choose to stay home | Self-limiting | | Uninterested |
| self deselect - physical nature of position | Self-limiting | | Uninterested |
| self deselect - plug positions / flow - alternatives not viable - translate | Self-limiting | | Uninterested |
| Some employees don't desire manager promotions | Self-limiting | | Uninterested |
| Some people don't want to be promoted. | Self-limiting | | Uninterested |

August 26, 2005

CRE 0142544
CONFIDENTIAL

Rothman Workplan 2005 - Session Comments

| Comment | Potential Barrier Category | Area |
|---|---|---|
| Some women don't like the physical labor involved with manager job. | Self-limiting | Uninterested |
| | Uninterested | 14 |
| attitude - it's just a job | Self-limiting | Apathy |
| Commitment Level | Self-limiting | Apathy |
| Decisiveness.  Employees not knowing what they want to do with their careers. | Self-limiting | Apathy |
| Lack of desire to be promoted - note goal on performance appraisal if interested in promotion | Self-limiting | Apathy |
| No advancement beyond warehouse manager, content in current position | Self-limiting | Apathy |
| motivation to accept responsibility of moving up | Self-limiting | Apathy |
| Unmotivated | Self-limiting | Apathy |
| Willingness | Self-limiting | Apathy |
| | **Apathy** | 8 |
| Attitudes people had or confidence whether or not they could get promoted | Self-limiting | Insecurity |
| insecure about ability to perform | Self-limiting | Insecurity |
| issues / fears of forklift | Self-limiting | Insecurity |
| lack of confidence | Self-limiting | Insecurity |
| Some employees don't see themselves as promotable due to lack in skills/education | Self-limiting | Insecurity |
| Some people don't interview well. | Self-limiting | Insecurity |
| | Insecurity | 6 |
| **Self-limiting** | | |
| Cost of living in certain areas deter mobility | Financial | Cost of living |
| Cost of living issues | Financial | Cost of living |
| Cost of living versus salaries | Financial | Cost of living |
| Economics - ability to move to other areas, distance, transportation | Financial | Cost of living |

August 26, 2005

CRE 0142545
CONFIDENTIAL

Rothman Workplan 2005 - *Session Comments*

| Comment | Potential Barrier Category | Area |
|---|---|---|
| Financial barriers | Financial | Cost of living |
| In some areas the wages are no longer competitive. CN | Financial | Cost of living |
| Part-time; They all start at part-time. Hard to get talented people to commit to Costco if all they get is part-time | Financial | Cost of living |
| Some promotable positions are in areas where the cost of living is prohibitive. | Financial | Cost of living |
| Some promotable positions are in areas where the cost of living is prohibitive. | Financial | Cost of living |
| Starting external hires at too low a position and/or rate makes it uninviting | Financial | Cost of living |
| Transportation: 1-cities expensive; 2-time consuming-if you get promoted and move farther from home you add more hours away from our family | Financial | Cost of living |
| | **Cost of living** | 11 |
| Economy - both parents need to work | Financial | Dual income families |
| Financial barriers-many entry level employees have more that one job, can't quit other job to focus on Costco because they loose income. | Financial | Dual income families |
| Reality of economy-requires two incomes | Financial | Dual income families |
| | **Dual Income families** | 3 |
| Compensation from hourly to supervisor could be prohibitive | Financial | Jump to sup not enough money |
| Promotion not financially appealing - would need to quit other jobs | Financial | Jump to sup not enough money |
| Sometimes there isn't enough financial incentive to take on the responsibility | Financial | Jump to sup not enough money |
| | Jump to sup not enough money | 3 |
| **Financial** | | 697 |
| | **Grand Count** | |

Privileged and Confidential, page 36

CRE 0142546
CONFIDENTIAL