UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

---------------------------------------------------------

SHIRLEY "RAE" ELLIS, LEAH    )

HORSTMAN and ELAINE SASAKI,  )

on behalf of themselves and  )

all others similarly situated,)

        Plaintiffs,    )

      vs.                    )    NO. C-04-3341 MHP

COSTCO WHOLESALE CORPORATION, )

        Defendant.     )

---------------------------------------------------------

**CERTIFIED COPY**

VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION

OF

JOSEPH PORTERA

---------------------------------------------------------

9:57 a.m. - 5:37 p.m.

February 23, 2006

1605 Northwest Sammamish Road, Suite 250

Issaquah, Washington

Joan E. Kinn, CCR, RPR

Court Reporter

**U.S. LEGAL**
*Support*
*Certified Shorthand Reporters*

180 Montgomery Street, Suite 2180
San Francisco, CA  94104

888-575-3376 • Fax 888-963-3376
www.uslegalsupport.com

*Los Angeles • Orange County • San Diego • Inland Empire • Ventura • San Jose • San Francisco • Sacramento . . . and across the nation*

```
 1    can.                                                 10:10:31

 2        A.    All right.  I set goals as it relates to   10:10:31

 3    shrink, which is inventory shortage.  I set goals as 10:10:35

 4    they relate to D&D or damage and destroy.  I set goals 10:10:39

 5    that relate to diversity.  I set goals for profitability 10:10:44

 6    in specific regions.  I set a goal to get a bigger   10:10:53

 7    airplane.                                            10:11:06

 8        Q.    I'm sorry?                                 10:11:06

 9        A.    Get a bigger airplane.                     10:11:07

10        Q.    Do you want to tell me what you're referring 10:11:09

11    to?                                                  10:11:12

12        A.    It's just a goal I set.                    10:11:13

13        Q.    Oh, it's a goal you set?                   10:11:16

14        A.    Wanted a bigger airplane.                  10:11:18

15        Q.    Is that in your job description?           10:11:19

16        A.    It was one of my goals.                    10:11:21

17        Q.    I see.  I take it it's not written anywhere? 10:11:23

18        A.    Oh, yeah, it is.                           10:11:26

19        Q.    On your heart.                             10:11:27

20              Could you describe the diversity goals you 10:11:28

21    set?                                                 10:11:33

22        A.    Yes, I set goals for each region, accomplish 10:11:33

23    a set percent diversity.                             10:11:45

24        Q.    How long have you set diversity goals?     10:11:49

25        A.    Set them, it's been a constant.            10:11:55
```

15

| | | | |
|---|---|---|---|
| 1 | Q. | Did you set goals 10 years ago? | 10:12:04 |
| 2 | A. | Yes. | 10:12:07 |
| 3 | Q. | Diversity goals I'm referring to? | 10:12:09 |
| 4 | A. | Yes, it's been constant, a constant focus of | 10:12:11 |
| 5 | ours, and myself. | | 10:12:14 |
| 6 | Q. | Is this a companywide effort? | 10:12:17 |
| 7 | A. | Yes. | 10:12:21 |
| 8 | Q. | How long has the company utilized diversity | 10:12:26 |
| 9 | goals? | | 10:12:29 |
| 10 | A. | I don't know the length of time, but it is -- | 10:12:31 |
| 11 | it's a number of years that we have set those goals, but | | 10:12:34 |
| 12 | it's always, again, it's always been one of our focuses. | | 10:12:37 |
| 13 | Q. | Are the company's diversity goals set forth | 10:12:46 |
| 14 | in a written document? | | 10:12:49 |
| 15 | A. | Yes. | 10:12:53 |
| 16 | Q. | And what is the name of the written document? | 10:12:54 |
| 17 | A. | Rothman Workplan. | 10:12:58 |
| 18 | Q. | Are there any other documents that set forth | 10:13:01 |
| 19 | diversity goals? | | 10:13:04 |
| 20 | | MR. KADUE:  Objection, it's been asked and | 10:13:05 |
| 21 | answered. | | 10:13:07 |
| 22 | | But you can answer it again. | 10:13:08 |
| 23 | A. | Not that I'm aware of. | 10:13:11 |
| 24 | Q. | Do you have a goal for women warehouse | 10:13:23 |
| 25 | managers? | | 10:13:27 |

16

```
 1        A.    No.                                          10:13:28

 2        Q.    Do you have a goal for -- strike that.       10:13:34

 3              Have you ever had a goal for women warehouse 10:13:38

 4    managers?                                              10:13:42

 5              MR. KADUE:   Objection, the question is vague. 10:13:43

 6              You may answer.                               10:13:46

 7        A.    I'm sorry?                                    10:13:48

 8        Q.    The question is, have you ever had a          10:13:49

 9    diversity goal for women warehouse managers?            10:13:54

10        A.    Diversity goals have been all inclusive.  It  10:13:58

11    includes minorities and women.                          10:14:01

12        Q.    I see.                                         10:14:06

13        A.    When I set diversity goals, it's the          10:14:08

14    inclusion of women and minorities.                      10:14:10

15        Q.    Why don't you tell me what kind of diversity  10:14:14

16    goals you have set?                                      10:14:17

17        A.    I have set goals to increase diversity in     10:14:18

18    respective regions, specifically one year from 30%, to  10:14:23

19    30% in the Northeast from 22%, and to 40% in the        10:14:31

20    Southeast from 34%.                                     10:14:36

21        Q.    And what jobs did these, the 30% and the 40%, 10:14:42

22    pertain to?                                             10:14:49

23        A.    Warehouse manager.                            10:14:50

24        Q.    Is this a current goal?                        10:14:54

25        A.    This was a goal of the prior year.            10:14:56
```

17

| | | |
|---|---|---|
| 1 | Q.    2005? | 10:15:00 |
| 2 | A.    I believe it was 2004. | 10:15:01 |
| 3 | Q.    2004, so it would be 2004 through 2005? | 10:15:03 |
| 4 | A.    Correct. | 10:15:08 |
| 5 | Q.    And when did the time period end? | 10:15:09 |
| 6 | A.    In the ensuing evaluation or the review of | 10:15:16 |
| 7 | that, my review, I don't have it specifically in front | 10:15:20 |
| 8 | of me, so I can't give you exact date. | 10:15:24 |
| 9 | Q.    I see.  I believe we have asked for it, but | 10:15:27 |
| 10 | I'm not sure we have it yet. | 10:15:29 |
| 11 | Are the two goals, the 30% and the 40% goals | 10:15:32 |
| 12 | that you described, are those set forth in your | 10:15:36 |
| 13 | performance evaluation for 2004-2005? | 10:15:40 |
| 14 | A.    I believe so, the dating I believe so. | 10:15:43 |
| 15 | Q.    And who prepared -- who set that goal in your | 10:15:46 |
| 16 | performance evaluation? | 10:15:50 |
| 17 | A.    I did. | 10:15:51 |
| 18 | Q.    How did you come to set that goal? | 10:15:53 |
| 19 | A.    Set a goal that -- set as a stretch goal that | 10:15:58 |
| 20 | I believed that we could achieve through our continued | 10:16:02 |
| 21 | focus. | 10:16:07 |
| 22 | Q.    Was the setting of a 30 -- strike that. | 10:16:09 |
| 23 | Was the setting of these goals for women | 10:16:12 |
| 24 | warehouse managers discussed at the Executive Committee | 10:16:15 |
| 25 | level? | 10:16:19 |

18

| | | |
|---|---|---|
| 1 | A.    It was a diversity goal that was set. | 10:16:19 |
| 2 | Q.    I'm asking you -- oh, go ahead. | 10:16:22 |
| 3 | A.    Again, I, separation of the two, it was a | 10:16:24 |
| 4 | diversity goal that included women and minorities. | 10:16:28 |
| 5 | Q.    I see, 30% including women and minorities? | 10:16:32 |
| 6 | A.    Correct. | 10:16:36 |
| 7 | Q.    I see.  And that was in the Northeast and | 10:16:37 |
| 8 | then 40% including women and minorities in the | 10:16:44 |
| 9 | Southeast? | 10:16:47 |
| 10 | A.    Correct. | 10:16:48 |
| 11 | Q.    I see.  My question was -- let me back up. | 10:16:48 |
| 12 | You're a member of the Executive Committee, | 10:16:53 |
| 13 | right? | 10:16:56 |
| 14 | A.    Correct. | 10:16:56 |
| 15 | Q.    Was the setting of goals, of diversity goals, | 10:16:57 |
| 16 | discussed at the Executive Committee? | 10:17:01 |
| 17 | A.    Specific goals? | 10:17:04 |
| 18 | Q.    Any goals, diversity goals. | 10:17:05 |
| 19 | A.    Yes. | 10:17:09 |
| 20 | Q.    All right.  What was discussed? | 10:17:10 |
| 21 | A.    That we needed to continue to focus on the | 10:17:15 |
| 22 | diversity aspect and that it was incumbent on each of | 10:17:20 |
| 23 | the senior executives in the organization to set goals | 10:17:26 |
| 24 | for their respective regions or areas and achieve those | 10:17:30 |
| 25 | goals. | 10:17:35 |

19

| | | | |
|---|---|---|---|
| 1 | Q. | Did Mr. Sinegal say that? | 10:17:36 |
| 2 | A. | I don't recall who said it. | 10:17:39 |
| 3 | Q. | You don't recall who said it? | 10:17:41 |
| 4 | A. | (Shaking head.) | 10:17:43 |
| 5 | Q. | Was there an agreement to set such goals? | 10:17:44 |
| 6 | A. | Yes. | 10:17:47 |
| 7 | Q. | When was -- when did that agreement occur? | 10:17:51 |
| 8 | A. | I don't know when, exactly when. | 10:17:58 |
| 9 | Q. | Was it before the goal was set in your | 10:18:01 |
| 10 | | performance evaluation? | 10:18:07 |
| 11 | A. | Yes. | 10:18:09 |
| 12 | Q. | Do you have a performance evaluation for | 10:18:17 |
| 13 | | 2005-2006? | 10:18:21 |
| 14 | A. | I have a performance evaluation for 2005 I | 10:18:23 |
| 15 | | believe. | 10:18:27 |
| 16 | Q. | The prior evaluation was for 2004 or | 10:18:31 |
| 17 | | 2004-2005? | 10:18:37 |
| 18 | A. | I need to see them if I could, because I | 10:18:38 |
| 19 | | can't give you the exact dating on them. | 10:18:42 |
| 20 | Q. | Yeah, we have had some difficulties -- | 10:18:45 |
| 21 | A. | I have had two within a ten month period, and | 10:18:47 |
| 22 | | then I had a subsequent one, so I'm not sure as to the | 10:18:51 |
| 23 | | exact dating on them. | 10:18:54 |
| 24 | Q. | Okay, well, hopefully before the deposition | 10:18:56 |
| 25 | | is over we'll get the documents.  But the current | 10:18:58 |

20

| | | |
|---|---|---|
| 1 | performance evaluation is as best you recall dated 2005? | 10:19:02 |
| 2 | A.    Correct. | 10:19:05 |
| 3 | Q.    And does that have a diversity goal in it? | 10:19:06 |
| 4 | A.    As I recall, yes. | 10:19:12 |
| 5 | Q.    And what is that goal? | 10:19:17 |
| 6 | A.    Again, I would like to see the evaluation. | 10:19:20 |
| 7 | Q.    Okay.  As best you can recall it's a numeric | 10:19:24 |
| 8 | number that includes both women and minorities at the | 10:19:28 |
| 9 | warehouse manager level? | 10:19:35 |
| 10 | A.    Correct.  I would like to qualify.  As I | 10:19:37 |
| 11 | recall, there are two set numbers in two of the | 10:19:51 |
| 12 | evaluations, my performance appraisal, and then there is | 10:19:56 |
| 13 | one that is written not in the goal section but in | 10:20:00 |
| 14 | another section, so I'm not sure how the three | 10:20:04 |
| 15 | evaluations, which one is which until I see them. | 10:20:08 |
| 16 | Q.    I see, so they're -- the goals are discussed | 10:20:12 |
| 17 | in two places in the evaluations? | 10:20:16 |
| 18 | A.    No, in two of the evaluations the goals are | 10:20:19 |
| 19 | discussed in the goals section, and in one evaluation | 10:20:22 |
| 20 | it's discussed in a subsequent section, and I'm not sure | 10:20:26 |
| 21 | which is -- which goal is which. | 10:20:33 |
| 22 | Q.    I see.  The goals section is the section that | 10:20:36 |
| 23 | contains some of the other goals that you referred to, | 10:20:39 |
| 24 | shrinkage and things of that kind? | 10:20:44 |
| 25 | A.    Correct. | 10:20:47 |

21

```
1        Q.    Other than the performance evaluations and      10:20:47

2   the Rothman Plan, is there any written document that       10:20:55

3   sets forth goals, diversity goals, pertaining to           10:21:00

4   warehouse managers?                                        10:21:05

5        A.    The employee agreement.  In terms of goals?     10:21:09

6        Q.    Yes, in terms of goals.                         10:21:13

7        A.    Just that it --                                 10:21:15

8              MR. KADUE:  I would just object generally as    10:21:17

9   to goals, are you talking about specific numerical goals   10:21:19

10  or goals generally, so it's ambiguous.                     10:21:23

11             But if you can answer.                          10:21:24

12       Q.    That's a fair objection.                        10:21:24

13             Referring to numeric goals of the kind that     10:21:26

14  you have described, the 30% and the 40% for example, is    10:21:29

15  there any place, any written document that sets forth      10:21:37

16  such goals other than performance evaluations?             10:21:43

17       A.    There are documents, the goals that are set     10:21:49

18  by the senior vice presidents and in turn their regional   10:21:52

19  vice presidents.                                           10:21:58

20       Q.    And by senior vice presidents, you're           10:21:59

21  referring to Mr. Long and Mr. Campbell who report to       10:22:02

22  you?                                                       10:22:07

23       A.    Correct.                                        10:22:07

24       Q.    And I guess the other senior vice presidents    10:22:07

25  who report to Mr. Zook and Mr. Schutt?                     10:22:11
```

22

```
 1          A.     I can't speak for Mr. Zook and Mr. Schutt.  I        10:22:16

 2    can speak for myself that my goals became Mr. Long's and         10:22:20

 3    Mr. Campbell's goals and subsequently became their              10:22:24

 4    respective vice presidents' goals.                              10:22:29

 5          Q.     Referring to the agreement that was reached         10:22:31

 6    at the Executive Committee level about the use of               10:22:34

 7    numeric goals, who was in the room besides yourself and         10:22:39

 8    Mr. Sinegal?                                                    10:22:48

 9          A.     The Executive Committee and Mr. Brotman,            10:22:50

10    Mr. Zook, Mr. Galanti, Mr. Schutt, Mr. DiCerchio,               10:22:57

11    Mr. Walker, Mr. Jelinek, Mr. Moulton, Mr. Knapp,                10:23:09

12    Mr. Rose.                                                       10:23:24

13          Q.     Mr. Brotman is Chairman of the Board; is that       10:23:33

14    correct?                                                        10:23:36

15          A.     That's correct.                                    10:23:36

16          Q.     And Mr. Zook and Mr. Schutt you have                10:23:37

17    previously described?                                           10:23:41

18          A.     That's correct.                                    10:23:43

19          Q.     Mr. Galanti is Executive Vice President and         10:23:44

20    CFO?                                                            10:23:47

21          A.     That's correct.                                    10:23:48

22          Q.     Is that correct?  Mr. DiCerchio is Senior           10:23:49

23    Executive Vice President and COO; is that correct?             10:23:54

24          A.     That's correct.                                    10:23:58

25          Q.     Mr. Walker is the Executive Vice President          10:23:59
```

23

```
1    for Construction and Distribution?                    10:24:04

2         A.    That's correct.                            10:24:06

3         Q.    And Mr. Jelinek is the Executive Vice      10:24:07

4    President and COO of Merchandising?                   10:24:10

5         A.    Correct.                                   10:24:14

6         Q.    Mr. Moulton is Executive Vice President for 10:24:15

7    Real Estate; is that correct?                         10:24:18

8         A.    Correct.                                   10:24:20

9         Q.    Mr. Knapp is the Senior Vice President for 10:24:20

10   Merchandising Non-foods?                              10:24:24

11        A.    Correct.                                   10:24:26

12        Q.    And Mr. Rose is Senior Vice President for  10:24:26

13   E-Commerce and Publishing; is that correct?           10:24:32

14        A.    Correct.                                   10:24:35

15        Q.    Can you recall --                          10:24:35

16        A.    I neglected --                             10:24:36

17        Q.    I'm sorry.                                 10:24:38

18        A.    I neglected one individual, Jim Murphy,    10:24:39

19   Mr. Murphy is Executive Vice President International. 10:24:41

20        Q.    Okay.  Was the agreement that was reached at 10:24:45

21   the Executive Committee level to include numeric goals 10:24:54

22   in the performance evaluations for 2004-2005?         10:24:58

23        A.    I don't recall the dating, and I'm sorry if I 10:25:11

24   misspoke, but the setting of numerical goals, we have 10:25:15

25   discussed diversity in our Executive Committee meetings. 10:25:19
```

24

| | | |
|---|---|---|
| 1 | As to setting the numeric goals, that was not set in | 10:25:24 |
| 2 | these meetings.  We were given a mandate as the senior | 10:25:28 |
| 3 | executives individually to come up with our goals. | 10:25:33 |
| 4 | Q.    And who gave the mandate? | 10:25:44 |
| 5 | A.    That was set by Mr. Sinegal. | 10:25:47 |
| 6 | Q.    Okay.  Now referring to goals as opposed to | 10:25:52 |
| 7 | diversity generally, were senior executives subject to | 10:25:58 |
| 8 | -- or strike that. | 10:26:07 |
| 9 | Were senior executives prior to this | 10:26:07 |
| 10 | Executive Committee meeting under a mandate to use | 10:26:12 |
| 11 | numeric goals? | 10:26:17 |
| 12 | A.    It's always been a goal, we have always had | 10:26:20 |
| 13 | goals that we have set.  As to whether they have been | 10:26:23 |
| 14 | numeric or otherwise, I can't answer.  We have always | 10:26:27 |
| 15 | had a goal to maintain and to focus on the issue of | 10:26:33 |
| 16 | diversity.  We have more formalized it with the Rothman | 10:26:37 |
| 17 | Workplan.  As we got larger and larger as an | 10:26:45 |
| 18 | organization, we felt it became necessary for us to | 10:26:50 |
| 19 | formalize the process as it relates to that. | 10:26:54 |
| 20 | Q.    Right. | 10:26:57 |
| 21 | A.    And came out I believe in 2001. | 10:26:58 |
| 22 | Q.    Okay.  What I'm focusing on is the use of | 10:27:04 |
| 23 | numeric goals.  Was there a mandate prior to the | 10:27:11 |
| 24 | Executive Committee meeting that you have described to | 10:27:15 |
| 25 | use numeric goals for senior executives? | 10:27:22 |

25

| | | |
|---|---|---|
| 1 | A.    No. | 10:27:27 |
| 2 | Q.    To the best of your recollection, did this | 10:27:30 |
| 3 | Executive Committee meeting take place in 2004? | 10:27:34 |
| 4 | MR. KADUE:  Objection, that's been asked and | 10:27:38 |
| 5 | answered. | 10:27:40 |
| 6 | A.    I don't recall the exact date, I don't recall | 10:27:41 |
| 7 | the exact year.  It was a couple of years, so I'm not | 10:27:44 |
| 8 | sure which specifically took place. | 10:27:49 |
| 9 | (Discussion off the record.) | 10:28:08 |
| 10 | MR. KADUE:  Just for the record, Exhibit 35 | 10:28:43 |
| 11 | 135000 through 135032. | 10:28:46 |
| 12 | MR. LEE:  Okay. | 10:28:50 |
| 13 | MR. KADUE:  It's the same thing. | 10:28:50 |
| 14 | BY MR. LEE: | 10:29:06 |
| 15 | Q.    Mr. Portera, I have placed in front of you a | 10:29:06 |
| 16 | copy of Plaintiffs Exhibit 35, could you review that | 10:29:09 |
| 17 | cumulative exhibit? | 10:29:16 |
| 18 | A.    I'm sorry? | 10:29:21 |
| 19 | Q.    Could you just look through the exhibit and | 10:29:22 |
| 20 | see if this helps you recall when the mandate was issued | 10:29:25 |
| 21 | for senior executives to use numeric goals. | 10:29:33 |
| 22 | A.    (Reading.) | 10:29:46 |
| 23 | Q.    In the lower right-hand corner there are | 10:30:43 |
| 24 | numbers, I would direct you to the page with the last | 10:30:45 |
| 25 | two digits 21. | 10:30:50 |

26

| | | |
|---|---|---|
| 1 | A.    21? | 10:30:51 |
| 2 | Q.    Yeah, and if you could take a look at that | 10:30:53 |
| 3 | page and the pages after, that might help you. | 10:30:56 |
| 4 | MR. KADUE:  When you first asked him to go | 10:31:03 |
| 5 | through the entire document, and now you're asking him | 10:31:06 |
| 6 | to look instead at page 21, right? | 10:31:09 |
| 7 | MR. LEE:  Correct, I'm trying to be helpful. | 10:31:12 |
| 8 | MR. KADUE:  Could you read back the pending | 10:31:45 |
| 9 | question, please. | 10:31:47 |
| 10 | (Record read as requested.) | 10:31:47 |
| 11 | BY MR. LEE: | 10:31:48 |
| 12 | Q.    Can you answer the question? | 10:31:48 |
| 13 | A.    I don't see that it was mandated. | 10:31:50 |
| 14 | Q.    Does this help you remember when it was | 10:31:59 |
| 15 | mandated, do these documents? | 10:32:01 |
| 16 | A.    Since I don't believe it was mandated, I | 10:32:05 |
| 17 | can't answer that. | 10:32:11 |
| 18 | Q.    Mr. Portera, could you explain your answer? | 10:32:23 |
| 19 | A.    As it relates to 21 here? | 10:32:32 |
| 20 | Q.    No.  I have asked about a mandate for senior | 10:32:36 |
| 21 | executives to utilize numeric goals for diversity, was | 10:32:43 |
| 22 | that mandated? | 10:32:48 |
| 23 | A.    My answer was that it was not mandated. | 10:32:49 |
| 24 | Q.    Okay, I'm asking you to explain your answer. | 10:32:52 |
| 25 | A.    There was -- there were never specific | 10:32:55 |

27

**U.S. LEGAL SUPPORT**

```
 1    numbers that were applied or specific quotas that were      10:32:57

 2    given.  What was mandated was that we must continue to       10:33:01

 3    focus, we must continue to work as indicated with the        10:33:05

 4    Rothman Plan, and that we must continue to further the       10:33:09

 5    careers of minorities and females.                           10:33:14

 6         Q.    I see.                                             10:33:17

 7         A.    But specifically from a numerical standpoint,      10:33:18

 8    it wasn't.                                                    10:33:24

 9         Q.    Could you look at the page with the last two       10:33:43

10    digits 29, it's the Executive Committee meeting notes        10:33:47

11    from October 7th and 8th, 2004.                              10:33:54

12         A.    (Reading.)                                        10:34:07

13         Q.    Can you recall what was discussed about           10:34:13

14    diversity on that occasion based on these notes?             10:34:17

15         A.    The fact that we have a very diverse base and     10:34:24

16    that we must continue to work toward that being              10:34:30

17    systematic through the system.                               10:34:34

18         Q.    And what does, under female, under the            10:34:36

19    heading diversity goals for the next two years, there's      10:34:41

20    a reference to females, warehouse managers 13% to 15%,       10:34:46

21    and I believe that the Jim that's referred to is             10:34:52

22    Mr. Sinegal?                                                 10:34:56

23         A.    Correct.                                          10:34:56

24         Q.    Do you recall what he said on that occasion?      10:34:57

25         A.    No, I don't.                                      10:35:00
```

28

```
 1        Q.    Do you have any understanding that        10:35:20

 2   Mr. Sinegal on October 2004 at the Executive Committee   10:35:22

 3   meeting said that the warehouse manager representation   10:35:28

 4   of females should increase from 13% to 15% over the next  10:35:32

 5   two years?                                              10:35:38

 6        A.    I believe that he set these as goals for us  10:35:39

 7   to attempt to achieve, yes.                             10:35:43

 8        Q.    Okay.  And did Mr. Sinegal set goals for vice  10:35:46

 9   president of operations to move from zero to two women?  10:35:49

10        A.    Yes.                                         10:35:54

11        Q.    And did he set the goal of moving the        10:35:55

12   Executive Committee membership from zero to one woman?  10:36:00

13        A.    Yes.                                         10:36:04

14        Q.    Other than the Rothman Workplan, do you know  10:36:28

15   of any documents issued to employees that discuss       10:36:39

16   diversity?                                              10:36:44

17        A.    New hire orientation talks about diversity,  10:36:48

18   talks about opportunity within the organization.        10:36:55

19   Employee agreement talks about diversity, talks about   10:37:00

20   promotional opportunities.  That's both significant in  10:37:07

21   that when you first -- the period of time the employee  10:37:15

22   comes to us they are oriented on those issues as well as  10:37:18

23   the employee agreement as well as the culture itself.   10:37:23

24        Q.    Well, I'm asking you about written documents  10:37:29

25   other than the new hire orientation and the employee    10:37:32
```

                                                             29

| | | |
|---|---|---|
| 1 | agreement and the Rothman Workplan. | 10:37:37 |
| 2 | A.    I can't -- I know there must be others, but I | 10:37:42 |
| 3 | can't give you any specifics at this point. | 10:37:46 |
| 4 | Q.    What does the new hire orientation say about | 10:38:02 |
| 5 | diversity? | 10:38:05 |
| 6 | A.    It says that it's our responsibility as a | 10:38:06 |
| 7 | company to be inclusive of all people, it's a level | 10:38:12 |
| 8 | playing field, that everybody will have an opportunity, | 10:38:19 |
| 9 | that there are no barriers for those who wish to succeed | 10:38:23 |
| 10 | in our organization. | 10:38:27 |
| 11 | Q.    Are there any documents, written documents, | 10:38:37 |
| 12 | given to employees that discuss numeric goals for women | 10:38:45 |
| 13 | warehouse managers? | 10:39:00 |
| 14 | MR. KADUE:    By employees, you mean other than | 10:39:02 |
| 15 | like the regional vice presidents? | 10:39:04 |
| 16 | Q.    Other than the senior executives. | 10:39:07 |
| 17 | A.    Not that I'm aware. | 10:39:09 |
| 18 | Q.    Are there any written documents given to | 10:39:12 |
| 19 | employees that discuss numeric goals for women with | 10:39:18 |
| 20 | respect to any other positions? | 10:39:24 |
| 21 | A.    Not that I'm aware of. | 10:39:27 |
| 22 | Q.    When did you start at Costco? | 10:39:39 |
| 23 | A.    1984. | 10:39:43 |
| 24 | Q.    Did you start at Costco or Price Club? | 10:39:45 |
| 25 | A.    Started at Costco. | 10:39:48 |

30

```
1        A.    Not that I recall.                        12:44:20

2        Q.    Did you communicate with Mr. Sinegal orally  12:44:22

3   or by telephone and provide, well, orally or by        12:44:26

4   telephone?                                             12:44:33

5        A.    Yes, I did.                                 12:44:33

6        Q.    And did you provide Mr. Sinegal biographical 12:44:34

7   information statements?                                12:44:40

8        A.    No.                                         12:44:42

9        Q.    Okay.  Typically what information do you     12:44:43

10   convey to Mr. DiCerchio orally or by telephone         12:44:57

11   concerning a promotion?                                12:45:02

12        A.    Lenth of time --                            12:45:07

13        Q.    To store manager, to warehouse manager?     12:45:08

14        A.    To warehouse manager, length of time in the 12:45:09

15   position, background in terms of what they have done and 12:45:13

16   positions they have held, number of locations,         12:45:17

17   geographic areas that they have worked, and their      12:45:22

18   involvement in any of the classes and courses we offer, 12:45:31

19   whether it's leadership, whether it's food sanitation, 12:45:37

20   the Rothman Workplan, they have been involved in those 12:45:44

21   aspects of it, and why they would make a good warehouse 12:45:48

22   manager for all of those reasons.                      12:45:53

23        Q.    Typically how long will that conversation   12:46:02

24   take?                                                  12:46:06

25        A.    On each individual, ten minutes.            12:46:06
```

81

```
1    Do you want him to talk about Canada or just the U.S.?        12:49:29

2         Q.    Let's leave out Canada.                            12:49:32

3         A.    I will get promotional lists, indicators of        12:49:36

4    assistant managers that are promotable within a time          12:49:43

5    frame.  Generally I request or receive those once or          12:49:51

6    twice a year.                                                 12:49:55

7         Q.    Any other documents?                               12:50:06

8         A.    Specifically from assistant manager to             12:50:10

9    warehouse manager?                                            12:50:15

10        Q.    Yes.                                                12:50:16

11        A.    None that I'm aware of.                            12:50:16

12        Q.    How long have you been receiving lists of          12:50:27

13   promotables?                                                  12:50:35

14        A.    For a number of years.  Specifically when, I       12:50:37

15   can say that I have been receiving them since I came to       12:50:41

16   the Eastern division, which is 11 plus years ago.            12:50:47

17        Q.    What is the role you play as executive vice        12:51:05

18   president in the process of promotion of an individual        12:51:11

19   to warehouse manager?                                         12:51:15

20        A.    The process is -- includes the regional vice       12:51:19

21   president recommendation and the senior vice president.       12:51:22

22   Once that decision has been made at their levels, they        12:51:30

23   will approach me with the candidate and a recommendation      12:51:34

24   and the reasons for that line of thinking, thought            12:51:39

25   process.                                                      12:51:46
```

84

```
 1    who was considered?                                    12:53:35

 2         A.    Yes.                                        12:53:36

 3         Q.    What information do you receive about who was   12:53:38

 4    considered?                                            12:53:41

 5         A.    It can be given a comprehensive, have a     12:53:43

 6    comprehensive discussion about all those individuals  12:53:52

 7    that were considered, the reasons they were considered,   12:53:54

 8    and why the individual that was selected was ultimately   12:53:58

 9    selected.  And this conversation is not a one-way      12:54:02

10    conversation, I will obviously ask a number of questions   12:54:19

11    and inject and ask them if they also considered        12:54:20

12    additional individuals that I may be aware of or that  12:54:22

13    may have been on a promotable list, so it's generally  12:54:24

14    it's always a two-way conversation.                    12:54:26

15         Q.    Typically how many individuals are considered   12:54:43

16    for a warehouse promotion?                             12:54:46

17               MR. KADUE:  Objection, lacks foundation.    12:54:50

18               Answer what you know.                       12:54:52

19         A.    Varies, varies based on location, geographic   12:54:53

20    area, the number of individuals that are on the bench at   12:55:02

21    any given time.                                        12:55:08

22         Q.    Approximately how many assistant managers are   12:55:12

23    there in the Northeast and Southeast?                  12:55:19

24         A.    Approximately 300.                          12:55:26

25         Q.    How do you utilize the list of promotables?   12:55:57
```

86

| | | |
|---|---|---|
| 1 | of our locations as well as each of our regional | 13:28:38 |
| 2 | offices. | 13:28:42 |
| 3 | Q.   Okay.  Aside from the posting of the Rothman | 13:28:42 |
| 4 | Plan, does your office maintain any other documents | 13:28:44 |
| 5 | pertaining -- that touch upon the Rothman Plan? | 13:28:48 |
| 6 | MR. KADUE:  Objection, vague as to touch upon | 13:28:52 |
| 7 | and pertain. | 13:28:54 |
| 8 | Q.   Do you understand what I mean? | 13:28:55 |
| 9 | A.   Yes. | 13:28:57 |
| 10 | Not that I'm aware of. | 13:28:58 |
| 11 | Q.   Okay.  Is it true that there are no written | 13:29:00 |
| 12 | minimal qualification standards for the warehouse | 13:29:32 |
| 13 | manager position? | 13:29:36 |
| 14 | THE WITNESS:  Could you repeat the question. | 13:29:41 |
| 15 | (Record read as requested.) | 13:29:52 |
| 16 | A.   Yes. | 13:29:56 |
| 17 | BY MR. LEE: | 13:29:57 |
| 18 | Q.   Have there ever been any written minimum | 13:29:57 |
| 19 | qualification standards for the warehouse manager | 13:30:08 |
| 20 | position? | 13:30:09 |
| 21 | A.   None that I'm aware of. | 13:30:10 |
| 22 | Q.   Is it true that the warehouse manager | 13:30:11 |
| 23 | position is not posted? | 13:30:15 |
| 24 | A.   Correct. | 13:30:17 |
| 25 | Q.   Is it true that there's no written | 13:30:22 |

106

```
 1    application to fill a warehouse manager position?      13:30:31

 2        A.    Correct.                                     13:30:35

 3        Q.    Is it true that there are no written criteria 13:30:37

 4    for filling the warehouse manager position?            13:30:42

 5             MR. KADUE:   Objection, vague as to -- or      13:30:45

 6    ambiguous as to express or imply.                      13:30:50

 7        A.    Not that I'm aware of.                        13:30:54

 8        Q.    Is it true that there is no written procedure 13:31:07

 9    for filling warehouse manager positions?               13:31:11

10        A.    Yes.                                          13:31:15

11        Q.    Yes meaning there are no written procedures;  13:31:24

12    is that right?                                          13:31:28

13        A.    Correct.                                      13:31:29

14        Q.    Do you know what criteria Mr. Sinegal applied 13:31:52

15    in approving promotions to warehouse manager?          13:31:58

16        A.    Mr. Sinegal approves based on information he  13:32:05

17    receives and discussions that we have pertinent to each 13:32:10

18    individual.                                            13:32:25

19        Q.    Did you ever have a conversation with         13:32:28

20    Mr. Sinegal in which he said, these are the criteria I  13:32:31

21    apply in deciding if I'm going to approve a warehouse   13:32:35

22    manager promotion?                                     13:32:39

23        A.    No.                                           13:32:40

24        Q.    What are the criteria that you use in         13:32:47

25    deciding to approve, whether to approve a warehouse     13:32:53
```

107

```
 1    manager promotion?                                  13:32:59

 2         A.    Involve a number of things, length of    13:33:05

 3    service, merchandising skills, good people skills,  13:33:09

 4    experience and background, geographic location of the 13:33:16

 5    location in question, all of the above, all of those. 13:33:25

 6         Q.    Is there a minimal length of service criteria 13:33:41

 7    that you apply?                                     13:33:46

 8         A.    There's no minimal, but as a practical matter 13:33:48

 9    generally five plus years in the position, as a    13:33:54

10    practical matter.                                   13:33:58

11         Q.    Referring to people skills, is there a   13:34:20

12    minimum qualification on people skills that you --  13:34:23

13    criteria that you apply, criterion?                 13:34:32

14         A.    The ability to interact with your pears, 13:34:35

15    interact with those individuals that you're going to be 13:34:41

16    working with, have the respect of those individuals that 13:34:45

17    will be reporting to you, that you can be a leader. 13:34:51

18         Q.    What do you base -- on what information do 13:35:06

19    you base that determination?                        13:35:20

20         A.    On observations during my visits, on     13:35:24

21    conversations that I have with senior vice presidents, 13:35:32

22    the regional vice presidents, the recommendations that 13:35:36

23    are made by the warehouse manager.  It's an ongoing 13:35:39

24    process, and these individuals are constantly monitored, 13:35:43

25    because taking that next step is a big one, and so there 13:35:52
```

108

U.S. LEGAL SUPPORT

| | | |
|---|---|---|
| 1 | is a great deal of involvement on all of their levels | 13:35:57 |
| 2 | and all of our levels when it comes to making those | 13:36:02 |
| 3 | decisions. | 13:36:05 |
| 4 | Q.    Is there a minimal qualification that you | 13:36:06 |
| 5 | utilize with respect to the criterion of experience and | 13:36:10 |
| 6 | background? | 13:36:13 |
| 7 | A.    I'm sorry, could you repeat that, please. | 13:36:14 |
| 8 | Q.    Is there a minimal qualification that you | 13:36:17 |
| 9 | utilize with respect to the criterion of experience and | 13:36:22 |
| 10 | background? | 13:36:26 |
| 11 | A.    For promotion to warehouse manager? | 13:36:26 |
| 12 | Q.    Yes, I'm asking only about promotion to | 13:36:28 |
| 13 | warehouse manager. | 13:36:31 |
| 14 | A.    Minimally they would have had experience in | 13:36:32 |
| 15 | numerous departments within the warehouse, both on the | 13:36:39 |
| 16 | non-sell, the merchandising being very critical to that | 13:36:43 |
| 17 | position, that they would hopefully be a rotation | 13:36:52 |
| 18 | through all of the staff level positions, that they | 13:36:55 |
| 19 | would have worked positions with the required | 13:37:01 |
| 20 | interaction with the customer, that they understand the | 13:37:07 |
| 21 | systems and the components of the systems in the company | 13:37:12 |
| 22 | and how it all ties together.  Those would all be | 13:37:17 |
| 23 | factors, besides what I already indicated as the people | 13:37:21 |
| 24 | skills and the -- | 13:37:25 |
| 25 | MR. KADUE:  When you come to a natural point | 13:37:26 |

109

| | | |
|---|---|---|
| 1 | for a break, I would like to take a break. | 13:37:29 |
| 2 |      MR. LEE:   Okay, I will be there soon | 13:37:31 |
| 3 | actually. | 13:37:33 |
| 4 | BY MR. LEE: | 13:37:35 |
| 5 |    Q.    What source of information do you base your | 13:37:35 |
| 6 | determination on background and experience? | 13:37:38 |
| 7 |    A.    Verbal conversation with the regional vice | 13:37:43 |
| 8 | presidents and senior vice presidents, visually through | 13:37:48 |
| 9 | walks of the individual locations, their biographies can | 13:37:54 |
| 10 | be accessed by myself through the office.  As I said, | 13:38:01 |
| 11 | it's just a -- it's a continual and ongoing process. | 13:38:08 |
| 12 |    Q.    Do you know what criteria other executive | 13:38:25 |
| 13 | vice presidents utilize with respect to the role they | 13:38:38 |
| 14 | play in promotion of individuals to warehouse manager? | 13:38:43 |
| 15 |    A.    No. | 13:38:48 |
| 16 |    Q.    Do you have any reason to believe that they | 13:38:49 |
| 17 | apply different criteria? | 13:38:53 |
| 18 |    A.    No. | 13:38:54 |
| 19 |    Q.    Do you have any reason to believe they do | 13:38:57 |
| 20 | apply similar criteria? | 13:39:01 |
| 21 |    A.    Yes. | 13:39:04 |
| 22 |    Q.    And what would that reason be? | 13:39:05 |
| 23 |    A.    The way we run our organization, although | 13:39:09 |
| 24 | it's a more regional and division oriented, work closely | 13:39:13 |
| 25 | together as a group and a team in developing policies | 13:39:21 |

110

```
 1   and procedures, in developing individuals.  There is      13:39:25

 2   quite a bit of interaction between the executive vice      13:39:31

 3   presidents and the senior vice presidents of the          13:39:35

 4   company.                                                   13:39:42

 5           MR. LEE:  Do you want to stop right now, or        13:39:47

 6   can I just ask --                                          13:39:50

 7           MR. KADUE:  Go ahead.                              13:39:52

 8   BY MR. LEE:                                                13:39:53

 9       Q.   Referring to Plaintiffs Exhibit 53, the           13:39:53

10   manager's biographical information statement.  It's the    13:39:56

11   one with that nice picture of you.  Could you describe     13:40:12

12   your first position --                                     13:40:27

13           MR. KADUE:  Oh, if you're going to go on to a      13:40:27

14   new topic, I --                                            13:40:29

15           MR. LEE:  Well, I was going to try to finish       13:40:29

16   it up very fast.                                           13:40:31

17           MR. KADUE:  Okay.                                  13:40:31

18   BY MR. LEE:                                                13:40:32

19       Q.   Could you describe your first position at         13:40:32

20   Costco?                                                    13:40:33

21       A.   Yes, I was warehouse manager.                     13:40:33

22       Q.   And I believe -- and that was in 1984?            13:40:35

23       A.   Correct.                                          13:40:38

24       Q.   And within a year you moved to vice president     13:40:38

25   of regional operations manager?                            13:40:43
```

111

| | | |
|---|---|---|
| 1 | in all the different facets of the business and ensures | 14:05:55 |
| 2 | success down the road. | 14:06:09 |
| 3 | Q.    I believe you said there is no written | 14:06:09 |
| 4 | policy; is that correct? | 14:06:11 |
| 5 | A.    As far as I know, there is not. | 14:06:11 |
| 6 | Q.    Is there any written guidelines as to | 14:06:13 |
| 7 | rotation at the staff manager level? | 14:06:17 |
| 8 | A.    Not that I'm aware of. | 14:06:20 |
| 9 | Q.    Is there a written policy of rotation of | 14:06:31 |
| 10 | managers below staff manager? | 14:06:36 |
| 11 | A.    Not that I'm aware of. | 14:06:40 |
| 12 | Q.    Is there a practice of rotation of managers | 14:06:42 |
| 13 | below staff manager? | 14:06:49 |
| 14 | A.    Yes. | 14:06:50 |
| 15 | Q.    And could you explain what the practice is? | 14:06:51 |
| 16 | A.    Same practice as I have explained with the | 14:06:54 |
| 17 | staff level positions, which is wanting somebody to gain | 14:06:56 |
| 18 | experience in other areas as well as based on the needs | 14:07:00 |
| 19 | of the business, the needs of the company.  Opening new | 14:07:04 |
| 20 | locations, there's rotation that takes place then.  The | 14:07:08 |
| 21 | expansion into other markets, there's a rotation that | 14:07:15 |
| 22 | takes place then.  It's a growth company, so there is a | 14:07:19 |
| 23 | constant rotation of, you know, area level managers, | 14:07:24 |
| 24 | staff level managers.  Whatever we do internally | 14:07:29 |
| 25 | warehouse to warehouse, it also is much broader than | 14:07:36 |

120

**U.S. LEGAL SUPPORT**

```
1    that because of the growth of the organization.              14:07:39

2         Q.   And as I understand your testimony, what you       14:07:42

3    have been saying about rotation applies not just in your     14:07:46

4    region but throughout the company?                           14:07:51

5         A.   Correct.                                           14:07:53

6              MR. KADUE:  Objection, lacks foundation.           14:07:54

7              But you have answered, right?                      14:07:58

8         Q.   Is it true that women as a group possess the       14:08:34

9    skills to be a warehouse manager as much as men as a         14:08:37

10   group?                                                       14:08:45

11        A.   Yes.                                               14:08:46

12        Q.   Is the same true with respect to interest?         14:08:48

13        A.   With respect to?                                   14:08:52

14        Q.   Interest in becoming a warehouse manager.          14:08:53

15        A.   I can't answer that question.  I don't know        14:08:57

16   if it's exactly the same or if it's better or worse.         14:08:59

17        Q.   Do you have any reason to think it's less?         14:09:04

18        A.   No.                                                14:09:06

19        Q.   Do women as a group possess qualifications to      14:09:10

20   become store managers equal to the qualifications of         14:09:16

21   men?                                                         14:09:19

22             MR. KADUE:  Objection.                             14:09:20

23        Q.   As a group I'm talking about.                      14:09:21

24             MR. KADUE:  It's vague.                            14:09:23

25        Q.   Go ahead.                                          14:09:24
```

121

**U.S. LEGAL SUPPORT**

| | | |
|---|---|---|
| 1 | skills, your ultimate skills. | 14:28:09 |
| 2 | Q.    Does Costco provide training in merchandising | 14:28:30 |
| 3 | to its employees? | 14:28:33 |
| 4 | MR. KADUE:   Objection, training is vague. | 14:28:36 |
| 5 | Answer as best you can. | 14:28:38 |
| 6 | A.    The term training in merchandising, it's a | 14:28:41 |
| 7 | hands-on training.   Individual expresses a desire and | 14:28:45 |
| 8 | interest to get into merchandising, generally be paired | 14:28:54 |
| 9 | up with a merchant, period of time, as well as work | 14:29:00 |
| 10 | closely with the merchandise manager and the assistant. | 14:29:07 |
| 11 | Terms of a formal training program, I'm not aware of | 14:29:12 |
| 12 | any. | 14:29:20 |
| 13 | Q.    Would it be fair to say that the hands-on | 14:29:24 |
| 14 | training is an informal program? | 14:29:27 |
| 15 | A.    Yes. | 14:29:29 |
| 16 | Q.    How do employees learn of the availability of | 14:29:35 |
| 17 | hands-on training? | 14:29:39 |
| 18 | MR. KADUE:   Objection, it's been asked and | 14:29:40 |
| 19 | answered. | 14:29:43 |
| 20 | You can answer it again. | 14:29:43 |
| 21 | A.    They learn from the moment they're hired | 14:29:45 |
| 22 | through the orientation, in orientation paperwork, | 14:29:48 |
| 23 | through the process, through the 90-day evaluation, all | 14:29:53 |
| 24 | laid out in the Rothman Workplan. | 14:30:00 |
| 25 | Q.    Is there a written application that an | 14:30:09 |

133

**U.S. LEGAL SUPPORT**

```
 1    employee can submit to get hands-on training in          14:30:12

 2    merchandising?                                           14:30:15

 3         A.    There are job postings which go up in each    14:30:17

 4    building which each and every employee has the right to  14:30:22

 5    post into.                                               14:30:26

 6         Q.    And --                                        14:30:27

 7         A.    I'm sorry.                                     14:30:28

 8         Q.    Go ahead.                                     14:30:30

 9         A.    If they meet the requirements.                14:30:31

10         Q.    So when you're referring to job postings, you 14:30:35

11    mean promotions?                                         14:30:39

12         A.    Correct.                                      14:30:40

13         Q.    What I'm asking about is, is there a written  14:30:40

14    application to apply for training?                       14:30:45

15         A.    No, not that I'm aware of.  But if I may      14:30:47

16    elaborate, that would come about through the review      14:30:52

17    process of the individuals, their performance            14:30:55

18    appraisals, initially through the orientation, through   14:30:59

19    the 90-day review process, through the open door policy  14:31:04

20    of the company which is utilized to a great extent.  An  14:31:09

21    individual in our organization would never complain      14:31:12

22    about not being able to get somebody to listen to what   14:31:17

23    they ultimately wanted to achieve.                       14:31:23

24         Q.    When you said merchant a few minutes ago,     14:31:37

25    what did -- could you define that term?                  14:31:43
```

                                                                    134

| | | |
|---|---|---|
| 1 | A.      Merchant? | 14:31:45 |
| 2 | Q.      Yeah, as you used it. | 14:31:46 |
| 3 | A.      As it relates to the building, somebody who | 14:31:48 |
| 4 | is responsible for merchandising either a section of the | 14:31:52 |
| 5 | building or the building itself. | 14:32:05 |
| 6 | Q.      So merchandising manager or an area -- | 14:32:06 |
| 7 | A.      Area manager. | 14:32:07 |
| 8 | Q.      -- merchandising manager? | 14:32:08 |
| 9 | A.      Or an assistant in charge of merchandising. | 14:32:09 |
| 10 | Q.      I see. | 14:32:11 |
| 11 | A.      Warehouse manager. | 14:32:12 |
| 12 | Q.      Would you say at Costco it's up to the | 14:32:14 |
| 13 | individual to initiate that process? | 14:32:16 |
| 14 | MR. KADUE:  Vague as to that process. | 14:32:18 |
| 15 | Q.      I'm referring to the hands-on training. | 14:32:20 |
| 16 | A.      No. | 14:32:23 |
| 17 | Q.      Okay.  Explain your answer. | 14:32:24 |
| 18 | A.      It would be up to both the individual and | 14:32:30 |
| 19 | management within a location to initiate it.  Again, | 14:32:36 |
| 20 | through the original hire, through a probationary | 14:32:40 |
| 21 | period, through performance appraisals, through the open | 14:32:44 |
| 22 | door policy, and through the fact that, you know, we are | 14:32:47 |
| 23 | constantly looking for individuals who can move into | 14:32:52 |
| 24 | certain positions in the organization.  I mean it's a | 14:32:57 |
| 25 | constant search on our part. | 14:33:01 |

135

```
 1        Q.    Does management offer hands-on training to      14:33:03

 2   all employees?  I'm talking about hands-on training of     14:33:06

 3   the kind that you described.                               14:33:11

 4        A.    In a management position or in --               14:33:12

 5        Q.    Do managers offer the hands-on training to      14:33:16

 6   all employees?                                             14:33:19

 7              MR. KADUE:  Objection, vague.                    14:33:21

 8              Answer as best you can.                          14:33:22

 9        A.    I'm not sure what you're asking, whether it     14:33:24

10   relates to an hourly employee or into a management         14:33:27

11   position or into furthering a management position.         14:33:31

12        Q.    Okay.  What I'm trying to find out is, well,    14:33:34

13   I believe your testimony was it was up to the individual   14:33:40

14   and management at the location as to initiating the        14:33:43

15   hands-on training.                                         14:33:48

16        A.    Correct.                                        14:33:50

17        Q.    Is that correct?                                14:33:51

18        A.    Correct.                                        14:33:51

19        Q.    And so I'm asking, to whom does management      14:33:52

20   offer the opportunity to engage in hands-on training in    14:33:59

21   merchandising?                                             14:34:04

22        A.    Anybody who shows an interest and a desire,     14:34:05

23   those individuals that have been identified through the    14:34:10

24   review process as having skills and the ability and        14:34:14

25   people that we deem as the superstars, they would all be   14:34:23
```

136

| | | |
|---|---|---|
| 1 | included in that. | 14:34:32 |
| 2 | Q.    Well, is it your testimony that managers | 14:34:39 |
| 3 | offer the hands-on, the opportunity to engage in | 14:34:43 |
| 4 | hands-on training to all employees or to a select group? | 14:34:46 |
| 5 | A.    Offer hands-on training to those individuals | 14:34:52 |
| 6 | that's performance was such that we believed or believe | 14:34:56 |
| 7 | that they would be ultimately, if they were working | 14:35:02 |
| 8 | toward an area manager position or merchandise manager | 14:35:07 |
| 9 | position or an admin position, that we would believe | 14:35:11 |
| 10 | qualified for that, and that happens through the posting | 14:35:14 |
| 11 | process and through the interview process, people post | 14:35:17 |
| 12 | into those positions, and the selection made from them, | 14:35:21 |
| 13 | from there, excuse me. | 14:35:25 |
| 14 | Q.    How is -- who makes the determination whether | 14:35:27 |
| 15 | someone has star quality? | 14:35:30 |
| 16 | MR. KADUE:  Objection, vague as to position. | 14:35:32 |
| 17 | A.    It's collective. | 14:35:37 |
| 18 | Q.    And who participates? | 14:35:41 |
| 19 | MR. KADUE:  Objection, vague as to position. | 14:35:44 |
| 20 | Q.    I'm talking about the managers. | 14:35:46 |
| 21 | A.    Managers in the building would participate in | 14:35:49 |
| 22 | that. | 14:35:52 |
| 23 | Q.    Would it be fair to say that hands-on | 14:35:56 |
| 24 | training is not offered to all employees? | 14:35:58 |
| 25 | MR. KADUE:  Objection, vague. | 14:36:02 |

137

**U.S. LEGAL SUPPORT**

1       A.    Under what criteria?  It would not be offered        14:36:05

2    to employees if they did not qualify, if their               14:36:09

3    performance was such that it didn't require it, yes, it       14:36:15

4    would be fair to say that.                                    14:36:23

5       Q.    Has there been a performance evaluation            14:36:30

6    system in effect for hourly employees for the last five       14:36:35

7    years?                                                        14:36:41

8       A.    Yes.                                                 14:36:42

9       Q.    Has there been a performance evaluation            14:36:43

10   system in effect for hourly employees prior to five          14:36:47

11   years ago?                                                    14:36:50

12      A.    Yes.                                                 14:36:51

13      Q.    How long has there been a performance              14:36:51

14   evaluation system?                                            14:36:54

15      A.    I don't know specifically how long, but it's        14:36:55

16   been a long time.                                             14:36:57

17      Q.    A long time?                                         14:36:58

18      A.    Yes.                                                 14:36:59

19      Q.    Was there a performance evaluation system for      14:37:00

20   hourly employees when you were a store manager back in        14:37:15

21   1984?                                                         14:37:16

22      A.    I don't recall.                                      14:37:17

23      Q.    Do you play a role as executive vice              14:37:20

24   president in deciding if an individual should be given        14:37:23

25   hands-on training in merchandising?                           14:37:30

138

**U.S. LEGAL SUPPORT**

```
 1        A.    No.                                    14:37:35

 2        Q.    What's the highest manager who plays a role    14:37:39

 3   in that?                                          14:37:43

 4              MR. KADUE:  Objection, lacks foundation.    14:37:46

 5              Answer if you know.                    14:37:50

 6        Q.    If you know.                           14:37:51

 7        A.    Regional vice president would have some    14:37:53

 8   involvement.  As a general rule when they visit    14:37:58

 9   buildings and have conversations with the warehouse    14:38:04

10   managers, warehouse managers would give them -- provide    14:38:08

11   them with information regarding positions that were    14:38:12

12   available, potential promotions, who they believed they    14:38:16

13   had that had potential.  I can't speak that in every    14:38:21

14   instance that the regional VP would be involved,    14:38:28

15   something may happen in between that, but generally the    14:38:31

16   regional VP would have involvement.               14:38:35

17        Q.    Referring to the goals in the performance    14:38:46

18   evaluations we discussed earlier, were those goals to    14:38:50

19   achieve a certain minimal percentage in the position or    14:38:58

20   a percentage of all the selections to that position in a    14:39:05

21   certain period of time?                           14:39:10

22              MR. KADUE:  Objection, unintelligible.    14:39:11

23              Answer the question if you understand it,    14:39:13

24   please.                                           14:39:15

25        A.    I don't understand the question.       14:39:15
```

139

C E R T I F I C A T E

STATE OF WASHINGTON )

                   )  ss.

COUNTY OF KING        )


      I, the undersigned Notary Public in and for the State of Washington, do hereby certify:

      That the annexed and foregoing deposition of each witness named herein was taken stenographically before me and reduced to typewriting under my direction;

      I further certify that the deposition was submitted to each said witness for examination, reading and signature after the same was transcribed unless indicated in the record that the parties and each witness waive the signing;

      I further certify that all objections made at the time of said examination to my qualifications or the manner of taking the deposition, or to the conduct of any party, have been noted by me upon said deposition;

      I further certify that I am not a relative or employee or attorney or counsel of any of the parties to said action, or a relative or employee of any such attorney or counsel;

      I further testify that I am not in any way

219

1   financially interested in the said action or the outcome

2   thereof;

3           I further certify that each witness before

4   examination was by me duly sworn to testify the truth, the

5   whole truth and nothing but the truth;

6           I further certify that the deposition, as

7   transcribed, is a full, true and correct transcript of the

8   testimony, including questions and answers, and all

9   objections, motions, and exceptions of counsel made and

10  taken at the time of the foregoing examination.

11

12          IN WITNESS WHEREOF, I have hereunto set

13  my hand and affixed my official seal this _23rd_ day of

14  _February_, _2006_.

15

16

17                                    Joan E. Kinn

18                           JOAN E. KINN

19                           Notary Public in and for

20                           the State of Washington,

21                           residing at Fall City.

22                           KI-NN-*J-E401NR

23

24

25

CONTINENTAL REPORTING SERVICE, INC.
SEATTLE, WASHINGTON
(800) 308 - 3377