# Costco Today



# WELCOME TO THE COSTCO TEAM

You've chosen a great company to work for, and we're glad you're here. On behalf of your more than 115,000 new co-workers, *Costco Today* is pleased to welcome you to the Costco family. We're your employee magazine, and it's our job to keep you informed and up-to-date on what's happening at Costco around the world.

You're now part of an international family of employees working in several countries: United States, the Commonwealth of Puerto Rico, Canada, Mexico, England, Scotland, Korea, Taiwan and Japan. All of us are dedicated to Costco's Mission Statement: To continually provide our members with quality goods and services at the lowest possible prices.

And that means we each play an important role in our home community – helping our friends and neighbors by giving them great service and showing them how they can get the most from their hard-earned money by shopping with us for quality products at great prices.

If you're in one of our established markets, you already know how much people in your town love shopping at Costco. If you're getting started in one of Costco's new markets, get ready – before you know it everyone will be talking about Costco! And you'll be proud to say you're part of such an exciting company.

No matter what your first Costco position is, you've got a bright future with us. Our company is No. 29 in the Fortune 500 and the ninth-largest retailer in the world. Along with continued expansion, Costco is committed to growing its people and promoting from within. We've got vice presidents who started gathering carts in the parking lot and warehouse managers who began stocking or assisting on the front end.

The information in this Orientation magazine will help you get off to a great start! ∎

*Where you make the difference!*

## INSIDE

- GRAND OPENING FEVER ........................... 2
  From shell to showtime
- BULK HISTORY ............................................ 3
  The story of Costco
- WALKING THE TALK ............................. 4 & 5
  Costco's Code of Ethics
- THE SIX RIGHTS ........................................... 6
  Getting it right with merchandising and people
- OPERATIONS STRATEGY ............................ 7
  Efficiencies save money, drive profits
- YOUR BUDDY ....................................... 8 & 9
  Getting off to a good start
- CAREER OPPORTUNITIES ........................ 10
  Your future is bright at Costco
- MEMBER SERVICE STANDARDS ............... 11
  How to give great service
- WHAT OUR MEMBERS
  WANT TO KNOW .............................. 12 & 13
  How to answer member questions
- OPEN DOOR POLICY ................................ 14
  How to settle disagreements and voice complaints
- DIVERSITY AT COSTCO ............................ 15
  Creating a climate of inclusion
- EXCEEDING EXPECTATIONS ............ 16 & 17
  Being the best we can be
- LEARNING TO WORK SAFELY ......... 18 & 19
  Important safety regulations
- LEARNING THE LINGO .................... 20 – 23
  "Language lessons" for Costco
- BENEFITS OVERVIEW ............................... 24
  A quick look at Costco's great programs
- WORKERS' COMPENSATION ................... 25
  If you're injured at work
- THE ROTHMAN WORKPLAN ............ 26 & 27
  Costco's blueprint to celebrating diversity
- REDUCING D&D ....................................... 28
  How you can help
- GIVING BACK ........................................... 29
  Costco's community involvement
- YOUR PAYCHECK STUB .............................. 30
  Here's how to read it
- EAP AND WORK/LIFE .............................. 31
  Confidential employee assistance
- ABOVE AND BEYOND .............................. 32
  How Costco employees make a difference
- SHARES FOR SAVINGS ............................. 33
  You could earn Costco stock for your ideas
- ELECTRONIC COMMUNICATION ............. 34
  Some common sense rules
- PRESIDENT'S AWARDS ............................ 34
  Costco's highest honor
- THE SCAVENGER HUNT ..................... 35 & 36
  Complete this for your 30-day review

PUBLISHER/EDITOR: ........................................... Donna Patané
MANAGING EDITOR: ........................................... Stephen Smith
PROJECT SUPERVISOR: ..................................... Whitney Seneker
REPORTER: ...................................................... Laura Campbell
PRINT COORDINATOR: ....................................... Diane Hobday
WRITER/COORDINATOR: ................................... Staci Barsness
CREATIVE DIRECTOR: ......................................... Dana Sullivan
GRAPHIC DESIGNER: ........................................ Dawn Sandbeck
CANADA COORDINATOR: ..................................... Diane Tucci
UK COORDINATOR: ............................................... Sue Knowles
MEXICO COORDINATOR: .......................... Monica Pereda Ponce
KOREA COORDINATOR: ..................................... Suk Jae Han
TAIWAN COORDINATOR: ........................................ Nora Wang

*Costco Wholesale Today* is published monthly for the employees of Costco Wholesale. Please send ideas and information through interwarehouse mail to Donna Patané at the Issaquah Home Office.

**Issaquah Home Office**
999 Lake Drive, Issaquah, WA 98027
phone: (425) 313-6380, fax: (425) 313-8221
e-mail: costcotoday@costco.com
Archived on Costco Intranet > Human Resources

AWARD WINNING EMPLOYEE MAGAZINE



The Dalton Pen Communications Awards Program Winner | iPrimero 2005 | NFPW WINNER | APEX 2005

# GRAND OPENING FEVER

## From shell to show time

Opening a new Costco warehouse is one of the most exciting experiences an employee can have, even though its hectic pace can make it a challenge. Consider yourself lucky if you get to start your Costco career as part of a new warehouse team. And if you start in an established building, don't worry—you may still get the chance, since new warehouse openings can provide opportunities for transfers and advancement.



The company has opened more than 450 new buildings since the first warehouse opened in San Diego, California in 1976, and the stocking and preparation of a new location is fine-tuned to a science. Yet every new opening is unique, with its own personality and its own challenges. As well versed as we are in the process, there are always unforeseen problems to overcome, and that's part of the fun.

"Each new location is treated as if it were our flagship building," says TOM WALKER, executive vice president, construction and distribution. After all, making a good impression in a new market is very important, and there is a lot of guidance and support from Costco's Home Office to help make sure the grand opening is successful.

The typical Costco goes from empty shell to ready-to-open warehouse in about five weeks. This timeline includes assembling all the steel for back stock storage, installing all fixtures (membership counter, registers, ancillary departments, etc.), training new employees and merchandising the sales floor. The latter is probably the hardest part; not because it's the most technically challenging, but because a given aisle, or "run," of merchandise rarely comes out looking exactly as it was visualized.

The excitement of merchandising a brand-new building is a lot like moving into a new home. Inevitably, there are a wide variety of opinions as to how and where to place products and, like new homeowners who can't decide where to put the sofa and hang their favorite painting, items can get moved more than once before they settle into a comfortable spot.

For example, the merchandise manager decides on a location for lawn mowers; but after seeing the set-up, the warehouse manager wants to try something else. The second arrangement lasts until the regional vice president walks the building and suggests a different location. The lawn mowers are moved a third time, but now everyone agrees they looked better in the first spot. With luck, the crew won't have to move them yet again. This procedure is repeated across the building as more and more items pour off the receiving dock. The important thing to remember is that every warehouse in the company has had similar experiences, and the rearranging and small frustrations become the stuff of legend.

Maintaining a sense of humor is key to the enjoyment of any job, but in the case of opening a new warehouse, being able to laugh — and remembering that this breakneck pace is only temporary — is the best way to savor the excitement.

The goal is to get the warehouse open on time, not just because the community is expecting it, but also because an unopened warehouse is not making any money. The expense of simply lighting a building of this size is enormous, not to mention the cost of operating the freezers, coolers, heating and air-conditioning systems, and paying the employees.

While readying a new location for its grand opening is sometimes exhausting, the satisfaction gained from accomplishing the task is huge. Taking pride in doing a job well is a critical element in anyone's sense of self-worth and value, and the effort and dedication necessary to open a new location can provide plenty of it. Almost all Costco employees who have participated in a warehouse opening look back on it as one of the fondest memories of their careers.

It's fast-paced, it's hectic and it's sometimes hard, but once the building is open, along with real pride in what's been accomplished, most employees start missing that adrenaline rush and begin looking around for the next Costco challenge. ■

# BULK HISTORY

## The story of Costco



The very first membership warehouse club opened in San Diego, California, on July 12, 1976. Called The Price Club, after its founder SOL PRICE, it was a groundbreaking concept based on the premise of using buying and operating efficiencies to keep costs down and then passing the savings on to members.



*The original Morena Boulevard Price Club location.*



*The newly remodeled Morena Boulevard Costco.*

Innovative and visionary, Sol was already a retail legend, having developed the successful Fed-Mart business in the late 1960s. One of his top merchants at Fed-Mart was JIM SINEGAL, who served as executive vice president of merchandising, distribution and marketing.

Price Club was initially open only to business owners, and its early merchandise offerings emphasized wholesale items and included office supplies, cigarettes, candy, health and beauty aids, small and major appliances, electronics, hardware, automotive, foods and sundries, photo processing, cameras and film, and restaurant, institutional and janitorial supplies.

While business started slowly, as the Price Club team fine-tuned their merchandise and marketing strategies, it soon began to build, giving birth to a new industry that would change the face of retailing all over the world. Costco Wholesale was founded seven years later and opened its first warehouse in Seattle, Washington on September



*Jeff Brotman*    *Jim Sinegal*

15, 1983. JEFF BROTMAN, chairman of the board, and JIM SINEGAL, president and CEO, are considered by many to be the most innovative and talented retailing team in the world today.

For 10 years each company grew, expanding their business and their product mix and pioneering new services. The two mega-retailers merged in 1993, bringing together two incredibly gifted staffs to form the unbeatable team that soon made Costco the world's category-dominant warehouse club operator. Their passion for excellence and commitment to bring high-quality goods and services to market at the lowest possible prices created a cult-like following for the company, with millions of loyal members around the globe.

Costco warehouses carry a limited number of SKUs (stock keeping units) – about 4,000 – compared to the 30,000 found at most supermarkets and 200,000 on the shelves at many supercenters. At Costco, shoppers know they will find the best value on the market. The company excels at providing the perfect mix of quality, price, brand and features.

As much as Costco has expanded and evolved over the years, it is still driven by the same entrepreneurial spirit and holds tenaciously to the strong culture and dedication to excellence that has always been the hallmark of its success. The frenetic pace of our warehouses is matched by the energy of our management team, which is still inspiringly led by Jim Sinegal and Jeff Brotman.

Both men are personally dynamic but very down to earth and prefer to be called by their first names. Jim travels a good deal of the time, visiting Costco warehouses and prospective properties. He rarely misses a warehouse opening, and will always be casually dressed. As *Washington CEO* magazine reported in its August 2003 issue, "Sinegal's business style is a window into the Costco corporate culture: direct, open, modest, and frugal. There's no pretension here."

Following Jim's direction, Costco is much more employee-focused than many other Fortune 500 companies. Jim believes as strongly in paying employees well and providing them with top-notch benefits as he does in providing our members with the best values.

While each division and warehouse manager is given a lot of autonomy in the way he or she conducts the everyday aspects of their operation, Jim is very much at the helm, guiding and directing the business. Every four weeks, all of his executives meet with him personally to report the status of their operations, and once a year the management teams of each country journey to Seattle, Washington for a conference in which he reviews the previous year and challenges them to reach for new heights in the next.

It's a strategy that works. Costco is the fifth-largest retailer in the United States and averages $120 million in sales per year, per warehouse – that's twice the industry average!

## WHERE IS COSTCO LOCATED?

We have warehouses, depots and manufacturing facilities in more than half the U.S. states and in nine Canadian provinces, as well as Mexico, the Commonwealth of Puerto Rico, and five European and Asian countries. Each one is supported by our home and regional offices.

**HOME OFFICE**
999 Lake Drive, Issaquah, WA 98027

**U.S. REGIONAL OFFICES**
Atlanta, Georgia    Chicago, Illinois
Dallas, Texas    Livermore, California
Los Angeles, California    San Diego, California
Sterling, Virginia

**CANADIAN REGIONAL OFFICE**
Ottawa, Ontario

**INTERNATIONAL OFFICES**
London, England    Mexico City, Mexico
Seoul, Korea    Taipei, Taiwan
Tokyo, Japan

The foundation for everything we do is our Code of Ethics. Here at Costco, we don't just talk about our Code; we live it every day.





## OBEY THE LAW

The law is irrefutable! Absent a moral imperative to challenge a law, we must conduct our business in total compliance with the laws of every community where we do business. We pledge to:
- *Comply with all laws and other legal requirements.*
- *Respect all public officials and their positions.*
- *Comply with safety and security standards for all products sold.*
- *Exceed ecological standards required in every community where we do business.*
- *Comply with all applicable wage and hour laws.*
- *Comply with all applicable anti-trust laws.*
- *Conduct business in and with foreign countries in a manner that is legal and proper under United States and foreign laws.*
- *Not offer, give, ask for, or receive any form of bribe or kickback to or from any person, nor pay to expedite government action or otherwise act in violation of the Foreign Corrupt Practices Act.*
- *Promote fair, accurate, timely, and understandable disclosure in reports filed with the Securities and Exchange Commission and in other public communications by the company.*



## TAKE CARE OF OUR MEMBERS

Costco membership is open to business owners, as well as individuals. Our members are our reason for being – the key to our success. If we don't keep our members happy, little else that we do will make a difference. There are plenty of shopping alternatives for our members, and if they fail to show up, we cannot survive. Our members have extended a trust to Costco by virtue of paying a fee to shop with us. We will succeed only if we do not violate the trust they have extended to us, and that trust extends to every area of our business. To continue to earn their trust, we pledge to:
- *Provide top-quality products at the best prices in the market.*
- *Provide high-quality, safe and wholesome food products by requiring that both suppliers and employees be in compliance with the highest food safety standards in the industry.*
- *Provide our members with a 100% satisfaction guaranteed warranty on every product and service we sell, including their membership fee.*
- *Assure our members that every product we sell is authentic in make and in representation of performance.*
- *Make our shopping environment a pleasant experience by making our members feel welcome as our guests.*
- *Provide products to our members that will be ecologically sensitive.*
- *Provide our members with the best customer service in the retail industry.*
- *Give back to our communities through employee volunteerism and employee and corporate contributions to United Way and Children's Hospitals.*



## TAKE CARE OF OUR EMPLOYEES

Our employees are our most important asset. We believe we have the very best employees in the warehouse club industry, and we are committed to providing them with rewarding challenges and ample opportunities for personal and career growth. We pledge to provide our employees with:
- *Competitive wages*
- *Great benefits*
- *A safe and healthy work environment*
- *Challenging and fun work*
- *Career opportunities*
- *An atmosphere free from harassment or discrimination*
- *An Open Door Policy that allows access to ascending levels of management to resolve issues*
- *Opportunities to give back to their communities through volunteerism and fund-raising*

### CAREER OPPORTUNITIES AT COSTCO:
- *Costco is committed to promoting from within the company. The majority of our current management team members (including warehouse, merchandise, administrative, membership, front end and receiving managers) are "homegrown."*
- *Our growth plans remain very aggressive and our need for qualified, experienced employees to fill supervisory and management positions remains great.*
- *Today we have warehouse managers and vice presidents who were once stockers and callers or who started in clerical positions for Costco. We believe that Costco's future executive officers are currently working in our warehouses, depots and buying offices, as well as in our Home Office.*

# ING THE TALK



## RESPECT OUR SUPPLIERS

Our suppliers are our partners in business and for us to prosper as a company, they must prosper with us. To that end, we strive to:

- *Treat all suppliers and their representatives as we would expect to be treated if visiting their places of business.*
- *Honor all commitments.*
- *Protect all suppliers' property assigned to Costco as though it were our own.*
- *Not accept gratuities of any kind from a supplier.*
- *Avoid actual or apparent conflicts of interest, including creating a business in competition with the company or working for or on behalf of another employer in competition with the company.*

These guidelines are exactly that – guidelines, some common sense rules for the conduct of our business. At the core of our philosophy as a company is the implicit understanding that all of us, employees and management alike, must conduct ourselves in an honest and ethical manner every day. In fact, dishonest conduct will not be tolerated. To do any less would be unfair to the overwhelming majority of our employees who support and respect Costco's commitment to ethical business conduct. If you are ever in doubt as to what course of action to take on a business matter that is open to varying ethical interpretations, TAKE THE HIGH ROAD AND DO WHAT IS RIGHT.



If we follow the four principles of our Code of Ethics throughout our organization, then we will achieve our fifth principle and ultimate goal, which is to:

## REWARD OUR SHAREHOLDERS

- *As a company with stock that is traded publicly on the NASDAQ stock exchange, our shareholders are our business partners.*
- *We can only be successful so long as we are providing them with a good return on the money they invest in our company.*
- *This, too, involves the element of trust. They trust us to use their investment wisely and to operate our business in such a way that it is profitable.*
- *Over the years Costco has been in business, we have consistently followed an upward trend in the value of our stock. Yes, we have had our ups and our downs, but the overall trend has been consistently up.*
- *We believe Costco stock is a good investment, and we pledge to operate our company in such a way that our present and future stockholders, as well as our employees, will be rewarded for our efforts.*

### This is now YOUR Code, and you can help us live by its principles

1. *Our Code of Ethics applies to all directors, officers and employees of Costco.*
2. *All employees are encouraged to promptly report actual or suspected violations of the Code. Federal law and other laws protect employees from retaliation if complaints are honestly made. Violation involving employees should be reported to the responsible executive vice president, who shall be responsible for taking prompt and appropriate action to investigate and respond. Other violations should be reported to the general counsel, who shall be responsible for taking prompt and appropriate action to investigate and respond.*

    General Counsel • Costco Wholesale
    999 Lake Drive • Issaquah, WA 98027
3. *Conduct that violates the Code will constitute grounds for disciplinary action, ranging from reprimand to termination and possible criminal prosecution.* ■



## THE SIX RIGHTS OF MERCHANDISING

**1. The right merchandise**
- We sell only quality products.
- We sell a limited number of items, and we make sure they're the best in their field.
- The quality of our private label items is equal to or exceeds that of national brands.

**2. In the right place**
- As good merchants, our merchandise is carefully placed for optimum sales performance, with end caps and displays designed to let the quality of the product speak for itself.
- Costco pays attention to the basics and we like to keep things simple.

**3. At the right time**
- For seasonal items, we want to be in early and out early.
- We are constantly bringing in new, exciting merchandise that our members know might not be there the next time. This creates an urgency to buy and also gives our warehouses a treasure hunt atmosphere.

**4. In the right quantity**
- We want to always have enough of our basic merchandise to serve our members well at all times.
- We don't keep a lot of surplus inventory in our buildings; it isn't cost-effective.
- We have a rapid turnover of inventory, with goods constantly coming in through receiving and leaving just as fast out the front door in heavy-laden members' carts.

**5. In the right condition**
- We sell only high-quality goods, and we want these to be in the very best condition—that means nothing faulty, damaged or broken.
- Our fresh products really are fresh, and are backed by the highest food safety standards in the industry.

**6. At the right price**
- We figure out the least expensive and most efficient way to get an item from the manufacturer to the member.
- We sell items for as little as we can, instead of for as much as we can.
- We always pass on any savings or reduction in cost to the member.
- Our private label items always represent at least a 20% savings over the national brand, and usually more—some of them can mean a savings of more than 50%.
- If we can't be competitive in price with an item, we won't carry it. ■

## THE 6 RIGHTS

## THE SIX RIGHTS OF PEOPLE

**1. The right people**
- We believe that having the right employees is crucial to the success of any business.
- Costco wants to find, and then keep, qualified employees who can not only do the job well but who can also fit in and be successful in our culture.

**2. The right environment**
- The right environment involves creating a workplace that is safe for our people. We have safety policies, including substance abuse testing, to protect every employee.
- Costco is committed to maintaining an environment that is free from the obstacles of harassment and discrimination.
- We want to provide our employees with a workplace where they can learn and be successful.

**3. The right training**
- We want to provide our employees with the training necessary for them to grow in our business. That means giving them the information they need, when they need it, so they are ready to face new challenges.

**4. The right compensation**
- The right compensation means that our employees can trust that their pay and benefits are at the leading edge of the marketplace.
- In addition, we want to provide them with quality service and support when they need it.

**5. The right programs**
- It's important to us that our employees and management teams are supported by the right programs.
- Sometimes this means linking our management teams to support networks so, in partnership, they can all be more effective.
- It can also mean finding creative ways to simplify complex issues, like leave of absence policies, so everyone can receive support when they need it.

**6. The right opportunities**
- We believe that all of this work to grow our people and help them become successful should be the springboard that affords them the right opportunities.
- Our employees want to be engaged in meaningful work, and Costco's challenge is to continue to look for opportunities where they can reach their full personal and professional potential.
- To that end, we are committed to promoting most of our supervisory and management positions from within the company. ■



# OPERATIONS STRATEGY

*Dick DiCerchio,
senior executive vice president,
COO, operations*

TO BRING HIGH-QUALITY GOODS TO MARKET AT THE LOWEST POSSIBLE PRICES FOR OUR MEMBERS TAKES THE COMBINED EFFORTS OF ALL COSTCO EMPLOYEES WORKING TOGETHER, WHILE ADHERING TO SOME VERY BASIC STRATEGIES. EVERYTHING WE DO IS BUILT AROUND OPERATING EFFICIENCIES DESIGNED TO HELP US SAVE COSTS, AND EVERY DOLLAR COUNTS.

### RAPID INVENTORY TURNOVER
Because of our sales volume and limited selection, we have a rapid turnover of merchandise. This means that most of Costco's merchandise is sold prior to being billed. The result? More money to allow us to fulfill our mission.

### LOW-COST WAREHOUSE OPERATIONS
Because of our terrific values, members are willing to shop in a bare-bones warehouse environment – concrete floors and merchandise on pallets – in areas where retail real estate costs are low.

### DIRECT PURCHASING
We buy virtually all our merchandise directly from the manufacturer, thereby eliminating costly distributors and distribution channels.

### MINIMAL INVENTORY LOSS AND CREDIT COSTS
By strictly controlling the entrances and exits of sales, and limiting the membership, we are able to limit losses to less than one-quarter of 1 percent of sales, well below that of our competition. By accepting only cash, checks, Costco Cash Cards, Costco Credit Cards, debit/ATM cards and American Express® we do not absorb, nor pass on to our members, any of the costs associated with standard credit cards.

### LIMITED ADVERTISING EXPENSES
Advertising and promotions are limited mainly to new warehouse openings. We rely on word-of-mouth to spread our concept. By stocking nationally recognized brand names, we benefit from the manufacturers' advertising to promote the products we sell.

### STATE-OF-THE-ART OPERATING METHODS
We are a self-service warehouse and do not have an expensive sales force. Our products are marked with item numbers that are in our computerized cash register system, eliminating costly re-marks when price changes occur. Many of the items arrive from the manufacturer pre-marked with our item number, saving time and money when handling the product. ■



## THE DOLLAR

For every dollar of sales, the following is the breakdown of expenses and profit to the company.

| | |
|---|---|
| Net sales | $ 1.00 |
| Membership fees | + .02 |
| Total revenue | = 1.02 |
| Cost of goods | – .90 |
| Salaries, overhead & other | – .09 |
| Pretax income | = .03 |
| Income taxes | – .01 |
| PROFIT | $ .02 |

**WHAT THIS MEANS**
In order to pay an annual salary of $40,000 plus benefits, the company must sell $540,000 in merchandise.

**LOOKING AT THIS ANOTHER WAY**
For every $4.99 jar of pickles we break, we must sell $50 in merchandise to pay for it. ■