# GET OFF TO A GOOD START WITH A



STARTING A BRAND-NEW JOB CAN BE KIND OF INTIMIDATING. THERE IS SO MUCH TO LEARN, AND THE PACE IS FAST IN A COSTCO BUILDING. TO HELP MAKE YOUR FIRST WEEKS AT COSTCO AS PLEASANT AND SUCCESSFUL AS POSSIBLE, YOUR MANAGER WILL ASSIGN A MORE EXPERIENCED COSTCO EMPLOYEE TO MENTOR YOU. HE OR SHE WILL BE THERE TO HELP YOU EASE INTO YOUR NEW POSITION, ANSWER YOUR QUESTIONS AND MODEL SUCCESSFUL WORK BEHAVIOR.

## HERE'S THE ROLE COSTCO EXPECTS YOUR BUDDY TO FILL:

- Help you feel comfortable with your new tasks.

- Listen to your questions and concerns, and respond with empathy.

- Explain the philosophy and rationale behind the way things are done at Costco.

- Help you meet other employees who can share their expertise and knowledge.

- Recommend appropriate reading materials and training programs.

## HERE'S HOW YOU CAN GET THE MOST OUT OF YOUR BUDDY RELATIONSHIP:

- Set priorities and goals for yourself.

- Be clear with your buddy about how you'd like him or her to assist you.

- Work with your buddy to make sure you get a chance to express your goals, ideas and concerns openly.

- Ask your buddy periodically how he or she thinks you are progressing and ask for suggestions for improvement, if needed. ■

To start your buddy relationship off successfully, spend some time getting to know each other and talking about your expectations and goals. Try beginning with the following ideas and take notes on how they apply to you.



■ Your professional and performance goals:

■ Your perception of the buddy relationship:

■ The talents, skills and experiences that you bring to your new job:

■ Your communication styles and how they will affect your working relationship:

■ Why you and your buddy were matched:

■ What your buddy can bring to the table:

■ Your personal expectations:

Buddy's Name:

Buddy's Availability:

# YOUR FUTURE is BRIGHT AT COSTCO

THERE ARE MANY POSSIBLE CAREER PATHS AT COSTCO, EACH ONE OFFERING OPPORTUNITIES FOR ADVANCEMENT, RESPONSIBILITY, CHALLENGES AND FUN. HERE'S ONE EMPLOYEE'S STORY OF HER CLIMB TO SUCCESS.



*"Costco is a fun place to work ... I love it."*

## DARLA LOSOYA
### LAKE ZURICH, ILLINOIS

Assistant manager of the Lake Zurich, Illinois location, Darla started her Costco career in 1991 at the Morena Boulevard, California warehouse as a caller while she was pursuing her education degree at San Diego State University. After graduation, Darla left the company and taught kindergarten through eighth grade health and physical education classes. Unfortunately, she says, teachers aren't paid very well, and besides, she missed the Costco environment and was drawn back to the wholesale atmosphere before she knew it.

"I missed the interaction with adults and the camaraderie of a good group of people," Darla says. "Costco is just a fun place to work and a fun place to be. The work and the environment are what you make of it."

She returned to the warehouse as a front-end supervisor and has been going strong ever since. Her secret to success? A lot of hard work, integrity, commitment and the willingness to move. Darla transferred to the new Midwest Region in 1998 and opened the Livonia II, Michigan location as assistant front-end manager.

Two years later she transferred to the Niles, Illinois warehouse to open the building as administrative manager. In 2001 she opened Bloomingdale, Illinois as the front-end manager, and in the summer of 2003 she went on to open Naperville as assistant manager. Her husband Rob Losoya, the current Schaumburg, Illinois warehouse manager, transferred out with Darla to help open the Livonia I, Michigan location.

"Our company is great," Darla says. "When you transfer you get a chance to meet new people, and sometimes you end up reconnecting with people from other buildings that you hadn't thought you would be able to work with again."

"Lake in the Hills was the fifth building I've helped open in six years," Darla adds. "The Midwest Region is our home and our family now. We have grown so fast – from five to 38 buildings in six years! My husband and I love it and wouldn't want to be doing anything else." ■

## CAREER OPPORTUNITIES

Merchandising is the lifeblood of Costco, and our business is centered around our warehouse operations. Most employees begin their careers in the warehouse setting, becoming experts in Costco merchandising and operations. But the company also offers career opportunities in many other areas, such as our depots, ancillary businesses, and our home and regional offices. Here's a sample of the many jobs we offer:

### WAREHOUSE & DEPOT OPERATIONS
- Cashier
- Electronic Data Processing
- Electronic Sales
- Forklift Driver
- Front-end Assistant
- Inventory Auditor
- Maintenance
- Member Services
- Membership/Marketing
- Merchandise Management
- Payroll Clerk/Administration
- Receiving
- Sales Auditor
- Stocker
- Tire Center
- Vault Clerk
- Warehouse Management

### ANCILLARY BUSINESSES
- Bakery
- Costco Home
- Costco Travel
- Deli-service
- Food Court
- Gas Stations
- Hearing Aid Center
- Meat
- 1-Hour Photo
- Optical
- Pharmacy

### HOME & REGIONAL OFFICES
- Accounting
- Administration
- Auditing
- Aviation
- Benefits
- Communications
- Community Relations
- Construction
- Consumer Services
- Facilities
- Food Service
- General Liability
- Graphic Design
- Human Resources
- Information Systems
- Journalism
- Legal
- Logistics
- Marketing
- Merchandising
- Payroll
- Property Management
- Publishing
- Purchasing
- Quality Assurance
- Real Estate
- Risk Management
- Safety
- Security
- Sign Center
- Taxes
- Technical Writing
- Traffic
- Training



# MEMBER
# SERVICE
# STANDARDS

IF YOU LIKE WORKING HARD AND INTERACTING WITH PEOPLE, YOU'VE COME TO THE RIGHT PLACE.

**TAKE 5**

AS A COSTCO WHOLESALE EMPLOYEE, YOUR PRIMARY DUTY IS TO PROVIDE AN EXCEPTIONAL LEVEL OF MEMBER SERVICE. THE FOLLOWING STANDARDS ARE REQUIRED OF EVERY EMPLOYEE AT ALL TIMES:

Our members are our reason for being; if we don't keep them happy, little else that we do will matter. And every position at Costco has a direct impact on member service. For instance ...

**AS A STOCKER**, is your aisle clean, straight and safe? Is the merchandise well presented? Is all pertinent information about the merchandise clearly displayed? Is it in stock but not on the floor?

**ON THE FRONT END**, are you greeting and thanking every member with a smile? Are orders rung up accurately? Are you presenting yourself in a professional, friendly manner? Do you have boxes for your members' purchases? Is your register area clean? Do you have a pen available for the member to use?

**AT THE DOOR**, are you offering a clean cart to any member without one? Can you answer basic questions about the warehouse that members may need to know? Are you thanking each member for coming in?

**AT THE MEMBERSHIP COUNTER**, do you greet each member or potential member with a smile, and thank them when they leave? Do you follow our 100% satisfaction policy? Are you processing the transactions in an efficient, professional manner?

As important as friendly, courteous employees are, we must run our operation as accurately and efficiently as possible at all times. We need to continually evaluate and challenge all areas of our operation for ways to improve. We have a talented group of managers and employees; we encourage your ideas and participation to enhance not only our successes, but the opportunities you may uncover in our business.

Should you have any questions about how to best serve our members, please contact your supervisor or manager. ■

### TAKE 1
EYE CONTACT
First impressions make the difference. First impressions include complying with Costco's dress code and keeping a clean, safe workplace.

### TAKE 2
SMILE
It's one of the easiest and most tangible ways your body language shows good member service. Don't be engaged in idle chatter with co-workers – otherwise you can't smile.

### TAKE 3
GREET THE MEMBER BY LAST NAME
Calling a member by his or her last name will enhance the "personality" of the transaction.

### TAKE 4
BE SINCERE
Sincerity is a direct result of giving the member your full attention. Make every effort to assist and approach members in all areas of the operation.

### TAKE 5
APPRECIATE AND THANK EVERY MEMBER
Give each member the sincere appreciation they deserve.



What our memb...

To provide g...

our members

that you are

their questi...

and posit...

Here are some of

## Why doesn't Costco have an express checkout line?

- This is not usually a problem, because our typical member purchases an average of 10 items each and every time they shop
- Operating an express checkout line would increase overhead costs, thereby driving up our cost of doing business. Since our mission at Costco is to bring merchandise to our members at the lowest possible prices, we must keep our costs of operation as low as possible.
- Good member service requires that we think of every line as an express line.

## What is Costco's return and refund policy?

- Costco offers a "Double Guarantee" – 100% satisfaction guaranteed on all merchandise and membership fees.
- If members are dissatisfied with anything they purchase at Costco, including their membership up to the 364th day, they may return it for a full refund.
- Even purchases made at costco.com may be returned to any warehouse for a full refund (including shipping charges, with a receipt).
- When returning merchandise, members are asked to:
    * Return the item within 30 days
    * Return the item in its original container
    * Bring their sales receipt
- Depending on circumstances, we can be more lenient with the three points above on many items. However, computers cannot be returned more than six months after their purchase. In that event, they would be subject to the manufacturer's warranty.

- Jewelry returns, particularly the return of large diamonds, follow a different set of procedures. Ask your manager before processing any jewelry returns.

## How does the transferable Business Membership card work?

- In addition to its primary Business Membership card, a business can purchase a separate card that can be used interchangeably by different members of their staff. Purchases can be made by any person over the age of 18, so long as they use the company's official business check or cash.

## Why do I have to purchase a membership?

- Our membership fees are an integral part of Costco's operating philosophy and make up 60 percent of our profits, thereby helping us keep our operating costs low.
- It is our low operating costs that enable us to offer our members the lowest possible product prices.
- The modest cost of a Costco membership is so low when compared with the savings we offer that it represents a real bargain to typical Gold Star and Business Members.

## Why doesn't Costco have a special membership category for senior citizens?

- We value our many members who are senior citizens, but since our membership fees are very important in helping us keep costs down, we are unable to create special categories for anyone.
- The product price savings we provide are substantial enough to make our modest annual fee worthwhile for even a family of two who shop as infrequently as once a month.

## Why doesn't Costco carry certain everyday products?

- We only carry products that will offer our members the best value at the lowest possible price.
- Our philosophy is to offer low prices every day by reducing the number of items we carry and focusing on only the highest quality and best-sellers.

## Why don't you accept manufacturers' coupons?

- Costco's goal is to provide national name-brand merchandise at the greatest possible value for our members. We do this in part by eliminating many of the costs normally associated with other types of coupon-based retailing – costs for advertising, expensive fixtures, costly displays, etc.
- We do allow our members to use coupons in conjunction with one of our Costco-specific marketing programs – specifically the Summer Passport coupon book, the Winter Wallet coupon book and mailings associated with the opening of some of our new locations.