

ers want to know

od service for

it's important

ble to answer

is in a caring

e manner.

ne most common.

**Why does Costco sometimes stock merchandise for a short period of time and then never carry that same product again?**

- As we seek to provide our members with the very best values, we often carry products that are seasonal or "one-time buys."
- It is important for our members to know that they should buy merchandise when they see it, as they might not find it here again.
- Of course, we will always allow our members to return any item if they decide not to keep it.

**Why does Costco have separate hours for Business and Gold Star Members?**

- Costco was established to fill a void in the distribution of products and merchandise to the small-business market, and we continue to believe that our major business thrust is serving the wholesale and Business Member.
- While Business Members represent less than one-third of our membership base, they generate almost 55 percent of our sales, and we believe in servicing them well.

**Why are members required to show their membership card at the entry door?**

- Since members pay a fee to shop at Costco, we allow only our members and their guests in the warehouse.

**Why don't you accept Visa or MasterCard?**

- Since these credit card companies would charge us a fee for each member transaction, we would have to pass that cost on to our members in the form of higher prices.
- We do accept "debit" cards and American Express® Cards. We also accept all major credit cards online at costco.com.

**If I need assistance loading my car, do you have employees who can help?**

- Although we do not have staff to assist our members with loading their cars, we certainly will make every effort to assist our members whenever necessary.
- Remember our Code of Ethics – we want to take care of our members' needs.

**Why are members' receipts audited at the exit door after they have gone through the checkout line?**

- This practice helps us ensure that the items purchased have been correctly charged and processed by our cashiers.
- It is also our most-effective method of maintaining accuracy in inventory control.

**Does Costco have sales assistants on the floor to assist members?**

- Yes! In an effort to maintain the lowest possible price, Costco has a limited number of sales assistants on the floor.
- Tire sales, major appliances, pharmacy, optical and jewelry have trained staff to assist with product information.

**Why does Costco constantly move merchandise around the building?**

- We receive new items on a daily basis, and it is often necessary to move product to make room for them.
- We also allocate space based on seasonal sales trends.

**Why doesn't Costco open earlier and/or stay open later?**

- Since our goal is to offer quality merchandise at the lowest possible prices, we strive to keep our operating cost at an appropriate level.
- The cost of staffing and payroll required to accommodate the increase in hours would impact our operating costs, thereby forcing us to pass those costs on to our members in the form of higher prices.

**Why does my picture have to be on my membership card?**

- Costco membership cards are nontransferable. Only the person whose name and picture are on the card is authorized to use it.
- Your photo helps us to ensure that no unauthorized person uses your card in the event it is lost or stolen. ■



# OPEN DOOR TO THE TOP

**SETTLING DISAGREEMENTS**

One of the many things that makes Costco such a great company to work for is its Open Door Policy. Creating an atmosphere of openness, creative problem solving and mutual support, the Open Door Policy is available to help employees resolve work-related problems and disagreements in a timely manner by providing them the option of contacting ascending levels of management, either verbally or in writing. At each level, we are committed to providing you with a prompt response.

You are encouraged to discuss problems with your immediate supervisors right away and to make every effort to resolve your concerns at the workplace level. In instances when you are not comfortable approaching your supervisors, or if a resolution is not reached or you do not agree with their response, it is suggested that you inform your department or warehouse/depot manager.

If a satisfactory solution has still not been found, this process can continue through regional management levels. Each region has its own chain of command, ranging from individual warehouse managers, to vice presidents, senior vice presidents, and the executive vice president, COO.

If you do not agree with their responses, or you are not comfortable approaching them, please contact the Human Resources department at the Home Office for further assistance. For the appropriate phone numbers for your region, please see the poster in your breakroom.

**ACCOUNTING/AUDITING COMPLAINTS**

Obeying the law is an important part of our Code of Ethics, and Costco's leadership is committed to operating our business in an ethical and responsible manner. In addition to the Open Door Policy, the company has a confidential reporting structure that relates only to accounting, internal controls and auditing. If you have a complaint or concern about Costco's performance in one of these areas, you may report it to the General Counsel, who is in our Legal department.

Concerns or complaints can be voiced anonymously through a link on the Intranet (Legal > Acct. Complaints > Confidential Employee Submission) or by mail to:
CONFIDENTIAL EMPLOYEE SUBMISSION
c/o General Counsel
Costco Wholesale
999 Lake Drive, Issaquah, WA 98027

The General Counsel will review complaints received and forward them to the Audit Committee of Costco's Board of Directors. Unless you specifically ask to remain anonymous, your name will be forwarded also. Federal law protects employees from retaliation or reprisal when complaints of this type are honestly made. Should you feel you have been the subject of improper retaliation, you may report this through the Open Door Policy. Costco encourages the good faith reporting of unlawful or inappropriate activity.

## FOR THOUGHT

1. Without diversity the world would be _____ and _____.

2. Diversity includes the differences we see and many differences which are _____.

3. Our differences are our _____ – varied talents working toward the same goals.

4. Prejudice is a _____ human emotion that we must all work to _____.

5. You don't have to like everyone you work with, but you do need to _____ them.

6. What you think is your business, but what you do concerns _____.

7. Carefully consider the sensitivities of others _____ you speak or act.

8. _____ ensures that everyone feels valued and empowered to contribute their part to the whole.

9. The objective of diversity is to allow our differences to enhance and _____ each other.

10. Diversity is the _____ of life.

*Adapted from Coastal Human Resources Diversity, Food for Thought and Diversity Diner.

**FOR MORE ON THESE POLICIES, PLEASE SEE COSTCO'S EMPLOYEE AGREEMENT.**

# DIVERSITY



*Creating a climate of inclusion*

Costco is an equal opportunity employer and is committed to providing a workplace that is free from any sort of discrimination or harassment. But that is really just the beginning of our concern for people and our determination to create a work environment where every person is treated with respect and has an equal opportunity to succeed.

Our definition of diversity includes everyone. Each one of us is unique. We believe in the power of people of all kinds working together in harmony toward a common goal. We value the different strengths and abilities that each of our employees brings to our team. Even though Costco now has more than 110,000 employees, we still have a family atmosphere, and we want each employee to feel welcome and included.

To help our new employees get started on the right track, we include the video "Diversity Diner" in our orientation process. By now you've probably seen this movie. What did you think? Did you identify more with some of the people than you did with others? That's normal, and it also gives you a good starting point to see how you're doing with your own attitudes toward people who are different from you.

We hope you gained some insights and new ways of looking at others. But we also know that change isn't easy. It takes time – and practice – to learn new ways of reacting and communicating. As a Costco employee, we're asking you to begin working on the areas where you know you fall short in your interpersonal skills. We're asking you to be sensitive to others' needs and expectations and to work on positive conflict resolution. You'll find that improving these attitudes and skills will help you in your personal life, as well as your work life.

## DIVERSITY INTERACTION

*Can you check "yes" to the following statements?*

**When I interact with people different from myself, generally I:**

1. Accept opinions different from my own. .................... ⚪ YES
2. Expect misunderstandings to occur sometime. .................... ⚪ YES
3. Feel comfortable in groups in which I am a minority. .................... ⚪ YES
4. Welcome the challenges of interacting with others who speak or act differently from me. .................... ⚪ YES
5. Treat others with respect. .................... ⚪ YES
6. Do not tell or listen to ethnic jokes. .................... ⚪ YES
7. Catch myself when old assumptions related to age, sex, physical ability, ethnicity, etc., undermine my interactions with others. .................... ⚪ YES

Costco has a well-earned reputation for exceeding standards in almost every element of our business. From landscaping to gas station safety, from salmon fillets to Executive Member services, from employee benefits to member service, Costco consistently achieves a level of quality that is far beyond the so-called "industry standard."

Most local newspapers publish an annual "Best of...." issue, wherein readers vote for their favorite places to buy goods or services. Almost invariably, if there's a Costco warehouse in the neighborhood, it will be on the list. Whether it's "Best Hot Dogs," "Best Tire Deals," "Best Muffins," "Best Optical Service," "Best 1-Hour Photo" or any other category, Costco locations across the planet routinely gain recognition for excellence.

## Attitude, confidence and daring

This kind of free advertising is a great value to us, but even more important is the fact that our members consistently recognize our goods and services as outstanding. Perhaps the most interesting aspect of Costco's industry leadership is that, for the most part, we really don't set a goal to be better than everyone else. Instead, we are passionate about being the best we can be. So how do we do it?

"If we do our best at all the things we say we will do in our code of ethics – obey the law, take care of members, take care of our employees, respect our suppliers, reward our shareholders – then the logical consequence is that we will be head and shoulders above our competition," notes JOHN MATTHEWS, senior vice president, human resources and risk management.

"I think a big part of it is the entrepreneurial spirit that this company has always had," says JUDY VADNEY, director of human resources. Judy is a former warehouse manager who has worked for Costco since 1984. "Costco employees feel this is their company, and status quo has never been part of our vocabulary. When you feel that sense of ownership, good enough just isn't."

The spirit to which Judy refers is certainly a product of our company's founders, who from the beginning not only gave employees the freedom to use their own creativity, but also expected them to challenge everything, including themselves.

Nowhere is this quest more apparent than in our buying departments. When we talk about bringing high-quality products to market at the lowest possible prices, we consider this an ongoing challenge. We're always looking for a better way. When our buyers meet with suppliers, they want to know how the quality of an item can be improved and how we can lower its cost to our members. And once they've investigated and implemented all they can, they go back, take a deeper look and make it better.

This approach is clearly illustrated in the evolution of Court Classic tennis shoes and in all of our Kirkland Signature™ products, including cashmere sweaters, trail mix, orange juice, Balsamic vinegar and appliances, to name just a few. But perhaps the best-known example of this continuing enhancement of quality and value is the legendary salmon story, which has become the epitome of Costco's commitment to our members around the world.

## THE SALMON STORY

When Costco established the Meat department in 1987 with only two seafood offerings of salmon and snapper, a team was dedicated to improve the quality of the salmon fillet. Over a period of years, our farmed salmon fillet was transformed from a bone-in, skin-on, untrimmed piece of fish into a 100 percent edible, skinless, boneless fillet, while at the same time going down significantly in price.

So synonymous is the salmon story with Costco's operating philosophy that in 2002 President and CEO **JIM SINEGAL** and **DICK DICERCHIO**, senior executive vice president/COO, established the Salmon Award to recognize employees and suppliers who make significant contributions to enhancing the value and quality of products and services at Costco.

Only a small percentage of Costco employees are buyers, but the salmon story applies to each of us. Not only can we take pride in the constant striving of our merchandising departments to improve the quality and value of our products, but we can each look for ways to perform our own jobs more efficiently.

No matter what we do, our work eventually, in one way or another, affects our members. And our goal is to provide our members with the highest in quality and value. By focusing all our energy on going above and beyond, we are continually raising the bar for ourselves and raising the value of Costco membership. That's good for the company, and therefore good for each of us, and that's no fish story.

*distinguish Costco and its employees*



*The Salmon Wall in Costco's Home Office is a dramatic reminder of what the company stands for and of what is expected of each employee.*

