## At Costco, we take the safety of our employees

very seriously. You will receive safety training as part of your initial orientation, and you also will be provided with additional safety training on a monthly basis. Each building has a Safety Committee that focuses on keeping our work environment as safe as possible. We encourage you to participate.

It's good to know, though, that Costco participates in your state's workers' compensation program and stands ready to work with you in the event that you suffer a work-related injury or illness. We are subject to your state's industrial insurance laws and have been approved to cover workers' compensation for our employees in your state. The Department of Labor and Industries regulates Costco's compliance with these laws.

If you become injured on the job or develop an occupational disease, you will be entitled to industrial insurance benefits, and Costco, through its third-party administrators, will handle your claim and pay any workers' compensation benefits for which you are eligible.

## Safety first Costco cares



# WORKERS' COMPENSATION

### REPORTING A JOB-RELATED INJURY OR DISEASE

If you seek medical treatment, your building's workers' compensation representative will provide you with appropriate paperwork for your state, which you will fill out and return to them. Your manager will report your injury or illness to our workers' compensation administrator.

### OBTAINING MEDICAL CARE

Be sure to take a "Physical Capacities" form with you and ask your medical professional to complete it. Your doctor can mail the completed form directly to our claims administrator, whose address you can obtain from your building's workers' compensation representative. This form will assist Costco in returning you to a suitable position should you have a work restriction.

### RECEIVING ELIGIBLE BENEFITS

The claims administrator will evaluate your claim for benefits, and Costco will pay all medical bills that the administrator determines are related to an allowable, on-the-job injury or occupational disease. You also might be entitled to wage replacement or other benefits, and your building's workers' compensation representative will explain this to you.

### KNOWING YOUR RIGHTS AND RESPONSIBILITIES

Costco cannot deny you the right to file a workers' compensation claim, nor can we penalize you or discriminate against you for filing a claim. Every employee is entitled to apply for workers' compensation benefits for any injury or illness that results from his or her job.

It's important for you to be honest; any employee who files a false claim could be prosecuted to the full extent of the law.

### QUESTIONS?

If you have questions that your building's workers' compensation representative cannot answer, they will give you the name and phone number of your Costco regional workers' compensation manager. ■

# The Rothman



Our CEO, Jim Sinegal, has often said that employees are our most important asset. They are the building blocks that fuel Costco's rapid growth, and their development and training are essential keys to our future success.

The Rothman Workplan was initiated to give Costco practical tools to select, retain and develop a workforce of qualified, committed, enthusiastic employees who will be ready to step into leadership roles as the company expands.

Ron Rothman, in his role as assistant vice president of Human Resources, served as one of the chief architects for the Workplan, which is named in his memory. His passion for people and dedication to Costco helped to fuel this innovative program, which can help you get off to a good start in your career, provide a climate for you to grow and inspire you to reach your full potential.

All great warehouses need a solid foundation, and The Rothman Workplan is the foundation upon which we can build the future leaders of our company.

This "blueprint of success" will help you build a successful career at Costco.

Details of each program can be found on the Intranet at Costco U. tab > Human Resources > The Rothman Workplan.

## RECRUITING

### OUR INTENT
We want to hire the very best people — those who exemplify our values and add diversity to our organization.

### What you need to know
- You can play an important role in putting together a great team, a great company.
- We need you to partner in the process of bringing great people into our workforce.

### What you can do
- Look for people who display our values, work ethic and commitment to member service.
- Understand our wages and benefits well enough to share with others. We are the best in the industry.
- Share the good news about Costco in your community - at local organizations, volunteer groups, etc.
- Tell people how to apply. Give them the name and phone number of a contact person in your location.

## INTERVIEWING AND HIRING

### OUR INTENT
We want people who have the necessary skills (what they can do) and who are able to consistently display the behaviors (how they do it) that are necessary for success in our business.

### What you need to know
- We are looking for evidence that the following behaviors are consistently displayed: flexibility, member service, self-motivation, team playing and good communication.
- The best predictor of future success is evidence of consistent past success.
- We evaluate all candidates against the same criteria.
- We will interview all candidates who meet our qualifications. (Attendance records, resumes, past performance appraisals can be used as qualifications.)

### What you can do
- Apply for positions that most closely align with your natural strengths and skill sets.
- When applying for a job, study the requirements and identify how your skills (what) and behaviors (how) will allow you to meet the needs of the position.
- Prepare a resume that focuses on these same strengths and abilities.
- In an interview, you will need to tell how your skills and behaviors will fulfill the job requirements. Practice explaining this aloud.
- If you are not selected, ask for specific feedback. Use the Career Development Plan as a tool to help you be better prepared for the next opportunity.

## NEW HIRE ORIENTATION

### OUR INTENT
We want to get new employees off to a good start by setting expectations, telling the Costco story, and providing necessary information and support.

### What you need to know
- We will help new hires understand our culture and the way we do business.
- We will provide necessary training and safety instruction.
- We will provide the opportunity to share information and expectations so new employees will know what we need from them and what we will supply in return (wages, benefits, opportunities, etc.).

### What you can do
New Employees:
- Study the Orientation Costco Today magazine.
- Use the Scavenger Hunt (p. 35-36) to help you learn more about our business, your warehouse and its staff.
- Meet regularly with your "Buddy."
- Listen and ask questions.

Existing employees:
- Every day, operate with the belief that the success of our new hires will contribute to Costco's success.
- Volunteer as a "buddy" to assist and support new employee development.
- Help new hires complete the Scavenger Hunt.
- Invest your time and energy to create learning opportunities for our new employees.
- Be willing to answer questions and help new hires learn the ropes.
- Help new employees get connected to their co-workers and to the company culture.
- Tell new hires about Costco's community service opportunities.



# Workplan

## CATCH THE SPIRIT – THE NEXT STEP

### OUR INTENT
- We want to celebrate with new employees when they successfully complete their 90-day probation period and help them understand their career opportunities at Costco.
- We want to make sure they understand company policies and benefits.

### What you need to know
- This provides 90-day employees with a designated time to communicate with their supervisor/manager.
- There will be a formal opportunity to discuss career goals and establish plans to reach them.
- Employees can ask about training opportunities (cross-training, seasonal opportunities, etc.)
- Also to be discussed are pay raises, benefit eligibility, Executive Membership services, short-term disability and our EAP program.
- Employees will be reminded about Costco's Code of Ethics and Open Door Policy.
- Employees will receive their new Executive Membership card.

### What you can do
90-day employees:
- Prepare a list of questions to discuss.
- Be ready to discuss your career goals and ask about people who could assist you.
- Afterward, take the initiative to contact these employees and ask for help.

Existing employees:
- Make yourself available to teach the way we do business. (Merchandising, Membership, O&D, Receiving, Member Service, etc.)
- Be willing to mentor and assist.

## DIVERSITY

### OUR INTENT
- We are committed to creating and maintaining a diverse work force that reflects the people and culture of our communities.
- We are committed to creating a climate of inclusion and mutual respect, where everyone has equal opportunities to succeed.

### What you need to know
- Diversity is the opportunity to build on the different strengths, talents and perspectives of each employee.
- Diversity isn't about what you can see; it's what you can't see that makes each person special.
- Diversity is about being open to different styles, ways of thinking and processes.
- Costco is an equal opportunity employer with a zero tolerance for harassment or discrimination of any kind.

### What you can do
- Be aware of your own biases.
- Pay attention to the potential obstacles you may be unconsciously creating.
- Recognize there are many different ways of viewing and experiencing the world.
- Access the Open Door if you become aware of any form of unfair or unjust behavior.
- Make the choice to learn something from someone who is very different than you.
- Do whatever you can, wherever you can, to create equal access to opportunities.
- Do not participate in harassing or discriminating behavior.

## PERFORMANCE APPRAISALS

### OUR INTENT
We are committed to providing an annual assessment of performance at all levels, with the objective of providing fair and accurate feedback that focuses on future career goals.

### What you need to know
- Your initial appraisal conversation should be four weeks prior to the appraisal due date.
- Your supervisor/manager will explain the numbering system prior to your self-evaluation.
- This is an opportunity to understand how your manager/supervisor perceives your performance, based on their comments.
- There should be no surprises. Your supervisor/manager should communicate a need for improvement before it shows up on the appraisal.
- You and your supervisor/manager will set the expectation for the future: "Here's what success looks like for you in this position."
- The two of you will set SMART goals for you to accomplish in the next year.

### What you can do
- Accept responsibility for your own success. Operate from the frame of reference: "If it's going to be, it's up to me."
- Ask your supervisor/manager to set the target for success in each appraisal category.
- Ask for feedback throughout the year. "If I had my appraisal today, what would it look like?"
- Accept responsibility for managing your performance on a daily basis.
- Work to accomplish your SMART goals.

## PROMOTIONAL PROCESS

### OUR INTENT
We are committed to providing a consistent process that gives all employees an opportunity to apply and ensures a fair review of skills, abilities and success behaviors.

### What you need to know
- Attendance records and performance reviews are important components that will be used in the selection process.
- Positive performance is defined as a display of success behaviors.
- Success in our company has two components: What you do (your skill and ability) and the behaviors you display as you perform your job.
- Managers/supervisors are obligated to interview all candidates who meet the qualifications.
- Length of service is not equal to being the most qualified (except in union buildings and as a tie breaker if all other factors are equal).
- Being a supervisor or manager is not the only option for growth and development.

### What you can do
- Talk to your supervisor/manager about your goals. Together, create an action plan for moving from where you are to where you want to be.
- If you are not selected for a position, ask for very specific feedback.
- Create a plan to improve both behaviors and skills.
- Network. Make your career goals known. Talk with people who could help you move in your chosen direction.
- Be willing to transfer to a new region for more opportunities.
- Use the interview process as a method to share your strengths, skill sets and career goals with management.

For more information, please see The Rothman Workplan poster in your breakroom.



**Communication: Our Key To Success**

# YOU CAN HELP REDUCE D&D

WHEN WE THROW PRODUCT AWAY BECAUSE IT'S SPOILED, BROKEN OR CANNOT BE RETURNED FOR CREDIT, THAT'S D&D.

IF WE SALVAGE PRODUCT FOR LESS THAN ITS SELL PRICE, THE DIFFERENCE BETWEEN THE MARKED PRICE AND THE SALVAGE PRICE IS D&D.

## D&D IS LOST WHEN ITEMS ARE DAMAGED OR DESTROYED

D&D affects all warehouse departments; however, as a new employee you most likely will be involved in one of the areas listed here.

### FOLLOW THESE TIPS FOR ELIMINATING D&D BY DEPARTMENT

**FRONT-END:**
- Be careful when scanning and packaging items so you won't damage them.
- Return unwanted perishable items immediately to their proper area.
- Take go-backs to front end "go-back" holding area.
- Return damaged items to their designated area (freezer/cooler spoils area or RTV).

**MERCHANDISE STOCKERS:**
- Use the first-in/first-out rule when rotating items to keep products fresh.
- Do your own re-wraps daily, as needed.
- Report quality and packaging issues to your manager right away.
- Let RTV clerk know about defective items being left in their area.
- When necessary, consolidate product to make saleable units.
- Put away cooler and freezer items promptly.
- Sell displays and "last ones" as complete sets.

**MEMBER SERVICES:**
- Record cooler/freezer temperatures during floor walks and report any problems immediately to the duty manager.
- Return stray items to proper places, paying particular attention to perishable products.

**REFUNDS:**
- Scan UPC to ensure member receives proper credit.
- Make sure disposition tags are complete and accurate.
- Check items to ensure all parts have been returned. Note any missing pieces on disposition tag.
- Handle merchandise carefully to prevent damage.
- Keep saleable and non-saleable items separate.
- Record member-returned items that were thrown away in the Destroyed Merchandise Log.
- Take items to RTV that will be held for vendor exchange.
- Qualex returns/refunds should be sent to RTV first for proper documentation.
- Process e-commerce returns properly and send to RTV.

**QUESTIONS OR CONCERNS?** Feel free to ask your manager. They'll be glad to help.



## Costco's community involvement makes a difference!



It would be impossible to cover here all the many philanthropic activities that Costco and its employees (that's you!) are involved in at the warehouse level, but this brief description of our corporate-sponsored programs provides a birds-eye view of the value we add to the communities we serve.

### CHILDREN'S HOSPITALS
Eighty hospitals throughout the United States and Canada are helped each year with money Costco employees and members raise through the Children's Miracle Network (CMN) campaign. Employees have made many wonderful memories through creative fund-raising for the more than 17 million children ailing with diseases, injuries and birth defects. Since 1988, Costco has donated more than $63 million to CMN.

### BACKPACK PROGRAM
Each year, many students around the world who go to an in-need school close to a Costco location are given a backpack. Since 1993, the company has donated almost 2.2 million backpacks filled with basic school supplies in the U.S., Canada, Mexico, Taiwan, Korea, Japan, Puerto Rico and the UK.

### COSTCO READING PROGRAM
Since 1997, Costco's program has provided an avenue for employees to volunteer in their communities, with the goal of bringing a brighter future to elementary school children who are reading below grade level. After attending a two-hour training session, employee-tutors are matched with a child from their building's local adopted school. Employees work with their student one-on-one, tutoring for an hour a week for about 15 weeks.

### COMMUNITIES IN SCHOOLS
A nationwide program, Communities In Schools (CIS), partners with families, schools and community leaders to create a support system for at-risk students in all grades. Its goals are to help students successfully learn, stay in school and prepare for life. Costco provides financial support through corporate donations and also offers assistance with supplies and encouragement at the warehouse level. Employees are active in volunteering their time to mentor and assist students through such CIS vehicles as "Lunch Buddies" and "Character Counts" programs.

### SPORTS LEADERSHIP ACADEMIES
Costco has partnered with Communities In Schools, local school districts and professional sports teams to provide at-risk, middle-school-age students an opportunity to succeed academically and socially in a non-traditional, small-school setting. Professional athletes visit the schools a few times each year to encourage the kids to keep up their studies by providing them with field trips to team events and tickets to games. Currently there are five sports leadership academies in operation: the San Francisco 49ers, Seattle Seahawks, Phoenix Suns/Diamondbacks, Detroit Lions and Indiana Pacers.

### UNITED WAY
Costco is very involved in supporting the Community Safety Net via the annual United Way campaign, and the company plays a major role in helping to raise awareness of the many needs in our communities. Including company match, Costco employees have given more than $83 million to 209 United Way agencies in the United States, Canada and Puerto Rico since 1984.

### COSTCO SCHOLARSHIP FUND
Instituted in 2000, the Costco Scholarship Fund, administered by the Washington Education Foundation, was created to provide financial assistance to qualified underrepresented students from across the United States who could not otherwise afford to attend college. These scholarships bridge a gap in the financial assistance available to disadvantaged students who choose to attend the University of Washington and Seattle University. Since its inception, the Costco Scholarship Fund has raised more than $10.4 million and provided more than 750 scholarships.

### COSTCO VOLUNTEERS
Hundreds of Costco volunteers have donated thousands of hours volunteering for projects in their communities. From planting trees, painting buildings and adopting highways, to feeding the homeless and taking part in the backpack and reading programs, Costco volunteers have changed many communities for the better. ■

For more information on any of the above, or for tips on how you can get involved in a volunteer group at your location, contact Ginnie Garber in the Costco Community Relations Department, at (425) 313-8468.

# HOW TO READ YOUR PAYCHECK STUB



**Wage codes**
REGULAR
PREM SU
OVERTIM
HOLIDAY

**ORDER**
Deduction code for garnishments.

**YTD AMOUNTS**
Year to date amounts for specified earnings or deductions.

**TAX LIF**
Items such as TAX LIF (Taxable Life) are designated as "payment in kind." These amounts are reportable taxable income, but not considered pay period wages.

**OTHER**
These amounts for current pay period will be detailed on a separate attached document.

**TAXABLE GROSS**
Equals the sum of all pay codes minus all pretax deductions, such as 401(k), Medical, Dental, and Flexible Spending Accounts (Medical and Dependent Care).

**ACH ACCOUNTS**
Employees must audit ACH account types and numbers for accuracy. Complete new Direct Deposit Authorization Forms (PR48A), if needed. Direct deposit account information not in compliance with NACHA (National ACH Association) will be deleted. The ACH dollar amounts added together should match the NET PAY amount.

**NET PAY**
Equals TOTALS minus DEDUCTIONS TOTAL, and earnings (Taxable Life).

**SICK and VACATION**
hours available, in hours and hundredths of hours (as of previous period)

## YOUR PAYROLL CLERK CAN HELP ANSWER ANY QUESTIONS.

### COMMON DEDUCTION CODES

| Code | Description | Code | Description | Code | Description |
|---|---|---|---|---|---|
| 401(k) | 401(k) Deferral | FEE | Garnishment Admin Fee | MED-MG | Managed Choice Medical Plan |
| A/R EM | Employee Receivable | FICA | Social Security | NQ04 | Deferred Compensation |
| DCA | Dependent Care Assistance Plan | FICA2E | Medicare – Employee | SDI | State Disability Insurance |
| DEN-CO | Core Dental Plan | FIT | Federal Withholding | STATE | State Withholding |
| DEN-PR | Premium Dental Plan | FSA | Health Spending Account | STOCK | Employee Stock Purchase |
| DPSUPL | Dependent Supplemental Life Insurance | HRLY D | Short-term Disability (hourly) | SUPAOD | Supplemental Accidental Death/Dismemberment |
| DUES | Union Dues | INIT | Union Initiation | SUPLIF | Supplemental Life Insurance |
| EMP | Employee Fund | LOCAL | Local Taxes | UW04 | United Way |
| | | MED-FO | Freedom of Choice Medical Plan | | |

# EMPLOYEE ASSISTANCE PROGRAM
## AND THE WORK/LIFE PROGRAM

*Confidential employee assistance is available 24/7*



These valuable benefits are available to new employees right away, with no eligibility requirements. You and your family members may contact Costco's Employee Assistance Program (EAP) and Work/Life Program at no cost to speak with a trained counselor by telephone.

EAP counselors are trained to help you resolve personal, work or family challenges. They can provide guidance, information and/or referrals to local service providers, including mental health professionals, to help you address a number of different needs.

**PARENTING & CHILD CARE**
- Adoption, pregnancy and infertility
- Special-needs children
- Day care and summer care options

**EVERYDAY ISSUES**
- Consumer education
- Moving and relocation resources
- Balancing family and work life

**EDUCATION**
- Academic planning
- College and university searches and planning
- GED/vocational training

**RELATIONSHIP ISSUES**
- Dealing with conflict
- Marital/partner issues
- Single life issues

**WORKPLACE CHALLENGES**
- Communicating with your boss
- Career development
- Maintaining motivation and enthusiasm

**LEGAL & FINANCIAL CONCERNS**
- Retirement planning
- Budget and credit management
- Legal resources and referrals

**EMOTIONAL WELL-BEING**
- Depression
- Managing stress and anxiety
- Adjusting to change
- Alcohol and substance abuse

**ADULT CARE**
- Elder care options
- Adjusting to retirement
- Health and wellness

**Call 1-800-999-7222**
ON THE WEB: WWW.UNICARE.COM/YOUREAP (PROGRAM NAME: COSTCO)