# ABOVE AND BEYOND

*Costco employees making a difference*

### TRAMAAL LYNCH
SAN LEANDRO, CALIFORNIA



Etta Chinn writes: "Although I hold a disabled placard, it was out of sight when I went to get gas. My gas tank has a key, and it is very difficult for me to open, so I asked Tramaal to help me. Not only did he open the gas tank, but he insisted on filling the tank and putting my credit card into the slot. When the tank was filled, he locked it and got the receipt for me. Believe me, I am not used to such wonderful treatment, especially from a self-service gas station. Thank you, Tramaal, for your kindness."

### AMBER REINERT
BEDFORD PARK, ILLINOIS



Bill Anderson writes: "After shopping at your location, I packed my items into my car and drove away. As I unloaded my purchases at home, I realized that I had left an envelope containing $4,000 cash in the shopping cart. I was panicked and upset when I called your location. To my amazement, Amber had found the envelope and turned it in with all the money still enclosed. To find such honesty and morals in today's world is almost unheard of, and I want to make sure that Amber is recognized for her integrity."

### DAVID ECKERT & ERIC LUND
OCEAN TOWNSHIP, NEW JERSEY



Lily Glatz writes: "I had a flat tire and came in for a replacement. After looking at the tire, David told me that it might still be under warranty. It was! I got a new Michelin tire for minimum cost because of David and Eric. These gentlemen were exceptional. My father, who originally came from China, was with me and witnessed it all. He said, 'Only in America,' and I replied, 'Only at Costco.'"

### JAY MARCELLA
CLACKAMAS, OREGON



Linda DeCline writes: "Thank you, thank you, thank you to Jay and his wonderful team! I couldn't find the razors, and he helped find some up in the steel. I hadn't realized all of the work it takes to get stuff off of the 'top shelf.' I felt like royalty with all of the attention I got! Thanks again for the great customer service."

### BERNIE BURGESS
PALM BEACH GARDENS, FLORIDA



Art and Carole Piergrossi write: "My wife and I have shopped at your warehouse since it opened, and we believe your cashier Bernie is one of your most outstanding resources. She exemplifies excellent service – consistently efficient, caring and cheerful. We deliberately go to her line; even when it is a dozen customers deep, she always remembers us and has never rushed us. Employees like Bernie make Costco what it is, and she keeps us coming back."

### MORGAN MURRAY, RHONDA GARZA AND BOT SALONGA
NORTHWEST SAN ANTONIO, TEXAS



Baldemar Garcia writes: "I have taken multiple rolls of film to your store on many occasions, and I think you have outstanding employees in your photo lab. I am a professional photographer, so each photo I take, whether or not I turn it in for publication, has my reputation behind it. I am very particular about the quality of photo development. I would like to recognize Morgan, Rhonda and Bot for their outstanding knowledge of photography and their professionalism."

# SAVE FOR THE FUTURE? YOU CAN DO IT!

## 401(k) auto-enrollment gets new employees off to a great start

Auto-enrollment makes it easier for you to save for the kind of retirement you want by helping you get started as soon as possible.

As a new employee, you are eligible to enroll in a 401(k) retirement account on the first of the month following 90 days (3 months) of employment, and Costco will make sure you don't miss out on any matching dollars by automatically enrolling you, effective that day. For instance, employees who start work in January 2006 will be enrolled on May 1, 2006. Employees who start work in February 2006 will be enrolled on June 1, 2006.

Costco will set up a 401(k) retirement account for you and begin to deduct 3 percent of your pretax pay from each paycheck, which will be invested for you. You'll hardly notice the difference in your paycheck, but you will sure notice the savings that will be growing for your future.

The best part? Costco will give you free money! The company will match your 401(k) contributions at 50 cents on the dollar up to $500 a year, every year.

### Here's what that could look like:

| Gross Earnings* per Paycheck | 401(k) Contribution (3%) per Paycheck | Costco's 50% Match per Paycheck | Employee Savings at 1 Year** |
|---|---|---|---|
| $820 | $24.60 | $12.30 | $959.40 (employee contributions = $639.60; company match = $319.80) |

\* Full-time non-union service assistant with an hourly rate of $10.25
\*\* For illustrative purposes only. Balances not adjusted for investment gain/loss

Once you get started, you will probably want to review your investment strategy. You might want to change your contribution percentage or change the investment fund your money is being deferred to, based on your personal goals. You can do this by contacting T. Rowe Price.

Of course, you may cancel your participation at any time. You will also receive a letter reminding you about your upcoming auto enrollment and telling you how you can opt out before your payroll deductions start. After deductions have started, you can still cancel by contacting T. Rowe Price and electing 0 percent salary deferral.

**T. Rowe Price**
**1-800-922-9945**
rps.troweprice.com > myRetirementPlan

 



# ELECTRONIC COMMUNICATION AT COSTCO

Expanding technology has created many benefits, and we have several electronic communications vehicles that would have been unheard of not much more than a decade ago. As valuable as these devices are for business use, they still come with their own set of pitfalls, and Costco asks its employees to exercise good judgment and discretion when they use them.

To minimize risks, such as unauthorized access to Costco systems and corruption of programs or data by outside parties, the company has established the following policies:

- Electronic communications, data transfers, remote access and Internet access are for the sole purpose of facilitating the business of Costco Wholesale and are not intended for personal use.
- Costco Wholesale owns all information collected during the course of business and misuse is prohibited.
- Costco Wholesale reserves the right, according to applicable law, to monitor and log all computer activities without notification.
- Every employee is responsible for ensuring that all information relating to Costco Wholesale, its members, suppliers, employees and operations is secure, kept in confidence, and not disseminated or misused.
- Only software or computer equipment purchased and/or authorized by Costco Wholesale Information Systems may be installed on the company-owned network or stand-alone computing devices.
- Any communication transmitted or displayed electronically must comply with the Costco Wholesale Employee Agreement. All employees are responsible for communicating with appropriate business decorum.
- All Costco Wholesale system access passwords are the responsibility of the employee and should be kept confidential.
- All computer users should sign off the system when they are away from their computer. Screen saver passwords are appropriate for shorter absences and their use is encouraged.

Costco takes violations of these policies so seriously that they can be grounds for discipline and even termination of employment. Please review these policies on page 74 of the Employee Agreement and be sure not to put yourself in jeopardy by misusing electronic communications.

# PRESIDENT'S AWARDS

## LISA ARROYO
### LANCASTER, PENNSYLVANIA

As a violent thunderstorm tore through the area, an explosive boom shook the Lancaster warehouse. Two boys had been thrown to the ground by the blast, and within 30 seconds someone radioed to have the office make a 911 call.

Marty Sommers and Trina Mendiola grabbed the first-aid bag and ran outside just as the older boy was stirring to his feet. His younger brother, Ethan, was lying motionless in the parking lot. Both had been struck by lightning, with Ethan taking the bulk of the hit. Their distraught mother was huddled over Ethan, performing CPR.

Trina took over for the mother while Marty found Lisa, another first-aid responder, to help. Lisa then took over for Trina while the mother continued chest compressions. Together they administered CPR for 10 minutes until police and paramedics arrived. The child was then moved under a canopy and out of the rain while paramedics worked on Ethan for another 10 minutes before transporting him to the local hospital. A few days later, Ethan was released.

"The quick response to this crisis by Marty and Trina, and the tremendous effort by Lisa, undoubtedly helped to save Ethan's life," says Pete Charbonneau, warehouse manager. "Lisa was so instrumental in administering continuous CPR, even though there was no response from the victim until after the paramedics arrived. Lisa went beyond expectations by remaining calm and using her CPR training to make a real difference in the outcome of this situation."

## VICTOR DE LA PENA
### SAN LEANDRO, CALIFORNIA

Victor, San Leandro's tire center manager, recently developed a program that will ultimately increase member service by tracking e-commerce and special-order tires. The program tracks information including member name, phone number, membership number, type and number of tires purchased, date received, contact date and install date.



"Doing this has saved time for the members and has increased productivity of the tire center by having all of the information in one place," says Ray Allen, warehouse manager, who nominated Victor for the award. "Victor has done an outstanding job in the last year in managing our tire center."

THE COSTCO PRESIDENT'S AWARD REMAINS THE HIGHEST FORM OF RECOGNITION WE CAN GIVE OUR EMPLOYEES FOR THEIR OUTSTANDING ACHIEVEMENT.

# THE SCAVENGER HUNT

**Welcome to Costco!** To help you get to know us (and us you) please cut out and complete this page. Completing it requires interaction with most of the staff in our location. Feel free to introduce yourself, ask your question and note the answer. *TURN IT IN AT YOUR 30 DAY REVIEW.*

1. This "Hunt" belongs to _____.
2. My location number is _____.
3. My location phone number is _____.
4. My sick-call phone number is _____.
5. My supervisor/manager is _____.
6. My location manager is _____.
7. My next review is (date) _____.
8. My "buddy" is _____.
9. My hire date is _____.
10. The Open Door Policy is posted on the wall in the employee _____.
11. I can earn $ _____ per year at the top of the wage scale (4-year service clerk, full time, with extra check).
12. I qualify for benefits after _____ months of continuous employment (depending on status).
13. When I need help with personal issues like marriage/family, child care, elder care or finances, I can contact ☐ ☐ ☐ for free telephone assistance and referrals.
14. The phone number for the job bank is _____.
15. My regional vice president's name is _____.
16. The following Costco membership costs are:
    $ _____ for Executive Membership   $ _____ for Business Membership
    $ _____ for Add-on card holders     $ _____ for Gold Star Membership
17. After completing my probationary period, I may add a spouse/domestic partner to my membership plus two additional cards, OR _____ additional cards if I do not have a spouse/domestic partner.
18. The 401(k) is a program designed to help me save toward retirement. After 90 days of continuous employment, I can contribute up to _____ % of my paycheck to my 401(k).
19. The ticker symbol for Costco's stock is _____ and it is traded on the _____ exchange.
20. _____ (number of) members will pass through our warehouse entrance on a weekly basis.

21. Our projected sales this year will be $ _____ and our profit will be $ _____.
22. This is _____ % of our sales.
23. Our location is _____ square feet.
24. Shrink is merchandise that is unaccounted for when we take inventory. Our shrinkage percentage at our last inventory was _____ %.
25. The "danger zone" is _____ to _____ degrees (food safety).
26. D&D stands for _____ and _____.
27. The company internet address is _____.
28. RTV stands for _____ _____ _____.
29. When returning an item to RTV, it must have a _____ attached to it.
30. Job postings can be found in the (location) _____.
31. I report workplace accidents to _____.
32. If I purchase Costco stock through payroll deduction, _____ pays the transaction fee.
33. The goal of Costco's dress code is that employees present a _____ _____.
34. No more than _____ shopping carts are to be pushed at one time.
35. If a spill occurs in the warehouse, I will do these 4 things:

| 1 | 2 |
|---|---|
| 3 | 4 |

36. These are three skills I have that I think will benefit Costco and my career:

1
2
3

37. The item with the highest weekly unit sales is _____.
38. The item with the highest weekly dollar sales is _____.

*... but wait, there's more on the back!*

**39** Our Safety Committee meets every _____.

**40** We don't have express lines because:
_____
_____
_____

**41** Our Code of Ethics (from our Mission Statement) is to:
1. Obey the _____
2. Take care of our _____
3. Take care of our _____
4. Respect our _____
5. Reward our _____

**42** When I asked three Costco employees what they liked best about working here, they said:
1 _____
2 _____
3 _____

**43** When I asked three Costco members what they liked best about shopping here, they said:
1 _____
2 _____
3 _____

**44** Membership income makes up _____% of the company's profits.

**45** I should tell (who?) _____ if I see the same merchandise priced for less in another store.

**46** Our maximum markup on merchandise is _____%.

**47** We have (number) _____ marketing representatives in our building.

**48** I've introduced myself to the following people at my location: (Have them sign in the appropriate space below.)

Warehouse Manager: _____
Assistant Manager I: _____
Assistant Manager II: _____
Assistant Manager III: _____
Front-end Manager: _____
Administration Manager: _____
Merchandise Manager: _____
Receiving Manager: _____
Center Manager: _____
Non-foods Manager: _____
Foods Manager: _____
Member Service Manager: _____
Membership Manager: _____
1-Hour Photo Manager: _____
Pharmacy Manager: _____
Optical Manager: _____
Bakery Manager: _____
Meat Manager: _____
Safety Coordinator: _____

**49** Questions I have about Costco:
1 _____
2 _____
3 _____

**Now you are well prepared for your 30-day review!**