1  Brad Seligman (State Bar No. 083838
   Jocelyn D. Lakin (State Bar No. 110817)
2  THE IMPACT FUND
   125 University Avenue
3  Berkeley, CA 94710
   Telephone: (510) 845-3473
4  Facsimile: (510) 845-3654

5  James M. Finberg (State Bar No. 114850)
   Bill Lann Lee (State Bar No. 108452)
6  Lexi J. Hazam (State Bar No. 224457)
   LIEF, CABRASER, HEIMANN & BERNSTEIN, LLP
7  Embarcadero Center West
   275 Battery Street, 30th Floor
8  San Francisco, CA 94111-3339
   Telephone: (415) 956-1000
9  Facsimile: (415) 956-1008

10 Steven L. Stemerman (State Bar No. 067690)
   Elizabeth A. Lawrence (State Bar No. 111781)
11 DAVIS, COWELL & BOWE, LLP
   595 Market Street, Suite 1400
12 San Francisco, CA 94105
   Telephone: (415) 597-7200
13 Facsimile: (415) 597-7201

14 Attorneys for Plaintiffs and the Proposed Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRELY "RAE" ELLIS, LEAH HORSTMAN, and ELAINE SASAKI on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>Defendant. | Case No. C-04-3341 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER PERMITTING THE FILING UNDER SEAL OF DEFENDANT'S REQUEST FOR JUDICIAL NOTICE OF LEAH HORSTMAN'S DIVORCE RECORDS** |

Defendant Costco intends to file a Request for Judicial Notice of Leah Horstman's Divorce Records in support of its opposition to Plaintiffs' Motion

1

for Class Certification. Proposed class representative Horstman desires to have the publication of these records limited, as they contain personal and private matters. Defendant has agreed to request that these records be filed under seal, and, because of the logistical difficulties in accomplishing this, the parties request that this Request for Judicial Notice be deemed timely filed on Monday, October 2, 2006.

THEREFORE, THE PARTIES HEREBY STIPULATE AND JOINTLY REQUEST that

1. Defendant's Request for Judicial Notice of Leah Horstman's divorce records be filed under seal;

2. Defendant's Request for Judicial Notice of Leah Horstman's divorce records be deemed timely filed on Monday October 2, 2006.

IT IS SO STIPULATED.

Date: September 29, 2006        DAVIS, COWELL & BOWE, LLP
                                By: /S/
                                    Elizabeth A. Lawrence

Date: September 29, 2006        SEYFARTH SHAW LLP
                                By: _____
                                    David Kadue

## ORDER

GOOD CAUSE APPEARING, it is hereby ORDERED that Defendant's Request for Judicial Notice of Leah Horstman's divorce records be filed under seal, and that filing on October 2, 2006 shall be deemed timely.

IT IS SO ORDERED.

10/2/2006
Date                                    Honorable Judge Marilyn H. Patel

IT IS SO ORDERED
Judge Marilyn H. Patel

2
STIPULATION AND [PROPOSED] ORDER PERMITTING THE FILING OF DEFENDANT'S REQUEST FOR JUDICIAL NOTICE OF LEAH HORSTMAN'S DIVORCE RECORDS — Case No. C04-3341 MHP