**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: October 10, 2006

Case No.   C 04-3341  MHP                    Judge: MARILYN H. PATEL

Title: SHIRLEY RAE ELLIS -v- COSTCO WHOLESALE CORP

Attorneys:  Plf: Brad Seligman
            Dft: Gerald Maatman

Deputy Clerk:  Anthony Bowser   Court Reporter: Katherine Powell

**PROCEEDINGS**

1)   Telephonic Status/discovery  Conference

2)

3)


**ORDERED AFTER HEARING:**

Counsel submit after further discussion; Court orders that counsel meet and confer in re production of witnesses/declarations  not previosly disclosed for testimony OR withdrawing said declarations;