Brad Seligman (State Bar No. 083838)
Jocelyn D. Larkin (State Bar No. (State Bar No. 110817)
THE IMPACT FUND
125 University Avenue
Berkeley, CA  94710
Telephone:  (510) 845-3473
Facsimile:  (510) 845-3654

James M. Finberg (State Bar No. 114850)
Bill Lann Lee (State Bar No. 108452)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

Steve Stemerman (State Bar No. 067690)
Elizabeth A. Lawrence (State Bar No. 111781)
Sarah Varela (State Bar No. 234640)
DAVIS, COWELL & BOWE, LLP
595 Market Street, #1400
San Francisco, CA  94105
Telephone:  (415) 597-7200
Facsimile:  (415) 597-7201

Attorneys for Plaintiffs and the Proposed Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY "RAE" ELLIS, LEAH HORSTMAN and ELAINE SASAKI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>Defendant. | Case No.  C-04-3341 MHP<br><br>**DECLARATION OF JOCELYN D. LARKIN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO COSTCO'S MOTIONS TO STRIKE DECLARATIONS OF PLAINTIFFS' EXPERTS** |

I, Jocelyn D. Larkin, declare:

1. I am one of the attorneys representing the plaintiffs in this action. I have personal knowledge of the facts contained in this declaration and, if called as a witness, am competent to testify to those facts.

2. Attached hereto as Exhibit 1 are true and correct copies of deposition excerpts from the Deposition of Ali Saad, taken on June 29, 2006.

3. Attached hereto as Exhibit 2 are true and correct copies of deposition excerpts from the Deposition of Frank J. Landy, taken on July 26, 2006.

4. Attached hereto as Exhibit 3 are true and correct copies of deposition excerpts from the Deposition of John B. Gaherty, taken on April 5, 2006.

5. Attached hereto as Exhibit 4 are true and correct copies of sample promotable lists produced by Costco (CRE 0020000-15; 0125198-99; CRE 0020050-51; 0020025-27).

6. Attached hereto as Exhibit 5 are true and correct copies of excerpts from J. Cleveland, M. Stockdale, K. Murphy, *Women and Men in Organizations: Sex and Gender Issues at Work* (2000).

7. Marc Bendick, Jr., who is currently out of the country, has concurred in the filing of his supplemental declaration.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed this 16 day of October, 2006 at Berkeley, California.

_____
Jocelyn D. Larkin