UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHIRLEY "RAE" ELLIS, LEAH )
HORSTMAN and ELAINE SASAKI, on )
behalf of themselves and all )
others similarly situated, )
)
    Plaintiffs, )
)
 vs. ) NO. C-04-3341 MHP
)
COSTCO WHOLESALE CORPORATION, )
)
    Defendant. )
)

DEPOSITION OF ALI SAAD, Ph.D.

LOS ANGELES, CALIFORNIA

THURSDAY, JUNE 29, 2006

REPORTED BY:

 Ledy Vogt

 CSR NO. 11744

```
14:24:57
            1       A.   Correct.
            2       Q.   Then to that analysis, you controlled for
            3  whether or not somebody had had a leave of absence in
            4  the year prior to the incumbent year, referring to
            5  Exhibit 9?
            6       A.   No.  I didn't -- that's not what that is.
            7       Q.   What does Exhibit 9 tell me?
            8       A.   Exhibit 9 is not a control for specific
            9  staff manager experience.  It's control for
14:25:16   10  merchandiser -- merchandise manager experience and
           11  also leave of absence.
           12       Q.   You're right.  Exhibit 8 is the one with
           13  controls for merchandise manager experience, and then
           14  Exhibit 9 adds the control for the leaves of absence?
14:25:27   15       A.   That's correct.
           16       Q.   And, in fact, when you added that leave of
           17  absence control, it had a very minor effect in terms
           18  of the pool, didn't it?
           19       A.   Of course it did.
14:25:36   20       Q.   Right.  It reduced the pool from 19.1 to
           21  18.9 percent?
           22       A.   Of course.
           23       Q.   Why do you say "of course"?
           24       A.   Because it's already been controlled for in
14:25:45   25  controlling for merchandise manager.  As demonstrated
```

|   |   |
|---|---|
| | 1    staff managers whoever took a leave of absence or who |
| | 2    did. |
| | 3          Exhibit 30 looked at average total days of |
| | 4    leave of absence of people whoever held staff manager |
| 14:27:40 | 5    positions, among people who actually took leaves of |
| | 6    absence? |
| | 7      A. That's correct. |
| | 8      Q. Now, are these figures -- what time periods |
| | 9    are for these figures? |
| 14:27:48 | 10      A. This is covering the time periods, as it |
| | 11    says in -- it should say it in here. It's 4-1-99 |
| | 12    through 5-2005, the initial electronic data base. |
| | 13      Q. So this is -- this figure like, for example, |
| | 14    for women it's 136.22 days. That's the total -- the |
| 14:28:04 | 15    average for that whole time period? |
| | 16      A. That's correct. |
| | 17      Q. And, again, it was from 4-99 till? |
| | 18      A. Till 5-05. |
| | 19      Q. Likewise, on Exhibit 31 when you looked at |
| 14:28:17 | 20    the totals, which you included those who took it and |
| | 21    did not take, you're looking at the period '99 |
| | 22    through 2005? |
| | 23      A. That's correct. |
| | 24      Q. And looking again at Exhibit 31, the |
| 14:28:29 | 25    difference between male and female over that six-year |

```
15:16:25

15:16:40

15:16:53

15:17:12

15:17:17
```

1  did.
2  Q. Right.
3  A. The occupation codes -- there's one fairly
4  major exception, but I used the same general -- the
5  same code that he used as the relevant census code.
6  Special EEO has the same census codes that the PUMS
7  data has. So that code 002, general and operations
8  manager, he used that for general managers and AGM's.
9  Q. Right.
10  A. I used that as well. For staff managers, he
11  used sales and marketing managers, and as I described
12  it in report, that's completely wrong. It's just a
13  totally different job.
14  Q. Right.
15  A. But code 470, which he used for positions
16  below AGM or below staff -- sorry -- I used that as
17  the relevant occupation code for staff managers.
18  Q. So what you did is you used your occupation
19  code, and then you took a distribution within a
20  certain salary range in the PUMS data --
21  A. Correct.
22  Q. -- to come up with your percentage
23  difference?
24  A. That's correct.
25  Q. Let me make sure I understand how you

|          |    |                                                                  |
|----------|----|------------------------------------------------------------------|
|          | 1  | derived the salary ranges that you have there.                   |
|          | 2  | Looking, for example -- again, going back to                     |
|          | 3  | Exhibit 174 -- well, actually, the first page                    |
|          | 4  | explains what the ranges are; right?                             |
| 15:17:39 | 5  | A.  That's right.                                                |
|          | 6  | Q.  So for occupational code 470, you looked at                  |
|          | 7  | people who were at income between $46,000 and $60,000            |
|          | 8  | a year; right?                                                   |
|          | 9  | A.  Yes.  That's right.                                          |
| 15:17:52 | 10 | Q.  And for occupation 02, between $58,000 and                   |
|          | 11 | $84,000.  And occupation of -- I'm sorry.  05.                   |
|          | 12 | Occupation 02 between $75,000 and $150,000.  Now, how            |
|          | 13 | did you -- explain how you picked those particular               |
|          | 14 | ranges.                                                          |
| 15:18:08 | 15 | A.  Yes.  On page 3 of Exhibit 174.                              |
|          | 16 | MR. KADUE:  The unnumbered third page?                           |
|          | 17 | MR. SELIGMAN:  Yes.                                              |
|          | 18 | THE WITNESS:  Isn't there a number on this                       |
|          | 19 | page?                                                            |
| 15:18:18 | 20 | BY MR. SELIGMAN:                                                 |
|          | 21 | Q.  Right.  We're on the same place.  We're                      |
|          | 22 | looking at job code 2000.                                        |
|          | 23 | A.  Job code 2000.  What I did is I looked to                    |
|          | 24 | the range of pay for job code 2000 and -- that                   |
| 15:18:32 | 25 | occurred at Costco, and I established that range.                |

|  |  |
|---|---|
|  | 1   And the range is approximately $75,000 to $150,000. |
|  | 2   Here I couldn't quite hit the exact numbers because |
|  | 3   the 1 percentile is at $70,000, and the 99th |
|  | 4   percentile is at $140,000.  So I picked $75,000 to |
| 15:18:52 | 5   $150,000 to be approximately the range for job code |
|  | 6   2000 in comparisons to PUMS.  Then looking at job |
|  | 7   code -- |
|  | 8         Q.  Hold on.  Don't leave me yet.  I want to |
|  | 9   make sure I'm seeing where you're getting those |
| 15:19:03 | 10  numbers from. |
|  | 11        A.  I'm looking at a section that the, I guess, |
|  | 12  the subtitle of it is quantiles. |
|  | 13        Q.  Yes? |
|  | 14        A.  And then below it, it says "quantile," and |
| 15:19:14 | 15  then "estimate." |
|  | 16        Q.  Right? |
|  | 17        A.  And it's got a bunch of percentiles. |
|  | 18        Q.  100 percentile? |
|  | 19        A.  Yes. |
| 15:19:21 | 20        Q.  Some humongous number, and then 99 percent |
|  | 21  is $140,000? |
|  | 22        A.  Right. |
|  | 23        Q.  And the median is $97,000? |
|  | 24        A.  That's correct. |
| 15:19:32 | 25        Q.  So what you did is you basically took -- |

15:19:52

1 leaving aside the very extreme edges, you pretty much
2 took the whole range is what you did?
3     A. That's correct. And then job code 2001, one
4 could look at -- what we looked at is here we just
5 took the 1 percentile and the rounded 99th percentile
6 for job code 2001. A $58,000 and 84,000 and said
7 that anybody in PUMS who are fixed within that range
8 would be comparable from a wage perspective to those
9 filling in the AGM positions at Costco.

15:20:12

10    And then for the staff jobs, the range was
11 $46,000 to 60,000. So that range was utilized when
12 going to the job code 470 in the census, in the PUMS
13 data.
14    Q. And your assumption is that those wage

15:20:33

15 controls identify those people who are in similar
16 jobs at Costco versus the general industry?
17    A. No, I'm not saying that.
18    Q. What are you saying?
19    A. I'm saying that it is a way to control for

15:20:45

20 level of skill, level of responsibility, and the
21 intersection thereof.
22    Q. Do you know how Costco's wage levels for
23 these positions compared to other companies in the
24 industry?

15:20:56

25    A. I am told, although I haven't done a formal

|  |    |                                                              |
|--|----|--------------------------------------------------------------|
|  | 1  | study, I am told that they pay very well, that they          |
|  | 2  | may pay higher.  But that means that the skills              |
|  | 3  | and/or responsibilities that are seeking to elicit           |
|  | 4  | from the labor market are correspondingly higher.            |
| 15:21:15 | 5 | They're not giving away money.  They're in the labor       |
|  | 6  | market.                                                      |
|  | 7  |         Q.  That's an assumption you're making?              |
|  | 8  |         A.  Well, I'm a labor economist.  I believe          |
|  | 9  | labor markets do function.                                   |
| 15:21:24 | 10 |        Q.  Couldn't -- doesn't labor economists suggest  |
|  | 11 | that Costco may be paying higher in order to get             |
|  | 12 | better qualified employees, not that the job duties          |
|  | 13 | are different?                                               |
|  | 14 |         A.  Precisely my point.  That's the point I'm        |
| 15:21:34 | 15 | making.  It's the qualifications are necessarily to      |
|  | 16 | adjust for when making an intent to benchmark to some        |
|  | 17 | external group of people that have the same                  |
|  | 18 | qualifications.                                              |
|  | 19 |         Q.  And they could also be just overpaying their     |
| 15:21:53 | 20 | employees?                                               |
|  | 21 |         A.  I don't believe that profit-maximizing firms     |
|  | 22 | systematically and persistently overpay their                |
|  | 23 | employees.                                                   |
|  | 24 |         Q.  Your analysis would exclude an employer who      |
| 15:22:06 | 25 | pays below that range for the same job positions;        |

|  |  |
|--|--|
| | 1   can get better controls rather than just looking at |
| | 2   census data. And in companies I've looked at, it's |
| | 3   often the case from pay equity perspective the |
| | 4   differences are small or, in fact, nonexistent. |
| 15:25:30 | 5         So that would leave me to believe that, when |
| | 6   you're looking at the broader labor market data, that |
| | 7   you're simply just not looking at data that you're |
| | 8   able to sufficiently control for skills and |
| | 9   qualifications. |
| 15:25:40 | 10        Q.  Have you analyzed the pay at any other major |
| | 11  retailer for management level employees other than |
| | 12  Costco? |
| | 13        A.  I have over the years looked at pay and seen |
| | 14  pay at different retail employers, yes. |
| 15:25:53 | 15        Q.  For example, have you looked at the pay |
| | 16  practices at Wal-Mart? |
| | 17        A.  I did not have the pleasure. |
| | 18        Q.  Or Sam's Club? |
| | 19        A.  Same answer. |
| 15:26:00 | 20        Q.  And Wal-Mart and Sam's Club are the largest |
| | 21  competitor to Costco, aren't they? |
| | 22        A.  I don't think Costco considers them as |
| | 23  compared to them from a labor perspective at all. |
| | 24        Q.  You don't? |
| 15:26:14 | 25        A.  I don't think they do from a labor |

Case3:04-cv-03341-EMC Document464-1 Filed10/16/06 Page10 of 14

Page 181

```
15:27:26   1    these distributions will overlap.
           2         Q.  But your analysis would exclude a lot of it?
           3         A.  Certainly it would.  To the extent that
           4    they're below the minimum range, it may.  But these
           5    ranges are fairly wide.  The averages are certainly
           6    quite different, and the upper levels are very
           7    different for the assistant, for example.  So from
           8    that perspective, the Costco's drawing on a little
           9    bit different segment on an average basis.
15:27:49  10         Q.  What other retailers have you examined the
          11    pay for in the last ten years?
          12         A.  Well, in Home Depot, worked on that.  I
          13    think it's just barely within the last ten years now.
          14    I looked at pay for a whole variety of jobs there,
15:28:16  15    and I don't think -- it's hard to remember.  I mean,
          16    I haven't thought about this for a while.  I'm not
          17    sure there were any pay differentials there between
          18    men and women from equal pay perspective.
          19         Q.  On management level jobs?
15:28:32  20         A.  Yes, that's correct.  This would be, I
          21    guess, assistant management -- assistant level jobs,
          22    assistant manager jobs.
          23         Q.  Let's step back and talk about broader
          24    theories and the specific data.  Beginning with your
15:29:09  25    report, you have a description of several alternative
```

b76226d4-cdc2-4e0f-9c1a-bf62a93098a3

```
                1    Bay Area, Los Angeles, and the Northeast are very
                2    similar in terms of the spread between these course.
                3    But I don't know why that's the case.
                4         Q.  Do you have any reason to believe -- any
16:15:14        5    reason to believe the promotion policies are
                6    different in those regions?
                7         A.  Not to my knowledge.  I wasn't asked to look
                8    at that, but I don't know.
                9         Q.  To your knowledge, the job posting policy
16:15:25       10    would apply the same throughout the United States for
               11    Costco?
               12         A.  I believe at this point it is.  Whether it
               13    has been overall periods of time, I don't know.
               14         Q.  Do you know if it's been the same since the
16:15:36       15    beginning of 2002?
               16              MR. KADUE:  You're talking about the posting
               17    policy?
               18              MR. SELIGMAN:  The posting policy.
               19              THE WITNESS:  Yeah, I think so.  I believe
16:15:49       20    it has been the same since that point in time.
               21    BY MR. SELIGMAN:
               22         Q.  And any reason to believe that there are --
               23    strike that.  You're aware that there's no job
               24    posting for assistant manager or warehouse manager
16:16:02       25    positions?
```

|  |  |
|---|---|
| | 1   that describes the promotion process to become an |
| | 2   assistant manager or warehouse manager? |
| | 3       A.  No, I haven't. |
| 16:18:16 | 4       Q.  Are you aware of any such documents exist in
5   any region? |

1  that describes the promotion process to become an
2  assistant manager or warehouse manager?
3       A.  No, I haven't.
4       Q.  Are you aware of any such documents exist in
5  any region?
6       A.  Not to my knowledge.
7       Q.  Do you know who makes the promotion
8  decisions at Costco for warehouse manager?
9       A.  It's people above that level.  It would be
10 district and region personnel.
11      Q.  Do you know if it goes any higher than that?
12          MR. KADUE:  I'm not sure which job are we
13 talking about?
14          MR. SELIGMAN:  Warehouse manager.
15      Q.  Do you know who makes the decision for
16 promotion to assistant general manager?
17      A.  Warehouse manager is involved.  Also the
18 district managers are involved in that process as
19 well.  I don't know if region people are, but they
20 may be.
21      Q.  Do you know who makes the decision about
22 promotion to staff level positions?
23      A.  I believe that is the warehouse manager.
24 And also the assistant general manager is involved in
25 that as well.

Case3:04-cv-03341-EMC   Document464-1   Filed10/16/06   Page13 of 14

16:19:15

16:19:38

16:19:47

16:19:57

16:20:14

1  Q.  Now, these decision authority levels we just
2  talked about, any reason to believe those vary in the
3  different regions?
4  A.  By region, I don't know.  They certainly do
5  vary by circumstance and by warehouse based on the
6  reading that I've done, and I would expect that that
7  probably did -- they probably do differ by regions.
8  It depends how hands-on region people are in one
9  region versus another.  I'm sure that varies.
10  MR. SELIGMAN:  I have no further questions.
11  Thank you.
12  MR. KADUE:  I've got just one.
13  MR. SELIGMAN:  Oh, you got a question.
14  MR. KADUE:  The witness reserves his right
15  to review and correct the transcript, if necessary.
16
17                     EXAMINATION
18  BY MR. KADUE:
19  Q.  And I have one question based on the
20  report here.  Ask you to look at page -- it's
21  Exhibit 167, page 13, lines 6 and 7, Dr. Saad, where
22  you say until July of 2005 Ms. Anderson has not held
23  a staff manager position.  Do you see that?
24  A.  Yes.
25  Q.  And can you reconcile that with Exhibit 171,

```
STATE OF CALIFORNIA    )
                       ) ss.
COUNTY OF LOS ANGELES  )
```

I, LEDY VOGT, a Certified Shorthand Reporter, do hereby certify:

That prior to being examined, the witness named in the foregoing deposition was by me duly sworn to testify the truth, the whole truth, and nothing but the truth;

That said deposition was taken before me at the time and place therein set forth and was taken down by me in shorthand and thereafter transcribed into typewriting under my direction and supervision;

I further certify that I am neither counsel for, nor related to, any party to said action, nor in anywise interested in the outcome thereof.

In witness whereof, I have hereunto subscribed my name.

Dated: __JUL 0 6 2006__

*(signature)*

Ledy Vogt, CSR No. 11744