Oct-27-2006  10:13  From-                                           T-021  P.002/004  F-004

| | |
|---|---|
| 1  THE IMPACT FUND<br>    Brad Seligman (SBN: 83838)<br>2   Jocelyn D. Larkin (SBN: 110817)<br>    125 University Avenue<br>3   Berkeley, CA  94710<br>    Telephone: (510) 845-3473<br>4   Facsimile: (510) 845-3654 | SEYFARTH SHAW LLP<br>Kenwood C. Youmans (SBN: 68258)<br>David D. Kadue (SBN: 113578)<br>2029 Century Park East, Suite 3300<br>Los Angeles, California 90067-3063<br>Telephone: (310) 277-7200<br>Facsimile: (310) 201-5219 |
| 5  LIEFF, CABRASER, HEIMANN<br>    & BERNSTEIN, LLP<br>6   James M. Finberg (SBN: 114850)<br>    Bill Lann Lee (SBN: 108452)<br>7   Embarcadero Center West<br>    275 Battery Street, 30th Floor<br>8   San Francisco, CA  94111-3339<br>    Telephone: (415) 956-1000<br>9   Facsimile: (415) 956-1008 | SEYFARTH SHAW LLP<br>Gerald L. Maatman, Jr. (*Admitted Pro Hac Vice*)<br>55 East Monroe Street, Suite 4200<br>Chicago, Illinois 60603-5803<br>SEYFARTH SHAW LLP<br>Thomas J. Wybenga (*Admitted Pro Hac Vice*)<br>999 Lake Drive<br>Issaquah, Washington 98027<br>Telephone: (425) 313-6794<br>Facsimile: (425) 313-6922 |
| 10  DAVIS, COWELL & BOWE, LLP<br>     Steve Stemerman (SBN: 067690)<br>11   Elizabeth A. Lawrence (SBN: 111781)<br>     595 Market Street, #1400<br>12   San Francisco, CA  94105<br>     Telephone: (415) 597-7200<br>13   Facsimile: (415) 597-7201 | Attorneys for Defendant<br>Costco Wholesale Corporation |

E-filing

FILED

OCT 31 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

14  Attorneys for Plaintiffs
    Shirley "Rae" Ellis, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| SHIRLEY "RAE" ELLIS, LEAH HORSTMAN and ELAINE SASAKI, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>    Defendant. | Case No. C04 3341 MHP<br><br>Assigned to: Hon. Marilyn Hall Patel<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' MOTION TO STRIKE DECLARATIONS SUBMITTED BY COSTCO** |

STIP. [PROPOSED] ORDER RE MOTION TO STRIKE DECLARATIONS
CASE NO. 04-3341 MHP

In opposition to plaintiffs' motion for class certification, Costco has submitted declarations from individuals who are members of the class plaintiffs seek to have certified. Plaintiffs have moved to strike these declarations and Costco has filed a motion requesting clarification of the Court's order issued after a telephonic conference call held on October 10, 2006 and a further conference call with the Court's clerk held on October 12, 2006.

The parties hereby stipulate as follows:

1. Language in putative class member declarations (including the heading "NO GENDER DISCRIMINATION") stating the conclusion that the declarant or anyone else has never experienced or observed gender discrimination or that Costco has never discriminated against women or words to this effect is withdrawn and will not be considered by the Court.

2. Language in putative class member declarations that plaintiffs do not represent the declarant's interests or that she does not wish to be represented by plaintiffs or their counsel or words to that effect is withdrawn and will not be considered by the Court.

3. The remainder of the declarations may be cited for Rule 23 purposes only, and neither side waives the right to argue the weight to be given to said declarations. In particular, the declarations may not be used to impeach the testimony of any class member or to limit her remedies or representation in this case.

4. A notice of this stipulation and order shall promptly be mailed to each affected declarant once the Court approves it.

5. Plaintiffs withdraw their motion to strike and Costco withdraws its motion to clarify.

6. The Court's minute order of October 10, 2006 is vacated as moot. Costco shall not be required to produce any declarant for examination at the class certification hearing. The

-2-

STIP. [PROPOSED] ORDER RE MOTION TO STRIKE DECLARATIONS
CASE NO. 04-3341 MHP

1 hearings on plaintiffs' motion for class certification and Costco's motions to strike plaintiffs'
2 expert declarations shall be held on November 7, 2006 at 9:00 a.m.
3     7.   This stipulation is the product of negotiation. No adverse inference may be drawn
4 from the withdrawal of the parties' motions or this stipulation.
5     8.   The declaration of Joni Hammer may be filed nunc pro tunc to September 29,
6 2006, subject to the provisions of this stipulation and order.

IT IS SO STIPULATED.

DATED: October 27, 2006                         THE IMPACT FUND

                                                By_____
                                                   Brad Seligman
                                                Attorneys for Plaintiffs

DATED: October 27, 2006                         SEYFARTH SHAW LLP

                                                By_____
                                                   David D. Kadue
                                                Attorneys for Defendant

ORDER

GOOD CAUSE APPEARING, it is hereby ORDERED that the Parties shall comply with the provisions of the above Stipulation regarding the compromise on Plaintiffs' motion to strike declarations, except that after the hearing the court may request testimony if it finds it necessary. The court further understands that as a result of this

IT IS SO ORDERED.

DATED: October 31, 2006                         _____
                                                Hon. Marilyn Hall Patel
                                                UNITED STATES DISTRICT JUDGE

stipulation so Rule 30(b)(6) witnesses will be deposed with respect to preparation of or matters referred to in the defendant declarations in opposition to this motion. Further as may be ordered by the court.

STIP. [PROPOSED] ORDER RE MOTION TO STRIKE DECLARATIONS
CASE NO. 04-3341 MHP

LA1 6605137.1