| | |
|---|---|
| THE IMPACT FUND<br>Brad Seligman (SBN: 83838)<br>Jocelyn D. Larkin (SBN: 110817)<br>125 University Avenue<br>Berkeley, CA 94710<br>Telephone: (510) 845-3473<br>Facsimile: (510) 845-3654 | SEYFARTH SHAW LLP<br>Kenwood C. Youmans (SBN: 68258)<br>David D. Kadue (SBN: 113578)<br>2029 Century Park East, Suite 3300<br>Los Angeles, California 90067-3063<br>Telephone: (310) 277-7200<br>Facsimile: (310) 201-5219 |
| LIEFF, CABRASER, HEIMANN<br>& BERNSTEIN, LLP<br>James M. Finberg (SBN: 114850)<br>Bill Lann Lee (SBN: 108452)<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008 | SEYFARTH SHAW LLP<br>Gerald L. Maatman, Jr. *(Admitted Pro Hac Vice)*<br>55 East Monroe Street, Suite 4200<br>Chicago, Illinois 60603-5803<br>SEYFARTH SHAW LLP<br>Thomas J. Wybenga *(Admitted Pro Hac Vice)*<br>999 Lake Drive<br>Issaquah, Washington 98027<br>Telephone: (425) 313-6794<br>Facsimile: (425) 313-6922 |
| DAVIS, COWELL & BOWE, LLP<br>Steve Stemerman (SBN: 067690)<br>Elizabeth A. Lawrence (SBN: 111781)<br>595 Market Street, #1400<br>San Francisco, CA 94105<br>Telephone: (415) 597-7200<br>Facsimile: (415) 597-7201 | Attorneys for Defendant<br>Costco Wholesale Corporation |

Attorneys for Plaintiffs
Shirley "Rae" Ellis, Leah Horstman, Elaine Sasaki and the Proposed Class

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| SHIRLEY "RAE" ELLIS, LEAH HORSTMAN and ELAINE SASAKI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>Defendant. | Case No. C04 3341 MHP<br><br>Assigned to: Hon. Marilyn Hall Patel<br><br>**STIPULATION AND [PROPOSED] ORDER PERMITTING THE PARTIES TO BRING AND USE AUDIO-VISUAL EQUIPMENT AT HEARING ON MOTION FOR CLASS CERTIFICATION** |

STIPULATION AND [PROPOSED] ORDER RE. AUDIO-VISUAL EQUIPMENT

LA1 6604862.1

The parties to this action stipulate as follows:

1. Plaintiffs' motion for class certification and related evidentiary motions are scheduled for hearing on November 7, 2006 at 9:00 a.m. in this Court.

2. The parties agree that audio-visual equipment would assist in the presentation of their arguments.

3. The parties jointly seek an order permitting them to each bring and use the following audio-visual equipment for purposes of their arguments:

   A. An LCD Projector;

   B. An ELMO Tabletop Visual Presenter;

   C. A projection screen; and

   D. Other cords or equipment necessary for the items listed above.

IT IS SO STIPULATED.

DATED: November 3, 2006                THE IMPACT FUND

                                       By_____
                                           BRAD SELIGMAN
                                       Attorneys for Plaintiffs
                                       SHIRLEY "RAE" ELLIS, LEAH
                                       HORSTMAN AND ELAINE SASAKI

DATED: November 3, 2006                SEYFARTH SHAW LLP

                                       By_____
                                           David D. Kadue
                                       Attorneys for Defendant
                                       COSTCO WHOLESALE CORPORATION

-2-

STIPULATION AND [PROPOSED] ORDER RE. AUDIO-VISUAL EQUIPMENT

LA1 6604862.1

# ORDER

Good cause appearing, it is ordered that the parties may each bring to the courthouse in the afternoon of November 6 or morning of November 7, 2006, the following equipment and upon any further date upon which the motion for class certification is heard:

1. An LCD Projector;

2. An ELMO Tabletop Visual Presenter;

3. A projection screen; and

5. Other cords or equipment necessary for the items listed above.

IT IS SO ORDERED.

DATED: 11/1/06

Hon. Marilyn Hall Patel
UNITED STATES DISTRICT JUDGE

-3-

STIPULATION AND [PROPOSED] ORDER RE. AUDIO-VISUAL EQUIPMENT

LA1 6604862.1