| | |
|---|---|
| 1  THE IMPACT FUND<br>   Brad Seligman (SBN: 83838)<br>2  Jocelyn D. Larkin (SBN: 110817)<br>   125 University Avenue<br>3  Berkeley, CA 94710<br>   Telephone: (510) 845-3473<br>4  Facsimile: (510) 845-3654 | SEYFARTH SHAW LLP<br>Kenwood C. Youmans (SBN: 68258)<br>David D. Kadue (SBN: 113578)<br>2029 Century Park East, Suite 3300<br>Los Angeles, California 90067-3063<br>Telephone: (310) 277-7200<br>Facsimile: (310) 201-5219 |
| 5  LIEFF, CABRASER, HEIMANN<br>   & BERNSTEIN, LLP<br>6  James M. Finberg (SBN: 114850)<br>   Bill Lann Lee (SBN: 108452)<br>7  Embarcadero Center West<br>   275 Battery Street, 30th Floor<br>8  San Francisco, CA 94111-3339<br>   Telephone: (415) 956-1000<br>9  Facsimile: (415) 956-1008 | SEYFARTH SHAW LLP<br>Gerald L. Maatman, Jr. *(Admitted Pro Hac Vice)*<br>55 East Monroe Street, Suite 4200<br>Chicago, Illinois 60603-5803<br>SEYFARTH SHAW LLP<br>Thomas J. Wybenga *(Admitted Pro Hac Vice)*<br>999 Lake Drive<br>Issaquah, Washington 98027<br>Telephone: (425) 313-6794<br>Facsimile: (425) 313-6922 |
| 10 DAVIS, COWELL & BOWE, LLP<br>   Steve Stemerman (SBN: 067690)<br>11 Elizabeth A. Lawrence (SBN: 111781)<br>   595 Market Street, #1400<br>12 San Francisco, CA 94105<br>   Telephone: (415) 597-7200<br>13 Facsimile: (415) 597-7201 | Attorneys for Defendant<br>Costco Wholesale Corporation |

14  Attorneys for Plaintiffs
    Shirley "Rae" Ellis, et al.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## (SAN FRANCISCO DIVISION)

| | |
|---|---|
| SHIRLEY "RAE" ELLIS, LEAH HORSTMAN and ELAINE SASAKI, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>          Defendant. | Case No. C04 3341 MHP<br><br>Assigned to: Hon. Marilyn Hall Patel<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING RECENT JUDICIAL DECISION** |

1  Since the parties completed briefing plaintiffs' motion for class certification and
2  defendant's motions to strike, the Second Circuit decided *In Re IPO Securities Litigation*,
3  2006 WL 3499937 (2d Cir. Dec. 5, 2006). Costco believes this case is pertinent. The
4  parties stipulate that Costco, within five days of this Court's order, may submit a letter,
5  with its body not to exceed 350 words, addressing the alleged significance of this case.
6  Plaintiffs, subject to the same limitations, may respond within five days.

**IT IS SO STIPULATED.**

DATED: January 3, 2007                    THE IMPACT FUND

                                          By _____
                                          Brad Seligman
                                          Attorneys for Plaintiffs

DATED: January 3, 2007                    SEYFARTH SHAW LLP

                                          By _____
                                          David D. Kadue
                                          Attorneys for Defendant

**ORDER**

GOOD CAUSE APPEARING, it is hereby ORDERED that ~~the parties may file such briefs.~~ court finds further briefing unnecessary.

DATED: January 11, 2007                   _____
                                          Hon. Marilyn Hall Patel
                                          UNITED STATES DISTRICT JUDGE

-2-

STIP, [PROPOSED] ORDER RE RECENT JUDICIAL DECISION
CASE NO. 04-3341 MHP

LA1 6614712.2