1   James M. Finberg (SBN 114850)
    ALTSHULER BERZON LLP
2   177 Post Street, Suite 300
    San Francisco, CA 94108
3   Telephone: (415) 421-7151
    Facsimile: (415) 362-8064
4   E-Mail: jfinberg@altshulerberzon.com

5   Bill Lann Lee (SBN 108452)
    LEWIS, FEINBERG, LEE,
6      RENAKER & JACKSON,  P.C.
    1330 Broadway, Suite 1800
7   Oakland, CA 94512
    Telephone: (510) 839-6824
8   Facsimile: (510) 839-7839
    E-Mail: blee@lewisfeinberg.com

9
    *Attorneys for Plaintiffs and the Proposed Class*
10  *[additional counsel on signature page]*

11                      UNITED STATES DISTRICT COURT

12                     NORTHERN DISTRICT OF CALIFORNIA

13

14  SHIRLEY "RAE" ELLIS and LEAH          )   **Case No.  C-04-3341 MHP**
    HORSTMAN, on behalf of themselves and all  )
15  others similarly situated,            )
                                          )
16              Plaintiffs,               )   **NOTICE OF CHANGE OF FIRM AND**
                                          )   **ADDRESS**
17       v.                               )
                                          )
18  COSTCO WHOLESALE CORPORATION          )
                                          )
19              Defendants.               )
    _____)
20

21  TO DEFENDANT AND ITS ATTORNEYS OF RECORD:

22          Please take notice that James M. Finberg has changed his firm and address.  Please serve all

23  pleadings on James M. Finberg at ALTSHULER BERZON LLP, 177 Post Street, Suite 300, San

24  Francisco, CA 94108, Telephone: (415) 421-7151, Facsimile: (415) 362-8064.

25

26

27

28

1    Please continue to serve pleadings on Kelly M. Dermody and Daniel M. Hutchinson at Lieff,

2  Cabraser, Heimann, & Bernstein, LLP, 275 Battery Street, 30th Floor, San Francisco, CA 94111,

3  Telephone: (415) 956-1000, Facsimile: (415) 956-1008.

4

5  Dated: January 16, 2007               By:   /s/ James M. Finberg

6                                             Attorneys for Plaintiffs

7                                    James M. Finberg (SBN 114850)
                                     ALTSHULER BERZON LLP
8                                    177 Post Street, Suite 300
                                     San Francisco, CA 94108
9                                    Telephone: (415) 421-7151
                                     Facsimile: (415) 362-8064

10
                                     Bill Lann Lee (SBN 108452)
11                                   LEWIS, FEINBERG, LEE,
                                        RENAKER & JACKSON, P.C.
12                                   1330 Broadway, Suite 1800
                                     Oakland, CA 94612
13                                   Telephone: (510) 839-6824
                                     Facsimile: (510) 839-7839

14
                                     Brad Seligman (SBN 083838)
15                                   Jocelyn D. Larking (SBN 1180817)
                                     THE IMPACT FUND
16                                   125 University Avenue
                                     Berkeley, CA 94710
17                                   Telephone: (510) 845-3473
                                     Facsimile: (510) 845-3654

18
                                     Kelly M . Dermody (SBN 171716)
19                                   Daniel M. Hutchinson (SBN 239458)
                                     LIEFF, CABRASER, HEIMANN &
20                                      BERNSTEIN, LLP
                                     275 Battery Street, 30th Floor
21                                   San Francisco, CA 94111-3339
                                     Telephone: (415) 956-1000
22                                   Facsimile: (415) 956-1008

23                                   Steve Stemerman (SBN 067690)
                                     Elizabeth A. Lawrence (SBN 111781)
24                                   DAVIS, COWELL & BOWE, LLP
                                     595 Market Street, Suite 1400
25                                   San Francisco, CA 94105
                                     Telephone: (415) 597-7200
26                                   Facsimile: (415) 597-7201

27

28

**NOTICE OF CHANGE OF FIRM AND ADDRESS**
*Shirley "Rae" Ellis v. Costco Wholesale Corporation, et al.*, Case No. C04-3341 MHP