THE IMPACT FUND
Brad Seligman (SBN: 83838)
Jocelyn D. Larkin (SBN: 110817)
Julia Campins (SBN: 238023)
125 University Avenue, Suite 102
Berkeley, Ca 94710
Telephone: (510) 845-3473
Facsimile: (510) 845-3654

LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
Bill Lann Lee (SBN: 108452)
1330 Broadway, Suite 1800
Oakland, CA 94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839

DAVIS, COWELL & BOWE, LLP
Steve Stemerman (SBN: 067690)
Elizabeth A. Lawrence (SBN: 111781)
Sarah Varela (SBN 234640)
595 Market Street, #1400
San Francisco, CA 94105
Telephone: (415) 597-7200
Facsimile: (415) 597-7201

ALTSHULER BERZON LLP
James Finberg (SBN: 114850)
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

LIEFF, CABRASER, HEIMANN & BERNSTEIN
Kelly Dermody (SBN: 171716)
275 Battery Street, 30th Floor
San Francisco, CA 94111
Telephone: (415)956-1000
Facsimile: (415) 956-1008

Attorneys for Plaintiffs
and The Proposed Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY "RAE" ELLIS, LEAH HORSTMAN, ELAINE SASAKI et al., <br><br> Plaintiffs, <br><br> v. <br><br> COSTCO WHOLESALE CORPORATION <br><br> Defendant. | Case No. C04 3341 MHP <br><br> **Stipulation and [Proposed] Order Regarding Notice and Briefing Schedule for Plaintiffs' Motion for Class Notice And For Regulation Of Costco's Communications With Class Members** <br><br> **Date: May 7, 2007** <br> **Time: 2:00 pm** |

The parties, through their attorneys, stipulate as follows:

1. On January 11, 2007, the district court certified the proposed class and directed the parties to confer and prepare a proposed class notice. The parties reached agreement on most issues relating to the class notice and notice plan. The parties agreed to submit the remaining issues to the Court for resolution.

2. In order to have the matter heard as expeditiously as possible, the parties have agreed to a notice and briefing schedule less than the fully 35 days ordinarily required by the local rules for motions.

3. Plaintiffs will file their Motion for Class Notice and for Regulation of Costco's Communications with Class Members on April 9, 2007.

4. Costco will file its responsive pleading on April 18, 2007.

5. Plaintiffs will file any reply brief on April 23, 2007.

6. Under the expedited briefing schedule, all briefing will be completed 14 days before the hearing date.

DATED: April 9, 2007

THE IMPACT FUND

By _____
Jocelyn D. Larkin
Attorneys for Plaintiffs

DATED: April 6, 2007

SEYFARTH SHAW LLP

By _____
David Kadue
Attorneys for Defendant Costco Wholesale Corp.

C 04-3341 MHP

PER STIPULATION CONSISTING OF ONE PAGE,
IT IS SO ORDERED.

DATED: 4/11/2007



_____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Marilyn H. Patel

3