THE IMPACT FUND
Brad Seligman (SBN: 83838)
Jocelyn D. Larkin (SBN: 110817)
Julia Campins (SBN: 238023)
125 University Avenue, Suite 102
Berkeley, CA 94710
Telephone: (510) 845-3473
Facsimile: (510) 845-3654

ALTSHULER BERZON LLP
James Finberg (SBN: 114850)
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

DAVIS, COWELL & BOWE, LLP
Steve Stemerman (SBN: 067690)
Elizabeth A. Lawrence (SBN: 111781)
Sarah Varela (SBN 234640)
595 Market Street, #1400
San Francisco, CA 94105
Telephone: (415) 597-7200
Facsimile: (415) 597-7201

LIEFF, CABRASER, HEIMANN &
BERNSTEIN
Kelly Dermody (SBN: 171716)
275 Battery Street, 30th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

LEWIS, FEINBERG, LEE, RENAKER &
JACKSON, P.C.
Bill Lann Lee (SBN: 108452)
1330 Broadway, Suite 1800
Oakland, CA 94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839

Attorneys for Plaintiffs and
THE CERTIFIED CLASS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| SHIRLEY "RAE" ELLIS, LEAH HORSTMAN, ELAINE SASAKI et al., <br><br>Plaintiffs, <br><br>v. <br><br>COSTCO WHOLESALE CORPORATION <br><br>Defendant. | Case No. C04 3341 MHP <br><br>[PROPOSED] STIPULATION AND ORDER REGARDING CLASS DEFINITION, CLASS NOTICE AND FOR REGULATION OF COSTCO'S COMMUNICATIONS |

STIP & ORDER RE CLASS, CLASS NOTICE, CLASS COMMUNICATIONS
Case No.: C04 3341 MHP

LA1 6624888.2

The Court was scheduled to hear Plaintiffs' Motion for Class Notice and for Regulation of Costco's Communications with Class Members on May 14, 2007. On May 11, 2007, the Ninth Circuit granted Costco's petition to review the district court's class certification order under Fed. R. Civ. Proc. 23(f). In light of these changed circumstances, the parties stipulate as follows:

## CLASS DEFINITION

1. The certified class is defined to consist of all women employed by Costco on or after January 3, 2002 in a U.S. warehouse (including Puerto Rico) who, at any time, have been employed at Costco as a Senior Staff Manager (i.e., Merchandise Manager, Receiving Manager, Front End Manager, or Administrative Manager) or Assistant General Manager. The class includes women who have been promoted to General Manager or Assistant General Manager since January 3, 2002.

## CLASS NOTICE MOTION

2. Plaintiffs' Motion for Class Notice and for Regulation of Costco's Communications with Class Members is stayed pending the resolution of the Rule 23(f) appeal.

## RESTRICTIONS ON COMMUNICATION

3. Neither Costco nor its counsel may, without the express written permission of Class Counsel or the approval of this Court, communicate with any class member about her individual claim or her decision whether to participate in the case. Nothing herein precludes Costco from discussing with a current class member what her current career goals are or whether she has an interest in a particular promotion or from informing class members of Costco's obligations under this order.

4. Any Costco officer, manager, or attorney approached by a class member who initiates, or attempts to initiate, a communication about her individual claim should stop the communication. If Costco desires to communicate with any class member regarding her individual claim, Costco shall first advise Class Counsel, who will consult with the class member about her decision to speak directly with Costco about her claim or the litigation. Class Counsel shall then advise in writing whether Costco has permission to undertake the communication directly with the class member.

5. Costco may not disclose to its operations managers, class members or the public the identity of any class members who have or have not agreed to cooperate with Costco in this case.

6. Neither Costco nor its counsel shall request that a class member execute or agree to a Release of Liability, which includes a release of her claim in this case, without providing seven days' written notice to Class Counsel. This notice requirement applies even if the class member is represented by separate counsel.

7. Neither Costco nor its counsel shall request that a class member execute or agree to a Confidentiality provision, which would preclude her from speaking to Class Counsel about any aspect of her employment with Costco relevant to this litigation.

8. Within three business days of the approval of this Stipulation and Order, Costco will provide an explanation of the relevant provisions to Senior Operations Management and Executives as well as to each Warehouse Manager and Assistant Warehouse Manager (collectively referred to as "senior managers") within Costco's U.S. warehouse operations. To ensure that newly hired or appointed senior managers receive this Order, every four months Costco shall provide a copy of this Order to such new

LA1 6624888.2

managers. This explanation will be provided to senior managers regardless of whether they are members of the class.

9. Costco shall provide to Class Counsel, within three business days of directing the communication, any written communication that Costco directs on the subject of this case to any group of Costco employees that includes members of the class.

10. These communications restrictions shall remain in effect until 30 days after the final resolution of the Rule 23(f) appeal, unless altered by agreement of the parties or order of the district court.

## STAY OF DISCOVERY

11. The parties agree to a stay of discovery during the pendency of the Rule 23(f) appeal, except as provided in paragraphs 12 and 13 below. Neither party may seek an order from the court modifying the stay, absent a showing of good cause and unforeseen circumstances.

12. Within 30 days of the entry of this Stipulation and Order, Costco agrees to provide Class Counsel an updated class member list, reflecting the class definition set forth in ¶ 1 above, with name, home address, and home phone number.

13. Costco agrees to provide to Class Counsel a copy of any change in its personnel policies concerning non-promotional assignment to Senior Staff positions or promotion into Assistant Warehouse Manager or Warehouse Manager, which has been implemented since the close of discovery in 2006 or is implemented during the discovery stay. Costco will provide any new or modified policies within 30 days of the execution of this Stipulation and Order and, for any future policy change, within 14 days of its implementation.

DATED: May 17, 2007        THE IMPACT FUND

                           By _____
                           Brad Seligman
                           Attorney for Plaintiffs and the Class


DATED: May 17, 2007        SEYFARTH SHAW

                           By _____
                           David D. Kadue
                           Attorney for Defendant


IT IS SO ORDERED.

DATED: May 31, 2007

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
*United States District Court, Northern District of California*