# Exhibit A

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974: See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA  ☒ EEOC | |

and EEOC _____

State or local Agency, if any

NAME (Indicate Mr., Ms., Mrs.)
Ms. Shirley Ellis

HOME TELEPHONE (Include Area Code): [REDACTED]

STREET ADDRESS: [REDACTED]   CITY, STATE AND ZIP CODE: [REDACTED]

DATE OF BIRTH: [REDACTED]

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below).

NAME: Costco
NUMBER OF EMPLOYEES, MEMBERS: 72,000 +
TELEPHONE (Include Area Code): [REDACTED]

STREET ADDRESS: P.O. Box 34331
CITY, STATE AND ZIP CODE: Issaquah, WA 98027
COUNTY: King

NAME: ___
STREET ADDRESS: ___   CITY, STATE AND ZIP CODE: ___
TELEPHONE NUMBER (Include Area Code): ___
COUNTY: ___

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es)):
☐ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION   ☐ AGE
☐ RETALIATION   ☐ NATIONAL ORIGIN   ☐ DISABILITY   ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST (ADEA/EPA)   LATEST (ALL)

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

Please see attachment

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

Date 10-24-02   [signature]

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month and year)

EEOC FORM 5 (10/94)

EXHIBIT A   REDACTED

I am a white female. I was hired by Costco in Chicago, IL in 1998 as an Assistant Manager. I am currently an assistant manager at Cosco's Aurora, CO store. Prior to working at Costco I had extensive management experience as the owner of my own business, as manager of a nursery/landscape business, and as General Manager at Sam's Club. In 1997, while working at Sam's Club, I was actively recruited by Costco, Montgomery Ward, and Target, but I decided to work for Costco, in part, because of my discussions with then Midwest Regional Vice President John Gaherty about my opportunities for promotion into management at Costco. I understood that I would be considered for promotion to a General Manager position within the first year of being hired at Costco.

Since my hire, I have received excellent performance reviews, which indicate that I am considered "promotable". I have repeatedly indicated to senior management my interest in promotion to a General Manager position. Despite these attempts, I have not been promoted to General Manager. While there have been numerous General Manager openings filled throughout the country, such job openings were not and are not posted. I therefore generally was not aware of openings prior to their being filled. There are also no objective promotion criteria for such positions that I am aware of. I have not been given a reason for Costco's failure to promote me.

I have been interested in General Manager positions in California, and I have informed Costco management of this. If I had been aware of any openings in any of the California stores, depots or warehouses, I would have sought them. I have learned, after the fact, that General Manager positions have been filled at numerous locations in California. Since May, 2002, such positions have been filled with male employees in Tracy, Merced, North Fresno and San Diego.

I believe that I have been discriminated against by Costco because of my gender, female, in promotions because:

1. I am well qualified for promotion but have been repeatedly passed over in favor or males with less experience and abilities.

2. Costco does not post assistant manager or General Manager positions, and relies upon unspecified subjective criteria in making its selections. Even for lower level management positions, Costco's has only implemented a rudimentary form of posting, but this posting process is frequently circumvented. Since senior management is virtually all male, these policies and practices foster discrimination and have an adverse impact on female employees.

3. Although women make up the majority of hourly employees at Costco, they hold a substantially smaller portion of salaried management positions, such as area managers, senior managers, assistant and general managers. In the United States, women hold less than 12% of General Manager positions. I am unaware of any female operations vice presidents (regional, divisional or senior) in the country.

I believe Costco has a pattern and practice of discriminating against its female employees in filling salaried management positions. I bring this charge on behalf of myself and similarly situated women denied promotional opportunities as a result of their gender.