# Exhibit C

| CHARGE OF DISCRIMINATION | | AGENCY | CHARGE NUMBER |
|---|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | | ☐ FEPA<br>■ EEOC | 345-2005-00118 |

CA DEPT FAIR EMPLOYMENT AND HOUSING and EEOC
*State or local Agency, if any*

| NAME (indicate Mr., Ms. or Mrs.) | HOME TELEPHONE (include area code) |
|---|---|
| Ms. Leah Horstman | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| | | 5/9/64 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY THAT I BELIEVE DISCRIMINATED AGAINST ME OR OTHERS. (If more than one, list under PARTICULARS below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (include area code) |
|---|---|---|
| COSTCO | 72,000 + | (800) 774-2678 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| P.O. Box 34331 | Seattle, Washington 98027 | |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

☐ RACE   ☐ COLOR   ■ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☐ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ OTHER (specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST: May 1981    LATEST: July 2004
■ CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s)):

(See attached)

■ I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedure.

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

I declare under penalty of perjury that the foregoing is true and correct.

Date: 10-4-04
Charging Party (signature)

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month, and year)

352309.1

EXHIBIT C

REDACTED

I am a white female. I was hired by Price Club in Santee, California in May 1981 as a caller. I worked at Price Club and its successor Costco, until July 2004. Over the course of my 23 years with Costco, I repeatedly expressed interest in being promoted to assistant warehouse manager and was repeatedly told by Costco managers and senior executives that I would receive such a promotion. I was never promoted to assistant warehouse manager.

There is no job posting or bidding process at Costco for promotion to assistant manager or general manager positions. I am unaware of any written job description or qualification standards for these positions. I have not been told orally about any promotion standards either. I served in the various lower management positions that I understood were prerequisites to becoming an assistant warehouse manager.

I received excellent performance reviews for the various positions I have held. These reviews indicated that I was eligible for promotion. During my employment at Costco, I was interested and available for promotion. I would have considered positions outside of the San Diego area and outside of California. I made my willingness to move known to Costco Managers and executives. During my entire employment at Costco, I repeatedly made clear to my managers and to senior Costco executives of my interest in advancement.

In the San Diego area, there were a number of promotions to assistant manager during the 23 years I worked at Costco. I am informed and believe that there have been scores of assistant manager positions filled across the country in the last several years, the majority of which went to men.

In 1998, Ron Vachris, then a Costco Vice President, told me that I was "on the list" for a promotion and that it would be forthcoming. In 2001, my manager, Rick Carlson told me that it would be his goal to get me promoted to assistant warehouse manager within a year's time. Costco did not make good on either of these promises or the many others it made to me regarding my being promoted to assistant warehouse manager. I never received a promotion to assistant warehouse manager.

In July 2004 I concluded that despite my 23 years of experience, my excellent performance reviews, and my repeated requests, Costco would never give me the opportunity to advance into an assistant manager or other higher level position. Because I was denied opportunity to advance in the company, I resigned.

I have observed few female assistant managers and managers at Costco, even though women hold a significant portion of positions below these positions. I am informed an believe, for example, that women hold more than one third of the senior staff level positions from which assistant manager positions are filled, yet hold only about 15% of assistant management positions.

I believe that I have been discriminated against by Costco because of my gender in promotions because:

EEOC/DFEH CHARGE OF DISCRIMINATION FOR
LEAH HORSTMAN
PAGE 1 OF 2

350850.1

1. I was well qualified for promotion but have been repeatedly passed over in favor or males with less experience and abilities.

2. Costco does not post assistant manager or General Manager positions, and has no application process to fill these positions. It has no formal qualification standards for these positions and relies instead upon unspecified subjective criteria in making its selections. Since senior operations management is virtually all male, these policies and practices foster discrimination and have an adverse impact on female employees.

3. Although women make up the majority of hourly employees at Costco, they hold a substantially smaller portion of salaried management positions, such as area managers, senior managers, assistant and general managers. In the United States, women hold only about 12% of General Manager positions. As of July 2004, I was unaware of any female operations vice presidents (regional, divisional or senior) in the country.

I resigned from the Santee warehouse in July 2004 because I finally concluded that Costco would never give me the opportunity to advance into an Assistant Manager or other high level management position despite my 23 years of experience, my excellent performance reviews, and my repeated requests. I believe Costco has a pattern and practice of discriminating against its female employees in filling senior store management positions. I bring this charge on behalf of myself and similarly situated women denied promotional opportunities as a result of their gender.