# Exhibit D

## CHARGE OF DISCRIMINATION

| | CHARGE NUMBER |
|---|---|

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| | FEPA |
|---|---|
| | EEOC |

_State or local Agency, if any_

and EEOC

NAME *(Indicate Mr., Ms., Mrs.)* **Ms. Elaine Sasaki**      HOME TELEPHONE *(Include Area Code)*

STREET ADDRESS CITY, STATE AND ZIP CODE  559 West Roberts Avenue, Fresno, CA 93704-1833      DATE OF BIRTH

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

NAME **Costco**      NUMBER OF EMPLOYEES, MEMBERS 72,000+      TELEPHONE *(Include Area Code)* 425-

STREET ADDRESS CITY, STATE AND ZIP CODE P.O. Box 34331, Issaquah, WA 98027      COUNTY King

NAME      TELEPHONE NUMBER *(Include Area Code)*

STREET ADDRESS CITY, STATE AND ZIP CODE      COUNTY

CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))*      DATE DISCRIMINATION TOOK PLACE *EARLI (ADEA/EPA) LATEST (ALL)* June, 2003

| RACE | COLOR | SEX XX | RELIGION | AGE |
|---|---|---|---|---|
| RETALIATION | NATIONAL ORIGIN | DISABILITY | OTHER *(Specify)* | |

CONTINUING ACTION XX

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

Please see attachment

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF COMPLAINANT

_Elaine M. Sasaki_

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE

(Day, month, and year)

Date 2/2?/05      Charging Party *(Signature)*

EEOC FORM 5 (Test 10/94)

EXHIBIT _D_

REDACTED

I am a 42-year old female. In 1985, I was hired by Costco as a frontend cashier in the Fresno, CA warehouse. In 1990, I was promoted to Frontend Manager in Clovis, CA location. Over the next five years I held every staff level position (Front End Manager, Administrative Manager, Merchandising Manager, and Receiving Manager) in Clovis. In 1995, I briefly held the position of Administrative Assistant to John Booth and Jeff Long, both Regional Vice Presidents in the Bay Area Region. I was promoted to Assistant Warehouse Manager, assigned in Chico, CA. in November 1996. I am currently the Assistant Manager in Visalia, CA.

When I was first promoted to Assistant Manager in 1996, I asked Jeff Long how long he thought it would take me to be ready for a Warehouse General Manager position. He said that I would need to spend two years on each side of the business – essentially two years as an Administrative Assistant Manager and two years as a Merchandising Assistant Manager. At the time, this seemed like a reasonable timetable and expectation. I now realize, that this was purely subjective criteria.

Four years later, Jeff Abadir called me and told me that I was put on the "promotable" list and that I might be getting calls from other regional managers hoping to recruit me. From that point on, I actively made my career plans known to my warehouse manager and regional managers through many conversations and meetings. In one such meeting, I asked Dennis if he thought I should consider relocating to the Midwest, (as two assistants I knew, Mike Donaldson and Jeff Goto, had just relocated and been promoted), Dennis responded that, I was one of the assistants that he wanted to "develop" in the Bay Area and there were others that it was best that they seek opportunities in new regions. Dennis made it clear that there would be advancement opportunities for me in this region. I made it clear that relocation was not an issue, especially for a promotion. In February 2000, I met with Jeff Abadir, John Booth, and Dennis Hoover in the Livermore Regional office. At this meeting, Jeff asked me, "If you have to wait a year for a building, would you rather wait in Chico or Fresno?" I relocated to the Clovis building, in March with this one-year timetable promotion in mind. I began to understand that I was being put off in this region and that by not being part of the 'first phase' of new markets, I was missing promotion opportunities in other markets.

In November 2000, I met and interviewed with Mario Omoss, the regional manager of Texas regarding promotional opportunities. Mario told me to "do the math" as he was going to open more warehouses that Dennis in the next year, so there would be more advancement opportunities. I relocated to Texas in March 2001. As the Texas market failed to progress, I called Dennis Hoover in March 2002, to discuss possibilities in the region. Dennis told me he had an Assistant Manager position open in Visalia, CA and that the current GM was due for rotation, and that I would be promoted in that warehouse in one to two years. Furthermore, Dennis told me that he expected to open five to seven buildings over the next 18 months and this would create a lot of movement and opportunities in the region. June 2004 marked two years that I have been an Assistant in Visalia. The GM has not been rotated and I have yet to be promoted.

Since I was placed on the "promotable list" in 2000, there have been several openings for Warehouse General Manager position in the Bay Area region. (Carson City 11/00; Tracy 9/02; North Fresno 11/02; Vacaville 12/02; Gilroy 3/03; Folsom 5/03; Citrus Heights 12/03; and Turlock 8/04) Although I understand that with the exception of two, all of these buildings were assigned to current seasoned warehouse managers, their reassignment created promotions for assistant managers. These openings were not posted and I found out about them after they were filled. Although my superiors were aware of my interest in a promotion and my ability and willingness to move anywhere in Northern California for a promotion, I was not considered for these positions.

Throughout my twenty-year career with Costco, I have consistently received good reviews and demonstrated my commitment and dedication. I have worked with literally thousands of employees and have never had issues of bias or misconduct. Throughout my career, I have experienced many successes in sales increases, marketing objectives, safety goals, regional and company focuses. I have repeatedly expressed my interest in promotion to all of the Vice Presidents in my region and beyond. In September 2004, I wrote a letter to Judy Vadney, Director of Human Resources, expressing my concern that I was not being promoted because I am a woman and because I believed promotions were being based on unspecified subjective criteria. Furthermore, I believe that Costco should have promotional criteria that cross regional lines, after all this is an international company.

I believe that Costco discriminates against its female employees in making its promotion decisions, and that Costco has denied me promotions as a result of my gender because:

1.  I am well qualified for promotion, but have been repeatedly passed over in favor of males with less experience and abilities.

2.  Costco does not consistently post Assistant Manager or General Manager positions, and relies upon unspecified subjective criteria in making its selections. Even for lower level management positions, Costco's has only implemented a rudimentary form of posting, but this posting process is frequently circumvented. Since senior management is virtually all male, these policies and practices foster discrimination and have and adverse impact on female employees.

3.  Although women make up the majority of hourly employees at Costco, they hold a substantially smaller portion of salaried management positions, such as area managers, staff managers, assistant managers, and general managers. In the United States, women hold less than 16% of General Manager positions. It also takes females longer (more years of service) to get promoted to GM positions. I am unaware of any female operations vice presidents (regional or divisional) in the country.

I believe Costco has a pattern and practice of discriminating against its female employees in filling salaried management positions. I bring this charge on behalf of myself and similarly situated women denied promotional opportunities as a result of their gender.