SEYFARTH SHAW LLP
Kenwood C. Youmans (SBN 68258)
David D. Kadue (SBN 113578)
2029 Century Park East, Suite 3500
Los Angeles, California 90067-2901
Telephone: (310) 201-5211
Facsimile: (310) 201-5219
dkadue@seyfarth.com

SEYFARTH SHAW LLP
Gerald L. Maatman, Jr. *(Admitted Pro Hac Vice)*
131 S. Dearborn Street, Suite 2400
Chicago, Illinois 60603-5803
Telephone: (312) 460-5000
Facsimile: (312) 460-7000
gmaatman@seyfarth.com

SEYFARTH SHAW LLP
Thomas J. Wybenga *(Admitted Pro Hac Vice)*
c/o Costco Wholesale Corporation
999 Lake Drive
Issaquah, WA 98027-5367
Telephone: (425) 313-6794
Facsimile: (425) 313-6922
twybenga@seyfarth.com

Attorneys for Defendant Costco Wholesale Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY "RAE" ELLIS, LEAH HORSTMAN, and ELAINE SASAKI on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>         v.<br><br>COSTCO WHOLESALE CORPORATION<br><br>                    Defendant. | Case No. C04 3341 EMC<br><br>**JOINT STIPULATION RE CASE MANAGEMENT CONFERENCE**<br><br>Current Date:  May 18, 2012<br>Current Time:  1:30 p.m.<br><br>Proposed Date:  May 8, 2012<br>Proposed Time:  1:15 p.m. |

14353043v.1

JOINT STIPULATION RE CASE MANAGEMENT CONFERENCE
Case No. C04 3341 EMC

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

3      The Court having directed the parties to meet and confer about advancing the case management
4  conference if Costco did not move to strike the third amended complaint, and Costco having answered
5  the third amended complaint on April 6, 2012, the parties hereby stipulate to an order that the case
6  management conference previously set for May 18, 2012, at 1:30 p.m., be advanced to May 8, 2012, at
7  1:15 p.m.

8  DATED:  April 11, 2012      IMPACT FUND

10  By /s/
    Jocelyn D. Larkin

12  Attorneys for Plaintiffs

13  DATED:  April 11, 2012      SEYFARTH SHAW LLP

15  By /s/
    David D. Kadue

17  Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

20  IT IS SO ORDERED:

22  _____
Edward M. Chen
23  U.S. District Judge

