| | |
|---|---|
| THE IMPACT FUND<br>Brad Seligman (SBN: 83838)<br>Jocelyn D. Larkin (SBN: 110817)<br>125 University Avenue<br>Berkeley, Ca 94710<br>Telephone: (510) 845-3473<br>Facsimile: (510) 845-3654<br>jlarkin@impactfund.org | SEYFARTH SHAW LLP<br>Kenwood C. Youmans (SBN: 68258)<br>David D. Kadue (SBN: 113578)<br>2029 Century Park East, Suite 3500<br>Los Angeles, California 90067-2901<br>Telephone: (310) 201-5211<br>Facsimile: (310) 201-5219<br>dkadue@seyfarth.com |
| LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.<br>Bill Lann Lee (SBN: 108452)<br>Julia Campins (SBN: 238023)<br>476 9th Street<br>Oakland, CA   94607<br>Telephone: (510) 839-6824<br>Facsimile:  (510) 839-7839<br>blee@lewisfeinberg.com | SEYFARTH SHAW LLP<br>Gerald L. Maatman, Jr. *(Admitted Pro Hac Vice)*<br>131 South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: (312) 460-5965<br>Facsimile: (312) 460-7965<br>gmaatman@seyfarth.com |
| [Additional Counsel Listed on Signature Page]<br><br>Attorneys for Plaintiffs | SEYFARTH SHAW LLP<br>Thomas J. Wybenga *(Admitted Pro Hac Vice)*<br>c/o Costco Wholesale Corporation<br>999 Lake Drive<br>Issaquah, WA 98027-5367<br>Telephone: (425) 313-6794<br>Facsimile: (425) 313-6922<br>twybenga@seyfarth.com |
| | Attorneys for Defendant Costco Wholesale Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY "RAE" ELLIS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>COSTCO WHOLESALE CORPORATION<br><br>    Defendant. | Case No. C04 3341 EMC<br><br>**STIPULATION AND P~~ROPOSED~~ ORDER REGARDING BRIEFING ON RULE 23 MOTIONS** |

The parties, through their counsel, stipulate as follows:

1. The Court held a case management conference on May 8, 2012 at which time it set a briefing schedule for Costco's Motion for Order Eliminating Class Claims and authorized plaintiffs to file a Cross-Motion for Class Certification to be heard on the same hearing date (July 27, 2012).

2. The Court's minute order did not address the page limits for the remaining briefing on the cross-motions nor do the local rules specifically address a situation where the parties are filing cross-motions.

3. There is substantial overlap in the issues presented in defendant's motion and plaintiffs' cross-motion and, to avoid duplication, the parties agree that they can most efficiently respond with one consolidated brief for both motions, rather than separate briefs for each motion.

4. Because there has been a prior motion for class certification in this case, an appeal of that order to the Ninth Circuit, and an intervening Supreme Court decision, the motion and cross-motion require the parties to brief a large evidentiary record and new legal issues. Plaintiffs must both respond to defendant's motion and make an affirmative showing that they have met the requirements of Rule 23.

5. In order to consolidate the briefing for the two motions and ensure adequate space to address the issues, the parties propose the following page limits for the remaining briefs.

///

///

| | | |
|---|---|---|
| Plaintiffs' Opposition to Motion for Order Eliminating Class Claims and Cross-Motion for Class Certification | 40 pages | June 8, 2012 |
| Defendant's Reply in Support of Motion for Order Eliminating Class Claims and Opposition to Motion for Class Certification | 40 pages | June 29, 2012 |
| Plaintiffs' Reply Brief in Support of Class Certification | 15 pages | July 13, 2012 |

6. This stipulation and proposed order does not affect the briefing schedule set by the Court.

DATED:   June 1, 2012          THE IMPACT FUND

By ____/s/ Jocelyn D. Larkin_____
       Jocelyn D. Larkin
Attorneys for Plaintiffs

DATED:   June 1, 2012          SEYFARTH SHAW LLP

By ____/s/ Davd D. Kadue_____
       David D. Kadue
Attorneys for  Defendant
COSTCO WHOLESALE CORPORATION

GOOD CAUSE APPEARING, it is so ordered.

Date:  6/4/12

IT IS SO ORDERED

_____
Judge Edward M. Chen
United States District Court

1
2  Additional Counsel for Plaintiffs:
3
4  LIEFF, CABRASER, HEIMANN
   & BERNSTEIN, LLP
5  Kelly Dermody (SBN: 171716)
   Daniel Hutchinson (SBN: 239458)
   Embarcadero Center West
6  275 Battery Street, 30th Floor
   San Francisco, Ca 94111-3339
7  Telephone: (415) 956-1000
   Facsimile: (415) 956-1008
8  kdermody@lchb.com

9  DAVIS, COWELL & BOWE, LLP
   Steve Stemerman (SBN: 067690)
10 Elizabeth A. Lawrence (SBN: 111781)
   595 Market Street, #1400
11 San Francisco, CA 94105
   Telephone: (415) 597-7200
12 Facsimile: (415) 597-7201
   eal@dcbsf.com
13
   ALTSHULER BERZON LLP
14 James M. Finberg (SBN: 114850)
   177 Post Street, Suite 300
15 San Francisco, CA 94108
   Telephone: (415) 421-7151
16 Facsimile: (415) 362-8064
   jfinberg@altshulerberzon.com
17
18
19
20
21
22
23
24
25
26
27
28

2
STIPULATION AND ORDER RE RULE 23 BRIEFING
Case No.: C04 3341 EMC