SEYFARTH SHAW LLP
Kenwood C. Youmans (SBN 68258)
David D. Kadue (SBN 113578)
2029 Century Park East, Suite 3500
Los Angeles, California 90067-2901
Telephone: (310) 201-5211
dkadue@seyfarth.com

SEYFARTH SHAW LLP
David B. Ross (*admitted pro hac vice*)
620 8th Avenue, 32d Floor
New York, New York 10018
dross@seyfarth.com

SEYFARTH SHAW LLP
Gerald L. Maatman, Jr. (*admitted pro hac vice*)
Annette Tyman (*pro hac vice to be filed*)
131 S. Dearborn Street, Suite 2400
Chicago, Illinois 60603-5803
Telephone: (312) 460-5000
gmaatman@seyfarth.com
atyman@seyfarth.com

SEYFARTH SHAW LLP
Thomas J. Wybenga (*admitted pro hac vice*)
c/o Costco Wholesale Corporation
999 Lake Drive
Issaquah, WA 98027-5367
twybenga@seyfarth.com

Attorneys for Defendant
Costco Wholesale Corporation

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY "RAE" ELLIS, LEAH HORSTMAN, and ELAINE SASAKI on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION<br><br>Defendant. | Case No. C04 3341 EMC<br>Hon. Edward M. Chen<br><br>**STIPULATION AND PROPOSED ORDER REGARDING REQUEST TO FILE STATEMENT OF RECENT DECISIONS** |

The parties jointly request leave, pursuant to L.R. 7-3(d) and 7-11 to file a Statement of Recent Decisions regarding two cases cited in the parties' briefs.

14743971v.1

THE PARTIES HEREBY STIPULATE AND JOINTLY REQUEST that:

1. The Court take notice of supplemental authority in *Bolden v. Walsh Construction Co.*, 2012 WL 3194593 (7th Cir. Aug. 8, 2012), *see* Tab A.

2. The Court take notice of supplemental authority in *Chen-Oster v. Goldman, Sachs & Co.*, 2012 WL 2912741 (S.D.N.Y. July 17, 2012), *see* Tab B.

IT IS SO STIPULATED

DATED: August 10, 2012      SEYFARTH SHAW LLP

By  /s/ *David D. Kadue*
     David D. Kadue
Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

DATED: August 10, 2012      THE IMPACT FUND

By  /s/ *Jocelyn D. Larkin*
     Jocelyn D. Larkin

ATTORNEYS FOR PLAINTIFF

2

STIPULATION AND ORDER RE: RECENT DECISIONS
Case No.: C04 3341 EMC

14743971v.1

**ORDER**

GOOD CAUSE APPEARING, it is hereby ORDERED that Motion for Leave to File Statement of Recent Decisions is GRANTED.

IT IS SO ORDERED.

DATED: August 13, 2012



The Honorable Edward M. Chen
United States District Court Judge

3

14743971v.1