| | |
|---|---|
| THE IMPACT FUND<br>Brad Seligman (SBN: 83838)<br>Jocelyn D. Larkin (SBN: 110817)<br>125 University Avenue<br>Berkeley, Ca 94710<br>Telephone: (510) 845-3473<br>Facsimile: (510) 845-3654<br>jlarkin@impactfund.org | SEYFARTH SHAW LLP<br>Kenwood C. Youmans (SBN: 68258)<br>David D. Kadue (SBN: 113578)<br>2029 Century Park East, Suite 3500<br>Los Angeles, California 90067-2901<br>Telephone: (310) 201-5211<br>Facsimile: (310) 201-5219<br>dkadue@seyfarth.com |
| LEWIS, FEINBERG, LEE,<br>RENAKER & JACKSON, P.C.<br>Bill Lann Lee (SBN: 108452)<br>476 9th Street<br>Oakland, CA  94607<br>Telephone: (510) 839-6824<br>Facsimile:  (510) 839-7839<br>blee@lewisfeinberg.com | SEYFARTH SHAW LLP<br>Annette Tynan *(Admitted Pro Hac Vice)*<br>131 South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: (312) 460-5965<br>Facsimile: (312) 460-7965<br>gmaatman@seyfarth.com |
| [Additional Counsel Listed on Signature Page]<br><br>Attorneys for Plaintiffs | SEYFARTH SHAW LLP<br>Thomas J. Wybenga *(Admitted Pro Hac Vice)*<br>c/o Costco Wholesale Corporation<br>999 Lake Drive<br>Issaquah, WA 98027-5367<br>Telephone: (425) 313-6794<br>Facsimile: (425) 313-6922<br>twybenga@seyfarth.com<br><br>Attorneys for Defendant COSTCO Wholesale Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY "RAE" ELLIS, et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>COSTCO WHOLESALE CORPORATION<br><br>            Defendant. | Case No. C04 3341 EMC<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE** |

1

PROOF OF SERVICE
Case No.: C04 3341 EMC

The parties, through their counsel, stipulate as follows:

1. The Court scheduled a case management conference for October 26, 2012 at 9:00 am.

2. Class counsel Jocelyn Larkin has a conflict on that date. She is an invited speaker at a professional conference outside California, and will be required to travel on that date.

3. The parties request that the Court move the case management conference to November 9, 2012 at 9:00 am. The parties would submit the joint Case Management Conference statement on November 2, 2012.

DATED: October 5, 2012            THE IMPACT FUND

                                  By:  /s/ *Jocelyn D. Larkin*
                                       Jocelyn D. Larkin
                                  Attorneys for Plaintiffs

DATED: October 5, 2012            SEYFARTH SHAW LLP

                                  By:  /s/ *David D. Kadue*
                                       David D. Kadue
                                  Attorneys for Defendant
                                  COSTCO Wholesale Corporation

2

STIPULATION AND ORDER RE CMC DATE
Case No.: C04 3341 EMC

GOOD CAUSE APPEARING, it is so ordered.

\_\_\_

Date: 10/15/12

_____
Honorable Edward M. Chen
United States District Court

Additional Counsel for Plaintiffs:

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Kelly Dermody (SBN: 171716)
Daniel Hutchinson (SBN: 239458)
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, Ca 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
kdermody@lchb.com

DAVIS, COWELL & BOWE, LLP
Steve Stemerman (SBN: 067690)
Elizabeth A. Lawrence (SBN: 111781)
595 Market Street, #1400
San Francisco, CA 94105
Telephone: (415) 597-7200
Facsimile: (415) 597-7201
eal@dcbsf.com

ALTSHULER BERZON LLP
James M. Finberg (SBN: 114850)
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
jfinberg@altshulerberzon.com