UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY "RAE" ELLIS, *et al.*, | No. C-04-3341 EMC |
| Plaintiffs, | |
| v. | **ORDER RE TEMPORAL SCOPE OF DISCOVERY** |
| COSTCO WHOLESALE CORPORATION, | **(Docket No. 705)** |
| Defendant. | |
| _____/ | |

On December 10, 2012 the parties submitted certain stipulations regarding post-certification discovery. Docket No. 704. At the same time, they submitted a letter detailing a dispute about the temporal scope of discovery. After considering the positions and arguments of the parties, this Court orders that discovery shall be presumptively allowed of materials back to January 1, 1999. This ruling is without prejudice to Defendant's objection to any particular request as burdensome under *e.g.*, Federal Rule of Civil Procedure 26(b)(2)(C).

This order disposes of Docket No. 705.

IT IS SO ORDERED.

Dated: December 11, 2012

_____
EDWARD M. CHEN
United States District Judge