| | |
|---|---|
| THE IMPACT FUND<br>Jocelyn D. Larkin (SBN: 110817)<br>125 University Avenue, Suite 102<br>Berkeley, CA 94710<br>Telephone: (510) 845-3473<br>Facsimile: (510) 845-3654<br>jlarkin@impactfund.org | SEYFARTH SHAW LLP<br>Kenwood C. Youmans (SBN: 68258)<br>David D. Kadue (SBN: 113578)<br>2029 Century Park East, Suite 3500<br>Los Angeles, California 90067-2901<br>Telephone: (310) 201-5211<br>Facsimile: (310) 201-5219<br>dkadue@seyfarth.com |
| LEWIS, FEINBERG, LEE,<br>RENAKER & JACKSON, P.C.<br>Bill Lann Lee (SBN: 108452)<br>Lindsay Nako (SBN: 239090)<br>476 9th Street<br>Oakland, CA 94607<br>Telephone: (510) 839-6824<br>Facsimile: (510) 839-7839<br>blee@lewisfeinberg.com | SEYFARTH SHAW LLP<br>Gerald L. Maatman *(Admitted Pro Hac Vice)*<br>Annette Tyman *(Admitted Pro Hac Vice)*<br>131 South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: (312) 460-5965<br>Facsimile: (312) 460-7965<br>gmaatman@seyfarth.com |
| [Additional Counsel Listed on Signature Page]<br><br>Attorneys for Plaintiffs and Certified Classes | SEYFARTH SHAW LLP<br>Thomas J. Wybenga *(Admitted Pro Hac Vice)*<br>c/o Costco Wholesale Corporation<br>999 Lake Drive<br>Issaquah, WA 98027-5367<br>Telephone: (425) 313-6794<br>Facsimile: (425) 313-6922<br>twybenga@seyfarth.com<br><br>Attorneys for Defendant Costco Wholesale Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY "RAE" ELLIS, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>COSTCO WHOLESALE CORPORATION<br><br>      Defendant. | Case No. C04 3341 EMC<br><br>**SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT**<br>  ORDER RESETTING STATUS CONFERENCE<br>Date: January 17, 2013<br>Time: 10:30 a.m. |

1    The parties submit this Supplemental Joint Case Management Statement.  The parties
2 have no disputes to present to the Court at this time and suggest the Court may want to continue
3 the case management conference to February 7, when further developments may warrant the
4 Court's attention.

5 **CURRENT PROCEDURAL POSTURE**

6    Costco's Rule 23(f) request, which Plaintiffs have opposed, remains pending in the Ninth
7 Circuit.  Other background information on the case appears in the Joint Report that was filed on
8 November 2, 2012.  This Report covers interim developments.

9 1.  Class Notice

10    The class administrator sent notice to 1258 individuals on December 27, 2012. The opt-
11 out deadline is February 11, 2013.

12 2.  ESI Discovery

13    The parties will confer to discuss ESI discovery issues, in accordance with the Northern
14 District's model document, on January 16, 2013.

15 3.  Other Discovery

16    The parties have submitted a discovery plan. Costco is updating electronic data and
17 producing personnel files for individuals with U.S. warehouse Staff Manager experience since
18 January 1, 1999.

19 4.  Settlement.

20    The parties have mediated with private mediator Mark Rudy. They believe any future
21 mediation would be most productive with him as opposed to another mediator. They are
22 discussing whether they believe future mediation would be productive and will be prepared to
23 make a recommendation at the case management conference.

24 5.  Trial and pre-trial dates.

25    The Court's order of November 13, 2012, Docket 699, established these dates:

26 • Jury trial date: January 21, 2014, at 8:30 a.m.

27
28

1  • Final pretrial conference: January 7, 2014

2  • Dispositive motion cutoff (for motions to be heard): October 31, 2013

3  • Nonexpert discovery cutoff: August 9, 2013

4  • Expert reports: opening reports by August 9, 2013 and rebuttals by August 30, 2013

5  • Expert discovery cutoff: September 20, 2013

6. Next case management conference.

The parties propose March 21, 2013, at 10:30 a.m.

DATED:   January 10, 2013            THE IMPACT FUND

                                     By ____/s/ Jocelyn D. Larkin_____
                                            Jocelyn D. Larkin
                                     Attorneys for Plaintiffs

DATED:   January 10, 2013            SEYFARTH SHAW LLP

                                     By ____/s/ Davd D. Kadue_____
                                            David D. Kadue
                                     Attorneys for  Defendant
                                     COSTCO WHOLESALE CORPORATION

Additional Counsel for Plaintiffs:

IT IS SO ORDERED that the status is reset from 1/17/13 to 3/21/13 at 10:30 a.m.  An updated joint status report shall be filed by 3/14/13.

_____
Edward M. Chen
U.S. District Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

| | |
|---|---|
| 1 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| 2 | Kelly Dermody (SBN: 171716) Daniel Hutchinson (SBN: 239458) |
| 3 | Embarcadero Center West 275 Battery Street, 30th Floor |
| 4 | San Francisco, Ca  94111-3339 Telephone:  (415) 956-1000 |
| 5 | Facsimile:  (415) 956-1008 kdermody@lchb.com |
| 6 | |
| 7 | DAVIS, COWELL & BOWE, LLP Steve Stemerman (SBN: 067690) |
| 8 | Elizabeth A. Lawrence (SBN: 111781) 595 Market Street, #1400 |
| 9 | San Francisco, CA  94105 Telephone:  (415) 597-7200 |
| 10 | Facsimile:  (415) 597-7201 eal@dcbsf.com |
| 11 | ALTSHULER BERZON LLP |
| 12 | James M. Finberg (SBN: 114850) 177 Post Street, Suite 300 |
| 13 | San Francisco, CA 94108 Telephone:  (415) 421-7151 |
| 14 | Facsimile:  (415) 362-8064 jfinberg@altshulerberzon.com |
| 15 | Additional Counsel for Defendant |
| 16 | SEYFARTH SHAW LLP David B. Ross *(Admitted Pro Hac Vice)* |
| 17 | 620 8th Avenue 32nd Floor |
| 18 | New York, New York  10018 (212) 218-5500 |
| 19 | dross@seyfarth.com |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | 15164245v.3 |
| 26 | |
| 27 | |
| 28 | |

SUPP. JOINT CASE MANAGEMENT CONFERENCE STATEMENT
Case No.: C04 3341 EMC