| | |
|---|---|
| THE IMPACT FUND<br>Jocelyn D. Larkin (SBN: 110817)<br>Michael V. Caesar (SBN: 280548)<br>125 University Avenue<br>Berkeley, CA  94710<br>Telephone:  (510) 845-3473<br>Facsimile:   (510) 845-3654<br>jlarkin@impactfund.org | SEYFARTH SHAW LLP<br>Kenwood C. Youmans (SBN 68258)<br>David D. Kadue (SBN 113578)<br>2029 Century Park East, Suite 3300<br>Los Angeles, California  90067-3063<br>Telephone:   (310) 277-7200<br>Facsimile:    (310) 201-5219<br>dkadue@seyfarth.com |
| LEWIS, FEINBERG, LEE,<br>RENAKER & JACKSON , P.C.<br>Bill Lann Lee (SBN: 108452)<br>Lindsay Nako (SBN: 239090)<br>476 9th Street<br>Oakland, CA  94607<br>Telephone:  (510) 839-6824<br>Facsimile:      (510)  839-7839<br>blee@lewisfeinberg.com | SEYFARTH SHAW LLP<br>Gerald L. Maatman, Jr. (admitted *pro hac vice*)<br>131 S. Dearborn Street, Suite 2400<br>Chicago, Illinois  60603-5803<br>Telephone:   (312) 460-5000<br>Facsimile:    (312) 460-7000<br>gmaatman@seyfarth.com |
| Attorneys for Plaintiffs and<br>Certified Classes | Attorneys for Defendant<br>Costco Wholesale Corporation |
| [Additional counsel listed on<br>signature page] | [Additional counsel listed on<br>signature page] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY "RAE" ELLIS, LEAH HORSTMAN, ELAINE SASAKI et al.,<br><br>                              Plaintiffs,<br><br>              v.<br><br>COSTCO WHOLESALE CORPORATION<br><br>                              Defendant. | Case No. C-04-3341 (EMC)<br><br>STIPULATION AND [PR~~OPO~~SED] ORDER RE FILING OF FOURTH AMENDED COMPLAINT |

Plaintiffs, Shirley "Rae" Ellis, Elaine Sasaki, and Leah Horstman, and Defendant, Costco Wholesale Corporation (collectively, the "Parties"), hereby stipulate by and through their counsel with respect to the filing of a Fourth Amended Complaint.

1. Pursuant to Federal Rule of Civil Procedure 15(a), the Parties agree that Plaintiffs may file a Fourth Amended Complaint to add a retaliation claim on behalf of Elaine Sasaki. Plaintiffs shall file the Fourth Amended Complaint no later than March 31, 2013.

2. Defendant will have 10 calendar days after Plaintiffs' filing to answer Plaintiffs' Fourth Amended Complaint. The Parties further agree that Costco may add a business necessity affirmative defense as to Plaintiffs' claims.

Pursuant to Local Rule 5-4.3.4(2)(ii), I hereby attest that the content of this document is acceptable to Jocelyn D. Larkin, counsel for Plaintiffs, and that I have obtained Ms. Larkin's authorization to affix her electronic signature to this document.

DATED: March 13, 2013    Respectfully submitted,

SEYFARTH SHAW LLP

By: s/David D. Kadue
    David D. Kadue

Attorney for Defendant
Costco Wholesale Corporation

DATED: March 13, 2013    Respectfully submitted,

THE IMPACT FUND

By: s/Jocelyn D. Larkin
    Jocelyn D. Larkin

Attorney for Plaintiffs

Additional Counsel for Plaintiffs

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Kelly Dermody (SBN: 171716)
Daniel Hutchinson (SBN: 239458)
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, Ca 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
kdermody@lchb.com

DAVIS, COWELL & BOWE, LLP
Steve Stemerman (SBN: 067690)
Elizabeth A. Lawrence (SBN: 111781)
595 Market Street, #1400
San Francisco, CA 94105
Telephone: (415) 597-7200
Facsimile: (415) 597-7201
eal@dcbsf.com

ALTSHULER BERZON LLP
James M. Finberg (SBN: 114850)
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
jfinberg@altshulerberzon.com

Additional Counsel for Defendant

SEYFARTH SHAW LLP
David B. Ross (admitted *pro hac vice*)
1270 Avenue of the Americas, Suite 2500
New York, New York 10020
Telephone:   (212) 218-5500
Facsimile:   (212) 218-5526
dross@seyfarth.com

SEYFARTH SHAW LLP
Thomas J. Wybenga (admitted *pro hac vice*)
999 Lake Drive
Issaquah, Washington 98027
Telephone:   (425) 313-6794
Facsimile:   (425) 313-7922
twybenga@seyfarth.com

1 **ORDER**

GOOD CAUSE APPEARING, it is hereby ORDERED that:

1) Plaintiffs are permitted to file a Fourth Amended Complaint to add a retaliation claim on behalf of Elaine Sasaki by March 31, 2013.

2) Defendant will have ten calendar days to respond to Plaintiffs' Fourth Amended Complaint and may include a business necessity affirmative defense in their answer.

IT IS SO ORDERED.

DATED: 3/15/13



The Honorable Edward M. Chen
United States District Judge

4

STIPULATION AND [PROPOSED] ORDER RE FOURTH AMENDED COMPLAINT

15299632v.1