THE IMPACT FUND
Jocelyn D. Larkin (SBN: 110817)
125 University Avenue
Berkeley, Ca  94710
Telephone:  (510) 845-3473
Facsimile:  (510) 845-3654
jlarkin@impactfund.org

LEWIS, FEINBERG, LEE,
RENAKER & JACKSON, P.C.
Bill Lann Lee (SBN: 108452)
Lindsay Nako (SBN: 239090)
476 9th Street
Oakland, CA    94607
Telephone:  (510) 839-6824
Facsimile:   (510)  839-7839
blee@lewisfeinberg.com

[Additional Counsel Listed on
Signature Page]

Attorneys for Plaintiffs and Certified Classes

SEYFARTH SHAW LLP
Kenwood C. Youmans (SBN: 68258)
David D. Kadue (SBN: 113578)
2029 Century Park East, Suite 3500
Los Angeles, California 90067-2901
Telephone: (310) 201-5211
Facsimile: (310) 201-5219
dkadue@seyfarth.com

SEYFARTH SHAW LLP
Gerald L. Maatman *(Admitted Pro Hac Vice)*
Annette Tyman *(Admitted Pro Hac Vice)*
131 South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 460-5965
Facsimile: (312) 460-7965
gmaatman@seyfarth.com

SEYFARTH SHAW LLP
Thomas J. Wybenga *(Admitted Pro Hac Vice)*
c/o Costco Wholesale Corporation
999 Lake Drive
Issaquah, WA 98027-5367
Telephone: (425) 313-6794
Facsimile: (425) 313-6922
twybenga@seyfarth.com

Attorneys for Defendant Costco Wholesale
Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHIRLEY "RAE" ELLIS, et al., | ) | Case No. C04 3341 EMC |
| | ) | |
| Plaintiffs, | ) | **(~~PROPOSED~~) ORDER REGARDING** |
| | ) | **LATE OPT-OUTS** |
| v. | ) | |
| | ) | |
| COSTCO WHOLESALE CORPORATION | ) | |
| | ) | |
| Defendant. | ) | |

1.  Pursuant to this Court's order, notice was sent to the class on December 27, 2012. Order Approving Class Notice and Notice Plan (docket No. 700).

2.  The deadline for class members to submit a request for exclusion (or "opt-out") was February 11, 2013.

3.  The parties notified the Court at the March 21, 2013 Case Management Conference that the claims administrator had received twelve (12) class members requests for exclusion after the February 11, 2013 deadline.

4.  This Court has authority to allow tardy requests for exclusion where the delinquency is not substantial or no prejudice will result. Manual for Complex Litigation, Fourth, § 21.321 (2004), *citing Silber v. Mabon,* 18 F.3d 1449, 1455 (9th Cir. 1994).

5.  The Court finds that exclusion requests submitted through March 21 were not substantially late and that no prejudice will result from allowing them.

GOOD CAUSE APPEARING, the Court orders:

1.  The following class members are excluded from the class:

> Silvia Communale
> Karie Mutchler
> Tamara Phillis
> Denise Morgan
> Katherine Smith
> Jackie Gibbs
> Jill Jordan
> Tiffany Fuentes
> Cameron Lynch
> Lori Kraemer
> Marcy Redick
> Laura Trejo

2.  In the event that any class member submits a request for exclusion to the Claims Administrator after March 21, 2013, it will be considered untimely absent an individual showing of good cause to the Court.

2

IT IS SO ORDERED.



Judge Edward Chen
United States District Court Judge

Dated:

3

Additional Counsel for Plaintiffs:

LIEFF, CABRASER, HEIMANN
& BERNSTEIN, LLP
Kelly Dermody (SBN: 171716)
Daniel Hutchinson (SBN: 239458)
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, Ca  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008
kdermody@lchb.com

DAVIS, COWELL & BOWE, LLP
Steve Stemerman (SBN: 067690)
Elizabeth A. Lawrence (SBN: 111781)
595 Market Street, #1400
San Francisco, CA  94105
Telephone:  (415) 597-7200
Facsimile:  (415) 597-7201
eal@dcbsf.com

ALTSHULER BERZON LLP
James M. Finberg (SBN: 114850)
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone:  (415) 421-7151
Facsimile:  (415) 362-8064
jfinberg@altshulerberzon.com

Additional Counsel for Defendant
SEYFARTH SHAW LLP
David B. Ross *(Admitted Pro Hac Vice)*
620 8th Avenue
32nd Floor
New York, New York  10018
(212) 218-5500
dross@seyfarth.com

4

15406149v.1