# Exhibit B

| CHARGE OF DISCRIMINATION | | AGENCY | CHARGE NUMBER |
|---|---|---|---|
|␣is form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this ␣rm. | | FEPA | |
| | | EEOC | |
| State or local Agency, if any | | | and EEOC |

| ␣AME (Indicate Mr., Ms., Mrs.) Ms. Shirley Ellis | HOME TELEPHONE (Include Area Code) ▓▓▓▓ |
|---|---|
| ␣TREET ADDRESS CITY, STATE AND ZIP CODE ▓▓▓▓▓▓ | DATE OF BIRTH ▓ |

␣AMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO ␣ISCRIMINATED AGAINST ME (If more than one list below.)

| ␣AME Costco Wholesale | NUMBER OF EMPLOYEES, MEMBERS 72,000+ | TELEPHONE (Include Area Code) 425-313 |
|---|---|---|
| ␣TREET ADDRESS CITY, STATE AND ZIP CODE P.O. Box 34331, Issaquah, WA 98027 | | COUNTY King |
| ␣AME | | TELEPHONE NUMBER (Include Area Code) |
| ␣TREET ADDRESS CITY, STATE AND ZIP CODE | | COUNTY |

␣AUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))        DATE DISCRIMINATION TOOK PLACE April 20␣

| RACE | COLOR | SEX XX | RELIGION | AGE | |
|---|---|---|---|---|---|
| RETALIATION X | NATIONAL ORIGIN | DISABILITY | OTHER (Specify) | | |
| | | | | | CONTINUING ACTION XX |

␣HE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

Please see attached

| | NOTARY - (When necessary for State and Local Requirements) |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT |
| [signature] | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE |
| Date 4-20-04   Charging Party (Signature) | (Day, month, and year) |

EEOC FORM 5 (Test 10/94)

EXHIBIT B   REDACTED

I am a female employee of Costco in Denver Colorado. On or about October 30, 2002, I filed a charge of discrimination with the EEOC (No. 370A300127) at its San Francisco District office, alleging discrimination on the basis of gender based on Costco's failure to promote me. Subsequently, the EEOC issued a right to sue letter to me. The deadline to file suit has been extended by agreement of counsel.

After filing the charge of discrimination, I was told by several members of senior management, including Dennis Zook, the COO and Jim Sinegal, the CEO of Costco, that I was being considered for promotion.

On March 8, 2004, I was subjected to "disciplinary action" based on vague "employee complaints" about my conduct, in some cases going back several years. None of the alleged complaints had ever been brought top my attention before, nor included in any of my written performance reviews. In addition to receiving a written reprimand, I was transferred 40 miles to the Costco building in Denver that is furthest from my home, requiring a multi-hour daily commute, and required to complete "sensitivity training" that could last as long as 6 months. I was also told that I was no longer being considered for promotion.

I believe the above conduct was in retaliation for my filing a charge of discrimination and for opposing discriminatory practices, and because of my gender because:

1. My supervisors were all well aware of my charge of discrimination, and directly, or indirectly, expressed their disapproval of it. For example, Roger Peterson, my then regional vice president, came into my office shortly after I filed the charge and told me "I don't give a shit what you say you were promised." I tried to respond, and he told me he didn't want to talk about it. More recently, earlier this year, I was told that I would be met by Dennis Zook and Jim Senigal, and that I "shouldn't be afraid". Before the meeting, my attorney called Costco's counsel to confirm that I was represented by counsel and that it would be inappropriate for Costco's senior management to attempt to discuss my charges with me in the absence of counsel. That same day, Dennis Zook called and berated me, and accusing me of "dwelling in the past". Shortly thereafter, Mr. Sinegal met with me briefly and told me he had one question he needed to know the answer to from me before he could be comfortable with promoting me: "Do you believe in the open door policy". I understood this comment to implicitly be a criticism of my filing of the charge of discrimination.

2. The discipline is unwarranted and not supported. Moreover, the conduct I was accused of (use of profanity and intimidating behavior) is conduct I observe in male Costco supervisors, including my own supervisors, that does not result in discipline. Finally, I believe that the collection of "complaints" from other employees, in some cases going back many years, indicates that I am being subjected to special scrutiny and held to higher standards than other Costco employees as a result of my charge and opposition to Costco's discriminatory conduct.