# Exhibit E

# CHARGE OF DISCRIMINATION

| | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | ☐ FEPA<br>■ EEOC | |

**CA DEPT FAIR EMPLOYMENT AND HOUSING** *and* **EEOC**
*State or local Agency, if any*

| NAME (indicate Mr., Ms. or Mrs.) | HOME TELEPHONE (include area code) |
|---|---|
| Ms. Elaine Sasaki | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| | | |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY THAT I BELIEVE DISCRIMINATED AGAINST ME OR OTHERS. (If more than one, list under PARTICULARS below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (include area code) |
|---|---|---|
| Costco Wholesale Corporation | 72,000 + | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| Corporate Office Location: 999 Lake Drive, Issaquah, Washington 98027<br>Corporate Mailing Address: P.O. Box 34331, Seattle, Washington 98124 | | |

| CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es)) | DATE DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE   ☐ COLOR   ■ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN<br>■ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ OTHER (specify) | EARLIEST: September 2003   LATEST: Present<br>■ CONTINUING ACTION |

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s)):

(See attached)

| | NOTARY - (When necessary for State and Local Requirements) |
|---|---|
| ☐ I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedure. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct.<br><br>3/3/13  [signature]<br>Date   Charging Party (signature) | SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(Day, month, and year) |

I am a 50-year old female, and a current employee of Costco. I previously filed a charge of discrimination on March 1, 2005, filed as Charge No. 370-2005-01265. (Copy attached.) The present charge supplements my previous charge to add a claim for retaliation.

I am a Named Plaintiff in the class action lawsuit *Ellis v. Costco Wholesale Corp.*, Case No. 04-cv-03341-EMC (N.D. Cal.). I joined the lawsuit on March 23, 2005, and was appointed Class Representative on January 11, 2007.

I have worked for Costco for over twenty-seven years, and I am currently the Assistant Warehouse Manager in Fresno, California (Warehouse #31). During my time at Costco, I have relocated nine times, including six lateral transfers in my current Assistant Warehouse Manager position. I have worked in five different warehouses and one regional office. I have held every staff manager position, and I have been Assistant Warehouse Manager in five different warehouses for a total of seventeen years. Despite my experience and my demonstrated commitment to Costco, however, I have been repeatedly passed over for open Warehouse Manager positions. My last promotion occurred in 1996.

In September 2003, before joining the *Ellis v. Costco* lawsuit, I wrote a letter to Judy Vadney, Director of Human Resources, expressing my concern that I was not being promoted because I am a woman and because I believed promotions were being based on unspecified subjective criteria. I met with Ms. Vadney to discuss my letter, but I do not believe that Ms. Vadney investigated the issues about Costco's promotion policies that I raised in my letter. Nothing was done to address my concerns. On March 1, 2005, I filed a charge of gender discrimination in promotions to Assistant Warehouse Manager and Warehouse Manager positions at Costco with the EEOC.

In early 2000, Jeff Abadir, Vice President of Operations for the Bay Area Region, told me that I had been placed on Costco's "promotable list," a list of Assistant Warehouse Managers that Costco executives have determined to be ready for promotion to Warehouse Manager positions. At that time, my Warehouse Managers, Regional Vice Presidents, Senior Vice Presidents, and other Costco executives regularly discussed my "promotability" with me.

In the years since I wrote to Ms. Vadney, filed an EEOC charge, and joined the *Ellis v. Costco* case, however, I have been passed over for numerous promotions to Warehouse Manager. I believe I have been removed from Costco's "promotable list," though no one will confirm this. In my current area alone, there have been at least sixteen Warehouse Manager promotions between 2006 and 2012 of which I am aware. Four of these openings occurred in 2012. New Warehouse Managers were promoted in Sparks, Nevada (January 2012); Redding, California (April 2012); San Jose, California (August 2012); and Turlock, California (December 2012). I was not told about any of these openings, nor was I informed if I was considered for any of these positions.

I also am willing to relocate my family in order to obtain a promotion to Warehouse Manager. I have relocated my family nine times, and have made known my willingness to relocate in order to be promoted. Between 2006 and 2012, there have been at least 195 Warehouse Manager promotions nationwide of which I am aware. Thirty-eight of these openings occurred in 2012. I

was not told about any of these openings, nor was I informed if I was considered for any of these positions.

Between 2004 and the present, I have had consistently positive annual reviews. My Warehouse Managers have provided the following descriptions of my work:

- Elaine "has a very solid understanding of warehouse operations[;] it shows in her decision making as an assistant" (2011-12);
- "Elaine is a very effective manager" (2011-12);
- "Elaine is extremely thorough in her management style" (2011-12);
- "Elaine has a very thorough understanding of the business" (2011-12);
- "[A] valuable asset to my staff" (2010-11);
- "Very experienced" (2010-11);
- "Elaine has a lot of talent and experience" (2009-10);
- "Great integrity and demonstrates Costco values and ethics" (2009-10);
- "Elaine has a good understanding of Costco" (2009-10);
- "Elaine leads by example in terms of responsibility, reliability, and attitude" (2008-09);
- "She is a strong communicator who interacts well with everyone involved in our business" (2007-08);
- "Elaine generally makes sound business decisions" (2007-08);
- "Elaine always conducts herself professionally in the workplace. Her calm and collected demeanor sets a positive example for those around her" (2006-07);
- "Elaine has a great deal of experience" (2006-07);
- "Elaine is a positive example to her employees" (2006-07);
- "Elaine is dedicated and reliable" (2005-06);
- "Elaine demonstrates solid problem solving skills. She has a great deal of experience which she draws upon when presented with an 'opportunity'" (2005-06);
- "Elaine personally meets the Company's high expectations in this area [Integrity]" (2004-05);
- "Elaine always conducts herself in a professional manner in the workplace and sets a positive example for others to follow" (2004-05);
- "Elaine has a very solid work ethic and true dedication to producing high quality results. She cares and it shows in the effort given each day" (2004-05); and
- "Elaine exhibits good decision making skills. The choices she makes reflect the best interest of the Company and it's Mission. Her valuable experience assist her in solving issues on the floor, with our employees and with our members." (2004-05)

Between 2004 and the present, I have continually expressed my interest in a promotion to Warehouse Manager. In each of my annual reviews, I have confirmed in writing (when given the opportunity) and verbally that I continue to be interested in a promotion. For example, in my 2008-09 annual review, I stated in writing, "I want to be promoted to GM," am willing to relocate, and am "open to discussing all promotional opportunities." At that time, I was rated "Ready Soon." Annual reviews, including mine, are given to the Regional Managers, so my Warehouse Managers and Regional Managers are aware of my interest.

In addition, between 2004 and the present, I have regularly discussed my goal of becoming a Warehouse Manager with my own Warehouse Managers. I am willing to relocate anywhere in the country in order to be promoted, and I have made this known to my Warehouse Managers. Yet I have not been promoted and have held my current Assistant Warehouse Manager position for the last seventeen years.

I believe that Costco is retaliating against me for expressing my concerns about gender discrimination in promotions to warehouse management positions at Costco, filing my 2005 EEOC Charge, and participating in the *Ellis v. Costco* case by refusing to consider me for Warehouse Manager openings. I believe Costco has been retaliating against me since at least 2005, by failing to promote me to Warehouse Manager, despite the fact that I am qualified for the promotion and have repeatedly expressed my interest in such a promotion and my willingness to relocate in order to achieve it.

I swear under penalty of perjury that I have read the above charge and that it is true and correct to the best of my knowledge, information, and belief.