| | |
|---|---|
| THE IMPACT FUND<br>Jocelyn D. Larkin (SBN 110817)<br>Robert Schug (SBN 249640)<br>125 University Avenue, Suite 102<br>Berkeley, CA  94710<br>Telephone: (510) 845-3473<br>Facsimile: (510) 845-3654<br>jlarkin@impactfund.org | SEYFARTH SHAW LLP<br>Kenwood C. Youmans (SBN 68258)<br>David D. Kadue (SBN 113578)<br>2029 Century Park East, Suite 3500<br>Los Angeles, California 90067-2901<br>Telephone: (310) 201-5211<br>Facsimile: (310) 201-5219<br>dkadue@seyfarth.com |
| LEWIS, FEINBERG, LEE,<br>RENAKER & JACKSON, P.C.<br>Bill Lann Lee (SBN 108452)<br>Lindsay Nako (SBN 239090)<br>476 9th Street<br>Oakland, CA   94607<br>Telephone: (510) 839-6824<br>Facsimile:  (510)  839-7839<br>blee@lewisfeinberg.com | SEYFARTH SHAW LLP<br>Gerald L. Maatman (*admitted pro hac vice*)<br>Annette Tyman (*admitted pro hac vice*)<br>131 South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: (312) 460-5965<br>Facsimile: (312) 460-7965<br>gmaatman@seyfarth.com |
| [Additional Counsel Listed on Signature Page]<br><br>Attorneys for Plaintiffs and Certified Classes | SEYFARTH SHAW LLP<br>Thomas J. Wybenga (*admitted pro hac vice*)<br>c/o Costco Wholesale Corporation<br>999 Lake Drive<br>Issaquah, WA 98027-5367<br>Telephone: (425) 313-6794<br>Facsimile: (425) 313-6922<br>twybenga@seyfarth.com<br><br>Attorneys for Defendant Costco Wholesale Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY "RAE" ELLIS, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>COSTCO WHOLESALE CORPORATION<br><br>          Defendant. | Case No. C04 3341 EMC<br><br>**STIPULATION AND PRO~~POSED~~ ORDER REGARDING PRE-TRIAL AND TRIAL DEADLINES** |

Counsel for Plaintiffs Shirley Rae Ellis, Leah Horstman, Elaine Sasaki and the Certified Classes and Defendant Costco Wholesale Corporation stipulate:

1. The parties have reached agreement on the principal terms of a proposed class settlement in this matter. Those terms are embodied in a confidential memorandum of understanding, which they will make available to the Court under seal upon its request.

2. The parties anticipate that it will take 60 days to prepare the class settlement agreement, the motion for preliminary approval of the class settlement and for class notice, and plaintiffs' motion for reasonable attorneys' fees. Accordingly, they propose to submit these pleadings to the Court no later than December 10, 2013,

3. In light of the above, the parties request that the Court vacate the currently scheduled pre-trial deadlines and trial date.

IT IS SO STIPULATED.

DATED: October 11, 2013        THE IMPACT FUND

                               By /s/ Jocelyn Larkin
                                   Jocelyn D. Larkin
                               Attorneys for Plaintiffs

DATED: October 11, 2013        SEYFARTH SHAW LLP

                               By    /s/ David D. Kadue
                                     David D. Kadue
                               Attorneys for Defendant
                               COSTCO WHOLESALE CORPORATION

Additional Counsel for Plaintiffs:

LIEFF, CABRASER, HEIMANN
& BERNSTEIN, LLP
Kelly Dermody (SBN 171716)
Daniel Hutchinson (SBN 239458)
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, Ca  94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
kdermody@lchb.com

DAVIS, COWELL & BOWE, LLP
Steve Stemerman (SBN 067690)
Elizabeth A. Lawrence (SBN 111781)
595 Market Street, #1400
San Francisco, CA  94105
Telephone: (415) 597-7200
Facsimile: (415) 597-7201
eal@dcbsf.com

ALTSHULER BERZON LLP
James M. Finberg (SBN 114850)
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
jfinberg@altshulerberzon.com

Additional Counsel for Defendant

SEYFARTH SHAW LLP
David B. Ross (*admitted pro hac vice*)
620 8th Avenue
32nd Floor
New York, New York  10018
(212) 218-5500
dross@seyfarth.com

The court orders as follows:

　　　The parties will submit the class settlement agreement, the motion for preliminary approval of the class settlement and for class notice, and plaintiffs' motion for reasonable attorneys' fees no later than December 10, 2013.

3

1   The pre-trial deadlines and the trial date are vacated.

2   GOOD CAUSE APPEARING, it is so ordered.    The status conference set for 12/5/13 at 10:30 a.m. is rescheduled for 12/12/13 at 10:30 a.m.  An updated joint status report shall be filed by 12/5/13.

Date:  10/16/13



Honorable Edward M. Chen
United States District Court

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen