| | |
|---|---|
| THE IMPACT FUND<br>Jocelyn D. Larkin (SBN 110817)<br>Robert Schug (SBN 249640)<br>125 University Avenue, Suite 102<br>Berkeley, CA 94710<br>Telephone: (510) 845-3473<br>Facsimile: (510) 845-3654<br>jlarkin@impactfund.org | SEYFARTH SHAW LLP<br>Kenwood C. Youmans (SBN 68258)<br>David D. Kadue (SBN 113578)<br>2029 Century Park East, Suite 3500<br>Los Angeles, California 90067-2901<br>Telephone: (310) 201-5211<br>Facsimile: (310) 201-5219<br>dkadue@seyfarth.com |
| LEWIS, FEINBERG, LEE,<br>RENAKER & JACKSON, P.C.<br>Bill Lann Lee (SBN 108452)<br>Lindsay Nako (SBN 239090)<br>476 9th Street<br>Oakland, CA 94607<br>Telephone: (510) 839-6824<br>Facsimile: (510) 839-7839<br>blee@lewisfeinberg.com | SEYFARTH SHAW LLP<br>Gerald L. Maatman (*admitted pro hac vice*)<br>Annette Tyman (*admitted pro hac vice*)<br>131 South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: (312) 460-5965<br>Facsimile: (312) 460-7965<br>gmaatman@seyfarth.com |
| [Additional Counsel Listed on Signature Page]<br><br>Attorneys for Plaintiffs and Certified Classes | SEYFARTH SHAW LLP<br>Thomas J. Wybenga (*admitted pro hac vice*)<br>c/o Costco Wholesale Corporation<br>999 Lake Drive<br>Issaquah, WA 98027-5367<br>Telephone: (425) 313-6794<br>Facsimile: (425) 313-6922<br>twybenga@seyfarth.com<br><br>Attorneys for Defendant Costco Wholesale Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY "RAE" ELLIS, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>COSTCO WHOLESALE CORPORATION<br><br>      Defendant. | Case No. C04 3341 EMC<br><br>**[CORRECTED] STIPULATION AND [PR~~OPO~~SED] ORDER REGARDING EXTENSION OF DEADLINES FOR FILING (1) MOTION FOR PRELIMINARY SETTLEMENT APPROVAL AND (2) MOTION FOR ATTORNEYS' FEES AND COSTS** |

## **STIPULATION**

On October 11, 2013, the Parties filed a joint stipulation informing the Court of their agreement on the principal terms of a proposed class settlement in this matter. (ECF No. 748.) At that time, the Parties anticipated that 60 days would be needed to prepare the final agreement, the motion for preliminary approval, and Plaintiffs' motion for reasonable attorneys' fees and costs. (*Id.*) The Court granted the Parties' stipulation on October 16, 2013, setting the deadline for filing on December 10, 2013. (ECF No. 749.)

On December 2, 2013, the Court's deputy instructed the parties to set the motion for preliminary approval of the settlement for hearing on February 6, 2014.

The Parties have worked diligently and cooperatively to prepare the final settlement agreement. Counsel are finalizing several aspects of the agreement and also in the process of conferring regarding Plaintiffs' request for attorneys' fees and costs, as required by Civil Local Rule 54-5(a). In light of the above, the Parties request that the Court move the deadline for filing the motions by one week to December 17, 2013. Because the preliminary approval motion will not be heard until February 6, 2013, modification of these deadlines will have no effect on the schedule for the case.

Therefore, Counsel for Plaintiffs and the Certified Classes and Defendant Costco Wholesale Corporation stipulate as follows:

1. Plaintiffs will file a motion for preliminary settlement approval and a motion for reasonable attorneys' fees and costs on or before December 17, 2013;
2. The motion for preliminary settlement approval will be set for hearing on February 6, 2014;
3. Costco may file an opposition to Plaintiffs' motion for attorneys' fees and costs on or before January 24, 2014.
4. Plaintiffs may file a reply brief in support of their motion for attorneys' fees and costs on or before February 24, 2014.

1    5.   The Court will set the date for hearing on the motion for attorneys' fees and costs, if
2         appropriate, in connection with preliminary approval of the settlement.

**IT IS SO STIPULATED.**

Dated: December 5, 2013        /s/ Jocelyn D. Larkin
                               Counsel for Plaintiffs

Dated: December 5, 2013        /s/ David D. Kadue
                               Counsel for Defendant

Additional Counsel for Plaintiffs:

LIEFF, CABRASER, HEIMANN
& BERNSTEIN, LLP
Kelly Dermody (SBN 171716)
Daniel Hutchinson (SBN 239458)
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
kdermody@lchb.com

DAVIS, COWELL & BOWE, LLP
Steve Stemerman (SBN 067690)
Elizabeth A. Lawrence (SBN 111781)
595 Market Street, #1400
San Francisco, CA 94105
Telephone: (415) 597-7200
Facsimile: (415) 597-7201
eal@dcbsf.com

ALTSHULER BERZON LLP
James M. Finberg (SBN 114850)
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
jfinberg@altshulerberzon.com
Additional Counsel for Defendant

SEYFARTH SHAW LLP
David B. Ross (*admitted pro hac vice*)
620 8th Avenue
32nd Floor
New York, New York 10018
(212) 218-5500
dross@seyfarth.com

The Court orders as follows:

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

1. Plaintiffs shall file a motion for preliminary settlement approval and a motion for reasonable attorneys' fees and costs on or before December 17, 2013.

2. The motion for preliminary settlement approval will be set for hearing on February 6, 2014.

3. Costco may file an opposition to Plaintiffs' motion for attorneys' fees and costs on or before January 24, 2014.

4. Plaintiffs may file a reply brief in support of their motion for attorneys' fees and costs on or before February 24, 2014. The hearing for this motion is set for March 13, 2014 at 1:30 p.m.

5. The deadlines set in the Court's Order of October 16, 2013, (ECF No. 749), are hereby vacated.

Dated: December 10, 2013



Honorable Edward M. Chen
UNITED STATES DISTRICT COURT

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen