| | |
|---|---|
| THE IMPACT FUND<br>Jocelyn D. Larkin (SBN: 110817)<br>Robert Schug (SBN: 249640)<br>125 University Avenue, Suite 102<br>Berkeley, CA  94710<br>Telephone:  (510) 845-3473<br>Facsimile:  (510) 845-3654<br>jlarkin@impactfund.org | DAVIS, COWELL & BOWE, LLP<br>Steve Stemerman (SBN: 067690)<br>Elizabeth A. Lawrence (SBN: 111781)<br>595 Market Street, #1400<br>San Francisco, CA  94105<br>Telephone:  (415) 597-7200<br>Facsimile:  (415) 597-7201<br>eal@dcbsf.com |
| LEWIS, FEINBERG, LEE,<br>RENAKER & JACKSON, P.C.<br>Bill Lann Lee (SBN: 108452)<br>Lindsay Nako (SBN: 239090)<br>476 9th Street<br>Oakland, CA  94607<br>Telephone:  (510) 839-6824<br>Facsimile:   (510)  839-7839<br>blee@lewisfeinberg.com | ALTSHULER BERZON LLP<br>James M. Finberg (SBN: 114850)<br>177 Post Street, Suite 300<br>San Francisco, CA 94108<br>Telephone:  (415) 421-7151<br>Facsimile:  (415) 362-8064<br>jfinberg@altshulerberzon.com |
| LIEFF, CABRASER, HEIMANN<br>& BERNSTEIN, LLP<br>Kelly Dermody (SBN: 171716)<br>Daniel Hutchinson (SBN:  239458)<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Francisco, CA  94111-3339<br>Telephone:  (415) 956-1000<br>Facsimile:  (415) 956-1008<br>kdermody@lchb.com | |

Attorneys for Plaintiffs and Certified Classes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY "RAE" ELLIS, et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>COSTCO WHOLESALE CORPORATION<br><br>            Defendant. | Case No. C04-3341 EMC<br><br>Assigned to:  Hon. Edward M. Chen<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR (1) PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; (2) APPROVAL OF CLASS NOTICE AND NOTICE PLAN; AND (3) SETTING OF SCHEDULE FOR FINAL APPROVAL**<br><br>Hearing Date:   February 6, 2014<br>Hearing Time:   1:30 PM<br>Courtroom:        5 (17th Floor) |

1 Having reviewed Plaintiffs' Motion for (1) Preliminary Approval of Class Action Settlement; (2) Approval of Class Action Notice Plan; and (3) Setting of Schedule for Final Approval, the Memorandum of Points and Authorities in support thereof, the Declarations of Jocelyn D. Larkin, Shirley "Rae" Ellis, Elaine Sasaki, and Leah Horstman, the proposed Settlement Agreement, the proposed Notice, and the arguments of counsel, along with the files and records of this case, the Court now FINDS, CONCLUDES, and ORDERS as follows:

## **PRELIMINARY APPROVAL OF CONSENT DECREE**

The Court has reviewed the terms of the proposed Settlement Agreement attached as Exhibit 1, including specifically the programmatic relief and monetary relief provisions. The Court has also reviewed the Motion papers and the declaration of Jocelyn D. Larkin, which describe Class Counsel's legal and factual investigation, and the settlement process. Based on review of those papers, and the Court's familiarity with this case, the Court concludes that the settlement and Settlement Agreement are the result of extensive, arms' length negotiations between the parties after Class Counsel investigated the claims and became familiar with the strengths and weaknesses of Plaintiffs' case. The Court finds that the settlement process was non-collusive. Based on the Court's review of the papers submitted in support of preliminary approval, and the Court's familiarity with the issues in the case, the Court concludes that the proposed Settlement Agreement has no obvious defects and is within the range of possible settlement approval such that notice to the Class is appropriate.

It is therefore ORDERED:

That the Settlement Agreement and the settlement it embodies are hereby PRELIMINARILY APPROVED. Final approval and entry of the Settlement Agreement is subject to the hearing of any objections of members of the classes to the proposed Settlement Agreement.

**APPROVAL OF THE FORM AND MANNER OF DISTRIBUTING NOTICE**

Plaintiffs have also submitted for this Court's approval a proposed form of Class Notice, which the Court has carefully reviewed. The Court finds and concludes as follows:

1. The proposed Notice allows class members a full and fair opportunity to consider the proposed Settlement Agreement, fees and costs application, and proposed service payments. The proposed plan for distributing the Notice, which is attached to the Proposed Settlement Agreement, is a reasonable method to inform class members of the terms of the settlement, the application for attorneys' fees and costs, and proposed service payments, and of class members' opportunity to comment on, or object to, these motions. Under the proposed settlement agreement, a respected claims administrator will mail a notice packet to class members by First Class U.S. Mail. The administrator will take reasonable steps to determine the most recent address of each class member.

2. The Notice fairly, plainly, accurately, and reasonably informs Class Members of: (1) the nature of the action; (2) the identities of class counsel; (3) the terms and provisions of the proposed settlement; (4) the relief to which the members of each class will be entitled, including detailed summaries of the programmatic relief and claims process; (5) the process by which class members may make a claim for monetary relief if the settlement is approved; (6) how administrative costs, attorneys' fees, and potential service payments will be handled; (7) the procedures and deadlines for submitting objections, and/or requests for exclusion; and (8) the date, time, and place of the final approval hearing.

3. The Court FINDS and CONCLUDES that the proposed plan for distributing the Notice satisfies the notice requirements of Rule 23, and satisfies all other legal and due process requirements.

4. Accordingly, it is therefore ORDERED:

    a. The form of the Notice is approved.

    b. The manner of distributing Notice is approved.

    c. The Notice shall be distributed as set forth in the proposed Settlement Agreement within 14 days of the date of this Order.

**PROCEDURES FOR FINAL SETTLEMENT APPROVAL**

**1.     Fairness Hearing**

The Court will hold a hearing to determine whether to grant final approval of the Settlement Agreement, to hear the application for attorneys' fees and costs, and to hear the motion for service payments to the Class Representatives (the "Fairness Hearing") on May 22, 2014 at 1:30 PM.

**2.     Deadline for Filing Motion for Service Awards**

Class Counsel shall file with the Court their petition for an award of service payments to the Class Representatives within 14 days of the entry of this Order.

**3.     Deadline for Objections and Exclusions**

Any objection to the Settlement, application for attorneys' fees and costs, or proposed service payments must be postmarked no later than April 21, 2014.  Class Counsel will record all objections and comments with the Court prior to the Fairness Hearing.

**4.     Deadline for Filing Motion for Final Settlement Approval**

No later than 35 days before the Fairness Hearing, Plaintiffs shall file a motion for final approval of the settlement.

**5.     Deadline for Briefs Responding to Objections**

On or before one week before the Fairness Hearing, the Parties may file briefs responding to any filed objections to the Settlement Agreement, application for attorneys' fees and costs, or motion for service payments.

IT IS SO ORDERED.

Dated:

          EDWARD M. CHEN
          United States District Judge