# EXHIBIT C
# [Placeholder]