| | |
|---|---|
| THE IMPACT FUND<br>Jocelyn D. Larkin (SBN 110817)<br>Robert Schug (SBN 249640)<br>125 University Avenue, Suite 102<br>Berkeley, CA 94710<br>Telephone: (510) 845-3473<br>Facsimile: (510) 845-3654<br>jlarkin@impactfund.org | SEYFARTH SHAW LLP<br>Kenwood C. Youmans (SBN 68258)<br>David D. Kadue (SBN 113578)<br>2029 Century Park East, Suite 3500<br>Los Angeles, California 90067-2901<br>Telephone: (310) 201-5211<br>Facsimile: (310) 201-5219<br>dkadue@seyfarth.com |
| LEWIS, FEINBERG, LEE,<br>RENAKER & JACKSON, P.C.<br>Bill Lann Lee (SBN 108452)<br>Lindsay Nako (SBN 239090)<br>476 9th Street<br>Oakland, CA 94607<br>Telephone: (510) 839-6824<br>Facsimile: (510) 839-7839<br>blee@lewisfeinberg.com | SEYFARTH SHAW LLP<br>Gerald L. Maatman (*admitted pro hac vice*)<br>Annette Tyman (*admitted pro hac vice*)<br>131 South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: (312) 460-5965<br>Facsimile: (312) 460-7965<br>gmaatman@seyfarth.com |
| [Additional Counsel Listed on Signature Page]<br><br>Attorneys for Plaintiffs and Certified Classes | SEYFARTH SHAW LLP<br>Thomas J. Wybenga (*admitted pro hac vice*)<br>c/o Costco Wholesale Corporation<br>999 Lake Drive<br>Issaquah, WA 98027-5367<br>Telephone: (425) 313-6794<br>Facsimile: (425) 313-6922<br>twybenga@seyfarth.com<br><br>Attorneys for Defendant Costco Wholesale Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY "RAE" ELLIS, et al.,<br><br>     Plaintiffs,<br><br>     v.<br><br>COSTCO WHOLESALE CORPORATION<br><br>     Defendant. | Case No. C04 3341 EMC<br><br>**STIPULATION AND [PR~~OP~~OSED] ORDER REGARDING (1) EXTENSION OF BRIEFING DEADLINES RE MOTION FOR ATTORNEYS' FEES AND COSTS AND (2) HEARING DATE ON MOTION FOR ATTORNEYS' FEES** |

STIP. AND [PROPOSED] ORDER RE: FILING DEADLINES
Case No.: C04 3341 EMC

16725174v.1

**STIPULATION**

The Plaintiffs have filed a motion for preliminary approval of a class action settlement and a motion for attorneys' fees.

The Court has set a hearing date on the motion for preliminary approval for February 6, 2014.

The Court has set a hearing date on the motion for attorneys' fees for March 13, 2014, with Costco's opposition due on January 24, 2014 and Plaintiffs' reply due on February 24, 2014.

The Parties submit that the briefing schedule and the hearing on the motion for attorneys' fees should be moved for two reasons.  First, the Parties have been discussing information that may lead Costco not to oppose the motion.   Additional time will allow those discussions to be completed.  Second, the current hearing date of March 13, 2014, will come before class members will have the full period notice period to lodge objections to the fee request, as any notice to the class will not occur until sometime after the February 6 hearing date on the motion for preliminary approval.  Thus, a modest relaxation of the current briefing and hearing dates may avoid unnecessary briefing and permit for a more streamlined hearing at a time when the Court will have more information available to it.

Therefore, Counsel for Plaintiffs and the Certified Classes and Defendant Costco Wholesale Corporation stipulate as follows:

1. Costco's opposition to Plaintiffs' motion for attorneys' fees and costs, now due on January 24, 2014, will be due on January 31, 2014.
2. Plaintiffs' reply brief in support of their motion for attorneys' fees and costs, now due on February 24, 2014, will be due on March 4, 2014.
3. The hearing on the motion for attorneys' fees and costs, now set for March 13, 2014, will be set at or near the time the Court will set for its hearing on a motion for final approval of the settlement, if the Court grants preliminary approval.

**IT IS SO STIPULATED.**

Dated: January 21, 2014         /s/ Jocelyn D. Larkin
                                Counsel for Plaintiffs

Dated: January 21, 2014         /s/ David D. Kadue
                                Counsel for Defendant

Additional Counsel for Plaintiffs:

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Kelly Dermody (SBN 171716)
Daniel Hutchinson (SBN 239458)
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
kdermody@lchb.com

DAVIS, COWELL & BOWE, LLP
Steve Stemerman (SBN 067690)
Elizabeth A. Lawrence (SBN 111781)
595 Market Street, #1400
San Francisco, CA 94105
Telephone: (415) 597-7200
Facsimile: (415) 597-7201
eal@dcbsf.com

ALTSHULER BERZON LLP
James M. Finberg (SBN 114850)
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
jfinberg@altshulerberzon.com

Additional Counsel for Defendant

SEYFARTH SHAW LLP
David B. Ross (*admitted pro hac vice*)
620 8th Avenue
32nd Floor
New York, New York 10018
(212) 218-5500
dross@seyfarth.com

1  The Court orders as follows:

## [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

1. Costco's opposition to Plaintiffs' motion for attorneys' fees and costs, now due on January 24, 2014, will be due on January 31, 2014.
2. Plaintiffs' reply brief in support of their motion for attorneys' fees and costs, now due on February 24, 2014, will be due on March 4, 2014.
3. The hearing on the motion for attorneys' fees and costs, now set for March 13, 2014, will be set at or near the time the Court will set for its hearing on a motion for final approval of the settlement, if the Court grants preliminary approval.

Dated:  1/24/14



APPROVED
Judge Edward M. Chen