| | |
|---|---|
| THE IMPACT FUND<br>Jocelyn D. Larkin (SBN 110817)<br>Robert Schug (SBN 249640)<br>125 University Avenue, Suite 102<br>Berkeley, CA 94710<br>Telephone: (510) 845-3473<br>Facsimile: (510) 845-3654<br>jlarkin@impactfund.org | SEYFARTH SHAW LLP<br>Kenwood C. Youmans (SBN 68258)<br>David D. Kadue (SBN 113578)<br>2029 Century Park East, Suite 3500<br>Los Angeles, California 90067-2901<br>Telephone: (310) 201-5211<br>Facsimile: (310) 201-5219<br>dkadue@seyfarth.com |
| LEWIS, FEINBERG, LEE,<br>RENAKER & JACKSON, P.C.<br>Bill Lann Lee (SBN 108452)<br>Lindsay Nako (SBN 239090)<br>476 9th Street<br>Oakland, CA 94607<br>Telephone: (510) 839-6824<br>Facsimile: (510) 839-7839<br>blee@lewisfeinberg.com | SEYFARTH SHAW LLP<br>Gerald L. Maatman (*admitted pro hac vice*)<br>Annette Tyman (*admitted pro hac vice*)<br>131 South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: (312) 460-5965<br>Facsimile: (312) 460-7965<br>gmaatman@seyfarth.com |
| Attorneys for Plaintiff Elaine Sasaki | Attorneys for Defendant Costco Wholesale Corporation |
| [Additional Counsel Listed on Signature Page] | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY "RAE" ELLIS, et al.,<br><br>         Plaintiffs,<br><br>    v.<br><br>COSTCO WHOLESALE CORPORATION<br><br>         Defendant. | Case No. C04 3341 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING ONE-WEEK EXTENSIONS OF DATES FOR**<br>**(1) 1/29/15 STATUS CONFERENCE,**<br>**(2) 2/20/15 NON-EXPERT DISCOVERY DEADLINE, AND**<br>**(3) EXPERT-RELATED DAYS OF 2/20/15, 3/13/15, AND 4/3/15** |

STIP AND [PROPOSED] ORDER RE: STATUS CONF. DATE & CERTAIN DISCOVERY DEADLINES
Case No. C04 3341 EMC

**STIPULATION**

The Court's order of September 5, 2014 (Docket No. 795) set certain trial and pre-trial dates, including a trial date of July 27, 2015, a pretrial conference date of June 30, 2015, and certain other dates, including, as relevant here:

- A status conference date of January 29, 2015.
- A non-expert discovery deadline of February 20, 2015.
- An expert report deadline of February 20, 2015.
- A rebuttal expert report deadline March 13, 2015.
- An expert discovery deadline of April 3, 2015.

Lead defense counsel, to avoid a conflict in another matter, desires a one-week extension of the status conference to February 5, 2015, and has been advised that space is available on the Court's calendar for that date. Plaintiff's counsel does not object to the one-week extension of the status conference but, because of potential discovery disputes, is agreeable to a one-week extension of the status conference only if there are corresponding one-week extensions of related discovery dates, set forth above.

The order stipulated to herein would have no effect on the trial date or the date of the pre-trial conference.

Therefore, counsel for Plaintiff, Elaine Sasaki, and counsel for Defendant, Costco Wholesale Corporation, stipulate as follows:

1. The status conference now set for 10:30 a.m. on January 29, 2015, shall be re-set to February 5, 2015.

2. The non-expert discovery deadline now set for February 20, 2015, shall be re-set to February 27, 2015.

3. The expert report deadline now set for February 20, 2015, shall be re-set to February 27, 2015.

4. The rebuttal expert report deadline now set for March 13, 2015, shall be re-set to March 18, 2015.

5. The expert discovery deadline now set for April 3, 2015, shall be re-set to April 10, 27, 2015.

**IT IS SO STIPULATED.**

Dated: January 12, 2015            /s/ Jocelyn D. Larkin
                                   Counsel for Plaintiffs

Dated: January 12, 2015            /s/ David D. Kadue
                                   Counsel for Defendant

| Additional Counsel for Plaintiff: | Additional Counsel for Defendant |
|---|---|
| LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP<br>Kelly Dermody (SBN 171716)<br>Daniel Hutchinson (SBN 239458)<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008<br>kdermody@lchb.com<br><br>DAVIS, COWELL & BOWE, LLP<br>Steve Stemerman (SBN 067690)<br>Elizabeth A. Lawrence (SBN 111781)<br>595 Market Street, #1400<br>San Francisco, CA 94105<br>Telephone: (415) 597-7200<br>Facsimile: (415) 597-7201<br>eal@dcbsf.com<br><br>ALTSHULER BERZON LLP<br>James M. Finberg (SBN 114850)<br>177 Post Street, Suite 300<br>San Francisco, CA 94108<br>Telephone: (415) 421-7151<br>Facsimile: (415) 362-8064<br>jfinberg@altshulerberzon.com | SEYFARTH SHAW LLP<br>David B. Ross (*admitted pro hac vice*)<br>620 8th Avenue<br>32nd Floor<br>New York, New York 10018<br>(212) 218-5500<br>dross@seyfarth.com<br><br>SEYFARTH SHAW LLP<br>Thomas J. Wybenga (*admitted pro hac vice*)<br>c/o Costco Wholesale Corporation<br>999 Lake Drive<br>Issaquah, WA 98027-5367<br>Telephone: (425) 313-6794<br>Facsimile: (425) 313-6922<br>twybenga@seyfarth.com |

The Court orders as follows:

# [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

1. The status conference now set for 10:30 a.m. on January 29, 2015, shall be re-set to 10:30 a.m. on February 5, 2015.

2. The non-expert discovery deadline now set for February 20, 2015, shall be re-set to February 27, 2015.

3. The expert report deadline now set for February 20, 2015, shall be re-set to February 27, 2015.

4. The rebuttal expert report deadline now set for March 13, 2015, shall be re-set to March 18, 2015.

5. The expert discovery deadline now set for April 3, 2015, shall be re-set to April 10, 27, 2015.

Dated: January 23, 2015



_____
Honorable Edward M. Chen
UNITED STATES DISTRICT COURT

18813387v.1