| | |
|---|---|
| THE IMPACT FUND<br>Jocelyn D. Larkin (SBN 110817)<br>Robert Schug (SBN 249640)<br>125 University Avenue, Suite 102<br>Berkeley, CA 94710<br>Telephone: (510) 845-3473<br>Facsimile: (510) 845-3654<br>jlarkin@impactfund.org | SEYFARTH SHAW LLP<br>Kenwood C. Youmans (SBN 68258)<br>David D. Kadue (SBN 113578)<br>2029 Century Park East, Suite 3500<br>Los Angeles, California 90067-2901<br>Telephone: (310) 201-5211<br>Facsimile: (310) 201-5219<br>dkadue@seyfarth.com |
| LEWIS, FEINBERG, LEE,<br>RENAKER & JACKSON, P.C.<br>Bill Lann Lee (SBN 108452)<br>Lindsay Nako (SBN 239090)<br>476 9th Street<br>Oakland, CA 94607<br>Telephone: (510) 839-6824<br>Facsimile: (510) 839-7839<br>blee@lewisfeinberg.com | SEYFARTH SHAW LLP<br>Gerald L. Maatman (*admitted pro hac vice*)<br>Annette Tyman (*admitted pro hac vice*)<br>131 South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: (312) 460-5965<br>Facsimile: (312) 460-7965<br>gmaatman@seyfarth.com |
| Attorneys for Plaintiff Elaine Sasaki | Attorneys for Defendant Costco Wholesale Corporation |

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY "RAE" ELLIS, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>COSTCO WHOLESALE CORPORATION<br><br>        Defendant. | Case No. C04 3341 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING**<br>**(1) THREE-WEEK EXTENSION OF 2/27/15 NON-EXPERT DISCOVERY DEADLINE FOR PURPOSES OF TWO SPECIFIC DEPOSITIONS ONLY, AND (2) THREE-WEEK EXTENSION OF EXPERT-RELATED DEADLINES OF 2/27/15, 3/18/15, AND 4/10/15** |

## STIPULATION

The Court's order dated January 23, 2015 (Docket No. 799) set certain pre-trial dates, including, as relevant here:

- A non-expert discovery deadline of February 27, 2015.
- An expert report deadline of February 27, 2015.
- A rebuttal expert report deadline of March 18, 2015.
- An expert discovery deadline of April 10, 2015.

The parties have announced intentions to take certain depositions, including two that for various reasons cannot be practically implemented within the February 27, 2015 deadline: (1) Plaintiff's 30(b)(6) Notice of Deposition, covering sixteen separate promotion decisions across the country, and (2) Elaine Sasaki's deposition.  Expert reports may rely upon the results of these depositions.

Counsel for Plaintiff Elaine Sasaki and Defendant Costco Wholesale Corporation therefore stipulate as follows:

1. The non-expert discovery deadline now set for February 27, 2015, shall be re-set to March 20, 2015 for the limited purpose of completing the depositions associated with Plaintiff's Notice of Deposition Pursuant to 30(b)(6) dated January 28, 2015 and Plaintiff Elaine Sasaki's deposition.

2. The expert report deadline now set for February 27, 2015, shall be re-set to March, 20 2015.

3. The rebuttal expert report deadline now set for March 18, 2015, shall be re-set to April 8, 2015.

4. The expert discovery deadline now set for April 10, 2015, shall be re-set to May 1, 2015.

1   The order stipulated to herein would have no effect on the June 30, 2015 pre-trial
2   conference date or the July 27, 2015 trial date.

4   **IT IS SO STIPULATED.**

5   Dated: February 13, 2015         /s/ Jocelyn D. Larkin
                                     Counsel for Plaintiffs

7   Dated: February 13, 2015         /s/ David D. Kadue
                                     Counsel for Defendant

| Additional Counsel for Plaintiff: | Additional Counsel for Defendant |
|---|---|
| LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP<br>Kelly Dermody (SBN 171716)<br>Daniel Hutchinson (SBN 239458)<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008<br>kdermody@lchb.com<br><br>DAVIS, COWELL & BOWE, LLP<br>Steve Stemerman (SBN 067690)<br>Elizabeth A. Lawrence (SBN 111781)<br>595 Market Street, #1400<br>San Francisco, CA 94105<br>Telephone: (415) 597-7200<br>Facsimile: (415) 597-7201<br>eal@dcbsf.com<br><br>ALTSHULER BERZON LLP<br>James M. Finberg (SBN 114850)<br>177 Post Street, Suite 300<br>San Francisco, CA 94108<br>Telephone: (415) 421-7151<br>Facsimile: (415) 362-8064<br>jfinberg@altshulerberzon.com | SEYFARTH SHAW LLP<br>David B. Ross (*admitted pro hac vice*)<br>620 8th Avenue<br>32nd Floor<br>New York, New York 10018<br>(212) 218-5500<br>dross@seyfarth.com<br><br>SEYFARTH SHAW LLP<br>Thomas J. Wybenga (*admitted pro hac vice*)<br>c/o Costco Wholesale Corporation<br>999 Lake Drive<br>Issaquah, WA 98027-5367<br>Telephone: (425) 313-6794<br>Facsimile: (425) 313-6922<br>twybenga@seyfarth.com |

The Court orders as follows:

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

1. The non-expert discovery deadline now set for February 27, 2015, shall be re-set to March 20, 2015.
2. The expert report deadline now set for February 27, 2015, shall be re-set to March, 20 2015.
3. The rebuttal expert report deadline now set for March 18, 2015, shall be re-set to April 8, 2015.
4. The expert discovery deadline now set for April 10, 2015, shall be re-set to May 1, 2015.

Dated: February 19, 2015



_____
Honorable Edward M. Chen
UNITED STATES DISTRICT COURT

19011221v.1