THE IMPACT FUND
Jocelyn D. Larkin (SBN: 110817)
Robert Schug (SBN: 249640)
Meredith Johnson (SBN: 291018)
125 University Avenue, Suite 102
Berkeley, CA 94710
Telephone: (510) 845-3473
Facsimile: (510) 845-3654
jlarkin@impactfund.org

LEWIS, FEINBERG, LEE,
RENAKER & JACKSON, P.C.
Bill Lann Lee (SBN: 108452)
Lindsay Nako (SBN: 239090)
476 9th Street
Oakland, CA 94607
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
blee@lewisfeinberg.com

ALTSHULER BERZON LLP
James M. Finberg (SBN: 114850)
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
jfinberg@altshulerberzon.com

Attorneys for Plaintiffs and Certified Classes

[Additional Counsel Listed on
Signature Page]

SEYFARTH SHAW LLP
Kenwood C. Youmans (SBN 68258)
David D. Kadue (SBN 113578)
2029 Century Park East, Suite 3500
Los Angeles, California 90067-2901
Telephone: (310) 201-5211
Facsimile: (310) 201-5219
dkadue@seyfarth.com

SEYFARTH SHAW LLP
Gerald L. Maatman (*admitted pro hac vice*)
Annette Tyman (*admitted pro hac vice*)
131 South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 460-5965
Facsimile: (312) 460-7965
gmaatman@seyfarth.com

SEYFARTH SHAW LLP
David B. Ross (*admitted pro hac vice*)
620 8th Avenue
32nd Floor
New York, New York 10018
(212) 218-5500
dross@seyfarth.com

Attorneys for Defendant Costco Wholesale Corp.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY "RAE" ELLIS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COSTCO WHOLESALE CORPORATION, <br><br> Defendant. | Case No. C04-3341 EMC <br><br> STIPULATION AND [PROPOSED] ORDER REGARDING APPOINTMENT OF SPECIAL MASTER |

STIP AND [PROPOSED] ORDER RE: APPT. OF SPECIAL MASTER
C04-3341 EMC

# **STIPULATION**

The parties, through their counsel, stipulate as follows:

1. The Amended Class Action Settlement Agreement provides that, at the written request of any party, the Court will appoint a Compliance Special Master pursuant to Rule 53 of the Federal Rules of Civil Procedure. ECF No. 780-1 ¶ 13.

2. At the February 5, 2015 Status Conference, the Court directed the parties to meet and confer and to submit a stipulation for this special master selection. ECF No. 801.

3. Counsel have met and conferred, and have agreed to propose Fred W. Alvarez of Jones Day to serve as Compliance Special Master and perform the duties set forth in the Amended Class Action Settlement Agreement. Mr. Alvarez is highly experienced employment lawyer, who has prior experience as a monitor in discrimination class settlements. Mr. Alvarez's firm resume is attached as Exhibit A.

IT IS SO STIPULATED.

Dated: March 4, 2015

/s/

Jocelyn D. Larkin
Impact Fund

*Attorneys for Plaintiffs*

Dated: March 4, 2015

/s/

David Kadue
Seyfarth Shaw LLP

*Attorneys for Defendant*

- 1 -  STIP AND [PROPOSED] ORDER RE: APPT OF SPECIAL MASTER
CASE NO. C04-3341 EMC

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Additional Counsel for Plaintiffs | Additional Counsel for Defendant |
| 4 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP Kelly M. Dermody (SBN: 171716) | SEYFARTH SHAW LLP Thomas J. Wybenga (*admitted pro hac vice*) c/o Costco Wholesale Corporation 999 Lake Drive Issaquah, WA 98027-5367 Telephone: (425) 313-6794 Facsimile: (425) 313-6922 twybenga@seyfarth.com |
| 5 | | |
| 6 | Daniel M. Hutchinson (SBN: 239458) 275 Battery Street, 29th Floor San Francisco, CA 94111-3339 Telephone: 415.956.1000 Facsimile: 415.956.1008 kdermody@lchb.com dhutchinson@lchb.com | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | DAVIS, COWELL & BOWE, LLP Steve Stemerman (SBN: 067690) Elizabeth A. Lawrence (SBN: 111781) 595 Market Street, #1400 San Francisco, CA 94105 Telephone: (415) 597-7200 Facsimile: (415) 597-7201 eal@dcbsf.com | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |

- 2 -  STIP AND [PROPOSED] ORDER RE: APPT. OF SPECIAL MASTER
CASE NO. C04-3341 EMC

1 **[PR~~OPO~~SED] ORDER**

2 **PURSUANT TO THE PARTIES' STIPULATION AND GOOD CAUSE**

3 **APPEARING,**

4     Fred W. Alvarez of Jones Day is appointed Compliance Special Master to perform the

5 duties set forth in the Amended Class Action Settlement Agreement, ECF No. 780-1.

7 **IT IS SO ORDERED.**

12 Dated: March __6__ , 2015

_____
Honorable Edward M. Chen
UNITED STATES DISTRICT COURT

*IT IS SO ORDERED*
*/s/ Edward M. Chen*
*Judge Edward M. Chen*

- 3 -    STIP AND [PROPOSED] ORDER RE: APPT. OF SPECIAL MASTER
CASE NO. C04-3341 EMC