THE IMPACT FUND
Jocelyn D. Larkin (SBN: 110817)
Robert Schug (SBN: 249640)
Meredith Johnson (SBN: 291018)
125 University Avenue, Suite 102
Berkeley, CA 94710
Telephone: (510) 845-3473
Facsimile: (510) 845-3654
jlarkin@impactfund.org

LEWIS, FEINBERG, LEE
& JACKSON, P.C.
Bill Lann Lee (SBN: 108452)
Lindsay Nako (SBN: 239090)
476 9th Street
Oakland, CA 94607
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
blee@lewisfeinberg.com

ALTSHULER BERZON LLP
James M. Finberg (SBN: 114850)
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
jfinberg@altshulerberzon.com

SEYFARTH SHAW LLP
Kenwood C. Youmans (SBN 68258)
David D. Kadue (SBN 113578)
2029 Century Park East, Suite 3500
Los Angeles, California 90067-2901
Telephone: (310) 201-5211
Facsimile: (310) 201-5219
dkadue@seyfarth.com

SEYFARTH SHAW LLP
Gerald L. Maatman (*admitted pro hac vice*)
Annette Tyman (*admitted pro hac vice*)
131 South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 460-5965
Facsimile: (312) 460-7965
gmaatman@seyfarth.com

SEYFARTH SHAW LLP
David B. Ross (*admitted pro hac vice*)
620 8th Avenue
32nd Floor
New York, New York 10018
(212) 218-5500
dross@seyfarth.com

Attorneys for Plaintiffs and Certified Classes

Attorneys for Defendant Costco Wholesale Corp.

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY "RAE" ELLIS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COSTCO WHOLESALE CORPORATION, <br><br> Defendant. | Case No. C04-3341 EMC <br><br> STIPULATION AND [PROPOSED] ORDER GRANTING VOLUNTARY DISMISSAL OF PLAINTIFF'S DISPARATE IMPACT CLAIM |

## STIPULATION

The parties, through their counsel, stipulate as follows: Plaintiff Elaine Sasaki voluntarily dismisses her claim of disparate impact. Such dismissal shall be with prejudice, and each side will bear its own fees and costs.

IT IS SO STIPULATED.

Dated: March 25, 2015

_____
Jocelyn D. Larkin
Impact Fund

*Attorneys for Plaintiffs*

Dated: March 25, 2015

_____
David Kadue
Seyfarth Shaw LLP

*Attorneys for Defendant*

Additional Counsel for Plaintiffs

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Kelly M. Dermody (SBN: 171716)
Daniel M. Hutchinson (SBN: 239458)
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008
kdermody@lchb.com
dhutchinson@lchb.com

DAVIS, COWELL & BOWE, LLP
Steve Stemerman (SBN: 067690)
Elizabeth A. Lawrence (SBN: 111781)
595 Market Street, #1400
San Francisco, CA 94105
Telephone: (415) 597-7200
Facsimile: (415) 597-7201
eal@dcbsf.com

Additional Counsel for Defendant

SEYFARTH SHAW LLP
Thomas J. Wybenga (*admitted pro hac vice*)
c/o Costco Wholesale Corporation
999 Lake Drive
Issaquah, WA 98027-5367
Telephone: (425) 313-6794
Facsimile: (425) 313-6922
twybenga@seyfarth.com

- 1 -

STIP AND [PROPOSED] ORDER GRANTING VOLUNTARY
DISMISSAL OF PLAINTIFF'S DISPARATE IMPACT CLAIM
CASE NO. C04-3341 EMC

**[PROPOSED] ORDER**

PURSUANT TO THE PARTIES' STIPULATION AND GOOD CAUSE APPEARING,

Plaintiff's disparate impact claim is DISMISSED with prejudice. Each side will bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: March 30, 2015

IT IS SO ORDERED

Judge Edward M. Chen

_____
Honorable Edward M. Chen
UNITED STATES DISTRICT COURT