UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY "RAE" ELLIS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>Defendant.<br>_____/ | No. C-04-3341 EMC<br><br>**ORDER RE SUPPLEMENTAL BRIEFING**<br><br>**(Docket No. 814)** |

Currently pending before the Court is Defendant Costco Wholesale Corporation's motion for summary judgment. At the hearing, one of the issues presented was whether part of Plaintiff Elaine Sasaki's claim for retaliation is time barred. Ms. Sasaki cited two cases on this issue, one which was not previously cited and one which was cited but not discussed in any detail. The Court hereby orders the parties to provide supplemental briefing on those two cases and their applicability herein: *Anderson v. Reno*, 190 F.3d 930 (9th Cir. 1999), and *Jones v. Calvert Group, Ltd.*, 551 F.3d 297 (4th Cir. 2009). The supplemental briefing shall be filed by May 7, 2015, at 12:00 p.m.

IT IS SO ORDERED.

Dated: May 4, 2015

_____
EDWARD M. CHEN
United States District Judge