THE IMPACT FUND
Jocelyn D. Larkin (SBN 110817)
Robert Schug (SBN 249640)
125 University Avenue, Suite 102
Berkeley, CA  94710
Telephone: (510) 845-3473
Facsimile: (510) 845-3654
jlarkin@impactfund.org

DAVIS, COWELL & BOWE, LLP
Steve Stemerman (SBN 067690)
Elizabeth A. Lawrence (SBN 111781)
595 Market Street, #1400
San Francisco, CA 94105
Telephone: (415) 597-7200
Facsimile: (415) 597-7201
eal@dcbsf.com

[Additional Counsel Listed after
Signature Page]

Attorneys for Plaintiffs

SEYFARTH SHAW LLP
Kenwood C. Youmans (SBN 68258)
David D. Kadue (SBN 113578)
2029 Century Park East, Suite 3500
Los Angeles, California 90067-2901
Telephone: (310) 201-5211
Facsimile: (310) 201-5219
dkadue@seyfarth.com

SEYFARTH SHAW LLP
Gerald L. Maatman (*admitted pro hac vice*)
Annette Tyman (*admitted pro hac vice*)
131 South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 460-5965
Facsimile: (312) 460-7965
gmaatman@seyfarth.com

[Additional Counsel Listed after
Signature Page]

Attorneys for Defendant Costco Wholesale
Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY "RAE" ELLIS, et al., | Case No. C04 3341 EMC |
| Plaintiffs, | **STIPULATION AND PROPOSED ORDER REGARDING EXPERT TESTIMONY AT TRIAL** |
| v. | |
| COSTCO WHOLESALE CORPORATION | |
| Defendant. | |

**STIPULATION**

With respect to the bench trial on the claims of Elaine Sasaki, set for July 27, 2015, the parties have designated four experts. For each expert, the parties—on about March 23, 2015, or April 8, 2015—served a report containing that expert's opinions ("the Expert Reports"). Three of these experts—Ali Saad, Richard Martell, Greg Mitchell—are the subject of this stipulation. The fourth designated expert, Amy Oppenheimer, is not affected by this stipulation.

Subject to the Court's approval, the parties have agreed that, in lieu of calling Drs. Saad, Martell, and Mitchell to testify at trial, they will instead submit to the Court their Expert Reports.

Each party reserves the right to comment on the contents of the Expert Reports, during argument or briefing. Each party also reserves the right to object to any part of an Expert Report on the basis that it is not admissible under Rule 702 of the Federal Rules of Evidence, but the parties agree that no *Daubert* motion in limine will be filed to exclude any of the Expert Reports in its entirety. The parties understand that the Court may invite further argument on the significance of the Expert Reports if it deems that argument appropriate.

The parties agree that the Court may consider the previously submitted expert reports of Reskin and Landy (Docket Nos. 135, 151, 152, 463-3) to the extent that the Court finds that consideration necessary to evaluate any Expert Report's reliance on either the Reskin or Landy reports.

References to material that any claimant or Costco has submitted with respect to arbitration claims will not be considered. In particular, any references to that material in the Mitchell Expert Report will be redacted before that report is submitted to the Court.

The three Expert Reports at issue will be submitted at or before the time that the parties submit their trial briefs.  For each Expert Report, the parties will also submit a declaration of counsel attaching any deposition testimony cited in the respective Expert Report.

//

//

//

STIP. RE EXPERT TESTIMONY AT TRIAL
CASE NO. C04 3341 EMC

1    Should the Court not approve this Stipulation, the parties agree that no rights have been
2    waived as to calling or objecting to the Expert Reports.
3    **IT IS SO STIPULATED.**

4

5    Dated: June 2, 2015                    s/ Jocelyn D. Larkin

6                                            *Attorneys for Plaintiff Elaine Sasaki*

7

8    Dated: June 2, 2015                    s/ David Kadue

9                                            *Attorney for Defendant Costco Wholesale Corp.*

10

11                          **[PROPOSED] ORDER**

12       **PURSUANT TO THE PARTIES' STIPULATION AND GOOD CAUSE**

13   **APPEARING,**

14       The parties' agreement regarding the Expert Reports of Ali Saad, Richard Martell,

15   and Gregory Mitchell is approved.

16   **IT IS SO ORDERED.**

17

18

19

20

21

22   Dated: June____ , 2015
            3

23   _____
                                    Honorable Edward M. Chen
24   UNITED STATES DISTRICT COURT

25

26

27

28

3

1  Additional Counsel:

2  Additional Counsel for Plaintiff

3  LEWIS, FEINBERG, LEE,
   RENAKER & JACKSON, P.C.
4  Bill Lann Lee (SBN 108452)
   Lindsay Nako (SBN 239090)
5  476 9th Street
   Oakland, CA 94607
6  Telephone: (510) 839-6824
   Facsimile:  (510)  839-7839
7  BLEE@LEWISFEINBERG.COM

8  LIEFF, CABRASER, HEIMANN
   & BERNSTEIN, LLP
9  Kelly Dermody (SBN 171716)
   Daniel Hutchinson (SBN  239458)
10 Embarcadero Center West
   275 Battery Street, 30th Floor
11 San Francisco, CA  94111-3339
   Telephone: (415) 956-1000
12 Facsimile: (415) 956-1008
   kdermody@lchb.com

13
   ALTSHULER BERZON LLP
14 James M. Finberg (SBN 114850)
   177 Post Street, Suite 300
15 San Francisco, CA 94108
   Telephone: (415) 421-7151
16 Facsimile: (415) 362-8064
   jfinberg@altshulerberzon.com

17
   Additional Counsel for Defendant
18

19 SEYFARTH SHAW LLP
   David B. Ross (*admitted pro hac vice*)
20 620 8th Avenue
   32nd Floor
21 New York, New York 10018
   (212) 218-5500
22 dross@seyfarth.com

23 SEYFARTH SHAW LLP
   Thomas J. Wybenga (*admitted pro hac vice*)
24 688 110th Avenue NE
   Bellevue, WA 98004
25 Telephone: (310) 201-1518
   Facsimile: (310) 282-6968
26 twybenga@seyfarth.com

27
   19953392v.1
28

4

1

**CERTIFICATE OF SERVICE**

2

3        I hereby certify that on June 2, 2015, I electronically transmitted the attached

4   document to the Clerk's Office using the CM/ECF System for filing and transmittal and a

5   Notice of Electronic Filing was electronically transmitted from the court to the e-mail

6   addresses on file.

7                                              s/ Jocelyn D. Larkin

8                                        _____

9                                            Jocelyn D. Larkin

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28