THE IMPACT FUND
Jocelyn D. Larkin (SBN: 110817)
Robert Schug (SBN: 249640)
Meredith Johnson (SBN: 291018)
125 University Avenue, Suite 102
Berkeley, CA 94710
Telephone: (510) 845-3473
Facsimile: (510) 845-3654
jlarkin@impactfund.org

DAVIS, COWELL & BOWE, LLP
Elizabeth A. Lawrence (SBN: 111781)
595 Market Street, #1400
San Francisco, CA 94105
Telephone: (415) 597-7200
Facsimile: (415) 597-7201
eal@dcbsf.com

LEWIS, FEINBERG, LEE & JACKSON, P.C.
Bill Lann Lee (SBN: 108452)
Lindsay Nako (SBN: 239090)
476 9th Street
Oakland, CA 94607
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
blee@lewisfeinberg.com

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Kelly M. Dermody (SBN: 171716)
Daniel M. Hutchinson (SBN: 239458)
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008
kdermody@lchb.com
dhutchinson@lchb.com

ALTSHULER BERZON LLP
James M. Finberg (SBN: 114850)
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
jfinberg@altshulerberzon.com

Attorneys for Plaintiff Elaine Sasaki

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY "RAE" ELLIS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COSTCO WHOLESALE CORPORATION, <br><br> Defendant. | Case No. C04-3341 EMC <br><br> PLAINTIFF ELAINE SASAKI'S SUMMARY CHART PURSUANT TO THE COURT'S FINAL PRETRIAL CONFERENCE ORDER (ECF NO. 886) <br><br> **TRIAL DATE: July 24, 2015** <br> **TIME: 8:30 AM** <br> **LOCATION: Courtroom 5 (17th Floor)** |

# SUMMARY CHART OF RELEVANT GM OPENINGS

| Challenged GM Openings – Focus at Trial | | | |
|---|---|---|---|
| *Year of Opening* | *Location of Opening* | *Employee who Filled GM Opening* | *Post-Promotion Evidence* |
| 2002 | Bay Area (Concord) | Clay Gloyne | ✓ |
| 2002 | Bay Area (North Fresno & Merced) | Jim Harris & G.B. Blackmon II | ✓ |
| 2005 | Northwest (Wilsonville) | Terrell Richard | ✓ |
| 2005 | Bay Area (South San Francisco) | Kevin Heuer | ✓ |
| 2007 | Bay Area (Merced) | Jeff Thompson | ✓ |
| 2007 | Bay Area (Redding) | Gregory Harrison | ✓ |
| 2009 | Bay Area (Eureka) | Michael Maldonado | ✓ |
| 2010 | Midwest (Burnsville) | Don Christensen | |
| 2012 | Bay Area (Turlock) | Antonio "Tony" Ewing | |
| 2014 | Bay Area (Livermore) | Lamar Bell | |

| Other Men who Received GM Positions – Illustrative Examples | | | |
|---|---|---|---|
| *Year of Opening* | *Location of Opening* | *Employee who Filled GM Opening* | *Post-Promotion Evidence (Y/N)* |
| 2002 | Bay Area (Tracy) | Pablo "Paul" Cano | ✓ |
| 2003 | Midwest (Lake Zurich) | Kirt DiSalvo | |
| 2004 | Bay Area (Salinas) | David Boggiano | |
| 2005 | San Diego (St. George) | Carlos "C.D." Fackrell | |
| 2006 | Midwest (Springdale) | Bradley Voth | ✓ |
| 2006 | Bay Area (Foster City) | Todd Jerman | |
| 2006 | Northwest (Wenatchee) | Scott Elliott | ✓ |
| 2008 | Northwest (Warrenton) | Darrell Brazil | ✓ |
| 2009 | Bay Area (Gilroy) | Gregory Gutierrez | ✓ |
| 2011 | Bay Area (Merced) | Ruben Hernandez | |
| 2012 | Bay Area (Redding) | Cory Samprucci | |
| 2013 | Midwest (Lake Zurich) | Steve Vanderveer | |
| 2013 | Northwest (E Wenatchee) | Alex Ryan | |

# CHALLENGED GM OPENINGS – FOCUS AT TRIAL

| Name | Date GM position filled | Location | Relevant Decision-makers / Key Witnesses[1] | Key Trial Exhibits[2] | Relevance of Post-Promotion Evidence |
|---|---|---|---|---|---|
| Clay Gloyne | 08/12/2002 | Bay Area (Concord #663) | Dennis Hoover, Jeff Abadir, John Booth | Promotable Lists: None<br><br>Pre-Promotion Performance Reviews: None<br><br>Other Documents: Ex. 116 (Manager Bio), Ex. 413 (Manager Bio)<br><br>Post-Promotion Evidence: Ex. 415 (GM review 2003), Ex. 417 (GM review 2005), Ex. 419 (GM review 2008), Ex. 421 (GM review 2009), Ex. 422 (GM review 2010), Ex. 423 (GM review 2011) | Because Costco did not give Mr. Gloyne any performance reviews as an AGM, Ms. Sasaki must rely on his GM reviews as evidence of the skills he had at the time of promotion.<br><br>In addition, Mr. Gloyne's GM reviews are relevant because they show that he had poor merchandising skills, which shows that, contrary to Costco's arguments, a GM is not required to have exceptional merchandising skills. |
| Jim Harris<br><br>&<br><br>G.B. Blackmon II [3] | 9/02/2002 | Bay Area (North Fresno #657) (Harris)<br><br>& | Dennis Hoover, Jeff Abadir, John Booth | Documents Related to Harris:<br><br>Promotable Lists: Ex. 9 (see list for February 2000)<br><br>Pre-Transfer Performance Reviews: Ex. | Mr. Blackmon's GM reviews are relevant because they show that he struggled with accountability as a GM, which is consistent with his performance as an AGM. They therefore tend to show that |

---

[1] Ms. Sasaki has made a good faith effort to determine the key witnesses who will or may testify about each GM opening, but reserves the right to question other witnesses on the parties' witness lists.

[2] Ms. Sasaki has made a good faith effort to determine the key trial exhibits related to each challenged opening, but does not expect to rely on all of them. She also reserves the right to rely on other trial exhibits on the parties' exhibit lists.

[3] At trial, Ms. Sasaki will present evidence that she was promised the GM position in the North Fresno warehouse. When this position came open, Costco instead laterally moved Jim Harris from Merced to North Fresno and promoted G.B. Blackmon to GM in Merced.

1

| Name | Date GM position filled | Location | Relevant Decision-makers / Key Witnesses[1] | Key Trial Exhibits[2] | Relevance of Post-Promotion Evidence |
|------|------------------------|----------|---------------------------------------------|------------------------|--------------------------------------|
| | | Bay Area (Merced #142) | | 436 (AGM review June 1997), Ex. 4 (AGM review Nov. 1997), Ex. 5 (AGM review 1998), Ex. 7 (AGM review 1999)<br><br>Other Documents: Ex. 105 (Manager Bio, 2015), Ex. 432 (Manager Bio)<br><br>Documents Related to Blackmon:<br><br>Promotable Lists: Ex. 9 (see lists for January 19, 2001; March 2001; March 2002)<br><br>Pre-Promotion Performance Reviews: Ex. 307 (AGM review 1997), Ex. 91 (AGM review 2002)<br><br>Other Documents: Ex. 304 (Manager Bio), Ex. 100 (Manager Bio), Ex. 110 (Manager Bio)<br><br>Post-Promotion Evidence: Ex. 309 (GM review 2005), Ex. 310 (GM review undated) | Mr. Blackmon was still struggling to hold his managers accountable at the time he was promoted.<br><br>In addition, Mr. Blackmon's GM reviews are relevant because they tend to show that a GM may be successful even if he/she does not consistently hold his/her managers accountable. |
| Terrell Richard | 08/15/2005 | Northwest (Wilsonville #766) | 30(b)(6) witness Frank Farcone, Dennis Hoover, John McKay | Promotable Lists: Ex. 9 (see lists from March 2002; January 2005); Ex. 799 ("Bay Area People," April 2004), Ex. 26 ("Future Stars" Memo May 2004), Ex. 801 ("Updated 'Bench' List," Oct. | Mr. Richard's GM reviews are relevant because they are consistent with Mr. Richard's poor performance as an AGM, including in the areas of "show |

| Name | Date GM position filled | Location | Relevant Decision-makers / Key Witnesses[1] | Key Trial Exhibits[2] | Relevance of Post-Promotion Evidence |
|---|---|---|---|---|---|
| | | | | 2004), Ex. 802 ("Updated 'Bench' List," Nov. 2004)<br><br>Pre-Promotion Performance Reviews: Ex. 536 (Review 2000), Ex. 537 (AGM review 2000); Ex. 14 (AGM review 2002), Ex. 22 (AGM review 2003)<br><br>Other Document: Ex. 94 (Manager Bio)<br><br><u>Post-Promotion Evidence</u>: Ex. 538 (GM review 2007), Ex. 539 (GM review 2008), 540 (GM review 2009), Ex. 541 (GM review 2011), Ex. 543 (GM review 2012) | time" readiness, merchandising skills, organizational skills, proactivity, follow through, developing employees, and holding managers accountable, among other areas. They therefore tend to show that Mr. Richard was still struggling in these areas at the time of his promotion.<br><br>In addition, Mr. Richard's GM reviews are relevant because they tend to show that a GM is not required to be exceptional at "show time" readiness, merchandising, organization, proactivity, follow through, teaching and developing employees, or holding managers accountable, among other areas, since Mr. Richard struggled in these areas after promotion. |
| Kevin Heuer | 08/22/2005 | Bay Area (South San Francisco #422) | Dennis Hoover, Jeff Abadir, John Booth | Promotable Lists: Ex. 9 (see lists from February 2000; January 9, 2001; January 19, 2001; March 2001; March 2002; July 2003; January 2005); Ex. 798 ("Warehouse Manager Candidates from BA," Oct. 2003), Ex. 799 ("Bay Area People," April 2004), Ex. 26 | Mr. Heuer's GM reviews are relevant because they are consistent with his poor performance as an AGM in the areas of "show time" readiness and holding managers accountable, among other areas. |

| Name | Date GM position filled | Location | Relevant Decision-makers / Key Witnesses[1] | Key Trial Exhibits[2] | Relevance of Post-Promotion Evidence |
|---|---|---|---|---|---|
| | | | | ("Future Stars" Memo May 2004), Ex. 801 ("Updated 'Bench' List," Oct. 2004), Ex. 802 ("Updated 'Bench' List," Nov. 2004)<br><br>Pre-Promotion Performance Reviews: Ex. 492 (AGM review 1996), Ex. 493 (AGM review 1997); Ex. 21 (AGM Review 2003), Ex. 31 (AGM Review 2004)<br><br>Other Document: Ex. 104 (Manager Bio)<br><br>Post-Promotion Evidence: Ex. 495 (GM review 2006), Ex. 496 (GM review 2007), Ex. 497 (GM review 2008). | They therefore tend to show that Mr. Heuer still needed to improve in these areas at the time of his promotion.<br><br>Mr. Heuer's GM reviews also suggest that Costco does not actually require AGMs to have mastered "show time" readiness or holding managers accountable prior to promotion. |
| Jeff Thompson | 01/08/2007 | Bay Area (Merced #142) | Dennis Hoover, Jeff Abadir, John Booth, Jeff Thompson | Promotable Lists: Ex. 790 ("Warehouse Manager Candidates," Feb. 2001), Ex. 9 (see list for January 2005), Ex. 805 ("Updated 'Bench' List for Northern Division," Jan. 2005),<br><br>Pre-Promotion Performance Reviews: Ex. 565 (AGM review 1998), Ex. 566 (AGM review 2002), Ex. 567 (AGM review 2003), Ex. 34 (AGM review 2004), Ex. 43 (AGM review 2005), Ex. 50 (AGM review 2006) | Mr. Thompson's post-promotion GM reviews are relevant to showing his performance capabilities as the GM overseeing Ms. Sasaki.<br><br>Mr. Thompson's GM reviews are also relevant because they are consistent with his poor performance as an AGM, including in the areas of getting quality results from his managers |

| Name | Date GM position filled | Location | Relevant Decision-makers / Key Witnesses[1] | Key Trial Exhibits[2] | Relevance of Post-Promotion Evidence |
|---|---|---|---|---|---|
| | | | | Other Document: Ex. 107 (Manager Bio)<br><br>Post-Promotion Evidence: Ex. 568 (GM review 2008), Ex. 569 (GM review 2009), Ex. 229 (complaint letter from employees to Jim Sinegal re Jeff Thompson as GM, Sept. 2009), Ex. 570 (GM review 2010), Ex. 571 (GM review 2011), Ex. 572 (GM review 2012), Ex. 573 (GM review 2013), Ex. 574 (GM review 2014) | through accountability and goal-setting, being responsive to the daily needs of the business, and getting to know his staff. They therefore tend to show that he still needed to improve in these areas at the time of his promotion.<br><br>In addition, a post-promotion complaint letter from employees to Mr. Sinegal regarding Mr. Thompson is consistent with feedback he received as an AGM that he had not gotten to know his employees and that he had created a negative atmosphere in which employees feared retaliation. |
| Gregory Harrison | 03/30/2007 | Bay Area (Redding #133) | Dennis Hoover, Jeff Abadir, John Booth | Promotable Lists: None<br><br>Pre-Promotion Performance Reviews: Ex. 453 (Depot AGM Review 1991), Ex. 41 (AGM review 2005), Ex. 47 (AGM review 2006)<br><br>Other Documents: Ex. 108 (Manager Bio), Ex. 450 (Manager Bio)<br><br>Post-Promotion Evidence: Ex. 463 (GM Review 08-09), Ex. 465 (GM review 2010), Ex. 473 (GM review | Mr. Harrison's GM reviews are relevant because they show that he had poor merchandising skills, which tends to show that, contrary to Costco's arguments, an AGM is not required to have exceptional merchandising skills in order to be promoted to GM.<br><br>Mr. Harrison's GM reviews also reflect feedback that is consistent with his poor performance as an AGM, including that he needed to |

| Name | Date GM position filled | Location | Relevant Decision-makers / Key Witnesses[1] | Key Trial Exhibits[2] | Relevance of Post-Promotion Evidence |
|---|---|---|---|---|---|
| | | | | 2013). | work on his merchandising skills and on holding his managers accountable. They therefore tend to show that Mr. Harrison still needed to improve his merchandising skills at the time of his promotion. |
| Michael Maldonado | 10/28/2009 | Bay Area (Eureka #125) | Dennis Hoover, John Booth | Promotable Lists: Ex. 9 (see list for January 2005)<br><br>Pre-Promotion Performance Reviews: Ex. 518 (AGM review 2002), Ex. 519 (AGM review 2003), Ex. 520 (AGM review 2005), Ex. 521 (AGM review 2006), Ex. 52 (AGM review March 2007), Ex. 522 (AGM review July 2007), Ex. 56 (AGM review 2008), Ex. 60 (AGM review 2009)<br><br>Other Documents: Ex. 101 (Manager Bio), Ex. 516 (Manager Bio)<br><br>Post-Promotion Evidence: Ex. 523 (GM review 2010), Ex. 524 (GM review 2011), Ex. 525 (GM review 2012) | Mr. Maldonado's GM reviews are relevant because they shed light on what qualifications are necessary for promotion to GM—namely, they show that an AGM may be promoted to GM with very little knowledge of the non-merchandising aspects of the business (e.g. front end / marketing / administration).<br><br>Mr. Maldonado's GM reviews are also relevant because they reflect negative feedback in the same areas as when Mr. Maldonado was an AGM (e.g., setting standards for employees and holding them accountable; knowing front end / marketing / administrative side of business). They therefore tend to show that Mr. Maldonado needed to improve in these areas at the time of promotion. |

| Name | Date GM position filled | Location | Relevant Decision-makers / Key Witnesses[1] | Key Trial Exhibits[2] | Relevance of Post-Promotion Evidence |
|---|---|---|---|---|---|
| Don Christensen | 07/26/2010 | Midwest (Burnsville #1087) | 30(b)(6) witness Wendy Davis, Dennis Hoover, John Booth, Denny Carlisle, Don Christensen | Promotable Lists: Ex. 9 (see list for January 19, 2001), Ex. 809 ("Northern Division On Deck," Nov. 2009), Ex. 765 (email from Hoover re top AGMs, March 2010), Ex. 232 ("AGM Readiness," May 2010)<br><br>Pre-Promotion Performance Reviews: Ex. 352 (AGM review 2002), Ex. 353 (AGM review 2003), Ex. 354 (AGM review 2004), Ex. 355 (AGM review 2005), Ex. 356 (AGM review 2006), Ex. 357 (AGM review 2007), Ex. 57 (AGM review 2008), Ex. 62 (AGM review 2009), Ex. 68 (AGM review 2010)<br><br>Other Documents: Ex. 112 (Manager Bio), Ex. 212 (email from Carlisle to Booth re AGM rotations in Feb. 2008), Ex. 215 (warehouse relocation chart), Ex. 67 (interview notes by Wendy May 2010) | n/a |
| Antonio ("Tony") Ewing | 12/24/2012 | Bay Area (Turlock #782) | Dennis Hoover, Jeff Abadir | Promotable Lists: Ex. 812 ("Updated 'On Deck," Sept. 2011), Ex. 813 ("Bay Area On Deck," Nov. 16, 2011), Ex. 814 ("Bay Area On Deck," Nov. 25, | n/a |

| Name | Date GM position filled | Location | Relevant Decision-makers / Key Witnesses[1] | Key Trial Exhibits[2] | Relevance of Post-Promotion Evidence |
|---|---|---|---|---|---|
| | | | | 2011), Ex. 815 ("Bay Area On Deck," Dec. 2011), Ex. 816 ("Bay Area On Deck," Jan. 2012), Ex. 817 ("Bay Area On Deck," Feb. 2012), Ex. 820 ("Bay Area On Deck," March 2012), Ex. 84 ("Bay Area On Deck" April 2012)<br><br>Pre-Promotion Performance Reviews: Ex. 74 (AGM review 2011), Ex. 78 (AGM review 2012)<br><br>Other Documents: Ex. 119 (Manager Bio), Ex. 387 (Manager Bio), Ex. 824 (email from Hoover re promotion, Nov. 2012) | |
| Lamar Bell | 1/2014 | Bay Area (Livermore #146) | Dennis Hoover, Jeff Abadir | Promotable Lists: Ex. 9 (see list for January 2005), Ex. 232 ("AGM Readiness," May 2010), Ex. 235 ("Bay Area On Deck," December 2012)<br><br>Pre-Promotion Performance Reviews: Ex. 294 (Jan. AGM review 2004), Ex. 295 (AGM review Nov. 2004), Ex. 296 (AGM review Feb. 2006), Ex. 297 (AGM review 05-06), Ex. 298 (AGM review Nov. 2007), Ex. 300 (AGM review 2008), Ex. 301 (AGM review 2010), Ex. 302 (AGM review 2011), Ex. 303 (AGM review Jan. 2012), Ex. 82 (AGM review Nov. 2012), Ex. 86 | n/a |

8

| Name | Date GM position filled | Location | Relevant Decision-makers / Key Witnesses[1] | Key Trial Exhibits[2] | Relevance of Post-Promotion Evidence |
|---|---|---|---|---|---|
| | | | | (AGM review 2013), Ex. 88 (AGM review 2014)  Other documents: Ex. 102 (Manager Bio) | |
| **OTHER MEN WHO RECEIVED GM POSITIONS – ILLUSTRATIVE EXAMPLES** | | | | | |
| Pablo ("Paul") Cano | 06/10/2002 | Bay Area (Tracy #658) | Dennis Hoover, Jeff Abadir, John Booth | Promotable Lists: Ex. 9 (see lists for February 2000; January 9, 2001; January 19, 2001; March 2002)  Pre-Promotion Performance Review: Ex. 10 (AGM review 2000)  Other Documents: Ex. 99 (Manager Bio), Ex. 335 (Manager Bio)  Post-Promotion Evidence: Ex. 342 (GM review 2003), Ex. 345 (GM review 2007), Ex. 348 (GM review 2010), Ex. 349 (GM review 2011) | Mr. Cano's GM reviews are relevant because they show that Mr. Cano still needed to work on holding his managers accountable as a GM, which is consistent with feedback he had received as an AGM.  Mr. Cano's GM reviews are also relevant because they shed light on what qualifications are necessary for promotion to GM— namely, they show that an AGM may be promoted to GM with minimal knowledge of the administrative side of the business (including front end and membership). |
| Kirt DiSalvo | 03/10/2003 | Midwest (Lake Zurich #378) | 30(b)(6) witness Caton Frates, Dennis Hoover | Promotable Lists: Ex. 9 (see lists for February 2000; January 9, 2001; January 19, 2001; March 2002) | n/a |

| Name | Date GM position filled | Location | Relevant Decision-makers / Key Witnesses[1] | Key Trial Exhibits[2] | Relevance of Post-Promotion Evidence |
|---|---|---|---|---|---|
| | | | | Pre-Promotion Performance Reviews: Ex. 1 (AGM review 1997), Ex. 3 (AGM review 1998)<br><br>Other Document: Ex. 103 (Manager Bio) | |
| David Boggiano | 05/24/2004 | Bay Area (Salinas #472) | Dennis Hoover | Promotable Lists: Ex. 9 (see lists for February 2000; January 9, 2001; January 19, 2001; March 2001; March 2002; July 2003; August 2003), Ex. 790 ("Warehouse Manager Candidates," Feb. 2001), Ex. 798 ("Warehouse Manager Candidates from BA," Oct. 2003)<br><br>Pre-Promotion Performance Reviews: Ex. 762 (AGM review 2002)<br><br>Other Documents: Ex. 113 (Manager Bio), Ex. 311 (Manager Bio) | n/a |
| Carlos ("C.D.") Fackrell | 05/23/2005 | San Diego (St. George #672) | 30(b)(6) witness Ron Vachris | Promotable Lists: Ex. 773 ("San Diego District 2 Talent Pool," Aug. 2004)<br><br>Pre-Promotion Performance Reviews: Ex. 391 (GM review 1998); Ex. 25 (AGM review 2004) | n/a |

| Name | Date GM position filled | Location | Relevant Decision-makers / Key Witnesses[1] | Key Trial Exhibits[2] | Relevance of Post-Promotion Evidence |
|---|---|---|---|---|---|
| | | | | Other Documents: Ex. 393 (termination/resignation form, 1999); Ex. 177 (Manager Bio) | |
| Bradley Voth | 04/24/2006 | Midwest (Springdale #379) | 30(b)(6) witness Caton Frates | Promotable Lists: Ex. 26 ("Future Stars" Memo May 2004), Ex. 802 ("Updated 'Bench' List for Northern Division," Nov. 2004), Ex. 805 ("Updated 'Bench' List for Northern Division," Jan. 2005), Ex. 806 ("Updated 'Bench' List for Northern Division," Oct. 2005), Ex. 808 ("MW Promotable List," Feb. 2006)<br><br>Pre-Promotion Performance Reviews: Ex. 581 (AGM review 2002), Ex. 15 (AGM review 2003), Ex. 583 (AGM review 03-04), Ex. 29 (AGM review Sept. 04), Ex. 36 (AGM review 2005)<br><br>Other Document: Ex. 118 (Manager Bio)<br><br>Post-Promotion Evidence: Ex. 584 (GM review 2009), Ex. 585 (GM review 2010), Ex. 587 (GM review 2011), Ex. 588 (GM review 2012), Ex. 589 (GM review 2012) | Mr. Voth's GM reviews are relevant because they shed light on what qualifications are necessary for promotion to GM—namely, they show that a calm and "low-key" or "even" demeanor does not preclude success as a GM.<br><br>Mr. Voth's GM reviews are also relevant because they are consistent with performance flaws that he had as an AGM, including in the areas of being a strong leader, holding his managers accountable, developing others, and communicating proactively |
| Todd Jerman | 05/15/2006 | Bay Area (Foster City | Dennis Hoover, Jeff Abadir, | Promotable Lists: Ex. 9 (see lists for | n/a |

| Name | Date GM position filled | Location | Relevant Decision-makers / Key Witnesses[1] | Key Trial Exhibits[2] | Relevance of Post-Promotion Evidence |
|---|---|---|---|---|---|
| | | #147) | John Booth | January 19, 2001; January 2005)<br><br>Pre-Promotion Performance Reviews: Ex. 505 (AGM review 1999), Ex. 506 (AGM review 2002), Ex. 507 (AGM review 2002), Ex. 508 (AGM review 2003), Ex. 509 (partial AGM review 2004); Ex. 33 (AGM review Nov. 2004), Ex. 42 (AGM review Nov. 2005)<br><br>Other Documents: Ex. 93 (Manager Bio), Ex. 502 (Manager Bio) | |
| Scott Elliott | 07/17/2006 | Northwest (Wenatchee #112) | 30(b)(6) witness Mike Hayes | Promotable Lists: None<br><br>Pre-Promotion Performance Reviews: Ex. 381 (AGM review 1997), Ex. 382 (AGM review 1999) Ex. 383 (AGM review 2002); Ex. 16 (AGM review 2003), Ex. 28 (AGM review 2004), Ex. 40 (AGM review 2005), Ex. 48 (AGM review 2006)<br><br>Other Documents: Ex. 96 (Manager Bio)<br><br>Post-Promotion Evidence: Ex. 385 (GM review 2012), Ex. 386 (GM review 2013) | Mr. Elliott's GM reviews are relevant because they shed light on what qualifications are necessary for promotion to GM—namely, they show that a manager with a "calm" demeanor who at times does not appear "urgent" can be a successful GM.<br><br>Mr. Elliot's GM reviews are also relevant because they show that Mr. Elliott received the same feedback as a GM as he had as an AGM, including that he is a "calm" and "consistent" manager and that he needed to work on developing his staff. |

| Name | Date GM position filled | Location | Relevant Decision-makers / Key Witnesses[1] | Key Trial Exhibits[2] | Relevance of Post-Promotion Evidence |
|---|---|---|---|---|---|
| Darrell Brazil | 07/14/2008 | Northwest (Warrenton #102) | 30(b)(6) witness Mike Hayes | Promotable Lists: Ex. 764 (Warehouse No. 660 "Promotable List" Dec. 2004)<br><br>Pre-Promotion Performance Reviews: Ex. 12 (AGM review 2001), Ex. 329 (AGM review 2004), Ex. 37 (AGM review 2005), Ex. 53 (AGM review 2007), Ex. 58 (AGM review 2008), Ex. 92 (undated performance review)<br><br>Other Documents: Ex. 114 (Manager Bio), Ex. 331 (personal goals 2007)<br><br>Post-Promotion Evidence: Ex. 332 (GM review 2009), Ex. 333 (notice for violating company ethics 2010) | Ms. Sasaki seeks to rely on one of Mr. Brazil's post-promotion reviews and a post-promotion counseling notice.<br><br>Mr. Brazil's post-promotion GM review is relevant because it shows that he needed to improve on developing employees and building rapport, which is consistent with pre-promotion evidence that Mr. Brazil had been demoted from GM to AGM due to having poor people skills and losing the support of his employees. Costco decision-makers therefore knew that he had this flaw.<br><br>Mr. Brazil's counseling notice is also relevant because it is consistent with pre-promotion evidence that Mr. Brazil exhibited poor judgment, as shown by evidence he had required employees to work on their "own time" prior to being demoted from GM in AGM in 1998. |
| Gregory Gutierrez | 08/24/2009 | Bay Area (Gilroy #760) | Dennis Hoover, Jeff Abadir | Promotable Lists: Ex. 9 (see list for | Mr. Gutierrez's GM review from 2010 is relevant because it shows |

| Name | Date GM position filled | Location | Relevant Decision-makers / Key Witnesses[1] | Key Trial Exhibits[2] | Relevance of Post-Promotion Evidence |
|---|---|---|---|---|---|
| | | | | January 2005)<br><br>Pre-Promotion Performance Reviews: Ex. 427 (AGM review 2004), Ex. 428 (AGM review 2005), Ex. 46 (AGM review 2006), Ex. 51 (AGM review 2007), Ex. 55 (AGM review 2008), Ex. 61 (AGM review 2009)<br><br>Other Documents: Ex. 109 (Manager Bio), Ex. 425 (Manager Bio)<br><br>Post-Promotion Evidence: Ex. 429 (GM review 2010) | that he still needed to improve on holding his managers accountable as a GM, which is consistent with feedback he received on his last performance review as an AGM.<br><br>Mr. Gutierrez's GM review is also relevant because it suggests that Costco does not actually require AGMs to be exceptional at holding managers accountable prior to promotion to GM. |
| Ruben Hernandez | 12/07/2011 | Bay Area (Merced #142) | Dennis Hoover | Promotable Lists: Ex. 9 (see list for March 2002; January 2005), Ex. 809 ("Northern Division On Deck," Nov. 2009), Ex. 810 ("On Deck" Dec. 2010), Ex. 812 ("Updated 'On Deck," Sept. 2011), Ex. 813 ("Bay Area On Deck," Nov. 16, 2011), Ex. 814 ("Bay Area On Deck," Nov. 25, 2011), Ex. 815 ("Bay Area On Deck," Dec. 2011)<br><br>Pre-Promotion Performance Reviews: Ex. 481 (AGM review 2002), Ex. 482 (AGM review 2003), Ex. 483 (AGM review 2004), Ex. 484 (AGM review 2005), Ex. 485 (AGM review April 2007), Ex. 486 (AGM review Dec. | n/a |

| Name | Date GM position filled | Location | Relevant Decision-makers / Key Witnesses[1] | Key Trial Exhibits[2] | Relevance of Post-Promotion Evidence |
|---|---|---|---|---|---|
| | | | | 2007), Ex. 487 (AGM review 2008), Ex. 488 (AGM review 2010), Ex. 73 (AGM review June 2011), Ex. 77 (AGM review Dec. 2011)<br><br>Other Documents: Ex. 97 (Manager Bio), Ex. 474 (Manager Bio) | |
| Cory Samprucci | 04/16/2012 | Bay Area (Redding #133) | Dennis Hoover | Promotable Lists: Ex. 9 (see list for July 2003), Ex. 798 ("Warehouse Manager Candidates from BA, Oct. 2003), Ex. 799 ("Bay Area People," April 2004), Ex. 26 ("Future Stars" Memo May 2004), Ex. 801 ("Updated 'Bench' List Oct. 2004), Ex. 802 ("Updated 'Bench' List Nov. 2004), Ex. 809 (Northern Division On Deck Nov. 2009), Ex. 232 (AGM Readiness May 2010), Ex. 810 ("On Deck" Dec. 2010), Ex. 812 ("Updated 'On Deck," Sept. 2011), Ex. 813 ("Bay Area On Deck," Nov. 16, 2011), Ex. 814 ("Bay Area On Deck," Nov. 25, 2011), Ex. 815 ("Bay Area On Deck," Dec. 2011), Ex. 816 ("Bay Area On Deck," Jan. 2012), Ex. 817 ("Bay Area On Deck," Feb. 2012), Ex. 820 ("Bay Area On Deck," March 2012), Ex. 84 ("Bay Area On Deck," April 2012)<br><br>Pre-Promotion Performance Reviews: | n/a |

| Name | Date GM position filled | Location | Relevant Decision-makers / Key Witnesses[1] | Key Trial Exhibits[2] | Relevance of Post-Promotion Evidence |
|---|---|---|---|---|---|
| | | | | Ex. 555 (AGM review 2001), Ex. 556 (AGM review 2004), Ex. 557 (AGM review 2005), Ex. 558 (AGM review 2007), Ex. 559 (AGM review June 2008), Ex. 560 (AGM review Dec. 2008), Ex. 70 (AGM review 2011), Ex. 79 (AGM review 2012)  Other Documents: Ex. 115 (Manager Bio), Ex. 552 (Manager Bio) | |
| Steve Vanderveer | 03/04/2013 | Midwest (Lake Zurich #378) | John Gaherty | Promotable Lists: None  Pre-Promotion Performance Reviews: Ex. 66 (AGM review 2010), Ex. 72 (AGM review 2011)  Other Documents: Ex. 95 (Manager Bio) | n/a |
| Alex Ryan | 07/15/2013 | Northwest (E Wenatchee #112) | 30(b)(6) witness Chris Bolves | Promotable Lists: None  Pre-Promotion Performance Reviews: Ex. 548 (AGM review 2006), Ex. 549 (AGM review 2007), Ex. 550 (AGM review 2009), Ex. 551 (AGM review 2010), Ex. 65 (AGM review 2010), Ex. 71 (AGM review 2011), 80 (AGM review 2012) | n/a |

| Name | Date GM position filled | Location | Relevant Decision-makers / Key Witnesses[1] | Key Trial Exhibits[2] | Relevance of Post-Promotion Evidence |
|------|------|------|------|------|------|
| | | | | Other Documents: Ex. 120 (Manager Bio) | |