UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY "RAE" ELLIS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>    Defendant. | Case No. 04-cv-03341-EMC<br><br>**ORDER REFERRING CASE TO CHIEF MAGISTRATE JUDGE JOSEPH C. SPERO FOR MANDATORY EMERGENCY SETTLEMENT CONFERENCE** |

    Pursuant to Civil Local Rule 72-1, it is HEREBY ORDERED that this case is referred to Chief Magistrate Judge Joseph C. Spero for a **mandatory** emergency settlement conference. The settlement conference is to be held on Tuesday, July 21, 2015 at 9:30 a.m.

    **IT IS SO ORDERED.**

Dated: July 13, 2015

_____
EDWARD M. CHEN
United States District Judge