1

THE IMPACT FUND
Jocelyn D. Larkin (SBN: 110817)

2

Robert Schug (SBN: 249640)
Meredith Johnson (SBN: 291018)

3

125 University Avenue, Suite 102
Berkeley, CA  94710

4

Telephone:  (510) 845-3473
Facsimile:  (510) 845-3654

5

jlarkin@impactfund.org

6

LEWIS, FEINBERG, LEE
& JACKSON, P.C.

7

Bill Lann Lee (SBN: 108452)
Lindsay Nako (SBN: 239090)

8

476 9th Street
Oakland, CA  94607

9

Telephone:  (510) 839-6824
Facsimile:  (510)  839-7839

10

blee@lewisfeinberg.com

11

DAVIS, COWELL & BOWE, LLP
Steve Stemerman (SBN: 067690)

12

Elizabeth A. Lawrence (SBN: 111781)
595 Market Street, #1400

13

San Francisco, CA  94105
Telephone: (415) 597-7200

14

Facsimile: (415) 597-7201
eal@dcbsf.com

15

Attorneys for Plaintiffs and Certified Classes

16

[Additional Counsel Listed on

17

Signature Page]

SEYFARTH SHAW LLP
Kenwood C. Youmans (SBN 68258)
David D. Kadue (SBN 113578)
2029 Century Park East, Suite 3500
Los Angeles, California 90067-2901
Telephone: (310) 201-5211
Facsimile: (310) 201-5219
dkadue@seyfarth.com

SEYFARTH SHAW LLP
Gerald L. Maatman (*admitted pro hac vice*)
Annette Tyman (*admitted pro hac vice*)
131 South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 460-5965
Facsimile: (312) 460-7965
gmaatman@seyfarth.com

SEYFARTH SHAW LLP
David B. Ross (*admitted pro hac vice*)
620 8th Avenue
32nd Floor
New York, New York 10018
(212) 218-5500
dross@seyfarth.com

Attorneys for Defendant Costco Wholesale Corp.

18

19

UNITED STATES DISTRICT COURT

20

NORTHERN DISTRICT OF CALIFORNIA

21

22

SHIRLEY "RAE" ELLIS, et al.,

23

Plaintiffs,

24

v.

25

COSTCO WHOLESALE CORPORATION,

26

Defendant.

27

28

Case No. C04-3341 EMC

STIPULATION AND [PROPOSED] ORDER
GRANTING VOLUNTARY DISMISSAL OF
PLAINTIFF ELAINE SASAKI'S CLAIMS

20504207v.1

1

**STIPULATION**

2        The parties stipulate to the dismissal, with prejudice, of Plaintiff Elaine Sasaki's claims,

3    pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

4        This stipulation does not affect the class action settlement, over which the Court retains

5    jurisdiction.

6    IT IS SO STIPULATED.

7

8    Dated: July 27, 2015

9                                                         /s/ Jocelyn D. Larkin

10                                                       Jocelyn D. Larkin
                                                         Impact Fund

11                                                       *Attorneys for Plaintiffs*

12   Dated: July 27, 2015

13                                                       /s/ David D. Kadue

14                                                       David D. Kadue
                                                         Seyfarth Shaw LLP

15                                                       *Attorneys for Defendant*

16

17   Additional Counsel for Plaintiffs          Additional Counsel for Defendant

18   LIEFF CABRASER HEIMANN &                   SEYFARTH SHAW LLP
     BERNSTEIN, LLP                             Thomas J. Wybenga (*admitted pro hac vice*)
19   Kelly M. Dermody (SBN: 171716)             c/o Costco Wholesale Corporation
     Daniel M. Hutchinson (SBN: 239458)         999 Lake Drive
20   275 Battery Street, 29th Floor             Issaquah, WA 98027-5367
     San Francisco, CA  94111-3339              Telephone: (425) 313-6794
21   Telephone:  415.956.1000                   Facsimile: (425) 313-6922
     Facsimile:  415.956.1008                   twybenga@seyfarth.com
22   kdermody@lchb.com
     dhutchinson@lchb.com

23

24

25

26

27

28
                                                STIP AND [PROPOSED] ORDER GRANTING VOLUNTARY
                              - 1 -             DISMISSAL OF PLAINTIFF ELAINE SASAKI'S CLAIMS
                                                CASE NO. C04-3341 EMC

20504207v.1

1

**[PR~~OPO~~SED] ORDER**

2

**PURSUANT TO THE PARTIES' STIPULATION AND GOOD CAUSE**

3

**APPEARING,**

4

Plaintiff Elaine Sasaki's claims are DISMISSED with prejudice.  This stipulation does not

5

affect the class action settlement, over which the Court retains jurisdiction.

6

7

**IT IS SO ORDERED.**

8

9

10

11

12

13

Dated: July ___28___ , 2015



_____
Honorable Edward M. Chen
UNITED STATES DISTRICT COURT

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

STIP AND [PROPOSED] ORDER GRANTING VOLUNTARY
DISMISSAL OF PLAINTIFF ELAINE SASAKI'S CLAIMS
CASE NO. C04-3341 EMC

20504207v.1