1   IMPACT FUND                          SEYFARTH SHAW LLP
    Jocelyn D. Larkin (SBN 110817)       David D. Kadue (SBN 113578)
2   Lindsay Nako (SBN 239090)            2029 Century Park East, Suite 3500
    125 University Avenue, Suite 102      Los Angeles, California 90067-2901
3   Berkeley, CA 94710                   Telephone: (310) 201-5211
    Telephone: (510) 845-3473            Facsimile: (310) 201-5219
4   Facsimile: (510) 845-3654            dkadue@seyfarth.com
    jlarkin@impactfund.org
5
    LAW OFFICES OF                       SEYFARTH SHAW LLP
6   ELIZABETH A. LAWRENCE                Annette Tyman (*admitted pro hac vice*)
    Elizabeth A. Lawrence (SBN 111781)   131 South Dearborn Street
7   1569 Solano Ave. #456                Chicago, Illinois 60603
    Berkeley, CA 94707                   Telephone: (312) 460-5965
8   Telephone: (415) 272-4305            Facsimile: (312) 460-7965
    ealawrencelaw@gmail.com              atyman@seyfarth.com
9
                                         SEYFARTH SHAW LLP
10  Attorneys for Plaintiffs and Certified Classes   Thomas J. Wybenga (*admitted pro hac vice*)
                                         c/o Costco Wholesale Corporation
11                                       999 Lake Drive
                                         Issaquah, WA 98027-5367
12                                       Telephone: (425) 313-6794
                                         Facsimile: (425) 313-6922
13                                       twybenga@seyfarth.com

14                                       Attorneys for Defendant Costco Wholesale
                                         Corporation
15

16                       UNITED STATES DISTRICT COURT

17                     NORTHERN DISTRICT OF CALIFORNIA

18

19
    SHIRLEY "RAE" ELLIS, et al.,          )   Case No. C04 3341 EMC
20                                        )
                 Plaintiffs,              )   **STIPULATION AND [PROPOSED]**
21                                        )   **ORDER ON CLAIMS PROCEDURE**
         v.                               )   **ATTORNEYS' FEES AND COSTS**
22                                        )
    COSTCO WHOLESALE CORPORATION,         )
23                                        )
                 Defendant.               )
24  _____)

25

26

27

28
                                    STIPULATION AND [PROP] ORDER ON ATTYS' FEES AND COSTS
                                                                     Case No. C04 3341 EMC

On May 27, 2014, the Court approved the Amended Class Action Settlement Agreement ("Agreement"), which provided for distribution of the resulting $8 million settlement fund through individual contested arbitrations ("settlement claims process").  Dkt. Nos. 780 (Order Granting Motion for Preliminary Approval of Class Action Settlement; Agreement attached as Exhibit 1); 791 (Order Granting Motion for Final Approval of Class Action Settlement).  The parties enter into this stipulation to resolve Class Counsel's claim to attorneys' fees and costs arising from the settlement claims process.  Accordingly, the parties stipulate as follows:

1.  The settlement claims process began shortly after the Court approved the Agreement in 2014.  Ultimately, 86 class members filed claim forms.  Class Counsel represented 81 of those class members.  The represented class members are referred to as "claimants" in this stipulation.

2.  The Agreement provided for two types of settlement arbitrations:  Claim by Written Submission (Agreement ¶ 5.10) and Claim by Formal Arbitration.  *Id.* at ¶ 5.11.  Fifty-eight claimants chose to have their claims heard through Written Submission.  Twenty-three claimants chose to have their claims heard through Formal Arbitration.

3.  The Agreement allowed class members to challenge between one and three Assistant General Manager or General Manager promotions awarded to male employees, depending on the length of time the class member spent in a relevant feeder or comparable position.  *Id.* at ¶ 5.3.  In total, claimants challenged 156 promotions.

4.  Of the 58 claimants who had their claims heard through Written Submission, 20 prevailed by receiving arbitration awards in their favor and 10 prevailed by resolving their claims through individual settlements.

5.  Of the 23 claimants who had their claims heard through Formal Arbitration, 10 prevailed by receiving arbitration awards in their favor and four prevailed by resolving their claims through individual settlements.

6.  The combined arbitration awards exceeded the $8 million settlement fund and were reduced pro rata as provided by the Agreement.  *Id.* at ¶¶ 5.12, 5.13.2.  All prevailing

1    claimants have received their awards.

2    7.  The Agreement provides for an award of attorneys' fees and costs for each prevailing

3        claimant—the 30 who prevailed after initiating Written Submissions and the 14 who

4        prevailed after initiating Formal Arbitrations.

5    8.  Paragraph 5.10.6 of the Agreement provides:

6        Fees and Costs for Prevailing Claims by Written Submission – Class members who
         prevail on Claims by Written Submission are entitled to seek, from Judge Edward

7        Chen at the conclusion of the Monetary Claims Process, an award of attorneys' fees
         not to exceed $10,000 costs not to exceed $1,000 per successful Claimant, to be paid

8        by Costco. The total attorney's fee award for Claims by Written Submission will not
         exceed $750,000. Class Counsel and Costco may informally resolve the fee award

9        without the necessity of a fee motion.

10   9.  Paragraph 5.11.12 of the Agreement provides:

11       Attorneys' Fees and Costs For Prevailing Claims in Formal Arbitration – Claimants
         who prevail on Claims by Formal Arbitration are entitled to seek an award of

12       reasonable attorneys' fees and costs, to be paid by Costco, from Judge Edward Chen
         at the conclusion of the Monetary Claims Process. Class Counsel and Costco may

13       informally resolve the fee award without the necessity of a fee motion.

14   10. For each of the 30 prevailing claimants who resolved their claims through Written

15       Submission, Class Counsel's attorneys' fees and costs exceeded the cap of $10,000 in

16       fees and $1,000 in costs set by Paragraph 5.10.6 of the Agreement.  The fees and

17       costs for prevailing claimants in arbitrations by Written Submission do not exceed

18       $750,000.

19   11. For the 14 prevailing claimants who resolved their claims through Formal Arbitration,

20       Class Counsel dedicated nearly 4,000 hours to prepare and resolve these claims as

21       summarized in Attachment A.  The claims are identified only by number and not by

22       name to preserve the confidentiality agreed to by the parties.  Agreement ¶ 5.14.3.

23       The total attorneys' fees for claims through Formal Arbitration exceed $2,700,000

24       and total costs exceed $125,000.

25   12. The parties engaged in informal discussions and have agreed to resolve Class

26       Counsel's claim for attorneys' fees and costs for a total of $3,100,000, eliminating the

27       need for a fee motion.  Payment will be made within ten business days of the entry of

28

1          this Court's Order.

2    DATE:  March 20, 2019                    IMPACT FUND

3                                             By:   /s/  *Jocelyn D. Larkin*
                                              Jocelyn D. Larkin
4                                             Attorneys for Plaintiffs and the Class

5
     DATE:  March 20, 2019                    SEYFARTH SHAW LLP
6
                                              By:   /s/  *David D. Kadue*
7                                             David D. Kadue
                                              Attorneys for Defendant
8                                             Costco Wholesale Corporation

9

10

11                              **ATTESTATION**

12        I, Jocelyn D. Larkin, hereby attest that concurrence in the filing of this document has

13   been obtained from all other Signatories in lieu of their signatures on this document.

14   DATE:  March 20, 2019                     /s/  *Jocelyn D. Larkin*
                                                   Jocelyn D. Larkin
15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROP] ORDER ON ATTYS' FEES AND COSTS
Case No. C04 3341 EMC

1

## [PROPOSED] ORDER

2      WHEREFORE, good cause appearing and pursuant to stipulation of the parties, and

3   having reviewed the parties' stipulation and the attachment to this stipulation, the Court finds

4   that a total award of $3,100,000 in fees and costs with respect to the 44 claimants awarded

5   approximately $8,000,000 is reasonable, and hereby awards Class Counsel $3,100,000 in

6   attorneys' fees and costs for their work on behalf of prevailing class members in the settlement

7   claims process, in accordance with Paragraphs 5.10.6 and 5.11.12 of the Amended Class Action

8   Settlement Agreement.

9      IT IS SO ORDERED.

10

11  DATE:  March 21, 2019                    _____

12                                              Hon. Edward M. Chen
                                               United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Attachment A

Attachment A

*Ellis v. Costco Wholesale Corporation*

**Class Counsel's Attorneys' Fees for Prevailing Claimants in Live Arbitrations**

| Claimant #1 | | | | | |
|---|---|---|---|---|---|
| **Firm** | **Timekeeper** | **Position** | **Hours** | **Rate** | **Total** |
| Impact Fund | Jocelyn Larkin | Attorney | 105.2 | $875 | $92,050.00 |
| Impact Fund | Lindsay Nako | Attorney | 86.8 | $600 | $52,080.00 |
| Impact Fund | Daniel Nesbit | Attorney | 5.3 | $250 | $1,325.00 |
| Impact Fund | Kellye Denson | Paralegal | 69.9 | $200 | $13,980.00 |
| Impact Fund | Zachary McCoy | Paralegal | 4.5 | $200 | $900.00 |
| Law Office of Elizabeth A. Lawrence | Elizabeth Lawrence | Attorney | 229.6 | $875 | $200,900.00 |
| Lieff Cabraser Heimann & Bernstein | Lisa Cisneros | Attorney | 0.1 | $500 | $50.00 |
| Lieff Cabraser Heimann & Bernstein | Nikki Belushko Barrows | Paralegal | 1.0 | $375 | $375.00 |
| Lieff Cabraser Heimann & Bernstein | Peyton Budd | Paralegal | 0.5 | $360 | $180.00 |
| General Time Allocation | | | | | $15,767.10 |
| | | **TOTAL** | **502.9** | | **$377,607.10** |

| Claimant #2 | | | | | |
|---|---|---|---|---|---|
| **Firm** | **Timekeeper** | **Position** | **Hours** | **Rate** | **Total** |
| Impact Fund | Jocelyn Larkin | Attorney | 129.0 | $875 | $112,875.00 |
| Impact Fund | Lindsay Nako | Attorney | 1.0 | $600 | $600.00 |
| Impact Fund | Robert Schug | Attorney | 13.1 | $475 | $6,222.50 |
| Impact Fund | Lynnette Miner | Attorney | 7.0 | $350 | $2,450.00 |
| Impact Fund | Natalie Newton | Paralegal | 0.6 | $250 | $150.00 |
| Impact Fund | Zachary McCoy | Paralegal | 27.4 | $200 | $5,480.00 |
| Law Office of Elizabeth A. Lawrence | Elizabeth Lawrence | Attorney | 31.9 | $875 | $27,912.50 |
| Nichols Kaster | David Schlesinger | Attorney | 0.7 | $500 | $350.00 |
| Nichols Kaster | Robert Schug | Attorney | 125.5 | $475 | $59,612.50 |
| Nichols Kaster | Kristine Nelson | Paralegal | 0.8 | $200 | $160.00 |
| General Time Allocation | | | | | $15,767.10 |
| | | **TOTAL** | **337.0** | | **$231,579.60** |

| Claimant #3 | | | | | |
|---|---|---|---|---|---|
| **Firm** | **Timekeeper** | **Position** | **Hours** | **Rate** | **Total** |
| Impact Fund | Jocelyn Larkin | Attorney | 86.4 | $875 | $75,600.00 |
| Impact Fund | Lindsay Nako | Attorney | 2.4 | $600 | $1,440.00 |
| Impact Fund | Natalie Newton | Paralegal | 1.7 | $250 | $425.00 |
| Impact Fund | Kellye Denson | Paralegal | 66.1 | $200 | $13,220.00 |
| Law Office of Elizabeth A. Lawrence | Elizabeth Lawrence | Attorney | 247.8 | $875 | $216,825.00 |
| Law Office of Elizabeth A. Lawrence | Sarah Varela | Attorney | 61.5 | $625 | $38,437.50 |
| General Time Allocation | | | | | $15,767.10 |
| | | **TOTAL** | **465.9** | | **$361,714.60** |

Attachment A

*Ellis v. Costco Wholesale Corporation*

**Class Counsel's Attorneys' Fees for Prevailing Claimants in Live Arbitrations**

### Claimant #4

| Firm | Timekeeper | Position | Hours | Rate | Total |
|---|---|---|---|---|---|
| Impact Fund | Jocelyn Larkin | Attorney | 32.6 | $875 | $28,525.00 |
| Impact Fund | Lindsay Nako | Attorney | 8.3 | $600 | $4,980.00 |
| Impact Fund | Lynnette Miner | Attorney | 51.6 | $350 | $18,060.00 |
| Impact Fund | Zachary McCoy | Paralegal | 2.2 | $200 | $440.00 |
| Lieff Cabraser Heimann & Bernstein | Lisa Cisneros | Attorney | 1.6 | $500 | $800.00 |
| Lieff Cabraser Heimann & Bernstein | Nikki Belushko Barrows | Paralegal | 0.8 | $375 | $300.00 |
| General Time Allocation | | | | | $16,397.10 |
| | | **TOTAL** | **97.1** | | **$69,502.10** |

### Claimant #5

| Firm | Timekeeper | Position | Hours | Rate | Total |
|---|---|---|---|---|---|
| Impact Fund | Jocelyn Larkin | Attorney | 0.2 | $875 | $175.00 |
| Impact Fund | Lindsay Nako | Attorney | 88.7 | $600 | $53,220.00 |
| Impact Fund | Zachary McCoy | Paralegal | 28.6 | $200 | $5,720.00 |
| Law Office of Elizabeth A. Lawrence | Elizabeth Lawrence | Attorney | 181.9 | $875 | $159,162.50 |
| Law Office of Elizabeth A. Lawrence | Sarah Varela | Attorney | 13.6 | $625 | $8,500.00 |
| General Time Allocation | | | | | $15,767.10 |
| | | **TOTAL** | **313.0** | | **$242,544.60** |

### Claimant #6

| Firm | Timekeeper | Position | Hours | Rate | Total |
|---|---|---|---|---|---|
| Impact Fund | Jocelyn Larkin | Attorney | 4.0 | $875 | $3,500.00 |
| Impact Fund | Lindsay Nako | Attorney | 5.0 | $600 | $3,000.00 |
| Impact Fund | Robert Schug | Attorney | 10.7 | $475 | $5,082.50 |
| General Time Allocation | | | | | $16,397.10 |
| | | **TOTAL** | **19.7** | | **$27,979.60** |

### Claimant #7

| Firm | Timekeeper | Position | Hours | Rate | Total |
|---|---|---|---|---|---|
| Impact Fund | Jocelyn Larkin | Attorney | 1.1 | $875 | $962.50 |
| Impact Fund | Lindsay Nako | Attorney | 147.3 | $600 | $88,380.00 |
| Impact Fund | Lynnette Miner | Attorney | 78.3 | $350 | $27,405.00 |
| Impact Fund | Zachary McCoy | Paralegal | 32.3 | $200 | $6,460.00 |
| Lewis Feinberg Lee & Jackson | Lindsay Nako | Attorney | 15.4 | $600 | $9,240.00 |
| Lewis Feinberg Lee & Jackson | Michael Fields | Law Clerk | 7.0 | $200 | $1,400.00 |
| General Time Allocation | | | | | $15,767.10 |
| | | **TOTAL** | **281.4** | | **$149,614.60** |

Attachment A

*Ellis v. Costco Wholesale Corporation*

**Class Counsel's Attorneys' Fees for Prevailing Claimants in Live Arbitrations**

| Claimant #8 | | | | | |
|---|---|---|---|---|---|
| **Firm** | **Timekeeper** | **Position** | **Hours** | **Rate** | **Total** |
| Impact Fund | Lindsay Nako | Attorney | 3.5 | $600 | $2,100.00 |
| Impact Fund | Robert Schug | Attorney | 12.3 | $475 | $5,842.50 |
| Impact Fund | Meredith Johnson | Attorney | 12.0 | $400 | $4,800.00 |
| Impact Fund | Lynnette Miner | Attorney | 3.6 | $350 | $1,260.00 |
| Impact Fund | Natalie Newton | Paralegal | 3.1 | $250 | $775.00 |
| Impact Fund | Zachary McCoy | Paralegal | 0.3 | $200 | $60.00 |
| General Time Allocation | | | | | $16,397.10 |
| | | **TOTAL** | **34.8** | | **$31,234.60** |

| Claimant #9 | | | | | |
|---|---|---|---|---|---|
| **Firm** | **Timekeeper** | **Position** | **Hours** | **Rate** | **Total** |
| Impact Fund | Jocelyn Larkin | Attorney | 0.5 | $875 | $437.50 |
| Impact Fund | Lindsay Nako | Attorney | 2.5 | $600 | $1,500.00 |
| Impact Fund | Natalie Newton | Paralegal | 0.2 | $250 | $50.00 |
| Impact Fund | Zachary McCoy | Paralegal | 3.8 | $200 | $760.00 |
| Law Office of Elizabeth A. Lawrence | Elizabeth Lawrence | Attorney | 47.9 | $875 | $41,912.50 |
| General Time Allocation | | | | | $16,397.10 |
| | | **TOTAL** | **54.9** | | **$61,057.10** |

| Claimant #10 | | | | | |
|---|---|---|---|---|---|
| **Firm** | **Timekeeper** | **Position** | **Hours** | **Rate** | **Total** |
| Impact Fund | Lindsay Nako | Attorney | 3.5 | $600 | $2,100.00 |
| Impact Fund | Kellye Denson | Paralegal | 8.9 | $200 | $1,780.00 |
| Impact Fund | Zachary McCoy | Paralegal | 6.3 | $200 | $1,260.00 |
| Law Office of Elizabeth A. Lawrence | Elizabeth Lawrence | Attorney | 5.6 | $875 | $4,900.00 |
| Lieff Cabraser Heimann & Bernstein | Lisa Cisneros | Attorney | 0.4 | $500 | $200.00 |
| Lieff Cabraser Heimann & Bernstein | Nikki Belushko Barrows | Paralegal | 0.6 | $375 | $225.00 |
| Nichols Kaster | Robert Schug | Attorney | 52.5 | $475 | $24,937.50 |
| Nichols Kaster | Lucas Kaster | Attorney | 124.9 | $325 | $40,592.50 |
| Nichols Kaster | Kristine Nelson | Paralegal | 10.6 | $200 | $2,120.00 |
| Nichols Kaster | Angel Kittelson | Paralegal | 1.3 | $175 | $227.50 |
| Nichols Kaster | Cameron Pylka | Paralegal | 2.0 | $175 | $350.00 |
| Nichols Kaster | Christine Rued | Paralegal | 0.1 | $175 | $17.50 |
| Nichols Kaster | Alex Smith | Paralegal | 2.2 | $175 | $385.00 |
| General Time Allocation | | | | | $15,767.10 |
| | | **TOTAL** | **218.9** | | **$94,862.10** |

Attachment A

*Ellis v. Costco Wholesale Corporation*

**Class Counsel's Attorneys' Fees for Prevailing Claimants in Live Arbitrations**

| Claimant #11 | | | | | |
|---|---|---|---|---|---|
| **Firm** | **Timekeeper** | **Position** | **Hours** | **Rate** | **Total** |
| Impact Fund | Jocelyn Larkin | Attorney | 2.0 | $875 | $1,750.00 |
| Impact Fund | Lindsay Nako | Attorney | 2.4 | $600 | $1,440.00 |
| Impact Fund | Lynnette Miner | Attorney | 101.8 | $350 | $35,630.00 |
| Impact Fund | Zachary McCoy | Paralegal | 23.4 | $200 | $4,680.00 |
| Law Office of Elizabeth A. Lawrence | Elizabeth Lawrence | Attorney | 207.2 | $875 | $181,300.00 |
| General Time Allocation | | | | | $15,767.10 |
| | | **TOTAL** | **336.8** | | **$240,567.10** |

| Claimant #12 | | | | | |
|---|---|---|---|---|---|
| **Firm** | **Timekeeper** | **Position** | **Hours** | **Rate** | **Total** |
| Impact Fund | Jocelyn Larkin | Attorney | 2.7 | $875 | $2,362.50 |
| Impact Fund | Lindsay Nako | Attorney | 33.1 | $600 | $19,860.00 |
| Impact Fund | Lynnette Miner | Attorney | 239.8 | $350 | $83,930.00 |
| Impact Fund | Natalie Newton | Paralegal | 0.4 | $250 | $100.00 |
| Impact Fund | Zachary McCoy | Paralegal | 31.7 | $200 | $6,340.00 |
| Law Office of Elizabeth A. Lawrence | Elizabeth Lawrence | Attorney | 224.4 | $875 | $196,350.00 |
| Law Office of Elizabeth A. Lawrence | Sarah Varela | Attorney | 0.5 | $625 | $312.50 |
| General Time Allocation | | | | | $15,767.10 |
| | | **TOTAL** | **532.6** | | **$325,022.10** |

| Claimant #13 | | | | | |
|---|---|---|---|---|---|
| **Firm** | **Timekeeper** | **Position** | **Hours** | **Rate** | **Total** |
| Impact Fund | Jocelyn Larkin | Attorney | 1.2 | $875 | $1,050.00 |
| Impact Fund | Lindsay Nako | Attorney | 1.0 | $600 | $600.00 |
| Impact Fund | Meredith Johnson | Attorney | 231.0 | $400 | $92,400.00 |
| Impact Fund | Natalie Newton | Paralegal | 9.0 | $250 | $2,250.00 |
| Law Office of Elizabeth A. Lawrence | Elizabeth Lawrence | Attorney | 160.3 | $875 | $140,262.50 |
| Law Office of Elizabeth A. Lawrence | Sarah Varela | Attorney | 2.5 | $625 | $1,562.50 |
| Law Office of Elizabeth A. Lawrence | Sarah Grossman Swenson | Attorney | 7.4 | $475 | $3,515.00 |
| Lewis Feinberg Lee & Jackson | Lindsay Nako | Attorney | 0.3 | $600 | $180.00 |
| General Time Allocation | | | | | $15,767.10 |
| | | **TOTAL** | **412.7** | | **$257,587.10** |

Attachment A

*Ellis v. Costco Wholesale Corporation*

**Class Counsel's Attorneys' Fees for Prevailing Claimants in Live Arbitrations**

| Claimant #14 | | | | | |
|---|---|---|---|---|---|
| **Firm** | **Timekeeper** | **Position** | **Hours** | **Rate** | **Total** |
| Impact Fund | Jocelyn Larkin | Attorney | 66.3 | $875 | $58,012.50 |
| Impact Fund | Lindsay Nako | Attorney | 77.7 | $600 | $46,620.00 |
| Impact Fund | Lynnette Miner | Attorney | 24.6 | $350 | $8,610.00 |
| Impact Fund | Kellye Denson | Paralegal | 41.0 | $200 | $8,200.00 |
| Law Office of Elizabeth A. Lawrence | Elizabeth Lawrence | Attorney | 127.3 | $875 | $111,387.50 |
| Lewis Feinberg Lee & Jackson | Magdalena Guadalupe | Attorney | 3.1 | $425 | $1,317.50 |
| Lieff Cabraser Heimann & Bernstein | Lisa Cisneros | Attorney | 2.0 | $500 | $1,000.00 |
| Lieff Cabraser Heimann & Bernstein | Nikki Belushko Barrows | Paralegal | 0.3 | $375 | $112.50 |
| General Time Allocation | | | | | $15,767.10 |
| | | **TOTAL** | **342.3** | | **$251,027.10** |

| | |
|---|---|
| **TOTAL FEES FOR PREVAILING LIVE CLAIMS** | **$2,721,899.40** |